# EXHIBIT A

# EXHIBIT A

## 13-FBI-00582
## 89 ITEMS OF ASSORTED PERSONAL PROPERTY

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type |
|---|---|---|
| 1 | 1 | Tiffany brand clear colored candle holder with candle |
| 2 | 1 | Decorative oval vanity tray - Jay Strongwater, flowers & butterflies |
| 3 | 1 | Blue/gold oval decorative photo frame with fish figures on it |
| 4 | 1 | Pineapple shaped Jay Strongwater decorative clock |
| 5 | 1 | Blue colored Jay Strongwater decorative frame |
| 6 | 1 | Yellow and gold colored arabesque perfume bottle vanity Blair gold pearl color |
| 7 | 1 | Yellow and gold colored Jay Strongwater butterfly decorative container & lid |
| 8 | 1 | Jay Strongwater decorative container, ginger flower mini vase |
| 9 | 1 | Pomegranate shaped figurine by Jay Strongwater |
| 10 | 1 | Gold colored frame by Jay Strongwater |
| 11 | 1 | Small clock by Jay Strongwater |
| 12 | 1 | Small turtle figurine by Jay Strongwater |
| 13 | 1 | Small clock by Jay Strongwater with leaf in back with dragonfly & flowers in front |
| 14 | 1 | White vase, vanity perfume - Andrea. Gold peral color by Jay Strongwater |
| 15 | 1 | Hand mirror by Jay Strongwater - Lyrebird, embellished with enamels and crystals |
| 16 | 1 | Judith Lieber brand egg pill box with box |
| 17 | 1 | Judith Lieber brand leather credit card holder with box (1B195) |
| 18 | 1 | Judith Lieber brand lipstick holder with box |
| 19 | 1 | Jay Strongwater picture frame - jeweled 32/250 |
| 20 | 1 | Waterford red and black colored globe vase |
| 21 | 1 | "Army" cobalt blue colored vase |
| 22 | 1 | Set of 3 brown Judith Leiber bags, w/ 2 mirrors; 2 coin purses; 1 heart box |

1

| 23 | 1 | Multicolored decorative egg with pictures of animals on it |
| 24 | 1 | Black decorative egg with pictures of animals on it |
| 25 | 1 | Blue decorative egg with pictures of animals on it |
| 26 | 1 | Gold colored Judith Leiber mirror |
| 27 | 1 | Silver Tiffany box with black colored tassel |
| 28 | 1 | Set of 8 decorated cash holders |
| 29 | 1 | Tiffany brand crystal pitcher with six tumblers, Lily of the Valley pattern |
| 30 | 1 | Tiffany brand clear colored candle holder with candle |
| 31 | 1 | Gold colored Faberge coronation box |
| 32 | 1 | Gold colored Faberge mirror/picture frame |
| 33 | 1 | Set of 4 colored Faberge shot glasses with box |
| 34 | 1 | Set of 4 colored Faberge long stem glasses |
| 35 | 1 | Olivia Riegel brand silver colored picture frame, w/ box and stones |
| 36 | 1 | Olivia Riegel brand silver colored picture frame with box |
| 37 | 1 | Tiffany brand sterling silver round compact case w/ mirror, w/ box |
| 38 | 1 | Judith Leiber brand parrot pillbox with box |
| 39 | 1 | Silver colored compact with clear stones |
| 40 | 1 | Judith Lieber brand yellow colored frame mirror |
| 41 | 1 | Unopened box of B de Boucheron eau de parfum spray, 50 ml |
| 42 | 1 | Unopened box of "No5 Chanel" 3.4 oz spray eau de parfum |
| 43 | 1 | Box containing "Ralph Lauren Romance" 1/7 oz 50 ml eau de parfum spray |
| 44 | 1 | Box containing "Joy - Jean Patou" eau de parfum, 2/5 oz 75 ml; old packaging |
| 45 | 1 | Box containing perfume labelled "Leiber" |
| 46 | 1 | Box labelled "Jo Malone" containing bath set of bath oil and body lotion |
| 47 | 1 | Box containing "L'Instant de Guerlain" 50 ml 1.7 oz eau de parfum spray & body lotion |
| 48 | 1 | Unopened box of .50 ml 1.6 oz eau de parfum spray, "So Pretty de Cartier" |
| 49 | 1 | Unopened box of eau de parfum spray, "Prada Milano Infusion D'Iris" 100 ml 3.4 oz |
| 50 | 1 | Unopened box eau de parfum spray, "Sensi Giorgio Armani" 100 ml 3.4 oz |

2

| 51 | 1 | Boxed set of "Chanel No5" eau de toilette and ater shower powder |
| 52 | 1 | Boxed set of "Bellagio Michaelangelo" containing perfume, shower gel and body lotion |
| 53 | 1 | Boxed set of "It is what u r famous for" Usher brand perfume/bath set |
| 54 | 1 | Boxed set of "Allure Sensuelle Chanel" containg perfume and body lotion |
| 55 | 1 | Boxed set of "Hermes Paris" perfume and bath set |
| 56 | 1 | Unopened box of "Bvlgari" perfumed towels eau de parfum |
| 57 | 1 | Unopened box of "Flowers by Kenzo" eau de parfum spray 50 ml 1.7 oz |
| 58 | 1 | Unopened box of Calvin Klein brand "Eternity Summer" eau de parfum 3 oz 100 ml spray |
| 59 | 1 | Unopened box of "Flower By Kenzo" perfume 30 ml 1 oz |
| 60 | 1 | Unopened box of Lancome "Tropiques Collection Voyage" eau de toilette spray 50 ml 1.7 oz |
| 61 | 1 | Unopened box of "Elie Saab Le Parfume" eau de parfum 30 9z 90 ml |
| 62 | 1 | Unopened box of "Miss Dior Cherie L'eau" eau de toilette spray 100 ml 3.4 oz |
| 63 | 1 | Unopened box of "Eau de Cartier" perfume 200 ml spray |
| 64 | 1 | Unopened box of "212 Carolina Herrera New York" body lotion 250 ml |
| 65 | 1 | Unopened box of Christian Dior brand "Dune" eau de toilette spray 30 ml 1 oz |
| 66 | 1 | Box of Burberry brand "Weekend" perfume 100 ml |
| 67 | 1 | Unopened box of Christian Dior brand "Diorissimo" eau de toilette 100 ml 3.4 oz spray |
| 68 | 1 | Unopened box of Chanel brand "Gardenia" eau de toilette spray 3.4 oz |
| 69 | 1 | Unopened box of "Panthere de Cartier" parfum spray 50 ml 1.6 oz |
| 70 | 1 | Unopened box of "Bvlgari pour Femme" eau de parfum 100 ml 3.4 oz spray |
| 71 | 1 | Unopened box of Burberry brand "Weekend" eau de parfum spray, older packaging 30 ml 3.3 oz |
| 72 | 1 | Unopened box of "Flower by Kenzo" eu d'ete spray 50 ml 1.7 oz |
| 73 | 1 | Boxed gift set of "Versace" perfume 250 ml, body lotion, shower gel 200 ml each |
| 74 | 1 | Boxed gift set of "Paris Passionate Riches" containing perfume, bath, makeup set |
| 75 | 1 | Boxed gift set of Michael Kors "Michael" containing perfume, eau de parfum spray, body creme |
| 76 | 1 | Boxed set of "Sephora" brand bubble bath, soap, bath salts, potpourri, eau de toilette |

3

| 77 | 1 | Boxed set containing "So Pretty de Cartier Paris" eau de parfum spray & body milk |
| 78 | 1 | Boxed set of "Jadore Dior" containing a white colored bag * perfume and bath set |
| 79 | 1 | Boxed set of "Shalimar Guerlain Paris" eau de toilette spray, body lotion, shower gel |
| 80 | 1 | Box of "Oscar de la Renta" eau de toilette spray 100 ml 3.4 oz |
| 81 | 1 | Unopened box of Guerlain "Insolence" eau de toilette spray 100 ml 3.4 oz |
| 82 | 1 | Unopened box of Versace "Versense" eau de toilette 50 ml 1.7 oz spray |
| 83 | 1 | Unopened box of "So Pretty de Cartier" perfume 50 ml 1.6 oz |
| 84 | 1 | Unopened box of Dior brand "Escale a Portofino" perfume 125 ml 4.2 oz |
| 85 | 1 | Box of "BVLGARI BLV" eau de parfum II spray 1.33 oz 50 ml |
| 86 | 1 | Unopened box of Guerlain brand perfume labelled "Shalimar" 30ml |
| 87 | 1 | Unopened box of Jean Patou "Joy" eau de parfum spray 50 ml |
| 88 | 1 | Unopened box of "Waterford Lismore" eau de parfum spray 1.7 oz 50 ml |
| 89 | 1 | Unopened box of "Boucheron" eau de toilette 100 ml 3 oz |

## 13-FBI-000583
## 21 ITEMS OF ASSORTED JEWELRY

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type |
|---|---|---|
| 1 | 1 | 1 pair yellow gold earrings with rubies and diamonds |
| 2 | 1 | 1 pair yellow gold/diamond earrings |
| 3 | 1 | 1 pair yellow gold/oval brown quartz earrings |
| 4 | 1 | 1 pair yellow gold/ruby and diamond earrings |
| 5 | 1 | Yellow gold bracelet with silver colored highlights |
| 6 | 1 | 1 green stone necklace with green cord in beige "Morgan's" bag |
| 7 | 1 | Yellow and white gold earrings in white box |
| 8 | 1 | 1 yellow gold bracelet with clear colored stones |
| 9 | 1 | 1 pair yellow gold/emerald and clear stone earrings |

4

| 10 | 1 | 1 yellow gold/ruby and clear stone ring |
| 11 | 1 | 1 Tiffany brand silver watch with white face (boxed)<br>Serial Number: 090261445 |
| 12 | 1 | 1 Tiffany brand silver watch with white face – boxed<br>Serial Number: 080270497 |
| 13 | 1 | 1 white gold/diamond, amethyst, topaz necklace and earring set (boxed) |
| 14 | 1 | 1 Tiffany silver bracelet w/Tiffany bag |
| 15 | 1 | 1 silver and rose gold necklace with purple quartz/diamond stones |
| 16 | 1 | 1 pair white gold earrings with aquamarine/diamond stones |
| 17 | 1 | 1 pair silver/rose gold earrings with purple quartz gemstones |
| 18 | 1 | Yellow gold ring with cultured pearl stone |
| 19 | 1 | Yellow gold ring with diamond. |
| 20 | 1 | 1 pair yellow gold earrings with rubies and clear stones. |
| 21 | 1 | Sterling silver Tiffany Brand mirrored compact |

## 13-FBI-001234
## 9 ITEMS OF ASSORTED JEWELRY

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type |
|---|---|---|
| 1 | 1 | Nauratan Pendant Necklace And Box |
| 2 | 1 | Nauratan Earring Set, 22k Gold With Uncut Gems |
| 3 | 1 | Diamond In White Gold Pendant Necklace And Box |
| 4 | 1 | Diamond In White Gold Earring Set |
| 5 | 1 | Antique Diamond Uncut Necklace And Box |
| 6 | 1 | Antique Diamond Uncut Earring Set |
| 7 | 1 | Antique Burmese Ruby & Diamond Necklace in 22k Gold and Box |
| 8 | 1 | Antique Burmese Ruby & Diamond Earrings In 22k Gold, Set |
| 9 | 1 | 3 Row Diamond Necklace In Yellow Gold With Round, Baguette & Marquise Diamonds, Pouch & Box |

5

**13-FBI-001121**
**38 PIECES OF ASSORTED JEWELRY**

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type |
|---|---|---|
| 1 | 1 | 18k yellow gold necklace with 195 diamonds and 8 rubys |
| 2 | 1 | 18k yellow gold earrings with 58 diamonds and 2 rubys |
| 3 | 1 | 18k yellow gold bracelet with 76 diamonds |
| 4 | 2 | 1 Set of two (2) 18k yellow gold bangles with 192 diamonds and 14 rubys each |
| 5 | 2 | 1 Set of two (2) 18k yellow gold bangles with 156 diamonds and 13 emeralds each |
| 6 | 2 | 1 set of two (2) 18k white gold bangles with 41 diamonds each |
| 7 | 2 | 1 set of two (2) 3-row 18k white gold bangles with 411 diamonds total |
| 8 | 2 | 1 set of two (2) 18k white gold bangles with 114 diamonds total |
| 9 | 2 | 1 set of two (2) 18k yellow gold bangles with 56 emerald cut diamonds each |
| 10 | 1 | 18k white gold necklace with 318 diamonds and 28 sapphires |
| 11 | 1 | 18k white gold earring with 86 diamonds and 4 sapphires |
| 12 | 1 | 18k yellow gold necklace with 957 diamonds and 12 rubellites |
| 13 | 1 | 18k yellow gold earrings with 116 diamonds and 4 rubellites |
| 14 | 1 | Rolex Oyster Perpetual watch with diamond face and 3-row diamond bracelet in 18k gold, Serial Number: K573235 |
| 15 | 1 | 18k yellow gold, silver topped; Kundan necklace with diamond melee, 110 grams |
| 16 | 1 | 18k yellow gold, silver topped, Kundan earrings with diamond melee, 38.10 grams |
| 17 | 1 | 18k yellow gold, silver topped, Kundan necklace with diamond melee, 41.0 grams |
| 18 | 1 | 18k yellow gold, silver topped, pendant style Kundan earrings with diamond melee,29.40 grams, Serial Number: K573235 |
| 19 | 1 | 14k white gold necklace with 220 diamond heart-shaped pendant |
| 20 | 1 | 14k white gold necklace with 232 clear diamond melees and 630 Opaque black diamond melees |
| 21 | 1 | 14k white gold earrings with 22 clear diamond melees and 156 Opaque black diamond melee |
| 22 | 1 | 5.25 carat center diamond ring with a 1.35 carat diamond on each side |

6

| 23 | 1 | 18k white gold heart-shaped ring with diamonds by Chopard |
| 24 | 1 | Platinum ring with a 5.01 carat emerald center stone and 34 diamonds in varying weights |
| 25 | 1 | Platinum eternity ring with 18 diamonds |
| 26 | 1 | 18k white gold bangle with 164 diamonds in varying weights and 6 emeralds |
| 27 | 1 | 18k white gold necklace with 379 diamonds in varying weights and 14 sapphires |
| 28 | 1 | 18k white gold earrings with 192 diamonds and 14 sapphires |
| 29 | 1 | 18k white gold "XO" shaped bracelet with 22.64 carats in diamonds |
| 30 | 1 | 18k white gold 5-row bracelet with 300 diamonds |
| 31 | 1 | 18k yellow gold necklace with 379 diamonds and 12 emeralds |
| 32 | 1 | 18k yellow gold earrings with 132 diamonds and 4 emeralds |
| 33 | 1 | 18k yellow gold necklace with 481 diamonds and 12 emeralds |
| 34 | 1 | 18k yellow gold earrings with 78 diamonds and 4 emeralds |
| 35 | 1 | 18k white gold 6-row chain style bracelet with 208 diamonds |
| 36 | 1 | Silver "Chopard" watch with 7 floating diamonds inside the face |
| 37 | 1 | 18k yellow gold Kundan necklace with 40 freshwater pearls |
| 38 | 1 | 18k yellow gold Kundan earrings with 1 freshwater pearl and diamonds in each |

## 13-FBI-000961
## 2 PURE SILK HANDMADE RUGS AND 2 PURE WOOL HANDMADE RUGS

| Item Seq. No. | Count | Item Description/Serial Number/Condition/Item Type/Disposition Type |
|---|---|---|
| 1 | 1 | 10 x 7 ft. pure silk handmade double knot rug; Turkish<br>Serial Number: 110471 |
| 2 | 1 | 10 X 8 ft. pure silk handmade double knot rug; Turkish |
| 3 | 1 | 10.5 x 8 ft. handmade wool rug; Turkish |
| 4 | 1 | 9 x 11.5 ft. pure wool handmade double knot rug; Turkish<br>Serial Number: 114968 |

7

8

# EXHIBIT B

1   ANDRÉ BIROTTE JR.
    United States Attorney
2   ROBERT E. DUGDALE
    Assistant United States Attorney
3   Chief, Criminal Division
    STEVEN R. WELK
4   Assistant United States Attorney
    Chief, Asset Forfeiture Section
5   JENNIFER M. RESNIK
    Assistant United States Attorney
6   Asset Forfeiture Section
    (Cal. State Bar # 233634)
7        1400 United States Courthouse
         312 North Spring Street
8        Los Angeles, California 90012
         Telephone: (213) 894-6595
9        Facsimile: (213) 894-7177
         E-mail: jennifer.resnik@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA

12                    UNITED STATES DISTRICT COURT

13              FOR THE CENTRAL DISTRICT OF CALIFORNIA

14  UNITED STATES OF AMERICA,        )   NO. CV 12-04474-GAF-JC
                                     )
15              Plaintiff,           )
                                     )
16              v.                   )
                                     )
17  REAL PROPERTY LOCATED IN         )   [PROPOSED] CONSENT JUDGMENT
18  DIAMOND BAR, CALIFORNIA,         )
    ASSESSOR PARCEL NUMBER 8713-     )
19  028-003,                         )
                                     )
20                                   )
                                     )
21              Defendant.           )
                                     )
22  _____ )
                                     )
23  SYED QAISAR MADAD AND MEHER      )
    FATINA TABATABAI,                )
24                                   )
                Claimants.           )
25  _____ )

26

27                          RECITALS

28  1.   This action was filed on May 23, 2012.

    2.   Notice was given and published in accordance with law.

3.    Claimants Syed Qaisar Madad and Meher Fatima Tabatabai ("Claimants") filed claims to the defendant Real Property Located in Diamond Bar, California with assessor parcel number 8713-028-003 (the "defendant property"). The legal description of the defendant property is attached as Exhibit "A." No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff and Claimants have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.    The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C).

C.    Notice of this action has been given in accordance with law. All potential claimants to the defendant property other than Claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

D.    The United States of America shall have judgment as to all of the defendant property, subject to the recorded interest of J. Lee Gregg (Instrument Number 20120571405), and no other person or entity shall have any right, title or interest therein.

E.    Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees

2

1  and agents of the United States Federal Bureau of Investigation

2  and Internal Revenue Service, from any and all claims, actions or

3  liabilities arising out of or related to this action, including,

4  without limitation, any claim for attorney's fees, costs or

5  interest which may be asserted on behalf of the claimant, whether

6  pursuant to 28 U.S.C. § 2465 or otherwise.

7          F.    The court finds that there was reasonable cause

8  for the institution of these proceedings.  This judgment shall be

9  construed as a certificate of reasonable cause pursuant to 28

10  U.S.C. § 2465.

11

12    Dated:_____, 2013

13                              _____

14                              THE HONORABLE GARY ALAN FEESS
                                UNITED STATES DISTRICT JUDGE

15  Approved as to form and content:

16  Dated: February____, 2013
                                ANDRÉ BIROTTE JR.
17                              United States Attorney
                                ROBERT E. DUGDALE
18                              Assistant United States Attorney
                                Chief, Criminal Division
19                              STEVEN R. WELK
                                Assistant United States Attorney
20                              Chief, Asset Forfeiture Section

21

22                              _____
                                JENNIFER M. RESNIK
23                              Assistant United States Attorney
                                Asset Forfeiture Section

24                              Attorneys for Plaintiff
                                United States of America

25  DATED: February____, 2013

26

27                              _____

28                              MEHER F. TABATABAI

                                        3

1

2 DATED: February____, 2013

3 _____
ROBERT J. FELDHAKE, ESQ.
4 Attorney for Claimant Meher
Tabatabai
5

6 DATED: February____, 2013

7 _____
SYED QAISAR MADAD

8

9 DATED: February____, 2013

10 _____
LAW OFFICES OF MARK J. WERKSMAN
11 MARK M. HATHAWAY
Attorney for Claimant Syed Qaisar
12 Madad

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

# EXHIBIT A

PARCEL 1: LOT 118 OF TRACT NO. 30578, IN THE CITY OF LOS
ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS
PER MAP RECORDED IN BOOK 785, PAGES 1 TO 25, INCLUSIVE,
OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID
COUNTY.

RESERVING UNTO THE GRANTOR EASEMENTS AS RESERVED IN
SECTIONS 1 AND 2 OF ARTICLE VI OF THE DECLARATION OF
RESTRICTIONS RECORDED MAY 22, 1969 IN BOOK M-3218, PAGE
32, OFFICIAL RECORDS, TOGETHER WITH THE RIGHT TO GRANT
OR DEDICATE TO OTHERS WITHOUT LIMITATION LIKE OR SIMILAR
EASEMENT.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON
SUBSTANCES AND MINERAL NOW OR AT ANY TIME HEREAFTER
SITUATED THEREIN OR THEREUNDER OR PRODUCIBLE THEREFROM,
AS RESERVED IN THE DEED FROM TRANSAMERICA DEVELOPMENT
COMPANY, RECORDED MARCH 29, 1968, IN BOOK D-3955, PAGE
185, OFFICIAL RECORDS OF SAID COUNTY AND AS MODIFIED BY
QUITCLAIM DEED RECORDED ON MAY 8, 1969 IN BOOK D-4363,
PAGE 643, OFFICIAL RECORDS OF SAID COUNTY, WHICH,
RELINQUISHED ALL RIGHTS TO THE USE OF THE SURFACE AND
SUBSURFACE TO A DEPTH OF 500 FEET FROM THE SURFACE OF
SAID LAND.

PARCEL 2: A NON-EXCLUSIVE EASEMENT TO BE USED IN COMMON
WITH OTHERS FOR INGRESS AND EGRESS OVER ALL THOSE AREAS
SHOWN UPON THE MAP OF SAID TRACT NO. 30578, AS "PRIVATE
STREETS", AND OVER ALL THOSE AREAS SHOWN UPON THE MAP OF
TRACT NO. 30289 RECORDED IN BOOK 743, PAGES 42 TO 50,
INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER
OF SAID COUNTY AS "PRIVATE STREETS", SAID EASEMENT TO BE
APPURTENANT TO AND FOR THE BENEFIT OF THE LOT
DESCRIBED ABOVE IN PARCEL 1.

EXCEPTING THEREFROM ANY PORTION WHICH FALLS WITHIN THE
LINES PARCEL 1 ABOVE DESCRIBED.

APN 8713-028-003

5

1 ANDRÉ BIROTTE JR.
  United States Attorney
2 ROBERT E. DUGDALE
  Assistant United States Attorney
3 Chief, Criminal Division
  STEVEN R. WELK
4 Assistant United States Attorney
  Chief, Asset Forfeiture Section
5 JENNIFER M. RESNIK
  Assistant United States Attorney
6 Asset Forfeiture Section
  (Cal. State Bar # 233634)
7      1400 United States Courthouse
       312 North Spring Street
8      Los Angeles, California 90012
       Telephone: (213) 894-6595
9      Facsimile: (213) 894-7177
       E-mail: jennifer.resnik@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12                 UNITED STATES DISTRICT COURT

13            FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,        )   NO. CV 12-05270-GAF-JC
                                    )
15               Plaintiff,         )
                                    )
16          v.                      )
                                    )
17 REAL PROPERTY LOCATED IN         )
   DIAMOND BAR, CALIFORNIA,         )   [PROPOSED] CONSENT JUDGMENT
18 ASSESSOR PARCEL NUMBER 8713-     )
   028-004,                         )
19                                  )
                                    )
20                                  )
                                    )
21               Defendant.         )
                                    )
22 _____  )
                                    )
23 SYED QAISAR MADAD AND MEHER      )
   FATINA TABATABAI,                )
24                                  )
                 Claimants.         )
25                                  )
   _____  )
26

27                        RECITALS

28    1.   This action was filed on June 18, 2012.

      2.   Notice was given and published in accordance with law.

3.     Claimants Syed Qaisar Madad and Meher Fatima Tabatabai ("Claimants") filed claims to the defendant Real Property Located in Diamond Bar, California with assessor parcel number 8713-028-004 (the "defendant property"). The legal description of the defendant property is attached as Exhibit "A." No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff and Claimants have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A.     This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.     The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C).

C.     Notice of this action has been given in accordance with law. All potential claimants to the defendant property other than Claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

D.     The United States of America shall have judgment as to all of the defendant property, subject to the recorded interest of JPMorgan ChaseBank, N.A. (Instrument Numbers 20072134729 and 20071043160), and no other person or entity shall have any right, title or interest therein.

E.     Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees

2

44

1  and agents of the United States Federal Bureau of Investigation
2  and Internal Revenue Service, from any and all claims, actions or
3  liabilities arising out of or related to this action, including,
4  without limitation, any claim for attorney's fees, costs or
5  interest which may be asserted on behalf of the claimant, whether
6  pursuant to 28 U.S.C. § 2465 or otherwise.
7          F.    The court finds that there was reasonable cause
8  for the institution of these proceedings.  This judgment shall be
9  construed as a certificate of reasonable cause pursuant to 28
10 U.S.C. § 2465.
11
12    Dated:_____, 2013
13                                _____
                                  THE HONORABLE GARY ALAN FEESS
14                                UNITED STATES DISTRICT JUDGE
15 Approved as to form and content:
16 Dated: February___, 2013
                                  ANDRÉ BIROTTE JR.
17                                United States Attorney
                                  ROBERT E. DUGDALE
18                                Assistant United States Attorney
                                  Chief, Criminal Division
19                                STEVEN R. WELK
                                  Assistant United States Attorney
20                                Chief, Asset Forfeiture Section
21
22                                _____
                                  JENNIFER M. RESNIK
                                  Assistant United States Attorney
23                                Asset Forfeiture Section
24                                Attorneys for Plaintiff
                                  United States of America
25
26 DATED: February___, 2013
27                                _____
                                  MEHER F. TABATABAI
28

                                  3

```
1
2     DATED: February___, 2013
3                                    _____
                                     ROBERT J. FELDHAKE, ESQ.
4                                    Attorney for Claimant Meher
                                     Tabatabai
5     DATED: February___, 2013
6                                    _____
                                     SYED QAISAR MADAD
7     DATED: February___, 2013
8                                    _____
9                                    LAW OFFICES OF MARK J. WERKSMAN
                                     MARK M. HATHAWAY
10                                   Attorney for Claimant Syed Qaisar
                                     Madad
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27    ovaov
28
```

4

46

# EXHIBIT A

PARCEL 1: LOT 119, OF TRACT NO. 60578, IN THE CITY OF
DIAMOND BAR, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA,
AS PER MAP RECORDED IN BOOK 785 PAGES 1 TO 25 INCLUSIVE
OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID
COUNTY.

EXCEPT THEREFROM OIL, GAS, MINERALS AND HYDROCARBON
BELOW A DEPTH OF 500 FEET, WITHOUT THE RIGHT OF SURFACE
ENTRY AS RESERVED IN INSTRUMENT OF RECORDS.

PARCEL 2: A NON-EXCLUSIVE EASEMENT TO BE USED IN COMMON
WITH OTHERS FOR INGRESS AND EGRESS OVER ALL THOSE AREAS
SHOWN UPON THE MAP OF SAID TRACT NO. 30578, AS PRIVATE
STREET, SAID EASEMENT TO BE APPURTENANT TO AND FOR
BENEFIT OF THE LOT DESCRIBED ABOVE IN PARCEL 1.

EXCEPT THEREFROM ANY PORTION WHICH FALLS WITHIN THE
LINES OF PARCEL 1 ABOVE DESCRIBED.

APN 8713-028-004

5

# EXHIBIT C

**AGREEMENT**

By the signatures of the parties below, the United States of America ("the government") and Meher Fatima Tabatabai, both individually and by and through their respective counsel, stipulate and agree as follows:

The United States Federal Bureau of Investigation ("FBI") has seized the following personal property (collectively, the "seized property"):  One 2008 Mercedes-Benz C63, VIN WDDGF77X58F174640, seized on or about August 7, 2012 (CATS ID 12-FBI-006375);  89 items of assorted personal property seized on or about October 30, 2012, described more particularly in Exhibit A (CATS ID 13-FBI-000582);  21 items of assorted jewelry seized on or about October 30, 2012, described more particularly in Exhibit A (CATS ID 13-FBI-000583); $293,979.23 in bank funds seized on or about October 30, 2012, from a Charles Schwab Bank account in the name of Faisal Hai Rajput (CATS ID 13-FBI-000581); 2 pure silk handmade rugs and 2 pure wool handmade rugs seized on or about December 10, 2012,  described more particularly in Exhibit A (CATS ID 13-FBI-000961); 9 items of assorted jewelry seized on or about December 17, 2012, described more particularly in Exhibit A (CATS ID 13-FBI-001234); 38 pieces of jewelry seized from Nicole-Stanton, LLC on or about December 20, 2012, described more particularly in Exhibit A (CATS ID 13-FBI-001121).  The government represents

1

that the FBI has or will commence administrative forfeiture proceedings against the seized property;

Pursuant to the terms of this agreement, Meher Fatima Tabatabai hereby agrees not to contest the forfeiture of the seized property in any judicial or administrative proceeding.  If Meher Fatima Tabatabai  has submitted a statement of interest or claim in any administrative forfeiture proceeding involving the seized property (or any portion thereof), she hereby withdraws any such statement of interest or claim, waives her right to any further notice relative to the administrative forfeiture proceeding and understands, acknowledges and agrees that all of her right, title and interest in and to the seized property subject to her statement of interest or claim shall, should the United States of America elect to do so, be administratively forfeited to the United States of America without any further notice to Meher Fatima Tabatabai.  Meher Fatima Tabatabai further agrees to release, forever discharge, and hold harmless the United States of America, its officers, agents, attorneys, servants and employees, as well as the FBI, their officers, agents, attorneys, servants and employees from any and all actions, causes of action, suits, proceedings, debts, judgments, damages, claims or demands whatsoever in law or equity which Meher Fatima Tabatabai, her heirs, successors or assignees ever had, now have or may have whether known or unknown, in

2

connection with this seizure and detention of the seized property, including but not

limited to any claim filed under 28 U.S.C. § 2412;

Each party agrees to bear its own costs and attorney's fees in connection

with the seizure and detention of the seized property.

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

DATED: February   2013,        _____

JENNIFER M. RESNIK

Attorneys for Plaintiff
United States of America

DATED: February   2013,        _____

MEHER F. TABATABAI

DATED: February   2013,        _____

ROBERT FELDHAKE
Attorney for
MEHER F. TABATABAI

3

# EXHIBIT D

## AGREEMENT

By the signatures of the parties below, the United States of America ("the government") and Mahrukh Madad, both individually and by and through their respective counsel, stipulate and agree as follows:

The United States Federal Bureau of Investigation ("FBI") has seized the following personal property (collectively, the "seized property"): One 2008 Mercedes-Benz C63, VIN WDDGF77X58F174640, seized on or about August 7, 2012 (CATS ID 12-FBI-006375); 89 items of assorted personal property seized on or about October 30, 2012, described more particularly in Exhibit A (CATS ID 13-FBI-000582); 21 items of assorted jewelry seized on or about October 30, 2012, described more particularly in Exhibit A (CATS ID 13-FBI-000583); $293,979.23 in bank funds seized on or about October 30, 2012, from a Charles Schwab Bank account in the name of Faisal Hai Rajput (CATS ID 13-FBI-000581); 2 pure silk handmade rugs and 2 pure wool handmade rugs seized on or about December 10, 2012,  described more particularly in Exhibit A (CATS ID 13-FBI-000961); 9 items of assorted jewelry seized on or about December 17, 2012, described more particularly in Exhibit A (CATS ID 13-FBI-001234); 38 pieces of jewelry seized from Nicole-Stanton, LLC on or about December 20, 2012, described more particularly in Exhibit A (CATS ID 13-FBI-001121).  The government represents

1

that the FBI has or will commence administrative forfeiture proceedings against the seized property;

Pursuant to the terms of this agreement, Mahrukh Madad hereby agrees not to contest the forfeiture of the seized property in any judicial or administrative proceeding.  If Mahrukh Madad has submitted a statement of interest or claim in any administrative forfeiture proceeding involving the seized property (or any portion thereof), she hereby withdraws any such statement of interest or claim, waives her right to any further notice relative to the administrative forfeiture proceeding and understands, acknowledges and agrees that all of her right, title and interest in and to the seized property subject to her statement of interest or claim shall, should the United States of America elect to do so, be administratively forfeited to the United States of America without any further notice to Mahrukh Madad.  Mahrukh Madad further agrees to release, forever discharge, and hold harmless the United States of America, its officers, agents, attorneys, servants and employees, as well as the FBI, their officers, agents, attorneys, servants and employees from any and all actions, causes of action, suits, proceedings, debts, judgments, damages, claims or demands whatsoever in law or equity which Mahrukh Madad, her heirs, successors or assignees ever had, now have or may have whether known or unknown, in connection with this seizure and detention of

2

the seized property, including but not limited to any claim filed under 28 U.S.C. §

2412;

Each party agrees to bear its own costs and attorney's fees in connection

with the seizure and detention of the seized property.

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

DATED: February   2013,      _____

JENNIFER M. RESNIK

Attorneys for Plaintiff
United States of America

DATED: February   2013,      _____

MAHRUKH MADAD

DATED: February   2013,      _____

Attorney for
MAHRUKH MADAD

3

## AGREEMENT

By the signatures of the parties below, the United States of America ("the government") and Mahvish Z. Madad, both individually and by and through their respective counsel, stipulate and agree as follows:

The United States Federal Bureau of Investigation ("FBI") has seized the following personal property (collectively, the "seized property"): One 2008 Mercedes-Benz C63, VIN WDDGF77X58F174640, seized on or about August 7, 2012 (CATS ID 12-FBI-006375); 89 items of assorted personal property seized on or about October 30, 2012, described more particularly in Exhibit A (CATS ID 13-FBI-000582);  21 items of assorted jewelry seized on or about October 30, 2012, described more particularly in Exhibit A (CATS ID 13-FBI-000583); $293,979.23 in bank funds seized on or about October 30, 2012, from a Charles Schwab Bank account in the name of Faisal Hai Rajput (CATS ID 13-FBI-000581); 2 pure silk handmade rugs and 2 pure wool handmade rugs seized on or about December 10, 2012,  described more particularly in Exhibit A (CATS ID 13-FBI-000961); 9 items of assorted jewelry seized on or about December 17, 2012, described more particularly in Exhibit A (CATS ID 13-FBI-001234); 38 pieces of jewelry seized from Nicole-Stanton, LLC on or about December 20, 2012, described more particularly in Exhibit A (CATS ID 13-FBI-001121).  The government represents

1

that the FBI has or will commence administrative forfeiture proceedings against the seized property;

Pursuant to the terms of this agreement, Mahvish Z. Madad hereby agrees not to contest the forfeiture of the seized property in any judicial or administrative proceeding. If Mahvish Z. Madad has submitted a statement of interest or claim in any administrative forfeiture proceeding involving the seized property (or any portion thereof), she hereby withdraws any such statement of interest or claim, waives her right to any further notice relative to the administrative forfeiture proceeding and understands, acknowledges and agrees that all of her right, title and interest in and to the seized property subject to her statement of interest or claim shall, should the United States of America elect to do so, be administratively forfeited to the United States of America without any further notice to Mahvish Z. Madad. Mahvish Z. Madad further agrees to release, forever discharge, and hold harmless the United States of America, its officers, agents, attorneys, servants and employees, as well as the FBI, their officers, agents, attorneys, servants and employees from any and all actions, causes of action, suits, proceedings, debts, judgments, damages, claims or demands whatsoever in law or equity which Mahvish Z. Madad, her heirs, successors or assignees ever had, now have or may have whether known or unknown, in connection with this seizure and detention of

2

the seized property, including but not limited to any claim filed under 28 U.S.C. § 2412;

Each party agrees to bear its own costs and attorney's fees in connection with the seizure and detention of the seized property.

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

DATED: February   2013,          _____

JENNIFER M. RESNIK

Attorneys for Plaintiff
United States of America

DATED: February   2013,          _____

MAHVISH Z. MADAD

DATED: February   2013,          _____

ANDRE BATES
Attorney for
MAHVISH Z. MADAD

3

# EXHIBIT E

## AGREEMENT

By the signatures of the parties below, the United States of America ("the government") and Faisal Hai Rajput, both individually and by and through their respective counsel, stipulate and agree as follows:

The United States Federal Bureau of Investigation ("FBI") has seized the following personal property (collectively, the "seized property"): One 2008 Mercedes-Benz C63, VIN WDDGF77X58F174640, seized on or about August 7, 2012 (CATS ID 12-FBI-006375); 89 items of assorted personal property seized on or about October 30, 2012, described more particularly in Exhibit A (CATS ID 13-FBI-000582);  21 items of assorted jewelry seized on or about October 30, 2012, described more particularly in Exhibit A (CATS ID 13-FBI-000583); $293,979.23 in bank funds seized on or about October 30, 2012, from a Charles Schwab Bank account in the name of Faisal Hai Rajput (CATS ID 13-FBI-000581); 2 pure silk handmade rugs and 2 pure wool handmade rugs seized on or about December 10, 2012,  described more particularly in Exhibit A (CATS ID 13-FBI-000961); 9 items of assorted jewelry seized on or about December 17, 2012, described more particularly in Exhibit A (CATS ID 13-FBI-001234); 38 pieces of jewelry seized from Nicole-Stanton, LLC on or about December 20, 2012, described more particularly in Exhibit A (CATS ID 13-FBI-001121).  The government represents

1

that the FBI has or will commence administrative forfeiture proceedings against the seized property;

Pursuant to the terms of this agreement, Faisal Hai Rajput hereby agrees not to contest the forfeiture of the seized property in any judicial or administrative proceeding. If Faisal Hai Rajput has submitted a statement of interest or claim in any administrative forfeiture proceeding involving the seized property (or any portion thereof), he hereby withdraws any such statement of interest or claim, waives his right to any further notice relative to the administrative forfeiture proceeding and understands, acknowledges and agrees that all of his right, title and interest in and to the seized property subject to her statement of interest or claim shall, should the United States of America elect to do so, be administratively forfeited to the United States of America without any further notice to Faisal Hai Rajput. Faisal Hai Rajput further agrees to release, forever discharge, and hold harmless the United States of America, its officers, agents, attorneys, servants and employees, as well as the FBI, their officers, agents, attorneys, servants and employees from any and all actions, causes of action, suits, proceedings, debts, judgments, damages, claims or demands whatsoever in law or equity which Faisal Hai Rajput, his heirs, successors or assignees ever had, now have or may have whether known or unknown, in connection with this seizure and detention of the

2

seized property, including but not limited to any claim filed under 28 U.S.C. §

2412;

Each party agrees to bear its own costs and attorney's fees in connection

with the seizure and detention of the seized property.

                                    ANDRÉ BIROTTE JR.
                                    United States Attorney
                                    ROBERT E. DUGDALE
                                    Assistant United States Attorney
                                    Chief, Criminal Division
                                    STEVEN R. WELK
                                    Assistant United States Attorney
                                    Chief, Asset Forfeiture Section

DATED: February   2013,           _____

                                    JENNIFER M. RESNIK

                                    Attorneys for Plaintiff
                                    United States of America


DATED: February   2013,           _____

                                    FAISAL HAI RAJPUT


DATED: February   2013,           _____

                                    ANDRE BATES
                                    Attorney for
                                    FAISAL HAI RAJPUT

3