# EXHIBIT A

May 14, 2013

Honorable Percy Anderson
United States District Court
Central District of California
312 N. Spring Street
Los Angeles, CA 90012

Dear Judge Anderson,

Firstly I would like to thank you for taking the time to carefully read *all* of the letters – not only the letters of support, but also the victim impact statements – that are being written on behalf of my father Syed Qaisar Madad, for I am equally as concerned with the *process* of justice as I am with the *outcome*. I am writing to humbly request a fair process as you make your decision, and consider my father as a whole human being with sixty six years of life – which includes the nightmares and allegations of the past few years – to show for his character.

When the charges were brought against my father, I inevitably faced existential questions about who I believe I am, who I believe my father is, and how much one of those beliefs has to do with the other. Over the past two years of litigation, I have sympathized with those who have suffered losses, but I have also shared the deep, daily pain my parents and family are experiencing, and thus I feel that I have reached a point where I am able to think of my father objectively, almost in a sociological sense, simply as a human being. I understand that, as his daughter, I am expected to be biased, but I hope to illustrate to you through examples of his behavior that his character is undeniably and objectively gentle, altrustic, and humble.

Perhaps the most amazing thing about my father is the permanence of his selfless outlook during times in his life when most people would understandably be more concerned with their own stress. He gladly volunteered to carry – not simply to share – the weight of others' burdens on his shoulders, in addition to the demands of the incredibly busy and successful life he built through hard work.

When I was very little, he made the ultimate sacrifice when he left his own career which required him to travel for long periods of time. He came home for good, to allow my mother to pursue her career as a physician, while he became Mr. Mom in the background. Your Honor, I honestly can't name many men these days who would leave the oil industry so that his wife could become the breadwinner. And he didn't just *come home* for us. He went above and beyond for us. My mom would finish her hospital rounds sometimes as late as 3 or 4 in the morning, and perhaps the fondest memory I have of my dad (which he still does today) is seeing him sleeping on the couch late at night, waiting for her to call and say that she's in the driveway. He would groggily wake himself up, every night without fail, take a flashlight or an umbrella if he needed to, and walk my mom inside. Later, around 6 in the morning, he would make breakfast and had the car running so it would be warmed up for me when it was time for him to drop me off at school – up until my senior year of high school.

All throughout my childhood, he went to great lengths to care for my maternal grandparents, who lived with us as they both suffered from and ultimately succumbed to difficult illnesses. He gave them dignity in their old age and at the end of life, a gift whose value I can only hope to understand as I grow older. Even among the daily chaos – the constant doctors visits, the home care, tending to every detail of

the household as well as his own business, raising two young children – he was doing so much for others, helping other families through their own darkest moments and supporting worthy causes that serve the most dire of needs.

There was a bedroom in my childhood home that I distinctly remember was a place of refuge for so many. It was where my grandparents used to sleep, with the constant hum of their medical machines that they required at their bedside. I remember countless young people and even their friends would stay in that room for months when they couldn't afford their own place while going to college. So many young people saw him as a father figure in their lives. And all throughout that time, family and friends from out of town would stay for weeks or even months at a time, but my father's patience and readiness to serve never waned. On top of that, while my mother was always busy with 18 hour days in her medical practice, my father was the only one who had to "man the fort" so to speak, with so many guests and housepets coming and going, yet he never missed a night of helping my sister and I with our homework, and he never missed our performances and ceremonies in school. Plus, he still makes breakfast for my mother and I to this day, because he has always been an early riser. He is simply an amazing husband, father, and friend.

In retrospect, I was too young to understand how much my father was constantly doing for others, beyond what I was able to see at home. As I grow older, I learn that there was even more to the picture, and even today I really can only speak of a fraction of the good deeds my mom and dad have done for others. My parents were constantly caring for their relatives and friends, so much so that people would refer strangers to my parents for help. As silly as it may sound, I wish I would have received fewer bad grades and needed less constant direction as a kid, because I wish my father could have had a break every once in a while. He never caught a break, for as long as I can remember, and he still takes great joy in helping others. Unfortunately, since this litigation has crippled our family financially and isolated us from the community my father dedicated himself to, his heart aches for the ability to be of service to society once again. He wants to be able to help people and causes again, and furthermore, I know he wants so desperately to make everyone in this situation whole again.

During one of our conversations about the terms of his house arrest, he explained to me that he respects and understands what the legal system requires in his situation, but he gained a new perspective on the experience of women in repressive societies who are not allowed to leave the house without permission. I cannot emphasize enough how remarkable this way of thinking is for a man who came from a rural village in Pakistan. I was fortunate to visit his hometown, where the nearest airport had a single dirt runway, and farm animals intermix among the street traffic. There, most women are covered from head to toe, they are sent into arranged marriages that impose a tremendous financial burden upon their families in the form of dowries, and their prospects for education – much less a career – are bleak. He could easily complain about his current circumstances, but he never will. He selflessly thinks of his own troubles as valuable insight into the plight of others.

This lends to his giving spirit. He and my mother have championed causes for women, children, literacy, public health crises, natural disasters, interfaith dialogue, the arts – the list is endless, and they have done so for as long as I can remember. They support development efforts in Pakistan and elsewhere because they understand that empowerment and education are the key to alleviating poverty and reducing the threat of religious extremism – especially in areas of the world where groups like the Taliban literally bomb girls' schools.

I remember helping my parents at fundraisers and volunteering for their causes as early as my elementary school days, and it was because of their example that I intend to dedicate my own career to public service. I recall sharing with my dad an essay I read during my freshman year at UC Irvine about "lifeboat ethics" which reasoned that the poor don't deserve assistance from those who are better off because the world is like a lifeboat with limited space, and everyone cannot be saved. I will never forget his reaction, because it is a philosophy that now quite literally drives my own pursuit to make a positive contribution to society. He explained his perspective with the following example: when you use one candle to light another candle, the flame of the first candle isn't somehow diminished or extinguished. Instead, you are left with two equally bright flames. It is clear that he is a truly altruistic person who cannot see any downside to helping others, and I have always remembered this conversation as I find it incredibly rewarding to dedicate my time to causes I believe in. Later, in my senior year at UCI, I was one of three students in my academic department to be awarded the Dean's Award for Community Engagement due to my academic success and commitment to community service, and after graduation my first job was working as a grassroots political coordinator for a non-profit women's health organization, where I was responsible for interfacing with the community as well as voter education and registration. I credit my father and mother for being the impetus behind all of these endeavors.

When our legal troubles initially started, I was in the middle of applying to graduate school, but I put my plans on hold and moved back home to support my parents. Now, I do not know what the future holds for my family. If my father goes to jail, I will of course never leave my mother by herself, I will do my best to protect her and nurture her, for it will be just her and I home alone together for as long as it has to be. But I cannot do anything for all those who my father helped, who no longer have anyone to count on, for those are impossibly large shoes to fill. Most of all, it breaks my heart to see my father cry about my education, because that was always his focus. He tells me he worries that I won't get my life back on track after the trauma of this time period.

I am currently 24 years old now and there are a lot of happy memories I have still yet to give to my father. If he goes to jail, he will never get to see me obtain higher education, he will never meet whoever it is that I marry, he won't be there at my wedding day, he will never hold the children my sister and I will someday have. If jail must be his final fate, then I wish I would have known the last normal father's day, thanksgiving, birthdays, and so on, were all before October 30th, 2011, the day of his indictment. I wish his family would have known, so that they could have tried to somehow see him one as a free man one last time, since most of his five siblings are in their old age and living in Pakistan, and they are not in the financial or physical position to travel. It almost feels as though I am writing his eulogy, but I am pleading humbly that you give him probation instead of jail time.

My father is a simple, decent man. He has faced this process at every step with dignity and a genuine spirit of remorse and cooperation. He is nonviolent, his health is problematic, and at his old age even a few years of jail time would mean dying in jail as far as I am concerned. I understand the allegations against my father are serious, but he does not deserve to be robbed of the opportunity to be with his own family members, it will not do any good for society or the victims of this situation. I believe his benevolent character and long life of good deeds merits your leniency in sentencing him. Please order restitution, community service, probation, and whatever else justice requires as you see fit, but please remember that the last few years of a good man's life are up to you.

I apologize for writing such a lengthy letter, I feel that I cannot say enough as this letter is quite literally my only opportunity for justice in my own life as well as my father's, and it is my only opportunity to speak to a representative of the justice system before it decides his – and my family's -- fate.

Thank you very much for your time and consideration.

Sincerely,

Mahrukh Zehra Madad

SQM - 7