# EXHIBIT B

April 15, 2013

The Honorable Percy Anderson
c/o Law Offices of Mark J. Werksman
888 West 6th Street
4th Floor
Los Angeles, CA 90017

Dear Judge Anderson:

I request and plead for leniency in the sentencing of my brother, Syed Qaisar Madad. As his older brother, you can imagine that this is a difficult letter for me to send, given the nature of the charges against Qaisar.

My brother and I were born into a family of modest means in a small village in India; due to civil unrest, our family later fled to Pakistan shortly after its creation, leaving almost all of our possessions behind in the move. Our parents raised my brother and I, along with our other siblings to strive for better circumstances through education and hard work. Like many others, we sought to improve our circumstances by immigrating to North America. Qaisar worked very hard to obtain two Masters in Engineering from the New York Institute of Technology (NYIT) while supporting himself as a teaching assistant and working in the university library. Those early days were full of many sacrifices for both of us, being so far away from our loved ones and in a country that was so different from our birthplace. Qaisar and I shared a small apartment for a few years and during that time, I saw my brother behave with nothing but honesty, integrity and compassion for others.

Despite his busy course load, Qaisar always shared his time and energy to help his fellow students in group study activities. Many years later, as a husband and father, Qaisar has continued this habit of helping others whenever he is in a position to do so by remaining involved in charitable activities to help the underprivileged – both in his local community in California, as well as in Pakistan, where our extended family still lives. Despite the success he achieved and the related demands upon his time, Qaisar has never forgotten his humble origins nor his family back in Pakistan.

When our nephew in Pakistan (Tahir Madad), contracted Hepatitis C, a condition which requires long-term and often expensive medical treatment, especially in a developing country, Qaisar came to the aid of his family without being asked. Due to Qaisar's financial generosity and compassion, Tahir was able to receive the medications and treatments he needed to keep him healthy and able to work. In another instance, Qaisar stepped in to help when our niece (Rabab Fatima) was accepted to medical school in Pakistan but could not afford to attend. Again, unasked, Qaisar provided the means for her to pursue her dream of a medical career, and she is well on her way to becoming a physician.

I can attest that Qaisar has always been a law abiding person with deep ties to his family and local community and ask that you take all the good he has done for others into account when making your decision.

Respectfully,

*Sikander Madad*

Syed Sikandar Madad, MD
52 Shaun Ridge
Roslyn Harbor, NY 11576