# EXHIBIT C



California Legislature



# California State Assembly

## Certificate Of Recognition

PRESENTED TO:

# Syed Q. Madad

IN HONOR OF:

**Congratulations on 25 Years With the American Society of Mechanical Engineers and Thank You for Your Service to the American Industry!**
**November 19, 1998**

MEMBER OF THE ASSEMBLY



# California State Senate

CALIFORNIA STATE SENATE



# Certificate of Recognition

Presented to

## Syed Q. Madad

Honored for Lifelong Service by

### American Society of Mechanical Engineers
### Orange County Section

November 19, 1998





# Certificate of Special Congressional Recognition

Presented to

**Syed Q. Madad**

Chairman/CEO-Multimedia TTM, Anaheim
American Society of Mechanical Engineers-25 Years of Membership

in recognition of outstanding and invaluable service to the community.

_____
MEMBER OF CONGRESS

November 19, 1998
DATE