# EXHIBIT D



**ASME**
SETTING THE STANDARD

Recognizes the long term membership of

*Syed Q. Madad*

**Life Member**

who has been and is entitled to all the privileges granted by the Constitution of the Society, an organization for promoting the art, science, and practice of mechanical engineering

2012-2013



Marc W. Goldsmith
President

Thomas G. Loughlin, CAE
Executive Director

# ASME INTERNATIONAL

## The American Society of Mechanical Engineers
— Founded 1880 —

Recognizes the long term membership of

### Syed Qaisar Madad

who for

**Twenty-Five Years**

has been and is entitled to all the privileges granted by the Constitution of the Society, an organization for promoting the art, science, and practice of mechanical engineering

1998 ~ 1999




_President_

_Executive Director_

Case 2:12-cr-01048-PA   Document 49-4   Filed 06/07/13   Page 4 of 4   Page ID #:280

 **ASME International**

212-591-7900
212-591-7674
www.asme.org

Three Park Avenue
New York, NY 10016-5990
U.S.A.

September 1998

Dear ASME Member:

Each year the Council on Member Affairs has the pleasure of recognizing members who have achieved 25 years of membership by awarding them the enclosed certificate of recognition and rocker for their membership pin.

The strength of any professional society rests on the dedication and activity of its members. During the past 25 years, both the mechanical engineering profession and the Society have benefited from the loyal commitment of professionals like yourself. Your participation has enhanced the Society and contributed to its prestige.

Congratulations on this milestone!

Sincerely,

Thomas G. Loughlin
Managing Director, Member Affairs
(212) 705-8245

Enclosure

The American Society of Mechanical Engineers