# EXHIBIT E

Honorable Percy Anderson,

    I am Meher F. Tabatabai, wife of Syed Qaisar Madad. Tears are streaming down my face as I try to write the most important letter I will ever write in my life, since I am writing it for the most important person in my life. Qaisar Madad is my husband, my best friend, the father of my two beautiful daughters, my soul mate, and he is the love of my life. We have been married for over 30 years and I have seen Qaisar in many different roles. As a husband, he has always been supportive, kind, loving, and encouraged me to follow my dreams and pursue my separate career as a doctor. He always let me shine while he was in the background. He helped me take care of my sick parents as if they were his own, and he always supported our two families.

    As a father, he is devoted to our two daughters and our son in law. He adores his daughters, Mahvish and Mahrukh. When they were babies, he never hesitated to change their diapers, take them to the park, feed them, do their laundry, attend parent teacher conferences, and so on, as I was always busy with my own medical practice. He was then, as he is now, aways there for our daughters.

    As a son and son-in-law, he always treated his mother and my parents with utmost respect, took care of all their needs, and was totally devoted to them.

    As a brother, again, always kind, considerate, giving and loving towards all his siblings.

    As an uncle, he took time out to spend with his young nieces and nephews, always showed interest in them, gave them affection and love. He always made sure their needs were met, encouraged them to have dreams and pursue higher education.

    As a friend, he was always kind, generous, loyal, and giving. He never liked attention and stayed in the background. He gave himself selflessly to the community. For many years, he worked for numerous charities and never asked for anything, not even recognition, in return.

    As a person and a human being, he is the brightest, most kind and generous human being you will ever meet. He is so smart, he completed his Masters in Operations Research in eight and a half months from Polytechnic University, New York, from September 1972 – May 1973, and he earned a second Masters in Mechanical Engineering in just three semesters from September 1973 – August 1974.

    Qaisar is generous to a fault. He is a simple man. He never says no to anybody and he is incapable of hurting anyone or committing a crime. His first instinct is always to help whenever asked.

    I continue to believe in my husband's innocence as the charges against him are not the Qaisar I have known and loved for over 30 years. He has a kind, honest soul. I beg you not to put him behind bars, it would destroy his gentle spirit. I know in his heart that he would make every victim in this case whole again if he could, and would work to that end all his life to do so.

Please have mercy on our family, and don't take Qaisar away from us. Thank you for your consideration.

Respectfully,

Meher F. Tabatabai, M.D.