# EXHIBIT F



Mahrukh Madad <mahrukh.madad@gmail.com>

## Letter Of Support For Syed Qaiser Madad

**khadeeja zehra** <khadeeja_zehra@yahoo.com>  Thu, Apr 11, 2013 at 10:55 AM
Reply-To: khadeeja zehra <khadeeja_zehra@yahoo.com>
To: "mwerksman@werksmanlaw.com" <mwerksman@werksmanlaw.com>, "kquinn@werksmanlaw.com" <kquinn@werksmanlaw.com>, "mrodriguez@werksmanlaw.com" <mrodriguez@werksmanlaw.com>, "mahrukh.madad@gmail.com" <mahrukh.madad@gmail.com>

Honorable Percy Anderson,

I am Khadeeja Zehra Madad (Daisy), daughter of Akbar Madad-elder brother of Mr. Qaiser Madad. I know Mr. Qaiser Madad from my childhood, known for his kindness, love, hard work, intelligence, generosity and honesty; he was renowned in the whole family from the very beginning of his career. He is always a soft spoken person and so kind that his eyes become wet after hearing problems of others and he couldn't help himself to care for that person in one way or the other. In 1978 my father passed away leaving my mother, 1 brother, 1 sister and me (we all being school kids at that time). Since then, being a caring uncle Qaiser Madad(even though not well established at that time) had helped us in all our difficult times and stood by our side at all occasions when we needed his support both morally as well as financially, just like our father and never let us feel his absence. He had cared to his full extent for us and our widow mother, and specially at the time of our marriages he was so cooperative and kind that he didn't allowed us to spend on our own marriages to a point that even the furniture and jewellery among the marriage gifts were from his side. Not only to me, but he sent a lot of expensive clothes and grooming kits for my husband, Mohsin Raza. Then at the time of birth of each child-total 3, he sent hundreds of dollars and a lot of baby clothings and other valuables. In Jan 2007 when I returned from pilgrimage he was so excited that he immediately sent me a large sum of $850 to celebrate the event. Later in the same year my mother had a stroke and was confined to bed, at that time he expressed severe grief and even came to visit her, from then onwards he had regularly sent us the expenditures for her expensive care and treatment until she eventually passed away in 2012. But sadly from the last two years I have found that he has been in a trouble which has filled us with sorrow and deprived us of his sympathy. According to my experiences with him for the last 4 decades my merciful and trustworthy uncle has never been disloyal or wicked to anyone and has always

Case 2:12-cv-01048-PA   Document 49-6   Filed 06/07/13   Page 3 of 3   Page ID #:285

extended his support for the voice of truth. I remember those words which my grandfather repeatedly taught to his sons, "Always remember to earn lawful and eat less but lawful, and never to speak a lie to anyone"- a sentence that I observe is at all times followed by Mr. Madad and also he being a true follower of the teachings of Islam has never used unlawful means to earn his living as it is considered a great sin and the one strictly prohibited in our religion. In all circumstances he has adopted the just way for his earnings and has reached this level not because of anyone's contribution but only due to his self-struggle and hard work which he kept as his top priority.

Thank you for your time,

Sincerely,

Khadeeja Zehra Madad (Daisy)