# EXHIBIT G

Honorable Percy Anderson,

Being eldest brother of Syed Qaisar Madad, I know him since he was born. We spent good time in our family during our childhood till the beginning of our professional lives. Syed Qaisar Madad is known for his intelligence and hard work, having a record of being awarded with scholarships during his education.

After graduating as mechanical engineer from a well-reputed government-run university in Lahore, Pakistan, he proved his capabilities while obtaining a masters degree from USA.
Syed Qaisar Madad substantiated his competence professionally as well as he worked for oil companies in Libya and Canada.
After several years of his married life he left his job and started trading in shares and stocks as he got settled in Los Angles.

Known for his care, concern and generosity he and his family served me whenever I visited USA, mainly for medical treatments, where I got hospitalized going through complex surgeries. He aided me financially and was a major support during the period when I was going through agony. He further facilitated me by paying all the expenses including traveling from Pakistan to USA.
He always supported his family and relatives in uplifting, particularly striving for education of our young generation. His cooperative and helping nature is not only a source of strength for the family but for others as well who seek for his sponsorship to obtain their necessities.

I always found him busy in training and sharing his knowledge and experience with others, especially about his profession and business, during my stay in USA. He showed me many investors who place confidence over his truthfulness and honesty.

He is a very simple person by nature who place trust over people blindly, without knowing the consequences.
Syed Qaiser Madad's kindness and benevolence can also be recognized through the donations he make to charity organizations and NGOs, aimed at supporting education and disaster victims specially in the under-developed and developing countries including Pakistan.

                                              Syed Babar Madad

                                              House 5, Kehkashan Street 4,
                                              Naka Chowk, North Gulgasht Colony,
                                              Multan, Pakistan.