# EXHIBIT H

April 5, 2013

The Honorable
Percy Anderson
United States District Attorney

Your Honor,

My name is Josefina O. Leggett, I am currently living at 4911 ½ Hayter Avenue, Lakewood, CA, 90712. I am presently working at Meher F. Tabatabai, MD, Inc., taking care of Patients records, follow-up and collection. I have been performing these duties and responsibilities since 1998 also have worked in various activities/projects for Mr. Syed Qaisar Madad and Dr. Tabatabai since 1992.

I have worked directly with Mr. Madad for 21 years as an employee and being treated a member of the family. During this time, I observed Mr. Madad in a variety of life experiences and situations along with witnessing his two daughters into maturity. I believe that this long period of time gives me the perspective of Mr. Madad's character and qualifies me to present my views.

All families have difficulty at some point as life progresses. I have been able to observe Mr. Madad's response to several crises during my long tenure and in every instance his actions were to support those who would be affected and not himself. He gives respect to others when due and observes humility almost to a fault. He trust others and be open to them without safeguarding against their intensions.

Helping ones family can often be regarded as an obligation rather than a selfless act. Mr. Madad has done his utmost to protect his family, workers and friends. He is generous when their efforts need to be recognized. He is devoted in supporting and promoting the well-being of his family and many others without regard for himself.

His dedication to whatever task is at hand and work habits are exceptional and more than once I have been advised by him to attend to the smallest of details in our business records. He is genuinely dedicated to social justice and exemplified through his participation in charities and politically dedicated causes. In all of these instances that I was able to observe, his interest was not for notoriety but for the promotion of the cause that reflected his conscience.

Thank you very much Your Honor.

Respectfully yours,

*Josefina O. Leggett*
Josefina O. Leggett