# DEVELOPMENT IN LITERACY (DIL)

This charity operates over 150 schools in economically disadvantaged areas, especially promoting girls education in Pakistan. Over 14,000 children benefits from its educational programs . It employs over 600 teachers & has opened more than 170 libraries and computer labs.

We have been supporter of this charity for about 15 years & sponsored their Annual Fundraisers in Los Angeles from 2008 – 2010 raising over $ 1.5 Millions. We also under wrote establishment of two (2) of their school in KHINGER KHURD in the rural district of the city of Rawalpindi. In recognition of our support for literacy, girls education and philanthropy , we received Community Service & recognition awards from this organization in 2008, 2009 and 2010.



*Dear DIL Supporters,*

I would like to welcome you to the Development in Literacy 2008 Annual Los Angeles Fundraiser.

As we look back on this year, we have witnessed global, social, political and economic changes which have highlighted the importance of education as a tool for sustainable progress. It is the goal of DIL to help to ensure that this progress continues through the education of the underprivileged in Pakistan. DIL continues to grow its base of operated and owned schools while developing its existing schools. This development is focused on providing unique curriculum based educational materials, teacher training programs and technology based initiatives with the ultimate goal of expanding into secondary education.

Our most important asset is and will always be you, our most generous supporters. With your support of DIL, we hope to continue to improve literacy in Pakistan and make a difference.

I would like to specially thank Dr. Meher Tabatabai and Mr. Syed Qaisar Madad for underwriting this beautiful event; without their support, this would have never been possible. In addition, I would like to acknowledge my entire board and all the volunteers for their efforts to make this event a great success.

We look forward to another year of continued success and growth with your generous support.

Warmest regards,

*Mariam Rashid*

Mariam Rashid
President, DIL Los Angeles Chapter



Educating Children Empowering Communities

# Developments in Literacy

requests the pleasure of your company
at a lunch hosted by

Dr. Meher F. Tabatabai and Mr. Syed Qaisar Madad

Sunday August 17, 2008
at 11:30 a.m.

St. Regis Monarch Beach Resort
1 Monarch Beach Resort
Dana Point, California 92629
Phone: (949) 234-3200

For further information or ticket purchase
Please call
Mariam Rashid, President — LA Chapter    310.377.1824
DIL Office:  714.895.5345        Email: Office@DIL.ORG

www.dil.org



THE BOARD OF DIRECTORS OF
DEVELOPMENTS IN LITERACY, LOS ANGELES
REQUESTS THE PLEASURE OF YOUR COMPANY
TO A BRUNCH

SUNDAY, THE SIXTEENTH OF AUGUST, 2009
11:30 A.M.

THE ST. REGIS MONARCH BEACH RESORT
ONE MONARCH BEACH RESORT
DANA POINT, CALIFORNIA 92629
PHONE: (949) 234-3200

FOR FURTHER INFORMATION OR TICKET PURCHASE,
PLEASE CALL

| | | | |
|---|---|---|---|
| MARIAM RASHID: | 310.377.1824 | PERVEEN ALI: | 714.412.0266 |
| JAMEELA FAKHRI | 714.879.2215 | ASMA FARUKHI | 714.394.2497 |
| ATIYA KHAN | 949.589.3440 | TEHMINA JESRAI | 949.275.4938 |
| DIL OFFICE | 714.895.5345 | | |

FOR ONLINE RESERVATIONS: WWW.DIL.ORG/LA

# dil
Educating Children Empowering Communities

THE BOARD OF DIRECTORS OF DEVELOPMENTS IN LITERACY,
LOS ANGELES CHAPTER

INVITE

YOU TO JOIN US FOR BRUNCH AT A FUNDRAISING EVENT
TO SUPPORT OUR EFFORTS TO EDUCATE CHILDREN IN PAKISTAN

SUNDAY, OCTOBER 17, 2010
AT
11:30 AM

The St. Regis Monarch Beach Resort
One Monarch Beach Resort, Dana Point, California
Phone: (949) 234-3200

THIS EVENT HAS BEEN GRACIOUSLY UNDERWRITTEN,
THANKS TO THE EXTRAORDINARY GENEROSITY OF
DR. MEHER TABATABAI & SYED QAISER MADAD

TO PURCHASE TICKETS PLEASE CONTACT:

MARIAM RASHID: 310.377.1824     PERVEEN ALI: 714.412.0266
FARHAT ZUBAIR: 562.832.8102     TEHMINA JESRAI: 949.275.4938
JAMEELA FAKHRI: 714.879.2215    NOBIA KIBRIYA: 949.632.4533

FOR ONLINE RESERVATIONS: WWW.DIL.ORG/LA
DIL OFFICE: 714.895.5345

*dil*
Educating Children Empowering Communities

## DIL Families Devastated by Flooding

The children attending the DIL schools need your support now more than ever, given the massive scale of the recent humanitarian catastrophe besetting flood-ravaged Pakistan. The DIL communities are under threat from the rising floodwaters as thousands of DIL families have been displaced and a number of DIL schools have sustained damage. DIL is one of the few organizations, with existing infrastructure and staff on the ground in the flood affected areas, providing immediate relief to these devastated communities.

Despite such heartbreaking challenges, DIL remains committed to its mission of educating and empowering young minds. Unlike government schools, many DIL schools in the flood-weary regions remain open. We cannot let the floods that have inundated the country also wipe out thirteen years of hard-fought progress, and swallow up our children's dreams for a brighter future.

We must surge ahead, against the rising tide, and ensure that our schools continue to operate and function as a safe haven for our students. Therefore, we call upon your generosity to help rehabilitate the devastated DIL communities so that they may flourish once again, and to remain committed to the most important cause of our times: the education and empowerment of children, the key to a more prosperous, peaceful, and stable Pakistan.



DEVELOPMENTS in LITERACY
EDUCATING CHILDREN  EMPOWERING COMMUNITIES

July 28, 2010

Dr. Meher Tabatabai and Mr. Syed Qaiser Madad
2452 Alamo Heights Dr.
Diamond Bar, CA 91765

Dear Dr. Tabatabai and Mr. Syed Madad,

On behalf of Developments in Literacy, Inc., I would like to thank you for your continued support and commitment over the past few years. Indeed, it is donors like you who make it possible for us to continue in our mission to provide a better future for the underprivileged children of Pakistan.

We are pleased to forward you some recent updates that we just received on the DIL School sponsored by you in the village of Khinger Khurd.

Again, thank you so very much for your generosity.

Sincerely,

Shehla Kazmi
Office Manager, DIL USA

| | |
|---|---|
| School Name: | DIL School Khinger Khurd Rawalpindi Rural. |
| Standard: | Middle (Girls and Boys) |
| Classes: | KG to 8 |
| Sponsored by: | Dr. Meher Tabatabai and Mr. Syed Qaiser Madad |

Kinger Khurd School is a Primary and a Middle School. The Primary School is equipped with all the basic facilities. Almost all primary teachers are trained in content knowledge in core subjects (math, English, Urdu) and pedagogy.



Children of the school are happy, creative and confident learners. Their performance and participation in co-curricular activities is satisfactory.

Computer education has been introduced from the primary level. Computers are utilized to facilitate learning of the children. A good number of books are available in the school as reference materials for teachers and reading materials for children to enhance their level of understanding.



The parents of the children enrolled and generally community values the access to free and Quality Education through DIL intervention.

School Management Committee (SMC) has been established in the school. The committee is engaged in dealing with school issues with the help of Head Teacher to ensure an environment conducive for learning for young children.

Head Teacher of the school is energetic, and concerned about her school. She is good in mobilizing the community.

The Middle School sponsored by Dr. Meher Tabatabai and Mr. Syed Qaoser Madad, is also equipped with basic facilities required for teaching and learning in the school. This school has been successful in providing quality education to the children of the area. Children are confident and



creative. The academic achievements of the children are encouraging. Student work is displayed in the classroom to encourage the children and to make learning more fun for them.

Teachers of the school have been professionally trained in subject matter as well as pedagogy. Classroom teaching and learning is based on active learning methods. The school has been provided with a reasonable amount of materials.



Community and parents are active in participating in school matters, to facilitate their children's learning. School Management Committee is playing an active role in managing the school with the collaboration of the Head Teacher.

DIL establishes, adopts and maintains primary and secondary schools in Pakistan for underprivileged children, particularly girls. DIL manages 126 schools in partnerships with 7 non-governmental and nonprofit organizations, and directly operates 23 schools. DIL's educational approach incorporates the following elements:

### Local Partnerships

DIL's unique approach to establishing and running schools in close partnership with regional NGOs and local communities has proven to be the most successful medium for providing education to students in the most remote regions of Pakistan.

### Child-Centered Education

DIL actively engages in student-centered teaching at its schools. This approach is an alternative to the traditional system of rote learning and repetitive memorization and has proven to improve teacher and student attendance and retention as well as student achievement. Child-centered education emphasizes creativity as well as social skills and critical thinking skills.

### Curriculum Development

Because it is a non-governmental organization, DIL has the opportunity to enhance the standard government curriculum to better prepare students for future success. The curriculum being developed is based on best practices throughout the world and better equips students to succeed in the global marketplace.

### Teacher Development

In order to raise the level of education of students, DIL has undertaken an initiative to better educate its teachers. DIL is providing training to teachers to develop student-centered teaching styles that better enhance the skill set of individual teachers. DIL recently opened the Teacher Development Center in Islamabad to provide pre-service training as well as ongoing in-service training.

### Access to Technology

Technology is a powerful enabling tool that can support critical thinking and other developmental skills. DIL is in the process of implementing an aggressive plan to equip its schools with computer labs so each student will have access to technology. Students will also have access to educational software that is specifically designed to supplement DIL's curriculum.

### Monitoring and Evaluation

DIL takes great strides to ensure that school projects are monitored regularly. The key to the success of DIL's projects is a robust monitoring framework and complete financial transparency. DIL's monitoring framework consists of a three-tiered approach that includes local monitors, regional monitors and national monitoring visits conducted by DIL's Board of Trustees and Executive Board members.



# HOW WE ARE DIFFERENT 

### Focus on the Female Education

Female students consist of 60% of DIL's student population. This is a great accomplishment since the national literacy rate for women in Pakistan stands at only 38%.

### Community-Owned Schools

DIL schools are community-owned and have a village education committee that provides support to teachers and ensures the community's involvement.

### US-Based Governance

DIL operates under the governance of a US-based Executive Board that establishes organizational policies, develops strategic goals and initiatives and monitors projects to determine whether DIL's educational and administrative standards are being met.

### Addressing the Needs of Rural Teachers and Students

DIL's Teacher Development Center is working closely with rural teachers to not only improve their teaching skills; but also to utilize their feedback in developing lesson plans and teaching materials that meet the needs of the rural population.

### Activity-Based Learning

In this inquiry-based approach, students develop knowledge and understanding through learning activities built upon intellectual inquiry and engagement in meaningful tasks. Lessons are designed to allow students with different learning styles the opportunity to demonstrate their acquired knowledge.

### Low Dropout Rate

The average student dropout rate for DIL schools in 2007 was only 2.4%, which is an enormous achievement considering the nationwide dropout rate in Pakistan is 45%.



# PROJECT STATISTICS

| Project | Location | Schools | Teachers | Students | Project Staff | Libraries | Computer Labs | Dropout Rate |
|---|---|---|---|---|---|---|---|---|
| ABES | Rawalpindi | 20 | 119 | 2,027 | 4 | 21 | 6 | 2% |
| AGAHI | Mansehra | 2 | 17 | 230 | 3 | 2 | - | 1% |
| CARE | Lahore | 6 | 60 | 3,778 | 7 | 7 | 7 | 1.3% |
| IRC | Khairpur | 31 | 74 | 1,336 | 34 | 8 | 8 | 1% |
| KK | Dir | 32 | 52 | 1,158 | 8 | 32 | - | 6.3% |
| NOWA | Khairpur | 22 | 91 | 1,776 | 21 | 22 | 8 | 1.1% |
| NRSP | Islamabad | 5 | 29 | 579 | 4 | 2 | - | 0% |
| ORANGI | Karachi | 19 | 132 | 3,167 | 4 | 19 | 19 | 4.7% |
| SCSPEB | Baluchistan | 10 | 44 | 428 | 5 | 10 | 1 | 3.7% |
| Totals | | 149 | 618 | 14,479 | 90 | 123 | 49 | 2.4% |



dil

## MISSION AND VISION

### Mission

Developments in Literacy's mission is to provide quality education to disadvantaged children, especially girls, by establishing and operating schools in the underdeveloped regions of Pakistan, with a strong focus on gender equality and community participation.

### Vision

Developments in Literacy (DIL) believes that no child in Pakistan, no matter how poor or underprivileged, should be denied access to quality education. All children should have equal opportunity to reach their full potential and contribute toward the socio-economic betterment of their communities.

### Strategy

DIL establishes, adopts and maintains primary and secondary schools in Pakistan for underprivileged children, particularly girls. DIL partners with local organizations to achieve its mission.

*dil*