EXHIBIT J

# TAMEER- E- MILLAT FOUNDATION

The Tameer-e-Milat Foundation operates over 315 community primary schools, 8 vocational training centers, 4 computer training centers, and TM Institute of Technology. It is affiliated with Shifa Foundation, Human Development Foundation (HDF), the USAID –Pakistan, the European Commission, Hilfswerk Austria, i.e. three (3) other organizations also supported by us.

In year 2010, we were one of their major donor from the USA through our personal support & help secure a $ 50,000 grant for them from the charity fundraiser sponsored by us at Ritz Carlton, Los Angeles on October 6, 2010 for Pakistan Flood Relief.

- Check-o-Matic Donations
- Donate by Mail
- Donate Your Qurbani
- Contact Us



Offering Zakah is one of the main tenets of Islam.
Donate your Zakat for Educating the Orphan Children.

**CALCULATE YOUR ZAKAH**

### Community Primary Schools

More than 100 million children have no access to basic education across the world and 60 million of them are girls. Pakistan is no exception; economic survey of Pakistan indicates that only 2.10% of GDP is spent on education whereas the net enrollment rate in primary school is 55% in 157,899 primary schools across Pakistan with dropout ratio of 30 percent. The communities that are living hand to mouth can be best served by community based primary school that provide free of cost educational facilities.

These community primary schools are based on one school, one teacher concept while targeting children of a specific community. A big hurdle in the way of community primary schools is that people in rural areas are hesitant to send their children to school for education. This practice is more common in female education. Moreover poverty, lack of awareness and gender biasness make the situation worse. The curriculum of these schools is designed in such manner that students themselves get motivated to study. Currently TMF is operating **315** community primary schools throughout the country. Of the total number of students enrolled in these schools, 64% are girls. The concept of community primary schools can be the best mode of providing education at grass root level.

Among 10-18 years old who have ever attended primary school, 15 percent left before completing primary school. A higher proportion drops out in rural areas (18 percent) than in urban areas (11 percent). Girls are slightly more likely to leave school earlier than are boys in rural areas. In many cases parental opposition is grounded in cultural biasness against female education and empowerment. Moreover, poverty, gender bias, lack of female teachers and quality education are some of the factors worsening the situation.

Since, mission of TMF is to spread education in all parts of country; Community Primary Schools are developed to facilitate the following:

- Providing education to under-privileged communities at 'low or no cost'
- Women empowerment and development through education
- Negotiating modern educational facilities
- Community participation
- Provision of resource material, books, stationery, posters, school uniforms, etc.
- Ensuring quality education standards through extensive training that goes beyond theoretical knowledge
- Rapid monitoring and evaluation system

TM Magazine – Special Edition



TWEETS

Follow Us

Share

### AFFILIATIONS



- Check o-Matic Donations
- Donate by Mail
- Donate Your Qurban
- Contact Us



**TAMEER-E-MILLAT VOCATIONAL TRAINING CENTER**

TMF is working to extend vocational training program into a cottage industry to empower rural women. Stitching of clothes, uniforms, and embroidery are major products of this initiative.

» READ MORE

8 VOCATIONAL TRAINING CENTERS

Offering Zakah is one of the main tenets of Islam.
Donate your Zakat for Educating the Orphan Children.

**CALCULATE YOUR ZAKAH**

### Vocational Traning Centers



Women participation is vital for country's economy. TMF aims to empower woman in every walk of life through education and professional training.

In order to train and develop skills TMF is currently running 7 vocational training centers in the country, one each in Multan, Khushab, Rawalpindi and Islamabad and three in Jhelum.



TM Magazine - Special Edition

| The cost of establishing one vocational training unit is approximately US $ 2,500. | | | |
|---|---|---|---|
| Vocational Training Center for women (10 students) | | | |
| S. No. | Item | Qty | Cost per unit | Cost in USD |
| 1. | Set up cost | | | $300 |
| | furnishing | | | $500 |
| 2 | Equipment | | | |
| | Sewing machines | 11 | | $733 |
| | Scissors, needles and threads, design books, stationery, etc. | | | $167 |
| 3 | Teacher's salary (6 months) | | | $500 |
| 4 | Utility Bills (6 months) | | | $300 |
| | | | Grand Total | $2500 |

Follow Us

### AFFILIATIONS

       

- Check-o-Matic Donations
- Donate by Mail
- Donate Your Qurbani
- Contact Us



Offering Zakah is one of the main tenets of Islam.
Donate your Zakat for Educating the Orphan Children.

**CALCULATE YOUR ZAKAH**

### Computer Training Centers

In today's era, to equip students with essential basic computer knowledge, TMF has established computer labs in almost every Model School. **Four** Computer Training Centers are also promoting computer education in rural areas. Computer training centers in Attock, Skardu and Jhelum are providing less-fortunate students with important IT skills.

TM Magazine - Special Edition



TWEETS

Follow Us

Share

### AFFILIATIONS



- o Check o-Matic Donations
- o Donate by Mail
- o Donate Your Qurbani
- Contact Us



Offering Zakah is one of the main tenets of Islam.
Donate your Zakat for Educating the Orphan Children.

CALCULATE YOUR ZAKAH

School Health System

### Introduction

Mega Educational Complex, TM City of Education (TMCE) is situated in Village Ratwal in the outskirts of Islamabad. Over 300 acres land, Education City conglomerates TM School of Excellence for Boys and Girls, Tameer-e-Jannat Science School, TM Institute of Technology and Central Library along with economic initiatives for self sustainability a Dairy Farm, Fish Farm, small Water Dams and vast Fruit Gardens and Timber Trees add more to the landscape of the Complex.



TM Magazine - Special Edition





Schools have a unique opportunity to influence students' health and educational achievement. It is due to the simple fact that school is a place where young people spend a major part of their day. The average child spends approximately 1300 hours per year in a school building. Health and education are essential for each other. Realizing this, Tameer-e-Millat Foundation in collaboration with Shifa College of Nursing has launched Tameer-e-Millat School Health System (TMSHS) at TM City of Education (TMCE), Fateh Jang, District Attock in 2007. The health system is centrally located in TM Model School whose students have been shifted to new school building. Staffed by a male School Health Nurse with BScN to in credit and a dispenser, the System has completed 4 years of service to students, teaching, non-teaching and administrative staff.

### Element of Tameer-e-Millat School Health System

TMSHS is following universally acceptable model "Coordinated School Health Model" with one additional component of key personnel commitment. Elements of TMSHS are as following;

TWEETS

Follow Us

ShareShareShare



Tameer-e-Millat School Health System contains:

1. Coordinator's Office
2. Examination Room with medical record section
3. 4-bed Ward
4. Laboratory
5. Pharmacy
6. Staff Residence
7. First Aid Training Lab
8. Lush Green Lawn

## AFFILIATIONS



EXPLORE TMF



Tameer-e-Millat News Special Edition



| Who We Are | What We Do | Contact Us |
|---|---|---|
| About Us | Girls Tameer-e-Millat University | How We Do |
| History | Tameer-e-Millat Boys' Endowment | Contacts |
| Mission Statement | Model Schools | |
| Meet Our Founder | Community Primary Schools | |
| Chairman Message | Humanitarian Relief Rehabilitation Program | |