# EXHIBIT M

# HEALTH ORIENTED
# PUBLIC EDUCATION (HOPE)

HOPE provides quality education for the impoverished population especially women and children. 200 HOPE school are located in Thatta & Karachi, Pakistan and provide education to over 9,000 children. HOPE General Hospital & Maternity Home facilities are also located in Thatta & Karachi. HOPE Vocational Centers provide learning opportunities for women in sewing, embroidery, and computers.

We have been a supporter of this organization for over ten (10) years & have facilitated display of embroidery work & handicraft made by the participants of the HOPE programs in different charity auctions to raise funds & awareness.



We would like your help in providing quality health and education for the impoverished population especially women and children. Kindly send us your donations payable by cheque/Bank draft in the name of HOPE.



**HOPE USA**
For donations in USA
Account Titlte: HOPE USA
Bank: Bank of America
Account No: 0046160037
Routing No: 011000138
TAX ID: 26-0257617

**HOPE USA**
P.O. Box 1157
2 Railroad Avenue
Danville, California 94526
Ph: 917-334-6105
website: www.hopecharityusa.org

**CANADA**
For donation in Canada
Human Concern International (HCI)
P.O.Box 3984 Station C, Ottawa, ON KIY-4P2
Ph: 613-742-5948 or 1-800-578-6424
(Tax Exempt)

**HOPE COMMUNITY CENTRE, KARACHI**
Plot # B-40, Street # 28, Sector # 32-A, Zia Colony,
Korangi Industrial Area, Karachi Pakistan
Phone # (92-21-) 35069450-35071423-32339930-34539393
Fax: (92-21) 34520464
e-mail: agboat@hope-ngo.com
hope.charity@gmail.com
website: www.hope-ngo.com

**HOPE COMMUNITY CENTRE, THATTA**
Satiyoon Road, Bukhar'
Phone # 92-298-550  ...la, Thatta
.92



# "HOPE" is home for Bilal

"I want to be a pilot some day! I will fly my plane to my village; my pass guardian at HOPE, Dr. Mubina, Dr. Tahira and Aliya with me" says Bilal, a Lala Moosa.

Bilal is an 8th grader at HOPE school in Zia Colony-Korangi. He is a brig teenager, bursting with confidence and zeal. The sparkle in his eye successful future which will fulfill all his dreams.

Back home he recalls that his mother passed away when he was only second born child he began helping his father with household chores a He has three brothers and on sister.

Within eight months of his mother's passing away he was brought to K his paternal aunt, who educated him until he completed sixth grade. Dr. Maria, a friend of Bilal's cousin introduced him to HOPE and since HOPE has become like home for him.

Bilal goes to school from three days and the rest of the week he spe centre, Manzoor Colony. Here he learns vocational skills such as comput language and also takes coaching for his regular studies. Being a ke devoured all the books accessible to him at the library.

Bilal loves out door activity especially cricket. He does not indulge in concentration now is his studies, which he takes very seriously.

He holds great love and regard for all those who are part Of his life, especially Dr. Mubina. This speaks volumes of How well he is taken care of in all respected and his well dressed Appearance, confident style of speaking and smile spells out how Happy he is at HOPE.



"i want to be a pilot."

## Our Vision

A well educated, healthy society in which women and children have

## Our Mission

To develop a society in which individuals women and children are awa basic rights and are provided equal opportunities to access health and

## HOPE community centres
### Karachi
Located in the heart of urban slum (Karachi Abadi) of Zia Colony having a population of 90,000 with no civic amenities and absence of health and educational facilities, Annually 15,000 patients are provided medical servic

### Thatta
Located 100 kms from Karachi, rural thatta has a population 120,000. Bas civic amenities are lacking esp. medical care. Including surgical care and emergency medical care. Patients need to travel to Karachi for medical ca in Thatta is striving to provide best of medical care for the poor patients i Annually 25,000 patients are provided medical services.







# HOPE General Hospital & Maternity Home





HOPE General Hospitals and Maternity Home provide excellent health care facilities for the poor and needy of the area both in Karachi and Thatta. The facilities include a 24-hour emergency with maternity services offering normal delivery as well as caesarian sections and gynecological surgeries. The facilities are fully furnished with fully equipped operation theatre and labour room. The establishment also provides services for general surgeries, X-Ray, laboratory, blood bank, laboratory and ECG under the care of efficient doctors and expert consultants. These two chaitable hospitals provide expert medical care for the poor and needy, with nominal charges. Zakat fund is provided to the needy and disadvantage. 60,000 patients are seen annually.

## Maternal & Child Health Centres

Maternal and Child Health (MCH) Centers located in various Katchi Abadies and rural areas including Manzoor Colony, Bilal Colony, Ghaggar Phatak, Mujahid Colony, Bhittaiabad. These provide basic maternal and child care, including ante-natal care, nutrition, normal delivery & immunization.

# HOPE Vocational Centre



Vocational Centers in different areas provided learning opportunities for young girls and boys in the area. Sewing, cutting and embroidery classes are held. Computer classes, English language classes are also held for the youth which help with income generating activities. These vocational centers are located in Manzoor Colony, Zia Colony, Bilal Colony, Thatta and Muzaffarabad (AJK).

# HOPE Schools



School for children who cannot afford to go to school. Text books provided free of cost. Qualified teachers from the community teach the children. Majority of the children in these impoverished area, who were unable to attend school are now studying in the HOPE School.

# HOPE Home Schools





HOPE School in Karachi provides primary and secondary education to children in the impoverished areas. Nearly 750 children a the morning and evening shifts in Karachi up to Matric. In Thatta, whe facilities are lacking, nearly 250 children are studying up to Elementar

HOPE home schools located all over Karachi and rural Thatta. Near children are studying in 200 Home-Schools.

Girls from the educated community teach needy, illiterate children who would otherwise play on the streets. Through adult literacy classes, women are given basic literacy.