# EXHIBIT O

April 18, 2013

Honorable Judge Percy Anderson
Los Angeles, California

Re: Syed Qaisar Madad

Dear Judge Anderson:

Your Honor, my name is Abdul H. Rajput. I live in San Diego, California. I am a good friend and a relative of Mr. Madad. I met Syed Qaisar Madad in early 90's in various social gathering at my brother-in-law's house in Whittier, CA. I was very impressed with Mr. Madad's friendliness, humbleness, manners and human relations skills. I found him to be a good man who has always treated people with respect and dignity. Our family friendship strengthened with time; my son Faisal Rajput & Mr. Madad's daughter Mahvish Madad started liking each other and got married in 2005.

Your Honor, I have personally seen Mr. Madad's kindness and generosity for many causes such as donations to Development in Literacy which provides primary education to girls in rural areas of Pakistan, Zanabia community center, a non-profit religious place for worship in Los Angeles area, a Muslim Community Center in San Diego among other charitable organizations providing education and religious services. He financially helped a family in Los Angeles who was about to lose their home in foreclosure during recent severe recession to keep a roof over their heads.  Mr. Madad provided employment to many young people who were unable to find a job in recent high unemployment environment during economic downturn. Your Honor, Mr. Madad is a person with a good heart who genuinely cares for all human beings.

Furthermore, I have never heard Mr. Madad speak badly about anybody in the community. He has always tried to do the right thing to take care of disadvantaged people. Your Honor, he is a person with high intellect, integrity and moral character. I have always cherished his friendship, thoughtfulness, consideration for others and unconditional support for family & friends.

Your Honor, I humbly request you to show compassion and mercy in sentencing Mr. Madad.

Respectfully Yours,

Abdul H. Rajput
17285 Reflections Circle
San Diego, CA 92067
858-756-2875 (H)
**Mailing Address:**
P.O. Box 8310, Rancho Santa Fe, CA 92067