# EXHIBIT GG

922 24th Street NW, Apt. 513, Washington DC 20037

April 15, 2013

The Honorable Percy Anderson
c/o The Law Offices of Mark J Werksman
888 West 6th Street, 4th Floor
Los Angeles, CA 90017

Dear Judge Anderson,

I am writing this letter of support on behalf of Syed Qaisar Madad who is my paternal uncle.
Uncle Qaisar is a thoughtful, dedicated and caring individual who has helped his wife raise two wonderful daughters. He has always been generous to friend and family alike, giving to many charitable and worthy causes. I know Uncle Qaisar to be a kind and considerate person who is both a credit his family and the local community.

When I was a graduate student, Uncle Qaisar always showed an interest in how my studies were going, and later how my initial employment experiences were in the field of public health. Uncle Qaisar was always supportive and willing to offer advice and encouragement, particularly when the prospects at the time after completing my graduate degree did not appear all that bright due to the downturn in the economy.

I ask you to please consider leniency in regards to my Uncle's case; though Uncle Qaisar is a wonderful person of tremendous nobility and strength, this current situation has cost him his standing in the community and imposed a terrible burden on him and his family. I know Uncle Qaisar to be a truly law-abiding and trustworthy person and would request you to please take his character, as I and others know it, into consideration when making your decision.

Sincerely,

*[signature]*

Asma Z. Madad, MS, MPH, CPH