# EXHIBIT HH

# MAJOR FORFEITURES**
## BY THE AUSA / FBI
### AND LOS ANGELES – SUPERIOR COURT

|   | ITEM | Value | Net worth |
|---|------|-------|-----------|
| 1 . | House<br>2452 Alamo Heights Dr,<br>Diamond Bar , CA 91765 | $ 3,100,000.00 | $ 1,600,000.00 |
| 2 . | Land<br>2488 Alamo Heights Dr,<br>Diamond Bar ,CA 91765 | $   750,000.00 | $   400,000.00 |
| 3 . | Jewelry<br>Nicole-Stanton<br>Beverly Hills/ West Hollywood | $ 1,678,500.00 | $ 1,078,500.00 |
| 4 . | Jewelry<br>Rafique/ Haroon Omar | $  591,000.00 | $  516,000.00 |
| 5 . | Faisal Rajput/ Mahvish Madad<br>Schwab Account | $  293,000.00 | $  293,000.00 |
| 6 . | Auto – Mahrukh Madad | $   38,000.00 | $   38,000.00 |

## LOS ANGELES – SUPERIOR COURT

|   | ITEM | Value | Net worth |
|---|------|-------|-----------|
| 7 . | TTM Account<br>Bank of America | $ 685,935.68 | $ 685,935.68 |
| 8 . | TTM Account<br>Charles Schwab | $   61,074.00 | $   61,074.00 |
|   | Total | $ 7,197,509.68 | $ 4,672,509.68 |

**      Property seized on 10/30/2012 not included