# EXHIBIT II

# RESTITUITION

RETURN OF INVESTMENTS TO
TTM INVESTORS
04/12/2011 -09/30/2012

| No | Account | Original Investment As of 03/31/2011 | Amount Returned to 09/30/2012 | Amount Remaining As of 09/30/2012 |
|---|---|---|---|---|
| 1. | PSONG | $ 2,100.00 | $ 2,669.65 | 100 % Returned<br>$ 569.65 Profit Paid |
| 2. | MIM | $ 65,000.00 | $ 35,000.00 | $ 30,000.00<br>53 % Returned |
| 3. | KS/ES | $ 90,000.00 | $ 40,000.00 | $ 50,000.00<br>44 % Returned |
| 4. | AR | $ 1,715,250.00 | $ 130,000.00 | $ 1,585,250.00<br>7 % Returned |
| 5. | ARK/RR | $ 45,000.00 | $ 25,000.00 | $ 20,000.00<br>55 % Returned |
| 6. | KM/SM#1 | $ 1,400,000.00 | $ 455,000.00 | $ 945,000.00<br>32 % Returned |
| 7. | KM/SM#2 | $ 295,000.00 | $ 295,000.00 | 100 % Returned |
| 8. | NZK/AMR | $ 45,000.00 | $ 30,000.00 | $ 15,000.00<br>66 % Returned |
| 9. | COMO | $ 50,000.00 | $ 50,000.00 | 100 % Returned |
|    |      |               | $1,062,669.65 |                |

# RESTITUITION

RETURN OF INVESTMENTS TO
TTM INVESTORS
04/12/2011 -09/30/2012

| No | Account | Amount | Payment Date/Booking Date |
|---|---|---|---|
| 1. | PSONG | $ 2,669.65 | 05/12/2011 |
| 2. | MIM | $ 10,000.00 | 07/18/2011 |
|  |  | $ 5,000.00 | 04/12/2011 |
|  |  | $ 5,000.00 | 01/10/2012 |
|  |  | $ 5,000.00 | 06/01/1012 |
|  |  | $ 5,000.00 | 07/10/2012 |
|  |  | $ 5,000.00 | 09/11/2012 |
| 3. | KS/ES | $ 20,000.00 | 07/17/2011 |
|  |  | $ 10,000.00 | 07/31/2011 |
|  |  | $ 10,000.00 | 09/16/2011 |
| 4. | AR | $ 30,000.00 | 07/24/2011 |
|  |  | $ 50,000.00 | 08/15/2011 |
|  |  | $ 50,000.00 | 09/18/2011 |
| 5. | ARK/RR | $ 25,000.00 | 07/25/2011 |
| 6. | KM/SM#1 | $ 455,000.00 | 07/22/2011 |
| 7. | KM/SM#2 | $ 295,000.00 | 07/22/2011 |
| 8. | NZK/AMR | $ 30,000.00 | 08/15/2011 |
| 9. | COMO | $ 50,000.00 | 09/25/2011 |

$1,062,669.65