ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
MIEKE BIESHEUVEL
Assistant United States Attorney
Major Frauds Section
    1100/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2432/6595/0687
    Facsimile: (213) 894-6269
    E-mail:    ranee.katzenstein@usdoj.gov
            jennifer.resnik@usdoj.gov
            mieke.biesheuvel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SYED QAISAR MADAD, <br><br> Defendant. | No. CR 12-1048-PA <br><br> DECLARATIONS OF RANEE A. KATZENSTEIN, JENNIFER M. RESNIK, AND GERONIMO P. CARMONA IN SUPPORT OF GOVERNMENT'S COMBINED POSITION RE SENTENCING AND RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM <br><br> Hearing <br>     Date: June 24, 2013 <br>     Time: 8:30 a.m. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and the undersigned Assistant United States Attorneys, hereby files its Declarations of Ranee A. Katzenstein, Jennifer M. Resnik, and Geronimo P. Carmona, and attached Exhibits, in support

of the government's Combined Position re Sentencing and Response to defendant's Sentencing Memorandum, which has been filed separately concurrently herewith.

Dated: June 14, 2013    Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

/S/ *Ranee A. Katzenstein*
RANEE A. KATZENSTEIN
Assistant United States Attorney

/S/ *Jennifer M. Resnik*
JENNIFER M. RESNIK
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**TABLE OF CONTENTS**

Declaration of Ranee A. Katzenstein
    with Exhibits A – H, J – K, and N – U *

Declaration of Jennifer M. Resnik **

Declaration of Geronimo P. Carmona
    with Carmona Exhibit A ***


\* Exhibits I, L, and M are filed separately under seal.

\*\* Resnik Exhibit A is filed separately under seal.

\*\*\* Carmona Exhibit B is filed separately under seal.