## DECLARATION OF RANEE A. KATZENSTEIN

I, RANEE A. KATZENSTEIN, do hereby declare and state as follows:

1. I am an Assistant United States Attorney ("AUSA") in the Central District of California. In that capacity, I am responsible, together with AUSAs Jennifer M. Resnik and Mieke Biesheuvel for the investigation and prosecution of United States v. Syed Qaisar Madad, No. CR 12-1048-PA. I make this declaration in support of the government's Combined (1) Position re Sentencing; and (2) Response to Defendant's Sentencing Memorandum. Unless indicated that a fact is based on information and belief, I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A are true and correct copies of Reports of Interviews (Forms 302) that were prepared by Federal Bureau of Investigation Special Agent Brian Schnese. SA Schnese was one of the case agents assigned to this case. On or about April 26, 2013, SA Schnese left the FBI in order to take a job in the private sector.

3. Attached hereto as Exhibit B are true and correct copies of documents received by victim-investors in this case, which the victim investors provided to the FBI during the investigation. These documents are examples of the many account statements and other account materials that the victims provided to the FBI.

4. Attached hereto as Exhibit C is a true and correct copy of the translation prepared by Khalid Rashid of the interview of defendant on the television program *Safeer r Pakistan*.

5. Attached hereto as Exhibit D is a true and correct copy of the letter dated August 3, 2010, which was sent by Charles Schwab & Co. to TTM, Inc., c/o defendant and his wife; signed by defendant and his wife on August 20, 2010; and returned to Charles Schwab.

6. Attached hereto as Exhibit E are excerpts from a true and correct copy of the deposition of Anne Tahim, taken on April 4, 2012 in <u>Omar v. Madad et al.</u>, Case No. BC457773 (Los Angeles Superior Court) (hereinafter "Civil Case").

7. Attached hereto as Exhibit F are true and correct copies of excerpts of the IRS Forms 1120 for 2008 and 2009, and associated IRS Forms 8879-C (e-filing authorizations), which were exhibits to the Tahim deposition.

8. Attached hereto as Exhibit G is a true and correct copy of the Report of Interview (Form 302) of Ashvin Dhirubhai Domadia, which was prepared by SA Schnese, and exhibit thereto.

9. Attached hereto as Exhibit H is a chart comparing the account balances in the TTM Bank of America Account and Schwab account with the balances reported on the account statements sent to the TTM investors. This chart was prepared at my request by SA Schnese and is based on account statements obtained from Bank of America and Schwab, and records obtained from defendant's accountant Anne Tahim.

10. Exhibit I is a chart of the deposits from investors into the TTM Bank of America account. This chart was prepared by SA Schnese and is based on account statements obtained from Bank of America. Because the chart contains personal information about the victims in this case, the chart is included in a separate under seal filing.

11. Attached hereto as Exhibit J are true and correct copies of a selection of statements for the account maintained by defendant in the name of TTM, Inc., at Charles Schwab & Co., Inc., no. XXXX-4959. These statements were obtained from Charles Schwab during the course of the investigation.

12. Attached hereto as Exhibit K are true and correct copies of e-mail communication between defendant and an investor, which were obtained from the investor.

13. Exhibit L are true and correct copies of statements for Bank of America account number XXXXX-X3204 for the period January 11 through February 7, 2011 and February 8 through March 11, 2011. Because these statements contain personal information about the victims in this case, the statements are included in the separate under seal filing.

14. Exhibit M are true and correct copies of the statements for Bank of America account number XXXXX-X3204 for the period February 6 through March 11, 2010 and March 12 through April 12, 2010. Because these statements contain personal information about the victims in this case, the statements are included in the separate under seal filing.

15. Attached hereto as Exhibit N is a true and correct copy of the Writ of Attachment in the amount of $9,125,435.90, which was entered in the Civil Case.

16. Attached hereto as Exhibit O are true and correct copies of the account statements for purported accounts maintained by TTM, Inc., at UBS in Geneva, Switzerland, which were provided to plaintiff's counsel during the Civil Case, and to the government during the investigation.

17. Attached hereto as Exhibit P is the "Synopsis" that was included in the materials that defendant sent to me by Fedex on July 18, 2012. Defendant sent the same materials to AUSA Resnik, Criminal Division Chief Robert E. Dugdale, Asset Forfeiture Chief Steven Welk, and SA Schnese.

18. Attached hereto as Exhibit Q is a true and correct copy of the comparison prepared by SA Schnese of (a) a generic example of a UBS Bank Statement found by SA Schnese on the internet at www.banana.ch/cms/en/UBS_import and a statement found during the forensic review of a computer from defendant's residence, which was provided to the government by defense counsel.

19. Attached hereto as Exhibit R is a true and correct copy of the Report of Interview (Form 302) of Haider Jawaid, which was prepared by SA Schnese.

20. Attached hereto as Exhibit S are excerpts from a true and correct copy of the deposition of defendant, taken on May 5, 2011 in the Civil Case.

21. Attached hereto as Exhibit T are true and correct copies of account statements for defendant's American Express Account No. XXXX-XXXXX2-01004.

22. Attached hereto as Exhibit U is a chart that I prepared of sentences imposed in Ponzi scheme cases prosecuted in this district since August 2008. I was the prosecutor for two of the cases (Haroutunian; Ruderman); the information about the other cases was provided to me by the AUSAs responsible for those cases. I included those cases about which I was informed by the AUSAs; I have not attempted to independently research through PACER all Ponzi

1  scheme cases prosecuted in this district since August 2008 and there
2  may be other cases not included on this chart.
3      23.  Attached hereto as Exhibit V are true and correct copies
4  of correspondence from defendant to Dr. Omar, which were filed in
5  the Civil Case.
6      24.  Defendant together with counsel voluntarily met with the
7  government on March 8, 2012.  In order to address the statements
8  defendant made at this meeting, the government: subpoenaed and
9  analyzed records from Bank of the West for numerous accounts
10 (amounting to over 1000 pages of records); conducted a forensic
11 analysis of defendant's computer; interviewed and obtained sworn
12 testimony from an associate of defendant's regarding information
13 obtained from UBS in Switzerland. These steps consumed significant
14 resources and time during the investigation.
15     I declare under penalty of perjury under the laws of the United
16 States of America that the foregoing is true and correct and that
17 this declaration is executed at Los Angeles, California, on June 13,
18 2013.

                                     _____
                                     RANEE A. KATZENSTEIN