# EXHIBIT A

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/05/2011

AKBAR OMAR,                                                           was
interviewed at the offices of ENENSTEIN AND RIBAKOFF, located at
233 Wilshire Boulevard, Suite 900, Santa Monica, California 90401.
Also present during the interview was MICHAEL T. ROSENTHAL, of
counsel at ENENSTEIN AND RIBAKOFF, and, at times, DAVID RIBAKOFF,
attorney and partner at ENENSTEIN AND RIBAKOFF.  After being
advised of the identity of the interviewing agent and the nature of
the interview, OMAR provided the following information:

OMAR stated that his sworn declaration in support of
County of Los Angeles civil case number BC457773, which was signed
on March 21, 2011, is true and correct to the best of his
knowledge.

OMAR was born in                    , and was raised in
Pakistan.  He came to the United States of America in 1973 and
became a United States citizen in the 1980's.  In 1972, OMAR
received a Bachelor of Medicine and Bachelor of Surgery ("MBBS")
degree from Dow Medical College at the University of Karachi in
Pakistan.  He subsequently spent approximately nine months in
England as an intern.  In 1973, OMAR worked in Baltimore, Maryland
as an intern, and between 1973 and 1978, he conducted his residency
in New York, New York.  In approximately September or October 1978,
OMAR moved to California and in 1979 started his own private
medical practice as an Obstetrics and Gynecology physician
("OBGYN").

OMAR is fluent in both the English language and the Urdu
language.

OMAR is married to RUKHSANA OMAR and they have four
children, SAMEER H. OMAR, SHAZAD OMAR, AYESHA OMAR, and AMBER OMAR.

OMAR met MEHER FATIMA TABATABAI in the 1970's during
medical school.  He met SYED QAISAR MADAD in the 1980's at a social
gathering after TABATABAI and MADAD were married.  In approximately

Investigation on    06/24/2011    at   Los Angeles, California

File #

Date dictated

by   SA Brian J. Schnese

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

57407

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of     AKBAR OMAR                            , On  06/24/2011  , Page    2

2008, OMAR mentioned to MADAD that he was losing money on
investments he had made in the stock market.  MADAD told him that
he managed a private investment pool for close friends and family
through his company, TECHNOLOGY FOR TELECOMMUNICATION AND
MULTIMEDIA, INC ("TTM").  MADAD asserted that he always produced
investment returns of at least 20%-40% and claimed that he does not
lose money.  MADAD explained that he only invests up to 10%-15% of
the investment money he manages at any given time and always cashes
out or sells his investments by market close of each day, meaning
that investments were never held overnight.  MADAD invited OMAR to
invest with him and stated that he does not charge any fees or take
any commission from his investors because he likes helping the
community.

     Before OMAR invested with MADAD, MADAD encouraged OMAR to
visit him at his house in Diamond Bar, California, where he was
managing TTM's investment operation.  OMAR visited MADAD at this
house on multiple occasions to observe how MADAD was investing.
MADAD employed a number of analysts that worked out of his garage
downstairs.  These analysts conducted research on the stock market.
During any visit to MADAD's garage, OMAR saw four to five analysts
working, who had various backgrounds including college students and
Master of Business Administration ("MBA") degrees.  Some analysts
were nephews or children of friends.  There were two analysts of
Philippine decent, one of which was named VINNIE LNU or WINNIE LNU.
These analysts started working in the garage at 5:00am every day
that the stock market was open and would bring MADAD papers and
reports about every hour.

     MADAD showed OMAR his library, which was located
upstairs.  This is where MADAD sat while running the investment
operation.

     In approximately November 2008, before OMAR had invested
any money, MADAD gave OMAR copies of a TTM earnings statement from
October 2008 to review and consider while deciding whether to
invest.  OMAR remembered the October 2008 statement showing
impressive gains.

     In approximately December 2008, MADAD was featured as a
guest on the local television program SAFEER-E-PAKISTAN, which
profiles prominent Pakistani-Americans and airs in Southern
California on the Pakistani-American TV station, GEOTV.  During
this program, the host of the show, WAQAR ALI KHAN, interviewed
MADAD about his investment operation and his company, TTM.  MADAD

FD-302a (Rev. 10-6-95)

██████████████

Continuation of FD-302 of _____AKBAR OMAR_____, On _06/24/2011_ , Page ___3___

boasted that he managed an investment pool totaling approximately $25 million.  While OMAR had already invested money with MADAD by the time he viewed this program, he said that it gave him confidence in MADAD's company and enticed him to continue investing with MADAD.  MADAD later revealed to OMAR that he had paid $5,000 in exchange for being spotlighted on the program.  OMAR also later learned that WAQAR ALI KHAN and MADAD are good friends.

OMAR first invested money with MADAD via wire transfer in approximately November 2008.  MADAD assured OMAR that his investments were completely liquid, meaning he could withdraw his money at any time.  MADAD also said that OMAR would not have to pay taxes on his investment returns until he withdrew the money because TTM used an accounting method MADAD referred to as "mark to market."  OMAR understood this had something to do with the investments being short-term.

OMAR produced a copy of his sworn declaration signed March 21, 2011 and referenced the following as true and accurate to the best of his knowledge.  The following represents a verbatim excerpt from OMAR's declaration:

"The total amount of approximately $10,625,435.90 was invested to the following accounts, in or about the following amounts, on or about the following dates:
      a)   In the "AO/RO" account, I made a total investment of $6,033,419.92, which consisted of $1,000,000.00 on November 13, 2008; $2,334,341.98 on November 26, 2008; $449,077.94 on December 11, 2008; $493,000.00 on March 5, 2009; $400,000 on March 30, 2009; $173,000.00 on March 28, 2009; $246,000.00 on November 12, 2009; $228,000.00 on December 1, 2009; $200,000.00 on December 10, 2009; $180,000.00 on December 17, 2009; and $330,000 on January 25, 2010.
      b)   In the "EP" account, I made a total investment of $1,841,618.27, which consisted of $1,250,000.00 on December 11, 2008; $71,000.00 on February 11, 2009; $110,618.27 on February 12, 2009; $110,000.00 on March 6, 2009; and $300,000.00 on April 29, 2009.
      c)   In the "SS" account, I made a total investment of $1,267,390.05, which consisted of $653,985.32 and $273,404.73 on December 10, 2008; $170,000.00 on February 11, 2009; and $170,000.00 on April 28, 2009.
      d)   In the "AYO" account, I made a total investment of $51,767.18, which consisted of $27,667.18 on December 10, 2008 and $24,100.00 on February 13, 2009.

FD-302a (Rev. 10-6-95)

██████████████

Continuation of FD-302 of ___AKBAR OMAR_____ , On _06/24/2011_ , Page ___4___

     e)  In the "SAO" account, I made a total investment of $35,345.19, which consisted of $16,745.19 on December 10, 2008 and $18,600.00 on February 13, 2009.

     f)  In the "SHO" account, I made a total investment of $36,120.16, which consisted of $16,420.116 on December 10, 2008 and $19,700.00 on February 13, 2009.

     g)  In the "SMP" account, I made a total investment of $538,617.49, which consisted of $398,617.49 on January 22, 2009 and $140,000.00 on April 28, 2009.

     h)  In the "ELV" account, I made a total investment $276,157.64, which consisted of $123,000.00 on January 22, 2009 and $153,157.64 on December 14, 2009.

     i)  In the "AKM" account, I made a single investment of $545,000.00 on November 24, 2009.

     OMAR invested in the names of his family and businesses. He defined the initials of his seven accounts with TTM as follows:

| | |
|---|---|
| AO/RO | AKBAR OMAR and RUKHSANA OMAR |
| EP | EURO PACIFIC (business) |
| SS | SUNSET SURGICAL (business) |
| AYO | AYESHA OMAR (daughter) |
| SAO | SHAZAD OMAR (son) |
| SHO | SAMEER H. OMAR (son) |
| SMP | SUNSET MEDICAL PLAZA (business) |
| ELV | EAST VILLA |
| AKM | ABDUL KARIM (cousin in South Africa)" |

     MADAD gave OMAR wiring instructions for his investments with TTM.  All wires were to be transferred to the Bank of America bank account designated by MADAD.  MADAD told OMAR that all of his money would then be transferred to a Charles Schwab investment account.  MADAD did not mention anything to OMAR about a UBS Finanicial Services account.

     Once OMAR began to invest, throughout the time he invested, and at year-end, he requested certified accounting statements from MADAD for the purpose of reporting any gains on his tax return and documenting his investments.  MADAD claimed that he was behind on his taxes, asked for more time, and never produced these for OMAR.  While he was investing, OMAR never received account statements from Bank of America or Charles Schwab.

     While he was investing, OMAR received monthly profit reports from TTM that were apparently sent to all investors.  These

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ____AKBAR OMAR_____ , On _06/24/2011_ , Page ___5___

reports usually listed the Trade Account number, which OMAR understood to be associated with the Charles Schwab investment account. The reports also listed percentages and profits earned by TTM and individual investors. OMAR identified a monthly and year-end report for December 2009, which he received on January 11, 2010 via electronic mail ("email") from MADAD.

During the time period where OMAR was investing, his son-in-law, FARAAZ HASHMI was hired by MADAD to be a research analyst for TTM specializing in a specific sector of the investment market. OMAR thought that HASHMI earned an annual salary of between $60,000 and $70,000.

During the time that OMAR was actively investing with MADAD, MADAD hosted numerous social gatherings and fund raiser events. He hosted a fund raiser for NANCY PELOSI and paid for hotel expenses incurred by PERVEZ MUSHARRAF, president of Pakistan. MADAD donated to many organizations including DEVELOPMENTS IN LITERACY ("DIL"), and an organization OMAR referred to as "COPA." OMAR said that MADAD made it known to all of his investors that a portion of thier earnings would be donated to DIL each year.

In approximately January or February 2010, OMAR requested of MADAD in person that $2 million be withdrawn from his investment account. MADAD agreed to make the transfer promptly; however, after more than a week had passed, OMAR had not received the withdrawal. MADAD then told OMAR there would be a delay because two Internal Revenue Service ("IRS") agents had recently visited him and said they were investigating TTM as well as OMAR. OMAR found the explanation odd and was not aware of any investigation of him or his business dealings by the IRS. He continued to request of MADAD that $2 million of his investment be withdrawn.

In approximately March 2010, MADAD returned $1.5 million of OMAR's $2 million request in the form of two cashier's checks. One check was for $1 million and the other was for $500,000. Around this time MADAD vocalized that he was upset with OMAR and felt OMAR was somehow responsible for the IRS investigation. OMAR never received the remaining $500,000 of his request.

Because of the difficulty he experienced withdrawing money from his investment with MADAD, OMAR began to question the safety of his money and began requesting both orally and in writing that MADAD return his investments in their entirety.

57411

FD-302a (Rev. 10-6-95)

<div style="background:black">████████████</div>

Continuation of FD-302 of ____AKBAR  OMAR_____ , On _06/24/2011_ , Page ____6____

     In approximately June or July 2010, MADAD informed OMAR that all of his investment accounts had become part of a pool, which contained the investments of many others.

     OMAR described KAHLID AHMED as a respected member of the community that endorsed MADAD's business in front of OMAR. AHMED is a very good friend of MADAD. They go on vacations together and at times they go gambling up to three or four times per week together. OMAR said they have gone to Pala Casino, Pechanga Resort and Casino, and other casinos in Las Vegas, Nevada. AHMED and MADAD also traveled to Hong Kong, China together in approximately February 2011 and went to casinos in Macau, China.

     MADAD once told OMAR that he had developed a winning gambling method that would beat the system. OMAR remembered hearing that MADAD and TABATABAI won a $500,000 casino jackpot in approximately December 2009.

     In approximately June or July 2010, OMAR approached AHMED and asked him to speak to MADAD about giving him his money back. Because of the close relationship between AHMED and MADAD, OMAR believed that AHMED might be able to convince MADAD to return the money. AHMED said OMAR should give him a week to see what he could do; however, MADAD never returned the money and AHMED continued to push OMAR off when he asked about it.

     Around this time OMAR sent a letter to MADAD requesting in writing the entirety of his funds residing with TTM. MADAD said he was going to check with his accountant about how that would work. He also said they could do a phased payback.

     In approximately June and July 2010, MADAD visited OMAR at his business at least once to deliver monthly statements and letters. On occasion, MADAD also had HASHMI deliver statements and letters to OMAR on his behalf.

     MADAD rarely answered his phone and rarely communicated via email. MADAD did communicate via text messages sent via mobile telephone.

     In approximately October 2010, OMAR remembered hearing something about MADAD's neighbors complaining about all of the visitors and traffic at their house in Diamond Bar.

FD-302a (Rev. 10-6-95)

███████████████████

Continuation of FD-302 of     AKBAR  OMAR                              , On 06/24/2011    , Page     7

      OMAR remembers meeting MADAD in person in December 2010.
After January 2011, OMAR received no further monthly or year-end
statements from MADAD.

      In approximately February 2011, MADAD wrote a letter to
OMAR explaining that OMAR's investments now reside in what he
referred to as a "T-Bill" account, separate from the pool
containing the investments of all of TTM's other investors.

      In approximately March 2011, MADAD sent OMAR a text
message stating in essence that MADAD would turn over OMAR's
investment money to the IRS if OMAR pursued any legal action
against him.

      On March 22, 2011, OMAR filed a civil lawsuit against
MADAD in Los Angeles County, California.  The next day, OMAR's son-
in-law, HASHMI, was fired from TTM.

      At the end of March, OMAR remembered receiving a hand
written note that was left at his office by MADAD while OMAR was
out of the office.  The note said something to the effect of, 'You
can sue me. I can sue you. Let's work this out.'

      After the lawsuit was filed, MADAD held a meeting with
AHMED and all of TTM's other investors, where he informed them that
he was not allowed to invest any longer because OMAR had sued him.
OMAR was not invited to the meeting.

      OMAR said there was a pre-settlement agreement between
OMAR and MADAD that obligated OMAR not to publicly defame MADAD if
MADAD returned OMAR's money.

      When asked whether he would have invested money with
MADAD and TTM if he would have known that his investment money
would be used to pay other TTM creditors, to pay bills for MADAD
and TTM, to pay for MADAD's personal expenses, or to subsidize
gambling trips, OMAR responded, "no."

      OMAR does not remember ever having brought any other
investors to MADAD.

      TABATABAI's role in TTM's investment operation was
limited.  She would often receive phone calls from MADAD, the
substance of which was the amount of investment gains MADAD had
made that day.  TABATABAI would tell people at social gatherings

FD-302a (Rev. 10-6-95)

<div style="background:black"> </div>

Continuation of FD-302 of ___AKBAR  OMAR_____ , On _06/24/2011_ , Page ___8__

that her husband has a gift and is very successful and disciplined. She would encourage potential investors to talk to him.

OMAR noticed that TABATABAI had a vast amount of expensive-looking jewelry.  OMAR thought MADAD drove a Mercedes Benz 600 series automobile.  He also believed that MADAD and TABATABAI were building a new house for themselves.

MADAD has a daughter named MAHVISH MADAD, who is an attorney in Century City.  MAHVISH MADAD is married to FNU RAJPUT, whose father is HAI RAJPUT.  MADAD has another daughter named MAHRUKH MADAD.

After he had filed his civil suit, OMAR discovered that TTM was listed as inactive as a company in California in June and July 2010.

OMAR said he hasn't been arrested before.  He reiterated that he is not aware of any IRS investigation against him and does not know why there would be an investigation against him.  He could recall having been in legal trouble in the past.

OMAR said that he would send, and later did send, copies of the exhibits that were submitted in support of his civil suit. Copies of the exhibits, labeled 1 - 22, have been attached to this FD-302.

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription _11/29/2011_

SUGHRA RAZA ("SUGHRA"), date of birth ▮▮▮▮▮▮▮▮, social
security number ▮▮▮▮▮▮▮▮, home address ▮▮▮▮▮▮
▮▮▮▮▮▮▮, was interviewed
telephonically. Also present on the telephone call was MARC S.
HARRIS, attorney for SUGHRA. After being advised of the identity
of the interviewing agent and the nature of the interview, SUGHRA
provided the following information:

SUGHRA is one of seven children. She has a sister named
AZRA RAZA ("AZRA"), a sister and brother-in-law named ATIYA KHAN
("ATIYA") and TARIQ KHAN ("TARIQ"), respectively, a brother named
SYED TASNIM RAZA ("TASNIM"), a brother named SYED JAVED RAZA
("JAVED"), and a brother named ABBAS RAZA ("ABBAS").

Prior to the interview, HARRIS forwarded via electronic
mail ("email") a document titled, "SUMMARY OF RAZA FAMILY
INVESTMENTS WITH SYED QAISAR MADAD/TTM," which was dated
08/21/2011. SUGHRA confirmed that the summary originated with her
and her siblings. She said her brother, ABBAS, helped to draft the
document and that it was passed around to her brothers and sisters
for editing to ensure the information contained therein was
accurate. A copy of the summary has been attached to this FD-302.

SUGHRA first met MEHER TABATABAI through SUGHRA's sister,
AZRA. AZRA and TABATABAI became friends in approximately 1972,
when they were both medical students. TABATABAI later moved from
the eastern United States to California and married SYED QAISAR
MADAD. SUGHRA lost touch with TABATABAI for a period of time.
Eventually, SUGHRA reconnected with TABATABAI through her sister
AZRA.

SUGHRA came to know MADAD through AZRA and TABATABAI in
approximately 2006 or 2007. MADAD was an engineer, but stopped
working in that industry and started day-trading. Over the course
of a couple years, TABATABAI told AZRA many times how well MADAD
was doing with his day-trading business. MADAD's day-trading
investments were operated through his company, TTM. MADAD was the
owner of TTM. SUGHRA understood MADAD's day-trading to be
different from investing in traditional stocks and bonds. MADAD
managed a pool of money and only traded with 10% to 15% of the
investment funds on a daily basis in order to lessen the risk of

---

Investigation on _11/29/2011_ at Los Angeles, California _(telephonically)_

File # ▮▮▮▮▮▮▮▮                                Date dictated _____

by _SA Brian J. Schnese_

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

57417

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of   __SUGHRA RAZA_____ , On __11/29/2011__ , Page __2__

investing.  AZRA eventually invested money with MADAD.  AZRA's investments performed well for approximately 2 to 3 years.  AZRA began to feel guilty that her investments with MADAD were doing so well while her family's investments in the stock market were doing very poorly.  AZRA asked MADAD and TABATABAI if some of AZRA's family members could also be allowed to invest money with MADAD.  MADAD and TABATABAI agreed.

TABATABAI was a full-time doctor and was usually very busy.  MADAD did the investing at TTM.

SUGHRA met MADAD in person on a few of occasions.  SUGHRA remembered meeting MADAD at her niece's wedding.  Prior to investing with MADAD, SUGHRA was invited to the home of MADAD and TABATABAI, located in Diamond Bar, California.  SUGHRA described MADAD's house as fancy with high-end and expensive decor.

Initially, in approximately January 2008, TASNIM, invested money with MADAD.

SUGHRA relied on AZRA to explain how the investment worked.  SUGHRA considered MADAD a family-friend and because AZRA trusted MADAD, so did SUGHRA.  SUGHRA also trusted MADAD because she saw that AZRA received the returns she was promised.  SUGHRA understood that she was supposed to receive a 20% return on her investment with MADAD.  Additionally, the investment was supposed to be 100% liquid, meaning that SUGHRA's investment could be withdrawn upon request.  SUGHRA believed MADAD had only suffered a few losses in his day-trading, which were small in sum.

SUGHRA decided to invest with MADAD and sent at least 12 wire transfers to MADAD's bank account from her bank account in Boston.  She did not sign any contracts or investment agreements.

MADAD sent monthly reports to a group of, initially, 10 to 12 investors.  The monthly reports outlined up-to-date information about each investor's investments and returns.  On the investment reports that MADAD emailed, specific investors were identified by their initials.  SUGHRA confirmed that "AR" stood for AZRA RAZA, "AK/TQ" stood for ATIYA and TARIQ KHAN, "TR" stood for SYED TASNIM RAZA, "JR" stood for SYED JAVED RAZA, and "SR" stood for SUGHRA RAZA.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of    __SUGHRA RAZA_____ , On __11/29/2011__ , Page ___3___

     During the first year that SUGHRA invested with MADAD, she did not withdraw or make any requests to withdraw any of her investment funds.

     At some point, AZRA and TASNIM encouraged SUGHRA to pull money out of her IRA account, pay whatever tax or fee she had to pay for withdrawing money pre-maturely, and invest that additional money with MADAD.

     In approximately March or April 2009, SUGHRA emailed MADAD a request that approximately $300,000 of her investment be withdrawn. This request was honored and SUGHRA received an updated investment account statement that reflected the withdrawal. Since this withdrawal, SUGHRA has not been able to withdraw any more of her investment funds from MADAD. In total, SUGHRA invested approximately $900,000 to $1 million with MADAD. Some of this money was invested on behalf of SUGHRA's brother, ABBAS.

     SUGHRA received an investment account statement from MADAD in March 2011. She believed this may have been one of the last statements she received from MADAD. This statement included total account balances. At this time, SUGHRA was still under the impression that her investment was liquid, and could be withdrawn upon request.

     At different times, SUGHRA's siblings requested portions of their investment with MADAD be returned. Some of these requests were honored and some were not. In approximately March 2011, TASNIM called and emailed MADAD regarding the return of his investment; however, at that time, MADAD did not respond.

     In approximately April 2011, SUGHRA became aware that MADAD had a lawsuit filed against him and TTM. MADAD claimed that his investment accounts had been frozen as a result of this lawsuit. TASNIM was told by MADAD that MADAD could not return TASNIM's investment because the accounts had been frozen. SUGHRA believed that the lawsuit against MADAD was filed by AKBAR OMAR. SUGHRA said she had never met OMAR.

     After this time period, AZRA told SUGHRA that MADAD was trying to start a new hedge fund that was going to be very successful. MADAD offered an incentive to his investors who were able to recruit others to invest in the new hedge fund. SUGHRA said that this new hedge fund never got off the ground. SUGHRA

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of    SUGHRA RAZA                              , On 11/29/2011  , Page    4

thought that MADAD may have sent out an email to investors
explaining the new hedge fund.

　　　　As late as Summer 2011, MADAD was asking his investors to
invest more money with him, in order to get their money back.
MADAD wanted to continue day-trading under an account name
different than TTM. AZRA believed that MADAD had friends that
opened a trading account for him.

　　　　At approximately the end of July or August 2011, one of
SUGHRA's brothers told MADAD that he was no longer willing to
invest money with him until MADAD was able to show proof that the
RAZA family's investments were still safe. SUGHRA believed her
brother requested a bank statement from MADAD showing the RAZA
family's investment funds were safe. In response to this request
MADAD emailed three account statements from UBS in pdf format to
AZRA. Members of the RAZA family noticed misspellings and other
errors on the UBS statements and questioned their validity. ABBAS
contacted a UBS representative in Geneva, Switzerland and sent to
him the UBS statements from MADAD. ABBAS asked the UBS employee if
the account statements were legitimate. The UBS employee told
ABBAS that the statements MADAD had sent them were complete
forgeries.

　　　　Around this time, one of SUGHRA's brothers was moving to
the United States and needed to withdraw some of his investment
with MADAD in order to pay for moving costs. SUGHRA believed he
could not get any of his investment returned from MADAD.

　　　　After this, members of the RAZA family became angry with
MADAD and his lack of communication regarding their investments.
Many of the RAZA family members had outstanding requests for return
of their investments from MADAD. In approximately September 2011,
AZRA asked TABATABAI to come to New York and explain what was going
on with the RAZA family investments. TABATABAI traveled to New
York and met with AZRA. TABATABAI brought with her a check for
$50,000 that was for members of the RAZA family; however, members
of the RAZA family had requested more than $50,000 of their
investments be returned by MADAD. TABATABAI spent a whole day with
AZRA. During this time, TABATABAI explained to AZRA that OMAR had
stolen the TTM investment pool money and that TABATABAI and MADAD
were the victims of an internet piracy or theft. TABATABAI said
that the money was gone and that OMAR continues to ruin their
lives.

FD-302a (Rev. 10-6-95)

████████████████

Continuation of FD-302 of ___SUGHRA RAZA_____, On _11/29/2011_, Page ___5___

      SUGHRA believed she may have received a monthly investment account report in September 2011 from MADAD via email.

      When asked whether she would have invested money with TTM if she would have known prior to investing that her money would go to pay off other TTM creditors, SUGHRA replied, "Probably not."

      When asked whether she would have invested money with TTM if she would have known prior to investing that her money would go to pay bills and operating expenses for TTM, SUGHRA replied, "Probably not."

      When asked whether she would have invested money with TTM if she would have known prior to investing that her money would go to pay for the personal expenses of MADAD and TABATABAI, including personal credit cards and mortgages, SUGHRA replied, "No."

      When asked whether she would have invested money with TTM if she would have known prior to investing that her money would go to subsidize gambling trips for MADAD and TABATABAI, SUGHRA replied, "Definitely not."

      At the time of this interview, SUGHRA believed AZRA was still in contact with MADAD and TABATABAI.

      SUGHRA was not aware of others, specifically, that invested with MADAD.

      SUGHRA kept a separate folder in her email account devoted entirely to things related to her investment with TTM. SUGHRA said she had copies of wire transfers and emails from MADAD that she would forward to the interviewing agent.

57421

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription   02/14/2012

    BASHIR AHMED WARAICH, date of birth ████████, social
security number ████████, home address ████████
████████, home telephone number ████████,
alternate telephone number ████████, electronic mail
("email") address ████████ was interviewed at his
home in Whittier, California.  After being advised of the identity
of the interviewing agent and the nature of the interview, WARAICH
voluntarily provided the following information:

    At the beginning of the interview, WARAICH's daughter,
SARWAT B. WARAICH ("SARWAT"), mobile telephone number ████████
████, email address ████████, introduced herself to the
interviewing agent and identified herself as someone who had lost
money to SYED QAISAR MADAD ("MADAD").  SARWAT provided her business
card and told the interviewing agent she agreed to be contacted by
the FEDERAL BUREAU OF INVESTIGATION ("FBI") regarding her
investment with MADAD.  SARWAT's business card listed her as a
licensed psychologist, license number ████████, at CITRUS
PSYCHIATRIC MEDICAL CLINIC, INC, address ████████
████████, office telephone number ████████,
facsimile number ████████.

    WARAICH was a United States citizen and retired doctor of
medicine.  WARAICH graduated from medical school in Pakistan in
1953 and has resided in California since 1970.  WARAICH was
currently married to his wife, SAEEDA S. WARAICH ("SAEEDA").

    WARAICH met MADAD and his wife, MEHER FATIMA TABATABAI,
approximately 15 years ago.  WARAICH, MADAD, and TABATABAI were
members of the same close-knit community and had met each other
several times at dinner parties within the community.  WARAICH
described he and his wife's initial relationship with MADAD and
TABATABAI as long-time friends.  WARAICH and his wife have invited
MADAD and TABATABAI to their house on several occasions.

    At some point prior to September 2008, friends and family
of WARAICH in the community were saying that MADAD was day-trading
stocks and investments through MADAD's company, TTM.  WARAICH heard
that MADAD was making 25% - 30% returns on the investments he was
day-trading.  WARAICH also saw a television program interview of

---

Investigation on   02/07/2012   at   Whittier, California

File # ████████

Date dictated _____

by   SA Brian J. Schnese:bjs

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

57422

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of _____BASHIR AHMED WARAICH_____ , On _02/07/2012_ , Page ___2___

MADAD on the program SAFEER E PAKISTAN, where MADAD spoke about his investment strategy.

Day-trading was the most popular topic of discussion with MADAD at community social functions. MADAD told WARAICH that if WARAICH invested money with TTM, MADAD would trade with and invest about only 10% of the money so as to lower the risk of investing. MADAD told WARAICH that the other 90% of WARAICH's investment would remain cash or liquid and that at the end of each day, 100% of his TTM investment would be pulled out of the market and remain liquid overnight. MADAD told WARAICH that there was no way WARAICH could lose money investing with TTM. MADAD said to WARAICH that he would take care of WARAICH's money and that WARAICH wouldn't have to worry. WARAICH believed that the 90% of his TTM investment that wasn't being actively traded on the market would stay in a bank account. MADAD told WARAICH that he could withdraw his investment funds any time. MADAD told WARAICH that if he wanted to withdraw any of his TTM investment funds, WARAICH could just call MADAD and MADAD would wire the withdrawal back to WARAICH.

WARAICH asked if, at the end of the year, WARAICH would have to pay taxes on his TTM investment earnings. MADAD told WARAICH that he set up TTM so that if WARAICH did not withdraw any investment earnings, he would not have to pay any taxes. MADAD never gave WARAICH any tax forms.

On 09/15/2008, WARAICH transferred via bank wire $100,000 to TTM for the purpose of investing in the TTM investment pool, which was managed by MADAD. WARAICH made later investments via bank wire of $90,000 on 02/09/2009 and $100,000 on 05/20/2009. The total amount WARAICH wired to MADAD was $290,000.

Each month, WARAICH received an email at his email address ███████████████████ from MADAD at qaisar2452@yahoo.com. MADAD's monthly email to WARAICH included a monthly TTM investment account statement. WARAICH produced a copy of one of the monthly TTM investment account statements he had received from MADAD for the period of March 1 - 28 (year not observed). The statement showed that the TTM investment pool had made a net profit of $1,401,230.11 in March (year not observed). The TTM investment statement header listed TTM account number 21524959.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of     BASHIR AHMED WARAICH                    , On 02/07/2012   , Page     3

     MADAD told WARAICH that he used a Charles Schwab trading account for the TTM investment pool.  MADAD never mentioned any other trading accounts that he used for the TTM investment pool.

     NOOR ZUBEIDA KHAN, SAJID AHMED, and RASHID KHAN have all visited MADAD at his house in an effort to observe him and learn how to successfully trade investments.

     WARAICH has been to the house belonging to MADAD and TABATABAI which is located at 2452 Alamo Heights Drive, Diamond Bar, California 91765.  MADAD's house is located in a gated community that has personnel working at the entrance gates.  WARAICH usually had to call MADAD prior to arriving so that he would be allowed into the neighborhood.  MADAD and TABATABAI's home telephone number was either (909) 860-0646 or (909) 800-0646.  WARAICH has seen computers with multiple computer screens at MADAD's house, which he believed MADAD used for TTM business.  WARAICH once observed MADAD's garage, which had been converted to a work space and contained 8-10 young men working on computers.  MADAD told the young men what stocks and investments they should be researching and the young men provided MADAD with paperwork and stock recommendations.  WARAICH remembered speaking to one of the researchers at TTM, who told WARAICH that the researchers never knew what stocks MADAD was investing in and never had a say in what investments MADAD decided to choose.

     RIZWAN SHEIKH ("RIZWAN") was one of the TTM researchers who worked in MADAD's garage.  RIZWAN's father, KHALID SHEIKH, telephone number ████████████, was a TTM investor.  WARAICH believed that RIZWAN was one of the highest-paid employees at TTM.  RIZWAN worked for TTM for a couple of years and then left under some sort of conflict approximately one or more years ago.

     MEHER FATIMA TABATABAI, mobile telephone number (909) 869-8949, office telephone number (310) 537-1503.

     MADAD gave WARAICH wiring instructions that directed WARAICH to Bank of America, Branch 160E, Yorba Linda Blvd, Placentia, California 92871.

     Because WARAICH was regularly receiving TTM account statements that showed his TTM investment earning significant profits, WARAICH felt comfortable continuing to invest with TTM and encouraged his daughters to invest money with TTM as well.  On 01/22/2010, SARWAT wired $100,000 to TTM for the purposes of

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of    BASHIR AHMED WARAICH            , On 02/07/2012 , Page    4

investing with TTM.  WARAICH's other daughter, SALEEMA WARAICH
("SALEEMA") was a professor at a college and invested $100,000 with
TTM as well.  WARAICH advised that both of his daughters are now
upset with him for encouraging them to invest.  WARAICH told the
interviewing agent that SALEEMA would prefer not to get involved in
this matter.

On approximately June 24, 2011, WARAICH requested in a
letter to MADAD that his and his daughters' investments be
returned.  On approximately December 20, 2011, WARAICH again
requested in an email to MADAD that his and his family's TTM
investment money be returned.  WARAICH did not receive a response
to his requests other than the emails that MADAD was sending to all
of the TTM investors.

When asked whether he still would have invested with TTM
had he known prior to investing that his money would be used to pay
for the personal expenses of MADAD and TABATABAI, including
mortgage payments and personal credit cards, WARAICH replied, "No."

WARAICH remembered MADAD once telling him that he was
able to write off his house and the TTM employees on his taxes,
which was a benefit to him and the reason that he never charged TTM
investors any fees for investing.  MADAD told WARAICH that all of
the TTM employees and other TTM-related expenses were not paid from
the TTM investment pool; rather, MADAD paid for them with personal
funds for tax write-off purposes.

When asked whether he still would have invested with TTM
had he known prior to investing that his money would be used to
subsidize gambling trips for MADAD and TABATABAI, WARAICH replied,
"No. Never, even if there was a suspicion that money would be used
that way."  WARAICH said that MADAD gave him the impression that
WARAICH's TTM investment money was going to be kept safe.

WARAICH and his wife are listed on TTM investment account
statements as "BW/SW."

WARAICH produced a TTM investment statement from March
2011 that he had received from MADAD.  The TTM investment statement
showed that WARAICH's $290,000 investment was, at that time, worth
$459,975.77.  WARAICH explained that the percentage column
reflected what percentage of the total TTM investment pool was
comprised of his investments.  The March 2011 TTM investment
account statement showed that WARAICH had a total profit or gain of

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___BASHIR AHMED WARAICH___ , On _02/07/2012_ , Page __5__

$6,561.65 in the specified time period.  The same statement showed WARAICH's daughters' accounts making profits as well.

"SRWW," was the TTM account name for SARWAT.  The March 2011 TTM account statement showed that SARWAT's principle investment amount of $100,000 was, at that time, worth $125,719.72 and had made $1,793.42 profit in the last period.

"SLMW," was the TTM account name for SALEEMA.  The March 2011 TTM account statement showed that SALEEMA's principle investment amount of $100,000 was, at that time, worth $125,121.78 and had made $1,784.89 profit in the last period.

WARAICH kept several of the emails and TTM account statements he received from MADAD.

WARAICH recently sent MADAD an email with several questions about what happened to the TTM investment funds and telling MADAD that his explanations were not making sense.  MADAD has responded to WARAICH's email.

TABATABAI had told WARAICH and several of his friends in the community that MADAD was doing very well with the TTM day-trading and encouraged several people to invest with TTM.  WARAICH was not sure whether TABATABAI knew what was going on with TTM at the beginning.

WARAICH recently called MADAD at his home telephone number.  TABATABAI answered the phone and WARAICH asked why he couldn't get through to MADAD.  TABATABAI offered her own personal number and told WARAICH he could call her anytime.

WARAICH remembered MADAD and TABATABAI spending a lot of money, tipping large amounts at restaurants, and going on vacations.  MADAD and TABATABAI loved to tell people about their vacations.

WARAICH's son, SALEEM WARAICH ("SALEEM"), telephone number ███████████, was a rheumatologist.  SALEEM called WARAICH during the interview and WARAICH told SALEEM he was currently meeting with the FBI.

WARAICH provided copies of four transaction confirmation notices from FIDELITY INVESTMENTS documenting bank wires transferred on 09/15/2008, 02/09/2009, 05/20/2009, and 01/22/2010.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___BASHIR AHMED WARAICH_____ , On _02/07/2012_ , Page __6__

    Copies of the confirmation notices have been attached to this FD-302.

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    02/16/2012

SYED IMRAN ALI, date of birth ▆▆▆▆▆▆, social security number ▆▆▆▆▆▆▆, home address ▆▆▆▆▆▆▆, mobile telephone number ▆▆▆▆▆▆, home telephone number ▆▆▆▆▆▆, electronic mail ("email") address ▆▆▆▆▆▆ was interviewed at his home address referenced above. After being advised of the identity of the interviewing agent and the nature of the interview ALI voluntarily provided the following information:

ALI graduated from medical school in Pakistan in 1986 and relocated to Chicago, Illinois in 1989. ALI and his wife, ALIYA IMRAN ALI ("ALIYA"), formerly ALIYA BASHIR, conducted pediatric research at the University of Illinois for three years. ALI and ALIYA relocated to Boston, Massachusetts, where ALI conducted his residency in anaesthesia at NEW ENGLAND MEDICAL CENTER and ALIYA worked as a pediatric doctor. In 1995, the ALI's moved to California and were expecting their second child. ALI first worked at WHITTIER HOSPITAL and was currently working at WHITTIER PRESBYTERIAN HOSPITAL. ALIYA was currently working at a medical practice in uptown Whittier, California.

KHALID AHMED ("KHALID") is ALIYA's older brother.

SYED QAISAR MADAD and MEHER FATIMA TABATABAI were family friends of ALI and ALIYA. In the past, TABATABAI had helped ALI and ALIYA with trying to find employment.

In approximately 2005 or 2006, ALI heard from KHALID that MADAD was having a lot of success investing and trading through MADAD's business, TECHNOLOGY FOR TELECOMMUNICATION AND MULTIMEDIA ("TTM"). Prior to this time, TTM had been dealing in the business of computer modems; however, at some point, the TTM computer modem business failed. ALI understood that after TTM failed, MADAD paid back those who had previously invested in TTM. ALI found this to be very honorable of MADAD.

MADAD had been trading and investing through TTM on his own. KHALID was the first one, other than MADAD, to put money into the TTM investment pool, which was managed by MADAD.

---

Investigation on    02/07/2012    at   Whittier, California

File #  ▆▆▆▆▆▆▆▆

Date dictated

by    SA Brian J. Schnese:bjs

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

57428

FD-302a (Rev. 10-6-95)

████████████████

Continuation of FD-302 of ___SYED IMRAN ALI_____ , On _02/07/2012_ , Page ___2___

ALI and ALIYA had sold some houses and decided they wanted to invest the money they had made.  Prior to investing, ALI spoke to MADAD, who told ALI that only 10% of ALI's principal investment would be actively day-traded at any given time.  MADAD stated that the other 90% of ALI's investment would be held safe. ALI's understanding was that the 90% not being actively day-traded would remain in a bank account.  MADAD explained to ALI that at the end of every day, all investments would be cash or liquid because MADAD would get out of the market.  MADAD used a CHARLES SCHWAB trading platform for TTM investments.  MADAD told ALI that ALI could simply call MADAD if he wanted to withdraw any of his funds and MADAD would send ALI the money.  ALI was comfortable with MADAD and trusted him because MADAD was, at the time, a close family friend.

ALI's comfort with MADAD was bolstered by the fact that his brother-in-law, KHALID, vouched for MADAD.  KHALID had seen and benefitted from MADAD's success and would report to ALI the profits that he was earning through TTM.

In approximately November or December 2007, ALI and ALIYA first invested $50,000 with MADAD in the TTM investment pool.  ALI did not have to sign any TTM paperwork in order to open his investment account with TTM.  ALI sent MADAD a check for the initial investment.  Subsequent investment deposits followed and the total amount that ALI and ALIYA deposited with MADAD was $950,000.  $650,000 of that money was directly from ALI and ALIYA and $300,000 was money invested from a loan received from ALI's brother.

After ALI and ALIYA made their initial investment with TTM, MADAD started sending them monthly TTM investment pool statements.  ALI described the TTM statements they received from MADAD as very detailed.  ALI received the TTM statements from MADAD via email through MADAD's email address, qaisar2452@yahoo.com.

In approximately late 2010, ALI became very intrigued by MADAD's trading success and decided he wanted to learn from MADAD how to trade.  ALI's brother-in-law, SAJID BASHIR AHMED, was also interested in learning from MADAD how to trade.  ALI visited MADAD at MADAD's house.  MADAD's house was located at 2452 Alamo Heights Drive, Diamond Bar, California 91765.  On several occasions ALI arrived at MADAD's house at about 5:30 AM, in time for market opening, and observed MADAD sitting in his study.  ALI did not see MADAD's computer screen, but MADAD had a computer monitor and gave

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___SYED IMRAN ALI_____ , On _02/07/2012_ , Page ___3___

those present the impression that he was trading the TTM investment
pool funds.  MADAD told ALI that he was going to buy specific
stocks at specific prices.  Around 9:30AM or 10:00AM, MADAD usually
took a break for breakfast.

When ALI visited MADAD at his house, ALI observed that
MADAD's garage had been converted into an office space that
contained several computers and people researching stocks.

While visiting MADAD at his house, ALI also saw others,
who were observing MADAD and trying to learn how to trade.  One of
those people was RASHID KHAN, who is ALIYA's cousin and also the
uncle of RAJPUT.  ALI also saw ARIF MANSOURI (ph) at MADAD's house.

MADAD and TABATABAI's daughter, MAHVISH MADAD
("MAHVISH"), married FAISAL RAJPUT ("RAJPUT") in approximately
2009.  RAJPUT was ALIYA's nephew.  The wedding took place in a
hotel in either San Diego or Carlsbad, California.  There were over
200 people who attended the wedding.

Around April 2010, ALI requested a withdrawal from MADAD
of $50,000 and had no problems receiving the money.  On April 4,
2010, ALI received a bank wire transfer of $50,000.

In approximately December 2010 or January 2011, ALI spoke
to MADAD and requested $415,000 of his TTM investment be withdrawn.
The money did not immediately come, so ALI sent MADAD a follow-up
email asking about the request for ALI's TTM investment funds.
MADAD responded to ALI via email saying that the transfer was going
to take some time.  MADAD told ALI that he was going to be
traveling soon and said he would give ALI $100,000 of his request
at that time and the remaining $315,000 when MADAD returned home
from traveling.  ALI received $100,000 MADAD.  When MADAD returned,
ALI had to remind him about the $315,000 MADAD promised to pay ALI.
After that, some time in the first quarter of 2011, ALI received
the $315,000 withdrawal from MADAD.

Recently, at the end of 2011, ALI requested of MADAD that
the remainder of his TTM investment funds be withdrawn and returned
to ALI.  ALI did not receive any more of his funds and MADAD told
ALI that the TTM accounts have been frozen.

ALI attended a TTM investor meeting on approximately
April 24, 2011 at KHALID's house.  This was the first time that
MADAD told ALI and other investors that there was a lawsuit that

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___SYED IMRAN ALI_____ , On _02/07/2012_ , Page ___4___

had been initiated against MADAD and TABATABAI. MADAD stated that they were trying to settle the matter and things would be resolved in a couple weeks.

There was another TTM investor meeting in July 2011. A couple of days before the TTM investor meeting, ALI visited MADAD at MADAD's house. ALI suggested to MADAD that he address the TTM investors himself in order to quash rumors that had been circulating. ALI encouraged MADAD to speak directly to the TTM investors and tell them what was going on. At the July 2011 TTM investor meeting, MADAD claimed that he had been the victim of a cyber-theft. MADAD told ALI and other TTM investors that both AKBAR OMAR and OMAR's son-in-law had access to passwords that were in MADAD's desk and insinuated OMAR and his son-in-law had stolen the passwords while MADAD was out of his house. MADAD asserted that OMAR also had a remote activator and was able to get into MADAD's house while MADAD wasn't there. MADAD said that agents from the INTERNAL REVENUE SERVICE ("IRS") had visited MADAD regarding OMAR. MADAD further told ALI and other investors that he had wanted to trade foreign markets and, as such, had moved TTM investment pool money into UBS bank accounts. ALI remembered TABATABAI saying at the meeting that the TTM investor money went out to UBS much earlier and that it totaled $22 or $24 million. Some people at the meeting asked if they could see the UBS statements that showed their TTM investment funds. MADAD responded that he had opted out of receiving statements from UBS. Someone at the meeting suggested that MADAD get on an airplane, fly to Switzerland, and sort the whole thing out. MADAD said that he wouldn't be flying to Switzerland, but that he had lawyers in Switzerland working on it. MADAD ended the meeting by telling everyone to go and discuss another option amongst themselves at a second meeting.

After MADAD ended the TTM investor meeting that evening, everyone went over to the house of TTM investors TANVIR QUDUSSI and ASMA QUDUSSI, whose house was located in the same gated community as MADAD and TABATABAI. MADAD and TABATABAI were not at the second TTM investor meeting at the QUDUSSI's house. At this second meeting, KHALID suggested a proposal to pool additional investor funds together and let MADAD trade with the funds and make a profit. KHALID said that he believed MADAD had the skill to earn additional profits from trading and settle this matter.

In between the two TTM investor meetings, MADAD and TABATABAI hosted a prayer gathering at their house. ALI was

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of   SYED IMRAN ALI                           , On 02/07/2012  , Page   5

present and did not recall MADAD making any statements at this
meeting.

KHALID set up a hedge fund with MADAD's brother, SYED S.
MADAD, along with another person from New York, RASHID CHAUDRY.
KHALID's wife was PARVEEN AHMED ("PARVEEN").  Three of PARVEEN's
nephews went to work for KHALID's new hedge fund.  The three people
that went to work for KHALID's hedge fund were ASHVIN DOMADIA, ADIL
A. KHAN, and SALAHUDDIN KHAN.  The hedge fund idea started in 2010.
Initially, RAJPUT was going to quit his job and work for the hedge
fund full-time.  MAHVISH was initially also going to quit her job
and work for the hedge fund full-time.  ALI later heard that
MAHVISH had not quit, but had been fired from her law firm.

PARVEEN was deposed as part of OMAR's civil suit against
MADAD and TABATABAI.

SAMINA HAMIDI is ALI's sister, who lost about $288,000 in
the TTM investment pool.

MADAD was still currently sending emails to TTM
investors.

ALI recently visited a few other TTM investors.  MADAD
sent ALI an email saying that he heard he was meeting with other
TTM investors and asked ALI not to add any fuel to the fire.

When asked whether he would still have invested money
with TTM had he known prior to investing that his investment funds
would be used to pay for the personal expenses and credit cards of
MADAD, TABATABAI, and his family, ALI replied, "No."

When asked whether he would still have invested money
with TTM had he known prior to investing that his investment funds
would be used to subsidize gambling trips for MADAD and TABATABAI,
ALI replied, "No."

ALI's understanding was that MADAD would be trading about
10% of ALI's investment funds and holding the rest.  MADAD asked
investors if they would agree to contribute a small portion of the
TTM profits to a charity called DIL.  ALI agreed with giving some
money to DIL.

MADAD, TABATABAI, and members of their family gambled
multiple times per week.  MADAD told ALI that he had found slot

57432

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___SYED IMRAN ALI_____, On _02/07/2012_, Page ___6___

machines that pay off.  TABATABAI's photo once appeared in a PECHANGA CASINO newspaper or magazine showing that she had won $200,000.  KHALID and PARVEEN once accompanied MADAD and TABATABAI to gamble at casinos in the Portuguese colony of Macau.

ALI said he had been comfortable continuing to invest with TTM because he received monthly TTM investor statements from MADAD showing that he continued to make money on his investments. There was so much detail put into the TTM investment statements that ALI could not imagine, at the time he was receiving them, that these statements were fraudulent.

ALI remembered MADAD asserting to him once that MADAD only ever suffered one loss on one day, which totaled $500.

ALI and ALIYA's TTM account was named, "IA/AA," which stood for IMRAN ALI and ALIYA ALI.  Of the $950,000 ALI and ALIYA invested with TTM, they were able to withdraw $465,000.  ALI and ALIYA have been unable to withdraw the remaining $485,000 from TTM. Including profit, the March 2011 TTM investor statement from MADAD indicated that ALI and ALIYA's account was valued at about $1.8 million.

MAJJID B. AHMED ("MAJJID") was one of KHALID and ALIYA's brothers.  MAJJID lived in Dubai, United Arab Emirates and was also a TTM investor who invested millions of dollars in the TTM investment pool.  ALI was not on speaking terms with MAJJID for personal family reasons.

KHALID, PARVEEN, MADAD, and TABATABAI traveled together to Switzerland at least two years ago.

At some point KHALID set up a bank account to receive money from MADAD and give it to OMAR in an effort to get OMAR to stop suing MADAD and TABATABAI; however, no money ever came through.

ALI described MADAD and TABATABAI as very nice people.

ALI stated that GHAZALA KHAN, a TTM investor, and TANVIR and ASMA QUDUSSI are very upset about losing their TTM investments.

DR. SULTAN ALIDINA, a TTM investor, had been in close contact with MADAD recently.  Approximately two weeks ago, MADAD offered to show the aforementioned UBS statements to ALIDINA.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___SYED IMRAN ALI_____, On 02/07/2012 , Page ___7___

     ALI believed MADAD and TABATABAI owned the lot of land next to their house in Diamond Bar. ALI described the lot as located to the right as one is looking at the front of MADAD's house. MADAD owned a couple of cars and his daughters also had cars. In MADAD and TABATABAI's house, there were many rugs and other things. MADAD and TABATABAI may also own property in Pakistan that was acquired through inheritance.

     ALI provided copies of emails, TTM statements and other TTM reports that spanned the time period between 2007 and 2012. ALI stated that he has retained all emails and TTM statements from 2010; however, these were not provided because he was having difficulty printing them. ALI said some of the emails that were provided outline direct communication between MADAD and ALI as opposed to the group emails that were sent to several TTM investors. ALI said that he has copies of all of the checks and cashiers checks that documented his investments with TTM and that he would send them to the interviewing agent. ALI confirmed that all TTM statements he received from MADAD were received via email.

     During the interview, ALI's mobile phone, which was sitting on the table started ringing. The screen of the mobile phone showed that NOOR ZUBEIDA KHAN was calling. ALI did not answer the phone.

     Also during the interview, ALIYA arrived and briefly introduced herself. ALIYA said that she was on her lunch break and then immediately left.

FD-302 (Rev. 10-6-95)

-1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  03/05/2012

    ASMA QUDDUSI, home address ███████████████ ███████████████, home telephone number ████████ ████, work telephone number ███████████, electronic mail ("email") address ███████████████ was interviewed telephonically from the offices of the FEDERAL BUREAU OF INVESTIGATION ("FBI"). After being advised of the identity of the interviewing agent, QUDDUSI voluntarily provided the following information:

    QUDDUSI called to identify herself as a victim of an investment fraud perpetrated by SYED QAISAR MADAD. QUDDUSI received the contact information of the interviewing agent from her friend, GHAZALA KHAN. QUDDUSI is a pathologist and works at KAISER PERMANENTE. QUDDUSI is married to her husband, TANVIR QUDDUSI, email address ███████████████. QUDDUSI and her husband live in the same neighborhood as MADAD and his wife, MEHER FATIMA TABATABAI.

    Over a period of two years, QUDDUSI and her husband invested together approximately $875,000 with MADAD. In approximately March 2011, MADAD asserted to the QUDDUSIS that their investment account, including profit they had earned, totaled $1,106,469.99.

    In approximately December 2011, the QUDDUSIS gave MADAD a letter requesting their investment money be returned to them. Later, an attorney for the QUDDUSIS sent MADAD another letter demanding the return of the QUDDUSIS investment funds. The QUDDUSIS did not receive a response from MADAD to either letter.

    Messages and news regarding the QUDDUSIS' investment with MADAD was often communicated by MADAD's wife, TABATABAI. QUDDUSI and TABATABAI were at one point very good friends.

    QUDDUSI recently filed a complaint regarding MADAD with the SECURITIES AND EXCHANGE COMMISSION ("SEC").

    QUDDUSI maintains documentation related to her investment with MADAD.

---

Investigation on   03/05/2012   at Los Angeles, California   (telephonically)

File # ███████████████

Date dictated _____

by   SA Brian J. Schnese;bjs

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

57446

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  06/19/2012

GHAZALA ASMAT KHAN ("KHAN"), date of birth ████████, social security number ████████, home address ████████, ████████ mobile telephone number ████████, electronic mail ("email") addresses ████████ and ████████, was interviewed at the offices of the FEDERAL BUREAU OF INVESTIGATION ("FBI") located at 11000 Wilshire Boulevard, Los Angeles, California.  After being advised of the identity of the interviewing agent and the nature of the interview, KHAN voluntarily provided the following information:

KHAN was born in ████████ and first came to the United States in 1977.  KHAN returned to ████████ and came back to the United States in 1979 to go to school on the East coast.  KHAN graduated from FAIRLEIGH DICKENSON UNIVERSITY in New Jersey in 1981 with a Master's Degree in biology.

KHAN was married for fifteen years and had three children.  KHAN's oldest son, SHAUN KHAN ("SHAUN"), graduated from UNIVERSITY OF CALIFORNIA BERKLEY.  KHAN's daughter, SCHEHREZADE KHAN, was the second oldest of her children and was a medical doctor.  KHAN's youngest son, SHER KHAN, was currently attending the UNIVERSITY OF CALIFORNIA SAN DIEGO.  KHAN was divorced in 1997.  After that, KHAN went back to school and received a Master's of Business Administration ("MBA") Degree from PEPPERDINE UNIVERSITY in California.

KHAN then started her own business called, GK AND ASSOCIATES, which provided engineering and construction management support services primarily for municipalities.  GK AND ASSOCIATES had currently been in business for thirty years.

KHAN was first introduced to SYED QAISAR MADAD and MEHER FATIMA TABATABAI in approximately 1994 by KHALID AHMED ("KHALID") and PARVEEN AHMED ("PARVEEN") at a dinner party.  KHAN described KHALID and PARVEEN at that time as friends of hers.

When KHAN first met MADAD and TABATABAI, MADAD was working for an oil company in London, England and TABATABAI was raising their children in Fullerton, California.

Investigation on   04/27/2012   at  Los Angeles, California

File # ████████                                          Date dictated _____

by   SA Brian J. Schnese:bjs

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

57463

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of   <u>GHAZALA ASMAT KHAN</u>     , On <u>04/27/2012</u> , Page   <u>2</u>

     Through KHALID and PARVEEN, KHAN learned that MADAD's company, TTM, was previously in the business of manufacturing video-conferencing technology. KHAN was told that at some point, one of TTM's clients failed to pay on an order they had placed, which caused TTM to go out of business. During the time period when TTM was in the business of manufacturing video-conferencing technology, there were three parties that invested in TTM: KHALID and PARVEEN; TABATABAI's sister, FNU LNU, aka "TANJO," and her husband; and one other family from the San Diego, California area.

     TABATABAI and her sister, TANJO, never got along. After TABATABAI's father died, she and TANJO fought over the inheritance. KHAN thought that TTM failing may have also contributed to their rough relationship because TANJO had invested money in the company.

     Prior to TTM being involved in the business of investing and day-trading, TABATABAI asked KHAN on at least one occasion if KHAN would hire MADAD, who had an engineering background, at KHAN's firm, GK AND ASSOCIATES. KHAN did not hire MADAD to work at GK AND ASSOCIATES.

     In approximately 2001 or 2002, MADAD and TABATABAI sold their house in Fullerton, California and moved into a $1.87 million house in KHAN's neighborhood in Diamond Bar, California. KHAN was not sure, but thought that MADAD and TABATABAI obtained a loan to purchase the property.

     In approximately 2007 or 2008, MADAD spoke openly to KHAN and others about the fact that KHALID had given him $50,000 to invest and trade. MADAD told KHAN and others that, while day-trading, he had doubled the $50,000 KHALID gave him. KHALID also confirmed to KHAN and others that he had given MADAD $50,000 to invest and trade and that MADAD had doubled the money.

     At a subsequent social gathering not long after this, KHAN recalled MADAD telling her and others that he had now made even more money trading.

     TABATABAI called KHAN on several occasions to tell her how much money MADAD had made trading that day. TABATABAI was very excited when she shared this information with KHAN. On one occasion, TABATABAI told KHAN to invest some of her own money with MADAD. KHAN recalled TABATABAI telling KHAN to put money with "Qaisar," as she called MADAD. TABATABAI told KHAN that she was her little sister and wanted her to do well. KHAN responded to

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___GHAZALA ASMAT KHAN_____ , On _04/27/2012_ , Page ___3___

TABATABAI that she wanted to think about it and also talk to KHALID and PARVEEN about it.

KHAN consulted PARVEEN about TABATABAI's solicitation for an investment in TTM. When KHAN asked PARVEEN whether she should invest in TTM, PARVEEN told KHAN not to be silly, that KHAN was a single mother, and she should not invest with TTM.

KHAN went back to TABATABAI and told her that PARVEEN said the TTM investment was too risky and recommended she not invest her money. TABATABAI responded by suggesting to KHAN that she ask PARVEEN why PARVEEN invested so much of her own money with TTM if she thought it was so risky. KHAN believed that PARVEEN may have seen the TTM investment opportunity as a secret and wanted to keep the secret to herself. KHAN interpreted the fact that TABATABAI told her about the TTM investment pool as a nice gesture. This gesture helped make KHAN feel more comfortable with the idea of investing with TTM and more trusting of TABATABAI.

In approximately 2007, soon after TABATABAI suggested KHAN invest with TTM, MADAD and TABATABAI came over to KHAN's house for dinner. MADAD explained to KHAN that he had a platform that he established with his information technology ("IT") people which allowed him to see with a few seconds of advance notice what was going to happen to the price of any given stock in the stock market. MADAD continued that he could jump in when he wanted and trade stocks, either buying or selling them just at the right moment. At the dinner meeting, MADAD also told KHAN that he had never lost money day-trading before. MADAD asserted that with TTM, KHAN could expect a minimum of a 25% to 40% return on her investment. MADAD told KHAN that about 80% - 85% of the money invested in the TTM investment pool was considered "liquid" (as MADAD put it) at all times and that about 15% - 20% was being actively day-traded by MADAD. MADAD also asserted that if KHAN invested and then later wanted to withdraw any of her investment, all she had to do was ask and he would return the money. MADAD brought with him to KHAN's house examples of TTM investment statements to show KHAN. MADAD sat next to KHAN in KHAN's family room and took her though the TTM investment statements showing her formulas and showing her how much money he was making. KHAN saw a list of initials printed on the TTM statements that MADAD showed her and asked MADAD about them. MADAD said that the reason he printed investor initials and not full names was out of respect for privacy. MADAD told KHAN that he was showing her the TTM statements because she was a close friend. KHAN described MADAD

57465

FD-302a (Rev. 10-6-95)

███████████████

Continuation of FD-302 of ___GHAZALA ASMAT KHAN_____ , On 04/27/2012 , Page ___4___

and TABATABAI that night as very friendly and loving.  KHAN said TABATABAI jokingly made fun of KHAN that night saying that KHAN didn't know about or understand financial concepts.  For example, TABATABAI joked that KHAN did not know what the word "compounding" meant.

Prior to KHAN investing in TTM, MADAD gave KHAN a copy of a TTM statement to look at.  The TTM statement MADAD gave KHAN had a column listing investor initial investment amounts and another column listing investment profit to date.  The TTM investment statement showed large profits being made, which helped make KHAN feel comfortable investing money with TTM.

KHAN said that TABATABAI told her many times prior to investing that TTM had never suffered any investment losses.  KHAN remembered TABATABAI also telling her (referring to MADAD), "Qaisar" has the golden touch.

After the dinner meeting with MADAD and TABATABAI in approximately 2007, KHAN initially invested approximately $25,000 with TTM.  KHAN said the initial investment was made either by check or by wire transfer, but was not cash.

After KHAN's initial investment, MADAD started sending KHAN TTM investment statements via email.  KHAN saw on the TTM investment statements that her TTM investment account was called, "GK," which stood for GHAZALA KHAN.  KHAN knew the emails she received were from MADAD because they showed his name and email address at the top of the email.

After KHAN's initial investment in TTM, she received a phone call from TABATABAI.  KHAN was in her office when TABATABAI called her.  TABATABAI cited KHAN's initial investment amount of $25,000 and told her that the balance in her investment account was now up to $75,000.  TABATABAI told KHAN that KHAN's TTM investment was only going to increase in value from here on out and encouraged KHAN to put more of her money into the TTM investment pool.  TABATABAI further told KHAN about several other investors who were investing additional large amounts into the TTM investment pool.

KHAN stated that about 99% of her conversations regarding her TTM investment were with TABATABAI and that she only talked to MADAD about 1% of time.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of   GHAZALA ASMAT KHAN _____ , On 04/27/2012 , Page   5

     After she started investing with TTM, some people in the
community called KHAN to ask if MADAD was truly earning the
investment returns they had heard about in the community.

     In approximately April 2008, KHAN invested an additional
$100,000 into the TTM investment pool.  KHAN relied on the TTM
statements she received and believed they accurately described the
amount of money she had earned in profit.  On several occasions,
KHAN went shopping because she believed she was making so much
money based on the TTM statements she received from MADAD.  KHAN
also went on vacation because she saw on the TTM statements she
received from MADAD that her TTM investments had made such a large
profit.

     KHAN believed that something happened to TABATABAI during
the Summer of 2009.  In approximately June 2009, at a social
gathering hosted by MADAD and TABATABAI at their house, KHAN
noticed a change in TABATABAI.  KHAN said that she saw the change
in TABATABAI's face and said that she was different than she used
to be.  TABATABAI became very interested in philanthropy.  KHAN
called TABATABAI to tell her that she thought TABATABAI had somehow
changed.  TABATABAI responded to KHAN by saying that just because
she was tending to other guests didn't mean that she didn't love
KHAN anymore.  KHAN further described TABATABAI during this time as
less caring and heartless.  After June 2009, TABATABAI did not
proactively called KHAN like she used to.

     TABATABAI started surrounding herself with several people
from the COUNCIL OF PAKISTANI AMERICAN AFFAIRS ("COPAA").
TABATABAI donated money to COPAA and supported their organization.
KHAN said that at social gatherings one had to physically break
through the mass of COPAA people in order to talk to TABATABAI.

     TABATABAI started telling her fellow community members to
donate money to specific causes and organizations.  When TABATABAI
told KHAN to write a check out to this organization or that
organization, this made KHAN feel like she was part of TABATABAI's
elite group.

     In approximately Spring 2010, TABATABAI asked KHAN what
KHAN's son, SHAUN, was doing.  KHAN explained that SHAUN was living
at home studying for the GMAT and looking for a job.  TABATABAI
told KHAN to send SHAUN over to her house.  TABATABAI told KHAN
that there were so many other kids working for MADAD and that SHAUN
should come and work for MADAD.  KHAN thought this was so nice of

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of   GHAZALA ASMAT KHAN _____ , On 04/27/2012 , Page   6

TABATABAI to offer.  When SHAUN went to see MADAD about a job,
MADAD told SHAUN he could start the next day.  SHAUN started
working in MADAD and TABATABAI's garage as an analyst for TTM.

     A couple months after SHAUN started working for TTM,
SHAUN described to KHAN what he saw while he was working at TTM.
SHAUN told KHAN that every time MADAD allegedly made large sums of
money day-trading, he came downstairs and told ERIK PAXMAN
("PAXMAN"), another TTM employee.  When this happened PAXMAN and
other TTM employees got excited.  SHAUN said that MADAD
communicated to SHAUN and the other TTM analysts through PAXMAN.
SHAUN told KHAN that there were times where a TTM analyst tried to
speak directly to MADAD and MADAD just turned around and walked
away.  TTM analysts, who worked in the garage, were not allowed to
go upstairs to MADAD's office.  SHAUN said that it was PAXMAN who
communicated to the TTM analysts that it had been a great trading
day.

     After this, SHAUN decided to invest some of his own money
into the TTM investment pool.  SHAUN invested $80,000 with TTM.

     At some point, one of MADAD and TABATABAI's neighbors
complained that there were too many cars outside of MADAD and
TABATABAI's house.  KHAN thought this neighbor may have been
Indian.  Another neighbor complained about MADAD and TABATABAI
building a house on the empty lot next to their house in Diamond
Bar.  KHAN made a sketch indicating where the empty lot and
neighbor's house were in relation to MADAD and TABATABAI's
residence.  KHAN's hand-written drawing has been included in a 1A
envelope and attached to this FD-302.

     KHAN remembered TABATABAI telling her about the
contractor that was doing work on their landscaping and also
planning the construction of a new house next door.  TABATABAI told
KHAN that the new house next door was going to be for MADAD and
TABATABAI's two daughters.

     TABATABAI told KHAN that MADAD and TABATABAI had paid for
a house in Santa Monica and a condo in Orange County for their two
daughters.  TABATABAI told KHAN that she could not believe her
little daughters have become millionaires.

     In approximately early 2010, MADAD, TABATABAI, KHALID,
and PARVEEN traveled to Switzerland.  KHAN believed the purpose of
the trip was vacation and gambling.

57468

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of     GHAZALA ASMAT KHAN                          , On 04/27/2012 , Page    7

     KHAN saw TABATABAI carrying a large hand bag on several occasions that contained large amounts of cash.  MADAD sometimes carried the bag of cash behind TABATABAI when they were out. TABATABAI and MADAD had the bag of cash with them when they went gambling.  At social gatherings, TABATABAI opened the bag, showed everyone the large amounts of cash, and asked people to count the money for her.  KHAN was very surprised to see how much cash TABATABAI had.

     TABATABAI told KHAN that she once gave MADAD a suitcase full of cash for his birthday.  TABATABAI told KHAN that she got the money by being on a medical board of some sort.

     MADAD and TABATABAI talked often about jackpots they had won at casinos.  TABATABAI sometimes called KHAN from the casino and was very excited to tell her that she had won a jackpot.

     TABATABAI and MADAD took three trips to the hold cities of MECCA and MEDINA in 2010.  Prior to these trips, KHAN did not believe MADAD and TABATABAI were very religious.  Prior to 2010, KHAN never saw MADAD and TABATABAI praying.  In reference to one of the trips to MECCA and MEDINA, TABATABAI told KHAN that she and MADAD went to the holy cities to pray for "Qaisar's business," as TABATABAI referred to it.  KHAN, KHALID, and PARVEEN once met MADAD and TABATABAI at the airport to welcome them back.

     In approximately 2010, KHAN was planning to take a trip to Egypt with her children and needed some money.  KHAN requested from MADAD via email that $25,000 from her TTM investment account be withdrawn and sent to her.  MADAD honored KHAN's request and the $25,000 withdrawal was returned to KHAN via either check or wire transfer.

     At some point, KHAN's accountant advised her to withdraw her funds from "that Pakistani Madoff," as he referred to MADAD.

     KHAN remembered having been present at a TTM investor meeting at MADAD and TABATABAI's house around July 24, 2011. Someone at the meeting asked where the TTM investment pool funds were currently located.  MADAD replied to those present that the TTM funds were all safe in a UBS bank account.  When someone asked why the TTM investment pool funds were in a UBS account, MADAD responded that he was trading internationally because the international stock markets open early.  MADAD said that he

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___GHAZALA ASMAT KHAN_____ , On _04/27/2012_ , Page ___8___

transferred the TTM investment pool funds into the UBS account in November 2008.  MADAD also said that he had multiple UBS accounts.

After the TTM investor meeting at MADAD and TABATABAI's house, KHAN, KHALID, PARVEEN, and others met at the home of ASMA and TANVIR QUDDUSSI ("ASMA" and "TANVIR").  KHALID outlined an idea to get the TTM investors their money back by starting a second investment fund and asking TTM investors to put more money into that fund.  KHALID suggested that KHAN be the one to tell everyone about this new idea.  KHAN refused and told KHALID and others that she didn't know what was going on.  After that KHALID asked NOOR ZUBEIDA KHAN ("ZUBEIDA"), who was also present, if she would be willing to tell others about the idea.  KHAN confirmed that there was no relation between her and ZUBEIDA.

TABATABAI was currently a practicing physician specializing in infectious diseases.  Two doctors that TABATABAI worked with have told others that they saw copies of UBS account statements from MADAD.  One of the doctors who works with TABATABAI and said he saw UBS statements was Dr. S. ALIDINA.  KHAN said that ALIDINA would be someone to speak to about how TABATABAI solicited TTM investments.

During this time, MADAD and TABATABAI were not returning KHAN's phone calls.  At some point after the TTM investor meeting, KHAN, SHAUN, ASMA, TANVIR, KHALID, and PARVEEN all met at KHAN's office.  KHAN remembered KHALID telling the others not to be stupid and that the TTM investor money was coming.  KHAN wanted to know what KHALID and PARVEEN thought about the TTM situation and she asked them if they could tell KHAN and the others anything.  KHALID and PARVEEN told KHAN that they didn't know what was going on either.  KHALID then said that he doesn't trust himself, but he trusts "Qaisar," as KHALID referred to MADAD.

After the meeting at KHAN's office, TABATABAI called KHAN and asked her why she was talking to KHALID and PARVEEN.  TABATABAI told KHAN several times that KHAN would get her TTM investment money back.  TABATABAI also told KHAN several times that TABATABAI and MADAD had done nothing wrong.

After OMAR filed the civil law suit against MADAD and TABATABAI, KHAN asked that her TTM investment be returned to her.  KHAN called TABATABAI on the phone and told her that her youngest child was going to college soon and that she needed her TTM investment money back.  TABATABAI responded to KHAN by saying that

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of   GHAZALA ASMAT KHAN _____ , On 04/27/2012 , Page    9

she couldn't believe KHAN wanted her money back.  TABATABAI
continued by telling KHAN that she and all of the other TTM
investors should have the decency to wait until the civil suit was
settled.

On approximately December 27, 2011, KHAN sent MADAD an
email asking that her TTM investment funds be returned to her.  On
approximately December 28, 2011, MADAD sent a long email back to
KHAN.  In MADAD's email response to KHAN, MADAD evaded the question
of returning KHAN's TTM investment and relayed a number of stories.
KHAN said she lost more trust in MADAD after reading his email
response.  After this, KHAN asked attorney JOHN W. COTTON to write
MADAD a letter.

KHALID and PARVEEN stopped talking to KHAN.  KHAN
believed KHALID and PARVEEN were upset that everyone was against
MADAD and TABATABAI.

KHAN did not receive any more of her TTM investment back
and said that her principle loss was $100,000.  The TTM statement
KHAN received from MADAD dated April 29, 2011 showed a balance of
$209,284.27 in KHAN's TTM investment account, which reflected the
inclusion of alleged profit.

SHAUN worked for TTM for approximately 9 months to 1 year
and stopped working for TTM after OMAR filed the civil suit against
MADAD and TABATABAI.  SHAUN returned the TTM laptop that had been
given to him.  None of SHAUN's $80,000 investment in TTM has been
returned to him.

KHAN observed that WAQAR KHAN ("WAQAR") (no relation to
KHAN) was often at MADAD and TABATABAI's house in Diamond Bar.  In
2011, KHAN saw on television a program where WAQAR interviewed
MADAD.  At some point, KHAN heard that WAQAR was going to telecast
a doctors conference with MADAD and TABATABAI in hopes of
generating more business for TTM.

TABATABAI and MADAD both still have siblings and extended
family members living in Pakistan.

KHAN heard from ALIYA ALI that TABATABAI and another
doctor from New York traveled to holy sites in Karbala, Iraq to ask
for forgiveness.  The travel agent that booked TABATABAI's flight
was also the travel agent KHAN uses.  The travel agent KHAN

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of    GHAZALA ASMAT KHAN                              , On 04/27/2012  , Page    10

    referred to was WASEEM LNU, telephone number ███████████, who worked at TRAVEL PLUS in Anaheim, California.

    KHAN heard from SAJJID AHMED that KHALID and PARVEEN were going to be traveling to Karbala, Iraq in early May 2012.

    TABATABAI once showed KHAN at least two safes that were located in MADAD and TABATABAI's house in Diamond Bar.  KHAN described the safes as approximately 3 feet wide and 5 feet tall.

    MIA LNU and MAIMOOD LNU were employed by MADAD and TABATABAI.  MIA was MADAD and TABATABAI's housekeeper, who KHAN described as very loyal to MADAD and TABATABAI.  KHAN believed MIA was still working for MADAD and TABATABAI because KHAN had recently seen MIA's car parked outside their residence.

    The last time KHAN saw MADAD and TABATABAI was last Saturday at a social gathering.  KHAN said there was a poetry slam at a mosque in Torrance, California.  MADAD and TABATABAI were in attendance and sat at the same table as RIFFAT MASOOD, Consul General of Pakistan in Los Angeles.  KHAN believed MASOOD was aware of allegations against MADAD and TABATABAI.

    KHAN said that those who MADAD and TABATABAI donated money to or financially supported are still defending them and inviting them to events and social gatherings.

    KHAN said she has introduced MADAD and TABATABAI to several people in the past at various events and social gatherings. KHAN said that she did this when she believed that MADAD and TABATABAI were good people.

    KHAN said that TABATABAI once came over to KHAN's house in the middle of the night to share with KHAN and her children doses of the H1N1 vaccine that she had obtained.

    Some in KHAN's community currently believed that MADAD had a contact in Libya and that TTM investor pool funds may have been transferred to this contact.

    When asked whether she still would have invested in TTM if she would have known prior to investing that her investment money would be used to pay for the personal expenses of MADAD, TABATABAI, and their daughters, KHAN replied, "Never."

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of    <u>GHAZALA ASMAT KHAN</u>      , On <u>04/27/2012</u> , Page   <u>11</u>

     When asked whether she still would have invested in TTM if she would have known prior to investing that her investment money would be used to pay back other TTM investors, KHAN started crying and replied, "No."

     When asked whether she still would have invested in TTM if she would have known prior to investing that her investment money would be used to subsidize gambling trips by MADAD and TABATABAI, KHAN replied, "Never."

57473