# EXHIBIT C

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

| | |
|---|---|
| File Number: | 318B-LA-258068 |
| Requesting Official(s) and Office(s): | Brian Schnese, Los Angeles |
| Task Number(s) and Date Completed: | 26428, 4/18/2012 |
| Name and Office of Linguist(s): | Khalid Rashid, Los Angeles |
| Name and Office of Reviewer(s): | |
| Source Language(s): | Urdu |
| Target Language: | English |

Source File Information
  Name of Audio File or CD:
  *If Applicable*–Call Number:
    –Date, Time, Duration: 1:28 to 4:03 minutes.
    –Line, Target Numbers:
    –Direction:

VERBATIM TRANSLATION

**Abbreviations:**

Phonetic          PH

**English in *Italics*.**

UNCLASSIFIED

USAO00008

UNCLASSIFIED

The host Waqar Ali Khan comes on and says the following:

I start in the name of God who is Merciful and Benevolent. Greetings, viewers, this is your host Waqar Ali Khan who is here to present the program Safeer –e- Pakistan. How are you doing? Safeer –e- Pakistan is your voice and your recognition. Safeer-e-Pakistan is a representative of your feelings and perceptions. Viewers I am confident that you are *enjoying* the program Safeer-e-Pakistan and expanding your knowledge and you must be meeting new people through Safeer-e-Pakistan. This is my mission that you meet new people and see what is happening in other cities. Viewers, Safeer-e-Pakistan went on a long journey and went to Dubai. There was a *conference* in Purjara [PH] on *Economic Forum Conference* in which *American-Pakistanis were specially invited so that our speakers could go there and talk out investment opportunities in Purjara.* We had great success there and one award was also given which I received from the Crown Prince and with the will of God I am very happy.

Viewers in today's program there are many things which are included. In today's program we have included a meeting with Syed Qaiser Madad. *He was one of the speakers in Purjara* and he has given this *interview* to Jo Coddington [PH], who is a *famous journalist*, eh, she is quite a *renowned personality* in her field – eh *automobile industry* and the wife of late number one classic car maker. Jo Coddington conducted this *exclusive interview* for CEO Post. This is a new magazine which has been *launched* in America. *This magazine is for the main stream. It is totally American magazine and its concept and philosophy is to educate American about eh, about the South Asian and Pakistani Americans CEO and what they are doing. It is a total American magazine. It is a total training and education magazine for the CEO's and business leaders.* In this regards the *interview conducted* by Coddington of Mr. Madad at his residence – so viewers lets watch this exclusive interview with Mr. Syed Qaiser Madad. Please view.

Viewers, before I present Mr. Syed Qaiser Madad let's view the previews and highlights.

[End].

UNCLASSIFIED

TN:

Safeer –e –Pakistan   = Ambassador of Pakistan.

UNCLASSIFIED

2011 SAFEER E PAKISTAN INTERVIEW
MC:mc


DRAFT

The following is a transcript of an interview which occurred between Jo Coddington and Syed Qaiser Madad.

The conversations were conducted in English.

    JC:    Jo Coddington
    SQM:    Syed Qaiser Madad
    [unt]:    Unintelligible

\* \* \* \* \* \* \* \* \* \* \* \*

JC: Hy, we're here today with Syed Qaiser Madad for his man of the year for CEO Post Magazine. I'd like to thank you for having me in your home and allowing me to interview you, it's pretty exiting for the magazine and for all of the viewers. I have a few questions today that I would like to talk to you about and um, one, um, I would like to ask you about your education.

SQM: I uh, hold two masters, uh, masters in, uh, Mechanical Engineering and masters in Operations Research, their both from Polytechnic University from New York, and uh, I got my basic Engineering education, the Bachelor degree from West Pakistan Engineering University. Lahore, Pakistan.

JC: when did you come from Pakistan to America?

SQM: uh, nineteen seventy-two, to do my masters.

JC: was that your main reason for coming to America was to just receive your masters degree?

SQM: uh, that is correct, yes.

JC: and why did you pick America over any of the other European or Asian countries?

SQM: America, in American university system and the education and research, uh. It was at the time the leading educational institutions all in the United States, and even to this date in the higher level the Graduate, and the Doctor level, American University still are the leaders, the best there is in the world, so that's why I came here.

JC: I see, and then what made you decide to stay?

SQM: um, basically, uh, the opportunities that I saw, the system of government, the freedom to do anything, express yourself, freedom of movement, and that the opportunity that you can be anyone, you can be nobody but you can become some-some someone, somebody in this country. They call it "American dream" and I didn't know that, you know? What American dream was, but I thought this country was very unique in that respect in the opportunity that no other country, including the country I was coming from offered what this was offering, so I-I liked the whole situation, the system of government and how the society, you know, interacted, people interacted, the role the business played, the freedom of women, of people, freedom of expression of people, you know.

JC: do you think it's changed?

SQM: yes, it has.

USAO00011

JC: for the better or for the worst?

SQM: um, I think America is becoming more and more inward looking close country. Sometimes the...the strengths of this institutions, the Universities, the strength of it's, um. I think the belief of the society, I think they probably are wavering on this resolve of commitment, you know. This is a dream land for probably the rest of the world, not just for America, and they're changing that dream for Americans and also for the rest of the world. One of the big change that I have seen, you know, in the thirty-some years, almost thirty-eight years, thirty-nine that I have here is, um, there was much more freedom to move in this country, to come in and to go out, and I remember as a student I went to Niagara Falls and we were visiting one of our classmates who was going to the University and doing Masters in Chemical Engineering there, and we decided that we were going to go and see the Falls and someone said, "you know, Canadian side is a better view than..." you know?

JC: um-hum

SQM: so we didn't have a passport because we had no plans to go to Canada.

JC: um-hum

SQM: just on the basis of my student I.D., I was a visitor and a student at that time, and uh, and driver's license we crossed over into the United States. You can't do that anymore.

JC: no

SQM: and uh, even, you know. Americans can't do it anymore, you know. I was just a...at that time a visitor and a student, you know.

JC: um-hum

SQM: and I re-entered with no problem, um, now even ornery Americans, you know when you re-enter your country or you want to leave your country to go abroad...

JC: um-hum

SQM: for vacation or anything. You go through a lot of, you know, security now.

JC: do you think that's from 9-11?

SQM: uh? I-I think so, it probably is from 9-11, but I think it's...the policies are being made here without thinking that who ultimately will be on the receiving end. The public, the gen-you know, the Americans, you know, in general shouldn't have to go through all...you don't have to put all public through this, you know, no country does that to their own citizens or even foreigners who are coming, you don't need to photograph or finger print because normally it is done for suspicious people.

JC: correct

SQM: not for a...it is not a very dignified respectful entry for foreigners. So, yes we have changed and there are some other, you know, other things. But mind you with all the changes, changes are happening elsewhere also. This still is the best place, this still is the best system, this still is the best country live.

JC: how do you feel about President Barack Obama?

USAO00012

SQM: I think, uh, very impressive, articulate young man, you know, when you meet him and have meet him most, you know, a couple of years ago in person, very very impressive. He is a very good listener, that's one the things that I noticed about him, not just that he's very articulate and a very good communicator. I think he had been trying to improve the image and relations of the United States with the rest of the world and he is a, you know, I think has been a good choice, this is the way I think, you know, for the time that we are going through.

JC: so, do you think that the policies and everything that everyone seems to blaming the President currently for different things; the environment, the economic environment, everything that's going on in the United States. Do you think that is maybe misguided towards the President?

SQM: certainly it is because he is not the one responsible for what America is going through. He basically inherited, and since he came he actually has stabilized the country because the Wall Street, and the banking system was in crisis, you know, the time that he came. The whole entire group of systems seems like it's gonna break-down and it is his leadership and those working with him, you know, specially our current chairman of departments of banks, Bernake . I think the two individuals who really has helped stabilized the situation, not just for America but also for the rest of the world.

JC: now, you're involved pretty heavily in the stock market and with trading and you've done rather well from what I understand.

SQM: yes, and I think what I was going through probably is the story of every American who have and IRA or a pension plan, um, I think the market and how the investment banking and all these security firms how they manage your portfolios and your retirement accounts, um, I don't think the public has any clue that the... it, the way the system has been working it only benefits Wall Street first and, you know, whatever is left go to your own individual retirement plans. You hear a lot about how investing in the market can make you very very rich or wealthy, but only if it is managed properly

JC: what kind of philosophies do you use in your trading?

SQM: is a very conservative philosophy and my first and foremost part is, uh, is the preservation of capital and it's not just words, I mean it.

JC: um-hum

SQM: and I don't go margin investing, I don't do that, I think it's very, uh, very very risky and I only use a very small portion of the capital that I invest with in the day, and I do not believe in long term investing because no one has the crystal ball that, uh, how tomorrow will be. I more believe that in today's age and all the information that is available, uh, actually it is the short investment that you benefit the most. You don't have to wait and stay in the market for the market to take away the profit that you have made [unt] of the down turn if the economy goes bad. How often? Yes , in my, to me it is a day, or a week, or at most a month.

JC: is there one sector that's been better to you than another? Or are you into metals, currency or do you just mostly trade on the stock market?

SQM: no, I-I basically, uh, when my day starts I look at how the flow of money is.

JC: um-hum

SQM: which sectors are advancing and which sectors are going down, the money is coming up. And this information is available to general public on the internet.

3

JC:   um-hum

SQM:  and uh, on that basis then I direct my own investments, and I have a research team of staff of eight analysts currently

JC:   goodness

SOM:  who research the entire market sector by sector, each one looks a different sector. The work load doesn't overlap, um. I have primarily been concentrating up until now on primarily in dominant large companies...

JC:   um-hum

SQM:  I don't invest in... penny stock, I don't believe, it's very risky, um. I have been recently experimenting and studying small and mid cap.

JC:   um-hum

SQM:  this is because of the in-house computer software model that we have developed, you know, my analysts have developed, one of them is a, has a software Engineering background.

JC:   oh, beautiful.

SQM:  that has ben identifying that you can actually maximize or optimize the return that we have had to date, uh, our worst return, uh, has been I think twenty-three percent.

JC:   do you ever look at the cash going in and out of the market? Such as like market timers.

SQM:  I only look at the sectors, I don't, um, because I feel that is basically against the picture, the overall picture.

JC:   how do you feel about hedge funds?

SQM:  we are starting to...hedge funds are in the process of...actually in the final stages of launching them; one will be in the for the pension plans and the second one will be the general investments in the form of savings bonds or institutional accounts. Um, once again this, **why** I'm doing it is not so mush of my own preference, is because of the pull participant that I have, uh, they have basically been asking that what you have been able to do for our investment account? Why can't I keep handle, uh, you know, in pension account? So on their insistency, you know. I'm looking into it.

JC:   may I ask how many people you have in your investment group?

SQM:  um, it's basically friends and family, uh, I believe we have currently about ninety. It's a completely free service that I provide, I don't solicit.

JC:   um-hum

SQM:  I have not solicited any one of them, they basically all have come to me. I don't charge them a fee and there is no expense for them. They knew that I-I, uh, family and close friends knew when I started managing my own pension...

JC:   um-hum

SQM:  what had happened and why I was doing it, and then they learned about the success that I had and they

4

SQM: insisted if I could do the same, manage their accounts, uh, initially I was reluctant because it is a risky thing,

JC: um-hum

SQM: and it is a responsibility, and then I agreed only under one condition; that I will not charge anything and I will not, uh, no expense for them because I have all the stuff. It's just a free service, if that is a, you know, an acceptable condition you're most welcome.

JC: that is really giving back, it's giving back to your family and your friends, your relatives. You also give back to others in the community. Do you have a favorite charity? Or...what do you like to support?

SQM: um, I think it's something that comes from parents and upbringing that I guess I have been very fortunate to had su, you know, to have parents that really emphasize that if you, in your life are able then you'll think about it because this is the best that you can do, it's not what you do for yourself, it's what you can do for others. And I don't have any, um, favorite charity, our emphasis both myself and my wife, Meher is education.

JC: Okay

SQM: and, but we also are supporting causes that are empowerment of the community, giving them skills that they can become: productive, self sufficient, um, health care, all kinds of different causes. Locally we support here about every year about twenty-five to thirty charities in the United Sates.

JC: that's marvelous.

SQM: and those charities, you know, it can be, you know, I'm in paradise: Veterans of America, or this charity that, Los Angeles Mission...

JC: um-hum

SQM: we have a free clinic that runs in West Los Angeles that we have been supporting from the day one that it was... with the, you know, the consultation with doctors and medicines and exam...

JC: um-hum

SQM: examinations, it's all free. We have supporting some of the projects so that we funded UCLA breast cancer research...

JC: nice

SQM: project one year, we have recently been one of the major contributors for interfaith studies that UCLA is doing in with support, it's sponsored and supported by three major religions: Judaism, Christianity, and Islam. We were approached and we-we we are doing the same thing on the East coast with the Washington American University.

JC: how nice

SQM: we are supporting similar, uh, program, we have been also supporting the, uh, both charities run by Indian and Pakistani ladies for domestic violence

JC: um-hum

USAO00015

SQM: there's a, the Indian charity is called Sahara, we have been one of their main supporters and also this far we have done several American, um, American Cancer Society one year.

JC: um-hum

SQM: we funded them

JC: um-hum

SQM: and we did a major fund raiser. So all kinds of, you know, causes here and also abroad.

JC: it's really wonderful, it's too bad more people don't give back, you know, it's wonderful. If you had one suggestion that you could suggest to your readers, and your audience, and people that just love to follow you and all of your movements. What would suggest to them as far as the market and the economy right now?

SQM: I think that, um, spend time in managing your own money, you can not leave that task to others and not have time yourself...

JC: Okay

SQM: of what is going on with your savings and retirement accounts, um, that your, you know, that will be will become useful and will your source of income and living when you retire and it could be twenty, twenty-five years of your life.

JC: um-hum

SQM: you just can not have others manage it for you.

JC: what do you think of like currently Wisconsin having just incredible issues and all sort of states here in America are having the same issues. Do you believe that some of our social incomes that the government is supporting right now will not be in existence any longer? Such as like Social Security and things like that.

SQM: I think that the way we have been managing our, uh, I guess the way we have been managing our economy wether it is at the State level or at the...

JC: um-hum

SQM: at the country level and, uh, and in general that also goes toward some of the policy in the path...

JC: um-hum

SQM: we have going, uh, going. I see a, you know, a... I see in general something gone wrong.

JC: Okay

SQM: you know, how our politicians and those we have given responsibility to go on and guide this country or our State has done, uh, there is no concept of balancing, of budgets.

JC: um-hum

SQM: the Federal Government spends more that what it takes and the...the two parties that basically run the

USAO00016

SQM: system of, you know, Congress and the Senate to this day ...

JC: um-hum

SQM: to populate, and your President is also either one party or the other. They have such, um, opposite views.

JC: um-hum

SQM: and wether it is looking at America inward, you know, for life of the common man, you know, as it relates to the common American and the general public, or wether it relates to our relation with the rest of the world, you know, the foreign policy. We just, seems to be a going in-in a wrong direction, you know. It is, it is a. I think a re...you know, the thirty-some years that I have been here, you know. I see that America seems to be, you know, the policies that have taken us in the direction of the countries or the kind of systems where...I came and left that, you know, this attracted in, but now we are doing things that to those countries, you know, have been doing and one example, you know, other than the budgets, that example is education, for example.

JC: um-hum

SQM: the University or College education, you have made it so expensive that an ordinary American can not afford, your hospital account is about fifty, sixty thousand dollars by the year, and that is what const for a child to go, you know,

JC: um-hum

SQM: a young man to go through one year of College. So, how an average American will take their children through University education and as other nations develop, other economies develop, and if our younger generations and our young people can not have University education because they don't have enough income, or they have to have student loans and then by the time they're finished they're quarter of a million or half a million in debt.

JC: exactly

SQM: it's the wrong direction we are going, and so...

JC: what do you think as an American, you and myself sitting here. What do think we can do to help change those policies?

SQM: I think one of the things that, uh, we have to realize that there has to be balance of thinking between the- what two parties think about how the country should be managed. One party believes in less government and less, less taxation.

JC: um-hum

SQM: but less government brings in the problem with the not being able to regulate and watch over things, you know.

JC: right

SQM: like for example the banking crisis that you went through. You have to have the government protecting the interest of the people and...

7

JC: um-hum

SQM: be able to be watch, and to have enough staff. Rules and regulations are there, but to have staff and departments and agencies properly funded. Now, for that you need a tax base so you just can not expect to keep loading your tax base and expect and keep increasing your expense and then expect that everything will be fine. So, we really have to think of all this together, you know, the entitlements that we have, the tax base that we have. I think something needs to be done here so that the books are brought in balance.

JC: what is your view of the economy?

SQM: I think it is on the right path.

JC: do you think the economy is coming back up?

SQM: yes, it is coming up, it is coming slowly, but I think American economy is probably gonna be the best economy, and America will be the place to invest this year.

JC: now, with your hedge funds, just backing up a little bit. Are you going to invite the public? Or are you just doing the hedge funds for your friends and family and the current pull that you have right now?

SQM: initially for the current pull, but yes, it will be open to the general public, yes, we want to [unt]

JC: Okay. How did you take your portfolio after losing fifty-five percent in your portfolio in the amount of money that you had then? Would you say you started with...what figure would say you started with?

SQM: um, the figure that I started with when I was, you know, whatever was left in our pension accounts, but the...the pull, the investment pull that...

JC: oh, yes

SQM: we currently operate, it uh, I was reluctant to do it because I felt that if Merryl Lynch couldn't do it and they were...

JC: um-hum

SQM: one of the biggest investment banks and they had the best talent, if they couldn't do it, um, it v for me to handle other people's money, but as I did it, you know, I felt quite confident that, yo the proper research, proper strategy and, and very conservative investment philosophy,

JC: um-hum

SQM: actually every individual and common man can do it with what I did. The results may not be tl because, I guess I was helped by my engineering background because I can analyze it, I can vi We started with a hundred thousand in dollars in the pull in November 2005, and as of Decem 2010, we hade over seventy-five million dollars.

JC: that's amazing, congratulations

SQM: thank you

JC: that's great

USAO00018

SQM: and most of it is profit

JC: um-hum

SQM: in fact close to thirty-nine of it is seventy-five million is profit

JC: wow! It's a pleasure meeting you, pleasure talking to you.

[END OF RECORDING]

\* \* \* \* \* \* \* \* \* \* \* \* \*

USAO00019