# EXHIBIT D

AUG. 24. 2010  1:59PM                                                                NO. 4977   P. 2

*charles* SCHWAB

211 Main St, San Francisco, CA 94105-1905             **Charles Schwab & Co., Inc.**
Tel (415) 667-7000

                                                      **AUG 2 4 2010**

August 3, 2010                                        **Compliance Department**

TTM, Inc.
c/o Syed Qaisar Madad & Meher F. Tabatabai, Agents
2452 Alamo Hts. Dr.
Diamond Bar, CA 91765

Re: Account Number R8 21524959

Dear Mr. Madad & Dr. Tabatabai:

Thank you for the trades you have placed through Charles Schwab & Co., Inc. ("Schwab"). We recently completed a routine review of your account and identified a number of transactions initiated on a short term or intra-day basis. According to our records, from September 1, 2009 through August 2, 2010, you made a total of 6,490 trades with total commission costs of $45,333.50. During that period, our review indicates that you sustained a loss, both realized and unrealized, of ($421,079.09).

When engaging in a short term or intra-day trading strategy, you should consider the following:

- You should be cautious of advertisements or other statements that emphasize the potential for large profits by short term or intra-day trading. Short term or intra-day trading can lead to large and immediate financial losses.
- You should be prepared to lose all or a substantial portion of the funds that you use for short term or intra-day trading. In particular, you should not fund short term or intra-day trading activities with retirement savings, student loans, second mortgages, emergency funds, funds set aside for purposes such as education or home ownership, or funds required to meet your living expenses.
- When trading on margin (with funds borrowed from Schwab), you can lose more than the funds that you originally placed at risk. A decline in the value of the securities that are purchased may require you to provide additional funds to Schwab to avoid the forced sale of those securities or other securities in your account. Short selling as part of your strategy also may lead to extraordinary losses because you may have to purchase stock at a very high price in order to cover a short position.
- Short term or intra-day trading requires an in-depth knowledge of the securities markets and trading techniques and strategies. In attempting to profit through short term or intra-day trading, you must compete with professional, licensed traders employed by securities firms.
- A short term or intra-day trading strategy may require you to trade your account aggressively, which may require you to pay commissions on each trade. The total commissions that you pay on your trades may add to your losses or significantly reduce your earnings.
- Short term or intra-day trading may have tax consequences that will significantly reduce your earnings. You should consult your tax advisor for more information on the tax consequences of a short term or intra-day trading strategy.

We request that you acknowledge your understanding of the risks outlined above, as well as the following:

- You understand the risks associated with short term or intra-day trading and are financially capable of withstanding those risks.

Charles Schwab & Co., Inc. Member SIPC.

00016719

AUG. 24. 2010   1:59PM                                                                                   NO. 4977   P. 3

*charles* SCHWAB

- The transactions effected by you have been made in accordance with your specific investment objectives and within your financial means.

<u>Please acknowledge your understanding of this information by signing the enclosed copy of this letter in the space provided. Please return the signed copy to me in the business reply envelope provided and retain the original for your files. If we do not receive a response by August 24, 2010 we will not be able to accept any further opening transactions for your account.</u>

Thank you for your courtesy in this matter. If you have any questions about the enclosed information, please call your Schwab Financial Consultant, Hank Yu, at 1 (626) 810-6842 or your branch office or service team at 1 (800) 435-9050.

Sincerely,

*Paul Hammon*
Paul Hammon
Compliance Manager

Enclosures:   Copy of this letter
              Return envelope

<u>We</u> hereby acknowledge that <u>we</u> have read and understand your letter concerning short term or intra-day trading strategies.

_____          8/20/2010
Syed Qaisar Madad, Agent                Date

_____          8/20/2010
Meher F. Tabatabai, Agent               Date

Charles Schwab & Co., Inc. Member SIPC.

00016720