# EXHIBIT F

| Form **1120** | | **U.S. Corporation Income Tax Return** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2008 or tax year beginning _____, 2008, ending _____, _____ ► See separate instructions. | | **2008** |

| A Check if: | | | B Employer Identification number |
|---|---|---|---|
| 1 a Consolidated return (attach Form 851) ☐ | Use IRS label. Otherwise, print or type. | TECHNOLOGY FOR TELECOM AND MULTIMEDIA | 33-0550221 |
| b Life/nonlife consolidated return ☐ | | 2452 ALAMO HEIGHTS DRIVE | C Date Incorporated |
| 2 Personal holding co (attach Sch PH) ☐ | | DIAMOND BAR, CA 91765 | 2/01/1993 |
| 3 Personal service corp (see instr) ☐ | | | D Total assets (see instructions) |
| 4 Schedule M-3 attached ☐ | E Check if: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change | | $ 6,875,165. |

### INCOME

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales. 559,882,177.  b Less returns & allowances. _____  c Balance ► | 1c | 559,882,177. |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | 563,419,400. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | -3,537,223. |
| 4 | Dividends (Schedule C, line 19) | 4 | 7,262. |
| 5 | Interest | 5 | |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (see instructions — attach schedule) | 10 | |
| 11 | **Total income.** Add lines 3 through 10 ► | 11 | -3,529,961. |

### DEDUCTIONS (SEE INSTRUCTIONS FOR LIMITATIONS ON DEDUCTIONS)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | 12 | |
| 13 | Salaries and wages (less employment credits) | 13 | 232,770. |
| 14 | Repairs and maintenance | 14 | |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | 3,699. |
| 17 | Taxes and licenses. SEE STATEMENT 1 | 17 | 19,557. |
| 18 | Interest | 18 | |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | 20 | |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | |
| 23 | Pension, profit-sharing, etc, plans | 23 | |
| 24 | Employee benefit programs | 24 | |
| 25 | Domestic production activities deduction (attach Form 8903) | 25 | |
| 26 | Other deductions (attach schedule). SEE STATEMENT 2 | 26 | 118,954. |
| 27 | **Total deductions.** Add lines 12 through 26 ► | 27 | 374,980. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -3,904,941. |
| 29 | Less: a Net operating loss deduction (see instructions). SEE ST. 3  29a  0. | | |
| | b Special deductions (Schedule C, line 20)  29b  5,083. | 29c | 5,083. |

### TAX, REFUNDABLE CREDITS, AND PAYMENTS

| | | | |
|---|---|---|---|
| 30 | Taxable income. Subtract line 29c from line 28 (see instructions) | 30 | -3,910,024. |
| 31 | Total tax (Schedule J, line 10) | 31 | 0. |
| 32a | 2007 overpayment credited to 2008  32a | | |
| b | 2008 estimated tax payments  32b | | |
| c | 2008 refund applied for on Form 4466  32c   d Bal► 32d  0. | | |
| e | Tax deposited with Form 7004  32e | | |
| f | Credits: (1) Form 2439 _____  (2) Form 4136 _____  32f | | |
| g | Refundable credits from Form 3800, line 19c, and Form 8827, line 8c  32g | 32h | 0. |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | 33 | |
| 34 | Amount owed. If line 32g is smaller than the total of lines 31 and 33, enter amount owed | 34 | 0. |
| 35 | Overpayment. If line 32g is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| 36 | Enter amount from line 35 you want: Credited to 2009 estimated tax ► _____  Refunded ► | 36 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► Signature of officer _____  Date _____  Title PRESIDENT & CEO

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| Preparer's signature ► ANNE TAHIM | Date 9/14/09 | Check if self-employed ☐ | Preparer's SSN or PTIN P00236983 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | ► TAHIM AND ASSOCIATES, APC  2331 W. LINCOLN AVE., STE #300  ANAHEIM, CA 92801 | | EIN 33-0681319  Phone no. (714) 772-4744 |

BAA  For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    CPCA0205L  12/02/08    Form 1120 (2008)

00028130-5

| Form **8879-C** | IRS *e-file* Signature Authorization for Form 1120 | OMB No. 1545-1864 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2008, or tax year beginning _____, 2008, ending _____, ____ ▶ See Instructions. Do not send to the IRS. Keep for your records. | **2008** |

| Name of corporation | Employer identification number |
|---|---|
| TECHNOLOGY FOR TELECOM AND MULTIMEDIA | 33-0550221 |

**Part I  Tax Return Information** (Whole dollars only)

| | | |
|---|---|---|
| 1 | Total income (Form 1120, line 11).................................................................... | 1 | -3,529,961. |
| 2 | Taxable income (Form 1120, line 30)................................................................ | 2 | -3,910,024. |
| 3 | Total tax (Form 1120, line 31)......................................................................... | 3 | |
| 4 | Amount owed (Form 1120, line 34).................................................................. | 4 | |
| 5 | Overpayment (Form 1120, line 35)................................................................... | 5 | |

**Part II  Declaration and Signature Authorization of Officer** (Be sure to get a copy of the corporation's return)

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2008 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize TAHIM AND ASSOCIATES, APC to enter my PIN  00039  as my signature
        ERO firm name                                       do not enter all zeros
on the corporation's 2008 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2008 electronically filed income tax return.

Officer's signature ▶ *[signature]*  Date ▶ 9/14/2009  Title ▶ PRESIDENT & CEO

**Part III  Certification and Authentication**

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN................. 33834681319
                                                                                                      do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2008 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub 3112**, IRS *e-file* Application and Participation, and **Pub 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ *Anne Tahim, CPA*  Date ▶ 9/14/2009

ERO Must Retain This Form — See Instructions
Do Not Submit This Form to the IRS Unless Requested To Do So

BAA  For Paperwork Reduction Act Notice, see instructions                           Form 8879-C (2008)

CPCA1201L  09/26/08

3-2

00028127

| Form **1120** | | U.S. Corporation Income Tax Return | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2009 or tax year beginning _____, 2009, ending _____, _____ ► See separate Instructions. | | **2009** |

**A** Check if:
1a Consolidated return (attach Form 851)
b Life/nonlife consolidated return
2 Personal holding co (attach Sch PH)
3 Personal service corp (see instr)
4 Schedule M-3 attached

Use IRS label. Otherwise, print or type.

TECHNOLOGY FOR TELECOM AND MULTIMEDIA
2452 ALAMO HEIGHTS DRIVE
DIAMOND BAR, CA 91765

**B** Employer Identification number
33-0550221
**C** Date incorporated
2/01/1993
**D** Total assets (see instructions)
$ 1,966,002.

**E** Check if: (1) Initial return (2) Final return (3) Name change (4) Address change

| | | | |
|---|---|---|---|
| 1a Gross receipts or sales. 704,929,979. b Less returns & allowances. c Balance ► | 1c | 704,929,979. |
| 2 Cost of goods sold (Schedule A, line 8) | 2 | 708,211,552. |
| 3 Gross profit. Subtract line 2 from line 1c | 3 | -3,281,573. |
| 4 Dividends (Schedule C, line 19) | 4 | 8,888. |
| 5 Interest | 5 | |
| 6 Gross rents | 6 | |
| 7 Gross royalties | 7 | |
| 8 Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 Other income (see instructions — attach schedule) | 10 | |
| 11 Total income. Add lines 3 through 10 ► | 11 | -3,272,685. |
| 12 Compensation of officers (Schedule E, line 4) | 12 | |
| 13 Salaries and wages (less employment credits) | 13 | 563,060. |
| 14 Repairs and maintenance | 14 | |
| 15 Bad debts | 15 | |
| 16 Rents | 16 | 4,384. |
| 17 Taxes and licenses. SEE STATEMENT 1 | 17 | 47,691. |
| 18 Interest | 18 | |
| 19 Charitable contributions | 19 | |
| 20 Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | 20 | 8,450. |
| 21 Depletion | 21 | |
| 22 Advertising | 22 | |
| 23 Pension, profit-sharing, etc, plans | 23 | |
| 24 Employee benefit programs | 24 | |
| 25 Domestic production activities deduction (attach Form 8903) | 25 | |
| 26 Other deductions (attach schedule). SEE STATEMENT 2 | 26 | 257,312. |
| 27 Total deductions. Add lines 12 through 26 ► | 27 | 880,897. |
| 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -4,153,582. |
| 29 Less: a Net operating loss deduction (see instructions). SEE ST. 3  29a  0. | | |
| b Special deductions (Schedule C, line 20)  29b  6,222. | 29c | 6,222. |
| 30 Taxable income. Subtract line 29c from line 28 (see instructions) | 30 | -4,159,804. |
| 31 Total tax (Schedule J, line 10) | 31 | 0. |
| 32a 2008 overpayment credited to 2009. 32a | | |
| b 2009 estimated tax payments. 32b | | |
| c 2009 refund applied for on Form 4466. 32c  d Bal► 32d  0. | | |
| e Tax deposited with Form 7004. 32e | | |
| f Credits: (1) Form 2439 _____ (2) Form 4136 _____ 32f | | |
| g Refundable credits from Form 3800, line 19c, and Form 8827, line 8c. 32g | 32h | 0. |
| 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | 33 | |
| 34 Amount owed. If line 32h smaller than the total of lines 31 and 33, enter amount owed | 34 | 0. |
| 35 Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| 36 Enter amount from line 35 you want: Credited to 2010 estimated tax ► _____ Refunded ► | 36 | |

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date _____  Title PRESIDENT & CEO

May the IRS discuss this return with the preparer shown below (see instructions)? [X] Yes [ ] No

**Paid Preparer's Use Only**

| Preparer's signature ► ANNE TAHIM | Date 9/13/10 | Check if self-employed ☐ | Preparer's SSN or PTIN P00236983 |
| Firm's name (or yours if self-employed), address, and ZIP code ► TAHIM AND ASSOCIATES, APC  2331 W. LINCOLN AVE., STE #300  ANAHEIM, CA 92801 | | EIN 33-0681319 |
| | | Phone no. (714) 772-4744 |

BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions. CPCA0205L 10/21/09  Form 1120 (2009)

5

00028204

| Form **8879-C** | IRS *e-file* Signature Authorization for Form 1120 | OMB No. 1545-1864 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2009, or tax year beginning _____, 2009, ending _____, ____ ► See instructions. Do not send to the IRS. Keep for your records. | **2009** |

| Name of corporation | Employer identification number |
|---|---|
| TECHNOLOGY FOR TELECOM AND MULTIMEDIA | 33-0550221 |

**Part I  Tax Return Information** (Whole dollars only)

| | | |
|---|---|---|
| 1 Total income (Form 1120, line 11) | 1 | -3,272,685. |
| 2 Taxable income (Form 1120, line 30) | 2 | -4,159,804. |
| 3 Total tax (Form 1120, line 31) | 3 | |
| 4 Amount owed (Form 1120, line 34) | 4 | |
| 5 Overpayment (Form 1120, line 35) | 5 | |

**Part II  Declaration and Signature Authorization of Officer** (Be sure to get a copy of the corporation's return)

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2009 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

Officer's PIN: check one box only

[X] I authorize TAHIM AND ASSOCIATES, APC to enter my PIN   00039   as my signature
       ERO firm name                                                                do not enter all zeros
on the corporation's 2009 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2009 electronically filed income tax return.

Officer's signature ► _[signature]_   Date ► 9/13/10   Title ► PRESIDENT & CEO

**Part III  Certification and Authentication**

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN....   3383468 1319
                                                                                               do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2009 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub 3112**, IRS *e-file* Application and Participation, and **Pub 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ► ANNE TAHIM _[signature]_ Anne Tahim, CPA   Date ► 9/13/10

ERO Must Retain This Form — See Instructions
Do Not Submit This Form to the IRS Unless Requested To Do So

BAA  For Paperwork Reduction Act Notice, see instructions                              Form 8879-C (2009)

CPCA1201L 10/15/09

00028201