# EXHIBIT G

FD-302 (Rev. 5-8-10)






**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 07/12/2012

ASHVIN DHIRUBHAI DOMADIA ("DOMADIA"), date of birth [redacted], social security number [redacted], home address [redacted], [redacted] telephone number [redacted], was interviewed at the offices of the UNITED STATES ATTORNEY'S OFFICE ("USAO"). Also present during the interview were ASSISTANT UNITED STATES ATTORNEY ("AUSA") RANEE KATZENSTEIN and AUSA MIEKE BIESHEUVEL. After being advised of the identity of the interviewing agent and the nature of the interview, DOMADIA voluntarily provided the following information:

DOMADIA earned a computer science degree from CALIFORNIA STATE UNIVERSITY, FULLERTON and worked in the computer science industry for seven years.

In approximately early 2008, DOMADIA heard through members of his community that SYED QAISAR MADAD ("MADAD") was managing an investment fund through his company, TTM, and was producing investment returns of up to 40%. Because of the promise of large returns, DOMADIA decided he wanted to invest money in TTM. DOMADIA invested $10,000 through PARVEEN AHMED ("PARVEEN") into a shared TTM account called "YK." DOMADIA identified the "YK" account as belonging to YASIR KHAN ("YASIR"). YASIR was the brother of ADIL KHAN ("ADIL") and SALAHUDDIN KHAN, a.k.a. BABAR KHAN ("SALAHUDDIN"). Based on what DOMADIA heard from others, he thought that he would be able to withdraw his money from TTM at any time.

In approximately June or July 2008, DOMADIA was working as a consultant for DOHENY EYE INSTITUTE. During this time, DOMADIA asked DR. KHALID AHMED ("KHALID") and his wife, PARVEEN, if they would be willing to introduce DOMADIA to MADAD. DOMADIA had heard that MADAD was running a very successful investment fund. DOMADIA had also seen interviews of MADAD on the website YouTube and was interested in speaking to MADAD about employment with and investing directly at TTM, MADAD's business.

Investigation on 02/29/2012 at Los Angeles, California, United States (In Person)

File # [redacted] Date drafted 03/12/2012

by Brian J. Schnese

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

In 2008, DOMADIA was initially told that MADAD had enough staff at TTM and wasn't hiring. In response, DOMADIA said that he would be willing to work part-time or volunteer at TTM. In approximately mid-2008, PARVEEN contacted DOMADIA and relayed that MADAD said DOMADIA could start working at TTM on a part-time basis.

DOMADIA did not have a finance background and did not have to provide a resume to MADAD. On the day that DOMADIA started working for MADAD in 2008, he met MADAD at his house in Diamond Bar, California. On his first day at TTM, SALAHUDDIN was present. SALAHUDDIN was the manager at TTM and had been working for MADAD for three years. DOMADIA described MADAD during this meeting as casual. MADAD told DOMADIA that he had spoken to KHALID and PARVEEN and further said that SALAHUDDIN would show him what to do at TTM. SALAHUDDIN trained DOMADIA to perform his duties as a TTM "equity analyst," as DOMADIA referred to his title. DOMADIA was assigned a sector of the financial market to research and analyze. As part of his duties at TTM, DOMADIA tracked the volatility index and provided hourly updates and reports on the financial sector of the stock market.

When DOMADIA started at TTM, he was working approximately two days per week (approximately 16 -17 hours). MADAD started paying DOMADIA right when he started working at TTM and paid DOMADIA on a bi-weekly basis. DOMADIA said he was surprised when he received his first check from MADAD. The check was handwritten and for the amount of approximately $1,500, which was payment for two weeks of part-time work at TTM. MADAD hand-delivered DOMADIA's paycheck. DOMADIA did not have to fill out any payroll paperwork or any W-4 Internal Revenue Service ("IRS") tax forms. DOMADIA continued to receive these paychecks twice a month drawn from a bank account in the name of TTM.

In 2008, DOMADIA's job at TTM was to analyze trends in the stock market. At the beginning, SALAHUDDIN explained what criteria DOMADIA should use when researching and analyzing market trends. When the criteria for evaluating market trends changed at TTM it was MADAD who informed the TTM analysts and explained what criteria to use.

The TTM business was run from two garages on the ground floor of MADAD's house in Diamond Bar, California. The TTM employees worked in the garages and MADAD worked in an office upstairs.

SALAHUDDIN was the first employee at TTM. Later, SALAHUDDIN's brother, ADIL, also started working for TTM as an equity analyst. WINNIE KESTERSON ("WINNIE"), of Filipino background, worked for TTM as an analyst. WINNIE also handled the office supplies and maintenance at TTM. RIZWAN SHEIK ("RIZWAN") was a senior equity analyst at TTM and had a masters degree in finance.

In approximately December 2008, DOMADIA asked MADAD if he could start working at TTM on a full-time basis and MADAD agreed.

In approximately January 2009, DOMADIA stopped working at DOHENY EYE INSTITUTE and began working full-time at TTM. As a full-time employee, DOMADIA continued to perform the same type of work he had been doing as a part-time employee. DOMADIA saw MADAD about every hour at TTM.

At some point, DOMADIA, as a TTM investor, was given his own separate TTM investment account name. Accordingly, it was DOMADIA's understanding that his portion of the funds that were in the shared "YK" account were moved to his separate account.

Gradually, DOMADIA was given additional work responsibilities at TTM when MADAD began testing a new investment trading strategy. MADAD referred to his new investment trading strategy at TTM as the "basket strategy" or the "buy and hold strategy."

DOMADIA never saw MADAD making actual investment trades. At times, MADAD came downstairs and told DOMADIA that he had just invested or made a trade and that he was currently up 2% or 3%, for example.

DOMADIA regularly updated a YAHOO FINANCE database with stock recommendations. DOMADIA said the purpose of the YAHOO FINANCE database was for MADAD to be able to track the performance of numerous stocks. DOMADIA was told that the criteria for recommending a stock was that the stock price must be moving up.

DOMADIA believed that TTM investors provided investment checks and payments to MADAD directly.

In approximately 2009, DOMADIA started taking academic courses in finance and trading, which MADAD said he would pay for. Also in 2009, MADAD hired ERIK PAXMAN ("PAXMAN"), ONI BENJAMIN ("BENJAMIN"), and CHRIS LNU ("CHRIS"). DOMADIA thought CHRIS' last name may have been PHAM. MADAD also hired a couple of interns for a few months. Later, MADAD hired AKBAR OMAR's son, FARAAZ HASHMI, for approximately six to seven months.

Prior to approximately the beginning of 2010, the TTM account statements that were sent to TTM investors were generated with the help of an Excel spreadsheet that was created and maintained by MADAD. Around the beginning of 2010, DOMADIA created a computer program that automatically allocated any given daily TTM profit figures to individual TTM investor accounts based on the percentage of the individual's principle TTM investment amount compared to the sum of the TTM investment pool. In other words, if the TTM investor's principle investment amount was 2% of the total TTM investment pool, then DOMADIA's computer program allocated to that investor's account 2% of any profit figure that was entered into the Excel spreadsheet.

MADAD told DOMADIA that he wanted DOMADIA to take over the preparation of the TTM investor statements that had been handled by MADAD up to this point. MADAD provided on a daily basis all of the numbers, figures, and information that DOMADIA needed to create the TTM investor statements using his newly-created computer program. MADAD provided TTM deposit, TTM withdrawal, and TTM profit figures and information to DOMADIA for each day so that DOMADIA could input that information into his computer program. DOMADIA observed that MADAD kept this TTM deposit, withdrawal, and profit information in a hand-written journal or ledger, which DOMADIA described as loose pieces of printer paper that MADAD kept with him.

DOMADIA said there was a second computer in MADAD's office upstairs, which was where DOMADIA's computer program was housed and where the TTM investor statements were created. DOMADIA's name was on a profile on this computer because he was asked by MADAD to use it to generate the TTM investor statements.

DOMADIA's computer program used Excel to generate TTM statements; however, MADAD asked DOMADIA that the Excel files be converted into pdf format. DOMADIA said that TTM investor statements that were generated in pdf format may show DOMADIA's name in the author section of the electronic document properties because DOMADIA created them on his own computer and transferred them to MADAD's computer.

DOMADIA said the December 31, 2009 TTM investor statement (a copy of which has been attached to this FD-302) was an example of how MADAD's format looked prior to the implementation of DOMADIA's computer software. DOMADIA pointed out the February 5, 2010 TTM investor statement (a copy of which has been attached to this FD-302) showing capital share/profit on January 6, 2010, as an example of the new pdf format created by DOMADIA.

DOMADIA was asked to draft the TTM investor statements on a monthly basis. When it was time for DOMADIA to draft the TTM statements, ERIK PAXMAN ("PAXMAN") told him that MADAD wanted him to come upstairs and finish the TTM investor statements. DOMADIA checked balances on the TTM investor statements, generated the TTM statements in pdf format, and left the electronic files on the computer in MADAD's office. DOMADIA said his contribution to the TTM investor statements was limited to formatting and checking numbers and figures on the statements. MADAD then emailed the TTM investor statements to TTM investors. DOMADIA knew that MADAD emailed the statements because, as a TTM investor himself, DOMADIA received the statements from MADAD via e-mail.

After a lawsuit was filed against MADAD in March 2011, MADAD asked DOMADIA to back up specific TTM computers. MADAD told DOMADIA that the computers needed to be backed up in the case that MADAD had to provide those computers to attorneys dealing with the civil suit. While DOMADIA

was backing up a TTM computer, approximately one month after the civil suit was filed, he found an electronic document in the recycling bin of the computer that he said no one else knows about. The document DOMADIA found purported to be a one-page UBS bank statement for account number "xxxxx-x6711" in the name of TECHNOLOGY FOR TELECOMMUNICATION AND MULTIMEDIA INC showing a month-end balance of $14,326,177.90 on February 28, 2011. DOMADIA thought this was very interesting because at this time, MADAD had been saying that he did not have access to any TTM investor funds. DOMADIA described MADAD during this time period as short-tempered.

In approximately July 2011, DOMADIA was present at a TTM investor meeting held by MADAD. TTM investors were questioning where their TTM investment money was. MADAD initially told TTM investors that he did not have access to any of their investment funds. This struck DOMADIA as interesting because he had previously discovered the purported TTM UBS account statement. TTM investors at this meeting continued to press and confront MADAD concerning the whereabouts of their TTM investment funds. DOMADIA said that MADAD's attempts to quell the TTM investors seemed to backfire. Later during the meeting, MADAD told the TTM investors that their money was being held in multiple UBS bank accounts in Switzerland. When asked by TTM investors to show them the UBS account statements, MADAD replied that he had no account statements or documentation of the UBS accounts. MADAD further relayed to TTM investors that he had been the victim of a cyber-theft. When asked by the TTM investors why MADAD wouldn't report the cyber-theft to the FBI, MADAD responded that he had hired his own private investigator.

After the lawsuit was filed against MADAD, MADAD told the TTM employees that with his accounts frozen, he could no longer afford to keep paying them. MADAD laid four TTM employees off and retained DOMADIA, BENJAMIN, and PAXMAN. Eventually PAXMAN was also let go. BENJAMIN was a computer programmer that helped write a research database program for TTM. BENJAMIN also researched the health care sector of the stock market and maintained an updated portfolio of associated stock recommendations. TTM employees RIZWAN and CHRIS were fired.

At some point, WINNIE was tasked by MADAD to collect all of the TTM bank statements and shred whatever was not needed. WINNIE told DOMADIA that he had been asked to keep some documents and bank statements DOMADIA described as personal, private, and confidential. DOMADIA said that MADAD

FD-302a (Rev. 05-08-10)

[REDACTED]

Continuation of FD-302 of (U) Interview of ASHVIN DHIRUBHAI DOMADIA , On 02/29/2012 , Page 7 of 10

stored several documents in locked filing cabinets located between the two garages at MADAD's house in Diamond Bar, California. After the lawsuit was filed against MADAD, DOMADIA noticed the filing cabinets were no longer there. DOMADIA surmised that the filing cabinets may have been moved to an offsite storage facility. DOMADIA believed WINNIE, telephone number (562) 981-4441, knew where MADAD's storage facility was. WINNIE's family worked with MADAD's wife, MEHER TABATABAI ("TABATABAI"), at her medical practice.

Approximately two to three months after the lawsuit was filed against MADAD, MADAD asked DOMADIA to review and analyze all of the TTM Charles Schwab account statements from 2005 to 2011. MADAD told DOMADIA that he wanted to compare DOMADIA's analysis to MADAD's own records related to the TTM Charles Schwab account and make sure that they were correct. MADAD asked DOMADIA for an Excel spreadsheet that showed what stocks and how many shares of each stock MADAD had sold per day in the TTM Charles Schwab account. DOMADIA grouped the sales of shares per day into an Excel spreadsheet as asked and provided the information to MADAD. DOMADIA did not know what MADAD did with the information he provided to MADAD. DOMADIA said the TTM Charles Schwab statements he reviewed showed the full detail of all trades made in that account. DOMADIA said that BENJAMIN also helped DOMADIA compile the information MADAD had asked for.

DOMADIA confirmed that he originally invested $10,000 into the TTM investment pool and that by the end of 2011, his TTM account balance was about $100,000. DOMADIA last deposited money into the TTM investment pool around late 2010. DOMADIA deposited money with TTM by check. DOMADIA said some of the funds in his TTM account were from both him and his wife, RASHI ARORA. After the law suit was filed against MADAD, DOMADIA asked MADAD to return DOMADIA's TTM investment funds. MADAD told DOMADIA that he could not return the funds to DOMADIA because the TTM accounts were frozen. MADAD told DOMADIA he would return DOMADIA's TTM investment after the law suit was over. At this time, MADAD gave DOMADIA a salary paycheck but told DOMADIA that he won't be able to deposit the check until after the law suit. After that, DOMADIA was paid in checks that were drawn from an account in the name of the medical practice belonging to MADAD's wife, TABATABAI.

In approximately June, July, or August 2011, DOMADIA was interviewed at MADAD's house by MADAD's private investigator, who DOMADIA believed was a former FBI agent. Around this time, MADAD told DOMADIA that he wasn't

going to give OMAR his money back because the IRS had come to visit MADAD.

In approximately November 2011, DOMADIA stopped working for MADAD at TTM and began working for KHALID at KHALID's hedge fund in Diamond Bar, California. MADAD was also working at this hedge fund. At KHALID's hedge fund, MADAD bought some shares of the stock PRICELINE at a price that was way too high in DOMADIA's opinion. DOMADIA told MADAD not to purchase any stock at that price, but MADAD refused to listen and ended up losing money on the trade. KHALID asked DOMADIA what had happened and DOMADIA explained it to KHALID. KHALID then confronted MADAD, who told KHALID that he should fire DOMADIA for the trading mistake. Instead, in December 2011, KHALID fired MADAD from the hedge fund.

DOMADIA received W-2 forms hand-delivered by MADAD in 2008, 2009, and 2010. DOMADIA claimed taxes were shown as withheld on his W-2 in 2008.

In 2009, DOMADIA's full salary for the year was $72,000. DOMADIA's W-2 form showed $72,000 and also showed an amount being withheld for taxes; however, DOMADIA said he actually received from MADAD the gross amount of his salary in 2009.

In 2010, MADAD said that his accountant had made a mistake and that he would pay for the amount that was designated as withheld, but not actually withheld in the previous year. MADAD said that from this point forward, all TTM employees had to have money withheld from their pay checks.

DOMADIA only filled out a W-4 form in 2010.

DOMADIA said that in 2010, he still received pay checks that were hand-written.

At some point, DOMADIA received one bundle of typed pay stubs covering a period of six months. MADAD told DOMADIA that he would continue to get

these pay stubs in the future; however, DOMADIA never received any pay stubs from MADAD after that.

DOMADIA recently picked up a W-2 form from MADAD at the end of January 2012. While DOMADIA was picking up the form from MADAD, MADAD said to DOMADIA that the FBI was now involved and that he (MADAD) was probably going to go to jail.

MADAD told DOMADIA at some point that the computers that were located in the garages and used by the TTM employees had been given to MADAD's attorneys. DOMADIA said he was still in possession of a desktop computer MADAD had given him. This computer was currently located at DOMADIA's home. As far as DOMADIA was aware, MADAD still had the two computers that were in MADAD's office.

In retrospect, DOMADIA thought the investment returns TTM and MADAD were claiming to have produced were possibly too good to be true; however, DOMADIA saw MADAD's own family and friends investing in TTM, which created an aura of legitimacy around TTM. In addition, over the period of one year, DOMADIA observed OMAR, SAJID AHMED, RASHID LNU, and the owner of PAKISTAN LINK at MADAD's house. These people were observing MADAD and trying to learn how to trade. DOMADIA thought the owner of PAKISTAN LINK may have been ARIF MANSOURI. DOMADIA drew inferences from seeing these people interacting with MADAD, which further created an aura of legitimacy around TTM.

DOMADIA said that the only person he told about having received a subpoena for testimony was his wife.

DOMADIA provided an electronic copy of the UBS statement found on MADAD's computer. During the interview, DOMADIA initialed and dated a printed copy of the statement in blue ink in the lower right-hand corner of the statement. This document has been included in a 1-A envelope and attached to this FD-302.

FD-302a (Rev. 05-08-10)

[redacted]

Continuation of FD-302 of (U) Interview of ASHVIN DHIRUBHAI DOMADIA, On 02/29/2012, Page 10 of 10

DOMADIA also provided electronic copies of TTM investor reports and emails received from MADAD.

Impo[illegible]BS bank statements

UBS

Home | Account & Custody account | Payments | Mailbox

Account

Account Transactions

Account Transactions | Account Statement

Display Options

Account: Technology for Telecommunication and Multimedia, Inc xxxxx - x6711

Transactions: Last month

☐ Display booking details

Display

| Date | Information | Debit | Credit | Value date | Account balance |
|---|---|---|---|---|---|
| 31.01.2011 | Opening balance | | | | 14'287'482.64 |
| 01.02.2011 | | | 2'036.59 | 01.02.2011 | 14'289'519.23 |
| 02.02.2011 | | | 2'036.59 | 02.02.2011 | 14'291'555.82 |
| 03.02.2011 | | | 2'036.59 | 03.02.2011 | 14'293'592.41 |
| 04.02.2011 | | | 2'036.59 | 04.02.2011 | 14'295'629.00 |
| 07.02.2011 | | | 2'036.59 | 07.02.2011 | 14'297'665.59 |
| 14.02.2011 | | | 10'182.96 | 14.02.2011 | 14'307'848.55 |
| 18.02.2011 | | | 8'146.37 | 18.02.2011 | 14'315'994.92 |
| 22.02.2011 | | | 2'036.59 | 22.02.2011 | 14'318'031.51 |
| 28.02.2011 | | | 8'146.39 | 28.02.2011 | 14'326'177.90 |
| | Total spending | 0.00 | | | |
| | Ending Balance | | | | 14'326'177.90 |

Print (PDF)... | Export (CSV)...

EXHIBIT
25