# EXHIBIT H

AGENT
DRAFT
9/12/2012

| | Src | Ending Monthly Balances in Cyber Trader/ Charles Schwab Account 07605-03204 | | Ending Monthly Balances in TTM Bank of America | | Combined TTM BofA + TTM Cyber Trader (Charles Schwab) | | Ending Monthly TTM Investment Pool Total (as claimed by Madoff) | Difference | Actual vs. Claimed (%) | Approx Net Investor Money (Investor $ In minus Investor $ Out) | Monthly Net Profit Claimed by S.M. in TTM account statements and emails | Source for Investor $ | Realized Gain or (Loss) per Monthly Charles Schwab Statements | Realized Gain or (Loss) per Year-End Charles Schwab Gain/Loss Report | Investment Gain or (Loss) and Income reported on TTM's Federal Taxes | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-05 | | $123.05 | + | $401.54 | = | | vs. | | | | | | | | | | |
| Feb-05 | | $4.54 | + | $2,407.16 | = | | vs. | | | | | | | | | | |
| Mar-05 | | $1,599.20 | + | $465.60 | = | | vs. | | | | | | | | | | |
| Apr-05 | | $417.72 | + | $301,627.55 | = | | vs. | | | | | | | | | | |
| May-05 | | ($32.08) | + | $304.46 | = | | vs. | | | | | | | | | | |
| Jun-05 | | ($67.00) | + | $30,497.66 | = | | vs. | | | | | | | | | | |
| Jul-05 | | $3,345.57 | + | $69,564.59 | = | | vs. | | | | | | | | | | |
| Aug-05 | | $1,712.11 | + | $99,431.48 | = | | vs. | | | | | | | | | | |
| Sep-05 | | $456.44 | + | $322,551.80 | = | | vs. | | | | | | | | | | |
| Oct-05 | | $505.80 | + | $190,326.36 | = | $505.80 | vs. | $3,229,556.96 | | | | | | | | | |
| Nov-05 | CT | $0.00 | + | $136.66 | = | $90,904.31 | vs. | $101,068.68 | ($54,164.37) | 95.88% | | $4,703.68 | Jan | | | | |
| Dec-05 | CT | $96,767.65 | + | $417.72 | = | $54,051.06 | vs. | $112,733.12 | ($58,682.06) | 47.95% | | $20,762.59 | Jan | ($25,101.81) | | | 11/19/2005: Both SQM and MFT sign to open account. MFT listed as Corporate Officer/Director/Vice President |
| Jan-06 | | | | $401.54 | | | vs. | $206,837.44 | | | | $19,104.30 | Jan | | | | |
| Feb-06 | | | | $2,407.16 | | | vs. | $451,237.60 | | | | $35,594.25 | Jan | | | | |
| Mar-06 | | | | $465.60 | | | vs. | $700,961.94 | | | | $66,075.85 | Jan | | | | |
| Apr-06 | | | | $301,627.55 | | | vs. | $963,402.67 | | | | $63,549.85 | Jan | | | | |
| May-06 | | | | $304.46 | | | vs. | $1,382,123.60 | | | | $68,720.95 | Jan | | | | |
| Jun-06 | | | | $30,497.66 | | | vs. | $1,794,901.45 | | | | $96,375.14 | Jan | | | | |
| Jul-06 | | | | $69,564.59 | | | vs. | $1,899,860.43 | | | | $73,498.75 | Jan | | | | |
| Aug-06 | | | | $99,431.48 | | | vs. | $2,150,357.80 | | | | $97,692.45 | Jan | | | | |
| Sep-06 | | | | $322,551.80 | | | vs. | $2,609,395.16 | | | | $120,777.83 | Jan | | | | |
| Oct-06 | | | | $190,326.36 | | | vs. | $3,229,556.96 | | | | $120,161.80 | Jan | | | | |
| Nov-06 | | $188,268.22 | | $102,230.12 | | | vs. | $4,107,518.33 | | | | $175,388.22 | Jan | | | | |
| Dec-06 | CT | $894,058.43 | + | $102,230.12 | = | $996,288.55 | vs. | $4,657,136.20 | ($3,640,847.65) | 21.48% | | $212,310.92 | Jan | | | | |
| Jan-07 | CT | $1,931,741.40 | + | $298,768.70 | = | $2,230,510.10 | vs. | $6,928,607.75 | ($4,698,097.65) | 32.19% | | $266,471.55 | Jan | | | | |
| Feb-07 | CT | $2,040,136.34 | + | $1,633,013.34 | = | $3,673,149.68 | vs. | $9,446,775.89 | ($5,773,626.21) | 38.88% | | $318,168.05 | Jan | | | | |
| Mar-07 | CT | $1,913,038.52 | + | $1,025,339.10 | = | $2,938,377.62 | vs. | $9,957,809.37 | ($7,019,431.75) | 29.51% | | $386,033.57 | Jan | | | | |
| Apr-07 | CT | $2,068,889.23 | + | $732,060.67 | = | $2,800,949.90 | vs. | $10,695,814.21 | ($7,894,864.31) | 26.19% | | $484,819.89 | Jan | | | | |
| May-07 | CT | $1,972,498.72 | + | $248,724.35 | = | $2,221,223.07 | vs. | $11,228,930.52 | ($9,007,707.45) | 19.78% | | $486,301.25 | Jan | | | | |
| Jun-07 | CT | $2,165,057.11 | + | $43,195.83 | = | $2,208,252.94 | vs. | $11,822,549.60 | ($9,614,296.66) | 18.68% | | $493,625.08 | Jan | | | | |
| Jul-07 | CT | $2,190,408.97 | + | $246,808.01 | = | $2,437,216.98 | vs. | $12,751,118.68 | ($10,313,901.70) | 19.11% | | $500,861.89 | Jan | | | | |
| Aug-07 | CT | $1,771,717.19 | + | $241,386.27 | = | $2,013,103.46 | vs. | $13,656,066.75 | ($11,642,963.29) | 14.74% | | $507,649.27 | Jan | | | | |
| Sep-07 | CT | $1,923,897.43 | + | $680,634.28 | = | $2,604,531.71 | vs. | $14,930,903.13 | ($12,326,371.42) | 17.44% | | $453,836.38 | Jan | | ($523,186.18) | | |
| Oct-07 | CT | $3,720,738.74 | + | $280,766.43 | = | $4,001,505.17 | vs. | $16,844,336.38 | ($12,842,831.21) | 23.76% | | $896,433.25 | Jan | | ($403,772.90) | | |
| Nov-07 | CT | $2,800,723.76 | + | $609,142.99 | = | $3,409,866.75 | vs. | $18,238,427.28 | ($14,828,560.53) | 18.70% | | $594,099.90 | Jan | | | | |
| Dec-07 | CS | $261,416.45 | + | $29,753.65 | = | $291,170.10 | vs. | $16,031,928.14 | ($15,740,758.04) | 1.82% | | $651,500.86 | Jan | | | $492,293.27 | |
| Jan-08 | CS | $605,687.90 | + | $202,061.36 | = | $807,749.26 | vs. | $17,826,775.99 | ($17,019,026.73) | 4.53% | $568,711.49 | | Jan | ($39,450.08) | | | |
| Feb-08 | CS | $873,126.73 | + | $52,654.50 | = | $925,781.23 | vs. | $19,121,561.06 | ($18,195,779.83) | 4.84% | $436,921.43 | | Jan | ($207,583.16) | | | |
| Mar-08 | CS | $545,857.64 | + | $23,267.00 | = | $569,124.64 | vs. | $19,750,608.64 | ($19,181,484.00) | 2.88% | $389,047.58 | | Jan | ($331,450.47) | | | |
| Apr-08 | CS | $1,339,463.60 | + | $184,211.49 | = | $1,523,675.09 | vs. | $22,033,178.66 | ($20,509,503.57) | 6.92% | $565,283.92 | | Jan | ($56,099.30) | | | |
| May-08 | CS | $1,235,402.49 | + | $588,101.78 | = | $1,823,504.27 | vs. | $23,089,622.62 | ($21,266,118.35) | 7.90% | $716,730.06 | | Jan | ($76,438.20) | | | |
| Jun-08 | CS | $2,331,941.84 | + | $122,003.80 | = | $2,453,945.64 | vs. | $24,749,053.10 | ($22,295,107.46) | 9.92% | $570,430.48 | | Jan | $106,533.87 | | | |
| Jul-08 | CS | $1,988,143.55 | + | $540,095.33 | = | $2,528,238.88 | vs. | $25,820,986.51 | ($23,292,747.63) | 9.79% | $671,933.41 | | Jan | ($306,079.13) | | | |
| Aug-08 | CS | $1,220,104.00 | + | $60,748.98 | = | $1,280,852.98 | vs. | $25,859,735.32 | ($24,578,882.34) | 4.95% | $463,748.81 | | Jan | ($133,040.41) | | | |
| Sep-08 | CS | $1,109,372.30 | + | $288,242.31 | = | $1,397,614.61 | vs. | $27,765,266.27 | ($26,367,651.66) | 5.03% | $785,530.95 | | Jan | ($627,978.56) | | | |
| Oct-08 | CS | $346,191.81 | + | $180,127.69 | = | $526,319.50 | vs. | $29,300,851.65 | ($28,774,532.15) | 1.80% | $736,585.38 | | Jan | ($1,046,610.34) | | | |
| Nov-08 | CS | $808,282.42 | + | $2,286,227.50 | = | $3,094,509.92 | vs. | $33,134,097.39 | ($30,039,587.47) | 9.34% | $577,245.74 | | Jan | $118,355.87 | | | |

URGENT DRAFT
Last Updated: September 11, 2012

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Dec-08 | CS | $2,826,812.62 | + | $2,021,648.26 | = | $4,848,460.88 | vs. | $36,560,993.84 | ($31,712,532.96) | 13.26% | ######### | $776,896.45 | Jan | ($484,175.83) | | |
| Jan-09 | CS | $2,940,225.43 | | | | | vs. | $38,054,087.45 | ($34,163,918.54) | 10.22% | ######### | $793,093.61 | Jun | ($517,901.04) | | |
| Feb-09 | CS | $3,243,956.61 | | | | | vs. | $39,723,281.79 | ($35,846,036.90) | 9.76% | $541,993.32 | $869,194.34 | Jun | ($58,903.71) | | |
| Mar-09 | CS | $3,374,265.84 | | | | | vs. | $42,200,517.24 | ($37,691,259.02) | 10.69% | ######### | $1,049,235.45 | Jun | ($363,482.35) | | |
| Apr-09 | CS | $2,738,143.85 | | | | | vs. | $44,127,951.16 | ($39,996,484.34) | 9.36% | ######### | $1,017,433.92 | Jun | ($594,077.08) | | |
| May-09 | CS | $2,614,033.21 | | | | | vs. | $45,198,620.09 | ($41,793,093.39) | 7.53% | $610,000.00 | $945,668.93 | No | ($186,510.99) | | |
| Jun-09 | CS | $1,789,182.80 | | | | | vs. | $46,461,682.33 | ($44,170,684.69) | 4.95% | ($70,000.00) | $836,062.24 | No | ($791,438.13) | | |
| Jul-09 | CS | $1,885,219.07 | | | | | vs. | $47,460,404.08 | ($45,421,991.50) | 4.29% | $80,000.00 | $878,721.75 | No | $281,739.30 | | |
| Aug-09 | CS | $912,495.01 | | | | | vs. | $48,397,869.42 | ($47,423,685.90) | 2.01% | $272,000.00 | $637,465.34 | No | ($839,327.44) | | |
| Sep-09 | CS | $208,969.48 | | | | | vs. | $49,366,591.74 | ($48,609,290.91) | 1.53% | $375,000.00 | $637,465.32 | No | ($111,300.28) | | |
| Oct-09 | CS | $624,608.76 | | | | | vs. | $50,733,070.97 | ($49,904,905.42) | 1.63% | $929,955.00 | $1,001,479.00 | No | ($137,792.98) | | |
| Nov-09 | CS | $511,275.60 | | | | | vs. | $52,641,387.18 | ($51,943,644.25) | 1.33% | $147,000.00 | $823,316.21 | No | ($342,872.37) | | |
| Dec-09 | CS | $190,602.12 | | $654,115.97 | | $844,718.09 | vs. | $54,721,932.69 | ($53,877,214.60) | 1.54% | $448,157.64 | $880,545.51 | Jan | $18,044.60 | | |
| Jan-10 | CS | $603,237.64 | | $213,228.26 | | $816,465.90 | vs. | $57,162,956.14 | ($56,346,490.24) | 1.43% | $337,970.50 | $1,122,023.45 | Jan | ($58,832.60) | | |
| Feb-10 | CS | $371,361.96 | + | $85,240.49 | = | $456,602.45 | vs. | $58,150,148.39 | ($57,693,545.94) | 0.79% | $35,000.00 | $974,192.25 | Jan | $79,373.84 | | |
| Mar-10 | CS | $330,051.81 | + | $196,210.71 | = | $526,262.52 | vs. | $61,970,492.77 | ($61,444,230.25) | 0.85% | ######### | $1,320,344.38 | Jan | $98,326.70 | | |
| Apr-10 | CS | $104,575.07 | + | $62,076.26 | = | $166,651.33 | vs. | $63,193,571.85 | ($63,026,920.52) | 0.26% | $89,000.00 | $1,323,079.08 | Jan | $3,335.90 | | |
| May-10 | CS | $245,267.03 | + | $441,262.12 | = | $686,529.15 | vs. | $66,122,374.60 | ($65,435,845.45) | 1.04% | ######### | $1,128,802.75 | Jan | ($64,193.23) | | ($4,159,804.00) |
| Jun-10 | CS | $355,429.32 | + | $191,493.81 | = | $546,923.13 | vs. | $68,371,804.69 | ($67,824,881.56) | 0.80% | $403,000.00 | $1,340,796.14 | Jan | ($60,486.73) | | |
| Jul-10 | CS | $39,333.46 | + | $58,272.80 | = | $97,606.26 | vs. | $68,043,173.45 | ($67,945,567.19) | 0.14% | ($44,200.00) | $1,215,202.71 | Jan | $6,121.02 | | |
| Aug-10 | CS | $37,811.63 | + | $261,474.42 | = | $299,286.05 | vs. | $69,582,542.79 | ($69,283,256.74) | 0.43% | $730,000.00 | $906,369.34 | Jan | ($56,479.44) | | 8/3/10 Schwab Letter to SQM and MFE |
| Sep-10 | CS | $42,611.13 | + | $95,996.56 | = | $138,607.69 | vs. | $70,829,234.56 | ($70,690,626.87) | 0.20% | $317,256.07 | $883,091.77 | Jan | $4,800.02 | | From 9/1/09 to 8/2/10, Com.Cost Realized plus Unrealized: |
| Oct-10 | CS | $49,342.88 | + | $138,997.76 | = | $188,340.64 | vs. | $72,149,377.12 | ($72,337,712) | 0.26% | $158,500.00 | $1,223,483.20 | Jan | $8,253.23 | | $45,333.50 |
| Nov-10 | CS | $53,640.43 | + | $192,707.38 | = | $246,347.81 | vs. | $73,917,685.54 | ($73,671,337.73) | 0.33% | $385,000.00 | $1,238,267.78 | Jan | $4,451.84 | | ($21,079.09) |
| Dec-10 | CS | $34,130.67 | + | $115,183.66 | = | $149,314.33 | vs. | $75,119,142.58 | ($74,969,828.25) | 0.20% | $664,521.54 | $1,086,957.04 | Jan | $5,947.39 | | 08/20/2010: Both SQM and MFT sign acknowledging loss and risks of trading |
| Jan-11 | CS | $58,899.13 | + | $65,138.94 | = | $124,038.07 | vs. | $76,294,581.72 | ($76,170,543.65) | 0.16% | $374,197.68 | $1,186,848.39 | Fe | ($21,547.46) | $28,456.37 | |
| Feb-11 | CS | $64,070.43 | + | $1,024,399.97 | = | $1,088,470.40 | vs. | $78,458,017.29 | ($77,370,546.89) | 1.39% | ######### | $1,223,340.31 | M: | ($6,509.48) | | |
| Mar-11 | CS | $26,943.33 | + | $0.00 | = | $26,943.33 | vs. | $80,234,997.40 | ($80,208,054.07) | 0.03% | $562,715.00 | $1,401,230.11 | Aț | ($19,707.09) | | |
| Apr-11 | CS | $73,964.99 | | | | | | | | | | | | | $0.00 | | |
| May-11 | CS | $64,007.02 | | | | | | | | | | | | | $0.00 | | |
| Jun-11 | CS | $58,193.70 | | | | | vs. | $64,871,149.85 | $64,871,149.85 | | | | En | $0.00 | | |
| Jul-11 | | | | | | | vs. | $64,981,149.85 | $64,981,149.85 | | | | En | | | |
| Aug-11 | | | | | | | vs. | $64,808,819.50 | $64,808,819.50 | | | | | | ($3,791,654.68) | ($3,910,024.00) |
| Sep-11 | | | | | | | | | | | | | | | | |
| Oct-11 | | | | | | | | | | | | | | | | |
| Nov-11 | | | | | | | | | | | | | | | | |
| Dec-11 | | | | | | | | | | | | | | | | |