# EXHIBIT J

# charles SCHWAB

Schwab One® Account of
TTM, INC

Account Number
2152-4959

Statement Period
January 1-31, 2008

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ 261,416.45 | $ 261,416.45 |
| Cash Value of Purchases & Sales | 6,391,717.88 | 6,391,717.88 |
| Investments Purchased/Sold | (6,391,717.88) | (6,391,717.88) |
| Deposits & Withdrawals | 825,000.00 | 825,000.00 |
| Dividends & Interest | 474.03 | 474.03 |
| Fees & Charges | (7,080.46) | (7,080.46) |
| Transfers | 0.00 | 0.00 |
| Income Reinvested | 0.00 | 0.00 |
| Change in Value of Investments | (474,122.12) | (474,122.12) |
| **Ending Value on 01/31/2008** | **$ 605,687.90** | **$ 605,687.90** |
| **Total Change in Account Value** | **$ 344,271.45** | **$ 344,271.45** |
| (Totals include Deposits & Withdrawals) | 131.69% | 131.69% |

## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Cash | $ 605,687.90 | |
| **Total Assets Long** | **$ 605,687.90** | **100%** |
| Margin Loan Balance | 0.00 | |
| **Total Account Value** | **$ 605,687.90** | **100%** |

Account Value ($) Over Last 12 Months [in Thousands]



900
750
600
450
300
150
0

2/07  3/07  4/07  5/07  6/07  7/07  8/07  9/07  10/07  11/07  12/07  1/08

### Gain or (Loss) Summary
**Realized Gain or (Loss) This Period**
Short Term $(39,450.08)
Long Term $0.00
**Unrealized Gain or (Loss)**
All Investments $0.00
*Values may not reflect all of your gains/losses.*

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

CT1U4702-000634  81782
© 2007 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0004-12883, 2002-240) STP252S4R1

00016779

SIPC

charles SCHWAB

Schwab One® Account of
TTM, INC

Account Number
2152-4959

Statement Period
January 1-31, 2008

## Income Summary

| | This Period | | | Year to Date | |
|---|---|---|---|---|---|
| | Federally Tax-Exempt | Federally Taxable | Federally Tax-Exempt | | Federally Taxable |
| Schwab One Interest | 0.00 | 474.03 | 0.00 | | 474.03 |
| **Total Income** | **0.00** | **474.03** | **0.00** | | **474.03** |

Interest Paid on Margin Loan-This Period [2]  (7,080.46)
Interest Paid on Margin Loan-Year to Date [2]  (7,080.46)

[2] Certain margin loan interest may be deductible; consult your tax advisor.

## Margin Loan Information

| | Margin Loan Balance | Funds Available to Withdraw* | Securities Buying Power* | Margin Loan Rates Vary by Balance |
|---|---|---|---|---|
| This Period | 0.00 | 623,105.76 | 2,160,354.60 | 6.45% - 8.95% |

The opening margin loan balance for the statement period was $(6,604,423.55).
*Values include any cash plus the amount available using margin borrowing.

## Investment Detail - Cash

| | Market Value | % of Account Assets |
|---|---|---|
| **Cash** | | |
| Cash | 605,687.90 | 100% |
| **Total Cash** | **605,687.90** | **100%** |

| | |
|---|---|
| **Total Cash** | 605,687.90 |
| **Total Investment Detail** | 605,687.90 |
| **Total Account Value** | 605,687.90 |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

CT1U4702-000634  81783
© 2007 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0004-12863; 2002-240) STP2526 4R1

00016780

# charles SCHWAB

Schwab One® Account of
TTM, INC

Account Number
2152-4959

Statement Period
February 1-29, 2008

## Change in Account Value

| Starting Value | This Period | Year to Date |
|---|---|---|
| | $ 605,687.90 | $ 261,416.45 |
| Cash Value of Purchases & Sales | (207,583.16) | 6,184,134.72 |
| Investments Purchased/Sold | 207,583.16 | (6,184,134.72) |
| Deposits & Withdrawals | 475,000.00 | 1,300,000.00 |
| Dividends & Interest | 1,022.86 | 1,496.89 |
| Fees & Charges | (1,000.87) | (8,081.33) |
| Transfers | 0.00 | 0.00 |
| Income Reinvested | 0.00 | 0.00 |
| Change in Value of Investments | (207,583.16) | (681,705.28) |
| Ending Value on 02/29/2008 | $ 873,126.73 | $ 873,126.73 |
| **Total Change in Account Value** | **$ 267,438.83** | **$ 611,710.28** |
| (Totals include Deposits & Withdrawals) | 44.15% | 234.00% |

## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Cash | $ 873,126.73 | |
| Total Assets Long | $ 873,126.73 | 100% |
| Margin Loan Balance | 0.00 | |
| **Total Account Value** | **$ 873,126.73** | **100%** |

Account Value ($) Over Last 12 Months [in Thousands]



3/07 4/07 5/07 6/07 7/07 8/07 9/07 10/07 11/07 12/07 1/08 2/08

### Gain or (Loss) Summary
**Realized Gain or (Loss) This Period**
Short Term $(207,583.16)
Long Term $0.00
**Unrealized Gain or (Loss)**
All Investments $0.00
*Values may not reflect all of your gains/losses.*

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
CT2UA701-003345  66834
© 2007 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0004-12863; 2002-240) STP25264R1



Page 2 of 50

00016835

# charles SCHWAB

Schwab One® Account of
**TTM, INC**

Account Number
2152-4959

Statement Period
October 1-31, 2009

## Change in Account Value

| | This Period | Year to Date |
|---|---:|---:|
| **Starting Value** | $ 208,969.48 | $ 2,826,812.62 |
| Cash Value of Purchases & Sales | (680,980.73) | (243,557.84) |
| Investments Purchased/Sold | 680,980.73 | 243,557.84 |
| Deposits & Withdrawals | 535,000.00 | 935,000.00 |
| Dividends & Interest | 2.11 | 8,886.54 |
| Fees & Charges | (1,152.10) | (36,463.31) |
| Transfers | 0.00 | 0.00 |
| Income Reinvested | 0.00 | 0.00 |
| Change in Value of Investments | (118,210.73) | (3,109,627.09) |
| **Ending Value on 10/31/2009** | **$ 624,608.76** | **$ 624,608.76** |
| **Total Change in Account Value** | **$ 415,639.28** | **$ (2,202,203.86)** |
| (Totals include Deposits & Withdrawals) | **198.90%** | **(77.90)%** |

### Account Value ($) Over Last 12 Months [in Thousands]



## Asset Composition

| | Market Value | % of Account Assets |
|---|---:|---:|
| Equities | $ 944,800.00 | 100% |
| **Total Assets Long** | **$ 944,800.00** | |
| Margin Loan Balance | (320,191.24) | |
| **Total Account Value** | **$ 624,608.76** | **100%** |

### Gain or (Loss) Summary

| | |
|---|---:|
| **Realized Gain or (Loss) This Period** | |
| Short Term | $(137,792.98) |
| Long Term | $0.00 |
| **Unrealized Gain or (Loss)** | |
| All Investments | $6,987.00 |

*Values may not reflect all of your gains/losses.*

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

CTAU4701-000020  3109
© 2008 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0004-12863, 2002-240) STP2526-4R1-01

SIPC

00018422

# charles SCHWAB

| Schwab One® Account of | Account Number | Statement Period |
|---|---|---|
| TTM, INC | 2152-4959 | October 1-31, 2009 |

## Income Summary

| | This Period | | | Year to Date | |
|---|---|---|---|---|---|
| | Federally Tax-Exempt | Federally Taxable | Federally Tax-Exempt | | Federally Taxable |
| Schwab One Interest | 0.00 | 2.11 | 0.00 | | 74.04 |
| Cash Dividends | 0.00 | 0.00 | 0.00 | | 8,812.50 |
| **Total Income** | **0.00** | **2.11** | **0.00** | | **8,886.54** |

Interest Paid on Margin Loan-This Period [2]                          (1,152.10)
Interest Paid on Margin Loan-Year to Date [2]                        (36,413.31)

[2] Certain margin loan interest may be deductible; consult your tax advisor.

## Margin Loan Information

| | Margin Loan Balance | Funds Available to Withdraw* | Securities Buying Power* | Margin Loan Rate as of 10/28 |
|---|---|---|---|---|
| This Period | (320,191.24) | 399,622.00 | 1,415,408.36 | 5.37% |

The opening margin loan balance for the statement period was $(173,060.52).
*Values include any cash plus the amount available using margin borrowing.

## Investment Detail - Equities

Accounting Method
Equities: First In First Out [FIFO]

### Equities

| | Quantity Units Purchased | Market Price | Market Value Cost Basis | % of Account Assets Acquired | Unrealized Gain or (Loss) | Estimated Yield Holding Days | Estimated Annual Income Holding Period |
|---|---|---|---|---|---|---|---|
| **BAIDU INC ADR** F (M) | 2,500.0000 | 377.9200 | 944,800.00 | 100% | 6,987.00 | 0.00% | 0.00 |
| SPONSORED ADR | 100.0000 | 428.3644 | 42,836.45 | 10/26/09 | (5,044.45) | 5 | Short-Term |
| 1 ADR REPS 1 CL A ORD | 40.0000 | 376.5345 | 15,061.38 | 10/27/09 | 55.42 | 4 | Short-Term |
| SYMBOL: BIDU | 45.0000 | 375.5346 | 16,899.06 | 10/27/09 | 107.34 | 4 | Short-Term |
| | 60.0000 | 376.5348 | 22,592.09 | 10/27/09 | 83.11 | 4 | Short-Term |
| | 90.0000 | 369.0138 | 33,211.25 | 10/27/09 | 801.55 | 4 | Short-Term |
| | 100.0000 | 374.5347 | 37,453.47 | 10/27/09 | 338.53 | 4 | Short-Term |
| | 100.0000 | 374.5348 | 37,453.48 | 10/27/09 | 338.52 | 4 | Short-Term |
| | 100.0000 | 375.0347 | 37,503.47 | 10/27/09 | 288.53 | 4 | Short-Term |
| | 100.0000 | 375.0348 | 37,503.48 | 10/27/09 | 288.52 | 4 | Short-Term |
| | 100.0000 | 376.5348 | 37,653.48 | 10/27/09 | 138.52 | 4 | Short-Term |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.
CTAU4701-000020 3110
© 2008 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0004-12863; 2002-240) STP25264R1-01

00018423

# charles SCHWAB

Schwab One® Account of
TTM, INC

Account Number
2152-4959

Statement Period
November 1-30, 2009

## Change in Account Value

|  | This Period | Year to Date |
|---|---:|---:|
| **Starting Value** | $ 624,608.76 | $ 2,826,812.62 |
| Cash Value of Purchases & Sales | 92,873.93 | (150,683.91) |
| Investments Purchased/Sold | (92,873.93) | 150,683.91 |
| Deposits & Withdrawals | 150,000.00 | 1,085,000.00 |
| Dividends & Interest | 0.85 | 8,887.39 |
| Fees & Charges | (907.94) | (37,371.25) |
| Transfers | 0.00 | 0.00 |
| Income Reinvested | 0.00 | 0.00 |
| Change in Value of Investments | (262,426.07) | (3,372,053.16) |
| **Ending Value on 11/30/2009** | **$ 511,275.60** | **$ 511,275.60** |
| **Total Change in Account Value** (Totals include Deposits & Withdrawals) | **$ (113,333.16)** **(18.14)%** | **$ (2,315,537.02)** **(81.91)%** |

Account Value ($) Over Last 12 Months [in Thousands]



## Asset Composition

|  | Market Value | % of Account Assets |
|---|---:|---:|
| Equities |  |  |
| **Total Assets Long** | $ 589,500.00 | 100% |
|  | $ 589,500.00 |  |
| Margin Loan Balance | (78,224.40) |  |
| **Total Account Value** | **$ 511,275.60** | **100%** |

### Gain or (Loss) Summary
**Realized Gain or (Loss) This Period**
Short Term $(242,872.37)
Long Term $0.00
**Unrealized Gain or (Loss)**
All Investments $(12,566.70)
*Values may not reflect all of your gains/losses.*

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

CTBT47101-002381   61267
© 2008 Charles Schwab & Co., Inc. All rights reserved. Member SIPC   (0004-12863, 2002-240) STP25264R1-01



# charles SCHWAB

| Schwab One® Account of | Account Number | Statement Period |
|---|---|---|
| TTM, INC | 2152-4959 | November 1-30, 2009 |

## Income Summary

| | This Period | | | Year to Date | | |
|---|---|---|---|---|---|---|
| | Federally Tax-Exempt | Federally Taxable | Federally Tax-Exempt | Federally Tax-Exempt | Federally Taxable | |
| Schwab One Interest | 0.00 | 0.85 | 0.00 | | 74.89 | |
| Cash Dividends | 0.00 | 0.00 | 0.00 | | 8,812.50 | |
| **Total Income** | **0.00** | **0.85** | **0.00** | | **8,887.39** | |

Interest Paid on Margin Loan-This Period [2] (907.94)
Interest Paid on Margin Loan-Year to Date [2] (37,321.25)

[2] Certain margin loan interest may be deductible; consult your tax advisor.

## Margin Loan Information

| | Margin Loan Balance | Funds Available to Withdraw* | Securities Buying Power* | Margin Loan Rate as of 11/26 |
|---|---|---|---|---|
| This Period | (78,224.40) | 106,911.00 | 267,277.75 | 5.62% |

The opening margin loan balance for the statement period was $(320,191.24).
*Values include any cash plus the amount available using margin borrowing.

## Investment Detail - Equities

Accounting Method
Equities: First In First Out [FIFO]

### Equities

| | Quantity Units Purchased | Market Price Cost Per Share | Market Value Cost Basis | Acquired | % of Account Assets | Unrealized Gain or (Loss) | Estimated Yield Holding Days | Estimated Annual Income Holding Period |
|---|---|---|---|---|---|---|---|---|
| **ADVANCE AUTO PARTS INC** (M) | **15,000.0000** | **39.3000** | **589,500.00** | | **100%** | **(12,566.70)** | **0.61%** | **3,600.00** |
| SYMBOL: AAP | 270.0000 | 40.1027 | 10,827.75 | 11/11/09 | | (216.75) | 19 | Short-Term |
| | 400.0000 | 40.1027 | 16,041.11 | 11/11/09 | | (321.11) | 19 | Short-Term |
| | 800.0000 | 40.1027 | 32,082.22 | 11/11/09 | | (642.22) | 19 | Short-Term |
| | 1,000.0000 | 40.1027 | 40,102.78 | 11/11/09 | | (802.78) | 19 | Short-Term |
| | 1,100.0000 | 40.1027 | 44,113.06 | 11/11/09 | | (883.06) | 19 | Short-Term |
| | 1,430.0000 | 40.1027 | 57,346.98 | 11/11/09 | | (1,147.98) | 19 | Short-Term |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.
CTBT4701-002381 61268
© 2008 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0004-12663; 2002-240) STP25264R1-01

SIPC

00018487

# charles SCHWAB

Schwab One® Account of
TTM, INC

Account Number
2152-4959

Statement Period
December 1-31, 2009

## Change in Account Value

| | This Period | Year to Date |
|---|---:|---:|
| **Starting Value** | $ 511,275.60 | $ 2,826,812.62 |
| Cash Value of Purchases & Sales | 620,111.30 | 469,427.39 |
| Investments Purchased/Sold | (620,111.30) | (469,427.39) |
| Deposits & Withdrawals | (350,000.00) | 735,000.00 |
| Dividends & Interest | 1.30 | 8,888.69 |
| Fees & Charges | (1,286.08) | (38,657.33) |
| Transfers | 0.00 | 0.00 |
| Income Reinvested | 0.00 | 0.00 |
| Change in Value of Investments | 30,611.30 | (3,341,441.86) |
| **Ending Value on 12/31/2009** | **$ 190,602.12** | **$ 190,602.12** |
| **Total Change in Account Value** | **$ (320,673.48)** | **$ (2,636,210.50)** |
| (Totals include Deposits & Withdrawals) | **(62.72)%** | **(93.26)%** |

Account Value ($) Over Last 12 Months [in Thousands]

(bar chart: 1/09 through 12/09, scale 0–3600)

## Asset Composition

| | Market Value | % of Account Assets |
|---|---:|---:|
| Cash | $ 190,602.12 | |
| **Total Assets Long** | **$ 190,602.12** | **100%** |
| Margin Loan Balance | 0.00 | |
| **Total Account Value** | **$ 190,602.12** | **100%** |

### Gain or (Loss) Summary
**Realized Gain or (Loss) This Period**
Short Term  $18,044.60
Long Term  $0.00
**Unrealized Gain or (Loss)**
All Investments  $0.00
*Values may not reflect all of your gains/losses.*

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
CTCT46014-000020  11359
© 2008 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0004-12663; 2002-240) STP25264R1-01

00018536

# charles SCHWAB

Schwab One® Account of
**TTM, INC**

Account Number
2152-4959

Statement Period
December 1-31, 2009

## Income Summary

| | This Period | | | Year to Date | |
|---|---|---|---|---|---|
| | Federally Tax-Exempt | Federally Taxable | Federally Tax-Exempt | | Federally Taxable |
| Schwab One Interest | 0.00 | 1.30 | 0.00 | | 76.19 |
| Cash Dividends | 0.00 | 0.00 | 0.00 | | 8,812.50 |
| **Total Income** | **0.00** | **1.30** | **0.00** | | **8,888.69** |

Interest Paid on Margin Loan-This Period [2]   (1,261.08)
Interest Paid on Margin Loan-Year to Date [2]   (38,582.33)

[2] Certain margin loan interest may be deductible; consult your tax advisor.

## Margin Loan Information

| Margin Loan Balance | Funds Available to Withdraw* | Securities Buying Power* | Margin Loan Rates Vary by Balance |
|---|---|---|---|
| This Period | | | |
| 0.00 | 47,814.00 | 119,535.00 | 6.00% - 8.50% |

The opening margin loan balance for the statement period was $(78,224.40).
*Values include any cash plus the amount available using margin borrowing.

## Investment Detail - Cash

| | Market Value | % of Account Assets |
|---|---|---|
| Cash | 190,602.12 | 100% |
| **Total Cash** | **190,602.12** | **100%** |

| Total Investment Detail | |
|---|---|
| | 190,602.12 |

| Total Account Value | Total Cost Basis |
|---|---|
| 190,602.12 | N/A |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
CTCT46001-000020   11360
© 2008 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0004-12863, 2002-240) STP25264R1-01

# charles SCHWAB

Schwab One® Account of
TTM, INC

Account Number
2152-4959

Statement Period
February 1-28, 2010

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ 603,237.64 | $ 190,602.12 |
| Cash Value of Purchases & Sales | (267,507.45) | (687,973.15) |
| Investments Purchased/Sold | 267,507.45 | 687,973.15 |
| Deposits & Withdrawals | (350,000.00) | 150,000.00 |
| Dividends & Interest | 2.45 | 3.29 |
| Fees & Charges | (830.68) | (1,180.30) |
| Transfers | 0.00 | 0.00 |
| Income Reinvested | 0.00 | 0.00 |
| Change in Value of Investments | 118,952.55 | 31,936.85 |
| **Ending Value on 02/28/2010** | **$ 371,361.96** | **$ 371,361.96** |
| **Total Change in Account Value** | **$ (231,875.68)** | **$ 180,759.84** |
| (Totals include Deposits & Withdrawals) | **(38.44)%** | **94.84%** |

Account Value ($) Over Last 12 Months [in Thousands]

(bar chart: 3/09 through 2/10, y-axis 0–3600)

## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Equities | $ 719,910.00 | |
| **Total Assets Long** | **$ 719,910.00** | **100%** |
| Margin Loan Balance | (348,548.04) | |
| **Total Account Value** | **$ 371,361.96** | **100%** |

### Gain or (Loss) Summary
**Realized Gain or (Loss) This Period**
Short Term          $79,373.84
Long Term           $0.00
**Unrealized Gain or (Loss)**
All Investments     $11,395.61
*Values may not reflect all of your gains/losses.*

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

CT214601-000021  2689
© 2008 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0004-12863; 2002-240) STP25264R1-01

Page 3 of 122

SIPC

00018684

# charles SCHWAB

Schwab One® Account of
TTM, INC

Account Number
2152-4959

Statement Period
February 1-28, 2010

## Income Summary

| | This Period | | | Year to Date | |
|---|---|---|---|---|---|
| | Federally Tax-Exempt | Federally Taxable | Federally Tax-Exempt | | Federally Taxable |
| Schwab One Interest | 0.00 | 2.45 | 0.00 | | 3.29 |
| **Total Income** | **0.00** | **2.45** | **0.00** | | **3.29** |

Interest Paid on Margin Loan-This Period [2]    (830.68)
Interest Paid on Margin Loan-Year to Date [2]   (1,180.30)

[2] Certain margin loan interest may be deductible; consult your tax advisor.

## Margin Loan Information

| | Margin Loan Balance | Funds Available to Withdraw* | Securities Buying Power* | Margin Loan Rates Vary by Balance |
|---|---|---|---|---|
| This Period | (348,548.04) | 349,205.00 | 935,514.75 | 6.00% - 8.50% |

The opening margin loan balance for the statement period was $0.00.
*Values include any cash plus the amount available using margin borrowing.

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

CT2T4601-000021  2690

© 2008 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0004-12863; 2002-240) STP25264R1-01

SIPC

0001 8685

# charles SCHWAB

Schwab One® Account of
TTM, INC

Account Number
2152-4959

Statement Period
July 1-31, 2010

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ 355,429.32 | $ 190,602.12 |
| Cash Value of Purchases & Sales | 591,716.19 | 3,644.90 |
| Investments Purchased/Sold | (591,716.19) | (3,644.90) |
| Deposits & Withdrawals | (350,000.00) | (150,000.00) |
| Dividends & Interest | 0.34 | 6.84 |
| Fees & Charges | (917.39) | (4,920.40) |
| Transfers | 0.00 | 0.00 |
| Income Reinvested | 0.00 | 0.00 |
| Change in Value of Investments | 34,821.19 | 3,644.90 |
| **Ending Value on 07/31/2010** | $ 39,333.46 | $ 39,333.46 |
| **Total Change in Account Value** | $ (316,095.86) | $ (151,268.66) |
| (Totals include Deposits & Withdrawals) | (88.93)% | (79.36)% |

Account Value ($) Over Last 12 Months [in Thousands]

8/09 9/09 10/09 11/09 12/09 1/10 2/10 3/10 4/10 5/10 6/10 7/10

## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Cash | $ 39,333.46 | |
| **Total Assets Long** | $ 39,333.46 | 100% |
| Margin Loan Balance | 0.00 | |
| **Total Account Value** | $ 39,333.46 | 100% |

### Gain or (Loss) Summary

Realized Gain or (Loss) This Period
Short Term $6,121.02
Long Term $0.00
**Unrealized Gain or (Loss)**
All Investments $0.00

*Values may not reflect all of your gains/losses.*

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
CT7U4804-006413  294487
© 2006 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0004-12863, 2002-240) STP25264R1-01

SIPC

00019076

*G00006413 02 08*

# charles SCHWAB

Schwab One® Account of
TTM, INC

Account Number
2152-4959

Statement Period
July 1-31, 2010

## Income Summary

| | This Period | | | Year to Date | |
|---|---|---|---|---|---|
| | Federally Tax-Exempt | Federally Taxable | Federally Tax-Exempt | | Federally Taxable |
| Schwab One Interest | 0.00 | 0.34 | 0.00 | | 6.84 |
| **Total Income** | **0.00** | **0.34** | **0.00** | | **6.84** |

Interest Paid on Margin Loan-This Period [2]                                      (917.39)
Interest Paid on Margin Loan-Year to Date [2]                                    (4,870.40)

[2] Certain margin loan interest may be deductible; consult your tax advisor.

## Margin Loan Information

| | Margin Loan Balance | Funds Available to Withdraw* | Securities Buying Power* | Margin Loan Rates Vary by Balance |
|---|---|---|---|---|
| This Period | 0.00 | 14,333.46 | 78,666.00 | 6.00% - 8.50% |

The opening margin loan balance for the statement period was $(201,465.68).
*Values include any cash plus the amount available using margin borrowing.

## Investment Detail - Cash

| | Market Value | % of Account Assets |
|---|---|---|
| Cash | 39,333.46 | 100% |
| **Total Cash** | **39,333.46** | **100%** |

| | Total Investment Detail | 39,333.46 | 100% |
|---|---|---|---|

| | Total Account Value | 39,333.46 | |
| | Total Cost Basis | N/A | |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.

© 2008 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (0004-12863, 2002-240) STP2526AR1-01
CT7U4804-006413  294488