# EXHIBIT K

**Subject:** Re: Withdrawal
**From:** Syed Madad (qaisar2452@yahoo.com)
**o:** imranali1932@yahoo.com;
**Date:** Wednesday, January 26, 2011 4:25 PM

Hello Imran:AA

I did contact schwab to expedite transfer. I am also doing a withdrawl for house renovation. Will ask them again, when can I expect funds at Bank of America.
I have been observing, since year 2009, withdrawls over $ 250 K takes time.

With regards

Qaisar

**From:** Syed Ali <imranali1932@yahoo.com>
**To:** "qaisar2452@yahoo.com" <qaisar2452@yahoo.com>
**Sent:** Wed, January 26, 2011 1:27:10 PM
**Subject:** Withdrawal

Salam Qaisar bhai
Sorry to bother you but I have not recieved the wire yet. I was wondering if they got into some other account

Sent from my iPhone

**Subject:** Re: Withdrawal
**From:** Syed Madad (qaisar2452@yahoo.com)
**To:** imranali1932@yahoo.com;
**Date:** Tuesday, February 1, 2011 9:25 AM

Hello Imran:AA

I have followed up with Schwab again today. Sorry that ,you alongwith myself & 2 other investors are stuck in this situation. It has been happening for the past two (2) years on large transactions.
From trading account because of IRS rules, there can only be inter-company transfer ie Tax ID has to match ie have to be the same. As soon as funds come to Bank of America Account, I can transfer straight to whichever Account or Name you want. Is Rizwan in New York or have gone to South America. I would like to find out from him , is there something in new financial or banking regulations that banks / brokerages are taking longer time to deliver funds ?. If your transfer does not take place in the next couple of days, I will still make sure your request is met, before we leave.

Qaisar

**From:** SYED ALI <imranali1932@yahoo.com>
**To:** Qaisar Maddad <qaisar2452@yahoo.com>
**Sent:** Mon, January 31, 2011 7:23:03 PM
**Subject:** RE: Withdrawal

Salam Qaisar Bhai,

Hope you had a good trading day as you usually have. I am really sorry that I am stuck at the topic but as of today I have not received the withdrawal that I requested. It has been over two weeks now . I have some obligations that I need to meet. I am afraid that the transaction may have gone to some other account. Also I believe that you may be traveling soon. If you can please look into it. If needed I can go to the Schwab office to pick up a Cashiers cheque

Thank you
Imran