# EXHIBIT O

UBS

| Custody Account of | Account Number | Statement Period |
|---|---|---|
| TTM, INC | 0-985-1110578 | April 1-25, 2011 |

With UBS e-banking you can carryout all of your banking transactions Online,
Quiickly and simply, securely and conveniently. Whereever you are and whenever you want.

**Street Address :**
Rue de Lausanne 154
OMC/ William Rappard,
1202 Geneve
Switzerland

**Telephone :**
+41-22-909 12 88

**Facsimile:**
+41-22-909 12 82

**Internet:**
www.ubs.com

Technology For Telecommunication and Multimedia, Inc.
2452 Alamo Heights Dr,
Diamond Bar, California 91765,
USA



TTM-00030



UBS

| Custody Account of | Account Number | Statement Period |
|---|---|---|
| TTM, INC | 0-985-1110578 | April 1-25, 2011 |

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| Starting Value | $ 35'538'310.50 | $ 32'465'491.69 |
| Cash value of Purchases & Sales | 0.00 | ($543'725'395.00 ) |
| Investments Purchased & solds | 0.00 | $543'725'395.00 |
| Deposits & Withdrawls | 0.00 | $ 500'711.44 |
| Dividends & Interest | 0.00 | $ 688.56 |
| Fees & Charges | 0.00 | (3'296.50 ) |
| Transfers | 0.00 | $ 500'000.00 |
| Income Reinvested | 0.00 | 0.00 |
| Changes in the Value of Investments | $ 222'660.00 | $ 2'297'375.31 |
| Ending Value on 25/04/2011 | $ 35'760'970.50 | $35'760'970.50 |

## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Cash | $ 31'663'090.50 | 88.54 % |
| Equities | $ 4'097'880.00 | 11.46 % |
| **Total Account Value** | $ 35'760'970.50 | 100.00% |



TTM-00031

11-2

UBS

| Custody Account of | Account Number | Statement Period |
|---|---|---|
| TTM, INC | 0-985-1110578 | April 1-25, 2011 |

## EQUITIES – Equities Investments

| Ccy | Number/ Amount | Description | Duration | Cost Price Exch.Rate Value | Market Price Date | Market Value |
|---|---|---|---|---|---|---|
| USD | 3'000 | ALU<br>Alcatel-Lucent | 01/04/2011<br>25/04/2011 | 5.81<br>17'430.00 | 6.22 | 18'660.00 |
| USD | 3'000 | ARUN<br>Aruba Networks | 01/04/2011<br>25/04/2011 | 33.84<br>101'520.00 | 35.80 | 107'400.00 |
| USD | 3'000 | AZC<br>Augusta Resources | 01/04/2011<br>25/04/2011 | 5.13<br>15'390.00 | 4.65 | 13'950.00 |
| USD | 3'000 | BIDU<br>Baidu Inc | 01/04/2011<br>25/04/2011 | 137.81<br>413'430.00 | 151.96 | 455'880.00 |
| USD | 3'000 | BIG<br>Big Lots | 01/04/2011<br>25/04/2011 | 43.43<br>130'290.00 | 40.93 | 122'790.00 |
| USD | 3'000 | BLTI<br>Biolase Technology | 01/04/2011<br>25/04/2011 | 4.87<br>14'610.00 | 6.82 | 20'460.00 |
| USD | 3'000 | CELL<br>Brightpoint | 01/04/2011<br>25/04/2011 | 10.84<br>32'520.00 | 10.33 | 30'990.00 |



TTM-00032

11-3

UBS

Custody Account of **TTM, INC** | Account Number **0-985-1110578** | Statement Period **April 1-25, 2011**

| | | | | | | |
|---|---|---|---|---|---|---|
| USD | 3'000 | CRUS<br>Cirrus Logic | 01/04/2011<br>25/04/2011 | 21.03<br>63'090.00 | 16.01 | 48'030.00 |
| USD | 3'000 | DEPO<br>DepoMed | 01/04/2011<br>25/04/2011 | 10.04<br>30'120.00 | 8.70 | 26'100.00 |
| USD | 3'000 | EXEL<br>Exelixis | 01/04/2011<br>25/04/2011 | 11.33<br>33'990.00 | 12.08 | 36'240.00 |
| USD | 3'000 | FTO<br>Frontier Oil | 01/04/2011<br>25/04/2011 | 29.32<br>87'960.00 | 30.08 | 90'240.00 |
| USD | 3'000 | HERO<br>Hercules Offshore | 01/04/2011<br>25/04/2011 | 6.61<br>19'830.00 | 5.69 | 17'070.00 |
| USD | 3'000 | HOS<br>Hornbeck Offshore | 01/04/2011<br>25/04/2011 | 30.85<br>92'550.00 | 28.56 | 85'680.00 |
| USD | 3'000 | HS<br>HealthSpring Inc | 01/04/2011<br>25/04/2011 | 37.37<br>112'110.00 | 39.56 | 118'680.00 |
| USD | 3'000 | IO<br>ION Geophysical | 01/04/2011<br>25/04/2011 | 12.69<br>38'070.00 | 12.39 | 37'170.00 |
| USD | 3'000 | JAZZ<br>JAZZ Pharmaceutical | 01/04/2011<br>25/04/2011 | 31.85<br>95'550.00 | 33.50 | 100'500.00 |



TTM-00033

11-4

UBS

Custody Account of TTM, INC | Account Number 0-985-1110578 | Statement Period April 1-25, 2011

| | | | | | | |
|---|---|---|---|---|---|---|
| USD | 3'000 | JDSU<br>JDS Uniphase | 01/04/2011<br>25/04/2011 | 20.84<br>62'520.00 | 19.62 | 58'860.00 |
| USD | 3'000 | LNG<br>Cheniere Energy | 01/04/2011<br>25/04/2011 | 9.31<br>27'930.00 | 8.64 | 25'920.00 |
| USD | 3'000 | MERC<br>Mercer International | 01/04/2011<br>25/04/2011 | 13.55<br>40'650.00 | 13.06 | 39'180.00 |
| USD | 3'000 | MRO<br>Marathon Oil | 01/04/2011<br>25/04/2011 | 53.31<br>159'930.00 | 52.59 | 157'770.00 |
| USD | 3'000 | MTW<br>Minitowoc Co. | 01/04/2011<br>25/04/2011 | 21.88<br>65'640.00 | 22.61 | 67'830.00 |
| USD | 3'000 | MTZ<br>Mas Tec Inc | 01/04/2011<br>25/04/2011 | 20.80<br>62'400.00 | 22.99 | 68'970.00 |
| USD | 3'000 | NFLX<br>Netflex Inc. | 01/04/2011<br>25/04/2011 | 237.78<br>713'340.00 | 251.67 | 755'010.00 |
| USD | 3'000 | OCZ<br>OCZ Technology | 01/04/2011<br>25/04/2011 | 8.10<br>24'300.00 | 7.68 | 23'040.00 |
| USD | 3'000 | PDC<br>Pioneer Drilling | 01/04/2011<br>25/04/2011 | 13.80<br>41'400.00 | 15.82 | 47'460.00 |



TTM-00034

11-5

UBS

Custody Account of
TTM, INC

Account Number
0-985-1110578

Statement Period
April 1-25, 2011

| | | | | | | |
|---|---|---|---|---|---|---|
| USD | 3'000 | PLAB<br>Photronic Inc | 01/04/2011<br>25/01/2011 | 8.97<br>26'910.00 | 8.76 | 26'280.00 |
| USD | 3'000 | ROYL<br>Royale Energy | 01/04/2011<br>25/04/2011 | 5.24<br>15'720.00 | 5.02 | 15'060.00 |
| USD | 3'000 | RPRX<br>Repros Therapeutics | 01/04/2011<br>25/04/2011 | 5.53<br>16'590.00 | 5.86 | 17'580.00 |
| USD | 3'000 | RRR<br>RSC Holdings | 01/04/2011<br>25/04/2011 | 14.38<br>43'140.00 | 13.33 | 39'990.00 |
| USD | 3'000 | SBGI<br>Sinclair Broadcasting | 01/04/2011<br>25/04/2011 | 12.54<br>39'620.00 | 11.07 | 33'210.00 |
| USD | 3'000 | SD<br>Sandridge Energy | 01/04/2011<br>25/04/2011 | 12.80<br>38'400.00 | 12.41 | 37'230.00 |
| USD | 3'000 | SGI<br>Silicon Graphics | 01/04/2011<br>25/04/2011 | 21.40<br>64'200.00 | 18.30 | 54'900.00 |
| USD | 3'000 | SINA<br>Sina Corp. | 01/04/2011<br>25/04/2011 | 107.04<br>321'120.00 | 138.41 | 415'230.00 |
| USD | 3'000 | SOHU<br>Sohu.com | 01/04/2011<br>25/04/2011 | 89.36<br>268'080.00 | 104.14 | 312'420.00 |



TTM-00035

11-b

UBS

| | | Custody Account of TTM, INC | | Account Number 0-985-1110578 | | Statement Period April 1-25, 2011 |
|---|---|---|---|---|---|---|
| USD | 3'000 | SRZ<br>Sunrise Senior Living Inc | 01/04/2011<br>25/04/2011 | 11.93<br>35'790.00 | 10.13 | 30'390.00 |
| USD | 3'000 | SSCC<br>Smurfit-Stone Containers | 01/04/2011<br>25/04/2011 | 38.65<br>115'950.00 | 38.67 | 116'010.00 |
| USD | 3'000 | SVVS<br>Savvis Inc | 01/04/2011<br>25/04/2011 | 37.09<br>111'270.00 | 37.08 | 111'240.00 |
| USD | 3'000 | TA<br>TravelCenters of America | 01/04/2011<br>25/04/2011 | 7.57<br>22'710.00 | 7.54 | 22'620.00 |
| USD | 3'000 | WNR<br>Western Refining | 01/04/2011<br>25/04/2011 | 16.95<br>50'850.00 | 18.69 | 56'070.00 |
| USD | 3'000 | WTW<br>Weight Watchers | 01/04/2011<br>25/04/2011 | 70.10<br>210'300.00 | 78.59 | 235'770.00 |
| | | **Total** | | **$ 3'875'220.00** | | **$ 4'097'880.00** |

TTM-00036



11-7

UBS

| Custody Account of | Account Number | Statement Period |
|---|---|---|
| TTM, INC | 1-230-411689 | April 1-25, 2011 |

With UBS e-banking you can carryout all of your banking transactions Online,
Quickly and simply, securely and conveniently. Whereever you are and whenever you want.

**Street Address :**
Rue de Lausanne 154
OMC/ William Rappard,
1202 Geneve
Switzerland

**Telephone :**
+41-22-909 12 88

**Facsimile:**
+41-22-909 12 82

**Internet:**
www.ubs.com

**Technology For Telecommunication and Multimedia, Inc.**
**2452 Alamo Heights Dr,**
**Diamond Bar, California 91765,**
**USA**



TTM-00023



UBS

| Custody Account of | Account Number | Statement Period |
|---|---|---|
| TTM, INC | 1-230-411689 | April 1-25, 2011 |

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | $ 29'994'759.00 | $ 27'904'759.00 |
| Cash value of Purchases & Sales | 0.00 | ($403'665'320.00 ) |
| Investments Purchased & solds | 0.00 | $403'665'320.00 |
| Deposits & Withdrawls | 0.00 | $ 399'439.81 |
| Dividends & Interest | 0.00 | $ 560.19 |
| Fees & Charges | 0.00 | (2'566.50 ) |
| Transfers | 0.00 | 0.00 |
| Income Reinvested | 0.00 | 0.00 |
| Changes in the Value of Investments | $ 222'660.00 | $ 1'915'226.50 |
| **Ending Value on 25/04/2011** | $ 30'217'419.00 | $30'217'419.00 |

## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Cash | $ 26'119'539.00 | 86.44 % |
| Equities | $ 4'097'880.00 | 13.56 % |
| **Total Account Value** | **$ 30'217'419.00** | **100.00%** |



TTM-00024

12-2

UBS

Custody Account of
TTM, INC

Account Number
1-230-411689

Statement Period
April 1-25, 2011

## EQUITIES – Equities Investments

| Ccy | Number/ Amount | Description | Duration | Cost Price Exch Rate Value | Market Price Date | Market Value |
|---|---|---|---|---|---|---|
| USD | 3'000 | ALU<br>Alcatel-Lucent | 01/04/2011<br>25/04/2011 | 5.81<br>17'430.00 | 6.22 | 18'660.00 |
| USD | 3'000 | ARUN<br>Aruba Networks | 01/04/2011<br>25/04/2011 | 33.84<br>101'520.00 | 35.80 | 107'400.00 |
| USD | 3'000 | AZC<br>Augusta Resources | 01/04/2011<br>25/04/2011 | 5.13<br>15'390.00 | 4.65 | 13'950.00 |
| USD | 3'000 | BIDU<br>Baidu Inc | 01/04/2011<br>25/04/2011 | 137.81<br>413'430.00 | 151.96 | 455'880.00 |
| USD | 3'000 | BIG<br>Big Lots | 01/04/2011<br>25/04/2011 | 43.43<br>130'290.00 | 40.93 | 122'790.00 |
| USD | 3'000 | BLTI<br>Biolase Technology | 01/04/2011<br>25/04/2011 | 4.87<br>14'610.00 | 6.82 | 20'460.00 |
| USD | 3'000 | CELL<br>Brightpoint | 01/04/2011<br>25/04/2011 | 10.84<br>32'520.00 | 10.33 | 30'990.00 |



TTM-00025

12-3

UBS

Custody Account of TTM, INC | Account Number 1-230-411689 | Statement Period April 1-25, 2011

| | | | | | | |
|---|---|---|---|---|---|---|
| USD | 3'000 | CRUS<br>Cirrus Logic | 01/04/2011<br>25/04/2011 | 21.03<br>63'090.00 | 16.01 | 48'030.00 |
| USD | 3'000 | DEPO<br>DepoMed | 01/04/2011<br>25/04/2011 | 10.04<br>30'120.00 | 8.70 | 26'100.00 |
| USD | 3'000 | EXEL<br>Exelixis | 01/04/2011<br>25/04/2011 | 11.33<br>33'990.00 | 12.08 | 36'240.00 |
| USD | 3'000 | FTO<br>Frontier Oil | 01/04/2011<br>25/04/2011 | 29.32<br>87'960.00 | 30.08 | 90'240.00 |
| USD | 3'000 | HERO<br>Hercules Offshore | 01/04/2011<br>25/04/2011 | 6.61<br>19'830.00 | 5.69 | 17'070.00 |
| USD | 3'000 | HOS<br>Hornbeck Offshore | 01/04/2011<br>25/04/2011 | 30.85<br>92'550.00 | 28.56 | 85'680.00 |
| USD | 3'000 | HS<br>HealthSpring Inc | 01/04/2011<br>25/04/2011 | 37.37<br>112'110.00 | 39.56 | 118'680.00 |
| USD | 3'000 | IO<br>ION Geophysical | 01/04/2011<br>25/04/2011 | 12.69<br>38'070.00 | 12.39 | 37'170.00 |
| USD | 3'000 | JAZZ<br>JAZZ Pharmaceutical | 01/04/2011<br>25/04/2011 | 31.85<br>95'550.00 | 33.50 | 100'500.00 |



TTM-00026

12-4

UBS

Custody Account of **TTM, INC** | Account Number **1-230-411689** | Statement Period **April 1-25, 2011**

| | | | | | | |
|---|---|---|---|---|---|---|
| USD | 3'000 | JDSU<br>JDS Uniphase | 01/04/2011<br>25/04/2011 | 20.84<br>62'520.00 | 19.62 | 58'860.00 |
| USD | 3'000 | LNG<br>Cheniere Energy | 01/04/2011<br>25/04/2011 | 9.31<br>27'930.00 | 8.64 | 25'920.00 |
| USD | 3'000 | MERC<br>Mercer International | 01/04/2011<br>25/04/2011 | 13.55<br>40'650.00 | 13.06 | 39'180.00 |
| USD | 3'000 | MRO<br>Marathon Oil | 01/04/2011<br>25/04/2011 | 53.31<br>159'930.00 | 52.59 | 157'770.00 |
| USD | 3'000 | MTW<br>Minitowoc Co | 01/04/2011<br>25/04/2011 | 21.88<br>65'640.00 | 22.61 | 67'830.00 |
| USD | 3'000 | MTZ<br>Mas Tec Inc | 01/04/2011<br>25/04/2011 | 20.80<br>62'400.00 | 22.99 | 68'970.00 |
| USD | 3'000 | NFLX<br>Netflex Inc. | 01/04/2011<br>25/04/2011 | 237.78<br>713'340.00 | 251.67 | 755'010.00 |
| USD | 3'000 | OCZ<br>OCZ Technology | 01/04/2011<br>25/04/2011 | 8.10<br>24'300.00 | 7.68 | 23'040.00 |
| USD | 3'000 | PDC<br>Pioneer Drilling | 01/04/2011<br>25/04/2011 | 13.80<br>41'400.00 | 15.82 | 47'460.00 |

TTM-00027



12-5

UBS

| Custody Account of TTM, INC | | | | Account Number 1-230-411689 | | Statement Period April 1-25, 2011 |
|---|---|---|---|---|---|---|
| USD | 3'000 | PLAB<br>Photronic Inc | 01/04/2011<br>25/01/2011 | 8.97<br>26'910.00 | 8.76 | 26'280.00 |
| USD | 3'000 | ROYL<br>Royale Energy | 01/04/2011<br>25/04/2011 | 5.24<br>15'720.00 | 5.02 | 15'060.00 |
| USD | 3'000 | RPRX<br>Repros Therapeutics | 01/04/2011<br>25/04/2011 | 5.53<br>16'590.00 | 5.86 | 17'580.00 |
| USD | 3'000 | RRR<br>RSC Holdings | 01/04/2011<br>25/04/2011 | 14.38<br>43'140.00 | 13.33 | 39'990.00 |
| USD | 3'000 | SBGI<br>Sinclair Broadcasting | 01/04/2011<br>25/04/2011 | 12.54<br>39'620.00 | 11.07 | 33'210.00 |
| USD | 3'000 | SD<br>Sandridge Energy | 01/04/2011<br>25/04/2011 | 12.80<br>38'400.00 | 12.41 | 37'230.00 |
| USD | 3'000 | SGI<br>Silicon Graphics | 01/04/2011<br>25/04/2011 | 21.40<br>64'200.00 | 18.30 | 54'900.00 |
| USD | 3'000 | SINA<br>Sina Corp. | 01/04/2011<br>25/04/2011 | 107.04<br>321'120.00 | 138.41 | 415'230.00 |
| USD | 3'000 | SOHU<br>Sohu.com | 01/04/2011<br>25/04/2011 | 89.36<br>268'080.00 | 104.14 | 312'420.00 |



TTM-00028

12-6

UBS

| | | Custody Account of TTM, INC | | Account Number 1-230-411689 | | Statement Period April 1-25, 2011 |
|---|---|---|---|---|---|---|
| USD | 3'000 | SRZ<br>Sunrise Senior Living Inc | 01/04/2011<br>25/04/2011 | 11.93<br>35'790.00 | 10.13 | 30'390.00 |
| USD | 3'000 | SSCC<br>Smurfit-Stone Containers | 01/04/2011<br>25/04/2011 | 38.65<br>115'950.00 | 38.67 | 116'010.00 |
| USD | 3'000 | SVVS<br>Savvis Inc | 01/04/2011<br>25/04/2011 | 37.09<br>111'270.00 | 37.08 | 111'240.00 |
| USD | 3'000 | TA<br>TravelCenters of America | 01/04/2011<br>25/04/2011 | 7.57<br>22'710.00 | 7.54 | 22'620.00 |
| USD | 3'000 | WNR<br>Western Refining | 01/04/2011<br>25/04/2011 | 16.95<br>50'850.00 | 18.69 | 56'070.00 |
| USD | 3'000 | WTW<br>Weight Watchers | 01/04/2011<br>25/04/2011 | 70.10<br>210'300.00 | 78.59 | 235'770.00 |
| | | **Total** | | **$ 3'875'220.00** | | **$ 4'097'880.00** |



TTM-00029

12-7

UBS

| Custody Account of | Account Number | Statement Period |
|---|---|---|
| TTM, INC | 20156-06711 | April 1-25, 2011 |

With UBS e-banking you can carryout all of your banking transactions Online,
Quickly and simply, securely and conveniently. Whereever you are and whenever you want.

Street Address :
Rue de Lausanne 154
OMC/ William Rappard,
1202 Geneve
Switzerland

Telephone :
+41-22-909 12 88

Facsimile:
+41-22-909 12 82

Internet:
www.ubs.com

Technology For Telecommunication and Multimedia, Inc.
2452 Alamo Heights Dr,
Diamond Bar, California 91765,
USA

Page 1 of 3

PLAINTIFF'S EXHIBIT NO. 13 FOR IDENTIFICATION Maaad DATE 5-5-11 RPTR

TTM-00037

UBS

| Custody Account of | Account Number | Statement Period |
|---|---|---|
| TTM, INC | 20156-06711 | April 1-25, 2011 |

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| Starting Value | $ 14'326'177.90 | $ 14'248'891.89 |
| Cash value of Purchases & Sales | 0.00 | 0.00 |
| Investments Purchased & solds | 0.00 | 0.00 |
| Deposits & Withdrawls | 0.00 | 0.00 |
| Dividends & Interest | 0.00 | $ 77,286.01 |
| Fees & Charges | 0.00 | 0.00 |
| Transfers | 0.00 | 0.00 |
| Income Reinvested | 0.00 | 0.00 |
| Changes in the Value of Investments | 0.00 | 0.00 |
| Ending Value on 25/04/2011 | $ 14'326'177.90 | $ 14'326'177.90 |

## Asset Composition

| | Market Value | % of Account Assets |
|---|---|---|
| Cash | $ 14'326'177.90 | 100.00 % |
| Equities | 0.00 | 0.00 % |
| Total Account Value | $ 14'326'177.90 | 100.00% |



TTM-00038

13-2

UBS

Custody Account of
TTM, INC

Account Number
20156-06711

Statement Period
April 1-25, 2011

## EQUITIES -- Equities Investments

| Ccy | Number/ Amount | Description | Duration | Cost Price Exch Rate Value | Market Price Date | Market Value |
|---|---|---|---|---|---|---|
| | | **Total** | | **$ 0.00** | | **$ 0.00** |



B-3

TTM-00039