# EXHIBIT Q



*Image of UBS Bank statement found on SYED QAISAR MADAD's computer*

*Image of UBS Bank statement found on the internet (www.banana.ch/cms/en/UBS_import)*