# EXHIBIT R

FD-302 (Rev. 5-8-10)

- 1 of 4 -


OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry   08/20/2012

    HAIDER JAWAID, date of birth ▇▇▇▇, social security number ▇▇▇▇, mobile telephone number ▇▇▇▇ was interviewed at his residence located at ▇▇▇▇ West Olympic Boulevard, Los Angeles, California. After being advised of the identities of the interviewing Agents and the nature of the interview, JAWAID voluntarily provided the following information:

    JAWAID has been close friends of MEHER FATIMA TABATABAI ("TABATABAI") and her husband, SYED QAISAR MADAD ("MADAD") for several years.

    MADAD told JAWAID that he was missing approximately $81 million ("the missing funds") that was located in UBS financial accounts residing in Switzerland. MADAD told JAWAID that UBS was not acknowledging the missing funds and not responding to MADAD's inquiries. MADAD recently asked JAWAID to travel to Switzerland for the purpose of gathering information regarding the UBS financial accounts and the missing funds.

    Originally, TABATABAI along with her and MADAD's daughter were supposed to travel to Switzerland to investigate the UBS accounts and the missing funds; however, TABATABAI's attorney advised her not to go. JAWAID believed TABATABAI's attorneys may be in possession of her passport. In TABATABAI's stead, MADAD asked JAWAID to make the trip to Switzerland. JAWAID agreed and MADAD booked and paid for JAWAID's airfare.

    JAWAID was adamant that TABATABAI has had nothing to do with MADAD's company, TTM, and the UBS accounts and missing funds. JAWAID described TABATABAI as hard-working.

    JAWAID's son traveled with JAWAID to Switzerland; however, JAWAID said his son was not aware of the true reason JAWAID went to Switzerland. JAWAID said his son is still not aware of the true reason for the Switzerland trip.

    Prior to JAWAID leaving for Switzerland, MADAD gave JAWAID signed and notarized power of attorney documents outlining his authority to act on behalf of TTM. MADAD also provided JAWAID copies of three printed UBS bank statements. Each of the UBS bank statements MADAD gave JAWAID was for a

---

Investigation on   08/01/2012   at   Los Angeles, California, United States (In Person)

File # ▇▇▇▇      Date drafted   08/20/2012

by   SA BRIAN J. SCHNESE, JEREMY R TARWATER

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)



Continuation of FD-302 of  HAIDER JAWAID Interview 8.1.2012 , On  08/01/2012 , Page  2 of 4

different UBS account number. MADAD also gave JAWAID copies of MADAD's passport, driver's license, and social security card.

JAWAID traveled to Zurich, Switzerland on July 8, 2012. JAWAID spent approximately two days in Zurich. While in Zurich, JAWAID searched for UBS locations. In total, JAWAID visited three UBS branch offices as well as the main UBS office building.

At the main UBS office, JAWAID walked into the lobby and saw two guards that directed him to a reception desk. There were three older females at the reception desk working on computers. JAWAID told one of the female UBS employees about TTM's UBS accounts and the missing funds. JAWAID showed the three UBS account statements he received from MADAD to the female UBS employee, who was working on her computer. The female UBS employee looked at the UBS account numbers on JAWAID's statements and informed him that the TTM UBS statements looked fake. The female UBS employee also told JAWAID that the account numbers on the statements were not real UBS account numbers because all real UBS account numbers start with, "206." The female UBS employee eventually called another UBS employee. JAWAID could not remember the female UBS employee's name but said that he had written it down in his notes.

After waiting in the main UBS office lobby for approximately one and half hours, JAWAID was met in the lobby by a UBS criminal investigator named KURT (last name unknown) ("KURT"). JAWAID could not remember KURT's last name, but said that he had obtained business cards from UBS and had notes with KURT's full name on them. JAWAID introduced himself as a representative of TTM and showed KURT the three UBS statements he received from MADAD. JAWAID said he was sent to find out why the TTM UBS accounts could not be accessed. JAWAID told KURT that attorneys in the United States and the FBI were currently investigating the matter. After looking at the UBS statements from JAWAID, KURT said they were fake. KURT said he could tell the UBS statements were fake just by looking at them. In addition, KURT pointed out that real UBS accounts start with "206."

JAWAID told KURT that the TTM UBS accounts were opened online. KURT said that, in general, there were many examples of fraudulent UBS statements out there. KURT told JAWAID that if MADAD had come in JAWAID's stead, KURT would have called the police and had him arrested. KURT told JAWAID he was not going to call the police and have JAWAID arrested because JAWAID was only a representative sent on behalf of TTM. JAWAID told KURT he wanted to know if MADAD ever had an account under MADAD's own name or any other name; however, KURT did not provide any additional information.
JAWAID told KURT that he objected to all of the secrecy at UBS. KURT told JAWAID he is welcome to file a lawsuit against UBS or file something with



Continuation of FD-302 of  HAIDER JAWAID Interview 8.1.2012 , On  08/01/2012 , Page  3 of 4

the United States embassy. In total, KURT spent about 20 minutes with JAWAID. After this, JAWAID had no other meetings in Zurich.

JAWAID then traveled with his son to Geneva, Switzerland by train where they stayed for approximately two days.

In Geneva, JAWAID visited an attorney for MADAD named MANUELA ROBUTTI ("ROBUTTI"). JAWAID believed MADAD's attorney in the United States, MARK HATHAWAY, arranged this meeting. When JAWAID arrived to meet ROBUTTI, she was not happy to see him. ROBUTTI told JAWAID that she had written to UBS and that they told her the TTM UBS account statements were fraudulent and that there were no TTM UBS accounts. JAWAID told ROBUTTI that there was $81 million in the TTM UBS accounts and that MADAD traded in those accounts every day for four years. JAWAID told ROBUTTI the TTM UBS accounts and missing funds had to be there. ROBUTTI disagreed.

While he was in Switzerland, JAWAID sent MADAD several e-mails providing updates from the trip.

JAWAID returned from Switzerland on July 13, 2012. JAWAID's originally booked return flight was cancelled and re-routed through New York. JAWAID did not meet anyone in New York. When JAWAID returned to California, he met with both MADAD and TABATABAI to report his findings from Switzerland. When JAWAID told MADAD that KURT said the TTM UBS statements were fraudulent, MADAD laughed and told JAWAID that he had printed them online. JAWAID recommended to MADAD and TABATABAI that they speak to someone at the State Department, contact the United States embassy in Switzerland, and file a lawsuit against UBS.

JAWAID said that he had used cash to pay for all of his expenses in Switzerland. JAWAID said he did not receive a specific fee from MADAD for going to Switzerland, but he did get a free trip to Switzerland.

At some point, JAWAID asked MADAD about any registration or logon information MADAD had associated with the TTM UBS accounts. MADAD told JAWAID that when he opened the UBS accounts online, MADAD received three separate emails providing log in credentials for the TTM UBS accounts; however, MADAD said he deleted these emails.

JAWAID said that both he and MADAD believe that the TTM UBS account information was somehow changed or manipulated. JAWAID described MADAD as a naive journeyman. JAWAID said that MADAD often kept his passwords in his desk drawers and that someone may have taken the passwords. JAWAID said he learned from friends and others that when someone opens an online UBS

FD-302a (Rev. 05-08-10)



Continuation of FD-302 of   HAIDER JAWAID Interview 8.1.2012   , On   08/01/2012   , Page   4 of 4

account, they receive a card reader that enables them to log on to their UBS account. JAWAID said that MADAD told him he never received this card reader.

JAWAID said he did not think MADAD had any other accounts where the missing funds were located. JAWAID said he does not have any accounts at UBS.

JAWAID said that he works in real estate and brokers loans for a living. JAWAID said that he helps broker whatever kind of loans his clients need. JAWAID said he recently acted as a middleman-broker for MADAD and assisted MADAD in encumbering a $350,000 hard money loan against MADAD's property. JAWAID said that this was the only loan JAWAID helped MADAD with. JAWAID said that he and MADAD were trying to encumber another loan against MADAD's property but a lis pendens lien was put on MADAD's property by the government. JAWAID said that he and MADAD believe that the government left out MADAD's side of the story in the publicly filed forfeiture complaint regarding MADAD's real property.

JAWAID was provided with a subpoena for documents related to his trip to Switzerland and to any financial accounts held by TTM, MADAD, and TABATABAI.

JAWAID initially made it sound like he had a business card from UBS, which he obtained in Zurich; however, JAWAID later said that he gave this business card to MADAD and TABATABAI when he returned to the United States. JAWAID also initially made it sound like he was in possession of the power of attorney documents and TTM UBS statements given to him by MADAD but later indicated he had also given these documents back to MADAD and TABATABAI. JAWAID said he did have copies of the e-mails he sent to MADAD while in Switzerland.