# EXHIBIT S

1

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

```
AKBAR OMAR, an individual,          )
                                    )
                                    )
        Plaintiff,                  )
                                    )
                                    )
        vs.                         ) Case No. BC 457773
                                    )
SYED QAISAR MADAD, an individual;   )
MEHER F. TABATABAI; an individual;  )
TECHNOLOGY FOR TELECOMMUNICATION    )
AND MULTIMEDIA, INC., a             )
California corporation and          )
DOES 1 through 30, inclusive,       )
                                    )
                                    )
        Defendants.                 )
_____)
```

EXAMINATION OF SYED QAISAR MADAD
Los Angeles, California
Thursday, May 5, 2011

Reported by: Dana Christensen
CSR No. 11251

2

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

1
2
3
4    AKBAR OMAR, an individual,     )
5        Plaintiff,         )
6
7       vs.            ) Case No. BC 457773
8    SYED QAISAR MADAD, an individual; )
     MEHER F. TABATABAI; an individual;)
9    TECHNOLOGY FOR TELECOMMUNICATION )
     AND MULTIMEDIA, INC., a      )
10   California corporation and    )
     DOES 1 through 30, inclusive,  )
11
12       Defendants.       )
13
14
15
16
17     Examination of SYED QAISAR MADAD, taken on behalf of
18 the Plaintiff, at the Superior Courthouse,
19 111 North Hill Street, Department 12, Los Angeles,
20 California, beginning at 9:35 a.m. and ending at
21 3:07 p.m., on Thursday, May 5, 2011, before
22 DANA CHRISTENSEN, Certified Shorthand Reporter No. 11251.
23
24
25

3

1   APPEARANCES OF COUNSEL:

2

3   FOR PLAINTIFFS:

4           STRADLING, YOCCA, CARLSON & RAUTH
            BY:  JEREMY G. SUITER, ESQ.
5           CO-COUNSEL: SHAHZAD A. MALIK, ESQ.
            660 Newport Center Drive
6           Suite 1600
            Newport Beach, California  92660
7           (949) 725-4000
            FAX:  725-4100
8           E-MAIL:  jsuiter@sycr.com

9

10  FOR DEFENDANTS:

11          MICHAEL ST. DENIS
            ATTORNEY AT LAW
12          25550 Hawthorne Boulevard
            Suite 118
13          Torrance, California  90505
            (310) 378-4700
14          FAX:  378-8722
            E-MAIL:  mike@mikestdenis.aw.com

15

16

17

18  VIDEOGRAPHER:

19          HAHN & BOWERSOCK COURT REPORTERS
            DAVID BRADLEY
20          800-660-3187

21

22  ALSO PRESENT:

23          MEHER TABATABAI
            AKBAR OMAR
24          RUKHSANA OMAR

25

1      SYED Q. MADAD,
       having been first duly sworn, was examined and
2      testified as follows:

3

4                      EXAMINATION

5   BY MR. SUITER:

6        Q    Good morning, sir.

7        A    Good morning.

8        Q    What is your name?

9        A    Syed Qaisar Madad.

10       Q    How do you spell that?

11       A    Syed, S-y-e-d.  Qaisar, Q-a-i-s-a-r.  Madad,

12   M-a-d-a-d.

13       Q    Thank you.  Are you here to testify today on

14   behalf of Defendant Technology for Telecommunication and

15   Multimedia, Inc.?

16       A    Yes.

17       Q    Can I call it "TTM" for short?

18       A    Fine.

19       Q    You will understand what I'm referring to?

20       A    Yes.

21       Q    Are you the chief executive officer of TTM?

22       A    Yes.

23       Q    How long have you served as the chief executive

24   officer of TTM?

25       A    Since the inception.

16

| | | |
|---|---|---|
| 1 | Q | How many investors? |
| 2 | A | Ninety at this time. |
| 3 | Q | Nine zero? |
| 4 | A | Nine zero. |
| 5 | Q | Are they all located here in California? |
| 6 | A | No. |
| 7 | Q | How many are here in California? |
| 8 | A | A majority is here.  Perhaps seventy. |
| 9 | Q | Are here in California? |
| 10 | A | Correct. |
| 11 | Q | Where are the other twenty located? |
| 12 | A | East Coast and various other states. |
| 13 | Q | Are there any investors that are located outside |
| 14 | | of the United States? |
| 15 | A | Correct. |
| 16 | Q | There are? |
| 17 | A | Yes. |
| 18 | Q | How many? |
| 19 | A | Two. |
| 20 | Q | Where are they located? |
| 21 | A | One in Pakistan.  Actually, both in Pakistan. |
| 22 | Q | And you're originally from Pakistan; is that |
| 23 | | correct, sir? |
| 24 | A | That is correct. |
| 25 | Q | Do you know, do you personally know any of the |

1  investors in the pool?

2      A    Yes, I do.

3      Q    How many of them do you personally know?

4      A    All of them.

5      Q    All of them?

6      A    Yes.

7      Q    Are they all friends or family members?

8      A    That is correct.

9      Q    Are there any family members in the pool other

10 than your wife?

11     A    Yes.

12     Q    And I should back up.  You yourself are an

13 investor in the pool, correct?

14     A    That is correct.

15     Q    And your wife is also an investor in the pool?

16     A    Correct.

17     Q    Are either of your daughters investors in the

18 pool?

19     A    Correct.

20     Q    They both are?

21     A    Yes.

22     Q    Are either of your daughters married?

23     A    Mahvish is.

24     Q    Is Mahvish's husband an investor in the pool?

25     A    Mahvish has a husband -- through Mahvish, yes.

40

1      A    Yes.

2      Q    It's your understanding that your attorney then

3  provided those documents to us?

4      A    Yes.

5      Q    Did anyone at TTM gather documents other than

6  yourself?

7      A    No.

8      Q    I will show you a document.  The court reporter

9  is handing you a document marked Exhibit 6.  At the top it

10  says "TTM Investment Pool"; is that correct?

11      A    That is correct.

12      Q    Do you recognize this document?

13      A    Yes, I do.

14      Q    What is it?

15      A    This is one page of the report, monthly report,

16  that goes out to pool participants.

17      Q    Who prepares this report?

18      A    One of the -- one of the research team

19  members.

20      Q    Is it always the same person?

21      A    It is always the same person, yes.

22      Q    What is the name of that person?

23      A    Ashvin Donadin.

24      Q    How do you spell his name?

25      A    A-s-h-v-i-n, D-o-n-a-d-i-n.

1    Q    Do you review these statements before they go

2  out?

3    A    Yes, I do.

4    Q    This statement reflects an ending balance in the

5  main investment pool and in Pool C as of February 28,

6  2011, correct?

7    A    That is correct.

8    Q    Did you review this document before it was sent

9  out to the investors?

10   A    Yes, I did.

11   Q    Was this document accurate at the time it was

12  sent out?

13   A    Yes, it was.

14   Q    Has there been an updated statement that has

15  gone out for March?

16   A    Yes.

17   Q    Has there been an updated statement that's gone

18  out for April?

19   A    No.

20   Q    What is -- if you look at the second-to-the-last

21  entry, "Total income or profit generated to date," there's

22  40 million and change; do you see that?

23   A    That is correct.

24   Q    What does that number represent?

25   A    That is a number of the total of all profit

42

1   generated since the inception.

2        Q     Since the inception of the pool?

3        A     Correct.

4        Q     Since November of 2005?

5        A     Correct.

6        Q     What is the principal balance of the pool,

7   excluding profit?

8        A     The remainder is the principal balance and it is

9   identified both for the main pool at the investment level,

10  was $31,407,564.10.  For Pool C was $9,125,435.90.

11       Q     So just so I'm clear, the investment level of

12  31 million on the second line, that's the principal

13  investment amount, correct?

14       A     That is correct.

15       Q     And then the investment level for Pool C of

16  9 million is the principal investment amount?

17       A     That's correct.

18       Q     And the 40,425,004.64 number near the bottom of

19  the page is the combination of those two numbers?

20       A     No.

21       Q     How do you come up with the 40-million number?

22       A     How do I come up with the 40-million number, it

23  is the -- we maintain accumulated figure of profits

24  generated from November of 2001 and this is how this

25  figure is arrived.

1    Q    So it's not necessarily tied to the numbers up

2    above?  It's simply a historical number?

3    A    That is correct, yes.

4    Q    I've had marked Exhibit 7, at the top it states

5    "Trade Account 21524959 TTM, Inc.,"  correct?

6    A    Correct.

7    Q    Below that it says "Friday, March 11, 2011,"

8    correct?

9    A    Correct.

10   Q    What is this document?

11   A    This is part of the same monthly report, which

12   is the February monthly report, and it is one of the

13   pages.  It is not the ending balance; it is the balance on

14   2/28/2011.

15   Q    It was the ending balance on 2/28/2011,

16   correct?

17   A    I would have to see that page that says the

18   ending balance.  If it's the same as this, then it is the

19   ending balance.  If it is not, then the ending balance

20   page is the ending balance.

21   Q    Would you agree that the balance as of

22   February 28, 2011 was $64,098,779.31?

23   A    No.

24   Q    What does that $64-million number represent?

25   A    That was on that particular day at the beginning

44

1   of the day.  The ending balance is stated right here,

2   which is $64,131,879.39.

3       Q    I understand.  So this represents, Exhibit 7

4   represents the balance at the start of the 28th?

5       A    That is correct.

6       Q    Exhibit 6 provides the balance at the end of

7   February 28?

8       A    That is correct, and that will be indicated as

9   ending balance and it would be a different page of the

10  report.

11      Q    So as of the beginning of February 28, 2011, is

12  it fair to say that the amount that you and your wife had

13  in the account was 8,101,600 -- excuse me, $8,101,671.09?

14      A    That is correct.

15      Q    And that is reflected in the top entry on the

16  right-hand side of the page with the initials SQM/MFT; is

17  that correct?

18      A    That is correct.

19      Q    And those are the initials for yourself and your

20  wife?

21      A    That is correct.

22      Q    You said your daughters also have accounts with

23  TTM?

24      A    Yes.

25      Q    Which accounts are theirs?

93

1    still have a research staff and --

2        MR. ST. DENIS:  Just listen to his question and

3    answer his question.

4    BY MR. SUITER:

5        Q    How much money do you think you've spent out of

6    your own pocket to run this investment pool for your

7    friends and family?

8        A    Five years, three-and-a-half million probably.

9        MR. SUITER:  Let's go ahead and take a break.  I

10   think we need to talk to the Court and advise her about

11   this.

12       VIDEOGRAPHER:  Going off the record.  The time is

13   11:39 a.m.

14           (Break taken from 11:39 a.m. to 11:46 a.m.)

15       VIDEOGRAPHER:  This is the beginning of Disk Two.

16   BY MR. SUITER:

17       Q    Mr. Madad, I want to turn to the UBS account

18   statements that you produced in this litigation, or that

19   TTM produced in this litigation.

20           There are three separate accounts with UBS in

21   Switzerland, correct?

22       A    Correct.

23       Q    The court reporter handed you a document marked

24   as Exhibit No. 11, and it purports to be a UBS statement

25   for TTM, Inc. with Account No. 0-985-1110578, correct?

1      A     Correct.

2      Q     For the statement period of April 1 through 25,

3  2011; is that correct?

4      A     That is correct.

5      Q     The Bate's numbers on this document are

6  TTM-00030 on the first page through TTM-00036 on the last

7  page; is that correct?

8      A     Correct.

9      Q     Have you seen this document before?

10      A     Yes.

11      Q     Is this a true and correct copy of the account

12  statement that you provided to your counsel in this

13  litigation?

14      A     Yes.

15      Q     Where did you obtain this account statement

16  from?

17      A     UBS.

18      Q     Was it by mail or on the Internet?

19      A     Through Internet.

20      Q     You downloaded it from the UBS site?

21      A     Yes.

22      Q     When did you download it from the UBS site?

23      A     I believe it was April 26.

24      Q     And you provided the download directly to your

25  counsel?

1      A      No.

2      Q      What did you do?

3      A      I printed it.

4      Q      In other words, correct, you printed it from the

5  Internet, correct?

6      A      Correct.

7      Q      And you then gave that printout to your

8  counsel?

9      A      Correct.

10      Q      Did you do anything to alter or change the

11  appearance of this statement?

12      MR. ST. DENIS:  Hold on.  Before you go there, can

13  you mark the other one so I can look at the other one,

14  either 12 or 13?

15      MR. SUITER:  Sure.  Let's go ahead and mark as

16  Exhibit 12 the UBS account statement for Account

17  No. 1-230-411689.

18  BY MR. SUITER:

19      Q      Do you see that, sir?

20      A      Yes.

21      Q      Is this also a account for TTM, Inc.?

22      A      Correct.

23      Q      For the period April 1 through 25, 2011,

24  correct?

25      A      Yes.

96

1      Q    And this statement is Bate stamped TTM-0023 on

2   the first page through TTM-00029 on the last page; is that

3   correct?

4      A    Correct.

5      MR. ST. DENIS:  May I see the third one?

6   BY MR. SUITER:

7      Q    The third account statement marked as Exhibit 13

8   purports to be a UBS statement for TTM, Inc. with

9   Account No. 20156-06711, correct?

10     A    That's correct.

11     Q    For the statement April 1 through 25, 2011; is

12  that correct?

13     A    That's correct.

14     Q    It is Bate stamped TTM-00037 on the first page

15  through TTM-00039 on the last page; is that correct?

16     A    Correct.

17     Q    Did you obtain each of these statements from

18  your -- the UBS web page on the Internet?

19     A    Correct.

20     Q    Did you print each of these statements from the

21  Internet?

22     A    Correct.

23     Q    Did you provide the printouts directly to your

24  counsel for each of these accounts?

25     A    Yes.

1        Q     Did you do anything to alter or change the

2    appearance of any of these account statements?

3        A     No.

4        Q     Did you ask anyone to do anything to alter or

5    change the appearance of any of these account

6    statements?

7        A     No.

8        Q     Did you create these account statements

9    yourself?

10       MR. ST. DENIS:  Don't answer that.  You know what,

11   let's go ahead and take a lunch break right now because I

12   have to have a discussion with the witness about certain

13   issues based on your exhibits.  So let me have -- since

14   it's seven minutes to 12:00, let's take a lunch break and

15   we'll return at 1:30.  And why don't you and I meet five

16   minutes before that and I'll tell you what I've decided to

17   do.

18       MR. SUITER:  Okay.  Let the record reflect that the

19   answer, or the question is still pending and we will meet

20   again at five to 1:30.

21       MR. ST. DENIS:  Correct.

22       VIDEOGRAPHER:  Going off the record.  The time is

23   11:52 a.m.

24            (Break taken from 11:52 a.m. to 3:05 p.m.)

25       VIDEOGRAPHER:  Back on the record.  The time is

100

CERTIFICATE

OF

CERTIFIED SHORTHAND REPORTER

1
2
3
4

5      The undersigned certified shorthand reporter of

6  the state of California does hereby certify:

7      That the foregoing proceeding was taken before

8  me at the time and place therein set forth, at which time

9  the witness was duly sworn;

10      That the testimony of the witness and all

11  objections made at the time of the proceeding were

12  recorded stenographically by me and thereafter

13  transcribed, said transcript being a true copy of my

14  shorthand notes thereof.

15      In witness thereof, I have subscribed my name

16  this date _____.

17
18
19      _____

20      Dana Christensen, CSR #11251

21
22
23
24
25

# TTM INVESTMENT POOL

## MAIN INVESTMENT POOL:

Ending Balance (As of February 28, 2011)          $64,131,839.39

Investment Level (As of February 28, 2011)         $31,470,564.10

Deferred Profit or Income in the Investment Pool

(As of February 28, 2011)                          $32,661,275.29

## POOL C:

Ending Balance (As of February 28, 2011)           $14,326,177.90

Investment Level (February 28, 2011)               $9,125,435.90

Deferred Profit or Income in Pool C

(February 28, 2011)                                $5,200,742.00

Total Income or Profit Generated to date           $40,425,004.64

Total Value TTM Investment Pool                    $78,458,017.29

TTM-00001



TRADE ACCOUNT: 21524959  TTM, Inc.
Friday, Mar 11,2011

**YOUR CAPITAL SHARE/PROFIT - (02/28/2011) – TOTAL BALANCE :  $64,098,779.31**

| ACCT. | BALANCE | PERCENT | PROFIT GAIN | ACCT. | BALANCE | PERCENT | PROFIT GAIN |
|---|---|---|---|---|---|---|---|
| KBA/PBA | $11,148,849.08 | 17.393% | $208,744.45 | SQM/MFT | $8,101,671.09 | 12.639% | $157,728.20 |
| FR/MZM | $1,043,632.54 | 01.628% | $19,625.51 | MZM | $2,053,385.23 | 03.203% | $38,613.91 |
| AR | $6,992,090.92 | 10.908% | $131,486.26 | TR | $1,433,272.12 | 02.236% | $26,952.68 |
| SSM | $410,847.63 | 00.641% | $7,725.99 | AZM | $684,403.65 | 01.068% | $12,870.21 |
| SAM | $1,100,098.46 | 01.716% | $20,687.35 | SZM | $605,668.35 | 00.945% | $11,389.59 |
| KN/JK | $1,725,865.36 | 02.693% | $32,454.90 | Z.BAJJO | $76,240.16 | 00.119% | $1,433.70 |
| SIMA/N | $87,581.86 | 00.137% | $1,646.98 | SDIA/N | $180,872.93 | 00.282% | $3,401.32 |
| FRIA/N | $111,321.09 | 00.174% | $2,093.39 | ASHA/N | $98,925.03 | 00.154% | $1,860.29 |
| KM/SM #1 | $3,686,389.49 | 05.751% | $69,322.55 | J MNSR | $91,722.54 | 00.143% | $1,724.84 |
| KM/SM #2 | $389,375.99 | 00.607% | $7,322.22 | S MNSR | $15,540.59 | 00.024% | $292.24 |
| MBA/ABA | $7,197,086.93 | 11.228% | $116,536.21 | BAAJEES | $97,783.99 | 00.153% | $1,838.83 |
| GK | $204,677.86 | 00.319% | $8,848.97 | BW/SW | $462,103.98 | 00.721% | $8,689.87 |
| AHR/NR | $217,090.14 | 00.339% | $4,082.38 | IA/AA | $1,507,643.64 | 02.352% | $28,745.25 |
| ARK/RR | $138,436.29 | 00.216% | $2,603.29 | AK/TK | $1,655,671.86 | 02.583% | $31,213.71 |
| SR | $1,739,781.13 | 02.714% | $32,716.58 | OBA | $216,630.80 | 00.338% | $4,073.74 |
| SBA | $232,187.38 | 00.362% | $4,366.28 | YK | $98,261.82 | 00.153% | $1,847.81 |
| SJR | $353,896.79 | 00.552% | $6,655.03 | MMN | $593,185.21 | 00.925% | $11,154.85 |
| EIA | $222,963.49 | 00.348% | $4,192.83 | ALDNA | $1,980,537.54 | 03.090% | $36,832.57 |
| MFTRST | $108,876.65 | 00.170% | $2,608.56 | AM/PM | $61,723.25 | 00.096% | $1,160.71 |
| KS/ES | $110,135.51 | 00.172% | $2,071.10 | PA | $73,848.31 | 00.115% | $1,450.05 |
| TQ/AQ | $1,082,116.23 | 01.688% | $20,349.19 | MNI | $82,823.92 | 00.129% | $1,557.50 |
| NZK/IAK | $807,810.57 | 01.260% | $15,190.88 | AD | $138,228.88 | 00.216% | $2,599.39 |
| TK | $15,318.71 | 00.024% | $288.07 | RS | $26,989.56 | 00.042% | $507.54 |
| FZ | $142,926.74 | 00.223% | $2,687.74 | AMK #1 | $22,174.54 | 00.035% | $416.99 |
| SAK | $105,639.69 | 00.165% | $1,986.55 | AMK #2 | $8,412.58 | 00.013% | $158.20 |
| MS/FS | $222,388.37 | 00.347% | $4,182.01 | NZK/AMR | $59,126.77 | 00.092% | $1,111.88 |
| MIM | $83,686.85 | 00.131% | $1,573.73 | SM/PM | $109,537.14 | 00.171% | $2,059.85 |
| SBAI/SKA | $62,783.41 | 00.098% | $1,180.64 | UNKN | $127,784.66 | 00.199% | $2,402.99 |
| AHC/MRC | $181,618.83 | 00.283% | $3,415.34 | SRWW | $126,301.40 | 00.197% | $2,375.10 |
| TAK | $415,316.33 | 00.648% | $7,810.02 | SLMW | $125,700.69 | 00.196% | $2,363.80 |
| AT | $70,965.49 | 00.111% | $1,334.51 | AMC/MRC | $240,736.74 | 00.376% | $4,527.43 |
| ADL | $25,927.89 | 00.040% | $487.57 | MRC/IHC | $691,661.71 | 01.079% | $11,540.50 |
| EFP | $57,111.71 | 00.089% | $1,073.99 | SI/SI | $96,138.14 | 00.150% | $1,807.88 |
| NGRM | $57,154.60 | 00.089% | $1,074.79 | MSC/MC | $86,887.16 | 00.135% | $1,633.91 |
| PSONG | $2,610.89 | 00.004% | $72.56 | SBF | $93,445.44 | 00.146% | $1,757.24 |
| IM/PM | $54,169.40 | 00.085% | $1,018.66 | HNTMN | $305,191.14 | 00.476% | $5,739.12 |
| ASFM | $112,511.63 | 00.176% | $2,115.78 | UNKNOWN#3 | $16,485.92 | 00.026% | $310.01 |
| SH | $315,243.13 | 00.492% | $5,928.15 | SAL/ALDNA | $53,967.01 | 00.084% | $1,014.85 |
| SAB/ALDNA | $53,967.01 | 00.084% | $1,014.85 | COMO | $53,102.47 | 00.083% | $998.59 |
| RYD | $53,102.47 | 00.083% | $998.59 | LLA | $21,240.99 | 00.033% | $399.44 |
| ZAN | $53,102.47 | 00.083% | $998.59 | SARM/TM | $51,993.19 | 00.081% | $977.73 |
| AFT/GT | $187,463.27 | 00.292% | $3,525.25 | LBC | $25,863.78 | 00.040% | $486.37 |
| ARK/RR1 | $30,876.85 | 00.048% | $580.64 | ARK/RR2 | $30,876.85 | 00.048% | $580.64 |

TOTAL :  $64,098,779.31   100.000%   $1,190,280.23

TTM-00013


PLAINTIFF'S
EXHIBIT NO.
FOR IDENTIFICATION
DATE

TRADE ACCOUNT: 21524959  TTM, Inc.
ACCOUNT DEPOSIT & WITHDRAWLS
Friday, Mar 11,2011

| DATE | ACCT. | DEPOSIT / WITHDRAWLS |
|---|---|---|
| 02/01/2011 | SQM/MFT | ($500,000.00) |
| 02/01/2011 | KBA/PBA | $500,000.00 |
| 02/01/2011 | SQM/MFT | $15,000.00 |
| 02/01/2011 | AK/TK | ($20,000.00) |
| 02/01/2011 | SQM/MFT | ($15,000.00) |
| 02/02/2011 | ALDNA | $200,000.00 |
| 02/03/2011 | KBA/PBA | $300,000.00 |
| 02/04/2011 | IA/AA | ($100,000.00) |
| 02/04/2011 | AK/TK | ($20,000.00) |
| 02/07/2011 | PA | ($10,000.00) |
| 02/14/2011 | SQM/MFT | ($485,000.00) |
| 02/14/2011 | MFTRST | ($52,000.00) |
| 02/18/2011 | SQM/MFT | ($10,000.00) |
| 02/22/2011 | MRC/IHC | $100,000.00 |
| 02/22/2011 | PSONG | ($1,600.00) |
| 02/28/2011 | MBA/ABA | $1,000,000.00 |
| | TOTAL : | $901,400.00 |

TTM-00003

