# EXHIBIT T

## DUPLICATE COPY

Prepared For
SYED Q MADAD

Account Number
XXXX-XXXXX2-01004

Page 6 of 12

## Flexible Payment Summary

| | |
|---|---|
| Previous Balance | 11137.72 |
| Payment Activity | -44984.82 |
| **FINANCE CHARGE** | 0.00 |
| New Charges/Adjustments | 63868.59 |
| New Balance | 30021.49 |

## Flexible Payment Activity

### New Activity for SYED Q MADAD
Card XXXX-XXXXX2-01004

| Date | Description | | Amount $ |
|---|---|---|---|
| 05/07/08 | Mercedes Benz of LagLaguna Niguel    CA<br>AUTO DEALER (NEW/USED<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 670.61 |
| 05/09/08 | SAK'S FIFTH AVE 36 0COSTA MESA    CA<br>7145403233 | Price | 1,098.94 |
| | Description | | |
| | BRIONI NECKWEAR | 80.00 | |
| | ZEGNA WOVENS | 150.00 | |
| | ZEGNA BASIC SHIRTS | 275.00 | |
| | CANALI NECKWEAR | 120.00 | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | |
| 05/09/08 | JUDITH LEIBER 0074  COSTA MESA    CA<br>WOMEN'S CLOTHING<br>Description<br>APPAREL/ACC<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 4,412.36 |
| 05/09/08 | JUDITH LEIBER 0074  COSTA MESA    CA<br>WOMEN'S CLOTHING<br>Description<br>APPAREL/ACC<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 4,412.36 |
| 05/13/08 | TRAVEL PLUS XL175231ANAHEIM    CA<br>714-828-4488<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 3,990.00 |
| 05/14/08 | Jimmy Choo - Costa M(714)327-0644<br>00105066 92626<br>H D M JCL 073MADDY PAS Black 1.<br>H D S JCL 081MADDY TME Platinum<br>H D M JCL 084MADDY LPS Purple 1<br>H D L JCL 073MALENA/M PAS Black 1.<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 7,050.00 |
| 05/30/08 | TRAVEL PLUS XL175231ANAHEIM    CA<br>714-828-4488<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 7,295.00 |
| 05/31/08 | IHG PECHA448    TEMECULA    CA<br>Arrival Date       Departure Date<br>05/31/08           05/31/08<br>00000000<br>LODGING<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 4,266.00 |
| 06/02/08 | TRAVEL PLUS XL175231ANAHEIM    CA<br>714-828-4488<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 7,295.00 |
| 06/04/08 | TRAVEL PLUS XL175231ANAHEIM    CA<br>714-828-4488<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 7,295.00 |

# DUPLICATE COPY

| Prepared For | Account Number | |
|---|---|---|
| SYED Q MADAD | XXXX-XXXXX2-01004 | Page 4 of 10 |

## Due In Full continued

| | | | Amount $ |
|---|---|---|---|
| 06/26/08 | UNION 76 10048254  DIAMOND BAR      CA<br>UNION 76 | | 72.98 |
| 07/01/08 | ITUNES MUSIC STORE IAUSTIN      TX<br>iTunes Music Store | | 2.97 |
| 07/04/08 | UNION 76 56438021   BREA      CA<br>UNION 76 | | 63.59 |
| 07/05/08 | ITUNES MUSIC STORE IAUSTIN      TX<br>iTunes Music Store | | 6.93 |
| 07/05/08 | WET SEAL        CLOTHING<br>CLOTHING<br>866-746-7938 | | 90.33 |

**Total of Due in Full Activity for MAHRUKH Z MADAD** — **802.58**

**Total Due in Full Activity** — **1,460.22**

## Flexible Payment Summary

| | |
|---|---|
| Previous Balance | 30021.49 |
| Payment Activity | -30021.49 |
| FINANCE CHARGE | 0.00 |
| New Charges/Adjustments | 24246.83 |
| New Balance | 24246.83 |

## Flexible Payment Activity

### New Activity for SYED Q MADAD
Card XXXX-XXXXX2-01004

| | | Amount $ |
|---|---|---|
| 06/09/08 | NORDSTROM #321 0321 BREA      CA<br>DEPARTMENT STORE<br>Description<br>TR DIOR<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 341.57 |
| 06/09/08 | NORDSTROM #321 0321 BREA      CA<br>DEPARTMENT STORE<br>Description<br>WMNS FINE FRAG<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 249.98 |
| 06/09/08 | NORDSTROM #321 0321 BREA      CA<br>DEPARTMENT STORE<br>Description<br>WMNS FINE FRAG<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 313.95 |
| 06/11/08 | SAK'S FIFTH AVE 36 0COSTA MESA      CA<br>7145403233<br>Description          Price<br>VUITTON LEATHER GOO  640.00<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 689.60 |
| 06/11/08 | SAK'S FIFTH AVE 36 0COSTA MESA      CA<br>7145403233<br>Description          Price<br>ARMANI WOVENS      80.00<br>ARMANI NECKWEAR     77.90<br>ARMANI NECKWEAR     25.94<br>ARMANI WOVENS      80.00<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 1,052.68 |
| 06/20/08 | TRAVEL PLUS XL175231ANAHEIM      CA<br>714-828-4488<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 5,085.00 |
| 06/26/08 | Mercedes Benz of LagLaguna Niguel   CA<br>AUTO DEALER (NEW/USED)<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 359.00 |

00000668
*Continued on next page*

# DUPLICATE COPY

| Prepared For<br>SYED Q MADAD | Account Number<br>XXXX-XXXXX2-01004 | Closing Date<br>07/08/08 | Page 5 of 10 |
|---|---|---|---|

## Flexible Payment continued

| | | Amount $ |
|---|---|---|
| 07/02/08 | TRAVEL PLUS XL175231ANAHEIM          CA<br>714-828-4488<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 4,350.00 |
| 07/03/08 | Jimmy Choo - Costa M(714)327-0644<br>00105525 92626<br>H D M JCL 084MADDY LPS Purple 1<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 1,804.81 |
| 07/04/08 | TOURNEAU #015     7148500222<br>7148500222<br>JEWELRY-WATCHES & CLOCK<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 3,663.50 |

| **Total of New Activity for SYED Q MADAD** | **17,910.09** |
|---|---|

## New Activity for MAHVISH Z MADAD
Card XXXX-XXXXX2-01020

| | | Amount $ |
|---|---|---|
| 06/11/08 | STUDIO AT FRED SEG 5SANTA MONICA        CA<br>3103948509<br>Description               Price<br>GENERAL MERCHANDISE 676.56<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 676.56 |
| 06/13/08 | FRED SEGAL TREND FRESANTA MONICA        CA<br>310-458-6465<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 898.48 |
| 06/30/08 | WHOLEFDS SMC 10173 0SANTA MONICA        CA<br>3103150662<br>Description               Price<br>GROCERY STORES            295.27<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 295.27 |
| 07/01/08 | LE BEACH CLUB       PACIFIC PLSDS       CA<br>HEALTH & BEAUTY SPA<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 675.00 |
| 07/06/08 | THEORY-CENTURY CTY 2LOS ANGELES         CA<br>3102030253<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 460.60 |

| **Total of New Activity for MAHVISH Z MADAD** | **3,005.91** |
|---|---|

## New Activity for MAHRUKH Z MADAD
Card XXXX-XXXXX2-02523

| | | Amount $ |
|---|---|---|
| 06/12/08 | SAK'S FIFTH AVE 36 0COSTA MESA          CA<br>7145403233<br>Description               Price<br>JAMES PERSE LONG SL    144.00<br>JAMES PERSE LONG SL    144.00<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 310.32 |
| 06/14/08 | NORDSTROM #321 0321 BREA                CA<br>DEPARTMENT STORE<br>Description<br>MEN'S NECKWEAR<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 840.45 |
| 06/14/08 | NORDSTROM #321 0321 BREA                CA<br>DEPARTMENT STORE<br>Description<br>SUNGLASSES<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 366.35 |

00000669

Continued on reverse

## DUPLICATE COPY

Prepared For
SYED Q MADAD

Account Number
XXXX-XXXXX2-01004

Closing Date
08/07/08

Page 5 of 11

## Flexible Payment Summary

| | |
|---|---|
| Previous Balance | 24246.83 |
| Payment Activity | -46838.00 |
| FINANCE CHARGE | 0.00 |
| New Charges/Adjustments | 60410.52 |
| New Balance | 37819.35 |

## Flexible Payment Activity

** Foreign Currency conversion rate is base rate plus 2%. See page 2 for details.

| New Activity for SYED Q MADAD Card XXXX-XXXXX2-01004 | | Foreign Spending | Amount $ |
|---|---|---|---|
| 07/11/08 | ST REGIS MONARCH BEADANA POINT          CA<br>Arrival Date          Departure Date<br>08/17/08          08/17/08<br>00000000<br>LODGING<br>CARDEPOSIT<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 12,600.00 |
| 07/21/08 | STATE LICENSE DOCUMEWOODLAND HILLS     CA<br>STATE LICENSE DOCUMEWOODL<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 401.21 |
| 07/22/08 | NORDSTROM #321 0321 BREA          CA<br>DEPARTMENT STORE<br>Description<br>MEN'S NECKWEAR<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 312.37 |
| 07/22/08 | NORDSTROM #321 0321 BREA          CA<br>DEPARTMENT STORE<br>Description<br>COLLECTN HNDBGS<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 748.86 |
| 07/25/08 | SUPERSHUTTLE ONTARIOONTARIO          CA<br>9099840440<br>Description<br>TRANSPORTATION<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 234.00 |
| 07/26/08 | EXPOSITION NATIONAL D'ARTISANAT CASABLANCA<br>ACHAT<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 11,200.00<br>**Moroccan Dirhams | 1,563.52 |
| 07/26/08 | INDIA PALACE RESTAURANT CASABLANCA MOROCCO<br>ACHAT<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 1,305.00<br>**Moroccan Dirhams | 182.18 |
| 07/28/08 | LE ROYAL MANSOUR MERIDIENCASABLANCA MAROC<br>ACHAT<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 425.00<br>**Moroccan Dirhams | 59.42 |
| 08/04/08 | SOFITEL MARRAKECH MARRAKECH MOROCCO<br>ACHAT<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 1,146.00<br>**Moroccan Dirhams | 159.18 |

00000679

Continued on reverse

## DUPLICATE COPY

| Prepared For<br>SYED Q MADAD | Account Number<br>XXXX-XXXXX2-01004 | | Page 6 of 11 |
|---|---|---|---|

| **Flexible Payment continued** | ** Foreign Currency conversion rate is base rate plus 2%. See page 2 for details. | Foreign Spending | Amount $ |
|---|---|---|---|
| 08/05/08   ST REGIS MONARCH BEADANA POINT            CA | | | 34,336.00 |

Arrival Date    Departure Date
08/17/08       08/17/08
00000000
LODGING
CARDEPOSIT
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| **Total of New Activity for SYED Q MADAD** | | **50,596.74** |
|---|---|---|

### New Activity for MAHVISH Z MADAD
Card XXXX-XXXXX2-01020

| 07/16/08 | WHOLEFDS SMC 10173 0SANTA MONICA            CA | | 226.86 |
|---|---|---|---|

3103150662
Description    Price
GROCERY STORES    226.86
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 07/31/08 | LE BEACH CLUB HQ   REDONDO BEACH   CA | | 674.00 |
|---|---|---|---|

HEALTH & BEAUTY SPA
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 07/31/08 | Hilton Full Service ONTARIO            CA | | 696.08 |
|---|---|---|---|

Arrival Date    Departure Date
07/28/08       07/31/08
00000000
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 08/02/08 | BANANA REPUBLIC #846LOS ANGELES            CA | | 403.77 |
|---|---|---|---|

FAMILY CLOTHING
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 08/04/08 | HAIR PRODUCT      800-360-3046      CT | | 365.61 |
|---|---|---|---|

HAIR PROD.
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 08/06/08 | BLOOMINGDALES 280940LOS ANGELES            CA | | 844.35 |
|---|---|---|---|

BLOOMINGDALES.COM
Description    Price
SALON SHOES    780.00
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 08/06/08 | BLOOMINGDALES 281586LOS ANGELES            CA | | 909.30 |
|---|---|---|---|

BLOOMINGDALES.COM
Description    Price
ADVANCED COLLECTION 475.00
STYLESETTER COLLECT 365.00
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 08/06/08 | UNA - Century City 0(310)823-5200 | | 1,117.14 |
|---|---|---|---|

00007826 90291
1220 AUDE Jean 05J5 SS Burnout Crew
1220 AUDE Temmy 08PR Striped Henley
1220 AUDE Tiffany-052845 1/2 Slv Tu
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| **Total of New Activity for MAHVISH Z MADAD** | | **5,237.11** |
|---|---|---|

### New Activity for MAHRUKH Z MADAD
Card XXXX-XXXXX2-02523

| 08/04/08 | UCI EXTEN & SUMSESS IRVINE            CA | | -316.00<br>Credit |
|---|---|---|---|

9498245417
Description
BOOKS/SUPPLIES
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

# DUPLICATE COPY

| Prepared For | Account Number | |
|---|---|---|
| SYED Q MADAD | XXXX-XXXXX2-01004 | Page 4 of 12 |

## Due in Full continued

| | | | Amount $ |
|---|---|---|---|
| 10/02/08 | CHEVRON CHEVRON STATDIAMOND BAR     CA<br>9098696234<br>Description          Price<br>FUEL/MISCELLANEOUS     50.88 | | 50.88 |
| 10/06/08 | XAVIER'S FLORIST SR2DIAMOND BAR     CA<br>909-860-3076 | | 70.36 |
| 10/06/08 | UNION 76 10048254  DIAMOND BAR     CA<br>UNION 76 | | 55.31 |

**Total of Due in Full Activity for MAHRUKH Z MADAD** — **835.93**

**Total Due in Full Activity** — **1,103.71**

## Flexible Payment Summary

| | |
|---|---|
| Previous Balance | 48299.06 |
| Payment Activity | -116376.16 |
| FINANCE CHARGE | 0.00 |
| New Charges/Adjustments | 74466.67 |
| New Balance | 6389.57 |

## Flexible Payment Activity

### New Activity for SYED Q MADAD
Card XXXX-XXXXX2-01004

| | | Amount $ |
|---|---|---|
| 09/02/08 | TRAVEL PLUS          ANAHEIM          CA<br>TRAVEL AGENCY<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 4,560.00 |
| 09/12/08 | GUCCI #65 3068640006COSTA MESA          CA<br>7145579600<br>Description          Price<br>APPAREL/ACCESSORY S  6,793.64<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 6,793.64 |
| 09/13/08 | JUDITH LEIBER 0074  COSTA MESA          CA<br>WOMEN'S CLOTHING<br>Description<br>APPAREL/ACC<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 4,304.61 |
| 09/13/08 | SAK'S FIFTH AVE 36 0COSTA MESA          CA<br>7145403233<br>Description          Price<br>MONTBLANC CUFFLINKS  335.00<br>CANALI NECKWEAR      120.00<br>CANALI DRESS SHIRTS  225.00<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 732.70 |
| 09/13/08 | GUCCI #65 3068640006COSTA MESA          CA<br>7145579600<br>Description          Price<br>APPAREL/ACCESSORY S  1,179.86<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 1,179.86 |
| 09/25/08 | TIME LIFE INC U.S.  MUSIC/VIDEO<br>MUSIC/VIDEO<br>877-846-3901<br>IA 50340<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 274.90 |
| 09/25/08 | MERCEDES BENZ OF LAGLAGUNA NIGUEL          CA<br>949-347-3700<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 1,249.37 |
| 10/02/08 | MERCEDES BENZ OF LAGLAGUNA NIGUEL          CA<br>949-347-3700<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 750.65 |

## DUPLICATE COPY

| Prepared For<br>SYED Q MADAD | Account Number<br>XXXX-XXXXX2-01004 | Closing Date<br>12/08/08 | Page 7 of 13 |
|---|---|---|---|

### Flexible Payment continued | | Amount $

| Date | Description | | Amount $ |
|---|---|---|---|
| 11/10/08 | NORDSTROM #321 0321 BREA       CA<br>DEPARTMENT STORE<br>Description<br>MENS FURNISHING<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 1,190.64 |
| 11/10/08 | NORDSTROM #321 0321 BREA       CA<br>DEPARTMENT STORE<br>Description<br>NECKWEAR<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 269.27 |
| 11/10/08 | MANDALAY BAY RESORT/LAS VEGAS       NV<br>Arrival Date          Departure Date<br>11/07/08               11/10/08<br>00000000<br>LODGING<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 12.88 |
| 11/17/08 | LUCY ZAHREN INC PH99LOS ANGELES       CA<br>714-549-4003<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 700.38 |
| 11/17/08 | LUCY ZAHREN INC PH99LOS ANGELES       CA<br>714-549-4003<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 204.73 |
| 11/17/08 | ITALIAN GALLERIA 370BUENA PARK       CA<br>7144840307<br>Description          Price<br>HOME FURNISHING      819.71<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 819.71 |
| 11/17/08 | SAK'S FIFTH AVE 36 0COSTA MESA       CA<br>7145403233<br>Description          Price<br>ZEGNA FANCY SHIRTS   131.90<br>BRIONI NECKWEAR      195.00<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 352.23 |
| 11/17/08 | JUDITH LEIBER 0074  COSTA MESA       CA<br>WOMEN'S CLOTHING<br>Description<br>APPAREL/ACC<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 4,843.36 |
| 11/21/08 | NORDSTROM #321 0321 BREA       CA<br>DEPARTMENT STORE<br>Description<br>WMNS FINE FRAG<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 351.05 |
| 11/21/08 | NORDSTROM #321 0321 BREA       CA<br>DEPARTMENT STORE<br>Description<br>MENS FURNISHING<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 455.78 |
| 12/01/08 | EMIRATES AIRLINES   LOS ANGELES  CA<br>EMIRATES AIRLINES<br>From:                To:                      Carrier:     Class:<br>LOS ANGELES CA       DUBAI TRUCIAL            EK           FO<br>                     ISLAMABAD PAKISTAN       EK           FO<br>Ticket Number: 17673898728021          Date of Departure: 12/19.<br>Passenger Name: MADAD/SYED QAISER MR<br>Document Type: PASSENGER TICKET<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 10,364.40 |

00000729

Continued on reverse

# DUPLICATE COPY

| Prepared For<br>SYED Q MADAD | Account Number<br>XXXX-XXXXX2-01004 | Page 8 of 13 |
|---|---|---|

## Flexible Payment continued

|  |  |  |  |  |  | Amount $ |
|---|---|---|---|---|---|---|

| 12/01/08 | EMIRATES AIRLINES  LOS ANGELES CA | | | | | 10,364.40 |
|---|---|---|---|---|---|---|

EMIRATES AIRLINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| LOS ANGELES CA | DUBAI TRUCIAL | EK | FO |
| | ISLAMABAD PAKISTAN | EK | FO |

Date of Departure: 12/19

Ticket Number: 17673898728032
Passenger Name: TABATABAI/MEHER F DR
Document Type: PASSENGER TICKET
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 12/01/08 | BRITISH AIRWAYS ADP US | | | | | 3,685.40 |
|---|---|---|---|---|---|---|

BRITISH AIRWAYS PLC

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| KARACHI | | | |
| | DUBAI | 99 | 99 |
| | LONDON HEATHROW | EK | |
| | LOS ANGELES INTL | BA | |

Ticket Number: 12573760241254
Passenger Name: MADAD/SYED QAISER MR
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 12/01/08 | BRITISH AIRWAYS ADP US | | | | | 3,685.40 |
|---|---|---|---|---|---|---|

BRITISH AIRWAYS PLC

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| KARACHI | | | |
| | DUBAI | 99 | 99 |
| | LONDON HEATHROW | EK | |
| | LOS ANGELES INTL | BA | |

Ticket Number: 12573760241265
Passenger Name: TABATABAI/MEHER F DR
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 12/03/08 | MERCEDES TEL*AID SER800-922-2013    TX | | | | | 240.00 |
|---|---|---|---|---|---|---|

SERVICES
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| **Total of New Activity for SYED Q MADAD** | | | | | | **39,633.75** |
|---|---|---|---|---|---|---|

## New Activity for MAHVISH Z MADAD
Card XXXX-XXXXX2-01020

| 11/15/08 | MIU MIU BEVERLY HILLBEVERLY HILLS    CA | | | | | 703.63 |
|---|---|---|---|---|---|---|

LUGGAGE/LEATHER GOODS
Description
606692
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 11/15/08 | MIU MIU BEVERLY HILLBEVERLY HILLS    CA | | | | | 828.11 |
|---|---|---|---|---|---|---|

LUGGAGE/LEATHER GOODS
Description
645831
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 11/21/08 | LA CABANA 5429298006VENICE    CA | | | | | 389.24 |
|---|---|---|---|---|---|---|

3103926161
TIP                                60.00
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 11/22/08 | THE MASSAGE THERAPY LOS ANGLES    CA | | | | | 204.00 |
|---|---|---|---|---|---|---|

3104448989
Description          Price
BARBER AND BEAUTY S  204.00
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 11/22/08 | B C B G #629 0629  LOS ANGELES    CA | | | | | 1,930.53 |
|---|---|---|---|---|---|---|

3105532281
Description
APPAREL/ACCESS
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

## DUPLICATE COPY

| Prepared For<br>SYED Q MADAD | Account Number<br>XXXX-XXXXX2-01004 | Page 6 of 14 |
|---|---|---|

### Flexible Payment continued

| | | Amount $ |
|---|---|---|
| 01/12/09 | ALIA THE ROYAL JORDANDALLAS     TX<br>ALIA THE ROYAL JORDANIAN<br>Routing Details Not Available<br>Ticket Number: 51281415162972<br>Passenger Name: MADAD/MAHVISH Z MS<br>Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH.<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 4,700.00 |
| 01/16/09 | TRAVEL PLUS     ANAHEIM     CA<br>TRAVEL AGENCY<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 7,900.00 |
| 02/04/09 | ST REGIS MONARCH BEADANA POINT<br>Arrival Date        Departure Date<br>02/22/09              02/22/09<br>00000000<br>LODGING<br>CARDEPOSIT<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 38,151.00 |
| 02/05/09 | ST REGIS MONARCH BEADANA POINT<br>Arrival Date        Departure Date<br>02/22/09              02/22/09<br>00000000<br>LODGING<br>CARDEPOSIT<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 14,000.00 |

| Total of New Activity for SYED Q MADAD | 70,999.59 |
|---|---|

### New Activity for MAHVISH Z MADAD
Card XXXX-XXXXX2-01020

| 01/10/09 | GUIDO'S RESTAURANT 8LOS ANGELES     CA<br>RESTAURANT<br>TIP                              100.00<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 676.38 |
|---|---|---|
| 01/16/09 | BLOOM.WEDCHNL.COM 12MASON     OH<br>BLOOMINGDALES.COM<br>Description        Price<br>CHINA              237.00<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 274.50 |
| 01/18/09 | ST REGIS MONARCH BEADANA POINT     CA<br>Arrival Date        Departure Date<br>01/17/09              01/17/09<br>00000000<br>LODGING<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 21.28 |
| 01/18/09 | ST REGIS MONARCH BEADANA POINT     CA<br>Arrival Date        Departure Date<br>01/14/09              01/17/09<br>00000000<br>LODGING<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 3,269.05 |
| 01/18/09 | ST REGIS MONARCH BEADANA POINT     CA<br>Arrival Date        Departure Date<br>01/16/09              01/17/09<br>00000000<br>LODGING<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 407.54 |
| 01/23/09 | BLOOMINGDALES 028003LOS ANGELES     US<br>BLOOMINGDALES.COM<br>Description        Price<br>SALON SHOES        590.00<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 638.68 |

00000756
Continued on next page

# DUPLICATE COPY

| | | | |
|---|---|---|---|
| Prepared For<br>SYED Q MADAD | Account Number<br>XXXX-XXXXX2-01004 | Closing Date<br>03/09/09 | Page 5 of 16 |

| | Amount $ |
|---|---|
| **Due in Full continued** | |
| 03/07/09   POTTERY BARN E-COMMEHOME FURNISH<br>39181887000000000091765 | 142.19 |
| **Total of Due in Full Activity for MAHRUKH Z MADAD** | **1,730.12** |
| **Total Due in Full Activity** | **2,989.35** |

## Flexible Payment Summary

| | |
|---|---|
| Previous Balance | 53328.46 |
| Payment Activity | -53328.46 |
| **FINANCE CHARGE** | 0.00 |
| New Charges/Adjustments | 58696.42 |
| New Balance | 58696.42 |

## Flexible Payment Activity

| | Amount $ |
|---|---|
| **New Activity for SYED Q MADAD**<br>Card XXXX-XXXXX2-01004 | |
| 02/23/09   ST REGIS MONARCH BEADANA POINT<br>Arrival Date        Departure Date<br>02/22/09            02/22/09<br>00000000<br>LODGING<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | -1,095.95<br>Credit |
| 02/23/09   ST REGIS MONARCH BEADANA POINT<br>Arrival Date        Departure Date<br>02/22/09            02/22/09<br>00000000<br>LODGING<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | -765.51<br>Credit |
| 02/23/09   ST REGIS MONARCH BEADANA POINT<br>Arrival Date        Departure Date<br>02/22/09            02/22/09<br>00000000<br>LODGING<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | -765.52<br>Credit |
| 02/23/09   ST REGIS MONARCH BEADANA POINT<br>Arrival Date        Departure Date<br>02/22/09            02/22/09<br>00000000<br>LODGING<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | -762.99<br>Credit |
| 03/03/09   ST REGIS MONARCH BEADANA POINT<br>Arrival Date        Departure Date<br>03/02/09            03/02/09<br>00000000<br>LODGING<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | -4,365.44<br>Credit |
| 02/06/09   MERCEDES BENZ OF LAGLAGUNA NIGUEL<br>949-347-3700<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 1,923.18 |
| 02/13/09   ST REGIS MONARCH BEADANA POINT<br>Arrival Date        Departure Date<br>02/22/09            02/22/09<br>00000000<br>LODGING<br>CARDEPOSIT<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 9,049.12 |

00000769

Continued on reverse

**DUPLICATE COPY**

| Prepared For<br>SYED Q MADAD | Account Number<br>XXXX-XXXXX2-01004 | Page 6 of 16 |
|---|---|---|

## Flexible Payment continued

|  |  | Amount $ |
|---|---|---|
| 02/15/09 | ST REGIS MONARCH BEADANA POINT | 765.51 |
|  | Arrival Date        Departure Date<br>02/21/09           02/22/09<br>00000000<br>LODGING<br>CARDEPOSIT |  |
|  | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION |  |
| 02/15/09 | ST REGIS MONARCH BEADANA POINT | 765.52 |
|  | Arrival Date        Departure Date<br>02/21/09           02/22/09<br>00000000<br>LODGING<br>CARDEPOSIT |  |
|  | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION |  |
| 02/15/09 | ST REGIS MONARCH BEADANA POINT | 765.52 |
|  | Arrival Date        Departure Date<br>02/21/09           02/22/09<br>00000000<br>LODGING<br>CARDEPOSIT |  |
|  | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION |  |
| 02/15/09 | ST REGIS MONARCH BEADANA POINT | 1,095.95 |
|  | Arrival Date        Departure Date<br>02/21/09           02/22/09<br>00000000<br>LODGING<br>CARDEPOSIT |  |
|  | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION |  |
| 02/15/09 | ST REGIS MONARCH BEADANA POINT | 765.52 |
|  | Arrival Date        Departure Date<br>02/21/09           02/22/09<br>00000000<br>LODGING<br>CARDEPOSIT |  |
|  | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION |  |
| 02/15/09 | ST REGIS MONARCH BEADANA POINT | 1,095.95 |
|  | Arrival Date        Departure Date<br>02/21/09           02/22/09<br>00000000<br>LODGING<br>CARDEPOSIT |  |
|  | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION |  |
| 02/15/09 | ST REGIS MONARCH BEADANA POINT | 1,095.95 |
|  | Arrival Date        Departure Date<br>02/21/09           02/22/09<br>00000000<br>LODGING<br>CARDEPOSIT |  |
|  | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION |  |
| 02/15/09 | ST REGIS MONARCH BEADANA POINT | 1,095.95 |
|  | Arrival Date        Departure Date<br>02/21/09           02/22/09<br>00000000<br>LODGING<br>CARDEPOSIT |  |
|  | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION |  |
| 02/20/09 | NORDSTROM #321 0321 BREA | 950.36 |
|  | DEPARTMENT STORE<br>Description<br>NECKWEAR |  |
|  | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION |  |

00000770

Continued on next page

## DUPLICATE COPY

| Prepared For | Account Number | Closing Date | Page 7 of 16 |
|---|---|---|---|
| SYED Q MADAD | XXXX-XXXXX2-01004 | 03/09/09 | |

### Flexible Payment continued

| | | Amount $ |
|---|---|---|
| 02/20/09 | NORDSTROM #321 0321 BREA<br>DEPARTMENT STORE<br>Description<br>NORDSTROM CHARG<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 500.00 |
| 02/20/09 | NORDSTROM #321 0321 BREA<br>DEPARTMENT STORE<br>Description<br>MENS DRESS SHRT<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 1,998.76 |
| 02/20/09 | SADAFRESTAURANTNO.2 SANDIEGO<br>RESTAURANT<br>FOOD/BEVERAGE 233.23<br>TIP 40.00<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 273.23 |
| 02/21/09 | ST REGIS MONARCH BEADANA POINT<br>Arrival Date  Departure Date<br>02/22/09  02/22/09<br>00000000<br>LODGING<br>CARDEPOSIT<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 19,971.00 |
| 02/22/09 | NORDSTROM #321 0321 BREA<br>DEPARTMENT STORE<br>Description<br>WMNS FINE FRAG<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 334.03 |
| 02/23/09 | NORDSTROM DIRECT INCSEATTLE<br>NORDSTROM.COM 1-800-933-3<br>Description<br>WMNS FINE FRAG<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 335.60 |
| 02/24/09 | ST REGIS MONARCH BEADANA POINT<br>Arrival Date  Departure Date<br>02/20/09  02/23/09<br>00000000<br>LODGING<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 2.54 |
| 02/24/09 | NORDSTROM #321 0321 BREA<br>DEPARTMENT STORE<br>Description<br>MEN'S NECKWEAR<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 867.39 |
| 02/24/09 | NORDSTROM #321 0321 BREA<br>DEPARTMENT STORE<br>Description<br>INFANT ACCESSRY<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 516.12 |
| 02/24/09 | NORDSTROM #321 0321 BREA<br>DEPARTMENT STORE<br>Description<br>WMNS FINE FRAG<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 477.33 |
| 02/26/09 | NORDSTROM #321 0321 BREA<br>DEPARTMENT STORE<br>Description<br>MENS FURNISHING<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 2,449.13 |

00000771

Continued on reverse

## DUPLICATE COPY

Prepared For
**SYED Q MADAD**

Account Number
XXXX-XXXXX2-01004

## Flexible Payment Summary

| | |
|---|---|
| Previous Balance | 58696.42 |
| Payment Activity | -142403.67 |
| **FINANCE CHARGE** | 0.00 |
| New Charges/Adjustments | 93737.49 |
| New Balance | 10030.24 |

## Flexible Payment Activity

** Foreign Currency conversion rate
is base rate plus 2.7%. See page 2 for details.

**New Activity for SYED Q MADAD**
Card XXXX-XXXXX2-01004

| Date | Description | Foreign Spending | Amount $ |
|---|---|---|---|
| 03/08/09 | BELLAGIO - THE LOBBYLAS VEGAS<br>7026937555<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 13,051.00 |
| 03/08/09 | BELLAGIO - TUTTO   LAS VEGAS<br>7026937555<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 362.04 |
| 03/09/09 | BELLAGIO HOTEL & CASLAS VEGAS<br>8889877111<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 160.55 |
| 03/12/09 | NORDSTROM #320 0320 COSTA MESA<br>DEPARTMENT STORE<br>Description<br>WMNS FINE FRAG<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 491.34 |
| 03/12/09 | SAK'S FIFTH AVE 36 0COSTA MESA<br>7145403233<br>Description            Price<br>LOUIS VUITTON      450.00<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 484.88 |
| 03/12/09 | SAK'S FIFTH AVE 36 0COSTA MESA<br>7145403233<br>Description            Price<br>CHRISTIAN DIOR      390.00<br>D & G              195.00<br>DOLCE SPRING WOVENS 325.00<br>ZEGNA PRINTS       170.00<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 3,801.29 |
| 03/12/09 | GUCCI #65 3068640006COSTA MESA<br>7145579600<br>Description            Price<br>APPAREL/ACCESSORY S 484.88<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 484.88 |
| 03/14/09 | SQUARE ROOT INC 8788IRIVE<br>9493803320<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 290.93 |
| 03/15/09 | CEDAR CREEK INN 5429BREA<br>7142555600<br>TIP                100.00<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 773.97 |
| 03/15/09 | RITZ CARLTON LAGUNA DANA POINT<br>Arrival Date        Departure Date<br>03/15/09            03/15/09<br>00000000<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | 766.22 |

00000788
*Continued on next page*

## DUPLICATE COPY

**Platinum Card®**
**Statement of Account**

**1,542,649 Membership Rewards® Points Available** at 07/08/09 when charges due are paid in full and all accounts are in good standing.

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| SYED Q MADAD | XXXX-XXXXX2-01004 | 07/08/09 | Page 1 of 14 |

| | Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ | Payment Due Date 08/02/09 |
|---|---|---|---|---|---|---|
| Due in Full | 947.02 | -15,559.64 | 17,027.56 | 2,414.94 | 2,414.94 | |
| Flexible | 13,980.83 | -35,303.73 | 44,971.06 | 23,648.16 | 473.00 | |
| Total | 14,927.85 | -50,863.37 | +61,998.62 | =26,063.10 | 2,887.94 | Please refer to page 9 for important information regarding your account |

### See Page 14  For A Notice Of Changes To The Membership Rewards Program Terms & Conditions

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com**. For additional contact information, please see the reverse side of this page.

## Activity *Indicates posting date

| | Amount $ |
|---|---|
| 07/02/09* COMPUTER PAYMENT RECEIVED - THANK | -50,863.37 |

**Due In Full Activity for SYED Q MADAD**
Card XXXX-XXXXX2-01004

| | | Amount $ |
|---|---|---|
| 06/09/09 | RITE AID 5465 RITE AFULLERTON DRUG STORE/PHARMACY | 51.98 |
| 06/18/09 | JCPENNEY STORE 2648 BREA DEPARTMENT STORE Description WOMENS HOSIERY | 64.71 |
| 06/23/09 | ST REGIS MONARCH BEADANA POINT Arrival Date 08/16/09 Departure Date 08/16/09 00000000 LODGING CARDEPOSIT | 12,600.00 |
| 06/25/09 | BREA (CA) 5240106930BREA  2 MACYS.COM Description SILVER HOLLOWARE  Price 99.00 | 107.66 |
| 06/26/09 | TREND TRADING TO WIN866-929-4382 866-929-4382 | 19.95 |

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

Do not staple or use paper clips
**Payment Coupon**

Account Number 1004

**Payment Due Date:** 08/02/09

**New Balance** $ 26,063.10

**Minimum Amount Due** $2,887.94

SYED Q MADAD

To Pay by Computer, visit: americanexpress.com/pbc.

Enter account number on all documents. Make check payable to American Express.

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

$ _____ Amount enclosed

Check here if address or phone number has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

00000825

000037138557620L004 0026063L0000288794 06 H

## DUPLICATE COPY

| Prepared For<br>SYED Q MADAD | Account Number<br>XXXX-XXXXX2-01004 | Page 4 of 12 |
|---|---|---|

| Due in Full continued | ** Foreign Currency conversion rate<br>is base rate plus 2.7%. See page 2 for details. | Foreign Spending | Amount $ |
|---|---|---|---|
| 07/17/09 | ITALIAN GALLERIA 370BUENA PARK<br>7144840307<br>Description    Price<br>HOME FURNISHING   541.58 | | 541.58 |
| 07/23/09 | CELEBRITY CRUISES  MIAMI<br>CELEBRITY CRUISES | | 8,170.00 |
| 07/24/09 | THE SUMMIT HOUSE RESFULLERTON<br>7146714111<br>FOOD/BEVERAGE     264.55<br>TIP      50.00 | | 314.55 |
| 07/25/09 | ST REGIS MONARCH BEADANA POINT<br>Arrival Date    Departure Date<br>08/16/09      08/16/09<br>00000000<br>LODGING<br>CARDEPOSIT | | 34,777.00 |
| 07/28/09 | AOL SERVICE    DULLES<br>ASSIST.AOL.COM | | 25.90 |
| 07/30/09 | BERLINER PHOTOGRAPHYLOS ANGELES<br>323-857-1282 | | 168.47 |
| 07/31/09 | RADIOSHACK COR136416DIAMOND BAR<br>909-4442986 | | 159.63 |
| 07/31/09 | TRENDTRADE LLC   561-488-8031<br>561-922-7588 | | 27.95 |
| 08/03/09 | OFFICEMAX, INC. 0679714-579-1865<br>714-579-1865<br>BLACK | | 67.39 |

| Total of Due in Full Activity for SYED Q MADAD | 54,262.67 |
|---|---|

### Due in Full Activity for MAHVISH Z MADAD
Card XXXX-XXXXX2-01020

| 07/09/09 | BOA SM 3000034490430SANTA MONICA<br>3236553372<br>FOOD/BEVERAGE    45.55<br>TIP      10.00 | | 55.55 |
|---|---|---|---|
| 07/11/09 | MIU MIU BEVERLY HILLBEVERLY HILLS<br>LUGGAGE/LEATHER GOODS<br>Description<br>622627 | | 2,535.23 |

Continued on Page 5

**Premium Refunds for TravelAssure and TravelAssure Classic**-please consult the table below to determine how to process your refund.

| Reason for Refund | How to Process Your Premium Refund for TravelAssure or TravelAssure Classic |
|---|---|
| Reason other than cancelled trip | (A) You're entitled to a full premium refund. Please deduct the total premium refund amount from your total balance due and return this form with your payment. Make sure you complete the grid on the front indicating the refunds you're requesting. |
| I Cancelled my trip | (B) If you don't expect a credit for your airline ticket charge, you're entitled to a partial* premium refund as follows:<br>• For TravelAssure, please deduct $10 from your total balance due for each premium charge you'd like refunded.<br>• For TravelAssure Classic, please deduct $8 from your total balance due for each premium charge you'd like refunded.<br>Make sure you complete the grid on the front of this form indicating the refunds you're requesting, and return it with your payment.<br>(C) If you expect credit for your airline ticket charge, you don't need to fill out this form. You'll automatically receive partial* premium refunds once your ticket has been credited on your American Express account. Refunds will appear as credits on your monthly statement. |
| Insurance premium was charged for a non-insurable person | (D) If you expect credit for your airline ticket charge, you're entitled to a full premium refund as follows:<br>• For TravelAssure, deduct $18.95 from your total balance due for each premium charge you'd like refunded.<br>• For TravelAssure Classic, deduct $11.95 from your total balance due for each premium charge you'd like refunded.<br>Make sure you complete the grid on the front of the form indicating the refunds you're requesting, and return it with your payment.<br>Note: you'll automatically receive the remainder of your premium refund once your airline ticket has been credited on your American Express account. The remainder refunds will appear as credits on your monthly statement.<br>(E) If you don't expect a credit for your airline ticket charge, follow the method outlined in section (A) above. |

**Premium Refunds for International Medical Protection**
Deduct the total premium refund amount you're requesting from the total balance due and return this form with your payment. Please complete the grid on the front indicating the refunds you're requesting. If you expect a credit for your airline ticket charge, don't fill this form out. You'll automatically receive refunds once your ticket is credited on your American Express account. Refunds will appear as credits on your monthly statement.
If you have any questions about requesting your refund, please call the number on the back of your American Express Card.
* For cancelled trips, refunds aren't given for trip cancellation portion of premium since that coverage already went into effect. You'll receive partial refunds of $10 per TravelAssure and $8 per TravelAssure Classic charge. You can still submit claims to recover nonrefundable 400000842

# DUPLICATE COPY

| Prepared For | Account Number | Closing Date | Page 7 of 14 |
|---|---|---|---|
| SYED Q MADAD | XXXX-XXXXX2-01004 | 09/07/09 | |

| Due in Full continued | | Amount $ |
|---|---|---|
| 09/07/09 | SINGER22.COM 00000  EAST HILLS | 292.95 |
| | 5166261600 | |
| | Description | |
| | MENS & LADIES CLOTH | |

| **Total of Due in Full Activity for MAHRUKH Z MADAD** | **2,893.38** |
|---|---|

| **Total Due In Full Activity** | **22,574.97** |
|---|---|

## Flexible Payment Summary

| Previous Balance | 5379.07 |
|---|---|
| Payment Activity | -55.29 |
| **FINANCE CHARGE** | 364.63 |
| New Charges/Adjustments | 30614.23 |
| New Balance | 36302.64 |

## Flexible Payment Activity

### New Activity for SYED Q MADAD
Card XXXX-XXXXX2-01004

| | | Amount $ |
|---|---|---|
| 08/18/09 | ROYAL CARIBBEAN    MIAMI | 2,635.84 |
| | ROYAL CARIBBEAN | Credit |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | |
| 08/10/09 | NORDSTROM #321 0321 BREA | 404.55 |
| | DEPARTMENT STORE | |
| | Description | |
| | HOME FRAGRANCE | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | |
| 08/11/09 | ST REGIS MONARCH BEADANA POINT | 765.51 |
| | Arrival Date          Departure Date | |
| | 08/14/09                 08/16/09 | |
| | 00000000 | |
| | LODGING | |
| | CARDEPOSIT | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | |
| 08/11/09 | ST REGIS MONARCH BEADANA POINT | 765.51 |
| | Arrival Date          Departure Date | |
| | 08/14/09                 08/16/09 | |
| | 00000000 | |
| | LODGING | |
| | CARDEPOSIT | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | |
| 08/11/09 | ST REGIS MONARCH BEADANA POINT | 1,095.95 |
| | Arrival Date          Departure Date | |
| | 08/14/09                 08/16/09 | |
| | 00000000 | |
| | LODGING | |
| | CARDEPOSIT | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | |
| 08/11/09 | ST REGIS MONARCH BEADANA POINT | 1,095.95 |
| | Arrival Date          Departure Date | |
| | 08/14/09                 08/16/09 | |
| | 00000000 | |
| | LODGING | |
| | CARDEPOSIT | |
| | SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | |

## DUPLICATE COPY

| Prepared For<br>SYED Q MADAD | Account Number<br>XXXX-XXXXX2-01004 | Page 8 of 14 |
|---|---|---|

### Flexible Payment continued

| | | Amount $ |
|---|---|---|
| 08/14/09 | TRAVEL AGENCY SERVICEMOORPARK    CA<br>TRAVEL AGENCY SERVICE FEE<br>Routing Details Not Available<br>Ticket Number: 89005020661012<br>Passenger Name: TABATABAI/MEHER<br>Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH.<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 30.00 |

| 08/14/09 | AIR CANADA      MOORPARK    CA | 3,612.30 |
|---|---|---|

AIR CANADA

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| LOS ANGELES CA | MONTREAL QUEBEC CD | AC | Z1 |
| | ROME-DA VINCI ITAL | AC | Z1 |
| | TORONTO ONTARIO CD | AC | Z1 |
| | LOS ANGELES CA | AC | Z1 |

Ticket Number: 01476947658900            Date of Departure: 09/25
Passenger Name: TABATABAI/MEHER
Document Type: PASSENGER TICKET
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 08/14/09 | AIR CANADA      MOORPARK    CA | 3,612.30 |
|---|---|---|

AIR CANADA

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| LOS ANGELES CA | MONTREAL QUEBEC CD | AC | Z1 |
| | ROME-DA VINCI ITAL | AC | Z1 |
| | TORONTO ONTARIO CD | AC | Z1 |
| | LOS ANGELES CA | AC | Z1 |

Ticket Number: 01476947658911            Date of Departure: 09/25
Passenger Name: MADAD/SYED
Document Type: PASSENGER TICKET
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 08/14/09 | ST REGIS MONARCH BEADANA POINT | 1,956.38 |
|---|---|---|

| Arrival Date | Departure Date |
|---|---|
| 08/16/09 | 08/16/09 |

00000000
LODGING
CARDEPOSIT
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 08/17/09 | ST REGIS MONARCH BEADANA POINT | 4,471.16 |
|---|---|---|

| Arrival Date | Departure Date |
|---|---|
| 08/15/09 | 08/16/09 |

00000000
LODGING
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 08/17/09 | ST REGIS MONARCH BEADANA POINT | 823.05 |
|---|---|---|

| Arrival Date | Departure Date |
|---|---|
| 08/15/09 | 08/16/09 |

00000000
LODGING
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 08/17/09 | ST REGIS MONARCH BEADANA POINT | 7.07 |
|---|---|---|

| Arrival Date | Departure Date |
|---|---|
| 08/16/09 | 08/16/09 |

00000000
LODGING
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

| 08/20/09 | ST REGIS MONARCH BEADANA POINT | 7,395.25 |
|---|---|---|

| Arrival Date | Departure Date |
|---|---|
| 08/16/09 | 08/19/09 |

00000000
LODGING
SIGN & TRAVEL® / EXTENDED PAYMENT OPTION

00000858
Continued on next page

# DUPLICATE COPY

| Prepared For<br>SYED Q MADAD | Account Number<br>XXXX-XXXXX2-01004 | Closing Date<br>09/07/09 | Page 9 of 14 |
|---|---|---|---|

## Flexible Payment continued

| | | Amount $ |
|---|---|---|
| 08/20/09 | NORDSTROM #321 0321 BREA<br>DEPARTMENT STORE<br>Description<br>MEN'S NECKWEAR<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 587.25 |
| 08/21/09 | TRAVEL BOUND 0034  NEW YORK<br>8008089543<br>Description<br>NON DURABLE GO<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 1,272.55 |
| 08/21/09 | NORDSTROM #321 0321 BREA<br>DEPARTMENT STORE<br>Description<br>WMNS FINE FRAG<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 291.45 |

| **Total of New Activity for SYED Q MADAD** | **25,550.39** |
|---|---|

## New Activity for MAHVISH Z MADAD
Card XXXX-XXXXX2-01020

| | | |
|---|---|---|
| 08/13/09 | Automated Pet Care PPontiac<br>2483383319<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 349.00 |
| 08/15/09 | VOUGE SALON VOUGE SADANA POINT<br>949-488-7818<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 282.75 |
| 08/17/09 | ST REGIS MONARCH BEADANA POINT<br>Arrival Date   Departure Date<br>08/16/09   08/16/09<br>00000000<br>LODGING<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 31.00 |
| 08/17/09 | ST REGIS MONARCH BEADANA POINT<br>Arrival Date   Departure Date<br>08/14/09   08/16/09<br>00000000<br>LODGING<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 1,296.96 |
| 08/17/09 | ST REGIS MONARCH BEADANA POINT<br>Arrival Date   Departure Date<br>08/14/09   08/16/09<br>00000000<br>LODGING<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 2,445.13 |

| **Total of New Activity for MAHVISH Z MADAD** | **4,404.84** |
|---|---|

## New Activity for MAHRUKH Z MADAD
Card XXXX-XXXXX2-02523

| | | |
|---|---|---|
| 08/14/09 | WWW.GILT.COM 8000005NEW YORK<br>8774458692<br>Description   Price<br>WOMEN'S ACCESSORY   378.00<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 378.00 |

00000859

Continued on reverse

## DUPLICATE COPY

| Prepared For<br>SYED Q MADAD | Account Number<br>XXXX-XXXXX2-01004 | Page 6 of 11 |
|---|---|---|

### Due in Full continued

| | | Amount $ |
|---|---|---|
| 01/01/10 | CHEVRON CHEVRON ST #NEWPORT BEACH<br>9497608678<br>Description                 Price<br>FUEL/MISCELLANEOUS   48.79 | 48.79 |
| 01/05/10 | ITUNES MUSIC STORE IAUSTIN<br>iTunes Music Store | 6.45 |

| **Total of Due in Full Activity for MAHRUKH Z MADAD** | **4,820.17** |
|---|---|

| **Total Due in Full Activity** | **33,055.95** |
|---|---|

### Flexible Payment Summary

| Previous Balance | 35115.17 |
|---|---|
| Payment Activity | -33995.67 |
| FINANCE CHARGE | 0.00 |
| New Charges/Adjustments | 31922.25 |
| New Balance | 33041.75 |

### Flexible Payment Activity

**New Activity for SYED Q MADAD**
Card XXXX-XXXXX2-01004

| | | Amount $ |
|---|---|---|
| 12/06/09 | BELLAGIO GIARDINI 67LAS VEGAS<br>702-693-7555<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 362.14 |
| 12/16/09 | MERCEDES TEL*AID SER800-922-2013<br>SERVICES<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 240.00 |
| 12/20/09 | EMIRATES ADMIN OFF 4LOS ANGELES<br>AIRLINE/AIR CARRIER<br>Description<br>AIRLINE FBO<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 175.00 |
| 12/29/09 | MERCEDES BENZ OF LAGLAGUNA NIGUEL<br>949-347-3756<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 566.56 |
| 12/30/09 | JUDITH LEIBER 451173COSTA MESA<br>WOMEN'S CLOTHING<br>Description<br>APPAREL/ACC<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 16,279.88 |
| 12/30/09 | JUDITH LEIBER 451173COSTA MESA<br>WOMEN'S CLOTHING<br>Description<br>APPAREL/ACC<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 1,132.63 |
| 01/04/10 | AMERICAN AIRLINES   SAN ANTONIO  TX<br>AMERICAN AIRLINES<br>From:                    To:                         Carrier:      Class:<br>LOS ANGELES CA    BOSTON MA          AA            OA<br>                               NOT AVAILABLE<br>Ticket Number: 00177280197861        Date of Departure: 01/05<br>Passenger Name: ABID/MIRZA MIRWAN<br>Document Type: PASSENGER TICKET<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 119.70 |
| 01/04/10 | YAHOO! TRAVEL 672352800-256-9089<br>800-256-9089<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | 26.94 |

00000916
*Continued on next page*