# EXHIBIT U

## Sentencing in Ponzi Scheme Cases in the Central District, California Since August 2008

| Defendant | Date of Sentence | Sentence | Guidelines Range | Total Loss to Victims ($) | # of Victims | Case No. |
|---|---|---|---|---|---|---|
| Jinsup Choi | 8/28/08 | 84 months | 63-78 | $9.3 M | | 08-CR-108 |
| Arthur Simburg | 11/17/08 | 108 months | 97-121 (including 5K) | $28 M | 700+ | 07-CR-1076 |
| Robert Jennings | 11/17/08 | 144 months | 210-262 | $28 M | 700+ | 07-CR-1076 |
| Charles Perry Trigilio | 11/20/08 | 96 months | 121-151 | $7.8 M | | 08-CR-292 |
| Jeanette Stadefor | 1/20/09 | 97 months | 97-121 | $17.8 M | | 08-CR-563 |
| Henry Jones | 4/3/09 | 240 months | 235-293 | $28 M | 700+ | 07-CR-1076 |
| Robert Barne | 10/7/09 | 97 months | 87-108 months | $16,038,568 | 50+ | 08-CR-1368 |
| Colin Nathanson | 8/19/09 | 324 months | 292-365 months | $55,331,374 | 250+ | 05-CR-301 |
| Michael M. Harkless | 9/28/09 | 100 years[1] | Life[2] | $39M | 600 | 07-CR-18 |
| Antoine David Haroutunian | 8/3/09 | 87 months | 78-97 months | $10,693,157.56 | 10+ | 09-CR-186 |
| Curtis Somoza | 11/3/09 | 300 months | 262-327 months | $44,175,525 | 50+ | 06-CR-479 |
| Reed Kyle Diehl | 11/10/2009 | 57 | 57-71 | $5.3 million | under 10 | 08-CR-80 |

[1] 'Harkless' conviction was reversed based on a defective Faretta waiver. He pled guilty to one count of wire fraud (20 year statutory maximum) pursuant to a plea agreement with the government and is awaiting sentencing.

[2] Harkless's guideline range was "life," based on an offense level of 45 (which gets treated the same as 43, USSG, Chp. 5, Part A, app. n. 2) and a criminal history category of I. None of the statutes of conviction (18 USC 1341, 1343, 1957) permitted a sentence of "life," so the maximum sentence he faced was the cumulative statutory maximum of 130 years (6 mail/wire fraud counts that each have a 20 year stat max plus the one money laundering count that has a 10 year stat max).

| Defendant | Date of Sentence | Sentence | Guidelines Range | Total Loss to Victims ($) | # of Victims | Case No. |
|---|---|---|---|---|---|---|
| Bradley L. Ruderman | 1/11/10 | 121 months | 121-151 months | $27,585,849 | 10+ | 09-CR-757 |
| Milton Retana | 4/26/10 | 25 years | Life | > $20M[3] | ~2300 | 08-CR-1433 |
| John Anthony Miller | 1/11/10 | 159 months | 135-168 months, w/ mandatory consecutive 24-month sentence for ID theft | @$21M | @130 | 08-CR-1382 |
| James Halstead | 5/12/10 | 121 months | 121-151 months | @20M | @140 | 08-CR-237 |
| Tarakeswar Chaudhary | 8/30/10 | 70 months | 63-78 months | Restitution hearing set for 11/23/10 | 46 | 10-CR-1 |
| Daniel Cohen | 1/23/10 | 151months | 168-210 | $39 M | 1000 | 09-CR-383 |
| Richard Cohen | 1/30/10 | 153 months | 168-210 | $39 M | 1000 | 09-CR-383 |
| Ruben Gonzalez | 12/6/10 | 135 months | 135-168 | $2.1 M | 100 | 10-CR-509 |
| Eugene Parker | 1/24/11 | 46 months | | $3 M | | 10-CR-55 |
| Thomas L. Mitchell | 8/15/11 | 108 months | 87-108 months | $7 M | 60+ | 11-CR-303 |
| Catherine Lipscomb | 11/14/11 | 24 months | | $7.5 M | | 09-CR-89 |
| Christiano Hashimoto | 12/19/11 | 144 months | | $17 M | | 09-CR-89 |
| Edward Lantz Ferguson | 3/12/12 | 70 months | 108-135 | $3.7 M | 27 | 09-CR-180 |
| David Johnson | 7/9/12 | 168 months | 135-168 | $17 M | | 09-CR-89 |
| Kuei Tsuei Hu | 9/12/12 | 37 months | 37-46 | $2.4 M | under 10 | 11-CR-250 |

[3] Note that the loss amount and number of victims in Retana case are not yet finalized; a special master is currently sorting through all the data.

2

| Defendant | Date of Sentence | Sentence | Guidelines Range | Total Loss to Victims ($) | # of Victims | Case No. |
|---|---|---|---|---|---|---|
| Jack Hu | 9/12/12 | 37 months | 37-46 | $2.4 M | under 10 | 11-CR-250 |
| Steven Yamashiro | 12/17/12 | 189 months[4] | | | | 11-CR-217 |
| Dean Gross | 1/14/13 | 84 months | 78-97 | $15.4 M | 29 | 12-CR-525 |
| John Farahi | 3/17/13 | 120 months | this was the maximum sentence under the plea agreement | $22 M | 87 | 11-CR-1165 |

[4]Yamashiro's sentence, which is comprised of three consecutive terms of 63 months each, is on appeal.

3