# EXHIBIT V



## Technology for Telecommunication and Multimedia, Inc.
*Your Link to the Future*

Dr Akbar Omar,
West Covina, CA.

March 9, 2010

Subject: CONFIDENTIAL

  In view of the visit of two (2) Internal Service Revenue agents on Feb 9, 2010, investigating, your business/es & activities, and particularly East Villa Apts, TTM has come under scrutiny. Our corporate filings were examined by the IRS agents to verify the ownership.

As you have been advised since then, TTM does not want to get entangled in this investigation & will be protecting its operations and other clients.

  We were never advised by you of the existence of any such investigation. According to your statements, you only learned for the first time from TTM. But your request for large withdrawl seems to have coincided with IRS agents visit with a couple of days here and there.

  Because of our long personal relationship, I will meet your withdrawl requests from my personal funds, to avoid any legal issues with the IRS, personal or business.

If you do not agree, please produce a letter from the Internal Revenue Service, that there were no pending investigation against you or your businesses, from where you have been transferring /diverting funds to TTM & and we will transfer all your funds as you wish.

Yours truly
*[signature]*
Syed Q. Madad, CEO

---

P.O. Box 970  Placentia, CA 92871  TEL (909) 860-0170  FAX (909) 860-0180

00051166



**Technology for Telecommunication and Multimedia, Inc.**

Your Link to the Future

April 15, 2010

Subject : Confidential Regarding
Dr Akbar Omar/ Mrs Rukhsana Omar
Investment Accounts

This is to certify that Dr. Akbar Omar / Mrs Rukhsana Omar have invested a sum of $ 10,625,435.90 with TTM Inc., a California Corporation, since November 13, 2008.. Their current account balance as of March 31, 2010 is $ 13,668,918.43, which includes a deferred & current Income of $ 3,043,482.53 in Nine (9) different accounts . Please refer to the attached Statement.

The funds are totally liquid and can be withdrawn at anytime.

Their Investment is generating a monthly income of $ 220,000- $ 240,000 range.
Their annual income from the Investments at TTM is estimated to be $ 2,750,000.00 for the current year.

If you have any questions, please do not hesitate to call me at (909) 896-4412

Thanks

Yours truly

Syed Q. Madad
CEO

00051134

INVESTMENT ACCOUNTS SUMMARY
DR. AKBAR OMAR/RUKHSANA OMAR

Rev:13
04/15/2010

| A/C | Date | Total Investment | Current Value 03/31/2010 |
|---|---|---|---|
| 1) AO/RO | 11/13/2008 | $ 6,033,419.92 | $ 7,784,145.91 |
| 2) EP | 12/11/2008 | $ 1,841,618.27 | $ 2,428,692.56 |
| 3) SS | 12/10/2008 | $ 1,267,390.05 | $ 1,682,404.28 |
| 4) AYO | 12/10/2008 | $ 51,767.18 | $ 68,624.19 |
| 5) SAO | 12/10/2008 | $ 35,345.19 | $ 46,733.22 |
| 6) SHO | 12/10/2008 | $ 36,120.16 | $ 47,714.01 |
| 7) SMP | 01/22/2009 | $ 538,617.49 | $ 695,384.33 |
| 8) ELV | 01/22/2009 | $ 276,157.64 | $ 325,909.08 |
| 9) AKM | 11/24/2009 | $ 545,000.00 | $ 589,310.85 |
| Total | | $ 10,625,435.90 | $ 13,668,918.43 |

00051135