1    **DECLARATION OF JENNIFER M. RESNIK**

2    I, Jennifer M. Resnik, declare as follows:

3        1.   I am an Assistant United States Attorney ("AUSA") in

4    the Central District of California and am responsible for the

5    representation of the government's interest in the criminal

6    forfeiture portion of this action, entitled United States v.

7    Syed Qaisar Madad, CR 12-1048-PA.  I make this declaration based

8    upon my personal knowledge and that gained by my review of

9    official government files.

10       2.   The government currently believes that approximately

11   83 persons suffered an actual loss as a result of defendant's

12   crimes.  The government reached this number by analyzing the

13   summary created by the FBI of deposits and withdrawals into the

14   Bank of America TTM account (Declaration of Ranee Katzenstein,

15   Exh. I; Declaration of Geronimo P. Carmona, Exh. B) and

16   comparing this data with records seized from defendant,

17   particularly defendant's documentation regarding the individual

18   accounts held within the TTM pool.

19       3.   On April 25, 2013, the government sent letters to

20   approximately 71 victims in this case requesting that all

21   victims complete (under penalty of perjury) a Declaration of

22   Losses (a form provided by the government) to assist the

23   government in computing their losses.[1]  To date, the government

24   has received 52 executed declarations from victims.

---

[1]   The government sent letters to the victims that it had
identified as of that date, but has since discovered
approximately 13 additional victims.  The government is working
to find contact information for these additional victims and
intends to send letters to them as soon as this information is
obtained.

Additionally, the government has received 10 victim impact statements and 16 petitions for remission from the victims, statements which also contain information about the victims' losses.[2]

4. Resnik Exhibit A, which is being filed separately under seal, is a list prepared by the United States Attorney's Office of the victims and their individual loss amounts. Exhibit A was prepared by comparing the summary of deposits and withdrawals into the Bank of America TTM account to the information provided by the victims. Where there was a discrepancy and the amount of loss claimed by the victim was less than that calculated by the government, the government has given defendant the benefit of the doubt and used the amount submitted by the victim. Where there was a discrepancy and the amount of loss claimed by the victim was more than that calculated by the government, if the government was able to verify the information submitted by the victim, the government has used the amount submitted by the victim. Otherwise, the government has used its own calculations. An asterisk has been placed next to the loss amount in all instances where there was a discrepancy between the loss amount claimed by the victim and that calculated by the government.

_____

[2]   The Petitions for Remission were submitted to the government in connection with the related civil forfeiture actions against defendant's real property in United States v. Real Property Located in Diamond Bar, California, Assessor Parcel Number 8713-028-004, CV-12-05270-GAF-JC and United States v. Real Property Located in Diamond Bar, California, Assessor Parcel Number 8713-028-003, CV-12-04474-GAF-JC.

5.   A review of the information submitted by the victims has revealed at least 20 material discrepancies between the actual loss calculated by the government and the loss claimed by individual victims.  The discrepancies in the loss amounts range between a few hundred dollars and $2,992,180.

6.   Due to the discrepancies in the individual loss amounts, the government is unable at this time to advise the Court or the United States Probation Office regarding the final amount of restitution owed by defendant.  Accordingly, the government is requesting that the determination on restitution be continued for 60 days.  Additional time will allow the government to contact the victims to give them the opportunity to provide supporting documentation where the deposits and withdrawals they claimed in their declarations were inconsistent with the government's evidence.  It will also enable the government to attempt to contact those victims who the government was previously unaware of or unable to contact.

7.   Once an Order of Restitution has been entered, the government intends to submit a restoration request to the Department of Justice Asset Forfeiture and Money Laundering Section ("AFMLS") to have the proceeds from the sale of defendant's assets that have been forfeited be applied to the restitution order.

8.   On or about June 6, 2013, I received information from FBI Forfeiture Specialist Judith Scott, who advised me that the assets belonging to defendant (or that are traceable to proceeds of defendant's crimes) that the government has seized and/or

forfeited (both administratively and judicially) to date and
their approximate values include the following:

| ASSET DESCRIPTION | APPROX. VALUE[3] |
|---|---|
| Real Property Located in Diamond Bar with APN 8713-028-004 | $600,000.00 |
| Real Property Located in Diamond Bar with APN 8713-028-003 | $2,600,000.00 |
| 2008 Mercedes Benz C63 | $31,850.00 |
| $293,979.23 in bank funds seized from a Charles Schwab Bank account in the name of Faisal Hai Rajput | $293,979.23 |
| 89 items of assorted personal property | $25,165.00 |
| 21 items of assorted jewelry | $9,438.00 |
| 2 pure silk handmade rugs and 2 pure wool handmade rugs | $28,000.00 |
| 38 pieces of jewelry seized from Nicole-Stanton, LLC[4] | $411,730.00 |

[3]    The approximate appraisal value assigned to each asset does
not take into account any bona fide liens that may be held
against that asset.
[4]    While the Court has yet to issue a final order of
forfeiture for the jewelry seized from Nicole Stanton, LLC, (See
Dkt. No. 44, Preliminary Order of Forfeiture), as of the date of
this filing, no third party claims have been filed and the

4

| 9 items of assorted jewelry | $ 49,470.00 |
| --- | --- |

9.    The government has received checks from four charitable organizations, namely, The William J. Clinton Foundation; the International Leadership Foundation; the Muslim Public Affairs Council Foundation; and Islamic Relief USA, that have voluntarily disgorged victim funds previously donated by defendant totaling $35,000.00.   These funds are currently in the custody of the United States Marshals Service and the government intends to request that they be applied to restitution.

I declare under penalty of perjury, under the laws of the United States of America, that to the best of my knowledge, the foregoing is true and correct.

Executed on June 13, 2013, in Los Angeles, California.

JENNIFER M. RESNIK

deadline for all potential claimants who received direct notice of the forfeiture to file a claim has passed.

5