# CARMONA EXHIBIT A

Syed Qaisar Madad and Meher F. Tabatabai
Computation of Tax Due and Owing

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| Cash | 87,012 | 182,500 | 196,000 | 499,150 | 609,500 | 121,000 | 1,695,162 |
| Credit Cards | 122,900 | 992,350 | 1,403,397 | 1,807,504 | 1,471,788 | 301,234 | 6,099,172 |
| Family Members | 77,203 | 66,155 | 763,100 | 193,200 | 147,000 | 113,500 | 1,360,158 |
| Jewelry | 19,643 | 373,796 | 325,703 | 492,007 | 167,446 | 100,000 | 1,478,595 |
| MFT MD, Inc. | 200,000 | 315,459 | 278,954 | 261,535 | 150,000 | 107,111 | 1,313,059 |
| Real Estate/Property | 81,699 | 251,524 | 423,333 | 1,698,636 | 1,068,051 | 510,739 | 4,033,982 |
| SYED MADAD | 111,393 | 390,250 | 137,000 | 380,346 | 170,000 | 46,000 | 1,234,989 |
| Vehicles | 19,475 | 88,464 | 76,013 | 24,607 | 19,656 | 2,451 | 230,665 |
| Total Payments to MADAD | 719,325 | 2,660,497 | 3,603,498 | 5,356,985 | 3,803,441 | 1,302,035 | 17,445,782 |
| Less Adjustments: | | | | | | | |
| Madad/Related Deposits | - | - | 146,000 | 460,000 | 967,500 | 75,000 | 1,648,500 |
| Unknown/Unclassified | 80,500 | 41,515 | 15,686 | 12 | 105,120 | - | 242,833 |
| Total Adjustments | 80,500 | 41,515 | 161,686 | 460,012 | 1,072,620 | 75,000 | 1,891,333 |
| Unreported Income | 638,825 | 2,618,982 | 3,441,812 | 4,896,973 | 2,730,821 | 1,227,035 | 15,554,449 |
| Balance Due | $ 215,694 | $ 930,223 | $ 1,210,149 | $ 1,715,154 | $ 940,778 | Not Filed | $ 5,011,998 |

Total for Count Years: 2006-2009   $ 3,855,526