## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 12-1048 PA | Date | June 24, 2013 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Paul Songco | Leandra Amber | Rane Katzenstein, Jennifer Resnik |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Syed Qaisar Madad | X | | X | Mark Werksman | X | | X |

**Proceedings:**   **SENTENCING**

     Pursuant to 18 U.S.C. § 3664(d)(5), the determination of restitution is deferred until August 12, 2013. An amended judgment will issue after such determination.  Hearing on the issue of restitution is set for August 12, 2013, at 8:30 a.m.

     The Court orders a further status conference for July 1, 2013 at 10:30 a.m.

     Refer to Judgment and Probation/Commitment Order filed herewith**.**

     Defendant informed of right to appeal.

     FILED and distributed judgment.  Issued JS-3. ENTERED.

|  | 1 | : | 52 |
|---|---|---|---|
| Initials of Deputy Clerk | PS | | |

cc: