06/23/2014

Hon. Percy Anderson,
US District Judge,
Western Division,
US Courthouse,
Clerk's Office, Room 215
312 N Spring Street,
Los Angeles, CA 90012

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| UNITED STATES OF AMERICA  Plaintiff  V  SYED QAISAR MADAD  Defendant | NO: CR 12-1048 PA |
|---|---|

Your Honor:

In compliance with your decree, I self surrendered at Metropolitan Detention Center (MDC) Los Angeles on Sept 16, 2013 to commence serving my sentence. I was designated to FCI Texarkana, Texas and arrived here on Nov 14, 2013.

Since my arrival at FCI Texarkana, Texas, I have been taken to hospital, in emergency, four (4) times and hospitalized twice. I have been scheduled more hospital visits in the coming months because of my abnormal EKG on my last hospital visit this month. Your Honor: I am 67½ year old with multiple medical problems.

By this letter, I am requesting your Honor, if my sentence

of 151 months in prison can be commuted to Probation/Home Confinement, one of my four sentencing options identified in the PSR submitted to your Court, Your Honor. And that this commutation will satisfy the intent & the purpose of the Sentencing Law, as intended by the US Congress in promulgating the law & approving it.

I was on Home Detention/Ankle Bracelet Monitoring from Oct 31, 2012 to Sept 16, 2013, under Officer Ms. Brenda Mercado and abided by all rules/regulations of my monitoring, and had no violations.

And since my incarceration from Sept 16, 2013 to this day (June 23, 2014) I have abided by all the rules & regulations of the US Bureau of Prisons & once again have no violations. My Case Manager at the FCI Texarkana, Texas is Ms. Gina Smith & my Counsellor Mr. Warren.

AT FCI Texarkana, Tx our Health Services Administrator (HSA) incharge of the Medical Unit is Mr. Rayburn & Ms. Patterson is co-ordinator of Medical Records.

Your Honor: my appeal for a reduction in my sentence Case: 13-50311 is also pending in your Court. Your Honor: I am requesting if this request for Commutation of Sentence to Probation/Home Confinement can be given consideration at the same time. Your Honor: the US-BOP has treated me humanely & compassionately to this day, since my incarceration. Thank you for your time, You Honor.

Yours respectfully

*[signature]*

SYED QAISAR MADAD