## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | | | |
|---|---|---|---|---|
| Case No. | CR 12-1048 PA | | Date | September 6, 2014 |

Present: The Honorable    PERCY ANDERSON, U.S. DISTRICT JUDGE

Interpreter    N/A

| Julieta Lozano | Not Reported | Asha Olivas, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Syed Qaisar Madad | Not | X | | | Not | | |

**Proceedings:**    IN CHAMBERS - ORDER

      Before the Court is defendant's motion to modify or reduce his sentence. On June 24, 2013, this court sentenced the Defendant to a term of imprisonment of 151 months. Defendant urges the court to reduce his sentence to probation, or in the alternative, home confinement.

      Generally district courts do not have the authority to modify a defendant's sentence. See 18 U.S.C. § 3582(a); see also, United States v. Mullanix, 99 F.3d 323, 324 (9th Cir. 1996) (district court may modify a sentence only when authorized by a statute or rule). Section 3582 permits a court to modify a sentence when one of the following exceptions apply: (1) the Bureau of Prisons makes a motion and court finds that "extraordinary and compelling" reasons warrant such a modification or defendant is at least 70 years old, and has served at least 30 years in prison, and is not a danger to the community; (2) such a modification is permitted by Rule 35 of the Federal Rules of Criminal Procedure[1] or another statute permitting the modification; or (3) there has been an amendment to the Sentencing Guidelines so that the range upon which the defendant's sentence was based has subsequently been lowered by the Sentencing Commission.

      None of the exceptions apply. Therefore, the Defendant's motion to modify or reduce his sentence is denied.

      IT IS SO ORDERED.

                                                                           Initials of Deputy Clerk    jloz

cc:

---

[1] Rule 35 permits a modification of sentence when there has been an error in computing the defendant's sentence or upon a recommendation of the government for the defendant's substantial assistance.