Hon. Percy Anderson,  
US District Judge,  
Western Division,  
US Courthouse,  
Clerk's Office, Room 215  
312 N. Spring Street,  
Los Angeles, CA 90012

10/2/2014

FILED  
CLERK, U.S. DISTRICT COURT  
OCT 10 2014  
CENTRAL DISTRICT OF CALIFORNIA  
BY

UNITED STATES DISTRICT COURT  
FOR THE CENTRAL DISTRICT OF CALIFORNIA  
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>V<br>SYED QAISAR MADAD<br>Defendant | NO: CR 12-1048 PA |

Your Honor:

Thank you for taking time to address my request for the commutation of my prison sentence of 151 months to probation/House confinement only, per one of the four (4) sentencing options identified in the PSR. Although the outcome is not encouraging, but your Honor thank you for consideration & I understand procedural & legal constraints.

I look at the situation your Honor, more pragmatically. Starting the 4th Qtr, 2014, I have been officially scheduled to serve as an inmate companion, under the Suicide Prevention Program, at the 1200 plus inmate facility at Texarkana, Texas. (Please see attached). My voluntary participation in this program will help save lives, plus the donation of

educational material, on a regular basis, for the benefit of other inmates will allow me to continue & payback my debt to the community and society in general, something I have done since my arrival from Canada, in December, 1983. Infact, going as far back as Feb, 1976, I have supported numerous charities, the construction of schools & libraries to promote literacy, disaster relief, free access to healthcare & empowerment of economically disadvantaged people to fight poverty, including support for my extended family.

Thank you once again, your Honor

Yours respectfully,

*[signature]*

SYED QAISAR MADAD

## FCI TEXARKANA SUICIDE WATCH COMPANION SCHEDULE

| Time | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| 0030 to 0330 | Andrews 17977-078 | Brooks 09632-043 | Durham 38862-044 | Hendrix 37885-044 | Johnson 13047-035 | Kidwell 07246-059 | Madad 63886-112 |
| 0330 to 0630 | McCalister 08417-062 | Navarrette 16983-064 | Pinckard 36412-044 | Ratley 19011-078 | Roberts 08946-062 | Rock 74423-280 | Slade 36995-280 |
| 0630 to 0930 | Thompson 18486-009 | Turner 59100-178 | Warren 61940-054 | Wilson 13243-035 | Wright Jr 20393-017 | Andrews 17977-078 | Brooks 09632-043 |
| 0930 to 1230 | Durham 38862-044 | Hendrix 37885-044 | Johnson 13047-035 | Kidwell 07246-05 | Madad 63886-112 | McCalister 08417-062 | Navarrette 16983-064 |
| 1230 to 1530 | Pinckard 36412-044 | Ratley 19011-078 | Roberts 08946-062 | Thompson 18486-009 | Slade 36995-280 | Thompson 18486-009 | Turner 59100-178 |
| 1530 to 1830 | Warren 61940-054 | Wilson 13243-035 | Wright Jr 20393-017 | Andrews 17977-078 | Brooks 09632-043 | Durham 38862-044 | Hendrix 37885-044 |
| 1830 to 2130 | Johnson 13047-035 | Kidwell 07246-059 | Madad 63886-112 | McCalister 08417-062 | Navarrette 16983-064 | Pinckard 36412-044 | Ratley 19011-078 |
| 2130 to 0030 | Roberts 08946-062 | Rock 74423-280 | Slade 36995-280 | Rock 74423-280 | Turner 59100-178 | Warren 61940-054 | Wilson 13243-035 |

**\*Suicide Companion Schedule Last Updated September 26, 2014\***

COMMITTED NAME: SYED QAISAR MADAD
REG. NO. & QTRS.: 63886-112, F03-258L
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7000
TEXARKANA, TX 75505-7000

SHREVEPORT LA 711
07 OCT 2014 PM 4 T



To

Hon. Percy Anderson
US District Judge,
Western Division,
US Courthouse,
Clerk's Office, Room 215
312 N. Spring street,
Los Angeles, CA 90012

RECEIVED
CLERK U.S. DISTRICT COURT
OCT 10 2014
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY