Hon. Percy Anderson,  
US District Judge,  
Western Division,  
US Courthouse,  
Clerk's Office Room 215  
312 N. Spring Street,  
Los Angeles, CA 90012

March 24, 2015

FILED  
CLERK, U.S. DISTRICT COURT  
MAR 30 2015  
CENTRAL DISTRICT OF CALIFORNIA  
BY _____ DEPUTY

UNITED STATES DISTRICT COURT  
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA Plaintiff v SYED QAISAR MADAD Defendant | NO: CR 12-1048-PA OPPOSITION TO PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ORDER DIRECTING THE USMS TO DEPOSIT SEIZED FUNDS WITH THE CLERK OF COURT  Hearing Date: April 20, 2015 3:00 PM |
|---|---|

Your Honor: I reiterate my position which I conveyed to AUSA Ms. Resnik:
1. I intend to honor the Plea Agreement
2. And I remain committed to the restitution process.
3. I would agree to US Department of Justice or Clerk of Court take custody of TTM's Bank of America Account subject to a condition that funds contained in the account would go to "Real Victims" and not to individuals & families who have disguised themselves as victims but are perpetrators

(1)

of a conspiracy & fraud against the rest of the investors, and my company.

Your Honor: From May, 2011 - Jan, 2012 I carried out restitution of investors, voluntarily & returned $1.1 Million. And around Oct/Nov, 2011 I put together a 2-year restitution plan to return all monies to the investors, but my plan was sabotaged by the Conspirators. My attorneys Mark Werksman & Mark Hathaway were aware of all this, but I do not know, if they ever provided this information to the US Attorney's Office. Hard copy / printed version of my 2-year restitution plan is among the documents & records in possession of the FBI since Oct 30, 2012. And my two (2) desktop computers in FBI custody also have this plan on the computers i.e. at least one of them.

Your Honor: The (proposed) order directing the USMS to deposit seized funds with the Clerk of Court is vague and ambiguous as to who the receipients are. However, I do not want the motion filed by the US Attorney's Office to be rejected. Infact, I intend to co-operate with the US Attorney's Office. I request the court to delay the decision on this motion for 60 days for the following reasons:

1. At the FCI Texarkana, Tx, I do not have access to records & documents. Most of my documents remain with the FBI since Oct 30, 2012. Whatever records I still have are in Los Angeles, CA. I am trying to locate & find the pertinent documents & have them sent over to me in Texas via US Postal Service. More time will enable me to get some records and respond to the filing by the US Attorney's Office.

2. I am the only voice & the most knowlegeable person, speaking on behalf of the injured group of investors who are many. I do not have a legal counsel speciallized in the criminal law representing me at this time, nor do I have the financial ability to engage one. Until the group of investors injured by the conspiracy & fraud have their own legal representation or the US Department of Justice takes up their case, I feel I have obligation & responsibility, and need to take adequate time to prepare & file the complaint, identify the "Real Victims" and prepare a List carefully, not to undermine their legal & constitutional rights because of my inability & incapacity.

At the present time, these financially injured group of investors don't even know that as the embattled CEO & operator of the Investment Pool, I am speaking up for them & who the Conspirators & Co-Conspirators are, as I have no communication with them.

And I have looked at Victims List in the last forfeiture Case # CV13-07950 GAP (JCx) of Oct, 2013  USA v Nine Pieces of Jewelry, it has errors in the List (Please See attached) and includes the Conspirators & Co-Conspirators, which I believe should be excluded, and ordered to return all restitution money that they have collected, improperly.

Your Honor: I am also requesting your esteemed court to direct the FBI to maintain & preserve the records, documents, and computers & any other form of magnetic storage or media seized from my old residence of 2452 Alamo Heights Dr, Diamond Bar, CA 91765 as evidence. Because of the conspiracy, involving my staff, the preservation

(3)

and availability of FBI forensic Lab report of TTM's Computers is also critical as I was indicted on Oct-25, 2012, but I still was in possession of my personal Computers, when house was raided on Oct-30, 2012 to know which Computer or Hard Drive they found the incriminating evidence linking me.

Your Honor: I am also requesting the court to direct the US Attorney's Office - DOJ, and the IRS - US Department of Treasury to maintain secrecy & confidentiality from Conspirators & Co-Conspirators, as this matter is further looked into by the court to prevent transfer of property & assets by individuals and/or families, or their attempt to leave the US for an extended period.

Thank you, your honor.

Yours truly

*[signature]*

SYED QAISAR MADAD

cc: Ranee A. Katzenstein
   Jennifer M. Resnik
   Assistant United States Attorneys
   Office of the United States Attorney,
   Central District of California,
   The Department of Justice
   1100/1400 United States Courthouse,
   312 N. Spring Street,
   Los Angeles, CA 90012

# ERRATA EXHIBIT B
# PERSONS AND ENTITIES

CASE # CV13-07950 DDP(SH$_x$)
VERIFIED COMPLAINT FOR FORFEITURE
OCT 28, 2013

1. Pashi Ansari (#8) also known as Nasira Ansari (#7) is one and the same person.

2. M. Rashid Chaudhry (#14) also known as Rashid Chaudhry (#16) is one and the same person.

3. Como Investments Inc (#17) was paid off.

4. Huntman LLC (#24) is owned by Arif Zafar Mansuri (#47) is one Account.

5. Atiya B. Khan (#30) and Tariq and Atiya B. Khan (#34) is one and the same Account.

6. Rizwan Sheikh (#72) was paid off.

7. Patrick Song (#73) was paid off.

8. Tiffani Health Services Inc (#77) - Not an Investor

9. Tristem Ireland Limited (#78) - Not an Investor.

10. Gazala Shauk (#65) - Not an Investor

(5)

# EXHIBIT B

1. Khalid Bashir and Parveen Nur Ahmed
2. Safan B. Ahmed
3. Sajid B. Ahmed
4. Usman B. Ahmed
5. Syed Imran and Aliya Ali
6. Sultanali Alidina
7. Nasira Ansari
8. Pashi Ansari
9. Bristol Engineering Services
10. Jackson L. Carneiro
11. Ahmed Carrim
12. Ahmad M. Chaudhry
13. Anam H. Chaudhry
14. M. Rashid Chaudhry
15. Saeed M. Chaudhry
16. Rashid Chaudhry
17. Como Investments Inc.
18. Asvin D. Domadia and Rashi Arora
19. Eastlake Villa Apartments
20. Euro Pacific LLC
21. Samina Hamidi
22. Zakia Hanafi
23. Norvelle Harris
24. Huntman LLC
25. Mehar and Shahin Iqbal
26. Abdul Rashid and Rabia J. Khan
27. Adil A. Khan

14

| | | |
|---|---|---|
| 1 | 28. | Adil Mansoor Khan |
| 2 | 29. | Amir Mansoor Khan |
| 3 | 30. | Atiya B. Khan |
| 4 | 31. | Ghazala A. Khan |
| 5 | 32. | Noor Zubeida and Iftikhar Abrar Khan |
| 6 | 33. | Shaun Khan |
| 7 | 34. | Tariq and Atiya B. Khan |
| 8 | 35. | Tehmina Asif Khan |
| 9 | 36. | Yasir Khan |
| 10 | 37. | Ali S. Madad |
| 11 | 38. | Asma Madad |
| 12 | 39. | Shirin Madad |
| 13 | 40. | Syed S. and Saiyed Sikandar Madad |
| 14 | 41. | Asif Mahmood |
| 15 | 42. | Adeeba S. Malik |
| 16 | 43. | Parvaiz A. Malik |
| 17 | 44. | Shiraz A. Malik |
| 18 | 45. | Joshua Mansour |
| 19 | 46. | Khalifa Mansour and Susan Noor |
| 20 | 47. | Arif Zaffar Mansuri |
| 21 | 48. | Muhammad J. Memon |
| 22 | 49. | Nigar Mirza |
| 23 | 50. | Tanvir F. and Sara A. Mirza |
| 24 | 51. | Khalid and Gemma K. Nur |
| 25 | 52. | Akbar and Rukhsana Omar |
| 26 | 53. | Ayesha Omar |
| 27 | 54. | Sameer Omar |
| 28 | 55. | Ortho Supplies Associates |

| | | |
|---|---|---|
| 1 | 56. | Eric F. Paxman |
| 2 | 57. | Susan Larson Paxman |
| 3 | 58. | Tanweer and Asma Quddusi |
| 4 | 59. | Abdul Hai and Nusrat Ba Rajput |
| 5 | 60. | Azra Raza |
| 6 | 61. | Sughra Raza |
| 7 | 62. | Syed Javed Raza |
| 8 | 63. | Syed Tasnim Raza |
| 9 | 64. | Mojtaba Sabahi |
| 10 | 65. | Gazala Adaya Shauk |
| 11 | 66. | Leila Shauk |
| 12 | 67. | Riyad Shauk |
| 13 | 68. | Sophia D. Shauk |
| 14 | 69. | Zain Shauk |
| 15 | 70. | Omar Shazad |
| 16 | 71. | K.M. and Etta Sheikh |
| 17 | 72. | Rizwan Sheikh |
| 18 | 73. | Patrick Song |
| 19 | 74. | Sunset Garvey Medical |
| 20 | 75. | Sunset Surgical Center |
| 21 | 76. | Sayed Afzal Tabatabai |
| 22 | 77. | Tiffani Health Services Inc. |
| 23 | 78. | Tristem Ireland Limited |
| 24 | 79. | Bashir A. Waraich |
| 25 | 80. | Saleema Bashir Waraich |
| 26 | 81. | Sarwat B. Waraich |
| 27 | 82. | Lena Williams |
| 28 | 83. | Farhat Zubair |

COMMITTED NAME: SYED QAISAR MADAD
REG. NO. & QTRS.: 63886-112, FO3 258L
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7000
TEXARKANA, TX 75505-7000



SHREVEPORT LA 710
24 MAR 2015 PM 3 L

Honorable Percy Anderson
US District Judge,
Western Division,
US Courthouse,
Clerk's Office Room 215
312 N. Spring Street,
Los Angeles, CA 90012