Hon. Percy Anderson,
US District Judge,
Western Division,
US Courthouse,
Clerk's Office Room 215,
312 N. Spring Street,
Los Angeles, CA 90012

April 10, 2015



FILED
CLERK, U.S. DISTRICT COURT
APR 21 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>V<br>SYED QAISAR MADAD<br>Defendant | No: CR 12-1048-PA<br><br>SUPPLEMENT TO OPPOSITION TO PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ORDER DIRECTING THE USMS TO DEPOSIT SEIZED FUNDS WITH THE CLERK OF COURT.<br><br>Hearing Date: April 20, 2015<br>3:00 PM |

Your Honor: I have not heard back from your court on my request of March 24, 2015, for a 60 days delays to obtain needed records and documents for my response. Honoring the Plea Agreement & remaining committed to the restitution process, I am submitting this letter in support of US Attorney's Office Motion that it should be granted as proposed.

  I am also submitting a list of 36 Investors, who I believe are the "Real Victims", but leaving it to the sole discretion of US Attorney's Office

(1)

however, they want to handle the distribution of restitution funds.

In the next 60-90 days, I will be identifying the individuals & families who have disguised themselves as victims but are the perpetrators of a conspiracy & fraud against the 36 Investors, and my company, and perhaps the IRS - US Department of Treasury. I will be filing my complaint with the court, as to why I believe they need to be excluded, and ordered to return the restitution collected to date, and held accountable for their deeds.

Taking of extra care & time to get the needed records is necessary, as it affects 36 other Investors "Real Victims" & as I wrote to the court earlier, I do not want to jeopardize their legal & constitutional rights due to my incapacity and incapability, as I do not even have a legal counsel, specialized in the criminal law at this time & I want to stay within the bounds of my Plea Agreement.

Thank You, Your Honor

Yours truly,

*S. Qaisar Madad*

SYED QAISAR MADAD


cc: Ranee A. Katzenstein
    Assistant United States Attorney
    Office of the United States Attorney,
    The Department of Justice
    Los Angeles, CA 90012

(2)

# EXHIBIT #1

## REAL VICTIMS OF CONSPIRACY & FRAUD

1. Sultanali Alidina
2. Pashi Ansari
3. Jackson L. Carneiro
4. Ahmed M. Chaudhry
5. Anam H. Chaudhry
6. M. Rasheed Chaudhry
7. Saeed M. Chaudhry
8. Samina Hamidi
9. Zakria Hanafi
10. Huntman LLC
11. Abdul Rashid and Rabia J. Khan
12. Tariq and Atiya B. Khan
13. Ali S. Madad
14. Asma Madad
15. Shirin Madad
16. Syed S. and Saiyed Sikandar Madad
17. Adeeba Malik
18. Pervaiz A. Malik
19. Shiraz A. Malik
20. Joshua Mansour
21. Khalifa Mansour and Susan Mansour Noor
22. Mohammad J. Memon
23. Nigar Mirza
24. Tanvir F. and Sara Mirza
25. Eric F. Paxman

## EXHIBIT #1

## REAL VICTIMS
## OF CONSPIRACY & FRAUD

26. Susan Larson Paxman
27. Tanveer & Asma Quddusi
28. Abdul Hai and Nusrat Ba Rajput
29. Azra Raza
30. Sughra Raza
31. Syed Javed Raza
32. Syed Tasnim Raza
33. Mujtaba Sabahi
34. Syed Afzal Tabatabai
35. Lena Williams
36. Farhat Zubair

COMMITTEL NAME: SYED QAISAR MADAD
REG. NO. & QTRS.: 63886-112 F03 258L
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7000
TEXARKANA, TX 75505-7000

SHREVEPORT LA 711
09 APR 2015 PM 4 L

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 17 2015
CENTRAL DISTRICT OF CA
BY

To
Hon. Percy Anderson
US District Judge,
Western Division,
US Courthouse
Clerk's Office Room 215
312 N Spring Street,
Los Angeles, CA 90012