Hon. Percy Anderson,                                        April 22, 2015

US District Judge,

Western Division,

US Courthouse,

Office of the Court Clerk, Rm 215

312 N. Spring Street,

Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT

APR 2 8 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                                      DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DIVISION OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No: CR 12-1048-PA |
| Plaintiff | |
| V | CLARIFICATION OF TERMS & |
| SYED QAISAR MADAD | ANALOGIES USED IN REQUEST |
| Defendant | FOR MORE TIME AND ACCESS |
| | TO RECORDS |

YOUR Honor:

      I want to clarify the meaning & context of some terms, phrases & analogies used in my request to the court dated Apr 20, 2015 as follows:

(1) "Matters before the court" meaning
    - Conspiracy & Fraud—involving some individuals & families who have disguised themselves as victims but are perpetrators of a conspiracy & Fraud against 36 other Investors "Real Victims"

(1)

TTM Inc, and the IRs - US Department of Treasury.

- Business transactions of over $30 Million with one Conspirator.
- $80 Million UBS A/c missing since May 4, 2011.

(2)   "Interests not necessarily common but aligned .... with US-DOJ"

This is in reference to US War on terrorism, Terrorist financing, Combating religious extremism & intolerance, Violence & bombings in the name of religion ---- fought by the various agencies of the US such as US-DOJ, The Department of Treasury, The Department of Homeland Security etc, but in particular by the US Department of Justice:

Terrorists & Extremists use the illicit method of Money Transfer known as Hawala or Hundi, and religion, for the end result of terror & violence against the innocent people & humanity in general to achieve their end result.

Economic Injustice, Exploitation & financial crimes are also being committed using the illicit method of Money Transfer or Hawala & Hundi; those involved have close ties to religious institutions & use religion as a cover but their end objective is not violence or terror but to their own financial & economic benefit, & wealth accumulation.

My reference is to the differences in the end game plan of those committing it. I believe & it is my understanding that the roles of the US Department of Justice & US Department of Treasury overlap in the 2nd area. There is presence of a Hawala cell in the US & some transactions discovered, connected to a conspirator, will be identified in my submission.

(3) "Don't view US Attorney's office role as prosecutional or adversarial, but more of a collaborative relationship"

This is, in a very narrow sense, with reference to Conspiracy & Fraud with my desire to hold those responsible, accountable for their acts & Department of Justice mission to uphold the rule of law, enforce laws, and dispense punishment & justice, as a collaborative relationship in that sense, as I intend to provide as much support & co-operation, as I am called upon for.

Thank you, Your Honor.

Yours truly

SYED QAISAR MADAD

cc: Ranee Katzenstein
    Asst. United States Attorney
    Office of the US Attorney,
    US Courthouse,
    Los Angeles, CA 90012

(3)

SYED QAISAR MADAD
Ref No & Qtrs: 63886-112   5 South 521 L
Metropolitan Detention Center, (MDC)
P.O. Box 1500,
Los Angeles, CA 90053

LOS ANGELES CA 900

23 APR 2015 PM 9 L

To

Hon. Percy Anderson
US District Judge,
Western Division,
US Courthouse,
Office of the Court Clerk, Room 215
312 N. Spring Street
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 27 2015
CENTRAL DISTRICT OF CALIFORNIA
BY