Hon. Percy Anderson,
US District Judge,
Western Division,
Office of the Court Clerk,
US Courthouse, Room 215
312 N. Spring Street,
Los Angeles, CA 90012

NO Fee                    March        31,2016



FILED
CLERK U.S DISTRICT COURT

APR 1 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CV16-02519-PA

Case No: CR 12-1048 PA

UNITED STATES OF AMERICA )
                         )
        Plaintiff        )
                         )
           V             )      MOTION UNDER 28 USC 2255
                         )      TO VACATE, SET ASIDE, OR
SYED QAISAR MADAD        )      CORRECT A SENTENCE
                         )
        Defendant        )
                         )
                         )
                         )

RECEIVED
CLERK, U.S. DISTRICT COURT

APR - 5 2016

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Your Honor:

        I respectfully file this motion for my release from detention
& for full and complete exoneration.

        This is my first Motion under 28 USC 2255, and is timely. A copy
of the decision by the Supreme Court of the United States on my petition for
a writ of certiorari, is attached on page:6. The Legal Brief included in this
submission is just 25 pages. The bulk of the material in this package i.e.
the Supporting Document & Exhibits are relevant & back-up for the Motion.

        Three (3) complete sets are being submitted to Court, as per the
instructions on the Motion Form. Two (2) sets are bound & 1 un-bound for
electronic filing. Each set comprises of four (4) volumes; the Motion & Legal
Brief are in VOLUME 1. A Summary of Contents, and a Table of Content is
included in every volume, for an easy reference. I am hopeful that my Motion
will meet your consideration, at your earliest convenience.

                        Thank you, Your Honor.

Yours truly
SYED QAISAR MADAD

MOTION UNDER 28 USC 2255
LEGAL BRIEF
SUPPORTING DOCUMENT & EXHIBITS
FOR THE MOTION, LEGAL BRIEF, AND FOR THE COMPLAINT

---

VOLUME 1 OF 4

Section : 1    Motion Under 28 USC 2255

1 of 518

SUMMARY OF CONTENTS
————————————————

Motion Under 28 USC 2255
Legal Brief
Supporting Document & Exhibits
For the Motion, Legal Brief, and For the Complaint

VOLUME 1

Section : 1   Motion Under 28 USC 2255          Page: 1-17
Section : 2   Legal Brief                          "    :18-37


VOLUME 2

Section : 3   Supporting Document                  "    :38-197
              For the Motion, Legal Brief
              And For the Complaint
              Against the Conspirators
Section : 3B  Intention To File Law Suit           "    :198A-198E


VOLUME 3 & 4

Section : 4   EXHIBITS                             "    :199-518
              For the Motion, Legal Brief
              And For the Complaint
              Against the Conspirators

# TABLE OF CONTENTS

## VOLUME 1

| Section : 1 | Motion Under 28 USC 2255 | Page: 1-17 |
|---|---|---|
| | Ground One | " : 8 |
| | Ground Two | " : 9-10 |
| | Ground Three | " :11 |
| | Ground Four | " :12-13 |
| | Timeliness of Motion | " :16 |
| Section : 2 | Legal Brief | " :18 |
| | Grounds One & Two | " :19-26 |
| | Ground Three | " :26-31C |
| | Ground Four | " :31C-32 |
| | Office/ Library Layout | " :33 |
| | Trading Computer Screen Display | " :34 |
| | Surveillance Video Camera | " :35-37 |
| | Snapshots of Burglar's Attempts | Also   EXHIBIT   #4.17 |
| | To enter the Gated Community | |

## VOLUME 2

| Section : 3 | Supporting Document<br>For the Motion, Legal Brief<br>And For the Complaint<br>Against the Conspirators | " :38-197 |
|---|---|---|
| | 3.0.1   Overview | " :39-47 |
| | 3.1   Conspirators | " :48-51B |
| | 3.2   Co-Conspirators &<br>Collaborators | " :52-54 |
| | 3.3   Residences & Location of<br>Conspirators | " :54-57 |
| | 3.4   Ahmed Family<br>& their High Level Contacts | " :58-63<br>Also EXHIBIT# 4.18 |
| | Timeline reference<br>Rtd. Gen. Stanley McChrystal's<br>Memoirs & Greg Mortenson | " :64 |
| | Recent Fraud Cases<br>Against Khalid B. Ahmed | " :65<br>Also EXHIBIT# 4.18 |
| | 3.5   Akbar Omar's Clan<br>Memon Community | " :66 |

(ii)

TABLE OF CONTENTS

VOLUME 2

Section : 3    3.5    Memon Community                 Page:66-69
                      World Memon Organization        EXHIBIT# 4.12
                      Their Influence &
                      Contributions

                      Hawala & Hundi                  "  :66-69
                                                      EXHIBITS#4.12,    4.13

                      Memon Community of              "  :69
                      Southern California &
                      Their Contributions

               3.5.1  Akbar Omar & Family             "  :69-84
                      His Business Ethics &
                      Character

                      Exploitation of Islam           "  :70-71
                      Religion for promoting          EXHIBIT#4.14
                      Extreme Ideology or
                      Business & Financial
                      Interests

                      Akbar Omar's Law Suits          "  :71
                      & litigations                   EXHIBIT#4.16

                      Akbar Omar's Bankruptcies       "  :72A-74
                                                      EXHIBIT#4.15

                      Akbar Omar's                    "  : 75-76
                      Business Practices

                      Cover-up & Withholding of       "  :77
                      information from the FBI

                      Akbar Omar had a                "  :77
                      Transponder for the             EXHIBIT#4.17
                      DBCE which was used to
                      commit burglary & break-in

                      Cover-up by Family friend       "  :78
                      Zubaida Noor Khan               EXHIBIT#4.4

                      Lies & Cover-up by              "  :78-79
                      Family Friend Syed Imran        EXHIBIT#4.2
                      to FBI

                      Lies & Cover-up by              "  :78-79
                      Ashvin Domadia                  EXHIBIT#4.3
                      Ex employee TTM

TABLE OF CONTENTS

VOLUME 2

Section : 3    3.5.1  Misrepresentations  &          Page:78-79
                      Cover-up by other             EXHIBIT#4.4
                      Conspirators

                      Upgrading of Akbar Omar's     "    :79-80
                      Computers by TTM Staff

                      Akbar Omar's Business         "    :80
                      Transactions with TTM

                      Corporate Tax Liability       "    :81
                      Assessment for TTM

                      UBS A/C Part of the           "    :81-82
                      Investment Pool from
                      the beginning

                      UBS A/C provided Investors    "    :82
                      advantage of market
                      anomalies from 2008-11

                      Access to TTM's Data &        "    :83
                      Intellectual property
                      Its size & scope

                      TTM's Intellectual Property   "    :83-84
                      & Assets were highly          EXHIBIT#4.20
                      Valuable

           3.5.2  Lies & Cover-up by               "    :84-94
                      Akbar Omar & Rukhsana         EXHIBITS#4.2,4.4,4.14
                      Omar & their deceptive        EXHIBITS#4.15,4.16
                      Practices

                      Major World Economies &       "    :84
                      Markets Study

                      IRS Account Analysis          "    :85-86
                                                    EXHIBIT#4.8

                      Modern Banking &              "    :86-87
                      Banking Practices

                      Investors ownership in        "    :87
                      Pool A/Cs & right to
                      a share in profits

(iv)

TABLE OF CONTENTS

VOLUME 2

Section : 3    3.5.2    First Business Transaction          Page:87-88
                        with Akbar Omar

                        Source of Funds                     "    :88-90
                        of first transaction                EXHIBIT#4.16
                        According to siblings
                        of Akbar Omar

                        Akbar Omar's Use of                 "    :89-91
                        Hawala

                        Ineffective Discovery               "    :91
                        of Documents by the
                        Law Firm

                        Mismanagement of case               "    :91-92
                        by Mark Werksman's
                        Law Firm

                        Purchase of properties by           "    :92-94
                        Rukhsana Omar during                EXHIBITS#4.15,4.14
                        Akbar Omar's
                        Bankruptcies

           3.5.3        Gazala Adaya Shauk                  "    :95-96
                        A contact of Akbar Omar
                        in WMO

           3.5.4        Omar Family's Ties &                "    :96-100

                        Secrecy & guarding of               "    :97-98
                        Business dealing &
                        Political ties abroad
                        by Omars & Ahmeds

                        Rtd. Gen. Stanley                   "    :98
                        McChrystal's Memoirs

                        Common Contacts : Bhuttos           "    :98-100
                        Zardaris, Ahmeds & Omars
                        in WMO

                        Ties & Connection with              "    :98-100
                        with corruption, Hawala             EXHIBITS#4.18,4.13
                        benefiting from conflicts           EXHIBITS#4.15,4.16
                        & extremism reflect frame           EXHIBITS:4.17
                        of mind.

TABLE OF CONTENTS
————————

VOLUME 2

Section : 3      3.5.4   Akbar Omar's & Rukhsana      Page:100
                         Omar's devious &
                         deceitful practices
                         revealed by siblings

                 3.6     Real Victims of              "    :101—102F
                         Conspiracy & Fraud           EXHIBIT#4.19

                         Four(4) letters of these     "    :101
                         Victims addressed to
                         Court not included by
                         Law Firm

                         Lying, misrepresentation     "    :101—102C
                         & Cover-up By Asif           EXHIBIT#4.3
                         Mahmood Chaudhry

                         Asif Mahmood Chaudhry        "    :102B—102C
                         represent wrong side of      EXHIBITS#4.18,4.13
                         Political Spectrum for
                         both Pakistan & the US.

                         Real Victims are families    "    :102B—102F
                         with totally different
                         values & background than
                         the Conspirators

                 3.7     My Life, Upbringing &        "    :103—117E
                         Family Values

                         My humble beginning          "    :103—106
                         Teachings of my Mother       "    :106—107
                         Values & Principles of       "    :107—109
                         My Father

                         My education & Schooling     "    :109—110
                         Start of My Professional     "    :110
                         Career

                         Coming to America &          "    :110—111
                         my further Education

                         Resumption of Professional   "    :111—113
                         Career & Contribution to
                         the Canadian & US Oil &
                         Gas Industry

(vi)

TABLE OF CONTENTS

VOLUME 2

| | | | |
|---|---|---|---|
| Section : 3 | 3.7 | Formation of TTM & creation & Development of Research, Database & Intellectual Properties | Page:113 |
| | | Our Charity Work & Community Service & giving back to Society of over 30 years. | "    :114-117A |
| | | Our efforts to Empower Pakistani-American Community | "    :117A-117C |
| | | Our Support for US, & Global Causes, fighting extremism violence,poverty & diseases through Education & support for Girls Education in Pakistan by building Schools | "    :115-117C |
| | | Our reasons to empower our Pakistani-American Community different from the Conspirators. | "    :117C-117E |
| | 3.8 | Conspiracy & Fraud | "    :118-189 |
| | 3.8.1 | Blame the Victim & his Family And Steal his Assets | "    :119-133 EXHIBIT#4.20 |
| | | 5 Investors/Visitors Who came to my Office regularly, sat around my Trading Computer | "    :121 EXHIBIT#4.1 |
| | | Attorney Mark Werksman had photographs of my Office/ Library Layout | "    :122 |
| | | My Trading Computer Screen was in Clear View of 5 Investors/ Visitors Who visited me regularly | "    :121-122 EXHIBIT#4.1 |
| | | My Screen Display was saved on my Trading Computer in the custody of FBI. | "    :122 |

(vii)

TABLE OF CONTENTS
_____

VOLUME 2

Section : 3 3.8.1    3 Tempered Employee PCs          Page:122
                     Handed over to the
                     Law Firm

                     1 employee did not turn          EXHIBIT#4.3
                     in His PC

                     Zubaida Noor Khan                 "    :123
                     Visiting since
                     2002/2003

                     Akbar Omar & Zubaida Noor         "    :123
                     Covered-up & Withheld            EXHIBITS#4.2,4.4
                     Information & Facts
                     from the FBI & the Court

                     Akbar Omar posed as my            "    :123
                     Brother-in-Law to DBCE           EXHIBIT#4.17
                     for Transponder Transfer         (Page: 437)

                     Akbar Omar submitted             EXHIBIT#4.17
                     to DBCE required                 (Page:437)
                     Documentation that he
                     was Nevada State resident

                     3 Investors/Visitor who           "    :123-124
                     visited my Office regularly
                     had remained silent

                     Historical CSLI,IP Address        "    :124-126
                     IAS data , & stored
                     communications records
                     need to be investigated

                     Attorney-of-Record Civil          "    :126-127
                     Case# BC457773 involved          EXHIBIT#4.17
                     in theft of material
                     & substantive records

                     My House & Cars were under        "    :126-127
                     surveillance by perpetrators     EXHIBIT#4.17
                     turned Victims on 6/15/2011      ( Pages:435,445,446)
                     before break-in & theft

                     There were accomplices            "    :126-127
                     Historical recorded
                     conversation data
                     investigation suggested

(viii)

TABLE OF CONTENTS
_____

VOLUME 2

Section : 3 3.8.1   All 5 Investors/ Visitors who   Page:127-128
visited my Office regularly
had separate A/Cs also which
they traded from my Office

Zubaida Noor Khan lied,    "  :128
misrepresented & held back
material facts from Court
on 06/24/2013 as Victim
to help other Conspirators

All 5 Investors/Visitors    "  :129
did not have to rely upon
my representations when we
were all looking at the same
market data & information

All 5 Investors/Visitors    "  :129
did not have to rely upon
representations of anyone
not present, not watching
my screen, not watching
market data & information

2 Investors/Visitors used   "  :129-130
used the same Trading
Platform as I did.

Both Akbar Omar & Zubaida   "  :130
Noor Khan lied & other
Conspirators aided them

Any Investor/ Visitor     "  :130
staying to the Closing
knew Investment Pool
Profit or Loss figure

All 5 Investors/ Visitors   "  :130-132
came to my Office/Library
& observed me and/or traded
with me over a long period

Zubaida Noor Khan lied    "  :131-132
to Aid & Abet Akbar Omar
to steal the UBS A/C.

There was conspiracy to    "  :132-133
to own & control all TTM
Assets & Pool.
(ix)

TABLE OF CONTENTS

VOLUME 2

Section : 3 3.8.2  Cover-up & Concealment of  Page:133-155
         Facts What Investors/
         Visitors turned Witnesses
         Saw on My Computer Screen
         & their Purpose of Visits

         My Office /Library Layout &  "   :133-134
         Configuration of my    EXHIBIT#4.1
         Trading Computer Screen  ( Pages:201,202)

         My Computers in FBI Custody "   :135-136
         & CyberTrader Trading
         Platform Screen

         Content of my Schwab's  "   :136-142
         Street SmartPro Trading  EXHIBIT#4.1
         Platform Screen     (Page:202)

         Trading Status Bar    "   : 136
         Window displayed    EXHIBIT#4.1
         Profit/Loss on Schwab  (Page: 202)
         A/C live.

         Account Display &    "   : 139
         Execution Bar Window   EXHIBIT#4.1
         Displayed holdings &   (Page:202)
         Gain or Loss live on
         Schwab A/C

         Order Execution Alert  "   :139-140
         Messages Window displayed EXHIBIT#4.1
         orders executed,price & (Page:202)
         Time of Execution on
         Schwab A/C

         Computer Calculator   "   :142
         Window displayed total  EXHIBIT#4.1
         Profit or loss of the   (Page:202)
         Investment Pool

         TTMMASTER       "   :142
         Comprised of Researched
         & Selected Portfolios

         Syed Imran Ali &    "   :142-147
         Ashvin Domadia grossly  EXHIBITS#4.2,4.3
         mislead & lied to FBI
         as a part of Conspiracy

         Ashivin Domadia did not "   :147-149
         turn in his PC.

              (x)

TABLE OF CONTENTS

VOLUME 2

Section : 3 3.8.2 Ashvin Domadia Ex –employee Page:147–148
 TTM discovered to be listed EXHIBIT#4.3
 as Administrator of pirated EXHIBIT#4.20
 TTM's Software, an ( Pages:486A,486B)
 Extremely valuable
 Intellectual Property

 Ashvin Domadia was the " . :148
 employee called to assist
 & Fake UBS A/C statement
 print out was the result

 Ashvin Domadia's Interview " :148–151A
 to FBI has multiple lies, EXHIBIT#4.3
 misrepresentations &
 cover–up

 An early clue of " :149
 Conspiracy involving
 3 TTM's employees

 Leveraged Trading v/s Margin " :151A–151D
 a misrepresentation & EXHIBIT#4.2
 cover-up by Akbar Omar &
 Zubaida Noor Khan

 Access to Research Computer " :151D–152
 & Proprietary TTM's SQL
 Base Software for
 all Investors/ Visitors

 Access to TTM's Analysts " :152–153
 Reports for all Investors/
 Visitors

 TTM's Computer Facilities " :153–155
 & Trading Hours

 3.8.3 Cover-up & Concealment of " :155–157
 Visits & Their Frequency,
 Their duration & Time
 Period by Investors/Visitors
 turned Witnesses to my
 Office/ Library

 Staff who Traded " :156–157

TABLE OF CONTENTS
_____

VOLUME 2

Section : 3 3.8.4    Investors Who Used a        Page:157-162
                     Professional Trading
                     Platfor/Software, Who
                     Observed My Trading, Traded
                     With me, and were present
                     in My Office/Library during
                     the Market Hours

                     If the UBS A/C did not exist    "   :158-159
                     the differences in balances      EXHIBIT#4.5
                     & profits from Monthly           (pages:279,280)
                     Reports could not have gone      EXHIBIT#4.9
                     un-noticed

                     FBI correctly calculated &       "   :159
                     summarized Balances of           EXHIBIT#4.5
                     Bank of America & Schwab A/Cs
                     Investors/Visitors will be
                     seeing only these balances
                     if UBS A/C did not exist

                     Akbar Omar & Zubaida Noor        "   :159-160
                     Khan, Ashvin Domadia and
                     Syed Imran Ali lied to FBI
                     & covered-up from the court
                     what they saw on my
                     Trading Computer Screen

                     Akbar Omar was involved          "   :159-160
                     in 137 litigations over          EXHIBITS#4.16,4.15
                     finances for much smaller
                     amounts. Could not have
                     missed looking at my
                     Trading Computer Screen

                     Investors/Visitors               "   :160-162
                     who were witness to my
                     Trading & saw my Computer
                     Screen lied & covered-up
                     other Conspirators lied
                     to support them.

          3.8.5      Tempering with TTM's             "   :162-169
                     Computers & Cyberspace
                     Piracy

                     A number of TTM's employees      "   :162-163
                     were reluctant to handover
                     their PCs

(xii)

TABLE OF CONTENTS

VOLUME 2

Section : 3 3.8.5   Open door Policy, Easy Access   Page:163
                    & Blind Trust created
                    opportunity for mischief

                    Akbar Omar's Son-in-law's        "    :163-164
                    Faraaz Hashemi Ex employee
                    TTM Computer files deleted
                    before turning in.

                    All staff worked remotely        "    :163
                    from Oct, 2010- Mar,2011

                    Hand Over of Computers           "    :164
                    Evidence to Attorney
                    Mark Werksman

                    Theft of Computer Back Up        "    :164
                    Hard Drive

                    Turn over of Employee            "    :165
                    Salahuddin Khan's PC

                    Discovery about Copy of          "    :165
                    Backup Hard Drive received
                    from Attorney Mark
                    Werksman's Office

                    Turn over of Computers           "    :165
                    found without a Hard Drive

                    Tempering with TTM's PCs         "    :166-167
                    & network an inside job

                    UBS A/C Statement Download       "    :167

                    Piracy of TTM's Proprietary      "    :168
                    SQL Base, Stock Selection,
                    Trading & Investment Software

                    No UBS A/C Trading records       "    :169
                    on my Computers

          3.8.6     Break-in & Burglary of my        "    :169-176
                    Residence, Theft of Records      EXHIBIT#4.17
                    Planting of Evidence

                    Planting of Evidence by Khans    "    :169

(xiii)

TABLE OF CONTENTS
———————————

VOLUME 2

Section: 3  3.8.6   Who was involved in Break-in       Page:170
                    & Burglary of our house &          EXHIBIT#4.17
                    When it occurred

                    Pre-planning by Akbar Omar          "    :170

                    Evidence on Gated Community         "    :170
                    Surveillance Computer              EXHIBIT#4.17
                                                       (Pages:435,445)
                                                       (Page:446     )

                    Number & Time record of             "    :171
                    Entry Attempts                     EXHIBIT#4.17
                                                       (page:435)

                    Burglary & Break-in was             "    :172-174
                    Premeditated

                    Video Clips from                    "    :170-172
                    Video Suveillance Camera           EXHIBIT#4.17
                                                       ( PageS: 439,440)

                    Spotting of Car involved            "    :170
                    & owner identification             EXHIBIT#4.17
                                                       (Pages:438,437)
                                                       (Pages:443,442)
                                                       (Page:441     )

                    Entry Attempt 2nd Gate              "    :171
                    Upon refused Entry 1st Gate        EXHIBIT#4.17
                                                       ( Page:435)

                    Recorded Entry Time                 "    :171-172
                    By Surveillance Computer           EXHIBIT#4.17
                                                       (Page:435)

                    Recorded Exit Time                  "    :171-172
                    By Surveillance Computer           EXHIBIT#4.17
                                                       (Page:435)

                    Video Clip of Surveillance          "    :172
                    Video Camera in FBI custody        EXHIBIT#4.17
                                                       (Pages:439,440)

                    Surveillance of our house &         "    :173-174
                    Cars and Entry & Exit times        EXHIBIT#4.17
                    of our cars                        (Pages:445,438)
                                                       (Pages:446,444)

(xiv)

TABLE OF CONTENTS
_____

VOLUME 2

| Section: 3 | 3.8.6 | Only one Route of Travel thru the Gated Community | Page:174 EXHIBIT#4.17 |
|---|---|---|---|
| | | Un-accounted for time inside the Gated Community | " :175 EXHIBIT#4.17 (Page:435) |
| | | Evidence of forced Break-in Entry | " :175 |
| | | Items taken after Breaking-into the house | " :175 |
| | | Historical CSLI & stored conversation data under Federal SCA suggested | " :175-176 |
| | 3.8.7 | Stealing of Notes & Papers Hand Writing Samples from my Office (Library) | " :176-179 |
| | | Office/Library was a Repository of Perssonal, Business & private records & information | " :176 |
| | | Investors/Visitors & staff had free access to my personal computers & Office | " :176-177 |
| | | Converted Garages acting as Offices for Analysts had 2-ways to access Office & house | " :176 |
| | | Investors/Visitors alone in Office/Library with my Computers logged on | " :177 |
| | | Staff worked in my Office during my absence | " :177 |
| | | TTM's Network was open-access un-protected | " :176-177 |
| | | Akbar Omar only Investor/ Trader with a Transponder | " :177-178 |
| | | Akbar Omar's Transponder active during dispute.Historical CSLI  suggested under SCA | " :177-178 |

(xv)

TABLE OF CONTENTS
_____

VOLUME 2

Section: 3   3.8.7   Historical CSLI data access       Page:178
                      suggestedd under SCA for
                      Akbar Omar Entry attempts
                      during my 7 trips abroad

                      My Computers remained             "   :178-179
                      powered-up & accessible
                      24 hours a day.

                      Database & records stolen         "   :179
                      from Green Garage

                      Data & Research stolen            "   :179
                      despite Free Access to
                      Investors/ Visitors

                      Notes & paper stolen by           "   :179
                      employee

           3.8.8      Loss of UBS A/C & its control     "   :180-189

                      Funding of A/C                    "   :180
                      Suspected time fram when the      "   :180
                      control was lost.

                      Last direct effort to locate      "   :180
                      the A/C with UBS

                      Akbar Omar covered-up his         "   :181
                      visits & transactions

                      If UBS A/C did not exist , it     "   :181
                      would have been easy to catch     EXHIBITS   #4.5,    #4.9
                      from my display screen            EXHIBITS: #4.1
                                                        (  pages:  202,   201)
                      My computer display screen        "   :181
                      displayed in 4 different
                      locations balances &
                      invested funds & stocks.

                      Akbar Omar & 4 members/friends    "   :181-182
                      of Ahmed Family have lied to
                      the FBI

                      Transactions with Akbar Omar      "   :182
                      were large, but not as large
                      when compared with other
                      affected assets of TTM

TABLE OF CONTENTS

VOLUME 2

Section: 3   3.8.8   Omar & Ahmed families ties      Page:182
                      & connections                   EXHIBIT# 4.13
                                                      (pages:  361  -  393E )
                                                      EXHIBIT# 4.18
                                                      (page: 450-470 ) and
                                                      (pages: 96-100, 59 )

                      FBI Abalysis shows Account      "    :182
                      Balances were v.low & if        EXHIBIT# 4.5
                      UBS A/C did not exist,it         ( pages: 277-280)
                      would have alerted Akbar Omar
                      & Zubaida N. Khan in 2009

                      Asif Mahmood Chaudhry lied       "    :183-184
                      misrepresented facts &           EXHIBIT# 4.4
                      & withheld information           ( pages: 269,270)
                      from the US District Court

                      4 Investors/Visitors were        "    :184
                      coming to my Office regularly
                      when Asif Mahmood joined.

                      Asif Mahmood Chaudhry's          "    :184-187
                      cover-up a serious matter        EXHIBIT #4.13
                      for the US                       (pages:389-393E)
                                                       EXHIBIT #4.18
                                                       ( pages:450-461)
                                                       EXHIBIT# 4.12 and
                                                       pages: 59, 96-100

                      Asif Mahmood's friends knew      "    :186-187
                      & are cause of a much greater
                      financial injury. He covered
                      up that information from Court

                      Akbar Omar has a long history    "    :188-189
                      of bankruptcies, law suits       EXHIBITS    #4.15,4.16,
                                                                   #4.14

            3.8.9     Theft & Piracy of TTM's          "    :189-191
                      Proprietary Software

                      Software was a highly valuable   "    :189-190
                      Intellectual Property            EXHIBIT # 4.20
                                                       ( pages: 486 A&B)

                      When was Software pirated        "    :190
                      Footprints on Server             "    :190
                      Piracy of Software occurred      "    :190-191
                      during Us-DOJ investigation

                                 (xvii)

TABLE OF CONTENTS

VOLUME 2

Section: 3   3.8.10   Acquisition of Business Plan      Page:191-197
                      by Scheming & Fraud

                      Business Plan, a very valuable    "   :191-192
                      Intellectual Property             EXHIBIT #4.20
                                                        ( page: 487-488)

                      There many supporting             "   :192
                      Components

                      Return of funds to investors      "   :192-193
                      invested in Telenetics Execs
                      Business Plan

                      3 Conspirators had been           "   :193
                      following my Trading &
                      Investment since 2000

                      I had large Financial Research    "   :193
                      & Technical Analysis database
                      since 1999.

                      TTM's Research , Analysis         "   :193-194
                      database was openly shared.

                      TTM's Research & Database         "   :194-195
                      spawned thoughts of owning it

                      Khalid B. Ahmed & his family      "   :194-197
                      were scheming & making plans
                      , alaways, on TTM Investment
                      Pool funds

                      TTM staff Training & Licensing    "   :194,196
                      Access & Use of TTM's             "   :195
                      Facilities by Akbar Omar

                      Plans to reimburse investors      "   :195-196

                      Khalid B. Ahmed's Acquisition     "   :196
                      of Hedge Fund Control by deceit

                      Khalid B. Ahmed's reneging        "   :196-197
                      of promises & what was agreed

                      Key sequence of events in         "   :197
                      gaining full control by
                      Khalid B. Ahmed & family

TABLE OF CONTENTS

────────────

VOLUME 2

Section: 3B        Intention to file a Law Suit        Pages:198A-198E

VOLUME 3

Section: 4                                              "    :AA1-AA8
EXHIBIT# 4.1       Declaration of
                   Syed Qaisar Madad

                   EXHIBIT# 4.1                         "    :200-202F

                   Declaration of                       "    :200B-200G
                   AUSA Ranee Katzenstein

                   Office/Library Layout                "    :201
                   Trading Computer                     "    :202
                   Typical Display Screen Format

                   TTM Staff List                       "    :202A-202F

EXHIBIT# 4.2       FBI Interview of                     "    :204-211
                   Akbar Omar

                   FBI Interview of                     "    :212-216
                   Sughra Raza

                   FBI Interview of                     "    :217-222
                   Bashir Waraich

                   FBI Interview of                     "    :223-229
                   Syed Imran Ali

                   FBI Interview of                     "    :230
                   Asma Quddusi

                   FBI Interview of                     "    :231-240
                   Ghazala Asmat Khan

EXHIBIT# 4.3       FBI Interview of                     "    :241-252
                   Ashvin Domadia

EXHIBIT# 4.4       Select pagesfrom Reporter's          "    :253-276
                   Transcript of Sentencing
                   Hearing of 06/24/2013

                   Statement of                         "    :255-259
                   Zubaida Noor Khan

                   Statement of                         "    :259-264
                   Tehmina Khan

                   Statement of                         "    :264-267
                   Akbar Omar

TABLE OF CONTENTS

VOLUME 3

Section: 4

EXHIBIT# 4.4        Statement of                 Pages:267-268
                    Shaun Khan

                    Statement of            "    :268-271
                    Asif Mahmood Chaudhry

                    Statement of            "    :275-276
                    Roxanna Omar

EXHIBIT# 4.5        FBI's Analysis of       "    :277-280
                    TTM's Bank of America,
                    CyberTrader & Schwab A/Cs

EXHIBIT# 4.6        A copy of letter from   "    :281-284
                    Charles Schwab Compliance
                    Department

EXHIBIT# 4.7        Select pages of Monthly "    :285-288B
                    Statements from Charles Schwab

EXHIBIT# 4.8        Declaration of Geronimo P. "  :289-303
                    Carmona, SA- IRS & computation
                    of Tax Due & Owing

EXHIBIT# 4.9        Select pages of Monthly "    :304-344
                    Statements of Investment Pool
                    emailed to Investors

EXHIBIT# 4.10       FBI's Findings about the "   :345-347
                    UBS Bank Account Statement

EXHIBIT# 4.11       Other Records, Documents and "  :348-352
                    Physical Evidence that support
                    Motion Under 28 USC 2255

                    Copy of Letter to Attorney "  :352C
                    Mark Werksman about Physical
                    Evidence not turned over

                    Copy of letter to Attorney "  :352E-352L
                    Todd Cleary about Physical
                    Evidence in possession of
                    Mark Werksman's Law Firm

EXHIBIT# 4.12       World Memon Organisation (WMO) "  :353-358
                    Hawala Network Location Map "     :359

(xx)

TABLE OF CONTENTS
_____

VOLUME 4

Section:4                Declaration of              Pages:AA1–AA8
EXHIBIT# 4.13            Syed Qaisar Madad

                        The Hawala Alternative     "   :362–388
                        Remittance System & its Role
                        in Money Laundering
                        (US Treasury Department Report)

                        Hundi System may Foil      "   :388B–391
                        Investigators
                        ( USA Today's Report)

                        Hawala Case:Khanani and Kalia   "   :393
                        acquitted                  EXHIBIT#4.12
                        (International Herald Tribune)  (Page: 357)

                        Hawala– Madrassas– and     (Pages:393B–393E)
                        Extremism–Terrorism
                        ( Three Cups of Tea)
                        ( Greg Mortenson )

EXHIBIT# 4.14           Declaration of Akbar Omar  "   :394–410
                        US Bankruptcy Court Archives
                        Case#  BK.No. LA 86–20463 LF

EXHIBIT# 4.15           Fraudulent Bankruptcies    "   :411–415
                        Akbar Omar
                        ( US Bankruptcy Court Archives)

                        Fictitious Creditors       "   : 416–417
                        Khalid B. Ahmed/Parveen N. Ahmed

                        9939 Santa Gertrude Ave     "   :418–419
                        Property Record referenced
                        Akbar Omar Bankruptcy

                        Purchases of Property by    "   :420–425
                        Rukhsana Omar during
                        Akbar Omar's Bankruptcy &
                        claimed financial Stress by
                        Rukhsana Omar

                        East Villa Apts,LLC  closure  "   :425C–425F
                        Successor LLC Easklake Villa
                        Apts, LLC & 2 1/2 years Gap

EXHIBIT# 4.16           137 Law Suits & filings     "   :426–433
                        involving Akbar Omar & family

TABLE OF CONTENTS
_____

VOLUME 4

Section: 4
EXHIBIT# 4.17          Burglary and Break-in of          Pages:434-448
                       of 2452 Alamo Heights Dr.
                       Diamond Bar,CA 91765
                       by Shazad Omar 6/15/2011

                       Entry Attempts captured by        "     :435
                       gated community Surveillance
                       computer

                       DMV Registration Info            "     :436
                       of car/ owner the
                       Transponder # DBLP#010327
                       was issued to.

                       Car/owner information            "     :437
                       Transponder was transferred to

                       Transponder # DBLP 010327 issue "     :438
                       & Transfer record.

                       Video Surveillance Snap Shot     "     :439
                       of the car, tried to enter
                       the gated community using the
                       Transponder # DBLP 010327 &
                       and the Resident Lane.

                       Video Surveillance Snap Shot     "     :440
                       of the car, driving away from
                       the Security Gate at Diamond Bar
                       Blvd , after refused  entry.

                       The Car which entered the gated "     :442
                       community, &involved in break-in
                       was spotted parked at 21671 Gateway
                       Center Drive, Diamond Bar,CA.

                       The car involved in break-in     "     :441
                       burglary is linked to Attorney
                       Shazad Omar.

                       The snap shot of the car to      "     :443
                       which Transponder # DBLP 010327
                       was assigned to.

                       DBCE Association Transponder     "     :444
                       Use Agreement for my wife's
                       car # DBLP 10312

                       Daily Transaction Report for     "     :445
                       my car with Transponder #
                       DBLP 10305 showing my car's
                       Entry & Exit times.

(xxii)

TABLE OF CONTENTS

VOLUME 4

Section: 4

EXHIBIT #4.17  Daily Transaction Report for  Page:446
       my wife's car with Transponder
       DBLP 10312 showing her car's
       Entry & Exit times.

       Gated Community Surveillance  " :447
       Computer Print Out showing
       Transponder # DBLP 10327 for
       Akbar Omar Car was blocked
       on 10/06/2010.

       Contact Information for   " :448
       IAS Network who installed &
       operated the DBCE Gate
       Surveillance Computer &
       Video Equipment.

EXHIBIT #4.18  Ahmed Family's     " :450
       Political Ties & Connections
       Abroad.

       House of Graft: Tracing the  " :451-458
       Bhutto Millions- A special
       Report; Bhutto Clan Leaves
       Trail of Corruption
       ( The New York Times )

       Authorities arrest Zardari's  " :459
       Zardari's close confidante
       Dr Asim Hussan
       (The Express Tribune )

       GeoTV Report on     " :460-461
       Asif A. Zardari's right hand
       man Dr Asim Hussain

       3 Pending Fraud Cases   " :462-470
       involing Khalid B. Ahmed

EXHIBIT #4.19  Real Victim List of    " :471-473
       Fraud & Conspiracy

EXHIBIT #4.20  Est. Investment Losses of  " :475-476
       35 Investors (Real Victims)

       Est. Investment Losses of  " :477
       Madad Family

       Est. Lost Profits of    " :478-479
       35 Investors (Before Taxes)

TABLE OF CONTENTS

VOLUME 4

Section: 4
EXHIBIT # 4.20    Est. Lost Profits of              Page:480
                  Madad Family (before Taxes)

                  Est. Investment of the        "    :481-482
                  23 Conspirators in the
                  Investment Pool

                  Financial Injury to           "    :484
                  35 Investors due to the
                  shutdown of the
                  Investment Pool ( Pre-Tax)

                  Financial Injury of           "    :485
                  Madad Family (Pre-Tax)

                  Financial Injury sustained    "    :486A-486B
                  by TTM due to the piracy of
                  its Proprietary Software  -
                  An Intellectual Property (Est)

                  Financial Injury sustained    "    :487-488
                  by TTM due to the acquisition
                  of its Business Plan by
                  Deceit & Fraud - An
                  Intellectual Property (Est)

                  Total Financial Losses "      "    :489
                  & injury suffered by TTM &
                  & 42 Investors (Pre-Tax- Est)

EXHIBIT #4.21     Select pages of one of the    "    :491-492
                  Document sent directly to
                  the FBI & AUSAs, on July 17,
                  2012, as a citizen's right
                  to bring forth his grievances
                  & complaint before Govt.as
                  a Constitutional Right .

EXHIBIT #4.22     Real Estate Properties &      "    :493-498
                  Businesses of 23 Conspirators
                  against which Financial
                  Claim for Losses & damages is
                  being lodged.

EXHIBIT #4.23     A copy of Notice of Appeal    "    :500
                  filed on 07/10/2013

                  A Copy of Court Order on      "    :501-502
                  Attorney Mark Werksman's
                  Motion to Withdraw from
                  the Case.

(xxiv)

TABLE OF CONTENTS
───────────────

VOLUME 4

Section: 4
EXHIBIT #4.23        A copy of Financial Affidavit     Page:504
                     CJA23 filed on 0724/2013

                     Financial Information filed      "    :505—515
                     with CJA23.

                     Major Forfeiture of              "    :517
                     Assets & property caused by
                     23 Conspirators thru their
                     Lies, misrepresentation
                     & Cover—up in a Grand Jury
                     Process.

                     Initial Financial Impact         "    :518
                     Assessment in July, 2013
                     (Personal —only)

# Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody

## (Motion Under 28 U.S.C. § 2255)

### Instructions

1. To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2. You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. If you cannot pay for the costs of this motion (such as costs for an attorney or transcripts), you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7. In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

   Clerk, United States District Court for _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

   City, State Zip Code:

9. **CAUTION:** You must include in this motion <u>all</u> the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.

10. **CAPITAL CASES:** If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

2 of 518

Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District _Central District of California_ | |
|---|---|---|
| Name (under which you were convicted): _SYED QAISAR MADAD_ | Docket or Case No.: _CR 12 - 1048 PA_ | |
| Place of Confinement: _FCI Texarkana, Texas_ | Prisoner No.: _63886-112_ | |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) | |
| v. | _SYED QAISAR MADAD_ | |

MOTION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: _____
    _United States District Court_
    _Central District of California_

    (b) Criminal docket or case number (if you know): _CR 12 - 1048 PA_

2.  (a) Date of the judgment of conviction (if you know): _____
    _02/25/2013_
    (b) Date of sentencing: _06/24/2013_

3.  Length of sentence: _151 Months_

4.  Nature of crime (all counts): _____
    _i) Wire Fraud in violation of Title 18 USC 1343, as charged in Count nine of Indictment_
    _ii) False Subscription to Tax Return in violation of 26 USC 7206(i), as charged in Count sixteenth of Indictment_

5.  (a) What was your plea? (Check one)
    (1)  Not guilty ☐         (2)  Guilty ☑         (3)  Nolo contendere (no contest) ☐
    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____
    _Plead guilty to both Counts under the Plea Agreement_
    _Count 9    Wire Fraud_
    _Count 16    False Subscription to Tax Return_

6.  If you went to trial, what kind of trial did you have? (Check one)        Jury ☐        Judge only ☐
    _Not Applicable_

3 of 518

Page 3

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?   Yes ☑   No ☐

9. If you did appeal, answer the following:

(a) Name of court: __US District Court - Central District of California__

(b) Docket or case number (if you know): __13-50311__

(c) Result: __Denied__

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: __Sentence Only (18 USC 3742)__
__Please refer to page: 5 attached__
_____
_____
_____
_____
_____
_____

(g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☑   No ☐

If "Yes," answer the following:

(1) Docket or case number (if you know): __14-8958__

(2) Result: __Denied__
__Please refer to page: 6 attached__

(3) Date of result (if you know): __04/27/2015__

(4) Citation to the case (if you know): _____

(5) Grounds raised: __Sentence Only__
_____
_____
_____
_____
_____
_____
_____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

4 of 518

| Name | Syed Qaisar Madad |
|---|---|
| Address | 831 Canyon View Court |
| City, State, Zip | Diamond Bar, CA 91765 |
| Phone | 909-524-1742 |
| Fax | 909-860-4071 |
| E-Mail | qmadad@gmail.com |

☐ FPD   ☐ Appointed   ☐ CJA   ☒ Pro Per   ☐ Retained

**FILED**

2013 JUL 10 PM 2: 01

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: |
| PLAINTIFF(S), | CR-12-1048 PA |
| v. | |
| SYED QAISAR MADAD | **NOTICE OF APPEAL** |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____ SYED QAISAR MADAD _____ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☒ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☒ Sentence imposed:
    151 months

☒ Bail status:
    Self-surrender to BOP

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____ June 24, 2013 _____ . Entered on the docket in this action on June 27, 2013 _____

A copy of said judgment or order is attached hereto.

_____ July 10, 2013 _____
Date

Signature
☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 27, 2015

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  Syed Qaisar Madad
v. United States
No. 14-8958
(Your No. 13-50311)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk

(3 C)

Page 4

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:       Yes ☐   No ☐

(2) Second petition:   Yes ☐   No ☐

Page 5

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.

GROUND ONE: <u>Denial and infringement of the Constitutional Rights ( Jury Process )</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1. Witnesses lied, misrepresented, covered-up, and withheld material information & substantive facts, from AUSAs considered Officers of the Court & Advisors to the Grand Jury. They also lied, misrepresented, covered-up & held back material information & facts from the FBI, making both the FBI & AUSA believe that they have heard all they needed to know, to investigate & prosecute & it is the truth.

2. Witnesses covered-up and withheld material information & facts even lied & misrepresented, and prevented it from reaching the Grand Jury & substantive facts & information was either never presented to the Grand Jury or were tainted & interpreted under the Color of suspicion.    Please refer to Legal Brief & Supporting Document for more details

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☑  Did not Appeal the Judgement of Conviction

(2) If you did not raise this issue in your direct appeal, explain why: <u>Direct Appeal Filed was for Sentence Only ( 18 U.S.C. 3742 )</u>

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

8 of 518

Page 6

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____

_____

_____

_____

_____

_____

GROUND TWO: <u>My Confinement is in violation of the Constitution</u>
<u>and laws of the United States,</u>

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1) Grand Jury's decision to indict me was not based upon truth, but tainted material facts & information with lies. Documents, records, & Exhibits prepared with presumption that witnesses were honest & truthful & covered-up information did not exist.

2) No Jury or Court can dispense justice or a right decision without truth. Even a million lies will not equal a single truth. A defendant faces the same dilemma, when looking thru the same colored & distorted glass, about his bleak future, safety & security of his

Page 7

family in the US & abroad, apprehension about witnesses continuing to lie, & fear of retribution. Anyone subjected to these circumstances is being violated

(b) Direct Appeal of Ground Two: Under the laws & Constitution of this great nation.

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑   Did not appeal the judgement of conviction before

(2) If you did not raise this issue in your direct appeal, explain why: Direct Appeal filed was for Sentence only (18 USC 3742)

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

10 of 518

Page 8

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND THREE: _US Constitution & Declaration of Independence prohibits lynching & persecution of an individual or a family by a mob or group_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_First two (2) main families - Omars & Ahmeds Conspired & Schemed over a period of time to strip my Company of all its Intellectual assets & Investment Pool, then planned to frame me, procure my indictment & get away free & clear with the loot:_
_1) All of the individuals interviewed by the FBI (except one) were related to each other & lived in close proximity._
_2) They held strategy meetings to deal with FBI & the US Attorney's Office. One such meeting held at Syed Imran Ali's house on 12/24/2011._
_3) Suhail Siddiqi, not an investor, texted on 11/23/2011 to family members to falsely incriminate me & my family with complaints to FBI._

(b) Direct Appeal of Ground Three: _Witnesses to Investment Pool Trading joined in._
(1) If you appealed from the judgment of conviction, did you raise this issue? _Please refer to Legal Brief._
Yes ☐   No ☑ _Did not appeal the Judgement of Conviction, before_
(2) If you did not raise this issue in your direct appeal, explain why: _Direct Appeal filed was for Sentence Only (18 USC 3742_
_____

(c) Post-Conviction Proceedings:
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☑
(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _____
Name and location of the court where the motion or petition was filed: _____
_____
Docket or case number (if you know): _____
Date of the court's decision: _____

Page 9

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❏   No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND FOUR: <u>Mis-management of my case by my Attorney Mark Werksman and his Law Firm.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

While I believe Mark Werksman, and his colleague Mark Hathaway are experienced & capable attorneys, but they failed to handle and manage the various intricacies & legal aspects of my case properly. Most important - failed to disclose falsity and cover-up.

i) Mark Werksman failed to recognise the importance of early on meetings with the FBI in May, 2011, despite my request & also with IRS in June, 2011.

ii) Discovery process handled poorly by his law firm

iii) Key physical evidence turned over to his custody has gone missing

*Page 10*

iv) Need to share information with the US Attorney's better & communicate effectively, as I provided him facts & information

(b) Direct Appeal of Ground Four: Please refer to Legal Brief.

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑ Did not appeal the judgement of conviction before

(2) If you did not raise this issue in your direct appeal, explain why: Direct Appeal filed for Sentence Only ( 18 USC 3742 )

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

13 of 518

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _All of the four (4) grounds in this Motion have_ _not been previously presented_

_____

_____ _Reason: Did not appeal the judgement of_

_____ _conviction before. This is my first_

_____ _Motion under 28 USC 2255._

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐  No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _No preliminary hearing held_

_____

(b) At arraignment and plea: _Mark Werksman_

_____

(c) At trial: _No trial held_

_____

(d) At sentencing: _Mark Werksman_

_____

14 of 518

Page 12

(e) On appeal: _Sentence only - Benjamin Coleman_

___

(f) In any post-conviction proceeding: _None_

___

(g) On appeal from any ruling against you in a post-conviction proceeding: _None_

___

___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐ No ☑

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future: ___

___

(b) Give the date the other sentence was imposed: ___

(c) Give the length of the other sentence: ___

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

Page 13

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*_____

This Motion under 28 USC 2255 is timely.
Please refer to page 16 attached

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
      (1) the date on which the judgment of conviction became final;
      (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
      (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
      (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: _Release from detention,_

_and full & complete exoneration._

_____

_____

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _April 7 2016_
_____ (month, date, year).

Executed (signed) on _4/7/2016_____ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion. _____

_____

_____

_____

MOTION UNDER 28 USC 2255
LEGAL BRIEF
SUPPORTING DOCUMENT & EXHIBITS
FOR THE MOTION, LEGAL BRIEF, AND FOR THE COMPLAINT

VOLUME 1 OF 4

Section : 2     Legal Brief

18 of 518

LEGAL BRIEF
GROUNDS #1 & #2 OF
MOTION UNDER 28 USC 2255

Your Honor: America's Founding Fathers forged a union with safeguards for every citizen to enjoy a life of freedom and liberty in their pursuit of happiness, by guaranteeing due process of law and inalienable individual rights, through the Constitution.

1.   In my case Your Honor: There has been a denial and infringement of these Constitutional Rights & I have been confined for the past 2 1/2 years in violation of the Constitution and the Laws of the United States.

2.   Your Honor: The violators of my Constitutional Rights are not the Federal Bureau of Investigation who investigated my case & allegations against me or the US Attorney's Office who prosecuted this case, or the Internal Revenue Service or the members of the Grand Jury.

Infact, I was treated with courtesy, dignity & respect by all those with whom I came in contact with.

I have been, also, treated with respect & dignity at the Correctional Facility I have been housed in, by the Bureau of Prisons. I have been cared well, if I needed Medical Treatment. I have been provided access to Educational Resources & an Electronic Law Library at the FCI Texarkana, TX, which is equipped with American Juriprudence Manuals, United States Codes & Titles, and millions of pages of Federal Court Cases for reference & research, typewriters, printing and photocopying facilities. My Counselor & Supervisory Staff in work area have been very considerate to allow me spend time in the Law Library to conduct Legal Research & do paper work, for submission to the Court.

The access & provision of these facilities to us is a real manifestation of an effort & display of our Constitution & Justice System at work. The credit goes to the US Department of Justice, the Supreme Court of the United States, and the US Congress & Senate i.e. our law makers in Washington D.C. I am very grateful for this access & privilege. I will also remain indebted to this country for the knowledge & higher education I received upon my arrival here.

3.   Your Honor: The violators of my Constitutional Rights, and the reason behind my confinement, loss of freedom & liberty, property & assets are five (5) individuals who were witness to my Trading & Investment activities, visited me regularly & frequently ( Section: 3.8.4, pages: 157-158), Investor Syed Imran Ali who visited my Office/Library several occasions, and Ex-employee

19 of 518

Ashvin Domadia, who saw me about every hour.

Your Honor: The cover-up of VISITS & WHAT THEY SAW on my Trading Computer screen , by all seven (7) is the most bazaar & outrageous act. This is actually the crux & the most vital element of the case. It goes to the heart of the question; were the Investors lied to & defrauded ?

While this submission includes only 9 of the 22 Exhibits which were filed with the Court on 06/14/2013, for my Sentencing Hearing, all of the 22 Exhibits are considered documentary evidence in support of this Motion under 28 USC 2255 & Complaint against the 23 Conspirators to be filed later.

The cover-up & withholding of information about Visits, and what these (5) frequent & regular Visitors saw on my Trading Computer screen taints 17 of the 22 Exhibits presented to the Court & members of the Grand Jury. These Exhibits were prepared, looked at, and interpreted, under the color of suspicion & with presumption that the witnesses were honest & told the truth. While infact, they were totally dishonest, lying, covering-up & holding back the truth, and injected falsified information. The affected Exhibits were:

Exhibits: B,C,D,F,H,I,J,K,L,M,N,O,P,
Q,S,T, and V.

Exhibits: A & G — FBI Interviews falls
under the same category.

This led to the conclusions that: I lied, misrepresented ran a " Ponzie Scheme", the UBS A/C never existed, the two transactions amounting to $ 30.6 Million between TTM & Akbar Omar never took place, and I used the investors funds to pay for my personal expenses.

My employee Ashvin Domadia knew TTM's computers very well.He had been sent to the Online Trading Academy to learn Trading & Investing, and had been trained, sponsored & passed the FINRA Series 65 Licensing Exam for an Investment Advisor, had a computer background joined the lying crowd of the Conspirators with AUSAs present, during the interview with the statement " he never saw Madad making actual Investment Trade" while I carried out approx. 14,000 - 17,000 trades during his employment & every month he would be working in my Office/ Library to help prepare the Monthly Report to Investors. ( Sub-section: 3.8.2 page: 147). In addition, trading records exist on TTM's Computer assigned to him ,as he & Arnold Benjamin assisted me double-check Schwab & CyberTrader Profit & Loss figures, but he never turned in as it contained evidence which would have impeached his with the FBI.

20 of 518

Charles Schwab's letter dated August 3, 2010 (EXHIBIT# 4.6) included as Exhibit D with the Declaration of AUSA Ranee Katzenstein, filed with the Court on 06/14/2013 for my Sentencing Hearing, confirms that I carried out 6,490 trades from September 1, 2009- August 2, 2010 in a period of 11 months, on Schwab A/C alone. But because of the cover-up & lies by the Conspirators, the letter was only looked at for losses on the Charles Schwab A/C and the trading costs. The UBS A/C was presumed non-existent. It was presumed that Ashvin Domadia was honest & telling the truth. It was also presumed that my Monthly Reports, which reported bottom line of all account were false & misrepresented the results.

Neither the FBI, nor the US Attorney's Office, and nor the Grand Jury knew that five (5) Investors i.e. Akbar Omar, Zubaida Noor Khan, Sajid B. Ahmed, Abdul Rashid Khan, and Arif Z. Mansuri were witness to what went on in my Office/ Library, that these investors sat around my Trading Computer with its display screen right in front of them. They knew how the Investment Pool performed & they traded their own accounts & kept coming for months.

Joining this foray of lying Conspirators, who knew but were lying & withholding information, was Asif Mahmood Chaudhry who did not know, but pretended he knew, and lied flagrantly & outrageously in the Court on June 24, 2013 during my Sentencing Hearing. Please refer to EXHIBIT# 4.4, page: 268, lines: 18-20 of select pages from Reporter's Transcript of my Sentencing Hearing, covering individuals statements, which documented Asif Mahmood Chaudhry's jist of conversation with his 9-years old daughter " Dad, why would you not stand up and say the truth when you know the truth."

Asif Mahmood Chaudhry seemed to have given the impression to his 9-years old daughter, that he knew the truth, when he did not. Instead of doing the right thing & telling his 9-years old daughter that " actually Dad does not have all the facts & does not know the truth" he came and told a flat lie in the Court , leaving a bad example for his 9-years daughter, it is OK to lie even in a Court of Law, to protect and support his buddies.

Your Honor: Other than the seven (7) individuals identified earlier ( Also Sub-section: 3.8.3 pages: 155-157) , if any other individual , including Asif Mahmood Chaudhry, testified before the members of the Grand Jury, he/ she did not know the truth. They committed perjury & provided false incriminating testimony.

Your Honor: Reference US Supreme Court
              183  LED2D  574, US_  UNITED  STATES  v.  ALVAREZ
              Page: 589

" Perjured testimony " is at war with justice because it can cause a court render a " judgment not resting on truth. In re Michael, 326 U.S. 224, 227, 66 S. Ct. 78, 90 L.Ed.30 (1945). Perjury undermines the function and province of the

21 of 518

Law and threatens the integrity of judgments that are the basis of the legal system. "

Your Honor: Neither the FBI, nor the US Attorney's Office, nor the Grand Jury could crystal ball a right judgment out of the falsity of information & evidence provided to them.

Also, despite of the fact that all involved were very intelligent, able & honest individuals, who wanted to make the right decision, no one could read the minds of the evasive & deceitful witnesses, as to what lied hidden there. A million lies cannot create a single truth.

And once again, going back to the opinion readings , decisions, and guidance provided by the highest court of our nation, the Supreme Court of the United States, it annunciates:

192 LED2D 761, US_GLOSSIP v GROSS
Page: 787

" We rely on juries to make judgments about the people and crimes before them."

Your Honor: Grand Jury's all counts of indictments against me were faulty & corrupted by the falsity & cover-up of material facts . 19 of the 22 Exhibits presented to the Court on 06/14/2013 for my Sentencing Hearing & presumably considered by the Grand Jury also, were defective & tainted or how they interpreted & conclusions were drawn from them.

Your Honor: It is not that human mind is incapable of making decisions. It is simple that a lie is not truth and what is hidden from us, our human minds have unlimited imagination about it. The corruption of the jury process by witnesses who visited me to learn, observe, research, and trade themselves, knew & saw me trading the Investment Pool, knew & saw what was on my computer screen but lied or covered-up, and those witnesses who did not know these facts, and pretended to know & lied about it, was a denial and infringement of my constitutional rights.

The Grand Jury decision arrived in this manner, in my particular case, became the foundation of all subsequent decisions, actions, records & documents creation, agreements, a real threat in the form an indictment & the real possibility that I could be sentenced to over 100 years & never ever be a free person, & never be with my beloved wife whom I love dearly & two daughters as a family, the Assistant US Attorney's decision to offer & prepare a Plea Agreement based upon the wrong foundation of Grand Jury's decision , myself not knowing all the facts & not knowing what went on in Grand Jury's proceeding, and whether they had all the facts & truth before them or not, myself totally staying in the dark until on July 27, 2015 when I received from my Direct Appeal Attorney Benjamin Coleman,

22 of 518

the full & complete interviews of witnesses on Form FD-302, which I had not seen before, and were actually appended to the Declaration of AUSA Ranee Katzenstein filed with the Court on 06/14/2013, but my then Attorney Mark Werksman did not share with me. The interviews contained lies, misrepresentations, cover-up of material information & substantive facts about the visits, and neither the FBI, nor the US Attorney's Office, or the Grand Jury knew about it, nullifying the process, the proceedings, actions, and decisions that were not based on the truth, as required by the Law & the Constitution of this great Country.

Following the indictment, but prior to my change of Plea on February 25, 2013, jists or short and edited versions of witnesses interviews were provided to me, and those CDs & some text versions were incomplete, and did not contain all what the witnesses had said & I remained in the dark, so did the FBI, the US Attorney's Office & the Grand Jury. All decisions were made on falsity & cover-up.

Therefore, Your Honor: My Sentencing & confinement under the wrong premises is also, in violation of the laws of this country & the Constitution, and not just the process of justice that has put me here, and violators are actually free enjoying both freedom & liberty.

How material & relevant the information about visits was, and how significant the cover-up was is described in detail under Section: 3.8, and in particular Sub-sections: 3.8.1, pages:119-133 , Sub-section: 3.8.2 , pages: 133-155, Sub-section:3.8.3 pages: 155-157, and Sub-section: 3.8.4 pages:155-162. A condensed version is included in this Legal Brief.

In addition to my staff of eight (8) employees, there were 13 other Visitors, who themselves were investors or a family member was, who had sent them, learn, observe, conduct research & trade as listed under Sub-section: 3.8.3, pages: 155-157. Five (5) of these Investors/ Visitors were very regular. They are identified under Sub-section: 3.8.4, on pages: 157-158. The came to observe me trade, and sat around my Trading Computer (1) in my Office/Library ( page: 33 & also EXHIBIT# 4.1, page: 201 ) in spots 3, 4 & 5 in seating order on page: 121.

My Trading Computer (1) was, intentionally, located against the wall in the Library in spot 1 & not on my Office Desk spot 6, so that my computer display screens faced the Investors, and they could see & read, instead of looking at the back of them, if located on my Office Desk (6). My computer used large, 22" dual screens, with large fonts. These five (5) Investors brought their own laptops & notebook computers with much smaller 12"-14" screens, and traded themselves also.

The five (5) regular Investors/ Visitors came over a long period of time, as disclosed on page: 130. Akbar Omar & Zubaida

Noor Khan had over 300 visits. Sajid B. Ahmed, Abdul Rashid Khan & Arif Z. Mansuri had over 100 visits each as also disclosed on pages: 157-158. Two (2) of these five (5) regular Visitors of my Office, during the Market Hours, even used the Charles Schwab Trading Platform or Software, as I did. They were all proficient with computers & used Professional Trading Platforms.

I do not have access to the sworn Declaration of Akbar Omar signed on March 21, 2011, but a verbatum excerpt from OMAR's Declaration included in FD-302 of his June 24, 2011 interview with FBI Special Agent Brian Schnese & his entire interview is deceitful, dishonest & is a cover-up. ( EXHIBIT# 4.2 pages: 204-211 )

I do have access to an ancient sworn Declaration of his, as Character Reference, signed on October 20, 1987 attached as EXHIBIT# 4.14 , pages: 395-410, for the US Bankruptcy Court Case Bk. No. LA 86-20463-LF , which was also deceitful, dishonest & had cover-up. He submitted to the US Bankruptcy Court for the Central District of California, that his close friends Khalid B. Ahmed & Parveen N. Ahmed were his Creditors & held as a Security House 3d T/D 10/85 on 9939 Santa Gertrude, North Whittier, CA 90603 for $ 250,000. It was a lie & false Statement submitted by him, then also. He never owned the property 9939 Santa Gertrude to offer Ahmeds, as a Security. EXHIBIT# 4.15, pages: 416- 419.

My Trading Computer screen had multiple color & graphic display windows, showing the various pieces of information, which is discussed in detail under Sub-section: 3.8.2, pages: 133-155. A Typical Display Screen Format of my computer is depicted on page: 34 of this Legal Brief & also under EXHIBIT# 4.1, page: 202. A saved version of my display screen also exist under the User ID: Syed1 or Syed11 on my Trading Computer in the custody of the FBI since October 30, 2012. One of my computers also has my CyberTrader screen format. UBS information does not exist because of foul play & interference with computers & network disclosed under Sub-section: 3.8.5.

Mark Werksman took photographs of the set-up & layout of my Office/ Library in January/February, 2013. Those photos can be used to confirm the diagram shown on page: 33 of this Legal Brief & under EXHIBIT# 4.1 page: 201 also.

An Investor/ Visitor sitting around my computer 3'-5' feet away & observing could check the performance of the Investment Pool or just the Charles Schwab Trading A/C from atleast three(3) different windows:

|     |                                        |
| --- | -------------------------------------- |
| 12  | Computer Calculator                    |
| 1   | Trading Status Bar                     |
| 7   | Account Display & Execution Box Window |

A fourth (4th) window: 8 Order Execution Alert Messages

24 of 518

associated with a BEEP sound displayed what I was doing i.e.
my trading activity, in the form of a text message, which stock
I was buying or selling, exact price, quantity, and time of
the trade execution. An Investor/ Visitor could independently
confirm the result of any of my trades on his or her laptop
or notebook computer, if they were suspicious.

o       I carried out 25-30 trades/day, on average, on Charles
        Schwab A/C alone. My computer will BEEP atleast 25-
        30 times during their visit, to announce an execution
        & to get my or an observer's attention, if distracted.
        The Intra-Day Chart Window generated a colored Green
        or Red Candle every 2-3 minutes, or 5 minutes, or 10
        minutes to alert & inform the observer of up or down
        movement of price of stock being traded.

        The Balances & Profit/Loss figures shown in windows
        12, 1, and 7 changed multiple times every minutes.
        (Page: 34 , also EXHIBIT# 4.1, page: 202)

        None of the Investors/ Visitors who were interviewed
        the FBI mentioned this. It was an obvious cover-up of
        material facts & information.

o       These five (5) regular & frequent Investors/ Visitors
        kept coming day after day, weeks after weeks, and
        months after months (Sub-section: 3.8.1, page:130)
        Two (2) most frequent & regular Investors/ Visitors
        Akbar Omar & Zubaida Noor Khan saw the Investment Pool
        growing, or otherwise they would not have kept coming,
        and would not have made multiple deposits, into the
        Investment Pool, during their visiting period:

                Akbar Omar      30 or more Deposits
                Zubaida Khan    6 or more

        And they all traded their own account, to enjoy a
        double benefit. All of this information & facts were
        covered-up.

o       They all received Monthly Reports. Only one day, and
        one look at my Trading Computer screen would have been
        enough to reveal that my Monthly Report & the Balances
        and Profit/ Loss figures don't match, if there was a
        fraud going on or if it was a Ponzie Scheme as alleged
        by Akbar Omar in March, 2011 and not in 2010 or 2009
        or in 2008, after the UBS A/C had disappeared.

        My trading activity & my Trading Computer screen
        was observed & looked at by these five(5) regular
        Investors/ Visitors by over 1,000 days combined,
        over 6,500 Market Hrs combined, and over 390,000
        minutes combined.

        As many as 3-5 Investors/Visitors looking at the same
        Trading Computer screen, at the same time & multiple
        times by each individual during the day, and

                        25 of 518

my trading days at times were very interactive as I explained my decisions as to why I selected an Industry Sector or a particular stock to trade & how I came to a conclusion that buy or sell at a certain price was least risky, using Charting Analysis. Their eyes were all focused on my Trading Computer screen & what was on display.

o   Any one of these five (5) Investors/ Visitors did not have to rely upon my representations or the representations of anyone else who was not even present in my Office/ Library, during the Market Hours, while they were present, observing me & my computer screen, watching CNBC Business & Market News on Cable TV (13) and trading alongwith me.

End of the Day Portfolio Reports of all 8 Analysts were available to them through TTM's Proprietary Software Program. A Summary Trend Report of stocks picked by the different Analysts would be available in my Office/ Library @ 6:30 AM every Business Day, and a Report on World Major Market Indexes & Performance Trend Report was also available to all Investors/ Visitors during the Market Hours. All Investors/ Visitors could do their own Research & Stock Picks for Trading & Investing using TTM's Proprietary SQL Base Stock Selection, Trading & Investment Software, if they disagreed with my decisions. No one was forced or compelled to come to my Office/ Library, except what they witnessed convinced them to remain invested in the Pool, move their funds from other brokerage firms to the Investment Pool, keep increasing their investments & even trade alongwith me their own & separate A/Cs from the Investment Pool.

All this information & facts have been intentionally left out, covered-up & withheld from the FBI, the US Attorney's Office & members of the Grand Jury did not know about it.

GROUND 3 OF
MOTION UNDER 28 USC 2255
────────────────────────────

Had the FBI, the US Attorney's Office, and the Grand Jury known these facts & information, and the other activities of these individuals, relatives & close friends i.e. interference with TTM's Computers & Network ( Sub-Section: 3.8.5), stealing of my notes & records ( Sub-section: 3.8.7 )✗ burglary & break-in of my house/ Office ( Sub-section: 3.8.6), piracy of TTM's SQL Base Stock Selection, Trading & Investment Software ( Sub-section: 3.8.9 ), acquiring of TTM's Business Plan by deceit & fraud (Sub-section: 3.8.10), and had they known the truth, their would not have been my indictment, and my accusers, the perpetrators of the crime would have been indicted & behind bars, and their would have been more complete story in the Court Records.

✗ Surveillance Video Snapshots included in this Legal Brief of auto used & its owner

Your Honor: My indictment or the Grand Jury's verdict, the Plea Agreement drafted by the US Attorney's Office based on Grand Jury's decision, my change of Plea, and my Sentence & Confinement were the decisions & actions not resting on the truth, but engineered by a lying mob of individuals, related to each other and/or close friends, who interfered & rigged the process of justice. It is analogous to lynching & persecution of an individual & his family by a mob, which included a number of individuals who knew the facts & truth, but covered it up & even lied about it. The US Constitution, the Civil Rights Act & the Declaration of Independence which is the basis & the essence of our Constitution all prohibit lynching & persecution of any individual or a family. It is unlawful & unconstitutional.

Your Honor: United States of America is the country, I have always admired, Canada is the country I cherish for its multiculturism & its stand for World Peace, and Pakistan , my mother country, with its tallest mountains in the World & a land of five (5) rivers, I will always love.

People all over the world look up to this nation for its stand for democracy & human rights , founded on principles of Liberty, Freedom & Justice for all. 7 Billion people of the World, would like to live in this country , if they had a choice & would send their children for education, if they could afford. People come to this land in search of their dreams & a better life & so did I some 44 years ago. With my humble beginning from a remote, under- developed village of Pakistan, I achieved heights & accomplished things that I could not imagine or dream of, if I had stayed in Pakistan. Some of these accomplishments are highlighted under Section: 3.7 pages: 110-113 & through my knowledge & profession, I was able to contribute to the industry & society of my two welcoming nations i.e. Canada & the US. I also never forgot my mother country, Pakistan. Me & my wife whom I love dearly & very pround of, tried to give back to that nation too, through our charity work, support for education, & empowerment of its ordinary citizens.

Your Honor: I quote from the " OPINION" of the Supreme Court of the United States pages: 883 & 884 of:

188 LED2D 835, US TOWN OF GREECE v GALLOWAY

" In 1790, George Washington traveled to Newport, Rhode Island, a longtime bastion of religious liberty and the home of one of the first communities of American Jews. Among the citizens he met there was Moses Seixas, one of that congregation's lay officials. The ensuing exchange between the two conveys, as well as anything I know, the promise this country makes to members of every religion..

Seixas wrote first, welcoming Washington to Newport. He spoke of " a deep sense of gratitude" for the new American Government"- a Government, which to bigotry gives no sanction, to persecution no assistance- but generously affording to All liberty of conscience, and immunities of Citizenship: deeming every one, of whatever Nation, tongue, or language, equal parts of the great governmental Machine." Address from Newport Hebrew Congregation ( Aug 17, 1790), in 6PGW 286,n. 1 ( M. Mastromarino ed. 1996). The first phrase there is more poetic: a government that to " bigotry gives no sanction, to persecution no assistance." But the second is actually more startling and transformative: a government that, beyond not aiding persecution, grants " immunities of citizenship" to the Christian and the Jews alike, and makes them " equal parts" of the whole country.

Washington responded the very next day. Like any successful politician, he appreciated a great line when he saw one- and knew to borrow it too. And so he repeated, word for word, Seixas's phrase about neither sanctioning bigotry nor assisting persecution. Be he no less embraced the point Seixas had made about equality of citizenship. " It is now no more", Washington said, " the toleration is spoken of, as if it was by the indulgence of one class of people" to another, lesser one. For " all possess alike .... immunities of citizenship". Letter to Newport Hebrew Congregation (Aug 18, 1790), in 6 PGW 285. That is America's promise in the First Amendment full and equal membership in the polity for members of every religious group, assuming only that they, like anyone " who live(s) under [ the Government's] protection [,] should demean themselves as good citizen." Ibid.

Your Honor: Enough though this particular case was about & in the context of religious persecution, but persecution of an individual, family, or a group can be in any form & context and the US Constitution prohibits it.

The Random House College Dictionary defines " PERSECUTION" 1. the act of persecuting.   2. the state of being persecuted.

and " PERSECUTE" meaning 1. to pursue with harassing or oppressive treatment; harass persistently. 3. to annoy persistently; importune; trouble- Syn. 2. torture. torment

Your Honor: As I have acknowledged, repeatedly, in this submission, that neither the FBI, nor the US Attorney's Office, or the Grand Jury know that they were being lied to & material facts & information about the Visits & what they saw & observed was being covered-up & withheld. This lead them to believe that: I lied, misrepresented, ran a "Ponzie Scheme", the UBS Account did not exist, and the two transactions amounting to $ 30.6 Million between OMAR & TTM never took place, and I used the investors funds to pay for my personal expenses.

This , as a whole, resulted in my & my family's harassment & persecution & oppression:

- My land went into forfeiture in May, 2012.
- My house went into forfeiture in June, 2012
- My daughter's car was seized in August, 2012
- All my wife's jewlery & house valuables were seized.
- I could not pay my attorney Mark Werksman, so I had to borrow money from my friends & family.
- My daughter's In-laws lent me lease down payment & they had to sign lease to get us a rental property where my wife & daughter could, otherwise they would have been homeless. As forfeitures & foreclosures made us unworthy of credit & even rent a place to live.
- I have no savings left.
- I have no retirement funds left.
- I am 69 years old & my wife is 64 years old. My company have been completely robbed of all its Intellectual Property , my family & 35 other Investors have suffered financial losses & damages at the hands of 23 Conspirators , estimated at $ 993.7 Million ( Supporting Document).The Conspirators have kept this information off records.
- In addition, my wife & my older daughter have been pursued in a bogus & frivolous law suit, alongwith me, for over 5 years now, by the Conspirator Akbar Omar, based upon lies, misrepresentations, cover-up & withholding of all material facts & information, disclosed in this submission.

Only the United States District Court & the justice system have the power to undo the persecution, oppression, and harm & sufferings of me & my family, bring those responsible, finally to justice.

The conspiracy had involved an element of co-operative action; a meeting at the house of Syed Imran Ali on December 24, 2011 before five (5) of the witnesses were interviewed by the FBI, Bashir Waraich urging, passed on FBI Special Agent Brian Schneze's telephone number to friend Ghazala Khan, and Ghazala Khan passed the number to Asma Quddusi her friend & neighbour to call. Suhail Siddiqi, not an investor , schemed with his friend Asif Mahmood Chaudhry & his relative Tehmina Khan, and sent a text message on his Blackberry Cell Phone from overseas, to selected family members on November 23, 2011, before the December 24th , 2011 meeting at brother-in-law Syed Imran Ali's house, to file complaint against Madads, Tabatabais, and Rajputs, when Rajputs were his relatives also.

At the time, this Blackberry Cell Phone text message was sent, both Suhail Siddiqi & Tehmina Khan's brother Obaid Jatoi were

29 of 518

working as the Advisors to the President of Pakistan, Asif A. Zardari in Islamabad, Pakistan. Asif A. Zardari was a classmate of Suhail Siddiqi from school & also husband of two(2) times Prime Minister of Pakistan, Benazir Bhutto. Majid B. Ahmed, was a business partner of Asif A. Zardari from 1988-96, during Bhutto's Prime Ministership.

Despite of the fact that Suhail Siddiqi was not an investor, had no knowledge of the operation of the Investment Pool, did not know that five (5) investors: Akbar Omar, Zubaida Noor Khan, Sajid B. Ahmed, Abdul Rashid Khan, and Arif Z. Mansuri visited my Office/ Library regularly, sat around my Trading Computer (Page: 33, EXHIBIT# 4.1, page: 201), observed me trading & traded themselves, with my computer display screen infront of them ( Page: 34 & EXHIBIT# 4.1, page: 202) Two (2) of these visitors & two (2) of my employees were his relatives & another three(3) employees were related to close friends or placed with TTM by his relatives. Five(5) days after his text message, on November 28, 2011 Tehmina Khan filed complaint with the FBI, and Khalid B. Ahmed took complete control of the Hedge Fund on December 13, 2011.

The conspiracy to gain control of the TTM's Intellectual Properties & Investment Pool assets had been brewing in Ahmed's family much earlier, as some family members & friends who aided & abetted were referred to & placed with TTM under the pretext of help run the Investment Pool operation, and carry out research & technical analysis. This scheming & planning started as far back as March, 1999, when Khalid B. Ahmed & Parveen N. Ahmed & her brother Khalid Nur learned about my Market Research & Technical Database, causing Parveen N. Ahmed to follow me to the Online Trading Academy in 2000/2001, Khalid Nur in 2001, and Zubaida Noor Khan visiting me at home/Office in 2002/2003. They all had plans & schemes, and would be shared with me only to the extent they considered necessary & when to share. Their entire planning revolved around the Research & Database I had been creating & either to learn it, get it somehow, own it & exploit its economic potential. In 2006 Khalid B. Ahmed arranged a meeting at a Brokerage Firm in the Century City, CA & Khalid Nur was also at the meeting. In 2007, Ashok- a Software Engineer & partner of High-Tech firm came from Banglore, India & again Khalid Nur & Sajid B. Ahmed were involved & Khalid B. Ahmed organised. Later, the same year, Akbar Omar appeared on the scene with Khalid & Parveen N. Ahmed's reference. Majid B. Ahmed visting from Pakistan discussed it, and one of his friends & classmate Mr. Arif- Managing Director Bears Stearns came from UK, London to discuss it & both Khalid B. Ahmed & Parveen N. Ahmed attended the meeting at Four Seasons- Newport Beach, CA setup by Khalid & Majid B. Ahmed. Syed Rizwan Ali- Managing Director Goldman Sachs contacted me in fall of 2010, with the reference of Khalid B. Ahmed & Syed Imran Ali.

It would take 25 years,the disappearance $ 80 Million UBS A/C, and the piracy of all of the Intellectual Property of TTM, me ending up in jail, after loosing everything to those I thought & considered friends, to understand & realize who they actually were.

They are the cronies of Bhuttos, Zardaris, and Jatois of Pakistan, the most corrupt & ruthless politicians that nation had seen. Since 1988 they have dominated the politics of that country. In 2011, I learned that Benazir Bhutto came & stayed in Whittier with Ahmeds in 1997, it was kept secret & I did not know about it. While, Pakistan has slid into extremism, religious violence, have been Talibanised,

and become a sanctuary for terrorists, these politicians & their cronies, Ahmeds included, and Omar who are connected to elements in Memon Community who run & control Hawala & Hundi, have become filthy rich, even billionaires. Please refer to Section: 3.4 & 3.5; EXHIBIT# 4.18 pages: 450-461, EXHIBIT# 4.13 pages: 389-393, and pages: 362-388, EXHIBIT# 4.12.

Rtd. General Stanley McChrystal ( EXHIBIT# 4.11, page: 352A also EXHIBIT# 4.13, page:393G ) has disclosed in his Memoirs that Al-Qaeda Terrorist Organisation Group was established in Peshawar, Pakistan in 1988. Benazir Bhutto was Prime Minister of Pakistan. By 1993, Osama Bin Laden was planning attacks against the US & the West, and particularly at the World Trade Center (WTC) New York. Bhutto was Prime Minister, a 2nd time. Majid B. Ahmed was business partner of her husband Asif A. Zardari from 1988-1996.

Greg Mortenson, an American, Author of " Three Cups of Tea" ( EXHIBIT# 4.11, page: 352A ) who built 81 schools in the remote areas of Pakistan i.e. Baltistan, Waziristan all Taliban & Al-Qaeda infested areas of Pakistan ( Map: page 393B) , cites a World Bank Report ( EXHIBIT# 4.13 pages: 393B-393E) that by 2001, atleast 20,000 Madrassas were operating in Pakistan teaching 2 Million students Islamic Based curriculum. Some of these Madrassas taught only Islamic Jihad. Thousands of extremist Wahabi Mosques were springing up in Pakistan & other countries. M. Jatoi, was Prime Minister of Pakistan, a relation of Tehmina Khan, who spoke at my Sentencing Hearing. Majid B. Ahmed , former business partner of Pakistan's President Asif A. Zaradari was present at my Sentencing Hearing & had flown from Dubai, UAE with 2 Ferraris to participate in Luxury Auto Expo at Pebble Beach, CA. Suhail Siddiqi & Tehmina Khan's brother Obaid Jatoi, Advisors to President were not present at my Sentencing Hearing, all except one (1) regular visitors of my Office/ Library were also present in the Court Room. Lies, cover-up, misrepresentations continued in the US District Court by the six(6) speakers who appeared as victims. Asif Mahmood Chaudhry tried to paint " Jatois", "Omars" and " Ahmeds" as "poor" and " Hardworking" people before correcting himself. These cronies and their masters " Zardaris", " Bhuttos" and " Jatois" of Pakistan have become rich at the back of growing extremism & terrorism in Pakistan. US & the World spending billions to fight this wave of violence, lawlessness, and total disregard of civility & barbarism , while ordinary citizens of Pakistan, my motherland suffering & Hawala & Hundi business booming, in Pakistan, Afghanistan, Middle East & Africa.

The Statement of Asif Mahmood Chaudhry ( EXHIBIT# 4.4, pages:268-271) made in the US District Court was very dishonest, deceitful, and he presented lies as the "truth" , with no regard for the honor & sanctity of the Court. Civility, moral decency, and our justice system demands all citizens to be truthful , when in a Court of Law, whether under oath or not. On pages: 101 & 102A I pointed out Asif Mehmood Chaudhry not being honest & truthful to his 9-years old daughter. And his 2nd lie & misrepresentation in Court with "poor" people remark on page: 102B. His biggest cover-up in the Court was, as to how he had exploited his political connections to prop-up images of corrupt & ruthless Zardaris, Bhuttos & Jatois of Pakistan. He deliberately

31A of 518

did not mention that some were not present in Court on 06/24/2013 because both Suhail Siddiqi & Obaid Jatoi, Advisors to the President of Pakistan Asif A. Zardari, were in Islamabad. These two individuals shuttled back & forth between California & Islamabad, while Osama Bin Laden lived, comfortably, in Abbotabad, Pakistan - near the Army Headquarters, about 25-30 miles from the Capital. Atleast Suhail Siddiqi & other members of Ahmed family attended gatherings at Asif Mahmood Chaudhry's house, organised for the US Congressmen & Senators to paint a good image of corrupt Zardari Government, and keep billions of dollars in aid flowing , for the pockets of corrupt politicians, but not alerting the US Representatives about the whereabouts of Osama Bin Laden. Rtd. General Stanley McChrystal describes the frustration of the Clinton Administration on page:69 of his Memoirs ( EXHIBIT# 4.13, page: 393G). Truth & Honesty is a very difficult way of life these 23 Conspirators & their masters. In a lynching style, with lies & verbal assault, this group has assassinated my character & damaged my family reputation, to gain control of the Intellectual Assets & the largest account of the Pool, which none of us will take to our graves, if we die tomorrow. It did not work for the all mighty Pharaohs, Dynasties, Empires & their rulers of the Ancient World.

Zubaida Noor Khan, associated with MPAC- Muslims Public Affairs Council & other Muslim Organisations & a conservative almost Wahabi Mosque Walnut City, Walnut, CA. completes a cell comprising of cronies of Heads of State & corrupt politicians of Pakistan, a contact source to the US politicians in Asif Mahmood Chaudhry in Los Angeles, and Parveen N. Ahmed's brother-in-law Ikram Khan in Las Vegas, Nevada , who happens to be a classmate of Akbar Omar, and their contacts through Akbar Omar & others associated with Hawala & Hundi money moving network worldwide, which both terrorists organisation & corrupt politicians use.

First I was apprehensive about the 100 years plus imprisonment I faced & Omars, Ahmeds & their circle of closed friends were lying & covering up as a group, and my Attorney Mark Werksman advised me it is not what you think or believe & keep insisting upon your innocence, it is the preponderance of evidence against you & what the Grand Jury believed & might happen with the Jury at the Trial, only to learn on July 27, 2015 , after I saw complete & full interview of FBI witnesses on FD-302 for the first time, that Grand Jury's decision was not based on truth & even the FBI and the US Attorney's Office did not know that they have been lied to & material & substantive information about visits & what the five (5) regular visitors observed & saw on my screen have been withheld & covered-up.

I was also apprehensive of retribution & for the safety of my family abroad, as Asif A. Zardari was still in power in Feb, 2013. All of these politician were ruthless also, in addition to being corrupt. Z. A Bhutto Ex- foreign Minister & Prime Minister of Pakistan, father of Benazir Bhutto was involved in a political assassination of an opponent Kasuri's father. Asif A Zardari spent 8 years in jail for not just for corruption but murder of brother-in-law Murtaza Bhutto in a tussle over who heads Bhutto family dynasty. In fighting in Ahmed family over money & property , landed Majid B. Ahmed in jail with Suhail Siddiqi & Khalid B. Ahmed behind it, in 2009. In fighting over money & property in Omar's family landed Rafique Omar in jail. Law & Order situation, terrorism, extremism has made Pakistan an unsafe

place to live. As mentioned under Section: 3.6 page: 117E, my siblings had already been a victim of violence & taken hostage by gunmen from a terror group in Multan, Pakistan. Punjab province is considered the territory of terror groups Lashkar & Sipah-e-Sohabah. This happened during Asif A. Zardari's regime. My two (2) relations in Karachi, were assassinated during Benazir Bhutto & M. Jatoi's regimes. Osama Bin Laden lived in Abbotabad, Pakistan, before US Commandos got him by keeping their operation secret from Pakistani Politicians. So, I knew Bhuttos, Zardaris & Jatoi could not be trusted , with both Ahmed family & Omars having influence. I could never,ever, jeopardize the safety & security my siblings & their families, because of me & whom I had supported for the past 40 years.

I also wanted to protect & spare my immediate family from harassment and oppression brought upon by the Conspirators, who were now defaming me & my family, so I changed my plea. No person or family have to go through, what me & my family have endured because of lies cover-up & interference with the process of justice.

GROUND 4 OF
MOTION UNDER 28 USC 2255
_____

        Mark Werksman's Law Firm failed to understand the various aspects of the case properly, failed to expose falsity of the evidence & statements of my accusers, particularly Akbar Omar & his Declaration submitted in the Civil Case, under the penalty of perjury, and totally mishandling the case in the end:

    1.    As my Attorney, I had requested a meeting with the Federal Bureau of Investigation in May, 2011 to disclose what had happened & that I suspected Akbar Omar , Hawala Network involvement & piracy of the largest Pool A/C through Cyberspace. He did arrange the meeting, but was cancelled without any satisfactory explanation & the meeting did not take place until March 8, 2012 when it was too late. FBI & US Attorney's Office had already started beleiving in the lies & misrepresentations, and the cover-up by the Conspirators about Visits & what they saw during those visits, were working.

    2.    Despite my requests, a meeting with the IRS to disclose transactions between me & Akbar Omar was never arranged, resulting in the charge of false subscription on taxes.

    3.    Mark Werksman's law firm never recognised the fact that Akbar Omar & others involved are part of an illicit money transfer network, known as Hawala or Hundi, a network used by Terrorists,

Drug Traffickers, Smugglers, and corrupt politicians abroad. This I believe have helped Akbar Omar disperse & hide the assets of the UBS A/C.

4.  Mark Werksman's Law Firm did not coordinate efforts with the Law Firm Croce & Associates engaged by me to locate the UBS A/C. There was hardly , any communication between the two law firm & then keeping me appraised.

5.  Mark Werksman handled the Discovery Phase very poorly. Akbar Omar opened & closed atleast 29 businesses & atleast 60 - 90 bank accounts over the years. He was informed, again & again, of foreign connection & Hawala & Hundi Network of money transfer worldwide. But his law firm conducted Discovery only on 2 account, when they were provided with 15-17 Bank A/C numbers & list of companies & businesses.

6.  In an effort to locate the UBS A/C, a contact was established with Akbar Omar's siblings Haroon Omar & Rafique Omar, but he never had the time or showed interest to meet them.

    A lot of tips & pointers came from the 2 siblings, lead to discovery about his bankruptcies & shady business practices.

7.  Mark Werksman's Law Firm never met the Private Investigators, I had engaged, after the burglary & break-in of my old residence by Akbar Omar's                son Attorney Shazad Omar.

8.  Mark Werksman's Law Firm should have openly shared the information , material & evidence I was providing with the US Attorney's Office & the FBI, and the IRS, as because of lies, misrepresentation, cover-up, and withholding of material information & facts, my accusers & the Conspirators were violating  18 USC 1001 , 18 USC 1623, 28 USC 1746, and 42 USC 1983.

9.  His Law Firm became a gate keeper of what evidence, documents, and records are provided to the prosecutor's office, thus helping my accusers more & hurting my defence.

10. Mark Werksman should have notified & alerted the US Attorney's Office & the FBI, from the beginning , that this case has foreign connection. The Defendant talks about Hawala & Hundi Network which is an illicit method of moving large sums of money & assets, used by the terrorists & extremists, and corrupt Heads of State & politicians in Pakistan. His accusers seem very well connected people abroad, but living in the United States. Some of the accusers also have access

to the US members of Congress & Senators, while others are influential with religious organisations & very conservative , Wahabi type, institutions.

Mark Werksman's Law Firm should have done these notifications, respecting the accusers right to the First Amendment, at the same time.

11.   He should have arranged an early on meeting with the FBI & not later, as I kept requesting. This & the conspiracy among the accusers to coordinate their activities, have made the FBI & the US Attorney believe that witnesses were honest & truthful, when they were not & they have been able to rig the process of justice.

12.   Mark Werksman's Law Firm failed to preserve & protect the Physical Evidence i.e computers that had been interfered with, photographs of my Office/ Library Setup/ Layout etc, very material evidence handed over for safekeeping , should have shared it with the FBI & US Attorney's Office to help my case, and not misplace & loose it to harm my case.

13.   Mark Werksman's Law Firm should have arranged a meeting with the IRS, early on, as I kept requesting to disclose transactions between TTM & Akbar Omar, and me & Khalid B. Ahmed, but a meeting was never arranged.

This failure on their part has helped Akbar Omar hide the transaction. This non-disclosure brought charges against for false subscription to taxes & that I used investors funds to pay for personal expenses. And an erraneous assessment of $ 5 Million owed in personal taxes, when a proper disclosure would have resulted $ 35 Million in Corporate Taxes owed to IRS by TTM, Stockholder's Liability of $ 17.5 Million (Loan) to TTM, as disclosed to the IRS by me in April, 2015, Voluntarily.

14.   Mark Werksman did not show much interest, in looking at TTM's Proprietary Software , when I offered to Demo it to him, explaining my apprehension, that the Conspirators were after TTM's intellectual property , a much more valuable asset  than even biggest A/C $ 80 Million UBS A/C. Eventually, this Software was also pirated, between Nov 1, 2011 – March 31, 2012.

15.   His Law Firm did not share, or consult with me before filing a response on my bebehalf, almost all the time. It was as if I was not on the mailing list or supposed to know.

16.   The Communication between me & his office was poor & and throughout the period they represented me,I    was chasing him or his colleague Mark Hathaway to request meetings or an update.

17.    Most of the time, I was in the dark, and did not know what was on the Calendar for my case, what needed to be responded to or filed & what was coming up.

18.    I believe, his Law Firm's decision to advise me to assert the 5th Amendment, the Right not to self incriminate myself as provided by the Constitution, in the Civil Case, as I was stunned to learn that the UBS A/C Statement I printed with the help of my employee Ashvin Domadia, was fake & fabricated & I had no answers but to speculate & guesss, was a right judgment call by Mark Hathaway.

However, its continued assertion, resulted in suppression of my speech, causing a failure to expose falsity, as my accusers & conspirators used lies, misrepresentations, cover-up & withholding of material facts & information, that five (5) of them were actually, witness to how the Investment Pool performed day after day, weeks after weeks, and months after months.

Your Honor: Summarizing this entire case boils down to the honesty & truthfulness of seven (7) witnesses to my trading & investment activities . As I have stated before , five (5) of them regular & frequent visitors. A sixth person was my employee & seventh an Investors who visited my Office/ Library on several occasions. Two (2) of these witnesses have remained quiet or if they gave testimony before the Grand Jury , then I have not seen it. Other five (5) who have spoken i.e. have been interviewed by the FBI & made statements in your Court during my Sentencing Hearing have been less than honest & truthful. Infact have lied, misrepresented, covered-up & withheld material fact & information. They rigged the Grand Jury process & the members of Grand Jury were not looking at the truth & the entire story. One key witness sent his son Attorney-on-Record to burglarize & break into my house / Office and steal record. He succeeded in gaining the entry into the gated community, illegally & stole records & papers. Others conspired to frame me , when they had no knowledge & did not know the truth.

Your Honor: As I conclude my Legal Brief, I submit to the Court what my ultimate objectives are:

i   )    I am seeking my immediate release from prison & full & complete exoneration from all charges and counts of my indictment.

ii   )    My change of Plea to Guilty was to protect myself, my immediate & extended family abroad

from retribution & further persecution.

iii ) I am seeking the restoration of my confiscated properties back to me. That includes my house at 2452 Alamo Heights Dr, Diamond Bar, CA 91765 and the adjacent land – 2488 Alamo Heights Dr, Diamond Bar, CA 91765, where I planned to build a house & I had gained an approval & a permit from the City of Diamond Bar , to do just that.

iv ) I am seeking the return of all my valuables confiscated such as jewelry, rugs, and other precious household items, that are still in custody & have not been liquidated.

v ) As I have said before, I do not believe that the FBI, the US Attorney's Office, or the members of the Grand Jury are to blame for my persecution.

I bear no malice towards anyone involved in my prosecution.

This responsibility lies on the shoulders of the Conspirators, who lied, misrepresented, covered-up & withheld material information & facts & schemed for my indictment & persecution.

I will be seeking their prosecution, for their deeds & will be filing a law suit for the of losses & damages caused, separately.

vi ) I intend to use any recovery of funds for losses & damages suffered by my company TTM Inc., my family, and the 35 Investors , for the return of their monies & share of profit & payment to the IRS $ 35 Million or so in Corporate Taxes that my company owes.

vii ) I will be seeking compassion & leniency for the Conspirators– my enemies, who are responsible for my sufferings & sufferings of my family, as some of them are old now & they are aunts & uncles of my son-in-law, and because compassion, forgiveness, generosity & charity is the hallmark of my family..

32 of 518

OFFICE/LIBRARY



LAYOUT

| 1 | Trading Computer/Modem/Router | 2 | Research Computer |
|---|---|---|---|
| 3 | Observer/Trader/Visitor Chair | 4 | Guest Chair |
| 5 | Observer/Trader/Visitor Sofas | 6 | Office Desk |
| 7 | Printer/Scanner/Copier | 8 | Fax/Printer/Copier |
| 9 | Wall Units | 10 | Floor Cabinets |
| 11 | Bookshelf/Wall Units | 12 | Office Chair Swival |
| 13 | Cable TV | 14 | Table |

○ ○ Private/Confidential Records & Documents Storage

⬭ Stools

33 of 518



TRADING COMPUTER (1)

Charles Schwab's Street SmartPro Trading Platform

Typical Display Screen Format

Used for Investment Pool Account

22" Flat Display Screen

1   Trading Status Bar

4   Stock Portfolio
    Window

7   Account Display &
    Execution Box Window

10  Market & Company News
    & Press Releases

2   Intraday Chart Window

5   Dynamic Ticker Window

8   Order Execution Alert
    Messages Window

11  Chat Box Window

3   Daily Chart Window

6   Trading Box Window

9   Best & Worst Performing Stocks
    of NASDAQ & NYSE of the day

12  Computer Calculator
    ( Not part of Schwab Platform)

34 of 518