







Attachment 2-5



Attachment
1·3





MOTION UNDER 28 USC 2255
LEGAL BRIEF
SUPPORTING DOCUMENT & EXHIBITS
FOR THE MOTION, LEGAL BRIEF, AND FOR THE COMPLAINT

VOLUME 2 OF 4

Section : 3      Supporting Document
                 For the Motion, Legal Brief
                 And For The Complaint
Section : 3B     Intention To File
                 A Law Suit

38 of 518

## SUMMARY OF CONTENTS

Motion Under 28 USC 2255
Legal Brief
Supporting Document & Exhibits
For the Motion, Legal Brief, and For the Complaint

### VOLUME 1

Section : 1   Motion Under 28 USC 2255          Page: 1-17
Section : 2   Legal Brief                         "    :18-37

### VOLUME 2

Section : 3   Supporting Document                 "    :38-197
              For the Motion, Legal Brief
              And For the Complaint
              Against the Conspirators
Section : 3B  Intention To File Law Suit           "    :198A-198E

### VOLUME 3 & 4

Section : 4   EXHIBITS                             "    :199-518
              For the Motion, Legal Brief
              And For the Complaint
              Against the Conspirators

TABLE OF CONTENTS

VOLUME 1

Section : 1    Motion Under 28 USC 2255          Page: 1-17

               Ground One                          "   : 8
               Ground Two                          "   : 9-10
               Ground Three                        "   :11
               Ground Four                         "   :12-13
               Timeliness of Motion                "   :16

Section : 2    Legal Brief                         "   :18

               Grounds One & Two                   "   :19-26
               Ground Three                        "   :26-31C
               Ground Four                         "   :31C-32
               Office/ Library Layout              "   :33
               Trading Computer Screen Display     "   :34

               Surveillance Video Camera           "   :35-37
               Snapshots of Burglar's Attempts   Also   EXHIBIT   #4.17
               To enter the Gated Community


VOLUME 2

Section : 3    Supporting Document                 "   :38-197
               For the Motion, Legal Brief
               And For the Complaint
               Against the Conspirators

               3.0.1   Overview                    "   :39-47

               3.1     Conspirators                "   :48-51B
               3.2     Co-Conspirators &           "   :52-54
                       Collaborators

               3.3     Residences & Location of    "   :54-57
                       Conspirators

               3.4     Ahmed Family                "   :58-63
                       & their High Level Contacts  Also EXHIBIT# 4.18

                       Timeline reference          "   :64
                       Rtd. Gen. Stanley McChrystal's
                       Memoirs & Greg Mortenson

                       Recent Fraud Cases          "   :65
                       Against Khalid B. Ahmed      Also EXHIBIT# 4.18

               3.5     Akbar Omar's Clan           "   :66
                       Memon Community

(ii)

TABLE OF CONTENTS

VOLUME 2

Section : 3    3.5    Memon Community        Page:66-69
World Memon Organization     EXHIBIT# 4.12
Their Influence &
Contributions

Hawala & Hundi                "  :66-69
EXHIBITS#4.12,    4.13

Memon Community of        "  :69
Southern California &
Their Contributions

3.5.1  Akbar Omar & Family    "  :69-84
His Business Ethics &
Character

Exploitation of Islam     "  :70-71
Religion for promoting    EXHIBIT#4.14
Extreme Ideology or
Business & Financial
Interests

Akbar Omar's Law Suits   "  :71
& litigations            EXHIBIT#4.16

Akbar Omar's Bankruptcies  "  :72A-74
EXHIBIT#4.15

Akbar Omar's          "  : 75-76
Business Practices

Cover-up & Withholding of  "  :77
information from the FBI

Akbar Omar had a       "  :77
Transponder for the     EXHIBIT#4.17
DBCE which was used to
commit burglary & break-in

Cover-up by Family friend  "  :78
Zubaida Noor Khan       EXHIBIT#4.4

Lies & Cover-up by     "  :78-79
Family Friend Syed Imran  EXHIBIT#4.2
to FBI

Lies & Cover-up by     "  :78-79
Ashvin Domadia        EXHIBIT#4.3
Ex employee TTM

TABLE OF CONTENTS

VOLUME 2

Section : 3   3.5.1  Misrepresentations  &         Page:78-79
                     Cover-up by other            EXHIBIT#4.4
                     Conspirators

                     Upgrading of Akbar Omar's     "   :79-80
                     Computers by TTM Staff

                     Akbar Omar's Business         "   :80
                     Transactions with TTM

                     Corporate Tax Liability       "   :81
                     Assessment for TTM

                     UBS A/C Part of the           "   :81-82
                     Investment Pool from
                     the beginning

                     UBS A/C provided Investors    "   :82
                     advantage of market
                     anomalies from 2008-11

                     Access to TTM's Data &        "   :83
                     Intellectual property
                     Its size & scope

                     TTM's Intellectual Property   "   :83-84
                     & Assets were highly         EXHIBIT#4.20
                     Valuable

              3.5.2  Lies & Cover-up by            "   :84-94
                     Akbar Omar & Rukhsana        EXHIBITS#4.2,4.4,4.14
                     Omar & their deceptive       EXHIBITS#4.15,4.16
                     Practices

                     Major World Economies &       "   :84
                     Markets Study

                     IRS Account Analysis          "   :85-86
                                                  EXHIBIT#4.8

                     Modern Banking &              "   :86-87
                     Banking Practices

                     Investors ownership in        "   :87
                     Pool A/Cs & right to
                     a share in profits

(iv)

TABLE OF CONTENTS

VOLUME 2

Section : 3     3.5.2   First Business Transaction        Page:87-88
                        with Akbar Omar

                        Source of Funds                   "    :88-90
                        of first transaction              EXHIBIT#4.16
                        According to siblings
                        of Akbar Omar

                        Akbar Omar's Use of               "    :89-91
                        Hawala

                        Ineffective Discovery             "    :91
                        of Documents by the
                        Law Firm

                        Mismanagement of case             "    :91-92
                        by Mark Werksman's
                        Law Firm

                        Purchase of properties by         "    :92-94
                        Rukhsana Omar during              EXHIBITS#4.15,4.14
                        Akbar Omar's
                        Bankruptcies

            3.5.3       Gazala Adaya Shauk                "    :95-96
                        A contact of Akbar Omar
                        in WMO

            3.5.4       Omar Family's Ties &              "    :96-100

                        Secrecy & guarding of             "    :97-98
                        Business dealing &
                        Political ties abroad
                        by Omars & Ahmeds

                        Rtd. Gen. Stanley                 "    :98
                        McChrystal's Memoirs

                        Common Contacts : Bhuttos         "    :98-100
                        Zardaris, Ahmeds & Omars
                        in WMO

                        Ties & Connection with            "    :98-100
                        with corruption, Hawala           EXHIBITS#4.18,4.13
                        benefiting from conflicts         EXHIBITS#4.15,4.16
                        & extremism reflect frame         EXHIBITS:4.17
                        of mind.

TABLE OF CONTENTS

VOLUME 2

Section : 3    3.5.4  Akbar Omar's & Rukhsana        Page:100
                      Omar's devious &
                      deceitful practices
                      revealed by siblings

          3.6   Real Victims of              "  :101-102F
                Conspiracy & Fraud           EXHIBIT#4.19

                Four(4) letters of these     "   :101
                Victims addressed to
                Court not included by
                Law Firm

                Lying, misrepresentation     "  :101-102C
                & Cover-up By Asif            EXHIBIT#4.3
                Mahmood Chaudhry

                Asif Mahmood Chaudhry         "  :102B-102C
                represent wrong side of       EXHIBITS#4.18,4.13
                Political Spectrum for
                both Pakistan & the US.

                Real Victims are families    "   :102B-102F
                with totally different
                values & background than
                the Conspirators

          3.7   My Life, Upbringing &        "   :103-117E
                Family Values

                My humble beginning          "   :103-106
                Teachings of my Mother        "   :106-107
                Values & Principles of        "   :107-109
                My Father

                My education & Schooling      "   :109-110
                Start of My Professional      "   :110
                Career

                Coming to America &           "   :110-111
                my further Education

                Resumption of Professional    "   :111-113
                Career & Contribution to
                the Canadian & US Oil &
                Gas Industry

(vi)

TABLE OF CONTENTS

VOLUME 2

Section : 3      3.7    Formation of TTM & creation           Page:113
                        & Development of Research,
                        Database & Intellectual
                        Properties

                        Our Charity Work & Community          "    :114-117A
                        Service & giving back to
                        Society of over 30 years.

                        Our efforts to Empower                "    :117A-117C
                        Pakistani-American
                        Community

                        Our Support for US, & Global          "    :115-117C
                        Causes, fighting extremism
                        violence,poverty & diseases
                        through Education & support
                        for Girls Education in
                        Pakistan by building Schools

                        Our reasons to empower our            "    :117C-117E
                        Pakistani-American
                        Community different from
                        the Conspirators.

                3.8    Conspiracy & Fraud                     "    :118-189

            3.8.1      Blame the Victim & his Family          "    :119-133
                       And Steal his Assets                   EXHIBIT#4.20

                        5 Investors/Visitors                  "    :121
                        Who came to my Office                 EXHIBIT#4.1
                        regularly, sat around
                        my Trading Computer

                        Attorney Mark Werksman had            "    :122
                        photographs of my Office/
                        Library Layout

                        My Trading Computer Screen            "    :121-122
                        was in Clear View of                  EXHIBIT#4.1
                        5 Investors/ Visitors
                        Who visited me regularly

                        My Screen Display was                 "    :122
                        saved on my Trading
                        Computer in the custody
                        of FBI.

(vii)

TABLE OF CONTENTS

VOLUME 2

Section : 3 3.8.1 3 Tempered Employee PCs Page:122
Handed over to the
Law Firm

1 employee did not turn EXHIBIT#4.3
in His PC

Zubaida Noor Khan " :123
Visiting since
2002/2003

Akbar Omar & Zubaida Noor " :123
Covered-up & Withheld EXHIBITS#4.2,4.4
Information & Facts
from the FBI & the Court

Akbar Omar posed as my " :123
Brother-in-Law to DBCE EXHIBIT#4.17
for Transponder Transfer (Page: 437)

Akbar Omar submitted EXHIBIT#4.17
to DBCE required (Page:437)
Documentation that he
was Nevada State resident

3 Investors/Visitor who " :123-124
visited my Office regularly
had remained silent

Historical CSLI,IP Address " :124-126
IAS data , & stored
communications records
need to be investigated

Attorney-of-Record Civil " :126-127
Case# BC457773 involved EXHIBIT#4.17
in theft of material
& substantive records

My House & Cars were under " :126-127
surveillance by perpetrators EXHIBIT#4.17
turned Victims on 6/15/2011 ( Pages:435,445,446)
before break-in & theft

There were accomplices " :126-127
Historical recorded
conversation data
investigation suggested

TABLE OF CONTENTS
———————————

VOLUME 2

Section : 3 3.8.1   All 5 Investors/ Visitors who   Page:127-128
visited my Office regularly
had separate A/Cs also which
they traded from my Office

Zubaida Noor Khan lied,   "   :128
misrepresented & held back
material facts from Court
on 06/24/2013 as Victim
to help other Conspirators

All 5 Investors/Visitors   "   :129
did not have to rely upon
my representations when we
were all looking at the same
market data & information

All 5 Investors/Visitors   "   :129
did not have to rely upon
representations of anyone
not present, not watching
my screen, not watching
market data & information

2 Investors/Visitors used   "   :129-130
used the same Trading
Platform as I did.

Both Akbar Omar & Zubaida   "   :130
Noor Khan lied & other
Conspirators aided them

Any Investor/ Visitor   "   :130
staying to the Closing
knew Investment Pool
Profit or Loss figure

All 5 Investors/ Visitors   "   :130-132
came to my Office/Library
& observed me and/or traded
with me over a long period

Zubaida Noor Khan lied   "   :131-132
to Aid & Abet Akbar Omar
to steal the UBS A/C.

There was conspiracy to   "   :132-133
to own & control all TTM
Assets & Pool.

(ix)

TABLE OF CONTENTS

VOLUME 2

Section : 3 3.8.2     Cover-up & Concealment of          Page:133-155
                      Facts What Investors/
                      Visitors turned Witnesses
                      Saw on My Computer Screen
                      & their Purpose of Visits

                      My Office /Library Layout &       "    :133-134
                      Configuration of my               EXHIBIT#4.1
                      Trading Computer Screen           ( Pages:201,202)

                      My Computers in FBI Custody       "    :135-136
                      & CyberTrader Trading
                      Platform Screen

                      Content of my Schwab's            "    :136-142
                      Street SmartPro Trading           EXHIBIT#4.1
                      Platform Screen                   (Page:202)

                      Trading Status Bar                "    : 136
                      Window displayed                  EXHIBIT#4.1
                      Profit/Loss on Schwab             (Page: 202)
                      A/C live.

                      Account Display &                 "    : 139
                      Execution Bar Window              EXHIBIT#4.1
                      Displayed holdings &              (Page:202)
                      Gain or Loss live on
                      Schwab A/C

                      Order Execution Alert             "    :139-140
                      Messages Window displayed         EXHIBIT#4.1
                      orders executed,price &           (Page:202)
                      Time of Execution on
                      Schwab A/C

                      Computer Calculator               "    :142
                      Window displayed total            EXHIBIT#4.1
                      Profit or loss of the             (Page:202)
                      Investment Pool

                      TTMMASTER                         "    :142
                      Comprised of Researched
                      & Selected Portfolios

                      Syed Imran Ali &                  "    :142-147
                      Ashvin Domadia grossly            EXHIBITS#4.2,4.3
                      mislead & lied to FBI
                      as a part of Conspiracy

                      Ashivin Domadia did not           "    :147-149
                      turn in his PC.

(x)

TABLE OF CONTENTS

VOLUME 2

Section : 3  3.8.2    Ashvin Domadia Ex -employee          Page:147-148
                      TTM discovered to be listed         EXHIBIT#4.3
                      as Administrator of pirated         EXHIBIT#4.20
                      TTM's Software, an                  ( Pages:486A,486B)
                      Extremely valuable
                      Intellectual Property

                      Ashvin Domadia was the              "   :148
                      employee called to assist
                      & Fake UBS A/C statement
                      print out was the result

                      Ashvin Domadia's Interview          "   :148-151A
                      to FBI has multiple lies,           EXHIBIT#4.3
                      misrepresentations &
                      cover-up

                      An early clue of                    "   :149
                      Conspiracy involving
                      3 TTM's employees

                      Leveraged Trading v/s Margin        "   :151A-151D
                      a misrepresentation &               EXHIBIT#4.2
                      cover-up by Akbar Omar &
                      Zubaida Noor Khan

                      Access to Research Computer         "   :151D-152
                      & Proprietary TTM's SQL
                      Base Software for
                      all Investors/ Visitors

                      Access to TTM's Analysts            "   :152-153
                      Reports for all Investors/
                      Visitors

                      TTM's Computer Facilities           "   :153-155
                      & Trading Hours

         3.8.3        Cover-up & Concealment of           "   :155-157
                      Visits & Their Frequency,
                      Their duration & Time
                      Period by Investors/Visitors
                      turned Witnesses to my
                      Office/ Library

                      Staff who Traded                    "   :156-157

TABLE OF CONTENTS

———————————

VOLUME 2

Section : 3 3.8.4   Investors Who Used a            Page:157-162
                    Professional Trading
                    Platfor/Software, Who
                    Observed My Trading, Traded
                    With me, and were present
                    in My Office/Library during
                    the Market Hours

                    If the UBS A/C did not exist    "   :158-159
                    the differences in balances     EXHIBIT#4.5
                    & profits from Monthly          (pages:279,280)
                    Reports could not have gone     EXHIBIT#4.9
                    un-noticed

                    FBI correctly calculated &      "   :159
                    summarized Balances of          EXHIBIT#4.5
                    Bank of America & Schwab A/Cs
                    Investors/Visitors will be
                    seeing only these balances
                    if UBS A/C did not exist

                    Akbar Omar & Zubaida Noor       "   :159-160
                    Khan, Ashvin Domadia and
                    Syed Imran Ali lied to FBI
                    & covered-up from the court
                    what they saw on my
                    Trading Computer Screen

                    Akbar Omar was involved         "   :159-160
                    in 137 litigations over         EXHIBITS#4.16,4.15
                    finances for much smaller
                    amounts. Could not have
                    missed looking at my
                    Trading Computer Screen

                    Investors/Visitors              "   :160-162
                    who were witness to my
                    Trading & saw my Computer
                    Screen lied & covered-up
                    other Conspirators lied
                    to support them.

            3.8.5   Tempering with TTM's            "   :162-169
                    Computers & Cyberspace
                    Piracy

                    A number of TTM's employees     "   :162-163
                    were reluctant to handover
                    their PCs

(xii)

TABLE OF CONTENTS

VOLUME 2

Section : 3 3.8.5    Open door Policy, Easy Access    Page:163
     & Blind Trust created
     opportunity for mischief

     Akbar Omar's Son-in-law's    "    :163-164
     Faraaz Hashemi Ex employee
     TTM Computer files deleted
     before turning in.

     All staff worked remotely    "    :163
     from Oct, 2010- Mar,2011

     Hand Over of Computers    "    :164
     Evidence to Attorney
     Mark Werksman

     Theft of Computer Back Up    "    :164
     Hard Drive

     Turn over of Employee    "    :165
     Salahuddin Khan's PC

     Discovery about Copy of    "    :165
     Backup Hard Drive received
     from Attorney Mark
     Werksman's Office

     Turn over of Computers    "    :165
     found without a Hard Drive

     Tempering with TTM's PCs    "    :166-167
     & network an inside job

     UBS A/C Statement Download    "    :167

     Piracy of TTM's Proprietary    "    :168
     SQL Base, Stock Selection,
     Trading & Investment Software

     No UBS A/C Trading records    "    :169
     on my Computers

     3.8.6    Break-in & Burglary of my    "    :169-176
     Residence, Theft of Records    EXHIBIT#4.17
     Planting of Evidence

     Planting of Evidence by Khans    "    :169

(xiii)

TABLE OF CONTENTS

VOLUME 2

Section: 3  3.8.6   Who was involved in Break-in      Page:170
                    & Burglary of our house &         EXHIBIT#4.17
                    When it occurred

                    Pre-planning by Akbar Omar        "   :170

                    Evidence on Gated Community        "   :170
                    Surveillance Computer             EXHIBIT#4.17
                                                      (Pages:435,445)
                                                      (Page:446      )

                    Number & Time record of           "   :171
                    Entry Attempts                    EXHIBIT#4.17
                                                      (page:435)

                    Burglary & Break-in was           "   :172-174
                    Premeditated

                    Video Clips from                  "   :170-172
                    Video Suveillance Camera          EXHIBIT#4.17
                                                      ( PageS: 439,440)

                    Spotting of Car involved          "   :170
                    & owner identification            EXHIBIT#4.17
                                                      (Pages:438,437)
                                                      (Pages:443,442)
                                                      (Page:441      )

                    Entry Attempt 2nd Gate            "   :171
                    Upon refused Entry 1st Gate       EXHIBIT#4.17
                                                      ( Page:435)

                    Recorded Entry Time               "   :171-172
                    By Surveillance Computer          EXHIBIT#4.17
                                                      (Page:435)

                    Recorded Exit Time                "   :171-172
                    By Surveillance Computer          EXHIBIT#4.17
                                                      (Page:435)

                    Video Clip of Surveillance        "   :172
                    Video Camera in FBI custody       EXHIBIT#4.17
                                                      (Pages:439,440)

                    Surveillance of our house &       "   :173-174
                    Cars and Entry & Exit times       EXHIBIT#4.17
                    of our cars                       (Pages:445,438)
                                                      (Pages:446,444)

(xiv)

TABLE OF CONTENTS

VOLUME 2

| Section: 3 | 3.8.6 | Only one Route of Travel thru the Gated Community | Page:174 EXHIBIT#4.17 |
| | | Un-accounted for time inside the Gated Community | " :175 EXHIBIT#4.17 (Page:435) |
| | | Evidence of forced Break-in Entry | " :175 |
| | | Items taken after Breaking-into the house | " :175 |
| | | Historical CSLI & stored conversation data under Federal SCA suggested | " :175-176 |
| | 3.8.7 | Stealing of Notes & Papers Hand Writing Samples from my Office (Library) | " :176-179 |
| | | Office/Library was a Repository of Perssonal, Business & private records & information | " :176 |
| | | Investors/Visitors & staff had free access to my personal computers & Office | " :176-177 |
| | | Converted Garages acting as Offices for Analysts had 2-ways to access Office & house | " :176 |
| | | Investors/Visitors alone in Office/Library with my Computers logged on | " :177 |
| | | Staff worked in my Office during my absence | " :177 |
| | | TTM's Network was open-access un-protected | " :176-177 |
| | | Akbar Omar only Investor/ Trader with a Transponder | " :177-178 |
| | | Akbar Omar's Transponder active during dispute. Historical CSLI suggested under SCA | " :177-178 |

(xv)

TABLE OF CONTENTS

VOLUME 2

Section: 3  3.8.7  Historical CSLI data access       Page:178
                   suggestedd under SCA for
                   Akbar Omar Entry attempts
                   during my 7 trips abroad

                   My Computers remained            "   :178-179
                   powered-up & accessible
                   24 hours a day.

                   Database & records stolen        "   :179
                   from Green Garage

                   Data & Research stolen           "   :179
                   despite Free Access to
                   Investors/ Visitors

                   Notes & paper stolen by          "   :179
                   employee

           3.8.8   Loss of UBS A/C & its control     "   :180-189

                   Funding of A/C                   "   :180
                   Suspected time fram when the     "   :180
                   control was lost.

                   Last direct effort to locate     "   :180
                   the A/C with UBS

                   Akbar Omar covered-up his        "   :181
                   visits & transactions

                   If UBS A/C did not exist , it     "   :181
                   would have been easy to catch    EXHIBITS  #4.5,   #4.9
                   from my display screen           EXHIBITS: #4.1
                                                    (  pages:  202,  201)
                   My computer display screen       "   :181
                   displayed in 4 different
                   locations balances &
                   invested funds & stocks.

                   Akbar Omar & 4 members/friends    "   :181-182
                   of Ahmed Family have lied to
                   the FBI

                   Transactions with Akbar Omar      "   :182
                   were large, but not as large
                   when compared with other
                   affected assets of TTM

(xvi)

TABLE OF CONTENTS

------------

VOLUME 2

Section: 3   3.8.8   Omar & Ahmed families ties      Page:182
                     & connections                  EXHIBIT# 4.13
                                                    (pages:  361 - 393E )
                                                    EXHIBIT# 4.18
                                                    (page: 450-470 ) and
                                                    (pages: 96-100, 59 )

                     FBI Abalysis shows Account     "    :182
                     Balances were v.low & if       EXHIBIT# 4.5
                     UBS A/C did not exist,it       ( pages: 277-280)
                     would have alerted Akbar Omar
                     & Zubaida N. Khan in 2009

                     Asif Mahmood Chaudhry lied     "    :183-184
                     misrepresented facts &         EXHIBIT# 4.4
                     & withheld information         ( pages: 269,270)
                     from the US District Court

                     4 Investors/Visitors were      "    :184
                     coming to my Office regularly
                     when Asif Mahmood joined.

                     Asif Mahmood Chaudhry's        "    :184-187
                     cover-up a serious matter      EXHIBIT #4.13
                     for the US                     (pages:389-393E)
                                                    EXHIBIT #4.18
                                                    ( pages:450-461)
                                                    EXHIBIT# 4.12 and
                                                    pages: 59, 96-100

                     Asif Mahmood's friends knew    "    :186-187
                     & are cause of a much greater
                     financial injury. He covered
                     up that information from Court

                     Akbar Omar has a long history  "    :188-189
                     of bankruptcies, law suits     EXHIBITS   #4.15,4.16,
                                                               #4.14

            3.8.9    Theft & Piracy of TTM's        "    :189-191
                     Proprietary Software

                     Software was a highly valuable "    :189-190
                     Intellectual Property          EXHIBIT # 4.20
                                                    ( pages: 486 A&B)

                     When was Software pirated      "    :190
                     Footprints on Server           "    :190
                     Piracy of Software occurred    "    :190-191
                     during Us-DOJ investigation

TABLE OF CONTENTS
━━━━━━━━━━━━━━

VOLUME 2

Section: 3   3.8.10   Acquisition of Business Plan          Page:191-197
                      by Scheming & Fraud

                      Business Plan, a very valuable        "   :191-192
                      Intellectual Property                 EXHIBIT #4.20
                                                            ( page: 487-488)

                      There many supporting                 "   :192
                      Components

                      Return of funds to investors          "   :192-193
                      invested in Telenetics Execs
                      Business Plan

                      3 Conspirators had been               "   :193
                      following my Trading &
                      Investment since 2000

                      I had large Financial Research        "   :193
                      & Technical Analysis database
                      since 1999.

                      TTM's Research , Analysis             "   :193-194
                      database was openly shared.

                      TTM's Research & Database             "   :194-195
                      spawned thoughts of owning it

                      Khalid B. Ahmed & his family          "   :194-197
                      were scheming & making plans
                      , alaways, on TTM Investment
                      Pool funds

                      TTM staff Training & Licensing        "   :194,196
                      Access & Use of TTM's                 "   :195
                      Facilities by Akbar Omar

                      Plans to reimburse investors          "   :195-196

                      Khalid B. Ahmed's Acquisition         "   :196
                      of Hedge Fund Control by deceit

                      Khalid B. Ahmed's reneging            "   :196-197
                      of promises & what was agreed

                      Key sequence of events in             "   :197
                      gaining full control by
                      Khalid B. Ahmed & family

TABLE OF CONTENTS

---

VOLUME 2

Section: 3B          Intention to file a Law Suit          Pages:198A-198E

VOLUME 3

Section: 4          Declaration of                "     :AA1-AA8
EXHIBIT# 4.1        Syed Qaisar Madad

                   EXHIBIT# 4.1                    "     :200-202F

                   Declaration of                 "     :200B-200G
                   AUSA Ranee Katzenstein

                   Office/Library Layout          "     :201
                   Trading Computer               "     :202
                   Typical Display Screen Format

                   TTM Staff List                 "     :202A-202F

EXHIBIT# 4.2       FBI Interview of               "     :204-211
                   Akbar Omar

                   FBI Interview of               "     :212-216
                   Sughra Raza

                   FBI Interview of               "     :217-222
                   Bashir Waraich

                   FBI Interview of               "     :223-229
                   Syed Imran Ali

                   FBI Interview of               "     :230
                   Asma Quddusi

                   FBI Interview of               "     :231-240
                   Ghazala Asmat Khan

EXHIBIT# 4.3       FBI Interview of               "     :241-252
                   Ashvin Domadia

EXHIBIT# 4.4       Select pagesfrom Reporter's    "     :253-276
                   Transcript of Sentencing
                   Hearing of 06/24/2013

                   Statement of                   "     :255-259
                   Zubaida Noor Khan

                   Statement of                   "     :259-264
                   Tehmina Khan

                   Statement of                   "     :264-267
                   Akbar Omar

TABLE OF CONTENTS
_____

VOLUME 3

Section: 4

EXHIBIT# 4.4          Statement of                    Pages:267-268
                      Shaun Khan

                      Statement of                    "   :268-271
                      Asif Mahmood Chaudhry

                      Statement of                    "   :275-276
                      Roxanna Omar

EXHIBIT# 4.5          FBI's Analysis of               "   :277-280
                      TTM's Bank of America,
                      CyberTrader & Schwab A/Cs

EXHIBIT# 4.6          A copy of letter from           "   :281-284
                      Charles Schwab Compliance
                      Department

EXHIBIT# 4.7          Select pages of Monthly         "   :285-288B
                      Statements from Charles Schwab

EXHIBIT# 4.8          Declaration of Geronimo P.      "   :289-303
                      Carmona, SA- IRS & computation
                      of Tax Due & Owing

EXHIBIT# 4.9          Select pages of Monthly         "   :304-344
                      Statements of Investment Pool
                      emailed to Investors

EXHIBIT# 4.10         FBI's Findings about the        "   :345-347
                      UBS Bank Account Statement

EXHIBIT# 4.11         Other Records, Documents and    "   :348-352
                      Physical Evidence that support
                      Motion Under 28 USC 2255

                      Copy of Letter to Attorney      "   :352C
                      Mark Werksman about Physical
                      Evidence not turned over

                      Copy of letter to Attorney      "   :352E-352L
                      Todd Cleary about Physical
                      Evidence in possession of
                      Mark Werksman's Law Firm

EXHIBIT# 4.12         World Memon Organisation (WMO)  "   :353-358
                      Hawala Network Location Map     "   :359

(xx)

TABLE OF CONTENTS
_____

VOLUME 4

Section:4              Declaration of              Pages:AA1–AA8
EXHIBIT# 4.13          Syed Qaisar Madad

                      The Hawala Alternative      "    :362–388
                      Remittance System & its Role
                      in Money Laundering
                      (US Treasury Department Report)

                      Hundi System may Foil        "    :388B–391
                      Investigators
                      ( USA Today's Report)

                      Hawala Case:Khanani and Kalia  "    :393
                      acquitted                    EXHIBIT#4.12
                      (International Herald Tribune)  (Page: 357)

                      Hawala- Madrassas- and       (Pages:393B–393E)
                      Extremism-Terrorism
                      ( Three Cups of Tea)
                      ( Greg Mortenson )

EXHIBIT# 4.14         Declaration of Akbar Omar    "    :394–410
                      US Bankruptcy Court Archives
                      Case#  BK.No. LA 86–20463 LF

EXHIBIT# 4.15         Fraudulent Bankruptcies      "    :411–415
                      Akbar Omar
                      ( US Bankruptcy Court Archives)

                      Fictitious Creditors         "    : 416–417
                      Khalid B. Ahmed/Parveen N. Ahmed

                      9939 Santa Gertrude Ave       "    :418–419
                      Property Record referenced
                      Akbar Omar Bankruptcy

                      Purchases of Property by      "    :420–425
                      Rukhsana Omar during
                      Akbar Omar's Bankruptcy &
                      claimed financial Stress by
                      Rukhsana Omar

                      East Villa Apts,LLC  closure  "    :425C–425F
                      Successor LLC Easklake Villa
                      Apts, LLC & 2 1/2 years Gap

EXHIBIT# 4.16         137 Law Suits & filings       "    :426–433
                      involving Akbar Omar & family

TABLE OF CONTENTS

VOLUME 4

Section: 4
EXHIBIT# 4.17           Burglary and Break-in of
of 2452 Alamo Heights Dr.      Pages:434-448
Diamond Bar,CA 91765
by Shazad Omar 6/15/2011

Entry Attempts captured by     "    :435
gated community Surveillance
computer

DMV Registration Info         "    :436
of car/ owner the
Transponder # DBLP#010327
was issued to.

Car/owner information         "    :437
Transponder was transferred to

Transponder # DBLP 010327 issue "    :438
& Transfer record.

Video Surveillance Snap Shot    "    :439
of the car, tried to enter
the gated community using the
Transponder # DBLP 010327 &
and the Resident Lane.

Video Surveillance Snap Shot    "    :440
of the car, driving away from
the Security Gate at Diamond Bar
Blvd , after refused  entry.

The Car which entered the gated "    :442
community, &involved in break-in
was spotted parked at 21671 Gateway
Center Drive, Diamond Bar,CA.

The car involved in break-in    "    :441
burglary is linked to Attorney
Shazad Omar.

The snap shot of the car to     "    :443
which Transponder # DBLP 010327
was assigned to.

DBCE Association Transponder     "    :444
Use Agreement for my wife's
car # DBLP 10312

Daily Transaction Report for    "    :445
my car with Transponder #
DBLP 10305 showing my car's
Entry & Exit times.

(xxii)

TABLE OF CONTENTS
_____

VOLUME 4

Section: 4

EXHIBIT #4.17    Daily Transaction Report for       Page:446
                my wife's car with Transponder
                DBLP 10312 showing her car's
                Entry & Exit times.

                Gated Community Surveillance        "   :447
                Computer Print Out showing
                Transponder # DBLP 10327 for
                Akbar Omar Car was blocked
                on 10/06/2010.

                Contact Information for             "   :448
                IAS Network who installed &
                operated the DBCE Gate
                Surveillance Computer &
                Video Equipment.

EXHIBIT #4.18   Ahmed Family's                      "   :450
                Political Ties & Connections
                Abroad.

                House of Graft: Tracing the         "   :451-458
                Bhutto Millions- A special
                Report; Bhutto Clan Leaves
                Trail of Corruption
                ( The New York Times )

                Authorities arrest Zardari's        "   :459
                Zardari's close confidante
                Dr Asim Hussan
                (The Express Tribune )

                GeoTV Report on                     "   :460-461
                Asif A. Zardari's right hand
                man Dr Asim Hussain

                3 Pending Fraud Cases               "   :462-470
                involing Khalid B. Ahmed

EXHIBIT #4.19   Real Victim List of                 "   :471-473
                Fraud & Conspiracy

EXHIBIT #4.20   Est. Investment Losses of           "   :475-476
                35 Investors (Real Victims)

                Est. Investment Losses of           "   :477
                Madad Family

                Est. Lost Profits of                "   :478-479
                35 Investors (Before Taxes)

TABLE OF CONTENTS

VOLUME 4

Section: 4

| | | |
|---|---|---|
| EXHIBIT # 4.20 | Est. Lost Profits of Madad Family (before Taxes) | Page:480 |
| | Est. Investment of the 23 Conspirators in the Investment Pool | " :481-482 |
| | Financial Injury to 35 Investors due to the shutdown of the Investment Pool ( Pre-Tax) | " :484 |
| | Financial Injury of Madad Family (Pre-Tax) | " :485 |
| | Financial Injury sustained by TTM due to the piracy of its Proprietary Software - An Intellectual Property (Est) | " :486A-486B |
| | Financial Injury sustained by TTM due to the acquisition of its Business Plan by Deceit & Fraud - An Intellectual Property (Est) | " :487-488 |
| | Total Financial Losses " & injury suffered by TTM & & 42 Investors (Pre-Tax- Est) | " :489 |
| EXHIBIT #4.21 | Select pages of one of the Document sent directly to the FBI & AUSAs, on July 17, 2012, as a citizen's right to bring forth his grievances & complaint before Govt.as a Constitutional Right . | " :491-492 |
| EXHIBIT #4.22 | Real Estate Properties & Businesses of 23 Conspirators against which Financial Claim for Losses & damages is being lodged. | " :493-498 |
| EXHIBIT #4.23 | A copy of Notice of Appeal filed on 07/10/2013 | " :500 |
| | A Copy of Court Order on Attorney Mark Werksman's Motion to Withdraw from the Case. | " :501-502 |

(xxiv)

TABLE OF CONTENTS

---

VOLUME 4

Section: 4
EXHIBIT #4.23

A copy of Financial Affidavit        Page:504
CJA23 filed on 0724/2013

Financial Information filed          "   :505-515
with CJA23.

Major Forfeiture of                  "   :517
Assets & property caused by
23 Conspirators thru their
Lies, misrepresentation
& Cover-up in a Grand Jury
Process.

Initial Financial Impact             "   :518
Assessment in July, 2013
(Personal -only)

SECTION: 3
SUPPORTING DOCUMENT
FOR THE MOTION, LEGAL BRIEF
AND FOR THE COMPLAINT AGAINST THE CONSPIRATORS

3.0.1    The material contained in this document should have been brought to the attention of the Court & the US Department of Justice, by my attorneys, whom I relied upon, for legal & professional advice. What exists in the Court records whether in the US District Court of Los Angeles of the 9th Circuit under case# CR 12-1048-PA United States v/s Syed Qaisar Madad or in the Superior Court of Los Angeles under case# BC 457773 Akbar Omar v/s Syed Qaisar Madad et al, is far from the truth.

I believe that the Federal Bureau of Investigation (FBI), the US Attorney's Office, the Internal Revenue Service (IRS), and the members of the Grand Jury did their job, as required by the law. They believed that the witnesses who gave interviews & testimony were honest & truthful, and nothing was being heldback or covered-up. They looked at & interpreted all of the evidence & records under that presumtion. However, the witnesses were less than honest & truthful. They lied & misrepresented, covered-up & withheld material & substantive information from the FBI & the US Attorney's Office, and the Grand Jury never got all of the facts & the whole story before them.

Two (2) of the witnesses visited my office over 300 times & sat 3'-5' feet from my computer (EXHIBIT# 4.1, page: 201 ). They observed me trading & traded their own accounts themselves with my flat display screen facing them. Another three (3) witnesses visited me over 100 times, each. They sat around my computer, in spots 3 (EXHIBIT# 4.1, page:201) & also traded with me. At timess, there would be 4-5 observers & traders sitting around my computer in spots 3, 4, and 5. But none of this information is part of any of the Court records.

My company TTM Inc. has been robbed of all its intellectual property, and the major account of the Investment

39 of 518

Pool had been missing. Those behind the heist conspired to speak with one voice & disguised themselves as victims, while they were actually the perpetrator of the crime. They were all related to each other, while others were their close friends. The losses & damages suffered by my company, my family, and 35 other investors, the Real Victims, of estimated $ 993.7 Million dwarf the investment of the Conspirators, estimated at $20.6 Million. ( EXHIBIT# 4.20, pages: 489,481,482 ).But this is not in the Court records, and I had been called the " Ponzie" in this whole scheme of things, after having been harmed & damaged, so terribly.

Failing the investigation & prosecution of this conspiracy, the US Government would become another injured party, who brought this criminal case against me, believing that the witnesses were being honest & truthful. The Taxes owed to the IRS would be cut from an estimated $ 35 Million ( page: 81 ) to just $ 5 Million ( EXHIBIT# 4.8, page: 302)

This Supporting Document, alongwith 23 EXHIBITS attempts to bring out the untold story so that justice is finally done, and those involved in the conspiracy & causing of financial harm & injury to my company, my family, and others are held accountable in the Court of Law.

Starting from Sub-section 3.1 titled " CONSPIRATORS" and ending at Sub-section 3.8 titled " CONSPIRACY & FRAUD ", the Supporting Document is divided into 8 Sub-sections. Each Sub-section has further Sub-divisions covering material relevant to this case.

The Table of Contents attempts to highlight what is covered in a Section or Sub-section and its Sub-divisions.

Although the Investment Pool started in November, 2005, its story begins in March, 1999. I had started to compile, create & build my own library of Database, Research & Technical Analysis of Stock Markets & individual companies & their stocks. Because of my Science & Engineering background, I did not

believe in investing in the market, without proper knowledge & research. My experience in the Oil & Gas Industry, one of the most riskiest businesses, had taught me that risks could be managed & millions or billions of dollars could be invested, successfully, if the decisions were supported by scientific & technical research.

My approach, Database & Stock Market Research caught the attention of Ahmed family. First Parveen Nur Ahmed in 2000/2001, and then her brother Khalid Nur in 2001 followed me to the Online Trading Academy & Momentum Securities in Irvine, CA. Zubaida Noor Khan would follow with visits to my Home Office in 2002/2003. Zubaida Noor Khan, like Khalid Nur & Parveen Nur Ahmed traded using the Charles Schwab Professional Trading Platform- Street SmartPro at the time.& introduced me to Ed Liebeau- Vice President Charles Schwab at the Anaheim, CA. Office to help transfer my wife's Medical Practice KEOGH Accounts from Merrill Lynch to Charles Schwab so I could trade & manage those accounts, myself. Parveen Nur Ahmed's nephews started to assist me with the maintenance of my Database, Research & Technical Analysis, and to learn Trading & Investing at the same time.

In the late 1990s, I had returned all investors funds, who had invested in Telenetics Executives Business Plan, even though I had no obligation to do so. I had pledged 40% of the funds to their Business Plan, for a 40% ownership, but ended up contributing 70% of the funds & then absorbing 100% of the losses. So , I was not keen to go into a partnership type venture again, but Khalid B. Ahmed convinced me, after 1 year of persistent effort, to start the Investment Pool in 2005, backed up by my Research & Database. It was not meant to be a business, but a free service for family & friends, only. I kept that pledge till the shutdown of the Investment Pool in March, 2011, except for my two (2) business transactions with Akbar Omar , for services & database access provided between Sept, 2007 - Oct, 2008, of $ 30.6 Million to his very large portfolio ( $ 100 Million according to him) on behalf of TTM.

41 of 518

What happened to the major account of the Investment Pool & the Intellectual properties of TTM is a story of betrayal, scheming, fraud & deceit by people, some of whom I had known for a very long time i.e. 25 years or more. It was not supposed to happen when you were dealing with friends. They were the insiders, with whom I spent most time during the Market Hours & after the Market Hours. They were privy to my techniques & strategies. I shared my Office/Library with them, and I would be the only one home from my family with 12 - 16 visitors .

My two (2) daughters lived away from home, and my wife worked very long hours as she had a busy medical practice. I openly shared my Database, Research, and proprietary assets of TTM. They visited my office, regularly, and often. Among them were my staff members, whom I treated like family, but they were strategically & purposely installed with my company . Everyone visiting my Office/Library or there was invited to share our food, every morning, before my wife left for her rounds. But what they did in return, was to rob their host & employer of his most valuable assets & clean up my company & my house, before departing. And if that was not enough, Akbar Omar sent his son Shazad Omar to break-in & steal important records & papers, and Ghazala Khan planted evidence at my house.

The break-in & burglary of my residence is covered under Sub-section: 3.8.6 pages: 169-176, EXHIBIT# 4.17 pages: 434-448 contains information & some security surveillance video snap shots, obtained from the Diamond Bar Country Estates. The FBI has been in possession of the video clip on disc, since Oct 30, 2012.

Sections: 3.1 & 3.2 of this document identifies 23 Conspirators, Co- Conspirators & Collaborators. Two (2) major families stand out among them i.e. Ahmeds & Omars. 16 out of 23 individuals / families involved in this conspiracy

& heist of $ 993.7 Million are from these two families & the rest are their close friends. These financial losses tabulated under EXHIBIT# 4.20, pages:474 – 489 could go even higher or come down lower, once a 3rd party expert evaluation is carried out.

The Fraud & Conspiracy is covered in detail, under Section: 3.8 , pages: 118–197 under ten (10) different Sub-sections. The theft & robbery involved many sophisticated means such as cyberspace piracy, interference with computers, theft of records , and is also covered in detail under these ten (10) Sub-sections. Three (3) most valuable assets lost were:

1) TTM's SQL Base, Proprietary , Stock Selection, Trading & Investment Software covering both the NASDAQ & NSYE Stock Market containing all 6,500 Listed Issues.

   Sub-section:3.8.9 pages: 189–191 provide more detail as to how it was done & when it was done.

   It was one of most valuable property of TTM valued between $ 360 – $ 1,450 Million (EST) EXHIBIT# 4.20, pages: 486A & B.

2) Business Development & Execution Plan based upon the proprietary software, is covered in detail under Sub-section: 3.8.10 pages: 191–197.

   The Plan was first to continue & carryout out the Restitution, as UBS A/C had not been found, starting Nov 1, 2011.

   It was the most valuable asset of TTM with estimated value $ 500 – $ 4,000 Million. EXHIBIT# 4.20, pages:487–488

3) $ 80 Million Approx. UBS A/C, the largest account of the Investment Pool, affecting 42 investors.

   Based upon information & knowledge, Akbar Omar is behind the disappearance of this account. He was aided by my staff & others.

   Sub-section: 3.8.8 , pages: 180–189 covers its piracy in more detail.

43 of 518

There was also theft of Data, Research , Technical Analysis and Hard Copy Report, Major World Economies & Market Study that was kept in Green Garage, and Hedge Fund Entities Pebble LLC, & Golden Rock,LLP  created to implement the Business Plan is under the control of 2nd Main Conspirator Khalid B. Ahmed, who gained the ownership by trickery & fraud.

The Conspirators indulged in a very well thought out plan of lies, mis-representation, cover-up & withheld material & substantive information from the FBI & US Attorney's Office to ensure that they are believed & real truth never comes out. Sub-section: 3.8.1 pages 119-133 & Sub-section: 3.8.3 pages 155-157 describe a key element of cover-up ... the visits to my Office/ Library.

Sub-section: 3.8.2 describes in detail what 13 different Visitors & my staff of 8 personnel saw on my Trading Computer Screen during the US Market Hours. This information , EXHIBIT # 4.1, page: 202, was displayed minutes by minutes, Hours by Hours, Day after Day, Weeks after Weeks, and Months by Months. As pointed out under Sub-Section: 3.8.4 pages: 157-162 atleast 10 of 13 Investors/ Visitors had used a Professional Trading Platform & were capable to read & understand a Trading Screen. Five (5) of these Investors/ Visitors were regular visitors of my Office/Library, would be present during the market hours, and sat around my Trading Computer with my display screen in their clear view. They all Traded their own A/Cs & if they were out of the market, they watched me trading.

FBI had analyzed , EXHIBIT# 4.5, pages:279-280 in detail, how significant the differences between the combined balances of Charles Schwab & Bank of America Accounts were , to go un-noticed, when compared with my Monthly Report figures, which included the UBS A/C. Page: 159 of this document illustrates the vast differences i.e. the Combined Balances were less than 1% of the reported figures in all of year 2010, except for 2 months. They were between 1-5% range for 7 months out of 12 months in 2009, and less than 10% in 2008.

If the UBS A/C did not exist, neither Akbar Omar or Zubaida Noor Khan would have had any difficulty in reading my Trading Computer (1) screen & recognising that:

    (a)    There was not much money in the Pool.
    (b)    The Investment Pool was not making much profit at all. No where close to what was being reported

    (c)    All Monthly Report figures were false & fabricated; and
    (d)    A fraud was going on.

After discovering that, they would have realized that there was no need to come & alerted all the other investors.

        But on the contrary, they continued their visits: Akbar Omar 3-4 times/ week
- His son-in-law would start as a full time employee from Jan 1, 2010 as I complied with the wishes of his wife Rukhsana Omar to give him a job.

- Akbar Omar continued to increase his investment in the Investment Pool.

- Zubaida Noor Khan increased the frequency of visits from March , 2010 - Oct , 2010 to almost Daily.

- Three (3) more Investors i.e. Arif Z. Mansuri, Abdul Rashid Khan, and Sajid B. Ahmed will coming from March, 2010 - Oct, 2010 to observe & trade on a Daily Basis.

More investors i.e. 31 joined the Investment Pool in 2010 than any other year . They were mostly related to Ahmeds & Omars & some of them I had never met or spoken to , to join the Investment Pool. Some of the notables were:

| Bashir Waraich | 2 A/Cs | His daughters Jan , 2010 |
|---|---|---|
| Tehmina Khan | 1 A/C | Mar 23, 2010 |
| Shahin Iqbal | 1 A/C | Apr 12, 2010 |
| Asif Mahmood | 1 A/C | Jul 22, 2010 |
| Arif Mansuri | 1 A/C | Aug 2 , 2010 |
| GazalaAdaya | 5 A/Cs | Nov 18, 2010 |
| Samina Hamidi | 1 A/C | Aug 11, 2010 |

Their lies & fraudulent concealment of facts were blatant & outrageous, but were told in a manner that they were accepted as the truth. And what was heldback by the witnesses from the FBI & they decided not to disclose, was presumed not to exist. As a result 17 of the 22 Exhibits, attached to the Declaration of AUSA Ranee Katzenstein, filed with the Court on 06/14/2013 were tainted & interpreted under the color of suspicion. Exhibits so, affected, were, Exhibits ,B,C,D,F,H,I,J,K,L,M,N,O,P,Q, S,T, and V. It was presumed that there no business transactions of $ 30.6 Million between Akbar Omar & TTM, the UBS A/C did not exist, and I used investors funds to pay for the personal expenses. The entire investigation & process of justice was hijacked by the witnesses, whose interviews documented under Exhibits: A & G, were presumed to be nothing but the whole truth.

I do not believe that the FBI, or the US Attorney's Office, or the IRS Investigators, or the members of the Grand Jury were at fault here. They were performing their duty in all honesty, as their commitment to uphold the laws of this nation. They just did not know who they were dealing with, like me who was fooled for 25 plus years.

Section: 3.4, pages: 58-65, and Section: 3.5, pages: 66-100, EXHIBIT# 4.18 pages: 449-461, EXHIBIT# 4.12 pages: 353-359, EXHIBIT# 4.13 pages: 361-393E, provide some background information & insight into these two families, their circle of friends & their associations abroad with corrupt Heads of State ( Pakistan ), and with an illicit method of moving money & assets, around the world, known as Hawala or Hundi. These were the secrets they guarded for 25 years & did not share.

Ahmeds are connected to Bhuttos, Zardaris, and Jatois of Pakistan, one of the most corrupt, ruthless, and totally dishonest Heads of States, and politicians of Pakistan. You cannot believe them what they tell or say, to get elected or to get a position of power & authority.

Pakistan had continued to slide into religious extremism, terrorism, violence, and chaos while these Heads of State and their cronies , which include Ahmeds & Jatois, whom Asif Mahmood Chaudhry tried to paint as "poor" and " hard working people" during my Sentencing Hearing, had been looting & accumulating wealth, taking advantage of the plight of that nation, its people, and the conflict in the region: Two references quoted under EXHIBIT# 4.11 page: 352A - Memoirs of Rtd. Gen. Stanley McChrystal & Greg Mortenson in " Three Cups of Tea " give a glimpse of the deterioration of situation in Pakistan & its Talibanization:

o    1988- Osama Bin Laden creates an Al-Qaeda group in Pakistan. Benazir Bhutto was the Prime Minister at that time.

o    1993- Osama Bin Laden now planning attacks against the US & the West, and running a Guesthouse in Pakistan where the master mind of 1993 attack on World Trade Center was sheltered. Bhutto was Prime Minister of

at that time also. Corruption was rampant in Pakistan which also involved her husband Asif. A Zardari.Please refer to a Special Report from the New York Times, EXHIBIT# 4.18, pages:451-458 " House of Graft". Majid B. Ahmed was Zardari's business partner , since 1988.

o   2000/2001- Money was being rapidly channeled through Hawala to fund building of 3,800 Wahabi extremist mosques in Pakistan & worldwide. World Bank estimated 20,000 Madrassas operating in Pakistan, churning out 2 Million students/year with strict Islamic Base education. Please refer to EXHIBIT# 4.13 pages: 393C-393E for a Map of the Area targeted & pages from Greg Mortenson's " Three Cups of Tea" - (EXHIBIT# 4.11)

   M. Jatoi was the Prime Minister of Pakistan at the time Hawala in Pakistan is controlled by Memon Community, the clan Akbar Omar belongs to. See his ties & connections under Section: 3.5. Tehmina Khan & her brother Obaid Jatoi come from the same family as M.Jatoi.

o   2008-2013- Tehmina Khan's brother Obaid Jatoi & Khalid B. Ahmed's brother-in-law Suhail Siddiqi become Advisors to the President of Pakistan Asif A. Zardari who was elected President, after spending 8 years in jail on the charges of corruption & murder. Osama Bin Laden lived near Army Headquarters in Abbotabad, while corrupt politician kept telling the US & the world, they don't know where he is. Obaid Jatoi & Suhail Siddiqi shuttled back & forth between California & Islamabad, never alerting the US Government . Asif Mahmood Chaudhry hosted US Congressmen & Senators at his residence, while Suhail Siddiqi & his family will be in attendance & shuttle between Los Angeles & Washington D.C. US & the World had been spending billions every year to fight terrorism & stop terror but corrupt politician would not let the law enforcement prosecute the Hawala Dealers, money launderers . EXHIBIT# 4.13, page:389-393.

   The two main figures in this conspiracy & fraud are Khalid B. Ahmed & Akbar Omar.

   Khalid B. Ahmed has 3 fraud cases pending against him, at the present time. Please refer to EXHIBIT# 4.18, pages:462-470. He is behind the piracy of TTM's Intellectual Properties and operating the Hedge Fund Pebble,LLC & Golden Rock,LLP.

   Akbar Omar, who is behind the disappearance of the UBS A/C, had been involved in 137 law suits & litigations, and had been through 3 bankruptcies. Please refer to EXHIBITS# 4.15 & 4.16. His Declaration filed in the US Bankruptcy Court on October 20, 1987 (EXHIBIT # 4.14) says it all about his character & moral values. He was also behind the break-in & burglary of my house involving theft of records & documents. But through lies & fraudulent concealment of his Visits to my Office & what he saw & did, and aided by family & friends, both of them have successfully camouflaged the $ 993.7 Million heist.

## 3.1    CONSPIRATORS

There are a total of fifteen ( 15 ) Conspirators :

|             |   |
|-------------|---|
| Ahmed Family | 6 |
| Omars       | 3 |
| Friends     | 6 |

### 3.1.1   AHMED FAMILY

1 . KHALID B. AHMED & PARVEEN N. AHMED ( Main)
Residents of Whittier , CA.

2 . SALAHUDDIN KHAN -- Ex employee of TTM Inc.
Nephew of Parveen N. Ahmed, personally recommended
& placed with TTM Inc. by Parveen N. Ahmed. In
addition to working as an Analyst, he installed
& maintained computer equipment, network , and
Internet at TTM Inc. He is a resident of Fullerton,
California.

3 . ADIL KHAN -- Ex employee of TTM Inc.
Nephew of Parveen N. Ahmed & brother of Salahuddin
Khan. Personally recommended & placed with TTM Inc.
by Parveen N. Ahmed. In addition to working as an
Analyst, he also installed & maintained computer
equipment, network, and Internet at TTM Inc. He
is a resident of Fullerton , CA.

4 . SYED IMRAN ALI & ALIYA ALI
Syed Imran Ali is brother-in-law of Khalid B.
Ahmed. Resides in Whittier, CA.

Syed Imran Ali visited my Office/ Library on several
occasions between March, 2010 - October, 2010 to
observe & learn, while four (4) other Investors/
Visitors also came to learn, observe & trade.

5 . TEHMINA KHAN
She is a member of Jatoi family of Sindh,
politically powerful, and feudal lords of Pakistan,
married into Khalid B. Ahmed family. She is also
a classmate of Syed Imran Ali, Aliya Ali, and
Asif Mahmood Chaudhry. Her last residence
San Diego, CA.

6 . SOHAIL SIDDIQI ( Not an Investor )
He is brother-in-law of Khalid B. Ahmed & a
classmate of Ex-President of Pakistan Asif Zardari.
He resides in Whittier, CA.

### 3.1.2    OMARS

7 . AKBAR OMAR & RUKHSANA OMAR ( Main )
Common friends of Khalid B. Ahmed/ Parveen N. Ahmed,
and Shahin Iqbal/ Mehar Iqbal. Akbar Omar is a
classmate of Meher Iqbal and Ikram Khan —
brother-in-law of Parveen N. Ahmed. He is a
resident of Newport Coast, CA.

Akbar Omar was the most frequent Investor/ Visitor
& Trader of my Office/ Library with an estimated
333 - 456 visits.

8 . SHAZAD OMAR
Son of Akbar Omar & Rukhsana Omar , who personally
came & stole records & documents from my home ,
in the gated community. He is Attorney-of-Record
in the Civil Case BC # 457773 filed by his father
Akbar Omar , in the LA Superior Court against me.
Shazad Omar resides in Diamond Bar, CA.

9 . FARAAZ HASHEMI - Ex employee of TTM Inc.
Son-in-law of Akbar Omar & Rukhsana Omar.
Personally recommended & placed with TTM Inc. by
Rukhsana Omar. He is a Canadian Citizen & a new
player in OMAR family in moving around assets.
He resides in Irvine, CA.

### 3.1.3    CIRCLE OF CLOSE FRIENDS

10. ASHVIN DOMADIA - Ex employee of TTM Inc.
Friend of Salahuddin & Adil Khans. Personally
recommended & placed with TTM Inc. by Parveen N.
Ahmed. In addition to working as an Analyst, he
assisted me with the preparation of MONTHLY
REPORTS and assisted Salahuddin & Adil Khans in
trouble shooting network & Internet connectivity
problems.He is one the key individual behind the
cyberspace piracy, theft of intellectual property
& records from TTM Inc. because of his unrestricted
access to my office, my personal computers, and
my trust in him as a loyal employee, who was referred
to me by then close friends. His last residence
Diamond Bar, CA.

11. ZUBAIDA NOOR KHAN & IFTEKHAR KHAN
Common friend of Khalid B. Ahmed/ Parveen N. Ahmed,
Akbar Omar/ Rukhsana Omar, Bashir Waraich, and
Adaya family of Santa Monica, CA. They reside in
La Habra Heights, CA. and have close ties with
Memon Community of Los Angeles, in general, and
members of the World Memon Organisation (WMO) of
North America.

Zubaida Noor Khan was the Chairperson of the Muslims Public Affairs Council (MPAC) Foundation in 2010/2011, a Member of the Muslims Council of Clairemont, California. Her husband Iftekhar Khan is a past President of Walnut Mosque of Walnut City, CA., a very conservative Sunni & Wahabi membership institution & place of worship. A good percentage of Memon Community of Los Angeles, attends religious events & prayers at this mosque and so does the Ahmed Family, who live in Whittier. However, Ahmeds are not conservative, but Khans are, with political aspirations to control muslim organizations & spread their ideology & version of Islam.

Zubaida Noor Khan's father-in-law was active at the Islamic Society of Orange County (ISOC) and is one of its past Presidents.

The ISOC, located in Garden Grove, CA is one of largest Muslim organization in California.  Under the new leadership it is a very inclusive, moderate and tolerant organization now.  Dr. Muzammil Siddiqui of ISOC is a revered & learned Muslim Religious Scholar & Leader of ISOC who works with other faiths i.e Judaism & Christianity in particular & lectures at UCLA. Khans are no longer involved in running ISOC & their kind have moved to the peripheral mosques & have been infiltrating MPAC, causing rift between well respected Adaya family & organisers of fundraiser for the victims of Holocaust, from the Jewish Community.

12. SHAUN A. KHAN- Ex employee of TTM Inc.
Son of Ghazala Khan, a common friend of Parveen Nur Ahmed, Rukhsana Omar, Bashir Waraich, and Khalid Sheikh. Shaun A. Khan was recommended by Khalid B. Ahmed, at the time he was unemployed.

I trusted Shaun Khan, and was one of the few employees who had un-restricted access to our house & my office, and the entire computer network, because he & her mother lived in the same gated community. I let him work on my PCs unsupervised & during my abscence.

He was the individual who wrote an email in my support confirming that I would be online in early hours (to trade UBS A/C) but was retracted by mother. He & his mother planted the suitcase at our house , was found conducting surveillance of our house late at night in Mar,2013 while some friends were visiting. He & his mother are believed to be individuals who aided Shazad Omar in entering the gated community & break-into our house.

13. BASHIR WARAICH
   A common friend of Khalid B. Ahmed, Shahin Iqbal,
   Akbar Omar, Zubaida Noor Khan, Khalid Sheikh, &
   Ghazala Khan. His son is married to Shahin Iqbal/
   Mehar Iqbal's daughter. He resided in Whittier,
   CA & is a neighbour to 4 Ahmed families.

14. GHAZALA KHAN
   A common friend of Parveen N. Ahmed, Rukhsana Omar,
   Bashir Waraich, and Khalid Sheikh, and mother of
   Shaun A. Khan, an Ex employee of TTM Inc. She lived
   in the same gated community " The Country" as us.

   Ghazala Khan or her son Shaun A. Khan are believed
   to have assisted Shazad Omar on 06/15/2011 to enter
   the gated community , on the 3rd attempt, to let him
   follow their car, otherwise, under the gated
   community Association Rules, Shazad Omar's car
   would have been chased by the Security , for
   illegal entry, an intruder, and trespasser. Please
   refer to Section: 3.8.6 & EXHIBIT # 4.17 Break-
   in entry & burglary of our house.

15. ASIF MAHMOOD CHAUDHRY
   He is a classmate of Syed Imran Ali,and his wife
   Aliya Ali & a close friend of Sohail Siddiqi , the
   2nd brother-in-law of Khalid B. Ahmed. Please refer
   to Section : 3.4 & EXHIBIT # 4.18

   Asif Mahmood Chaudhry is one of the most
   politically active Pakistani-American in the
   Los Angeles area, active at City Level, State Level
   and the US Congress & Senate at the national level
   who frequently visits Washington D.C. He alongwith
   Ikram Khan of Las Vegas, Nevada ( Brother -in-law
   of Parveen N. Ahmed & classmate of Akbar Omar )
   have been the political influence machine & pulse
   gauger of US Law makers in Washington D.C.      for
   Ahmed family & their ties to Bhuttos & Zardaris
   on fight against terrorism, terror financing,
   support for US & NATO operations in Afghanistan
   and curbing religious terrorism. With just lip
   service, from top to bottom, the corrupt Pakistani
   politicians exploited this US connection & billions
   of dollars in the US & UN aid.

   Asif Mahmood lives in Bradsbury, CA.

3.2    CO-CONSPIRATORS & COLLABORATORS

There were nine (9) Co-Conspirators & Collaborators:

| | |
|---|---|
| Ahmed Family | 4 |
| Friends | 4 |
| Bank | 1 |

3.2.1    AHMED FAMILY

16. MAJID B. AHMED
Younger brother of Khalid B. Ahmed. Resides in
Dubai, UAE. Owner of Bristol Engineering of Dubai,
UAE, and a majority owner of a High Tech company
in Irvine, CA which has offices in Dubai,UAE, and
Pakistan. Also owns a company in UK & a residence
in Whittier, CA.

He was a business partner of Ex-President of
Pakistan, Asif A. Zardari during the 2-terms
of his wife Benazir Bhutto , Prime Minister of
Pakistan & Bristol Engineering was founded during
that time period.

17. SAJID B. AHMED
Younger brother of Khalid B. Ahmed & Majid B. Ahmed
and a resident of Whittier, CA. He was next door
neighbour of brother-in-law Sohail Siddiqui &
lived a block away from family friend Bashir Waraich

Sajid B. Ahmed, alongwith three (3) other investors
was a regular Visitor, Observer & Trader at my
Office/ Library from March, 2010 - October, 2010.

18. KHALID NUR
He is younger brother of Parveen N. Ahmed & uncle
of TTM's Ex-employees Salahuddin Khan, Adil Khan,
and Yasir Khan, and resides in Fullerton, CA.

He was the first & only investor to pull out all
his funds & was overdrawn by $ 500K , within
month after the dispute with Akbar Omar over the
visit of 2 -individuals on Feb 9, 2010 to my
residence, posing as IRS Agents & looking for
Akbar Omar.

19. OBAID JATOI ( Not an Investor )
He is brother of Tehmina Khan & from politically
powerful JATOI Family of Sindh, Pakistan &
believed to maintain 2- residences i.e Beverly Hills
California & Dubai,UAE.

Obaid Jatoi, alongwith his relative, Sohail Siddiqi
was an Advisor to the Ex-President of Pakistan,
Asif A. Zardari from 2009-2013.

3.2     CO-CONSPIRATORS & COLLABORATORS

3.2.2     CIRCLE OF CLOSE FRIENDS

20. KHALID SHEIKH
A common friend of Khalid B. Ahmed, Akbar Omar,
Shahin Iqbal, Zubaida Noor Khan, Bashir Waraich,
and Ghazala Khan. He is a resident of Whittier,
California.

His son Rizwan Sheikh worked for TTM Inc. from
Aug, 2008 - Sept, 2010 as Senior Analyst. I would
learn from other staff members that Rizwan,
alongwith two (2) other employees Ashvin Domadia
& Adil Khan started to trade without my knowledge
or permission.

21. ARIF Z. MANSURI
Owner of Pakistani-American Community Newspaper
PAKISTAN LINK & Huntman,LLC. Mansuri was a regular
Visitor , Observer & Trader at my Office/ Library
from March , 2010 - October, 2010.

22. SHAHIN IQBAL & MEHAR IQBAL
Common friend of Khalid B. Ahmed/ Parveen N. Ahmed,
Akbar Omar/ Rukhsana Omar, and Bashir Waraich.
Mehar Iqbal is a classmate of Akbar Omar, and
Parveen N. Ahmed's brother-in-law Ikram Khan of
Las Vegas,NV. Their daughter Marwi Iqbal, who did
Summer Work at TTM Inc. in 1994/95, is married
to Bashir Waraich's son. Mehar's father was in the
Judiciary of Pakistan, who have always sided with
corrupt politicians & Heads of State in Pakistan,
and failed to prosecute HAWALA & HUNDI Dealers,
a money supply line for extremists & terrorists
in Pakistan.

Shahin Iqbal proposed first buy-out attempt of
TTM Inc. by Khalid B. Ahmed in 1995.

23. GAZALA ADAYA
She is not an investor , but her sons & daughters
are. She comes from one of the most influential &
wealthy MEMON families , the community Akbar Omar
also belongs to. Her brother Saleem Adaya is a
classmate of Akbar Omar & a Trustee of World
Memon Organisation (WMO) of North America. Gazala's
family, alongwith Feroze Suleman & Andy Merchant
of Canada, both brother-in-laws of Akbar Omar
are the main contacts of Akbar Omar/ Rukhsana
Omar in WMO heirarchy , connected to HAWALA.

53 of 518

3.2     CO-CONSPIRATORS & COLLABORATORS

---

3.2.2     CIRCLE OF CLOSE FRIENDS

23. GAZALA ADAYA ( CONTINUED )
Adaya family are the strongest supporters of
various Muslim Organisations & Institutions in
Southern California and is very well respected
in the community because of their patriarch, late
Ahmed Adaya, but younger generation does not
appear discrete & careful. Gazala Adaya resides
in Santa Monica, CA. & is a close friend of
Zubaida Noor Khan & Akbar Omar/ Rukhsana Omar both
associations , extreme choices , with respect
to religion or business ethics.

24. BANK OF THE WEST
A subsidiary of BNP, Paribas of France, which
was found & fined heavily for violating the US
Banking Regulations. Bank of the West is one of
the main bank used by Akbar Omar/ Rukhsana Omar
for their personal & business banking. One of the
only two (2) accounts, subject of Discovery &
Production of Documents , A/C# 677- 103095 was
opened & closed in 4 months, after doing a large
over $ 3.2 Million transaction of funds brought
from Offshore (UK) by Abdul Hamid Patel, in
HAWALA style. The 2nd account also operated for
1 year only. A 3rd account belonging to the
EAST VILLA APTS, LLC , which was closed down on
12/28/2005 according to the filing with California
Secretary of State , was still operating at the
end of 2009, and made a wire transfer to TTM's
Bank of America A/C # 07605-03204 on 12/14/2009
of over $ 150,000.00 .

Bank of the West's observance of US Banking
Regulations seem to follow the pattern of its
parent bank, BNP Paribas of France. Akbar Omar
& Rukhsana Omar have formed atleast 29 companies
in California & Nevada, alone, between 1979 -2011
but only a handful of bank accounts have been
located.

3.3     RESIDENCES & LOCATION OF
CONSPIRATORS , CO-CONSPIRATORS
AND COLLABORATORS

---

All of the Conspirators, Co-Conspirators & Collaborators ,
except a few, lived in the same neighbourhood or nearby communities:

3.3.1   Syed Imran Ali & Aliya Ali live on the same block as Khalid B. Ahmed/ Parveen N. Ahmed in the gated community of Whittier, CA. Khalid B. Ahmed's residence is located at the end of Coventry Circle Cul-de-Sac, while sister Aliya Ali on the righthand corner of Coventry Circle Cul-de-Sac with house facing another street.

3.3.2   Sajid B. Ahmed & brother-in-law Sohail Siddiqi lived on the same street , Mar Vista Drive, Whittier, CA. outside the gated community , in adjacent houses, and Conspirator Bashir Waraich lived only a couple of blocks away, from them.

As mentioned previously, Sajid B. Ahmed, Sohail Siddiqi, Khalid B. Ahmed, and Syed Imran Ali are all related to each other.

Sajid B. Ahmed, Sohail Siddiqi, and Bashir Waraich's residences were only a walking distance from Khalid B. Ahmed & Syed Imran Ali's residences.

3.3.3   Six (6) other families, mentioned below lived within ten ( 10 ) miles of the other Conspirators mentioned under Section: 3.3.1 & Section: 3.3.2 , above:

Zubaida Noor Khan/ Iftekhar Khan
Khalid Sheikh
Salahuddin Khan – Ex Employee TTM Inc.
Adil Khan     – Ex Employee TTM Inc.
Ashvin Domadia – Ex Employee TTM Inc.
Khalid Nur – Uncle of Salahuddin & Adil Khans

3.3.4   Four (4) families & individuals lived within fifteen (15) miles of the other 11 families and or individuals, identified as below:

Shahin Iqbal/ Mehar Iqbal
Ghazala Khan
Shaun A. Khan – Ex Employee of TTM Inc.
Shazad Omar – Son of Akbar Omar/ Rukhsana Omar
          Attorney – on- record on Civil Case
          BC 457773 LA Superior Court.
          55 of 518

Ghazala Khan and her son Shaun A Khan Ex-employee of TTM Inc, who planted a suitcase as a physical evidence at our old residence of 2452 Alamo Heights Drive, Diamond Bar, CA. , lived in the same gated community " The Country " with us about 2 — 2 1/2 miles away. Shaun A Khan was spotted surveillancing our house at night , with his car parked on the street in front of our house, while being visited by two (2) family friends in March, 2013 prior to vacating the house, to the USMS.

Thus 15 of the 23 individual & families identified or 20 investors, lived in close proximity of each other. As explained under Sub-Sections 3.1 & 3.2, because of their inter-relationships, the were really only eleven ( 11 ) different family groups i.e Ahmeds , from Memon Community Akbar Omar & Gazala Adaya, eight (8) from Circle of Close friends.

To mislead the government investigators i.e the FBI , the IRS, and the US Attorney's Office , and to derail their investigation, they first either withheld information or hid the details, or completely covered it up:

i    )   Of their visits to my Office/ Library. The five (5) most frequent visitors were:

Akbar Omar
Zubaida Noor Khan
Sajid B. Ahmed
Abdul Rashid Khan
Arif Z. Mansuri

And among those who visited several times

Syed Imran Ali

Even an Ex-employee , who visited by my Office/ Library almost every hour:

Ashwin Domadia

ii   )   What was the purpose of those visits ?

iii  )   What they did, while they were at my Office/ Library ?

iv  )  Did they bring a Laptop or Notebook Computer
       with them ?      What for ?

v  )  That they sat around my Trading Computer  &
       its two (2) large flat screens were facing
       them. The screen had large fonts, larger
       than their laptops.

       Please refer to EXHIBIT # 4.1

vi  )  That atleast from three (3) different windows
       they could see & read how the Charles Schwab
       Trading A/C was doing & how the Investment
       Pool was doing.

       Please refer to EXHIBIT # 4.1

vii )  If the UBS A/C did not exist , they would
       have known right away, or at any time of the
       day, or week, or month that something was wrong
       numbers would add up. The Street SmartPro
       display of the Charles Schwab Trading A/C would
       only agree with the FBI's Account Analysis
       EXHIBIT # 4.5 ( Exhibit H Declaration of AUSA
       Ranee Katzenstein filed on 06/14/2013 for my
       Sentencing Hearing ).

       All investors were sent a Monthly Report
       EXHIBIT # 4.9 ( Exhibit B Declaration of AUSA
       Ranee Katzenstein filed on 06/14/2013 for my
       Sentencing Hearing ) .   The  Monthly  Report
       figures wiould not reconcile with Charles
       Schwab A/C Display on Trading Computer screen.

viii)  Akbar Omar has kept his business transactions
       with TTM secret to this day. These funds were
       the seed money for the UBS A/C. If this
       transaction never took place & UBS A/C did not
       exist , he being the most frequent visitor would
       of my Office/ Library would have know right away
       that Investment Pool is loosing money, it does
       have balances stated in the Monthly Report.
       He would have stopped coming & never invested
       with the Investment Pool.

       Because of this cover-up & withholding of
       material information, supported by the other
       Conspirators  &  Co-Conspirators's  statements
       to the investigators, it led the FBI, the
       US Attorney's Office & the IRS believe that I
       spent investors funds on my personal expenses
       EXHIBIT # 4.8 ( Exhibit V Declaration of AUSA
       Ranee Katzenstein filed on 06/14/2013 for my
       Sentencing Hearing ).

Then secondly, after damaging TTM, my family & other investors
these 23 families & individuals disguised themselves as victims.

57 of 518

3.4      AHMED FAMILY
         _____

        Khalid B. Ahmed has six (6) brothers & sisters. All, except one, are
settled in the United States. Four (4) of the seven siblings are politically
well connected to corrupt politicians in Pakistan, exploiting political
influence, government programs & economic development plans, conflict in the
region, US & UN Aid to fight terrorism & extremism , all to their financial
advantage.Sometimes their marriages & marriages of their children have been
done to forge more political connections & business ties.

        The four (4) siblings with overseas connections are:

        1  )   Khalid B. Ahmed
        2  )   Majid B. Ahmed
        3. )   Majida Siddiqi      ; and
        4  )   Aliya Ali

        For the past 25 years, Ahmed family through their four (4) siblings
have been connected to four (4) Prime Ministers and one (1) President, dozens
of cabinet ministers, cabinet secretaries, and other high ranking bureaucrats
abroad. Please refer to EXHIBIT #    , page:      .

        In 2009, the marriage of Safan B. Ahmed, the younger son of Khalid
B. Ahmed, to the grand daughter of Rtd. Maj. General Bashir, has linked this
family to the highest office of Pakistan's Inter Services Intellegence (ISI)
agency as ISI's Chief Rtd. Maj. General Iftekhar is a good friend of
Rtd. Maj. General Bashir.

        On the US Side, their access to law makers in Washington D.C. are
Asif Mahmood Chaudhry, and Ikram Khan of Las Vegas, NV, two (2) very active
Pakistani-Americans, who visit the Capitol Hill regularly, hold fundraisers
for Congressmen and Senators at their residences, and also work closely with
Pakistani Consulates & Embassy in Washington D.C.

        Through the offices of Prime Minister & President of Pakistan, Ahmed
family has been able to forge direct contact with the most powerful,
influential members and the richest billionaires of World Memon Organisation