also known as WMO, three (3) of whom reside in Dubai, UAE:

( i )   Haji A. Razzak Yakoob
        The Chairman/Owner of ARY empire, including
        ARY GOLD . During Benazir Bhutto's rule
        as Prime Minister of Pakistan , he enjoyed
        monopoly of Gold import to Pakistan ,which
        Seth Abid, another Memon & close to
        Nawaz Sharif , the current & 3 times
        Prime Minister of Pakistan had controlled
        before.

        Gold & FOREX trade in Pakistan & Afghanistan
        combined with HAWALA & HUNDI is how extremist
        and terrorist organisations are able to operate
        in that region of the world.

        Haji A. Razzak Yakoob paid back Bhuttos &
        Zaradari , during her dismissal , twice, on
        corruption charges by helping Bhutto keep
        her riches accummulated & move it around the
        world, while Zardari was in jail. Majid B. Ahmed
        who was partner of Asif A. Zaradari, also
        ended up in jail with Zardari.

        Please refer to the Investigative Article by
        the New York Times journalist John F. Burns
        titled HOUSE OF GRAFT: Tracing the Bhutto
        Millions- A Special Report: Bhutto Clan Leaves
        Trail of Corruption under EXHIBIT :


( ii )  Iqbal Memon
        An Office Bearer / Asst. Secretary of
        World Memon Organisation (WMO) , and
        a business partner of Benazir Bhutto's husband
        Asif A. Zardari , including acting as
        Trustee & Business Manager of their real
        property & assets in UK, United States and
        their Virgin Island companies.

( iii ) Saddaruddin Hashwani

        Owner of upscale Pearl Continental Hotel
        chain worldwide & a business partner
        and joint owner of hotels/ properties with
        Bhutto's husband Asif A. Zardari.

        Ahmed family's local HAWALA contact is Akbar Omar. Akbar
Omar's brother-in-law Feroze Suleman, who is a resident of Los Angeles
County has a brother , last name Suleman, who now resides in Dubai, UAE
is also a major player in Gold bullion business, alongwith ARY GOLD's
owner Haji Abdul Razzak Yakoob.

59 of 518

Akbar Omar is a classmate of Ikram Khan, brother-in-law of Parveen N. Ahmed, and Mehar Iqbal ( See EXHIBIT # -  , page: 48 53), and also of Saleem Adaya, the Trustee of World Memon Organisation ( WMO ) of North America. While Asif Mahmood Chaudhry ( See EXHIBIT # - , pages: 51  ) is a classmate of Aliya Ali, Syed Imran Ali, and Tehmina Khan, a member of Jatoi family ( See EXHIBITS # 4·18 , pages: 48, 450  ).

Even though I had known Ahmed Family since 1985/86, as I moved from Canada to Los Angeles, California, and became close to them & their circle of friends, I remained unaware of their political ties and high level connections in Pakistan, their big money & power plays, and close ties & relationship with Memon Community and Akbar Omar. It was not until September 20, 2011, when I met siblings of Akbar Omar — Haroon Omar & Rafique Omar, and started doing my own fact finding, I realized that I had made bad choices of friends & had fallen into the company of very cut throat, scheming, and greedy people , with whom I had nothing in common as to my upbringing & family values, and their brought up and their total disregard for human values, loyalty, right & wrong, philosophy of life. I fault no one, but myself, for my own indiscretion and bad judgement.

The ongoing conflict in the regions of Pakistan , Afghanistan, Iran & Iraq have been destroying these nations, have affected lives of millions of ordinary citizens & innocent people caught between the conflicts & wars, have been a huge financial cost, and detrimental to the interests of the United States, but it has been a boon for the corrupt politicians of these nations, their cronies, and for families with close ties and connection to these politicians including Ahmed Family , and Memons with direct links to Bhuttos, Zardaris & Sharifs of Pakistan, and those involved in illicit method of money transfer known as HAWALA or HUNDI. This network based upon, close family ties & connections, and secrecy keeps expanding, as extremism, terrorism, and conflict spreads.

The relationship with Benazir Bhutto, the Ex- Prime Minister of Pakistan and Ahmed Family goes back to the days when Bhutto was studying at Harvard & very active in student politics. At the time, Ikram Khan , brother-in-law of Parveen N. Ahmed, who lives in Las Vegas, was active with APPNA-PAC, the political action committee & an arm of

Association of Physicians of Pakistani Descent of North America ( APPNA ). Then Benazir Bhutto got married to Asif A. Zardari, a classmate of Suhail Siddiqi (brother-in-law of Khalid B. Ahmed ) from school days. A cousin of Khalid B. Ahmed got married into Jatoi family i.e Tehmina Khan. M. Jatoi became the Prime Minister of Pakistan during President Musharraf's regime.

Shaukat Aziz followed M. Jatoi as Prime Minister, again a relation of Suhail Siddiqi. Ex Prime Minister Shaukat Aziz, presently a resident of East Coast ( New Jersey ) is married to sister of M. Sarwar- A Senior International Banking Executive of CitiCorp & a brother-in-law of Suhail Siddiqi.

Majid B. Ahmed's father-in-law Mr. Chaudhry was a member of National Assembly of Pakistan (MNA) for many years. Khalid B. Ahmed's younger son Safan B. Ahmed was married to the grand daughter of Rtd. Maj. General Bashir in 2009, and Rtd. Maj. General Iftekhar , an Ex Chief of Pakistan's Inter Services Intelligence ( ISI ) came to the wedding.

As also mentioned under EXHIBIT #4.18, page:450 , when Benazir Bhutto got elected to be the Prime Minister of Pakistan in 1988, Majid B. Ahmed became partner of her husband Asif A. Zardari for Military Contracts for both the Army & Navy, the Power Plant Projects and a multi-billion dollars electrification scheme for Pakistan with a consortium of international companies such as Siemens of Germany, and Ericson of Sweden etc. Asif A. Zardari became known as Mr 10% for bribery, kickbacks, and collection of fees and commissions on all Pakistan Government Contracts, Agreements, and Projects for Industrial Development with the US and European multi-national companies, funded through the US Aid voted by Congress , the UN Aid, and the International Monetary Fund ( IMF ) and the World Bank . Please refer to an Investigative Journalism article titled House of Graft by New York Times, under EXHIBIT #4.18, pages:451-458  .

Asif A. Zardari and his cronies, Bhutto's Cabinet Ministers, Cabinet Secretaries, and other high ranking government bureaucrats created dozens of companies abroad in UK, France, Switzerland, UAE, British Virgin Islands, Camen Islands and the United States. Majid B. Ahmed formed atleast

61 of 518

three (3) companies himself — Bristol Engineering Services of Dubai, UAE, a high-tech company in Irvine, California with offices in Dubai, UAE. and Pakistan, and a holding company in U.K. with the help of Iqbal Memon, a director of World Memon Organisation ( WMO ) Pakistan, and a close friend of Asif A. Zardari. Conflicts in the region such as Iran-Iraq War, Soviet Union invasion & occupation of Afghanistan were money making opportunities for Bhutto's cronies including the Ahmed Family. Against the US & UN sanctions there were deals with Iran to supply Crude Oil, Oil & Gas Equipment and Tubular Goods worth over $ 500 Million dollar, and also against the US and UN sanctions a $ 2 Billion arms deal was being negotiated with Iran.

Rtd. US General Stanley McChrystal discloses in his Memoirs published as a book titled " MY SHARE OF THE TASK " that Osama Bin Laden founded Al Qaeda Pakistan , in Peshawar , a key city for Afghan Mujahideen in 1988 ie during the Bhutto's regime & Islamabad CIA office in the US Embassy knew that seven groups of differing ideology, ethnicity, and sophistication travelled to Pakistan to wage jihad worldwide, with their number growing to 4,000 Arabs. But corrupt government of Benazir Bhutto did more lip service to US — Pakistan friendship or to protect peace & security interests of the citizens of Pakistan , than taking concrete steps. On August 6, 1990 Pakistani President Ghulam Ishaq Khan dismissed the Bhutto Government on the charges of corruption.

Bhutto came back to power & became the Prime Minister of Pakistan, a 2nd time in 1993, but again to be dismissed with the same charges of corruption on November 6, 1996. Her husband Asif A. Zardari went to jail for multiple corruption & murder charges & would remain there for eight (8) years, while Benazir Bhutto went on a 10-years, self imposed exile from 1997 — 2007.

While Bhutto & Asif A. Zardari were under investigation on the charges of corruption, bribery, kickbacks to the tune of $ 1.5 Billion, and mis-appropriation of government funds in the range of $ 4 — $ 8 Billion, mis-management of Pakistan's economy with foreign debt growing to over $ 60 Billion, and while most of the Bhutto's & Zardari's assets & accounts frozen, Ahmed family helped Bhutto's financial needs through contacts

Majid B. Ahmed had developed with World Memon Organisation ( WMO ) as Zardari's partner , with people who moved money worldwide, through HAWALA & HUNDI. Benazir Bhutto even came to Southern California in 1997, and stayed at Majid B. Ahmed's residence, 9939 Santa Gertrude, Whittier, CA , the house he had bought from older brother Khalid B. Ahmed. Ikram Khan , brother-in-law of Parveen N. Ahmed, who lives in Las Vegas,NV. worked on re-building Bhutto's image & reputation in the USA through contacts he had established in the US Congress, Senate with Ex- Majority Leader Senator Reed , as member of an Advisory Board to the Governor of Nevada, while a senior ranking member of APPNA- PAC with office in Washington D.C., and a politically active member of Pakistani- American Community in Las Vegas,Nevada.

Ties with Bhutto & Zaradari , during the five (5) years and two (2) stints of Bhutto as Prime Minister of Pakistan, all of Ahmed Family had done extremely well, financially, and in particular Majid B. Ahmed , who with a mediocre education, has become very wealthy with networth between $ 400 - $500 Million , according to siblings & family members.The rivalary within the family & Zardari's ire with Majid B. Ahmed as business partner mis-managing funds while he was jailed, caused him to land him in Pakistan jail a 2nd time in 2009, as Asif A. Zardari became President of Pakistan in 2009, after Bhutto's death. Many members of Ahmed Family have offshore secret bank accounts & Majid B. Ahmed lives in Dubai, UAE. now alongwith many wealthy members & billionnaires of World Memon Organisation ( WMO ) where HAWALA transactions are settled.

During the presidency of Asif A. Zardari, as the President of Pakistan from 2009 - 2013, Ahmed Family became even more influential and wealthy & new power players of the family emerged. Suhail Siddiqi, brother-in-law of Khalid B. Ahmed, and Obaid Jatoi brother of Tehmina Khan, became Advisors to the President , shuttling back & forth between Los Angeles and San Diego, California & Islamabad, Pakistan , and staying at the President's House. In Los Angeles, Suhail Siddiqi would be present at most of the political events organised by Asif Mahmood Chaudhry. He hosted US Congressmen & Senators at his residence in Whittier, CA. Syed Imran Ali & Aliya Ali, younger sister of Khalid B. Ahmed hosted Ex Prime Minister of Pakistan Shaukat Aziz ( also a relative ) , Ambassador of Pakistan to the US

Haqqani, travelled to Japan to meet Ambassador of Pakistan to Japan Judmani.

Following my first meeting with Akbar Omar's siblings in September , 2011 & pointers & clues dropped by them in subsequent meetings, I started my own fact finding efforts , through a multiple information sources which continue to this day.

Thanks to the US Department of Justice & their Bureau of Prisons , the Memoirs of Rtd. General Stanley McChrystal , published in a book form & available through our Texarkana Institution Library has been an eye opener. Confirming what I knew from other sources, real picture & character of corrupt Pakistani politicians/ Heads of State Bhutto, her husband Asif A. Zardari, and Nawaz Sharif , and their cronies which include many members of Ahmed Family emerges , that except for lip service , they cared less for the security & national interests my beloved mother country Pakistan , its ordinary citizens who elected them to lead the nation , my adopted country United States , who had always been generous friend to Pakistan. These three (3) politicians have dominated Pakistan's politics from 1988 - 2015 , with Bhutto elected Prime Minister 2 times, Zardari President once, and Nawaz Sharif Prime Minister 3 times. Madrassahs, extremism, terrorism, and corruption had florished to the detriment of the nation, its people, its neighbours & friends. But both Zardari & Sharif have become two (2) richest families of that nation & Ahmeds have not done badly either. Two (2) of their members Majid B. Ahmed & Obaid Jatoi live now in Dubai,UAE , one of the most expensive cities of the world.

The Memoirs of Rtd. General Stanley McChrystal point out that first attack on World Trade Center (WTC) in New York was masterminded by Osama Bin Laden in 1993, while in Sudan, but running a Guesthouse in Pakistan where terrorist Ramzi Yousef lived. Benazir Bhutto was in power at the time. Corrupt Pakistani politicians & the government exploited the relationship with US and war on terrorism to make sure that billions of dollars in the US & UN Aid keep flowing to Pakistan every year, with little benefit to the people of Pakistan or the United States. The Talibans moved to within 25 miles of the capitol Islamabad, from Swat Valley in the north, the extremists & fundamentalists extended their control & power in Waziristan and Pashtun HAWALA & HUNDI dealers supported by rich & powerful Kaliya & Kahanes Memon families, openly ran Informal Money Transfer & FOREXES in

Peshawar, Mardan, and Quetta, Baluchistan.

Osama Bin Laden lived in Abottabad, near Pakistan Military Trading Academy, and his lieutenants roamed freely in the Northwest Territory of Pakistan & Baluchistan , but Zardari adminstration would not hunt down terrorists, Al-Qaeda members, and Taliban carrying out attacks on NATO & US forces in Afghanistan & run back to safe heaven in Pakistan. Billions of dollars given to Pakistan in the form of US & UN Aid mostly ended up in the pockets of corrupt politicians, their cronies, cabinet ministers , cabinet secretaries , and close circle of friends & advisors of Asif A. Zardari. Neither Suhail Siddiqi or Obaid Jatoi ever alerted the United States as to what was going on in Pakistan. Instead , their friend Asif Mahmood Chaudhry & Ikram Khan, brother-in-law of Parveen N. Ahmed did PR & image building of these corrupt politicians, with US Congressmen & Senators.

Ten (10) of the twentythree (23) Conspirators behind the theft & piracy of TTM's intellectual property, a highly valuable software and acquiring of its Business Plan, are from Ahmed Family . Please refer to EXHIBIT # - , page: 48~54. Khalid B. Ahmed & businesses owned by him are currently involved in three (3) multi-million dollar fraud cases :

    i  )   State Compensation Insurance Fund
              Case # 13- 00956 AG ( CWx )

    ii  )   Violation of California Insurance Fraud
              Prevention Act.
              Case # BC 572062

    iii )   Fraud , Product Liability etc
              Case # BC 551813

For more details , please refer to EXHIBIT #4.18, pages : 462~470

3.5     MEMON COMMUNITY
        WORLD MEMON ORGANISATION (WMO)
        ─────────────────────────────────

Memons are a mercantile and a business community with roots in Southern India & Sindh Pakistan. This community though about 1-1.2 Million worldwide, wield great influence both politically and economically in the Southeast Asia, Middle East, and Africa over the lives of 2 billion people and 1/6 th of the World Economy or $ 10 Trillion GDP. They control banking, finance, commerce, FOREX, commodity trade, real estate, hotels, textile industry, currency & gold in the 3rd largest economy & 2nd most populous country of the world : India. In addition, they are a dominent business community in Pakistan, Bangladesh, Sri Lanka, five (5) African nations of South Africa, Nigeria, Kenya, Tanzania, and Zambia and have ever increasing influence in the Persian Gulf states of Bahrain, Kuwait, Qatar, Sharjah and the United Arab Emirates.

This community has made great contributions in economic & industrial development of these nations. And families like Habibs , Adamjees have played great role in nation building of newly created countries of India & Pakistan following the independence in 1947, and this community had been a key supporter of South African Leader Nelson Mandela, and the African National Congress (ANC) , and have produced great political leaders like Yusuf Dadoo who founded Natal Indian Congress in South Africa, Ahmed Kathrada, Abdurehman, Ismael Ibrahim who fought the apathied side by side of Nelson Mandela, and Oliver Tambo. In the Indian sub-continent they supported the freedom fighters & liberators of their people Mohatima Gandhi Jowahar Lal Nehru , and Mohammed Ali Jinah- the founding father of Pakistan.

However , with the good also comes the bad. All of countries of Southeast Asia, Africa, and Middle East , where this community is dominent in the economy, banking, finance, commerce, real estate, currency gold & commodity trading, there is exploitation, inequality, child & slave labour in textiles & fabric manufacturing. There is political corruption, blackmarket, smuggling, tax avoidance, drug trafficking etc. They run the secret HAWALA & HUNDI network in all major cities of Pakistan

with hundreds of dealers   & branches which are connected to money changers
who dominate the network in Peshawar, Mardan, and Nowshera in the Northwest
Province of Pakistan, bordering Afghanistan, and Quetta the major city of the
Province of Baluchistan. Pashtuns who are the majority ethnic population
of Afghanistan , control the money changing in & around Kabul. Both Afghan
& Pakistani Taliban are mostly Pashtun , and HAWALA & HUNDI dealerships act
as money pieline for terrorists, arms & drug trade, and gold smuggling. In
Pakistan HAWALA & HUNDI business & FOREXes are in the hands of Memon Community
Waliya & Kahanes run the largest FOREXes with branches all over Pakistan.

The World Memon Organisation ( WMO ), launched in March, 2002
is registered in the United Kingdom,  and in 2011/2012 their world headquarter
was located in Dubai, UAE. The WMO has seven (7) chapters or branches
representing the Memon Community, worldwide. Please refer to EXHIBIT # 4,12
pages : 353 - 359 .

64 of the 100 richest families of world's 3rd largest economy,
India & nine (9) of the 15 richest families in Pakistan, by networth, are
Memons & those are:

1  .  Mian Mohammad Mansha   ( Rank # 1 )
2  .  Saddaruddin Hashwani        ( # 5 )
       Ex President of Pakistan & two (2) Prime Minister
       Benazir Bhutto's huband Asif A. Zardari's
       business partner.

3  .  Nasir Schon              (     # 6 )
4  .  Abdul Razzak Yakoob  (     # 7 )
       Chairman & Owner of ARY Group of companies,
       including ARY Gold which had monoply over
       Gold imports to Pakistan during Bhutto's
       regime & her major benefactor during her
       10 years exile from 1997- 2007.

5  .  Rafiq Habib              (     # 8 )
6  .  Dewan Mushtaq           (    #10 )
7  .  Sultan Ali Lakhani      (    #11 )
8  .  Seth Abid                (    #13 )
       Close business relationship with 3-time &
       and current Prime Minister of Pakistan
       Nawaz Sharif.

9  .  Abdul Ghafoor            (    #15 )

WMO organisation is literally a billionnaire & millionnaires

club of Southeast Asians (Memons) with offices worldwide, and hundreds of Office Bearers, Secretaries, and Board Members , all millionnairs & billionnaires, working closely & operating as a closed network. These businessmen excercise great influence with the governments of India, Pakistan, Bangladesh, Sri Lanka, a large number African nations & Persian Gulf states and the UAE.

With high level of illiteracy, poverty, no proper shelters, no schools or hospitals, and no access to safe drinking water in most under - developed & rural areas of these nations, the lack of democratic institutions ( except India ), and the government in the hands of corrupt politicians, the busniess practices & conduct of some of the businessmen of this community has not been beneficial for the ordinary people, not aligned with national interest, but more of exploitation & economic injustice. This community controls, both the traditional & non-traditional banking i.e. Alternative Method of Money Transfer or HAWALA & HUNDI in Pakistan, India, Afghanistan, Bangladesh, and many countries in Africa & Middle East.

Between 3 - 3.5 Million expatriate workers from Pakistan working in Saudi Arabia, Bahrain, Kuwait, Qatar, and United Arab Emirates (UAE) send money home to their families , almost 65 - 70 % using HUNDI & HAWALA method. Afghanistan is responsible for almost 70 % of Opium drug trade worldwide, most of the money changers/ dealers are Pashtuns on the Afghanistan side which are connected to money changers & dealers in Lahore, Karachi, and Islamabad on Pakistan side by Memon Community. Extremist & terrorist groups like Taliban, Al-Qaeda, Lashkar, Sipah-e-Sohabah and factions listed by Rtd General Stanley McChrystal in his Memoirs use them for arms import, drug trafficking, smuggling & Gold trade. It is multi-billion dollar daily operation through these non-traditional means with hardly any records or books kept. Pakistan's sea coast stretching from Karachi, Sindh through Makran & Guader to the border of Iran is a smugglers & drug traffickers paradise . Many of the wealthy businessmen , who are Office Bearers of WMO & wield great influence with corrupt politicians & governments of that region, reside in Persian Gulf states, and free-ports & economic zones of Dubai,UAE across the waters.

In Dubai, UAE the HAWALA & HUNDI transfer , worldwide are

68 of 518

settled. UAE Stock Exchange is the place where bad money changes into good money . Pakistan's largest Stock Exchange — Karachi Stock Exchange (KSE ) allows black money to enter the stock market , openly. KSE is dominated by Memons. There is over $ 200 Billion of black money from a poor country like Pakistan, and almost $ 1.4 Trillion from India sits in Switzerland, alone.

The Memon Community of Southern California is one of the most affluent Pakistani-American Community in the US, residing in the upscale and posh neighbourhoods of Newport Beach, Santa Monica, Beverly Hills, and Bel Aire. They are active both socially & politically; support mosques & religious institutions, have built schools where muslim youngs can receive Islamic Education, support Muslim Public Affairs Council ( MPAC ) and Council for American- Islamic Relations ( CAIR ). They were behind the creation of PAL-C or Pakistan American Leadership Council in Washington D.C. to promote trade between US & Pakistan, to relax restrictions & abolish quota on Textile Imports from Pakistan, which industry in Pakistan is dominated by Memon Community. The community is also active on political & cultural fronts, and participate in the election process starting with School Boards, City Councils State Legislature, US Congress, US Senate , and Presidential elections. Many Board Members of the Council of Pakistan American Affairs (COPAA) are from this community. They work closely with Pakistani Consulate in Los Angeles the LAPD, the Los Angeles Sheriff Department, and the Pakistan Embassy in Washington D.C. Thus as a Southeast Asian Community, Memons have made great contributions.

But despite the shutdown of Bank of Commerce & Credit ,Inc. ( BCCI ) controlled by the Memon Community for Money Laundering & US Banking Laws violations in the 1980s, and banning of the HAWALA Method of Money Transfer in 2001 , following the 9/11 attack, the HAWALA & HUNDI transactions are very much alive in the US & in California. This is the way of life & in their blood , having practiced it since 1700s.

3.5.1   AKBAR OMAR & FAMILY
───────────────────────────

Akbar Omar arrived in the US in 1978, and married Rukhsana Omar in 1979 in London, England in a religious ceremony. However, when faced with

multiple bankruptcies in the States of California, Arkansas, and Missouri, he took the position that his marriage in a religious ceremony with Rukhsana Omar is not recognised in the US , to protect his assets from creditors, and transferred his holding to Rukhsana Omar & her parents in 1987. Please refer to EXHIBIT #4.14, pages: 394-410 .

He is physician by profession , a Gynecologist but practices in the lucrative field of Plastic Surgery i.e Tummy tuck & botac. He has four children with Rukhsana Omar:

|   |   |   |   |   |
|---|---|---|---|---|
| 1 | ) | Ayesha Omar | (daughter | ) |
| 2 | ) | Shazad Omar | (son | ) |
| 3 | ) | Sameer Omar | (son | ) |
| 4 | ) | Amber Omar | (daughter | ) |

His family portrays themselves as practicing Muslims .He & his wife perform pilgrimage to Mecca, Saudi Arabia, every year, in the month of Ramadan. Mecca becomes a meeting ground for the Memon Community around the world , twice a year, i.e. at the Hajj time & in the Holy month of Ramadan, to conduct their business without any fear or apprehension, as non-muslims are not allowed to enter the Holy city of Mecca.

Your Honor : Akbar Omar & Rukhsana Omar are a prime example of how the religion of Islam is being exploited for spreading , an extremely violent, and non-tolerant idealogy, or to accummulate wealth & personal financial gains.

Talibans, Al-Qaeda, Lushkar, Sipah-e-Sohabah and the new terror groups ISIS and Boka Haram are doing it to propogate their brand of Islam which is more of a cult , totally misguided & misunderstood ideology, and against the teachings of Islam , and devoid of humanity & human values. And they are doing it through violence, terror, suicide bombings, stoning to death, flogging & be-heading in public. Akbar Omar, his family, and many like minded people in Memon Community ( Not all ) are doing it to advance personal & business interests, to accummulate money & property, to gain more influence in deceptive & devious ways, using religion & loopholes in the laws, and family ties & connections. The national & international interests become secondary to their own. The common elements between the two brands , exploiting the name of religion are:

a  ) They are both a minority in the Muslim world
     but have ability to control masses;

b  ) They both congregate around mosques & religious
     institutions, and religion is their theme
     and way of life . Everything they do is in
     the name of Islam, no matter how mis-guided
     and extreme their views are;

c  ) They both use secretive & alternative method
     of money movement or banking known as
     HAWALA & HUNDI to fund & conduct their
     activities.

Please refer to EXHIBIT # 4.14 , pages: 394-410 . This EXHIBIT
is a statement made, signed, and filed by Akbar Omar on October 20, 1987
with the US Bankruptcy Court of Los Angeles, California. It was retrieved
from the National Archives & Records Administration, NARA's Pacific Region
(Perris) - Rec. Center , following the tips & hints provided by his two (2)
siblings - Haroon (Aaron) Omar & Rafique Omar in or around July, 2012. The
statement filed under " Memorandum in Opposition to Motion of Summary
Judgement " with reference to his Bankruptcy Case # LA86- 20463 LF and was
identified with markings : 0575FBIB.04 pages 44 thru 57. It shows the mindset
and character of this pathological liar & conman, and his wife or Common Law
Rukhsana Omar, who have dodged the law for 30 years, fought with brothers
in court sending one to jail, and have 137 small & large law suits under
his belt by 2011, including small claims against tenants, who could not afford
to pay them because of loss of jobs & financial hardship. Please refer to
EXHIBIT # 4.16 , pages: 426-433 , for the case listings.

Akbar Omar started his rampage & fiascos just 4 - years
following his arrival in the US & have continued to 2010/2011 , and this time
the Investment Pool was & TTM's Research & Database was his target. Page: 45
of signed statement to the US Bankruptcy Court shows he had a Gross Taxable
Income of $ 300K in 1981 & $ 400 K in 1982 as he went on a buying spree
which would result in multiple bankruptcies :

| ( 1 ) | Best Western | Oct, 1982 | $ 2.1 Million |
| ( 2 ) | Sheraton Hotel | Jan, 1983 | $ 3.6 Million |
| ( 3 ) | Rodeway Inn | Oct, 1983 | $ 4.1 Million |
| | | Assessed at | $ 9.0 Million |

Akbar Omar made asset purchases of $ 9.8 Million, which

had an appraised value of $ 14.8 Million in 1 year period on his $ 400 K
Gross Taxable Income, and on the following page (page: 46 , para 17 ) of
his statement he says :

> " At no time from December, 1982 through September, 1985 did
> bank or anyone on its behalf communicate to me orally or
> in writing for a personal financial statement !!! "

AMAZING OR A BIG WHITE LIE

Within 2 years of his buying spree, he filed Chapter: 7
Bankruptcies in Arkansas, Missouri, and California. In the same signed
statement , on page: 50, para 34 , line: 3 , Akbar Omar discloses that:

> " In April, 1985, there was a fire at my medical offices
> in West Covina where I kept originals and/or copies of
> most of my professional and many of my personal
> documents. The police investigation concluded the fire
> was arson related; and two teenagers were arrested and
> charged. The insurance proceeds were used to refurbish
> the building . "

His siblings Haroon (Aaron) Omar & Rafique Omar told me
a different version of his bankruptcies. According to them Akbar Omar
moved $ 20 Million with the help of their brother-in-law Andy Merchant, and
sister BYMA who reside in Ontario, Canada. His father-in-law Abdul Hamid
Patel & mother-in-law Hameeda B. Patel, and Khalid B. Ahmed/ Parveen N.
Ahmed also helped. $ 20 Million was moved to Canada, prior to filing the
bankruptcies using secretive & complex HAWALA method. Haroon Omar whom
I had faxed a copy of Bank of the West account statement, of an account
opended by Akbar Omar on or about October 14, 2008 , as a joint account
for Rukhsana Omar & her father Abdul Hamid Patel, with a check for over
$ 3.2 Million from H&R Financial Advisors in favour of Abdul Hamid Patel,
resident of Wembley, United Kingdom, and transferred to the Investment
Pool in November , 2008 , as a part of $ 20 Million which was moved to
Canada , more than 20 years ago, slowly coming back into the United States.
This Bank of the West joint account , A/C # 677- 103095, opened with a
$ 100 deposit, before the large $ 3.2 Million check deposit, was closed in

4 months. Other than the $ 100 deposit at the opening of Bank of the West
A/C # 677- 103095, there was 1 deposit & 2 transfers to TTM :

$ 1,000,000.00    Wire Transfer on    11/13/2008
$ 2,334,341.98    Wire Transfer on    11/26/2008

The Discovery & Production of Documents was handled very
poorly by the Law Firm of Mark Werksman. Out of 16 or 17 Bank Accounts of
Akbar Omar's businesses & personal accounts given to them , for Discovery &
Request for Documents to trace the UBS A/C and locate the sources of funds
that Akbar Omar had deposited in UBS A/C between Dec 17 - 27, 2007 and
October, 2008 totalling $ 30,681,583.08 as fees for services provided by ??? ??? ? ???
TTM Inc. , their law firm was able to do Discovery & obtain documents only
of 2 Bank of the West Account. By November , 2011, based upon hints & pointers
dropped by Haroon (Aaron Omar ) & Rafique Omar , I was able collect information
and records from Public Records i.e. Los Angeles County Recorder/Registrar
and California Secretary of State Offices, which revealed that Akbar Omar
and Rukhsana Omar had opened atleast 29 businesses & companies in California
and State of Nevada, alone, between 1979 - 2011 & atleast 11 of these
businesses & companies were still active. This information was passed on
to the Law Firm of Mark Werksman, but no Discovery & Request of documents
was carried out .

The Discovery Material on the 2nd Bank of the West Account
also indicated that Akbar Omar operated that account for 1 year. Only a few
i.e. 3 deposits & 2 transfers were done on that account, establishing a
pattern how he conducted his business & went to a great length to avoid
scrutiny & tracking , as pointers dropped by his siblings. Based upon,
information & records retrieved , it is my belief that Akbar Omar &
Rukhsana Omar opened, operated, and closed between 60 - 90 Bank Accounts
between 1979 - 2011. Through lies, misrepresentation, cover-up & withholding
of information, they have successfully avoided the discovery & scrutiny.
Even, the US Attorney's Office was able to obtain only 1,000 pages of records
& documents , per the statement of AUSA Ranee Katzenstein submitted to the
US District of Central District of California, on 06/14/2013 with my
Sentencing Document. Both Akbar Omar & Rukhsana Omar has been able to conceal
their offshore accounts & assets , which is the Trade Mark of those involved

with HAWALA & HUNDI method of money & assets transfer, worldwide. The government of Pakistan, after more than 25 years, have not been able to trace Bhutto's billions.

Akbar Omar went to a great length to avoid seizure of his assets, during his 3 bankruptcies in the states of California, Arkansas, and Missouri , and transfer them to wife Rukhsana Omar, father-in-law Abdul Hamid Patel & mother-in-law Hameeda B. Patel. He used religion to accomplish it:

Please refer to EXHIBIT # 4.14 , pages 394-410 , again. and also refer to his appended statement, under the penalty of perjury:

Statement page : 44 , para 5
Statement page : 52 & 53 , para 41
Statement page : 56 , para 48

Schemingly & methodically, Akbar Omar

First    Declares marriage to RUKHSANA OMAR, in a religious
        ceremony - a custom & tradition of Muslims, all
        over the world, not a marriage under the US Laws.

Second   Thus having classified RUKHSANA OMAR, not a wife
        but a Common Law, also declared that he has no
        relationship with father-in-law ABDUL HAMID PATEL
        or mother-in-law HAMEEDA PATEL.

Third    All relationships having been redefined: i.e
        Wife as Common Law & no relationship with his In-Laws
        Akbar Omar transferred most of his properties & assets
        to RUKHSANA OMAR, ABDUL HAMID PATEL, and HAMEEDA PATEL,
        to escape the Creditors.

Fourth   Even created ficticious creditors KHALID B. AHMED &
        PARVEEN NUR AHMED, long time friends, holding
        the property 9939 Santa Gertrude, N. Whittier,
        CA 90603 as 3d T/D security, on Schedule A-2
        Creditors Holding Security filing to the US Bankruptcy
        Court, in Los Angeles, California.

        The Los Angeles County Recorder's Office records show
        KHALID B. AHMED & PARVEEN NUR AHMED were actually
        owners of this house since, 1979. & AKBAR OMAR never
        owned this real estate property.

PLEASE REFER TO PAGES        FOR INFORMATION ON 9939 Santa
GERTRUDE HOUSE, AKBAR OMAR'S STATEMENT EXHIBIT # 4.14
pages: 394-410 , EXHIBIT # 4.15 pages: 416-417 OF THE SCHEDULE A-
STATEMENT OF ALL LIBILITIES OF DEBTOR TO THE US BANKRUPTCY
COURT.

The assets transferred in this manner were:

1. Best Western Hotel
2. The Badillo Office
3. The Montezuma House
4. The Merced House
5. Rolls, Mercedes : Eight (8) expensive cars
6. The Merced Office

Based upon tips & information provided by his siblings, I was able to obtain all of Akbar Omar's bankruptcy records from the National Archives & Records Administration, between July & August, 2012 , as follows:

BK No# 86 - 20463 LF        California
BK No# 85 - 40803 M         Arkansas
BK No# 85 - 02532           Missouri

EXHIBIT #    , pages:        , provide more details on the location of Archives & Record Centers that were contacted. There more assets & properties involved in the 3 bankruptcies. Two (2) other major assets were:

7. Rodeway Inn
8. Sheraton of Little Rock, Arkansas.

I do not access to all the records at Texarkana, Texas. that I need. The properties listed above, come to a value of $ 16.7 Million

In his declaration, Akbar Omar's attorney on Oct 19, 1987 submitted to the US Bankruptcy Court in Los Angeles that there was $ 2.7 Million discrepency in the Financial Statements of April 1, 1983 & another prepared 168 days later. That brings the total to $ 19.4 Million.

His siblings disclosed that they were involved with the operation of some of his businesses ( hotels ) and dealt with banks that is how they know all this information. I was able to verify & confirm their involvement & tips/ information provided by them by going through the archives.

As pointed out earlier , on page : 74  , I learned from his siblings Haroon ( Aaron ) Omar & Rafique Omar , Akbar Omar's involvement in numerous law suits & claims, I was able to discover & confirm that tip from records at Los Angeles County's Recorder's Office & California Secretary of State  Office.     74 of 518

137 Law Suits & claims filings were found , which are listed under EXHIBIT #    , pages:                    .

1 ) Not counting businesses & companies established in States of Arkansas & Missouri, Akbar Omar & his wife/ common law opened atleast 29 entities in the States of California & Nevada, between 1979 - 2011. See EXHIBIT #   .

2 ) Frequently opening & closing of businesses left few audit trails.

3 ) On January 12, 2012, atleast 11 of the 29 companies were still operational according to the records at the State of California, Secretary of State - Department of Corporations & the Franchise Tax Board.

However, according to Akbar Omar's siblings, the exact number of businesses operating versus his filings with the Secretary of State were two (2) different things , because they would open the new business with very subtle & not noticeable differences in names :

AR Leasing Investment Inc.        6/13/2003
A.R. Leasing & Investment, Inc.      5/5/1988
AR Leasing Investment Inc.        12/19/1984

Ashaia Inc                5/6/1991
Ashaia Incorporated            8/8/2008

Sunset Surgical Center,          3/5/1999
A Medical Corporation

Sunset Surgical Medical Center, Inc
                    9/1/2009

Akbar Omar M.D., Inc.          9/23/2005
Akbar Omar M.D., Inc          10/12/1979

Laser & Laprascopic Institute
of Covina,LTD              10/18/1994
Laser & Laprascopic Institute
of West Covina,Inc            5/20/1992

According to the siblings, the bank accounts of the closed businesses/ companies could also continue to operate long after the closure of the entities.

Although , there is no way to ascertain that all the tips & pointers dropped by Haroon Omar & Rafique were not motivated by the family feud , before & after Akbar Omar's bankruptcies, as Haroon (Aaron) appears to have recanted, in his statement made to the FBI. Their feud had sent Rafique Omar to jail & Haroon Omar fought legal battle with his brother in court.

Yet most the information, records & documents I obtained as a result of tips & intellegence provided by the two turned out to be valid & accurate:

> About the bankruptcies
>
> About the transfer of assets
> during the bankruptcies.
>
> About declaraing Rukhsana Omar
> was not his wife.
>
> Declaring that he had no
> relationship with the in-laws
>
> About East Villa Apt,LLC
>
> About Eastlake Villa Apts,LLC
>
> About Shazad Omar & Sameer
> Omar having more than one
> Social Security Number.
>
> About Andy Merchant assisting
> with transfer of assets during
> bankruptcies.
>
> About Khalid B. Ahmed assisting
> Akbar Omar becoming fake lender

All of the documents were acquired from the US Bankruptcy Court Archives, the Los Angeles County Recorder's Office, and Office of the Secretary of State of, CA. It was also confirmed that Akbar Omar was using very similar names of companies being closed & new companies being formed , over the last 30 years for tax avoidance & under reporting of income, according to the siblings.

4 )   Before Akbar Omar joined the Investment Pool in Nov, 2008, he started to visit my Office/ Library from Sept, 2007, to observe and trade with me. His disclosure to the FBI Special Agent Brian Schneze of June 24, 2011, EXHIBIT # 4.2 ( Exhibit A  Declaration of AUSA Ranee Katzenstein filed on 06/14/2013 for my Sentencing Hearing ) , was almost a non-disclosure and a cover-up. On March 20 & 23, 2012, Akbar Omar disclosed in his deposition that he visited my Office/ Library 2-3 times/ Week from mid, 2008 & 3-4 times/ Week from late 2008. He also disclosed during his deposition that I would be done trading by 08:00 - 08:30 AM by the time he got to my Office/ Library. The European Markets, and in particular the London Stock Exchange (LSE) closed at 8:30 AM Los Angeles Times, on which I traded the UBS A/C. i.e. Akbar Omar was confirming the existence of the UBS Trading Account of the Investment Pool without naming it. He & four (4) other frequent Investors/ Visitors of my Office/ Library knew that I waited , as a matter of principle & part of my trading philosophy, about 1 hour until 07:30 AM or so to let the US Market settle down & form a trend , before start trading the Charles Schwab Trading A/C of the Investment Pool.   Arif  Z.  Mansuri, a regular Investor/ Visitor & Trader from March, 2010 - October , 2010 , in particular , emailed to other 3 Investors/ Visitors & Traders i.e Zubaida Noor Khan, Sajid B. Ahmed & Abdul Rashid Khan , as a reminder & caution note , as a reminder following detailed discussion & analysis , which occurred during the trading sessions.

Akbar Omar , also did not disclose to the FBI that he requested & was issued a Transponder # DBLP 10327 on Feb 19, 2009 , to access the gated community where I lived in & my Office/ Library was situated , anytime unrestricted, whether I was home or not. During the operation of the Investment Pool from Nov, 2005- Mar , 2011 no other investor or TTM's staff was issued a Transponder.

2

As a part of cover-up & conspiracy to withhold
information from the authorities investigating & to
mislead them , Conspirator Zubaida Noor Khan completely
covered up what she knew or saw. Her statement in the
US District Court of 06/24/2013, EXHIBIT # 4.4, and others
who spoke in court , including Akbar Omar , his wife
Rukhsana Omar , or Asif Mahmood Chaudhry ( close friend
and Classmate of Syed Imran Ali, or the Ex-employee of
TTM Inc. Shaun A. Khan, who spoke in court & knew , all
are devoid of this information.

Syed Imran Ali, whose parents were present in the
US District Court to witness lies being told in court,
told the FBI Special Agent Brian Schneze on 02/07/2012
that on several visits to my Office/ Library to learn
to trade , he did not see my Trading Computer ( 1 )
screen ( EXHIBIT # 4.1 ) & I only pretended that I was
trading the market. TTM's Ex- employee Ashvin Domadia
told FBI's Brian Schneze , with AUSA Ranee Katzenstein
and AUSA Mieke Biesheuvel present that he saw me about
every hour at TTM & he never saw me making actual
Investment Trades. While I carried out 25- 30 trades
daily on Charles Schwab Trading Account, alone i.e
approx 500 - 600 trades/ month and 6,000 - 7,000 trades/
year. Charles Schwab's letter , EXHIBIT # 4.6 ( Exhibit
D Declaration of AUSA Ranee Katzenstein filed on
06/14/2013 for my Sentencing Hearing ) confirm these
figures. ) . Ashvin Domadia used my Office/ Library to
assist with the preparation of Monthly Reports, while
trading was going on , my Trading Computer was executing
trades & other Investors/ Visitors & Traders were also
present in the room, conducting their trades. During
the time period of April, 2011 - October, 2011 he,
alongwith Arnold Benjamin assisted me going through the
Monthly Investment & Trading Statements of Cybertrader
and Charles Schwab Trading Account, to confirm, if there
was any discrepency in my Cybertrader or Charles   Schwab
Trading A/Cs Daily Figures & Totals for the UBS &

Schwab Accounts , that I gave him in the form of hand written notes, to prepare the Monthly Reports which were emailed to all investors. He knew from his review & analysis of Cybertrader & Charles Schwab Statements that I executed, dozens of trades daily, hundereds every month & by thousands every year on the CyberTrader & Schwab A/Cs alone. And this data should still be on TTM's Computer assigned to him, which he never returned, but lied to the authorities, anyway.

This very substantive & material issue of visits and what the Investors/ Visitors saw & did during those visits was successfully covered up by the Conspirators. If the public records of the US District Court & the Superior Court of Los Angeles, are any indication, the members of the Grand Jury never knew about this factual matter. The lies & misrepresentations by these 23 Conspirators, Co-Conspirators & their Collaborators lead the investigators i.e the FBI & IRS believe that " I misrepresented & defrauded them " when they were sitting in the same room with me, with my Trading Computer screen in their clear view & they were seeing & listening to the same market information, data, and commentaries as I was, while they traded their own accounts, which were separate from the Investment Pool.

5 ) During the visits of Akbar Omar to my Office/ Library Akbar Omar came equipped with a laptop or Notebook Computer, a dicta-phone, 2 cell phones & portable USB drives, & his son Sameer Omar accompanied him. His son spent time with TTM's Analysts learning how to carryout selection & technical analysis , and how to read Candle & Linear Charts.

Akbar Omar wanted to upgrade his computers at home & in his office , same as TTM & some research & database loaded on to his computers. I provided Adil Khan & Salahuddin Khan to assist. Both of these employees were responsible for installing & maintaining TTM's Computer

Systems, Network, and Internet. Ashvin Domadia , also
assisted them at time, as he had computer background.
Ashvin Domadia lied & misrepresented to FBI & AUSA's
once again , during his interview on 02/29/2012 when
told Brian Schneze that Wimmie O. Campo, another employee
was responsible for maintenance. EXHIBIT # 4.3 ( Exhibit
G Declaration of AUSA Ranee Katzenstein filed on
06/14/2013 for my Sentencing Hearing ). Adil Khan upgraded
Akbar Omar's computers & loaded it with research & data
from TTM's computers. One of the upgraded computer system
with large flat screen was still at his office in     West
Covina, CA in October, 2010 when I was in dispute with
him over the visit of 2 individuals , on Feb 9, 2010 ,
posing themselves as the IRS Agents.

TTM conducted two (2) business transactions with him &
received $ 30,681,583.08 in fees in Dec , 2007 &
Oct , 2008 as compensation for the use of its proprietary
research & data, the portfolio of stocks picked by TTM's
Analysts, stock selection & screening & access to
technical analysis, & recommendation, and all its
intellectual property, by Akbar Omar who used this
information to earn capital gains & recover financial
losses in his Investment Portfolio of five (5) accounts
with TD Ameritrade & Fidelity & believed to be part of
his offshore trust A/C which was $ 100 Million in
2000/ 2001, but had declined steadily.   This  information
was disclosed to the Law Firm of Mark Werksman , from
day one, Anne Tahim, CPA TTM's accountant on May 18, 2011,
during meeting with AUSA & FBI on March 8, 2012, by direct
mailing to the AUSAs & Brian Schneze , Special Agent FBI
on or about July 17, 2012, and on or about Aug 31, 2012
to IC3 in a complaint filed online.

I believe , all TTM's Corporate Tax Returns for years
2005 thru 2011 need to be amended, as opposed to just

five (5) years i.e. 2006-2010 identified in the Tax
Agreement, as a part of the Plea Agreement.

There was an estimated $ 39,800,985.14 net profit in the
UBS A/C after deducting for losses on the Charles Schwab
Trading A/C. The Corporate Tax Liability of TTM Inc.   is
anticipated to be $ 35 Million or so. As soon as,   I   am
able to access records, which I need, I will provide   the
annual profit figures as a result of trading on the
UBS Investment Pool A/C , so the Internal Revenue
Service ( IRS ) can accurately , calculate the Corporate
Tax Liability. Reference EXHIBIT # 4.9 ( Exhibit B
Declaration of AUSA Ranee Katzenstein filed on 06/14/2013
for my Sentencing Hearing , page # 115 ) the following
partial , annual profit figures are provided:

|  |  |
|---|---|
| $  1,175,715.98 | ( 2005 & 2006 ) |
| $  6,039,791.94 | ( 2007 ) |
| $  7,059,065.70 | ( 2008 ) |
| $ 10,400,938.84 | ( 2009 ) |
| $ 13,762,609.89 | ( 2010 ) |
| $  1,186,255.97 | ( 2011 Jan ) |

My email address has record of Attorney- Client &
Client - Accountant communications to establish that
I had no intention, but to report my transactions
with Akbar Omar on behalf of TTM & prfits earned for
Investment Pool , but professional advice provided to
me was lacking.

From day-one i.e. December 27, 2007 the UBS Trading A/C
was as much a part of the Investment Pool , as Charles
Schwab or Bank of America accounts. This account benefited
from European & Chinese ( Shanghai ) markets behaving
differently from the severe recession of 2008, plus no
withdrawal activity & its size. I took advantage of these
factors & used Charles Schwab A/C for testing the

market & taking large , long or short positions on
London Stock Exchange ( LSE ) on the same securities
most of the time, I had observed the stock-price behavior
on the US Market earlier & futures on LSE were indicating
how stock-price will react . In 2008, Shanghai Index
continued to advance , un-affected by the US Market
turmoil & so did some of the high profile Chinese
companies traded on NYSE, NASDAQ, and LSE.

The European Markets , including the LSE did decline in
2008, but the more severe decline came a year later in
2009 , when Chinese Markets i.e Shanghai Index , also
started to fall, but the US Markets started to recover
in 2009. As the fund manager of the Investment Pool, I
took advantage of these difference in markets reactions
& behavior , using markets future as guidance. I
considered it only fair to provide all of the investors
the benefits of this anamoly, because of differences in
time zones, economies & markets reacting differently in
different parts of the world, even though the UBS A/C was
100 % mine & my wife's ownership, as we owned TTM Inc.

Many of the investors, particularly, Akbar Omar &
Khalid B. Ahmed knew my strategy & plans: Akbar Omar
sat with me in my Office/ Library through this market
turmoil from 2008-2010 as he testified during his
deposition on March 20 &'23, 2012 that from mid 2008
he was visiting me 2-3 times/week, and more often i.e.
3- 4 times/week from the end of 2008, and then was
issued a Transponder # DBLP 10327 to enter the gated
community, where I lived, un-restricted & anytime of
the day, whether I was home or not. He was the person,
I talked to, discussed stock position & trading strategy
the most, as we watched the Dow Jones Industrial
Average fall from over 14,000 to under 6,900 between
2008- 2009, one of the worst market turmoil, ever.

TTM Inc. had created research , technical & charting Analysis, Data Libraries, proprietary SQL Software based Best Performing Stocks data , for every business day for 6 month period on the Server occupying thousands of Mega–bytes of storage space . In addition, hardcopy reports, research & analysis was kept in a 3' x 5' bookshelf in the Green garage , which was office to five (5) analysts. Some of the hardcopy records are in the custody of the FBI since October 30, 2012. But most of the data & research i.e thousands of Mega–bytes storage , the flagship SQL Software Model , and Major World Economies & Market Study Binder & support data has been pirated.

As I reflect over things, I realize that I am partly to blame as CEO of TTM Inc, & the fund manager of the Investment Pool, that I made my home & office premises so easily accessible, open network , no security, all sensitive & confidential personal & business records kept unsecured. Both Akbar Omar & Khalid B. Ahmed understood    the    immense    value,    market    &    business application of Propriety & Intellectual assets TTM had created. It had usage for 17 Million Retail Investors in the US & 30 Million worldwide. A $ 2 Trillion Hedge Fund Industry in the US, and $ 50 Trillion US Stock Market in 2011, alone. That is why Akbar Omar came himself 3 –4 times/week from late 2008, brought his son Sameer Omar to learn & had son–in–law Faraaz Hashemi placed with TTM Inc. & Khalid B. Ahmed/ Parveen N. Ahmed had placed their nephews & almost 50% of TTM's staff , stategically.

As CEO & Owner of TTM Inc., I acknowledge the Tax Liability & Obligation of TTM on $ 30,681,583.08 that it received from Akbar Omar. I also acknowledge the Tax Liability on estimated $ 39,800,985.14 un–reported net profit in the UBS A/C which remain missing.

Akbar Omar covered-up & withheld this information & details from the FBI & the US Attorney's Office. That is why I proposed in my 2 motion for the release of Grand Jury Proceeding Transcript in Aug & Oct, 2015 , that the historical communication data such as CSLI, IP Addresses info, IAS Network entry & exit data need checking under the Stored Communications Act (SCA).

Khalid B. Ahmed & through him, his family in Whittier & elsewhere, his close friends & all of my staff knew my plans & strategy also. That included five (5) of the eight (8) employees who were among the Conspirators & behind the theft of all of TTM's intellectual property & data. They all knew, what we as a team, were creating. How valuable these assets were & what their use & application was. I trusted my staff & had full confidence in their honesty & loyalty, as they were related to many of the investors. But I guess, I was wrong.

Starting from the summer of 2007, and thru 2008, 2009 & 2010, two (2) Summer Students Joshua Mansour & Shaun Mansour studied & researched major world economies & major markets first under my direct supervision & then under Erik Paxman , Director of Research & Incharge of all Analysts & technical work done by them. Once again, Ashvin Domadia mislead FBI Special Agent Brian Schneze & the two (2) AUSAs present during his testimony that Salahuddin Khan was incharge. EXHIBIT 4.3 ( Exhibit G Declaration of Ranee Katzenstein filed on 06/14/2012 for my Sentencing Hearing. ). TTM's Ex-employee Rizwan Sheikh son of Conspirator Khalid Sheikh , in addition to his assigned Industry Sector, monitored all major markets worldwide , and produced a Daily Report which was to all Investors/ Visitors, including Akbar Omar. TTM's Ex- employee Arnold Benjamin wrote & developed the SQL Base, Stock Screening & Selection, Trading & Investment Software under my direction, and under the supervision of Erik Paxman.

I also agree , with the IRS Investigator's Account
Analysis, in general: EXHIBIT 4.8 ( Exhibit V Declaration
of AUSA Ranee Katzenstein filed on 06/14/2013 for my
Sentencing Hearing. ) as follows:

i   )   Total Payments to MADAD of
        $ 17,445,782 are loans from
        TTM to Stockholders from its
        equity of $ 30,681,583.08

ii  )   Madad/ Related Deposits of
        $ 1,891,333 is accepted
        conditionally & with reservations
        as it does not include business
        transactions with Khalid B. Ahmed,
        who like Akbar Omar had failed to
        disclose.

iii )   The IRS conclusions & remarks on
        the use of Investors funds is
        rejected.

        These conclusions & remarks were
        made as a result of accepting the testimony
        of witnesses, and particularly of
        Akbar Omar, as truthful. i.e.
        UBS A/C did not exist & the
        business transactions totalling
        $ 30,681,583.08 with TTM did not
        take place.

        If that was the case , Akbar Omar
        would have reallized that the
        Investment Pool was not making any
        but loosing money, would have
        stopped  coming  &  never  invested  his
        money in the Investment Pool, and
        would have alerted all the other
        investors  that  the  entire  operation
        was a fraud.

        On the contrary, as per his own
        testimony during his deposition of
        March 20 & 23, 2012, in mid 2008
        he visited me 2-3 times/week &
        started  coming  more  often  3-4  times/
        Week by the end of 2008. Requested for
        Transponder  ,  so  that  he  could  come
        any day, any time, un-restricted.
        Transponder  was  issued  on  2/19/2009.
        His wife requested employment for
        son-in-law Faraaz Hashemi.

Faraaz Hashemi was hired & worked for TTM from Jan 1, 2010 - Mar 25, 2011.

Four (4) other investors i.e Zubaida Noor Khan, Arif Z. Mansuri, Sajid B. Ahmed & Abdul Rashid Khan came to learn, observe & traded on a regular basis, over a period of time. My Trading Computer ( 1 ) EXHIBIT # 4.1 was right in front of them. They all received Monthly Reports. If the UBS A/C did not exist, they would be seeing Charles Schwab A/C on Street SmartPro and FBI did an Account Balances tabulation of both BofA and Schwab A/C. Please refer to EXHIBIT #4.5 ( Exhibit H Declaration of Ranee Katzenstein filed on 06/14/2013 for my Sentencing Hearing . ) .They would reallize that the Investment Pool neither had the balance or making profits as claimed in the Monthly Report. And That the Investment Pool was loosing money & would have stopped coming & pulled out their A/Cs.

iv )   Investment Pool comprising of three (3) accounts i.e Bank of America, Charles Schwab & UBS , with a number of investor's account , is analogus to a bank.

In banking, when a customer deposits funds i.e $ 100.00 & gives it to a Teller and the person behind him in line withdraws $ 100.00 & the Teller hands over the money deposited earlier to the 2nd customer, is it a Ponzie Scheme or a genuine withdrawal ?

Now, if the 2nd person who withdrew $ 100.00 did not have an account at that branch, but at another bank branch or in a different city, or State or even in another country & at a different bank Is the withdrawal permissable and compliant with the Banking Laws ?

Can the bank give money to this person legally, when he is not their customer, and customer of another bank in a foreign country & none of the money at the bank he is withdrawing from belong to him ?

In today's banking, this is all possible legal & permissable. It is not a Ponzie Scheme or operation.

My withdrawal of funds from our seven (7) accounts in the Investment Pool was legal , permissable & legitimate from any of the three (3) banks handling the pooled funds. And it would have been legal, permissable & legitimate for any of the Investors to do the same from anywhere in the world.

I believe , the right practice would have been to first transfer funds to a personal accounts & write checks on that personal account , instead of the pool account, directly.

Also , UBS A/C being part of the Investment Pool , all investors owned funds upto the extent of their percentage ownership in the pool, as well as Bank of America or Charles Schwab & had a right to profits earned by any account.

6 ) The first payment of fees to TTM Inc. in the amount of $ 12,109,233.08 was made between Dec 17, 2007 – Dec 27, 2007 to the UBS A/C# 1-230-411689. To this date Akbar Omar and Rukhsana Omar have not provided any paper record or document how this money got to the UBS, Geneva, Switzerland & where it came from. Even the A/C# 1-230-411689 is a front account & not the actual account number. The UBS Statements I printed online on April 25, 2011 are believed to be false & fabricated and have spelling errors. Several of my handwriting specimen had been stolen from my home/ office & are appended in the 870- page Bank of America document, which was used to depose Akbar Omar on March 20 & 23, 2012 in connection with Civil Case # BC 457773 he filed to disguise himself as a victim to mislead the authorities & throw the federal investigation headed by the Department of Justice off track.

Haroon Omar & Rafique Omar , the two (2) siblings of Akbar Omar tipped me that their brother was in a bind to get rid of monies from East Villa Apts, LLC , which operated 199- units Apartment Complex in Rowland Heights

California. TTM Inc. provided the opportunity. The money
source of $ 12,109,233.08 in 2007 was this LLC, and also
of the cash transactions done through TTM.

According to the siblings, East Villa Apts, LLC was
dissolved at the end of year 2005, but the successor LLC,
the Eastlake Villa Apts, LLC was not formed until 2 1/2
years later. The income from the 199 Units Apartment
Complex was under reported or not reported at all for
this period & rent payments by some tenants in cash were
hoarded. According to the siblings, Akbar Omar's
father-in-law Abdul Hamid Patel managed some of these
properties & lately Sameer Omar & Rukhsana Omar were
handling them. The bank account for the East Villa Apts,
LLC, remained active beyond year 2008.

Your Honor: I had no way of knowing, what I was being told
was true , but I did recognise the name of the entity
East Villa Apts, LLC. which had done a transaction i.e.
a deposit into the Investment Pool, so I started my
own search of documents & verification of what I had
learned.

7 )  In December , 2011 & January, 2012 I obtained documents
from the Offices of Secretary of State of California &
the Franchise Tax Board to verify what I had learned &
documents are included under EXHIBIT # 4.16 , pages:
433B thru 433E :

(a)     East Villa Apts, LLC was dissolved on
         Dec 28, 2005 as learned. File # 199625510005
         California Secretary of State.

(b)     The successor LLC, Eastlake Villa Apts,
         File #200824110121 California Secretary of
         State was formed on Aug 27, 2008 , about
         2 years 8 months later, as learned.

(c)     The transfer of 199- Units Apartment Complex
        in Rowland Heights from East Villa Apts, LLC
        to Eastlake Villa Apts, LLC was done on Sept
        24, 2008 – about 2 years 9 months later.

(d)     The new partnership, Eastlake Villa Apts, LLC
        had not filed taxes for years 2008/2009& 2010
        at the time of search. But it appears the
        issue was rectified.

(e)     Also, as tipped by Haroon Omar & Rafique Omar,
        East Villa Apts,LLC account at the Bank of the
        West # 677-113391 was still operating & carried
        out a wire transfer of over $ 150 K , on
        Dec 14, 2009 into TTM's Bank of America A/C #
        07605-03204 . Please refer to my Monthly Report
        for December, 2009 for the Investment Pool,
        EXHIBIT # 4.9, page: ( Exhibit B Declaration
        of AUSA Ranee Katzenstein filed on 06/14/2013
        for my Sentencing Hearing ).

8  ) There was no physical movement of funds involved , I
     learned , except for cash.If the information provided by
     siblings on under-reporting of income by the East Villa
     Apts, LLC for the period Dec 29, 2005 – Aug 26, 2008, or
     none at all is proven to be correct, and also it is
     proven to be correct that East Villa Apts, LLC account
     # 677-113391 at the Bank of the West & other A/Cs of this
     LLC continued to operate beyond Sept 24, 2008, and perhaps
     upto Dec 14, 2009 & later, this will further establish
     that the $ 12,109,233.08 payment made to TTM as fees,
     between Dec 17, 2007 – Dec 27, 2007, and deposited into
     UBS, Geneva, Switzerland A/C # 1-230-411689 ( Front A/C
     not real A/C ) was un-reported income belonging to
     East Villa Apts, LLC that Akbar Omar moved offshore, via
     HAWALA ,into TTM Inc.

89 of 518

This revelation & confirmation may become the starting point for the US Department of Justice or the US Treasury Department in tracing the UBS A/C which may have been dispersed & hiding in an offshore trust A/C. Finding this account with the help of his sibling was the best , being the family & the ones who know the secret & inside working of Memon Community how they move money and shift assets around the world.

9 ) Even though, I also come from Indian Sub-continent, I did not know much about HAWALA or HUNDI method of money transfer, until I met Haroon Omar & Rafique Omar on September 20, 2011.

These two (2) siblings of Akbar Omar have been main source of clues & intelligence about both Akbar Omar and Khalid B. Ahmed , their high level connections, business deals , and questionable practices, and very secret money moving network or pipeline. My search came up with a very high level of corruption in Pakstan, with ties to wealthy businessmen of Memon Community, who also operate FOREXES / money changing businesses , connected money changers in Afghanistan, UAE, Africa and Middle East.

According to the siblings, Akbar Omar moved $ 20 Million into Canada with the help of sister BYMA & brother-in-Andy Merchant, and in-laws Abdul Hamid Patel & Hameeda Patel, before declaring 3 simultaneous bankruptcies in Arkansas, Missouri, and California. There claim , they know this & business practices of their brother because they were running & part of businesses & hotels which went bankrupt. Once again, I have no way of verifying their claim, as it could have been motivated by family feud but what makes this claim credible is Akbar Omar's sharing of information with me that he had an Investment

Portfolio of $ 100 Million in 2000/2001. Now this is
not possible , as Akbar Omar's bankruptcy file
closed in California , in 1990, according to the
records from the National Archives & it would have taken
seven (7) years to 1997 , before becoming credit worthy,
provided he had a large money source to resurrect his
wealth & finances in 3-4 years time.

10) According to the two (2) siblings, Akbar Omar & Rukhsana
Omar operated the bank accounts in the same manner as
their businesses i.e opening & closing often, every 2-
3 years.

Discovery & Production of Document process was handled
by the Law Firm of Mark Werksman, very ineffectively and
badly. They were , provided information & a list of
29 companies that we discovered Akbar Omar & Rukhsana
Omar had opened since 1979, based upon information
provided by the siblings. And atleast 11 companies and
businesses were still operational in December, 2011
and January, 2012. Akbar Omar & Rukhsana Omar had opened
between 60 - 90 bank accounts I learned. A list of 16
bank accounts was also provided to the Law Firm of Mark
Werksman, but they could only obtain bank records of only
two (2) accounts i.e A/C # 677-103079 & 677-103095 both
of the Bank of the West.

The Law Firm of Mark Werksman never bothered to meet
the Haroon Omar & Rafique Omar, even though they
kept providing valuable information for over 1 year
period i.e from September , 2011 - October, 2012.

Mark Werksman's Law Firm also never met the Private
Investigators I had engaged following the burglary of
my old residence in Diamond Bar by Akbar Omar's son
Shazad   Omar,   and   their   continued   investigation   &

retieval of records from Los Angeles County Recorder's Office , California Secretary of State's Office in Sacramento, CA. and the US Bankruptcy Court records from the National Archives.

Both of the Bank of the West A/Cs records obtained through the Discovery Process revealed that both A/Cs were opened and closed in 1 year period or less, as per information provided by Haroon Omar & Rafique Omar. Only a few transactions were done to make money tracing difficult.

Haroon Omar identified $ 3.3 Million brought in by Akbar Omar's father-in-law Abdul Hamid Patel as part of the money that was moved to Canada prior to the bankruptcies returning to the United States as a legitimate transaction via United Kingdom, a HAWALA style transaction. The A/C # 677-103095 was opened at the Bank of the West in October , 2008 by Akbar Omar with a $ 100.00 deposit & and the bank put a notation on the Account Card NR. The account received 1 deposit by check from H&R Financial Advisors issued to Abdul Hamid Patel of Wembley, UK. The money was transferred to the Investment Pool via 2- Wire Transfers of $ 1 Million & approx. $ 2.3 Million in November, 2008, and the A/C # 677-103095 closed in 4 months.

Exactly, 21 years prior to the opening of this 3-party joint A/C at the Bank of the West, on October 20, 1987 had filed a declaration under the penalty of perjury that Abdul Hamid Patel was a business man from New York, he was acquinted with & Rukhsana Patel (Omar) was his Common Law. Please refer to EXHIBIT # 4.14 .

11) Akbar Omar, in his declaration filed on October 20, 1987 had disclosed to the Bankruptcy Court the Rukhsana Omar was experiencing economic hardship , as a result of his bankruptcy , but records obtained from the Recorder's

Office, County of Los Angeles, Norwalk, CA. revealed
Rukhsana Patel ( Omar) was buying real estate properties
while Akbar Omar still in bankruptcy:

> 2028 Sarah Ct
> West Covina, CA.      on      03/01/1989

> 17 Blue Lagoon,
> Laguna Beach, CA      on      07/29/1989

Please refer to EXHIBIT # 4.14, pages: 420 to 425 .Once
again , the siblings of Akbar Omar provided this
information, adding that QuitClaims filed by Akbar Omar
in favor of Rukhsana Patel ( Omar ) or the-in-laws needs
to be looked into , how funds sent offshore are returning
back through real property purchases & LLC ownership
interests.

As a result, 17 Blue Lagoon, Laguna Beach, CA was looked
into again & I discovered based upon the insider
information:

> Akbar Omar & Rukhsana Omar 1st bought this
> property on 10/07/1980, prior to the
> bankruptcies for      = $ 220,000

> The details on the disposition &
> ownership of this property could not be
> found for the period 10/1980 - 9/1987
> when Akbar Omar was in bankruptcy.

> On 09/07/1987 , during Akbar Omar's
> bankruptcy & 7 years after his 1st
> purchase of this property, his brother-in-
> law buys this property from Cantor David
> for only              = $ 67,000

> Please note Laguna Beach is a very
> expensive community.

> 2 years later, Rukhsana Patel ( Omar)
> buys this property  on 07/26/1989 for a
> nominal price of       = $ 1,000

This was a typical, HAWALA style, combined with money
laundering transaction, pointed out by the siblings of

Akbar Omar , how money was moved out of the United States & back in again, prior to the bankruptcies and during & after the bankruptcies , and how their brother was able to build up an investment portfolio of $ 100 MM by 2000/ 2001. Akbar Omar's brother-in-law Andy Merchant lives in Ontario, Canada.

Khalid B. Ahmed & Shahin Iqbal whom I had known since 1985/86 & I had become part of their circle of friends never told me about this background of Akbar Omar, despite the fact Khalid B. Ahmed/ Parveen B. Ahmed also helped during his bankruptcy & their named showed up as Creditors, alongwith Abdul Hamid Patel , Akbar Omar's father-in-law in Bankruptcy Court Archives for Case # BK 86- 20463 LF      California. Please refer to EXHIBIT # 4.15 , page : 417 .

12) Based upon pointers & clues provided by Haroon Omar and Rafique Omar the purchases of :

> 2028 Sarah Court, West Covina, CA 91792
> 17   Blue Lagoon, Laguna Beach, CA 92651

were looked at again & comparison was made of these two (2) transactions, how religion of Islam was used by Akbar Omar to escape the seizure of assets by creditors and pass on to wife & in-laws, during the bankruptcies:

> (a) Rukhana Omar was listed as a
> " married woman" during the purchase
> of 17 Blue Lagoon , Laguna Beach,CA.
> on 10/07/1980.

> (b) She is listed as " single woman" on
> the purchase of 2028 Sarah Ct, West
> Covina, CA. on 03/01/1989; and

> (c) (Rukhsana Omar (Patel) was identified
> as an " Unmarried Woman " on the
> Full Reconveyance of the estate. on
> 04/17/2006.

94 of 518

### 3.5.3   Gazala Adaya Shauk

One of the five (5) sisters and a brother, she comes from a very well respected & prominent Pakistani- American family of Los Angeles. Gazala Shauk's father Ahmed Adaya was a successful businessman, a real estate tycoon with holdings in the United States, United Arab Emirates, Pakistan & other countries,and a philanthropist.

Ahmed Adaya owned a money changer business in Karachi, Pakistan one time, but he kept his distance from those in the Memon Community involved in illicit HAWALA & HUNDI, or involved in money laundering, smuggling of Gold from the Persian Gulf States into Pakistan ,and connected to Pashtun Dealers in N.W.T of Pakistan & Kabul Afghanistan, some 300 plus in Drugs Trade & arms supply to terrorist.

Ahmed   Adaya   supported   Pakistani-   American   causes   & organisations,   the   Muslim   community   of   Southern   California, established   atleast   3   schools   to   provide   Islamic   Education, patronized Art & Culture, Urdu Language & literature. His legacy is being kept alive by his widow Amina Adaya & son Saleem Adaya, daughters & grand children.

Adaya family are progressive but conservative Muslims. Most of them live around Santa Monica City, in the County of Los Angeles. They are strong supporter of Muslims Public Affairs Council known as MPAC , and Council for American Islamic Relations (CAIR), Council for Pakistan American Affairs- COPAA The Vermont Mosque of Los Angeles, The Islamic Society of Orange   County   (ISOC),   the   Pacific   Asia   Museum,   Development in Literacy (DIL), and Human Development Foundation (HDF).

Gazala Adaya lives in Santa Monica & is a COPAA Board Member alongwith her brother Saleem Adaya, who is also a Trustee of World Memon Organisation (WMO) of North America.

The new generation of Adayas has not been as far sighted as their patriarch AHMED ADAYA in keeping their distance from those with very conservative or ultra- conservative ideology, almost Wahabi like, who are rigid, vocal, and intolerant. They are very assertive & taking over Islamic Organisations & places of worship to propagate their version of Islam which is violent, deprive women of their rights, distorted and different from the basic principles & tenets of Islam that it is not even Islam but a cult.

As a result of this conservative influence, her younger sister Tehmina Adaya, the owner & CEO of Shangri La Hotel of Santa Monica, CA. got herself entangled in a controversy over a fundraiser for the victims of Holocaust, organized by Jewish Youth. Islam teaches tolerance & like Judaism & Christianity is an Abrahamic Religion with much commonality with both. In general, respect, tolerance & understanding must be accorded to people of all faiths & religions, as an element of humanity. The highly publicized, 2012 incident & litigation as a result was unfortunate. The elder Adaya would have never allowed to happen, as he was a wise & farsighted man.

### 3.5.4   OMAR FAMILY'S TIES & CONNECTIONS

Since his arrival in the United States, Akbar Omar had formed 29 businesses, had filed 3 bankruptcies, and had been involved in 137 law suits, to January 31, 2011. EXHIBITS # 4.22, 4.16, and 4.15.

These discoveries were made, after the Private Investigator engaged by the Law Firm of Mark Werksman failed to come up with any leads on the missing UBS A/C, and Akbar Omar's siblings were approached for assistance in retrieving the largest Investment Pool A/C or $ 80 Million funds in it.

The US Bankruptcy Court Archives of Akbar Omar's 3 Bankruptcies accessed between July, 2012 - Sept, 2012 reveal that he was in the middle of these cases, when I met him for the first time at Shahin Iqbal's house at a pool party in 1987/88 & was being helped by Khalid B. Ahmed/ Parveen B. Ahmed. But it will take 24 years to find that out from his siblings Haroon (Aaron) Omar and Rafique Omar in Sept, 2011, as both Shahin Iqbal & Khalid B. Ahmed kept it a secret.

Secrecy & guarding their dealings abroad, while settled in the United States or Dubai, UAE is also hallmark of the Ahmed family, not just limited to Omars, as I would learn later on.

Both Omar family's & Ahmed family's ties & connections merge at World Memon Organisation (WMO) in Pakistan, and Dubai, UAE and to some extent in the United Kingdom, where Akbar Omar's father-in-law Abdul Hamid Patel had lived for years, became a British Citizen & Rukhsana Omar was born. Akbar Omar's ties extend even beyond to Canada, where his sister BYMA & brother-in-law Andy Merchant lives & to South Africa where older Ali Omar & cousin Carrim live.

While Omar family has the advantage of being part of the network of their Memon Community worldwide. Hawala & Hundi method of money transfer & commerce has been in their blood for centuries; it is their way of life. Ahmed family has direct access to money & sources of money.

The contacts in Pakistan & Dubai, UAE with the bigwigs of World Memon Organisation (WMO) are common with the corrupt politicians & heads of state of Pakistan, in particular the Bhutto's & Zardaris , one of the most corrupt politicians of modern era  ( EXHIBIT # 4.18 pages: 451 - 461 ) , but darlings of the West, because they headed the democratic & so called elected governments. The West & the United remain unaware, perhaps, that in Pakistan elections are rigged, ballot boxes are stuffed, and armed men tent outside & near polling stations

to send a message to the voters, who dare to come out, elect their candidates & party. The Taliban movement started in the 1970's & Madrassas started forming in Pakistan to train brain washed youth equipped with extremist religious training and armed to drive out Soviet Union from Afghanistan.

As retired General Stanley McChrystal, who served both in Afghanistan & Iraq, writes in his Memoirs that Osama Bin Laden established Al Qaeda in Peshawar, Pakistan in 1988 & was already planning attacks against the US & the West in 1993. General McChrystal writes that CIA office in Islamabad, knew about the increasing presence of foreign fighters in Pakistan from the late 1980's and into 1990's. This was time period Benazir Bhutto became Prime Minister of Pakistan twice only to be dismissed both times on the charges of corruption as husband Asif A. Zardari, who would become Pakistani later on ( 2008 - 2013 ) was too busy making money ( EXHIBIT # 4.18, pages: 451 - 458 ). Majid B. Ahmed was Asif A. Zardari's business partner at the time & established Bristol Engineering of Dubai, UAE at that time.

Though WMO Constitution does not endorse Hawala & Hundi method of money movement, but in Pakistan it is in the control of Memon Community, and in Afghanistan it is dominated by Pashtuns, who make up most of the Pakistani- Talibans & Afghan Taliban. The sphere of contacts & influence of both Ahmeds & Omars continue to expand as there is no ending in sight of troubles i.e. extremism, religious violence, and terrorism in the parts of the world, where Pakistan & Afghanistan are situated. (EXHIBIT # 4.13 , pages: 361- 393)

Pakistan's Federal Investigation Agency (FIA) is unable to prosecute money launderers, smugglers, drug dealers, violators of Pakistan Currency & Foreign Exchange Regulations, when their ties & contacts go right up to the Head of State Zardari . (EXHIBIT # 4.12 pages : 355, 357 & EXHIBIT # 4.13 , page: 393) Asif A. Zaradari just finished his in 2013, and in WMO

contacts of Bhuttos & Zardaris:

1 ) Haji Abdul Razaak Yakoob
    President of World Memon Organisation (WMO) in 2011.

    Industry: Media, Real Estate, Retail & Gold – ARY Group

2 ) Saddarduddin Hashwani
    Billionaire

    Industry: Hotels & Resorts, Oil & Gas
              Marriott Hotels, Pearl Continental Hotels
              Orient Petroleum

3 ) Iqbal Memon
    Assistant Secretary – WMO  (India)

    Industry : Hotels & Real Estate, Banking
               Trustee of Bhutto's & Zardari's interests
               in UK, and USA at one time.

4 ) Haji Kassam Khanani  (Far East)
    Co-owner/ Partner of one of the largest FOREX &
    Money Changer business in Lahore, Peshawar & Karachi.

    Vice  President of WMO – Far East Region

5 ) Pir Mohammad Kaliya
    Vice President WMO – ( Pakistan & India)

    Co-Owner of Khanani & Kaliya Group of FOREX &
    Money changer business.

Akbar Omar is a member of World Memon Organisation (WMO)
of North America.. His contacts starts from North America
through WMO, family ties, and friendship:

6 ) Shoaib Kothawala
    Deputy President – WMO
    Top Executive of WMO of North America

    Industry: Hotels & Textile

7 ) Saleem Adaya
    Trustee– WMO of North America
    Classmate of Akbar Omar

8 ) Arif Merchant
    Trustee– WMO of North America
    related to Akbar Omar's brother-in-law in Ontario, Canada
    Andy Merchant.

9 ) Feroze Suleman – WMO
    Brother-in-law of Akbar Omar. Suleman's brother is
    in Gold Bullion business & works closely with ARY Group

Benazir Bhutto was dismissed as Prime Minister of Pakistan 2nd time on corruption charges in 1996, and the Government of Pakistan tried for 21 years to recover $ 4 - $ 8 Billion of Pakistani Treasury & billions collected in bribes & kickbacks, unsuccessfully , including sending Zardari to jail for 8 years & jailing his partner Majid B. Ahmed also. Only the US Treasury Department or the US Department of Justice has the reach & resources to help recover the $ 80 Million UBS A/C of the Pool as Akbar Omar has a history, contacts & would do anything to hold on to, what he has, including lying, deceit & cover-up:

(a)   The US Bankruptcy reveal that Akbar Omar used religion Islam to circumvent & prevent seizure of his assets by the Creditors. Please refer to his Declaration under EXHIBIT # 4.14

(b)   Once again the US Bankruptcy Archive show that Akbar Omar showed Khalid B. Ahmed/ Parveen N. Ahmed as Creditor on SCHEDULE A-2 - Creditors Holding Security i.e House 3d T/D 10/85 , on 9939 Santa Gertrude, Whittier, CA 90603 for $ 250,000.00 EXHIBIT#   4.15, page: 417.

Problem: Akbar Omar never owned this house, the Los Angeles County Recorder's Office Records. The house had been owned by Khalid B. Ahmed/ Parveen N. Ahmed since 09/19/1979. EXHIBIT# 4.15, page: 419

(c)   The bankruptcy records & Akbar Omar's Declaration state : Rukhsana Omar under financial hardship and Creditor bank is unable to depose her for 1 year as they cannot find her, she wears a wig to disguise and claims extreme stress.

Akbar Omar's Bankruptcy file closed in 1990.

Contrary to their representations :

The Los Angeles & Orange County Records Show:

While under financial , Rukhsana Omar bought 2 real estate properties 5 months apart:

1 . 17 Blue Lagoon , Laguna Beach for just $1,000 nominal price from brother-in-law Andy Merchant on 07/26/1989 ;

2 . 2028 Sarah Court, West Covina, CA. on 03/01/1989.

Please refer to EXHIBIT#4.15, pages 420 thru 425

3.6     REAL VICTIMS OF
        CONSPIRACY AND FRAUD

Based upon the Restitution Amount of $ 31,945,064.47 determined
by US Attorney's Office & decreed by the US District Court on
09/09/2013, an estimated $ 20,596,782.54 of 23 Conspirators
& Co-Conspirators investment in the Investment Pool is
recognised & obligation accepted.

These Conspirators & Co-Conspirators, however covered-up &
withheld information about the losses & damages that they have
caused to TTM, me & my family, and 35 Investors of estimated
$ 993.7 Million. The losses & damages caused to these families
come to an estimated $ 58.7 Millions, included in the total
figure. EXHIBIT# 4.19 pages: 472 & 473 provides a list of
these real victims:

    o   7 of the 35 families are my relatives.
    o   25 are long time friends.
    o   3 other families include an Ex-employee of TTM,
        his mother & brother-in-law.

These 35 families are REAL VICTIMS and atleast four (4) letters
of support sent by them addressed to the court, were not
included by the Law Firm of Mark Werksman, as they mis-managed
my case & their voices got lost in the frenzy of accusation
& charges of 23 families, who appeared in the US District Court
on 06/24/2013 disguised as victims, but are really the
perpetrators of the crime, I accepted responsibility for, for
multiple reasons, as explained under the Legal Brief & in my
Motion under 28 USC 2255 .

There is a big contrast between the two (2) main Conspirators
and their families, who are multimillionaires with most of
assets and accounts offshore & hidden away, and 35 REAL
VICTIMS.

Asif Mahmood Chaudhry was lying & misrepresenting in the court
during the 06/24/2013 hearing when told court & I quote:

" a comment from my nine-year old child last night, " Dad, why would you not stand up and say the truth when you know the truth?"

EXHIBIT #4.3 page: 268 line 17 - page: 268 line 20

Your Honor: I do not know what Asif Mahmood Chaudhry has been telling her 9-years old daughter , or what conversation the child over heard, that she started to believe that " Dad knows the truth ".

Asif Mahmood Chaudhry did not know the whole story & all the facts, and actually did not know the truth that:

Akbar Omar
Zubaida Noor Khan
Sajid B. Ahmed
Arif Z. Mansuri , and
Abdul Rashid Khan

All used to visit me, used to oberve me trading, used to trade with me. They all received my Monthly Reports. They used to sit with me , around my computer, about 3'-5' feet away from my large computer screens, and could clearly see & read my computer screen , but now some of them are silent or have been silenced, and others i.e Akbar Omar, Zubaida Noor Khan, Syed Imran Ali who also came to learn & observe, are lying, misrepresenting, covering- up & withholding information , to protect others & their own activities. They have done so, before the Federal Bureau of Investigation and US Attorney's Office, and perhaps also before the Grand Jury. As all of the evidence & Exhibits prepared and presented before the Grand Jury has been prepared & interpreted based upon the assumption that all witnesses have been honest & truthful, and nothing material has been withheld or covered-up from reaching the investigators, the prosecutors & the Grand Jury.

Your Honor: Asif Mahmood Chaudhry did not know the truth. He assumed , that the lies & misrepresentations told by others was the truth. The information that was covered-up or withheld by his friends did not exist. He actually believed that, lies and hearsay is the truth. Intelligent & educated person that he is , did not have courage to be honest with a 9- year old child & tell her I really do not know everything & what the truth is.

But he had the audacity & conscience to tell lies, be less than honest , and misrepresent before a Federal Court , and the representatives of our nation's Department of Justice.

Asif Mahmood Chaudhry, was less than honest, was withholding information & covering-up from disclosing to the court that people he referred to " Poor people who are sitting here & some who are not here " or " All these poor" I presume he was talking about his friends , before correcting himself " I will

not say poor, but all these helpless, hardworking, honest
people will be suffering it"

Your Honor: No one should be deprived of their hard earned
life & retirement , or property by fraud, or dishonest act of
others, by force or by violence, or an act of terrorism, as
to what is happening in the Middle East or part of the world
I came from i.e Pakistan and Afghanistan. My sympathies are
with the victims and not with the perpetrators ,and not with
those who have disguised themselves as victims, but actually
are the perpetrators.

And I am directly referring to Asif Mahmood Chaudhry , his
friends & his kinds who sitting in court that day, and had no
shame or qualms about lying, misrepresenting,cover-up,and
withholding of information:

−   In court, present that day was helpless, hardworking, honest
    Majid B. Ahmed, who had flown with 2-Ferraris from Dubai,UAE
    to participate in the the Luxury & Antique Automobiles Expo
    in San Francisco, CA. During the 2- terms of Benazir Bhutto
    as .Prime Minister of Pakistan, he was business partner of
    her husband Asif A. Zardari.

    Twice Bhutto's government was dismissed on the charges of
    corruption (EXHIBIT # 4.18, pages: 451-458 ) . Poor, Majid
    hard working & honest went to jail under those charges
    alongwith Zardari. His family estimates his networth of
    $ 400 - $500 Million, and he lives in Dubai,UAE.

− In court, present that day was Parveen B. Ahmed, whose
  husband Khalid B. Ahmed had 3 fraud cases pending
  against him. She placed two (2) of her nephew & one
  their friend Ashvin Domadia, who through Cyberspace piracy
  & interference with my company TTM's computers, network
  and stolen its Intellectual Property, worth hundreds of
  million dollars.

−   In court, present that day was Akbar Omar, who was involved
    in 3 bankruptcies, and 137 law suits − fraud & small claim
    court to expel tenants, who after loosing their jobs, could
    not pay this slum lord.

    This honest & hardworking man, sent his son Shazad Omar
    to break-in & steal records from my house, is behind the
    $ 80 Million UBS A/C of the Investment Pool.

−   Could not be present in court , that day was his friend
    a hard working & honest man Suhail Siddiqi. Probably, he
    he was out of country, in Islamabad, with another friend
    classmate & President of Pakistan Asif A. Zardari.

    From 2008 − 2013 Sohail Siddiqi was Advisor to the President
    of Pakistan. While Osama Bin Laden, lived next to the
    Pakistan Army's Headquarter in Abbottabad, Both Zardari &
    People's Party's Government kept telling the United States

they do not know where he is. They corrupt politicians of
Pakistan did not have the nation's interest & welfare and
security of citizens, or the friendship of the United States
in mind except their self interest. Asif Mahmood Chaudhry
shuttled between Washington D.C. & Los Angeles, and Suhail
and Tehmina Khan's ( who also spoke ) brother i.e the Advisors
to Zardari between Los Angeles/ San Diego & Islamabad , to keep
the multi-billion dollar pipeline ie. money to fight terrorism
keep flowing. The Senators & Congressmen he talked out in  his
statement , we met most of them at his house, where families
these two Advisor, now acting as a Agent for the Government
of Pakistan would be present, atleast alongwith Suhail Siddiqi.

We supported these representatives to empower our Pakistani
American Community here . We had no interest insupporting
corrupt politicians & Government of Pakistan, who was working
against the interest of the nation and its people.

The Memoirs of retired US General McChrystal reveal that
terrorism & extremism in Pakistan increased, including the
presence of foreign fighters in Pakistan, during the two terms
of Benazir Bhutto, the master of Ahmed family & Asif Mahmood
And the Attorney General of Pakistan & Federal Investigation
Agency (FIA) of Pakistan could not prosecute the biggest money
launderers, smugglers, Hawala Dealers Khanani & Kaliya, because
of their connections right to the top.

Your Honor: The 23 Conspirators & Co-Conspirators identified
are connected to corruption & corrupt politicians of Pakistan with people like
Asif Mahmood Chaudhry, in our community , who are helping them expand their
influence in the US politics. And conservative Muslims like Zubaida Noor Khan
& her in-laws are bringing in rigidity & intolerance, when it comes to other
faith. Shangri La Fundraiser for Holocaust & controversy over it with the
Jewish Youth was an unfortunate incident. Adaya family of Santa Monica, are
broad minded & progressive Muslims. Contrary to accusations by Asif Mahmood,
and slander by both Zubaida Noor Khan & Asif Mahmood, me & my wife have never
sought an office with any of the charities we have supported , or causes and
organizations we have supported, but they have. I have been taught by my
family to do good in this world, serve humanity, and expect nothing in return.

As opposed to these Conspirators, who are very rich, powerful
and well connected families, the 35 REAL VICTIM families are just plain, law
abiding, ordinary citizens. Their investment was most of the money they had
& it was their life time savings. They have been confused at this whole
incident how did it happen , like I was & had been in the beginning, until
I started connecting the dots. I am really sorry for their loss & my apologies
and words are no consolation for their pain & suffering. Their money was a

keepsake with me. I was the final decision maker & CEO of TTM. I managed the Investment Pool. I had the responsibility & fiduciary duty to everyone of them to have protected their investments. But I was negligent & careless, and hired the staff on the basis of one & only criteria i.e they were related to the people who I thought were friends , and treated them like my family. I had no idea that I was trusting , associating, and confiding in the wrong people , who were not worthy of my trust, were ultimate con-families. They had their eyes of TTM's research & data, its intellectual properties, the Investment Pool account, which starting from $ 100,000 had swelled to over $ 80 Million., and almost half of this money was profit.

Among the 35 REAL VICTIMS, the hardest hit are four (4) members of Raza Family i.e. Azra Raza, Atiya Khan, Sughra Raza, Tasnim Raza & Javed Raza with approx $ 13 Million in investment & profit losses, and another $ 14.7 Million lost profit share as a result of Investment Pool shutdown. Raza family is one of the finest, well educated, intellectuals & professionals among the cream of the crop & best of the Pakistani- American who migrated to the United States and have made a tremendous contribution both to their professions & the society in general:

AZRA RAZA
She is Professor of Medicine at the Columbia University, New York , an Oncologist of national & international fame and reputation who has published over 200 papers & articles relating to the field of Medicine & research work that she has conducted or has been done under her supervision.

Azra Raza is also a great speaker, orator, and a writer and co-authored a book on Mirza Ghalib, a master & great poet of all times Indo-Pak subcontinent.

ATIYA KHAN
She is older sister of Dr. Azra Raza . Atiya Khan is also a Physician by profession, but most important of all a great humanitarian & a very compassionate human being who has devoted

almost her life to help the poor & economically disadvantaged families of Pakistan in villages, remote & under- developed areas. She is the Chairperson of Human Development Foundation (HDF). This organisation provides vocational training to women & young girls, help setup small business to generate income to support their families & educate their children. HDF financial assistance to drill tube wells in areas without potable water, and helps with the establishment of schools, and basic health care. She has raised millions of dollars over the years, to improve lives & empower thousands of families.

SUGHRA RAZA

Younger sister of Atiya Khan & Azra Raza, and also a Phsician by profession. Sughra Raza is a Professor of Medicine & Chairperson of Radiology Department at the Harvard University School of Medicine. A leading researcher in her field & and a very prominent Pakistani Immigrant, like her other siblings who has made great contribution to her profession of Medicine & the American Society, distinctly.

TASNIM RAZA

Older brother of Azra Raza, Atiya Khan , and Sughra Raza, and also a Physician by profession. Dr. Tasnim Raza is a Cardio- Thoracic Surgeon, an expert in his field.

Also a brief profile of just a few other REAL VICTIMS to illustrate , how different these 35 individuals/ families are , as compared to the 23 Conspirators & Co-Conspirators : They are the individuals who highly educated, and elite Pakistani - Americans who have given to the society & served this nation well as compared to the 23 Conspirators , their families & circle of friends who have robbed & taken from the nation & society they came from.Their masters abroad in Pakistan, the corrupt politicians & Heads of State continue to rob that nation, while religious extremism , terrorism , destruction of life & property in the name of Islam continues, and they continue to serve their masters in Pakistan as Advisors & Cabinet Members, while residing in the United States. These 23 individuals & families have used the United States and the West as a safe heaven. They are educated people & could have done a lot for this country with their political contacts & access to vast illicit

mo

money transfer system known as HAWALA or HUNDI in United States's fight against terrorism , extremism , and its global effort to fight human rights violation , but they have their own political ambitions & greed for money and power, and want to lead the religious & ethnic organisation of Pakistani-American community while blamming others:

PERVAIZ MALIK

A very capable Plastic Surgeon, from New Jersey, past President of Islamic Medical Association of North America (IMANA) and also the past President of World Federation of Islamic Medical Associations (FEMA), a great humanitarian, compassionate and devout Muslim, a very distinguished Pakistani – American who served his profession well, is un-recognised Ambassador of US Goodwill to Muslim Countries, who has organized international medical conference across the world. He has lead medical teams for disaster relief & healthcare assistance from the United States to foreign nations.

MOHAMMAD RASHID CHAUDHRY

My classmate & friend since Grade 6 of last 59 years. He is a Physician by profession, and is a Professor of Medicine (ENT) at the Stoney Brook University & Hospital in New York,a great humanitarian , compassionate, warm & giving person. He comes from a neighbouring village Youssof Wala , to my village Chak 78 – 5/R , where I grew up in Punjab, Pakistan. Rashid established a foundation, for the health, welfare & education of villagers & their children , where he grew up to help their lives & welfare, and fight poverty & disease. He has devoted his life for that cause.

SYED SIKANDAR MADAD

My older brother & a Urologist by profession, who lives in Long Island, New York. He is highly qualified & trained Surgeon i.e. a Diplomate of American Board of Surgery & a Diplomate American Board of Urology, a Fellow of American College of Surgeons & Fellow of International College of Surgeons. A great humanitarian, my role model, who has devoted all his life helping others, and is a Trustee of Anjumm-e-Wazifa-Sadaat who has funded professional & advanced education for hundreds in the United States.   102F of 518