3.7     MY LIFE, UPBRINGING
        AND FAMILY VALUES
        _____

I consider myself one of the most fortunate & blessed person in this world. God has given me gifts of knowledge & good health, a very loving & caring wife who is a very well respected & recognised physician in her specialty, and two beautiful & most intelligent daughters. I received higher education, had a very successful professional career, had a chance to see & travel the world, some 26 countries, have met some very important people in my life. And most importantly I have been able to serve communities & countries where I have lived & worked, despite my very humble beginning.

I am one of six (6) brothers & sisters, born in 1947, in a very loving, caring, and sharing family. The year I was born, some of the great leaders of India & Pakistan, the Founding Fathers of the two countries: Mohatama Gandhi, Jawahar Lal Nehru, and Quaid-e-Azam Mohammad Ali Jinnah were still alive, but the Indian sub-continent was in great turmoil. The British were leaving India & the sub-continent was split into two countries India & Pakistan. Pakistan had two land masses separated by more than 1,000 miles of distance, known as East Pakistan & West Pakistan. East Pakistan separated from Pakistan in 1971 to become a separate country of its own called Bangladesh.

My parents had opted for Pakistan, despite the fact that my ancestors had lived in the land what is now India, for over 700 years & more than 50% of extended family still lives there. As a result of mass immigration, chaos & civil war, my family became a refugee. They lost everything or left it behind to move to Pakistan. And I remember, my mother used to tell me that we lived in a refugee camp in Southern India, for 6 months before were evacuated by ship & arrived at Karachi, Pakistan in July, 1948.

Upon arrival, we settled in a village Chak 78- 5/R & joined the family of my uncle who was into farming & agriculture.

Chak 78 – 5/R was a farming village, with a population of 2,500 people, all farmers & dirt poor. We had no electricity, no potable water, and no sewerage system in our village.   All houses except 1 or 2 were made of mud bricks & straw roofs. The walls of our houses were plastered with a putty of mud and straw. In the village, we only had dirt roads & also a very dusty, uneven, dirt road of 3 – 3 1/2 miles connected to a Railway Station & a paved Highway.

There was only one school in the village with one teacher who used to come on a bicycle from another village 82–5/L. The school known as M.B. Primary School, was only upto Grade 5 and had only 2- Kacha (Mud) brick rooms, only to house Grade 4 &5 classes. So in the monsoon or rainy season of July & August, I would get off early from school or will have no classes, while I was in Grade 1,or 2, and 3. Our teacher would also get stuck in the village, if rain came after his arrival. So the villagers would provide him with a cot & blanket to sleep and we delivered the food to him, as my uncle was a NUMBERDAAR or head of the village " PUNCHAYAT" ( 5 men council ). In the monsoon season the school will be closed for days, as there will be water all over in streets,alleys, in the field. We would be cutoff from the rest of the world & food would be dropped off from air by resue planes.

In our school we had no desks or benches to sit on. We brought jute sacks from home for this purpose. We had no grassy plots, bricked, paved, or cemented floor in school.It was dirt all over. We would sweep a level piece of ground around our two Kacha (Mud) brick rooms of our school, with a broom, sprinkle some water to settle the dirt, and sit in line on our jute sacks, to have classes. Sometimes, we had classes in the field with crop around us, under the share of a tree. At the end of each day, we would dust off our jute sacks & go home.

We did not have a blackboard in our class room. We learned to write on a wooden " Takhti " a rectangular board of hardwood,

104 of 518

with both sides planned to a very smooth finish. We would apply a special wet sticky clay on the washed surace of Takhti when wet, and let it dry. We would draw lines on the dry-clayed surface of Takhti, and write with special washable ink, which we often made it ourselves , using soot, water, and thickening substance or natural glue or dried sap from a thorn bush known as Kikir. We washed our Takhtis on a water hole for buffalos & cows. or sometimes at the village well, which was much further away.

We learned mathematics & numbers on Slates i.e a flat, coated rectangular plate with metal or wooden frame. We made our own writing pens from the dry sticks of Pumpus Grass, edges sharpened with a knife & given a cut of proper size to create different fonts & lettering sizes. We used the same Pumpus Grass stick-pens & ink to write in our notebooks later on, once I got to 3rd & 4th Grade.

We did not have too many books to read or paper notebooks to write on, as they were not avalable in our village & had to be bought from the nearest city Montgomery, 7 1/2 miles away. There were no buses or cars in our village. You travelled the dirt road on a bullcart or the only horse buggy in the town which my uncle had. Only Goods Train or a slow passenger  train would stop at the Train Station about 3-3 1/2 miles away from our village at the Yousof Walla Station. The Goods Trains stopped to pick up sugarcane, cotton, wheat & corn. If you needed to travel, you really had to go to Montgomery City first by a bullcart or horse buggy to catch a train.

By the time I got to Grade 5, in our class of 11 students, 9 students had gotten married, because they were already adults. In those days, the farmers did not send their children to school. Boys were supposed to help father plough the field and wife & daughters delivered them food in the fields at noon milked the cows or attended house chores. There was  no  girls school in our village.

I started my high School at age 11, at Government High School, Montgomery, but we still were living in the village Chak 78-5/R. Sometimes , I would get a bike ride by a dirt road to school , a 7 1/2 miles trip each way. And sometimes, I had to walk to school, some 6 - 6 1/2 miles each way, a short cut through the crop field. On those days, when I had no bike ride, I would leave home very early, and join a classmate of mine at Chak 82 - 5/L , and be at school by 7:30 AM. It would be the time for the call of night time for prayers, when I returned home & would be very tired.

My family moved to Montgomery City in 1957, while I was in Grade 6. It was the first time, I realized  that we were poor, and how much they had sacrificed in moving to Pakistan. It was a financial struggle for my father who was retired , to have two school going & one college going sons. My father received a pension of Pakistani Rupees  65/ Month as a retired Railway Police Officer. This would translate to 65 cents/ month in the US dollars at today's exchange range. We were living hand to mouth, in a poor neighborhood . We had no electricity, or running water. My parents did not have enough money to feed us, to have all three boys to receive education at the same was out of question. So my eldest brother had to drop out of college to help maintain the family & so that the two younger brothers can get education.

In school, tuition fee for me & my brother was waived because of our poverty level. I paid only a nominal amount every month, and to raise that money, I would sell eggs, chicken, and pigeons.

We may have been poor, but my mother taught us:
- i )  Love your brothers & sisters and take care of each other ;

- ii )  Think of your extended family; your cousins uncles, aunts, nieces, & nephews , and see if you can do something for them; expect nothing in return;

iii)        If you give from one hand, don't let the other hand know;

iv )        Always give to charity;

v )         Respect your elders. Don't talk down or loud in front of elders;

vi )        Your neighbours have rights, always look after them. Share your food with them;

vii)        If your neighbour has not eaten & goes to bed hungry , while you had your fill, that food you ate was "Haraam" or forbidden for you.

            Your religion & faith teaches you sharing with your neighbour.

viii)       Never turn back a beggar empty handed from your door. You don't know who He was. He may be a God, a Saint, or a Prophet , who may be testing you if you share your fortunes & blessings with have nots.;

My mother was a very kind heated & gentle lady, very graceful and full of wisdom, even though she never went to a school. She was the one who prepared my breakfast, before going to school, and put a warm glass of milk by my bedside, while I studied at night & every night , before going to bed.

My father was very strict, principled, and pious man. I always remembered him, saying prayers, five (5) times a day. He would get up very early in the morning i.e even before the call for the morning prayer. As far as I can remember, I had always seen him a " Sipara" of Holy Quran, every morning, after finishing his prayers. The villagers will be waiting for him, to finish recitation of Holy Quran & attend to them & their sick children.     They called him " Shah Sahib " with reverence. Some of the villagers will kneel down to touch his feet & knees with respect. He would recite " Surahs" from Holy Quran & blow air sick children to heal & blow away, whatever ales them. He would bless their medicines & water to instill more healing power into them.

He would wake me up & my elder brothers to say our prayers in the mornings. He taught us how to pray & hired a preacher

or a " Molvi" to teach us Holy Quran & recite it properly. He made us study 1-2 hours, every night, before going to bed, and also after the Morning Prayers, before leaving for school. We were not allowed to stay out & waste time roaming around in the street & ignore studies.

When it came to studying, he always used to tell other people " You must feed your children a morsel of Gold, meaning the best you can provide, but look at them with the eyes of an for compliance to sit down & study, and do the homework".He always kept in touch with our teachers & wanted to know how we were doing. He was a great motivator and always challenged us to do our best in studies... Be the best in class. If me or my brother did not do well in some subject, he would find that out from our Progress Reports & motivate us saying " what is it that you don't have & others have ? They have two eyes, you have two eyes. They have two ears, so do you. They don't two brains but just one like you. So why is it that you can't do as well or better than they do ? "

When it came to family values, he always told us like our mother :

  i )  Resect your elders & be kind to woman & children

  ii )  Never raise your voice at your mother.
      Your heaven is under her feet.

  iii)  If you are resting, get up & sit up in your
      bed, if your mother or sisters enter your
      room;

  iv )  Always give to your sisters & their children.
      Never take from them:

  v )  Standup for your principles;

  vi )  Do good in the world & leave a legacy of
      good deeds;

  vii)  Always speak the truth;

  viii)  I may be your biological father, but your
      teachers are your spiritual fathers; respect
      them;

ix )        Thank God for all the blessings, and be
            grateful;

x )         Love & be generous towards your family
            and friends;

xi )        Be loyal to your country.

I always excelled in studies & growing up in a village,
counting bugs & butterflies, farm animals i.e cows, buffalos,
goats, sheeps, and horses made me good in mathematics &
science. And I was always curious.

I studied at night with a Kerosene Vick Lamp & lanterns until
Grade 9 & then in Grade 10 we had electricity & running water
in our house, plus my eldest brother working as a Clerk helped
the family, financially.

I ranked among the top few students in Government High School
Montgomery. I remeber, I was in the 7th Grade, when I corrected
our mathematics book for a wrong answer. By Grade 10 , I was
conducting Chemistry & Physics experiments. I had started to
develop my own mathematics formulas & equations. I passed final
examination of High School, ranking among the best and was
awarded a merit scholarship, given to only 500 best students
out of some 82,000 students in matriculation.

In 1962, as I completed my High School, my family moved to
Multan, a larger city with a Medical College, so that my
older brother can study Medicine. He got his Admission into
Nishter Medical College, Multan, but could not come up with
funds to pay his Admission Fee. My 2nd brother had to drop out
& leave education, because we could not afford it. It was a
heart break. But my brother worked as a Clerk for one year,
and saved some money & applied again to the Medical College,
and got in again, because he had very good marks.

In college, I continued to do well in studies & continued to
to rank among the best in college . I finished college in 1964

and ranked among the top ten (10) graduates out of the over 40,000 students appearing in the final examination , under the Board of Intermediate & Secondary Education., Lahore for the Province of Punjab, Pakistan. I was one of the three (3) students who got admission into the West Pakistan University Engineering & Technology, Lahore, Pakistan, on a 4- years Merit Scholarship.

I maintained my academic performance, while at the Engineering University & consistently ranking among the top 1 - 3 % of all 350 Engineering students (Class of 1964) in all four (4) years of the Degree Program. I graduated in 1968 with 2 distinctions and started my professional career in the Oil & Gas Industry with Sui Gas Transmission Co, Ltd of Karachi, Pakistan , a Burmah Oil Co (BOC) of London, UK affiliate.

While at Burmah Oil Co (BOC), I was assigned various responsibilities in Operations, Construction, and Engineering. Two assignments particularly stand out:

    i  ) I developed a " Contingency Plan " for the operation of the 500 MMCF/Day Sui Sour Gas Processing Plant one of the largest in Asia & among the largest in in the world under reduced pressure , because of war with India & damage to the Plant because of bombing. The Contingency Plan involved operation of high pressure Gas Trasmission Pipeline & Compressor Stations under abnormal conditions, beyond the specification of Operating & Engineering Manuals.

    ii ) I assisted with the Engineering & Design calculations of a high pressure 300 miles Gas Transmission Pipeline , under the $ 300 Million SUI- IDRB Project in 1972.

I came to the United State for graduate studies in Operations Research in August, 1972. I completed the Masters Degree in

Operation Research in a record time of just 2- Semesters or
8 1/2 months , from the Polytechnic Institute of Brooklyn,
New York ( Now known as Polytechnic University of New York ).
I started Masters Degree in Mechanical Engineering in
September of 1973 & completed my 2nd Masters in 3- Semesters
in July, 1974 ( 10 1/2 months ), and emigrated to Canada in
July, 1974 & resumed my professional career in the Oil & Gas
Industry in Calgary, Alberta.

iii) I completed the Design, Engineering & Construction
of Alderson SWS Gas gathering, Dehydration &
Compressor Stations Project costing $ 22.5 Million
in 1979 with PanCanadian Petroleum of Calgary,
Alberta, Canada. It involved tie-in of 79 Shallow
Gas Wells.

iv ) I joined the Norman Wells, NWT Project taskforce
of five (5) key personnel as a Senior Project
Engineer in 1979, and becoming Project Specialist
with higher responsibilities in 1980. This was one
of the 3- major multibillion oil & gas projects
with Esso Resources Canada, an Exxon USA affiliate.
The other 2- Projects were Judy Creek Expansion
& Coldlake Heavy Oil.

This $ 1.4 Billions, Norman Wells Project, remains
one of the most innovative & first of its kind
major oil development undertaken in 1980s, in the
extreme cold , permafrost region on NWT, of Canada
just below the Arctic Circle. The project required
construction of 6- artificial island in the Mackenzie
River, deviated well drilling in a permafrost region
never done before, development of Ice Mechanics &
Engineering technologies. I wrote the Design Base
Memorandum & Project Execution Plan for the $350
Million Oil Production & Processing Facility on the
Mackenzie River. This project became operational
in 1985 with multi-billion dollar benefits to both
the Canada & the United States.

v )   From 1981 - 1985 I oversaw Operations Engineering
      Evaluations in the Provinces of Alberta, British
      Columbia, and Saskatchwan with 4 District Offices
      for PanCanadian Petroleum, the largest Canadian
      Oil company.

vi)   During my service in the Canadian Oil & Gas Industry
      I worked on 11 different Taskforces with multi-
      disciplinary groups, which involved innovation,
      development of new techniques & technologies
      covering hundreds of million dollar operations & new
      developments. Some of the key Taskforces were:

      -    Weyburn / Saskatchewan Taskforce involving
           the development & expansion of Weyburn Unit
           589 wells Oilfield, a large multi-million
           scheme with hundreds of millions dollar benefits
           to the Government of Saskatchewan, Canada , and
           the United States.

      -    Lindbergh Heavy Oil Development involving
           the development of new heavy oil extraction
           technology.

      -    Countess B Fireflood Project - involving the
           new tertiary oil recovery technology .

      -    Countess Chemical Injection Project.
      -    Redland Gas Unit- Liquid Petroleum Gas Recovery

vii)  Also while working in the Oil & Gas Industry in
      Alberta, I authored, or co-authored, and participated
      in 45 Oil & Gas Development, Optimization, and   Energy
      Conservation Studies & Proprietary Reports.

viii) From 1985- 1993 I was incharge of Oil & Gas Operation
      for Gulf Oil, known as Arabian Gulf , in North Africa
      ( Libya especially) with over $ 7 Billion annual
      oil revenue. During that tenure, I was once again
      member of atleast 3- Taskforces , which included a
      multi-billion dollar Kabir Oilfield Development &
      Nafoora Taskforce- a very large oilfield.

ix)   I left Oil & Gas Industry in 1993 , after 25 years in
that industry. My contribution to the profession &
service to the industry & country was recognised by
the American Society of Mechanical Engineers, the
California Senate & Legislature, and the US Congress
in 1998.

x )   I formed TTM Inc, in the field of Data Communication
& High Technology in 1993. With the advent of Video
Conferencing & Internet , and Information Technology
in various industry sectors, I switched over to the
financial sectors in 1999, in particular to Trading
& Investment where I could simultaneously utilize my
knowledge & strength in Engineering & Technical
Analysis, Mathematical Modeling & Programming, combined
with computer technology.

xi)   I started to create a database of Research & Technical
Analysis for Trading, Stock Market & Investment Sector
in general from Sept, 1999.

A major World Economies & Stock Market Study was
started by me in 2007 with the assistance of University
Summer Students & continued through 2009.

x )   Under TTM Inc, I started creating our own SQL Base
Stock Screening & Selection, Trading , and Investment
Software in 2009 with the help of a Software Engineer
The development & programming work was completed in
in late 2010 / early 2011. This was one of the most
innovative & valuable work, I had undertaken in a
totally different Industry Sector than my first 25-
years of service & experience in the Oil & Gas
Industry. The software program & model covers the
entire 6,500 listed stocks of NYSE & NASDAQ, and is
an extremely valuable, propriatry Intellectual property
which has been pirated/stolen between November, 2011
to March , 2012.

My wife, Meher F. Tabatabai is even more educated & qualified than I am. She graduated from Dow Medical College , Karachi, Pakistan , among the tops of her Class , in 1976. She completed her Medical Residency & Fellowship Programs in the United Staes. She is a Specialist in Infectious Diseases & have been a voluntary Associate Clinical Professor of Medicine, University of Southern California (USC) School of Medicine. During the past 25 years she has trained more than 80 Medical Residents & Fellows. She has published papers & delivered seminars & lectures in the United States & abroad i.e Switzerland, Argentina, Brazil, Costa Rica, and Pakistan on AIDS, Tropical Medicine, Infectious Diseases, SAR etc.

She has been recognised & honored many times for her professional contribution & service. She is a Diplomate of American Board of Medicine & American Board of Infectious Diseases. She is also a Fellow of American College of Physician & Fellow of Infectious Diseases Society of America. She has been awarded the highest Presidential Award of Professional Achievement & Service to Medical Profession by the Association of Pakistani-American Physicians of North America (APPNA), for 2 consective years in 2009 & 2010.

She sits of many Medical Executive Committees, has chaired Infectious Control Committees, the Peer Review Committees of hospitals she provides coverage as Medical Consultant/ Specialist. She has also served as Medical Director of Promise Hospital, Paramount,CA.

Like my wife, my older brother Syed Sikandar Madad is also a highly qualified Surgeon in New York. He is also a Diplomate of American Board of Surgery & American Board of Urology. Also has been recognised for his professional contribution, likewise. He is a Fellow of American College of Surgeons & Fellow of International College of Surgeons.

Following the teachings & values of our families both me & my wife have tried to give back to the society & communities of the Country we came from Pakistan, and the Country which welcomed us & have been our home for the past 30 years or more. We have never forgotten our roots or the generosity of America in our education, professional growth, and building our dreams here. We have been very fortunate & blessed:

i )    Over the past 30 years that we have lived in the

Greater Los Angeles area, we estimated to have raised well in excess of $ 25 Million for charities & humanitarian causes.

ii )    We have been one of the first supporter of UMMA Clinic in South & Central Los Angeles. This clinic provides free Health Care & Medicines to the economically disadvantaged community of that area.

iii)    We have been supporter & sponsor of Ellis Island & Statue of Liberty Foundation/ Renovation Project since 1984 .

iv )    In 2008 we sponsored UCLA Breast Cancer Project Fundraiser to promote awareness about Breast Cancer.

v )    At UCLA We also sponsored an endowment on Abrahamic Religion Studies to promote understanding, tolerance and harmony between the 3 Abrahamic Religions i.e Judaism, Christanity, and Islam.

vi)    We have been a Sponsor of promoting girls education & literacy in Pakistan for over 12 years & helped with the fundraising effort to build school in remote areas. Over 150 school have been built & more than 15,000 girls have received education,       through and organisation called Development In Literacy (DIL).

vii)    We have been a supporter of Sind Institute of Urology (SIUT) since 2001. This institute provide free Dialysis & Medical Treatment to poor families in Pakistan.

viii)    We have been a supporter of SHIFA Foundation & Eye Hospital in Islamabad, Pakistan since 1996 This eye hospital provides free cataract & eye surgical procedures to poor families in Pakistan.

ix)    We have supported Tameer-e-Millat Foundation for to construct & build school in village area to provide balanced education to financially disadvantaged families & to counter the growth of MADRASSAS which had been producing, extremist & brain washed religiously intolerant , Taliban style youngmen. By 2011, this organisation had built 350 schools.

x )    We have been a supporter of SAHARA , an Indian Charity which operates shelters for Women subject of physical violence & abuse in Los Angeles.

xi)    We have suppoter & sponsor of Human Development Foundation (HDF) an organisation that empowers poor families, especially women to become economically & financially independent through vocational training.

xii) Over the past thirty (30) years we have consistently
    supported the following Charitable Organisations:

| | | |
|---|---|---|
| 1 | - | American Red Cross, including sponsoring a fundraiser for them raising over $ 60,000 |
| 2 | - | Paralyzed Veteran of America |
| 3 | - | Salvation Army |
| 4 | - | Disabled American Veterns |
| 5 | - | American Cancer Research |
| 6 | - | American Breast Cancer |
| 7 | - | American Heart Association |
| 8 | - | Food Bank |
| 9 | - | Feed the Children |
| 10 | - | March of Dime |
| 11 | - | Mothers Against Drunk Driving |
| 12 | - | St. Jude Children Hospital Foundation |
| 13 | - | Islamic Society of Orange County |
| 14 | - | Zainabia Islamic Society |
| 15 | - | SHINE Humanity |
| 16 | - | Doctors without Borders |
| 17 | - | HOPE |
| 18 | - | Los Angeles Shelter for Homeless |
| 19 | - | ACACIA Elementary Parent-Teachers Assoc. |
| 20 | - | New Horizon Schools |
| 21 | - | UNESCO - United Nations |
| 22 | - | US Olympic Committee |
| 23 | - | Bab-ul-Ilm |
| 24 | - | Sheriff Deputies of Los Angeles |
| 25 | - | Los Angeles Police Association |
| 26 | - | BAMM Earthquake Victims Fundraiser |
| 27 | - | Mobile Libraries Project in remote areas |
| 28 | - | Mobile Dispensaries in remote & poor areas |
| 29 | - | Major Fundraiser for Flood Relief in Pakistan |
| 30 | - | Boys & Girls Scouts of America |
| 31 | - | American University Foundation- Scholarship Program. |
| 32 | - | Brooklyn Poltechnic Alumni Association |
| 33 | - | American Society of Mechanical Engineers Foundation. |
| 34 | | Association of Professional Engineers, Geologists, & Geophysicists of Alberta, Canada. To help fund Professional Development Programs |
| 35 | - | AIDS Project in India |
| 36 | - | Deaf Children Assistance - Egypt |
| 37 | - | Jahangir Abad University Project - India |

xiii)   Over the past 30 plus years, we have supported,
    literary, cultural & social programs of Pakistani-
    American Community of Los Angeles. In particular
    sponsorships of Writers, Literary & Poetry Events

xiv)    under :  Urdu Markaz International &
                    Urdu Writers Society

xv )    Supported the Pakistani-American Community media
             Newspaper & TV Programs such as:

             Pakistan Link & Urdu Link
             Pakistan Times
             Safeer-e-Pakistan

Since arrival in North America in 1972 & upon completion of my education, me & my wife have alaway supported our families , both financially & staying in contact for almost 40 years. We established foundations to assist with the education of childrens of our siblings on both sides of our family. 12 Nieces & Nephews were benefitting from this help, but for the first in 40 -years, this effort has been interrupted due to my incarceration & my own dire financial situation. This help was extended to all our staff & longtime Gardener & his family.

I feel very fortunate & blessed that alongwith my wife , we supported most of our representative community organisations i.e Pakistan Canada Association , in Calgary,Alberta, Canada & Council of Pakistan-American Affairs (COPAA) in Los Angeles, CA. We have never sought any position on the Executive Councils or Boards of these many organisations we have supported over the years i.e since 1983. Alongwith our charity, community and voluteer work, we have tried to empower our Pakistani-American Community to get involved in the political process & support causes as our giving back & social responsibility and duty to this country. Pakistani- American Community in the Greater Los Angeles area is very educated & well of community and it behoves upon us to give back to this nation, which always have helped Pakistan.

The statements made by the Conspirators & Co-Conspirators were before the FBI , the investigators, and even in the court were most dishonest, flagrant lies to spread disinformation, malign our name & family reputation. Even though I had known most of them for a very long time, perhaps they never knew me my family values & ubpringing, and I never knew & realized how different our views, beliefs, and ideology were until I started searching for answers i.e. their values, background , ties, and their roots. I do not feel comfortable in stating & writing myself, as my parents had always taught to

be humble, never indulge in vanity or self grandiosity, but there is no one to speak for me.

I have never stood for what I was accused of or blamed for. What I had been blamed for was not characteristic of me & against the values and teachings of my family. I have tried to follow the principles & the belief that serving humanity is most virtuous & noble thing to do. It also is what good citizenship means. And I am proud to have tried to make a difference in this world; not from 2009 or from 1983, but from 1970's I was living in Canada & even before I came to North America. I saw my parents helped others when they did not have enough for themselves. But they had a big heart & generous people.

I still love Pakistan the land & country I came from. I admire the United States for what this nation & land stands for in this world, and cherish Canada for its peace keeping stance, its policy of multi-culturism, and its contribution to the international development of poor countries.

I have always felt privileged & blessed to be in this land and country. I will never be able to payback the gift of education & knowledge that I have gained in this country. The life of liberty, freedom, and success & prosperity that me & my family have enjoyed. It is the same like my debt to Pakistan.

Because of our charity, community & volunteer work for causes, me & my family had the honor & privilege of meeting some of the most amazing leaders of this country :

o President Barack Obama, after the historic election of its first African American President in , 2009.

o Madam Nancy Pelosi, the first Woman Speaker of the United States Congress in 2010.

o We supported President Clinton's Global Initiative to fight poverty & disease, promote education among all under-developed nations of the World , and might daughters met him;

o My family supported & met Secretary Hillary Clinton in her bid for election to be the first Woman President of the United States in 2008.

o  Over the years we have supported President Jimmy Carter's Project Habitat for Humanity.

o  We joined hands in support of efforts by another Pakistani-American Salman Ahmed- an Honrary United Nation's Ambassador for his global initiative in New York, at the United Nations General Assembly Hall in 2010.

o  We have been honored & fortunate to support Congress Woman Judy Chu's effort to have recognition & appropriate compensation of 1862 mistreatment of Chinese migrant workers a dark episode like the Interment of Japanese & Germans origin US Citizens during the 2nd World War.

I am presently housed at the insitution, which was one of the internment campsite in 1940s.

I have always believed that empowering Pakistani-American Community in Los Angeles & their participation in the American political process was important to fight extremism, terrorism, and religious intolerance in Pakistan & as a service to this welcoming nation. It has been almost 40 years now that Pakistan has been in the grip of corrupt politician & particularly two families i.e Bhuttos & Zardaris, and Sharifs for the past 25 years. Pakistan is completely Talibanized now . Al-Qaeda, Lashkar, Sipahe- Sohaba and other murderous & extremist groups are every where, whether it is Northwest Province, or Punjab, or Karachi, Sindh.

Retired General Stanley McChrystal writes in his Memoirs that Osama Bin Laden established Al-Qaeda in 1988, during a meeting held in Peshawar, Pakistan. That was the time & year Benazir Bhutto became the Prime Minister of Pakistan. In 1993, again during the 2nd term of Benazir Bhutto General McChrystal writes Osama Bin Laden was now planning attacks against the US & western interests across the world. What Bhuttos & Zardaris were doing please refer to an investigative journalism article titled " House of Graft " published in the US under EXHIBIT # 4.18. US war on terrorism          & billions of dollars in allocated by the US Congress for this purpose made Bhuttos/ Zardaris & their cronies very wealthy, but it did little for US national interest or in making life safe for the ordinary people of Pakistan. And who the partners of Bhuttos & Zardaris... the most influential people of the World Memon Organisation (WMO) i.e Haji Abdul Razzak Yakoob, Khananis & Kaliyas, the operators of the largest money-changer, FOREXES, and money

transfer (Hawala) business in Peshawar, Lahore, and Karachi, Pakistan. Please refer to EXHIBITS # 4.12 , 4.13 and 4.18, for inter- relationships:

| | | |
|---|---|---|
| Heads of State - Pakistan | Benazir Bhutto | 1988 -1990 |
| | Prime Minister | 1993 -1996 |
| | Asif A. Zardari | 2008--2013 |
| | President | |
| Their Ties/Business Partners | Haji Abdul Razzak | President WMO |
| | Iqbal Memon | Asst.    Secretary WMO |
| | Saddrudddin Hashwani | A Billionaire of Memon Community |

Other references in this submission : Section 3.4, page:59

The Chief of Pakistan's Federal Investigation Agency (FIA) cannot get these biggest money launderers, money changers & Hawala operators ( Khanani & Kaliya whose businesses are money conduit for terrorists also, because of their contacts & connections right to the top of Pakistani Government. Please look at EXHIBIT # 4.12 , page : 357 who these people are:

| | | |
|---|---|---|
| Pir Mohammed Kaliya | Vice WMO | President |
| Haji Kassam Khanani | Vice WMO | President |

For more than 25 years, I did not know about Khalid B. Ahmed, his family, and Akbar Omar what their background & ties were . I find myself totally lost to explain , how come I never realized that we were families utterly incompatible in our upbringing, moral values, and about right & wrong in life.

I came to America for very different reasons, they did and one of Khalid B. Ahmed's brother lives in Dubai, UAE, now. They sided with & partnered with corrupt politicians Bhuttos, Zardaris, Jatois, and Sharifs who plundered Pakistan & let the lawlessness , terrorism, religious extremism & violence grow as long as their coffers were filled with money. I saw the United States as the torch bearer of freedom, human rights, a nation that has law & constitution & all citizens big or small are supposed to live by it & respect it , and a place where your hard work & talent matters, and you be whatever you want to be, only the imagination is your limit. I was not looking for safe heaven where your masters & you run to hide, to avoid the long arms of the law.

The fight against terror, religious extremism, and barbaric

a

acts in the name of Islam, when Islam a religion of peaceful living prohibits it , is very real and personal for me.

While I have enjoyed a life of liberty, with peace & freedom, and of success & luxury by even American Standard, my own family in Pakistan had suffered because of religious violence and terrorism:

- o   One of our relative , a young & bright Physician , was shot point blank in head , by a gun toting extremist right outside his office, in Karachi, Pakistan.

- o   My younger sister had to leave her home in Karachi, Pakistan in 2002, to move with my older brother & the rest of the family in Multan, Pakistan , because attack on her house , life threat, and safety of her family in 2002.

- o   Just within a week, following our visit to Pakistan in 2009, all women & children were terrorized for over 2 hours & my brother-in-law was hurt, as terrorists/ machine guns toting men held my family hostage and ransacked the house.

It happened during the Presidency of Asif A. Zardari. Two of Ahmeds i.e Suhail Siddiqi & Obaid Jatoi were working as Advisors to the President at the time. The shuttled between Islamabad & California, back and forth. And Osama Bin Laden lived peacefully near the Army Headquarters in Abbotabad.

On November 23, 2011 Suhail Siddiqi sent a text message to his family (Ahmeds) to go and file complaints against me & my wife from Islamabad., Tehmina Khan (Jatoi) followed it 5 days later with a call to Brian Schneze, FBI, Khalid B. Ahmed taking over the complete control of Hedge Fund on December 13, 2011, and Syed Imran Ali called a strategy meeting at his house on December 24, 2011, and all what Ahmed Family & Omars have done since then is to lie, misrepresent, cover-up & withhold information from the     US Department of Justice. But I do believe in this country, its Constitution, Laws & the Justice System. My father taught me to stand up for your principles & I intend to do that for my family & all the REAL VICTIMS.

## 3.8  CONSPIRACY & FRAUD

The conspiracy and fraud was committed through:

1)    Cyberspace piracy and interferring with TTM's computers.
2)    Stealing of records, notes and documents from TTM's offices.
3)    Through burglary and break-in.
4)    Acquiring of TTM's Business Development & Execution Plan throgh trickery & deception;
5)    Sabotaging the Restitution Plan;
6)    Theft of TTM's Intellectual Property -- SQL Base Stock Selection and Investment Software by taking control of the Access Directory & Codes, despite the fact I was the Owner, CEO & their employer, completely downloading the software from TTM's Server onto another machine & then leaving an inoperable version on the Server.

While the moves to grab hold of TTM's Intellectual Assets & Database had started in July, 2008 or even earlier, but the filing of law suit by Akbar Omar in March, 2011 & his defining of the case as a "Ponzie Scheme" was the trigger event and " BLAME THE VICTIMS WHILE STEALING THEIR ASSETS" , lie & mislead the investigators, to convince them that the main Pool account, the UBS A/C never existed. The most valuable assets lost are: the Software- valued between $ 360 - $ 1,450 Million range, Business Plan - estimated value $ 500 - $ 4,000 Million , and the $ 80 Million UBS A/C.

There was meticulous effort to conceal the heist & erase all fingerprints, but despite that a lot of bits & pieces of information got left behind which is presented in this Complaint. I consider it my obligation to disclose the conspiracy & fraud committed, to the families who have been injured: losing their savings & are late in their life, close to retirement, my own family our house & all valuables forfeited and/or foreclosed with Conspirators telling blatant lies, and my creative & innovative work, a body of knowledge, ideas, research & technology which was a highlight of my professional career stolen. I am the only one who has the knowledge of the sequence of events,who can help break open this case so justice

is finally served , as there is knew information & knowledge, which
I did not have before, and I had accepted the total responsibility
through my Plea Agreement of all actions, mine or others.

3.8.1   BLAME THE VICTIM & HIS FAMILY AND STEAL HIS ASSETS

As the records stand in both the US District Court & the
Los Angeles Superior Court, me, my wife Meher & my daughter
Mahivish have been blamed responsible in the Civil Action.
Akbar Omar , the Plaintiff in the civil case, and 22 other
Conspirators, who had an approximate investment of
$ 20.6 Million have disguised themselves as victims among the
other investors , the REAL VICTIMS. There is no mention of loss
or damages that these 23 Conspirators have caused to my company
TTM Inc., me & my family, and 35 other investors which amounts
to approx. $ 993.7 Million, including stealing of the major
Pool A/C of $ 80 Million. ( EXHIBIT # 4.20 )

Meher had been working 16-18 hours every day, in her Medical
Practice since the early to mid 1980's. Everyone of the 23
Conspirators knew that. She did not have time to get involved.
She would be either sleeping during the early Market Hours,
because of coming home @ 2:00 AM or 3:00 AM in the morning or
at work & making rounds at the hospitals during the Market hours
Her only contact with my staff, or all the Investors/Visitors,
including Akbar Omar was to invite everyone in my Office/Library
for breakfast between 09:30 - 11:30 AM , as her hospitality and
our family tradition. She would have no idea what went on during
the day at TTM; what time I logged on or logged off, which
stocks I traded, how long I was in the market. Who came to our
house to trade with me or to learn & observe, and conduct
research. How well or badly I did in the market on any
particular day in the market. Her information source will be
either me, or the Investors/ Visitors who came to trade, or
learn & observe, and conduct research, or my staff, or those
investors whose relatives were employed at TTM.

Mahvish, our older daughter, had moved out of our house in 2001
as she started College & from 2005 was studying at Pepperdine

University-School of Law and lived off campus with her husband
Faisal Rajput. She only came to live with us in the summer of
2005, i.e. from May/June, 2005 to Aug, 2005, when she graduated
from Layola Marymount University & was waiting to go back to
Pepperdine University to do Law. She was married on Aug 12,
2005, and moved out of our house again to live with her husband
& to attend the University.

Like my wife Meher, our daughter Mahvish had no idea what I did
during the day... When I logged on, when I logged off the
market, what stocks I traded, how did my trades go, how well
or bad my day was, whom I employed at TTM, who was coming to
our house to trade with me, or learn, or do research. Her source
of information would be Mom & Dad, some of my employees who knew
her i.e. Shaun A. Khan, Erik Paxman, Adil Khan, his older
brother Salahuddin Khan, through family & social contacts but
very rare.

I handled all finances & banking for personal & family for TTM,
for the Medical Practice Meher F. Tabataban, MD Inc and made
all the decisions. My family members... Meher, Mahvish, our
younger daughter Mahrukh, did not know what my daily routines
were i.e. when I went to the bank, what deposits and transfers
I did, who sent checks or wires to TTM Account at Bank of
America, Whom I sent checks or wires among the investors on any
particular day. All my staff of 8 Analysts knew my daily
routines. All investors who came to trade, or learn or conduct
research knew my daily routines. They exactly knew, if I was
in the market or out of the market, which stocks I traded, what
price I bought & sold... As I would announce for the investors
who sat with me in the Library (my office) & mirrored my trades,
at what price I was buying a particular stock or selling it,
how many shares I bought. My large 22" flat computer screen
would display my holdings at a particular point in time and
would show alert messages on my screens visible to all sitting
around me if I bought any stocks, what stock I bought, at what
price, at what

time & quantity, whether the trade was fully executed or partially executed, what stock I sold, its selling price, time of trade execution, and quantity sold. I used 2 computers, each fitted with 2 22" flat screens and all of my 8 employees/Analyst Computers were also dual-22" flat screen computers. I also used much larger fonts as compared to investors' Notebook Computers with 10" - 12" screens & much smaller font.

The EXHIBIT 4.1 page 20, shows a general layout of the Office/Library where from I managed the Investment Pool, where the Trading Computer(1) and Research Computer(2) were located, and the locations where various private/confidential records & documents were kept inside the Library which also acted as a repository for all out personal and business information. In relation to my Trading & Research Computers (1&2), Investors, Visitors & Traders sat in the following locations:

| | |
|---|---|
| Akbar Omar | Location (5) |
| Zubaida Noor Khan | Locations (4) & (5) |
| | |
| Arif Z. Mansuri | Locations (3) |
| Sajid B. Ahmed | A temporary setup |
| Abdul Rashid Khan | around my Trading |
| | Computer (1) |

As it is evident from the layout diagram, my Trading Computer(1) dual, 22" display screens, and the Cable TV (13) which broadcasted CNBC Business & Market News, throughout the market hours, were in clear view of any Investor/Visitor & Trader coming to my office/library, and this particular setup, the large flat screen monitors & large fonts were purposely used so that everyone could see what I was doing, and also conduct research undisturbed.

From Pre-market hours i.e. 5:00-5:30 AM Los Angeles Time, my 22" flat screen displayed Charles Schwab's Street SmartPro Trading Platform with UBS Platform running in the background until 7:30 -

8:00 AM. After the Close of the London Stock Exchange (LSE)
& European Markets, I ran only Street SmartPro- Charles Schwab's
Platform until the Close of the US Markets or an hour or more
into the Post-market. Because of foul play involving tempering
of computers & cyberspace piracy, there is no trace of UBS trading.
However, a version of my Charles Schwab Street SmartPro screen
display remains stored on my Trading Computer(1) under Syed1
and/or Syed11. This computer is still in the custody of the
Federal Bureau of Investigation. By restoring my typical Street
SmartPro screen it can be seen by the Court & the US Attorney's
Office, how much information & detail I displayed on my Trading
Computer(1) screen, continuously, which these fice (5) Investors/Traders
were looking at, but have covered up from disclosure to the
government investigators & the Grand Jury.

Attorney Mark Werksman took multiple photographs of my Office/Library
in Jan/Feb, 2013, before I handed over the keys to our house
to him, for custody transfer to USMS or US Attorney's Office-
DOJ in March, 2013. He may still have the photographic evidence
in his possession, for presentation to the court, and the US
Attorney's Office.

Also, if not already handed over to the Federal Bureau of Investigation,
the Law Firm of Mark J. Werksman should also have the physical
evidence of three (3) desktop computers, assigned to the employees
of TTM Inc., which were badly tampered with i.e. one computer
with a crashed hard drive and two (2) with no hard drives, which
I now believe were deliberately held back from the Law Firm
of Mark J. Werksman, when other five (5) employee computers
were sent & I am not certain how many computers were backed
up & whether all files & directories were transferred to the
two (2) backup hard drives, for forensic investigation, per
my instructions, as many of the TTM's staff members were involved
in the conspiracy and were related to the Conspirators.

Akbar Omar & Zubaida Noor Khan, the two (2) most frequent visitors

of my Office/Library were not just passive observers as Akbar Omar made the FBI Special Agent Brian Schneze believe in his testimony of June 24, 2011 or Zubaida Noor Khan covering up & completely withholding information about her hundreds of visits, but they were active traders & investors of their own accounts which were separate from the Investment Pool, and spent if not thousands, hundreds of hours with me in my Office/Library, trading and watching the large 22" dual flat screens of my Trading Computer (1), often mirroring my trades or using the Research Computer (2) to conduct research and make their own selection of stocks, trading & investment decisions.

Zubaida Noor Khan had been visiting me & trading with me occasionally since 2002/2003, even before there was an Investment Pool. She or Akbar Omar were not forced to come to my home/office, and trade with me. They cam for their own financial interest & benefits. If they had realized I was lying or misrepresenting, and that what they saw on my Trading Computer (1) screen was different from what I told them the gain or loss figure was, there was no reason to come, let alone invest their money in the Pool.

The coverup & withholding of information by Akbar Omar and Zubaida Noor Khan about their visitis & what they did during those visits to my home/office, what they saw on my computer screen & they knew day after day, was a blatant lie & part of a conspiracy, and others weighed in to save their friends & family by completely diverting the attention of the Federal Bureau of Investigation, the US Attorney's Office, and the Grand Jury. It was a well planned & coordinated effort by the 23 Conspirators & Co-conspirators. Some of them played as my closes friends & the most trustworthy & loyal employees while stealing the intellectual property of TTM Inc., and Akbar Omar posed as my brother-in-law to the gated community association's office, while based upon my information & knowledge, I believe he had taken control of the largest A/C of the Investment Pool, and the three (3) other Investors/Visitors had remained silent.

Your Honor: Therefore, it becomes extremely important to look into the historical communication data & records to determine what the truth is. I, once again, express my strong support for an order of warrants under the Federal Stored Communication Act (SCA) 18 USCS 2701-2712, & Communications Assistance for the Law Enforcement Act 1994 (CALEA) 47 USCS 1001-1002 and any other applicable statute to empower the Federal Bureau of Investigation and the US Attorney's Office to access, collect, and look into the historical communication data & records, if and when they make such request. The four (4) important areas to be covered & looked into for the historical stored & recorded data are:

1) Cell Site Location Information (CSLI).
2) IP Address data (IP).
3) IAS Network historical records of the gated community "The Country," where I lived.
4) Recorded & stored content of conversations under the federal SCA.

I am providing the following very specific time windows in this Submission and would cooperate with both the Federal Bureau of Investigation & the US Attorney's Office, as required:

| | |
|---|---|
| Akbar Omar | July 1, 2008-Feb 2, 2010 |
| Zubaida Noor Khan | April 1, 2009-Feb 2, 2010 |
| | March 1, 2010-Oct 31, 2010 |
| | |
| Arif Z. Mansuri | March 1, 2010-Oct 31, 2010 |
| Sajid B. Ahmed | March 1, 2010-Oct 31, 2010 |
| Abdul Rashid Khan | March 1, 2010-Oct 31, 2010 |

Although Akbar Omar & Zubaida Noor Khan had been visiting my Office/Library over a longer period of time, the above mentioned time windows will still cover 250-300 visits of Akbar Omar, and 175-200 visits of Zubaida Noor Khan.

124 of 518

All of the above mentioned time windows would apply to CSLI historical data, the IP Addresses, and the IAS Network historical records only.

The CSLI hostorical data will confirm:

i) How often an Investor/Visitor came?

ii) How long did he or she stay at that location? and

iii) Did they stay past 1:00 PM Los Angeles Time, the Closing Time of the US Market?

The Closing Time of the US Market was important, as the Daily Profit & Loss figure for the Investment Pool would be available to the Investor/Visitor, since the London Stock Exchange (LSE) closed at 8:30 AM Los Angeles Time, every Business Day.

Your Honor: The CSLI historical data, when looked at in combination with the IP Address data, would reveal the activity of the Investor/Visitor at the location he or she was, and this was important in the case of Akbar Omar & Zubaida Noor Khan who had both lied, covered up & misrepresented i.e. Akbar Omar on June 24, 2011 during his testimony before the Federal Bureau of Investigation Special Agent Brian Schneze and Zubaida Noor Khan in the US District Court on June 24, 2013 in her statement before the court. The IP Address data will show what time the Investor/Visitor logged on & off to his or her account.

The same CSLI historical data, when looked at, in combination with the IAS Network surveillance records will show exactly what the date & time the Investor/Visitor came into the gated community where I lived & my office was located, and which gate he or she used for Entry, and what time the Visitor left & which gate was used to exit the gated community. Akbar Omar had a Transponder # DBLP 10327 issued to him on Feb 19, 2009. Please

125 of 518

refer to page: of EXHIBIT 4.17. In his case more information & even surveillance Video Camera snapshots data should exist, if not deleted & beyond recovery.

Your Honor: I have included in this submission pages:   &   of EXHIBIT 4.17, as an illustration of what sort of information & data might exist and was recorded as a part of surveillance of the gated community & IAS Network contact information on page: of EXHIBIT 4.17. A Daily Transaction Report of my car, Transponder # DBLP 10305, for the period 02/06/2011-07/06/2011 page: EXHIBIT 4.17 is also attached. This Transaction Report further reveals that on June 15, 2011 when Akbar's son Attorney Shazad Omar, Attorney-on-record my Civil case # BC 457773 Superior Court of Los Angeles, entered the gated community, illegally, and stole UBS Account Trading Records & Backup Hard Drive of TTM's computers which also included Attorney-Client privileged communication with Attorneys Michael St. Dennis & Mark Werksman, our house and cars were under surveillance & he chose times to make entry attempts/entry when both me and my wife were not home.

My wife's pattern of leaving home every day between 10:30-11:30 AM for her hospital round & returning home between 2:00-3:00 AM the next morning was set & predictable & Akbar Omar knew that. However my pattern was not predictable as to when I would leave home & when I would return. Akbar Omar and Attorney Shazad Omar had to carry out a surveillance of our home & cars to find a time window to make a burglary attempt.

As evidenced by the Daily Transaction Report of my car page: of EXHIBIT 4.17. I was in & out of the house (4) times that day:

6/15/2011        09:52 Hrs Entry        Diamond Bar Gate
                 10:53 Hrs Exit         Diamond Bar Gate
                        126 of 518

| | | |
|---|---|---|
| 6/15/2011 | 15:12 Hrs Entry | Diamond Bar Gate |
| | 15:58 Hrs Exit | Diamond Bar Gate |
| | 20:54 Hrs Entry | Diamond Bar Gate |
| | 21:54 Hrs Exit | Diamond Bar Gate |
| | 23:45 Hrs Entry | Diamond Bar Gate |
| 6/16/2011 | 07:24 Hrs Exit | Diamond Bar Gate |

The first opportunity for Attorney Shazad Omar came when I left home at 10:53 Hrs & that would be just about the time my wife left for her hospital rounds, also. His 2nd opportunity came at 15:58 Hrs & 3rd at 21:54 Hrs. Attorney Shazad Omar availed both the 1st & 2nd opportunities to attempt entries & enter the gated community that I lived in. Both our house & cars must have been under surveillance & monitoring by Akbar Omar & Shazad Omar all day on 06/15/2011, and there were accomplices in this burglary. Akbar Omar knew the layout of my Office/Library & where records were kept because of his visits & they learned the location of Backup hard drive of TTM's computers from Ashvin Domadia as he was involved in backing up computers, before they were handed over to the Law Firm of Mark Werksman on 06/01/2011. While it is up to the Federal Bureau of Investigation & the US Attorney's Office, but I would suggest that historical telephone conversation recording for Shazad Omar should be looked into from 8:00 AM - 8:00 PM on 06/15/2011, in the least.

Your Honor: My company TTM Inc. operated three (3) wireless, open access, unprotected Internet Connections i.e. two (2) with Adelphia Cable Network & one with Verizon, which were used by my staff of eight (8) analysts, myself for the Investment Pool, and all the Investors/Visitors who came to my home/office. There were two (2) modems & two (2) Routers employed on the Network.

127 of 518

My logon IP Address can be obtained from Adelphia Cable Network or from Charles Schwab where I operated one of the trading account of the Investment Pool from December 7, 2007 - March 28, 2011.

All of the five (5) Investors/Visitors brought their own Laptop and Notebook computers, and sat around my Trading Computer (1) in location spots marked (3), (4), and (5) on my Office/Library layout diagram EXHIBIT 4.1 page    :

| | |
|---|---|
| Akbar Omar | Had five (5) Accounts with TD Ameritrade & Fidelity His Investment Portfolio had $100 Million according to him at one time. |
| Zubaida Noor Khan | Had Investment A/C with Charles Schwab. |
| Arif Z. Mansuri | Had A/C with TradeStation |
| Sajid B. Ahmed | Had A/C with Charles Schwab |
| Abdul Rashid Khan | Had A/C with TradeStation |

All of the above accounts were separate from the Investment Pool & their login location's IP Address can be verified from their respective investment banks. The last three (3) Investors/Visitors, listed above, who came to my home/office between Mar 1, 2020 - Oct 31, 2010, they came to observe, trade, and conduct research, daily, and stayed from the Opening of the US Market to the Close of the market, almost on every visit.

Zubaida Noor Khan lied & misrepresented when she made a statement in the US District Court on my June 24, 2013 Hearing, during the period of Mar 1, 2010 - Oct 31, 2010, whenever she came, she traded her own Charles Schwab A/C, and stayed from the Opening of the US Market to the Closing, along with the three (3) Investors/Visitors. She did the same i.e. traded her

own Charles Schwab Account, from Apr 1, 2009 - Feb 2, 2010, when
Akbar Omar was also coming to my hom/office.

Akbar Omar also lied, misrepresented, and covered up as to what
he did, during his visits to my home/office, in his statement
made to the Federal Bureau of Investigation SA Brian Schneze
on June 24, 2011. Every visit he made to my home/office from
July 1, 2008 - Feb 2, 2010, he brought a laptop computer to
trade his Investment Portfolio.

A check & collection of historical IP Address data of all of
these Investment/Visitors will confirm that they all were
trading from my home/office.

Any one of these Investors/Visitors did not have to rely upon
my representations or representations of any other person who
was not even present in my office/library, during the Market
Hours, while they were present in my office/library, observing
me, watching CNBC Business & Market news on Cable TV (13), and
trading along with me. They could look at my Trading Computer
(1) screen at any time during the market hours, how I was doing
or after the Close of the US Market, how the Investment Pool
did that day.

A rectangular bar on top of the Charles Schwab Street SmartPro
Platform displayed the profit/loss figure of that account, which
was updated, continuously. Another rectangular window at the
bottom right corner of my screen displayed a combined
profit/loss figure of both the UBS & Charles Schwab A/Cs on
computer calculator separately.

Both Zubaida Noor Khan & Sajid B. Ahmed used the Charles Schwab
Street SmartPro Trading Platforms. They knew where to look for
the profit/loss figure on the screen. The three (3) other

129 of 518

Investors/Visitors were also computer literate & used Professional Trading Platforms.

Both Akbar Omar & Zubaida Noor Khan distorted the truth & the rest of the Conspirators & Co-Conspirators aided them to avoid being caught in a lie. The CSLI historical record, the IAS Network gated community Entry & Exit historical data, and IP Address data will reveal what was covered up & held back. If an Investor/Visitor stayed up to the Closing of the US Market, then he/she knew what the Daily profit/loss figure was just by looking at my Trading Computer (1) screen. The display screen was populated with much more details, graphics & charts, if an Investor/Visitor wanted to know more than just the profit/loss figures & conduct their own check & balance of my trading activity and stock by stock buy & sell decisions. As the historical data is looked into a number of questions need to be asked to uncover the real truth & facts:

    i) If the Daily profit/loss figure I told them what it was did not match with what they saw on the Trading Computer (1) screen why did he/she not confront me before leaving?

    ii) Why did he or she come the next day, if they were suspicious of what they saw on the screen & what I told them were different figures?

    iii) These Investors/Visitors continued there visits & trading of their own accounts at my home/office for a long period of time, despite what they represented to the FBI & the US Attorney's Office, shown below. Why did they continue to come if they were suspicious?

| | |
|---|---|
| Akbar Omar | 1 year 7 months |
| Zubaida Noor Khan | 1 year 5 months |
| Arif Z. Mansuri | 7 months |
| Sajid B. Ahmed | 7 months |
| Abdul Rashid Khan | 7 months |

iv ) Why did the Investors/Visitors continue to trade
their own accounts from my office/library if what
they saw on my Trading Computer (1) screen and
the Daily figures did not match up ?

They would have realized that there was nothing
to learn or to benefit them.

v ) Why did the Investors/Visitors not stop investing
in the Investment Pool, if they had thought I
was lying & misrepresenting, and the figures in
the Monthly Report did not tally with the figures
they had been seeing on the Trading Computer (1)
screen ?

vi ) Why did Zubaida Noor Khan not tell other Investors/
Visitors what she thought was going on with the
Investment Pool, after the start of the dispute
with Akbar Omar in Feb, 2010 ?

On the contrary, from Mar 1, 2010 - Oct 31, 2010
she came to my office/library more regularly,
joining the three (3) other Investors/Visitors,
almost daily.

vii ) Why did Zubaida Noor Khan wait until Akbar Omar
lawsuit in March, 2011, and the disappearance
of the UBS A/C in May, 2011, to claim I had defrauded
& misprepresented to her also, for investing her
money in the Investment Pool, despite the fact
she traded her own separate Charles Schwab A/C
herself from my home/office & also was there to
witness herself my trading of the Investment Pool ?

Your Honor: Neither Zubaida Noor Khan, nor any of the other three

131 of 518

(3) Investors/Visitors had to continue to come after Feb, 2010, when my dispute with Akbar Omar started over the visit of two (2) individuals who posed themselves as IRS Agents, and both him & his wife (or Common Law) Rukhsana Omar had started to talk derogatorily about me, my family, and the Investment Pool, along the same lines, as alleged in his civil lawsuit # BC 457773 Superior Court of Los Angeles, on March 22, 2011, If what Akbar Omar was alleging was true. He would have been the first one to know, if the UBS Account did not exist, that the Investment Pool is losing money, instead of making any money, as the Monthly Reports claimed. He would have stopped investing & coming to my home/office in 2008, instead of waiting until Feb, 2010 when the dispute began.

As a matter of fact, Your Honor: my office/library was beseiged with requests since 2009, from many people wanting to come, learn, conduct, research, trade their won accounts, and their sons & daughters to do Internship with TTM Inc. In the summer of 2010, as many as fifteen (15) Investors/Visitors, staff members, and summer students were coming to my home/office every morning. Eventually, in Sept./Oct, 2010 one of my neighbors wrote an anonymous letter about the congestion on the street. In keeping with the wishes of my neighbor, in or around Oct 19, 2010, I allowed my staff to work remotely & submit their reports via Internet/email & post on TTM's proprietary SQL base, stock selection, trading, and Investment Software Program. The three (3) Investors Arif Z Mansuri, Sajid B Ahmed, & Abdul Rashid Khan still wanted to trade together with me. So a VOIP setup was installed by my staff so that I could talk & conference with the three (3) Investors or any member of my staff through TTM's Computer Network, over a microphone.

There were ongoing intrigues by the two (2) major investors Khalid B. Ahmed and Akbar Omar and their families to either control TTM Inc. or the Investment Pool assets. This change

of operation in Oct, 2010 put TTM's computers loaded with information, research & database I had maintained since 1999, and its most valuable asset, the SQL base, stock selection, trading & Investment Software within the reach of Conspirators & Co-conspirators, and in their homes as five (5) of the eight (8) TTM's employees were related to them & have all been identified also, as Conspirators. I was too naive to realize the consequences of this move, as I still trusted all of the 23 individuals & families despite my dispute with Akbar Omar which was simmering more & more now.

Your Honor: My company TTM Inc. has been harmed and damaged beyond repairs. The 35 Investors, whom I had identified as the "Real Victims" in my submission to the court of April 10, 2015, have lost millions of dollars in Investment. My company TTM Inc. has an obligation to appox. $35 Million or so in corporate taxes to the Internal Revenue Service. Plus me & my family have also suffered millions of dollars in personal financial losses & my name and reputation has been damaged by malicious & vicious families, while I accepted personal responsibility as CEO of TTM Inc. and the one who managed the Investment Pool, because that is how I have been raised & values have been taught by my family. And I agonize for the losses suffered by others under my watch & I feel so sorry for my trust in wrong hands & on wrong people who were not worthy of it & betrayed me in the end.

3.8.2    Cover-up & Concealment of Facts
What Investors/ Visitors turned Witnesses
Saw on my Computer Screen & their purpose of visits

EXHIBIT # 4.1, and also page: 33 of the Legal Brief shows a layout of my Office/ Library. Sub-section 3.8.1 included information where these Investors/ Visitors sat. Photographs of my Office/ Library setup & layout were taken by Attorney Mark Werksman in January/February, 2013 , and that physical evidence should exist with the Law Firm of Mark Werksman. The

Visits & Trading activity can be confirmed by accessing the CSLI Historical Data, IP Addresses, by stored Communications under SCA, and from IAS Network Historical Records of Entry & Exit data of the gated community. This sub-section (3.8.2) describes in detail, what these Investors/Visitors & Traders were looking at, on my Trading Computer (1) screen and how significant & material the cover-up was. For months they sat around my Trading Computer & looking at its screen, but none of their statements or of their families & friends mention it. Please refer to EXHIBIT #4.1, page    .

Your Honor: In addition to using dual, large 22" flat screens and large fonts, my Trading Computer (1) was not located on my Office Desk (6), as Investors/Visitors & Traders would be looking at the back of my computer screens. Instead, my Trading Computer (1) was located against the wall in location/spot (1) so that the display screens were facing the Investors/Visitors and seating areas (3), (4), and (5) were created, intentionally, so that everyone could see & read my screen & my operating of the computer keyboard & sending off the trade execution commands. These trading sessions were interactive, as sometimes, we would have discussion on my trading decisions, stock picks, pricing, market & stock price trend, using the entire screen for charts & technical analysis during discussions.

Your Honor: The observation of my sending off trade execution commands by Investors/Visitors & Traders was important when I was using the Cybertrader Trading Platform, from Nov 23, 2005 - Dec 7, 2007 for the Investment Pool, as the keyboard was color coded & execution commands involved many manual steps. Both Akbar Omar & Zubaida Noor Khan had seen that. Charles Schwab Street SmartPro Trading Platform was more automated, reliable & secure.

EXHIBIT #4.1, page    shows the details of my typical Charles Schwab Street SmartPro Trading Platform screen display, which would be in clear view of all the five (5) Investors/Visitors, as they sat around my Trading Computer (1), particularly those sitting in locations/spots

(3) & (4), while location/spot (5) had sharp angle. But all Investors/Visitors chose their places to sit down, observe & trade. For convenience & read reference I have also included the layout of my Office/Library under EXHIBIT 4.1 page201, again.

Your Honor: EXHIBIT 4.1 page 202, illustration of my Trading Computer (1) typical screen is almost identical to the display screen saved under Syed1 or Syed11 on my Trading Computer (1) in the custody of the Federal Bureau of Investigation since October 30, 2012 to the best of my recollection. By restoring the saved screen display of my Trading Computer (1) it can be verified what information & how much detail these five (5) Investors/Visitors were looking at, continuously, during the US Market hours i.e. from 6:30 AM - 1:00 PM Los Angeles Time. But, it was deliberately covered-up & withheld from disclosure, from the Federal Bureau of Investigation, the US Attorney's Office and perhaps from the members of the Grand Jury, in the same manner, as the information concerning the visits & what they did during those visits to procure my indictment. I request the esteemed court that all the records, documents, and all other evidence collected by the Federal Bureau of Investigation from my residence on October 30, 2012 be preserved for the anticipated lawsuit against the Conspirators & my appeal under 28 USC 2255.

My three (3) computer (2 Desktops + 1 Notebook) in the custody of the Federal Bureau of Investigation should also have the CyberTrader Trading Platform display screen, which can be restored by the FBI Computer Forensics Laboratory, to see my typical display screen & its content. I used the CyberTrader Trading Platform from March/April, 1999 - December 7, 2007 & both Akbar Omar & Zubaida Noor Khan knew that & had seen my display screen of CyberTrader A/C which was replaced by Charles Schwab Street SmartPro Platform. Akbar Omar knew as far back as 2007 & Zubaida Noor Khan since 2002/2003, before Akbar Omar joined the Investment Pool in November, 2008 & Zubaida Noor Khan in April, 2009, respectively.

They both knew that CyberTrader was a Charles Schwab company, acquired by them in 2001 & both of the Trading Platforms were developed by

CyberTrader, but Street SmartPro Trading Platform was better in execution as it did not require color coded keyboard (or a Stencil) & was more automated (required less keyboard steps), more secure against hacker attacks, hence the reason why I treated Investment Pool A/C with CyberTrader, differently.

Your Honor: While the Charles Schwab's Street SmartPro Trading Platform Operating Manual is the most authentic reference, I have made best effort to explain in simple terms, for the esteemed court & US Attorney's Office, what each of the eleven (11) windows populating the display screen of my Trading Computer (1) in EXHIBIT 4.1, page 202 represented:

| | | |
|---|---|---|
| 1 | TRADING STATUS BAR | A long rectangular window on top of the 22" flat screen displayed how much money was invested in the market, Total Profit & Loss on the account at a particular time of the day. Net profit on the account in green color and Net loss in the red color. |
| 2 | INTRADAY CHART WINDOW | Under the TRADING STATUS BAR, in the left upper corner, a candle chart showing price & volume in red & green candles of stock being displayed and/or traded on 1-Minute interval, 3-Minutes interval, 5-Minutes interval, and 10 Minutes and so on. These time intervals and displays could be adjusted, but the market controlled the chart price and volume of the stock & not the Trader. Green candles indicated price going up & Red candles indicated price falling. |

| 3 | DAILY CHART WINDOW | Under the TRADING STATUS BAR, in the right upper corner, a linear chart showing the price & volume of the same stock, shown in the INTRADAY CHART WINDOW, on a daily basis, and stock price trend over a number of days. |
| 4 | STOCK PORTFOLIO WINDOW | Also known as MONITOR LIST. It displayed real time performance of 100 Best Performing Stocks based on research & analysis conducted by eight (8) TTM Analysts & TTM's SQL Base, Proprietary, Stock Selection, Trading & Investments Software, after applying both Technical Analysis & Financial criteria. The display included stock symbols, current price, High & Low price of the day, stock traded volume, change from the Closing price of the previous day both in dollar terms & percentage terms. I maintained 8-10 Stock Portfolios including Sector Indexes, DOW, NASDAQ & S&P500 Market Incides. This rectangular STOCK PORTFOLIO WINDOW was kept on the right side of the screen. Clicking anywhere within this rectangular window would bring it upfront & the DAILY CHART WINDOW & any other window on the right side of the screen will go into background, as in layover chart display. |

137 of 518

| 5 | DYNAMIC TICKER WINDOW | Displayed selected stocks from the STOCK PORTFOLIO WINDOW & those being held & traded by me, during the day to display the Buy & Sell activity at any given time as a horizontal Bar Chart, with the bar getting longer or shorter from 0 – 100 % range. This window was displayed in the bottom right hand side of the 22" flat screen. |

| 6 | TRADING BOX WINDOW | Displayed Level I & II stock price & volume information on stock being traded or loaded in the TRADING BOX WINDOW as a possible candidate for trading, in the centre of the flat screen, below INTRADAY & DAILY charts. |

This window was linked to both the INTRADAY CHART WINDOW 2 & DAILY CHART WINDOW 3. The INTRADAY chart displayed price changes of the stock being traded or selected for trading on 1 minute, 3 minutes, 5 minutes or 10 minutes interval, as chosen.

The display of this information on the Trading Computer (1) screen, simultaneously in 11 different windows, populating the screen assisted with Buy & Sell decisions, i.e. when to Buy, what price to buy at, and when to Sell & what price to sell at.

All stocks Buy & Sell orders were placed through this window. The TRADING BOX WINDOW showed Buy & Sell prices & volume of stock in color, from the different Market Makers or ECNs (Electronic Communication Networks). All Market Makers & ECNs offering the same Buy & Sell price appeared in the same color bar. The color of the bars changed for different prices.

| 7 | ACCOUNT DISPLAY & EXECUTION BOX WINDOW | This rectangular window displayed stocks being Held at any time during the day, the price they were purchased if Long Position or the price they were sold at if Short Position, the number of stocks being held, Net Gain or Loss on the position, and Total Gain or Loss on all stocks being held & traded, and change in Account Balance at any given time, just like the TRADING STATUS BAR 1 on top of the screen but much more detail. |
| 8 | ORDER EXECUTION ALERT MESSAGES WINDOW | This rectangular window displayed alert messages & beep sound upon the execution of an order or partial order, time when the order was executed, the price at which the order was executed, and the number of stocks purchased or sold. |

A Trader could scroll this window

to check when the different orders
or trades were executed, the execution
prices & volumes.

The messages were kept in a log
form & the trading activity of
a Trader could be checked for
the entire day & a print could
be generated.

This window was displayed on the
22" flat screen on the left side,
underneat the ACCOUNT DISPLAY
& EXECUTION BOX WINDOW 7.

9       BEST & WORST        This window displayed the ten
        PERFORMING          (10) Best or Worst performing
        STOCKS              stocks of the day for NYSE &
                            NASDAQ of the day.

This information was very helpful
for trading and the Traders. It
took away a lot of decision making
from a Trader about which stocks
to trade, Long or Short, at any
particular time of the day. The
Trader could load these stocks,
one at a time, in the TRADING
BOX WINDOW 6, just by clicking
on the stock symbol in this window.
Once loaded in the TRADING BOX
WINDOW 6, a Trader could access
more information on Level I & II
prices from the INTRADAY CHART
WINDOW 2 & the DAILY CHART WINDOW 3.

This window was displayed underneath the ORDER EXECUTION ALERT MESSAGES WINDOW 8, to the left of the 22" flat screen.

| | | |
|---|---|---|
| 10 | MARKET & COMPANY NEWS & PRESS RELEASES WINDOW | Displayed at the bottom left hand of the 22" flat screen. |

This window ran like a ticker-tape & could be enlarged, like other windows, to fill the entire screen & read the entire story, a very important information tool for the Trader.

| | | |
|---|---|---|
| 11 | CHAT BOX WINDOW | On the Charles Schwab Trading Account of the Investment Pool, this window was displayed on the top left hand corner of the screen. |

The window ran in the background of the INTRADAY CHART WINDOW 2, but could be brought up front just by the click of the mouse & as an overlay over the INTRADAY CHART and the Trader could move this WIndow if he wanted this window not to obsctruct viewing of the INTRADAY CHART, elsewhere.

A Trader could exchange text messages & get technical support from Charles Schwab Tech-Support Team, if something was wrong with the order execution, pricing, the display screen or had any trading issue. However, a Buy or Sell order could not be placed via this CHAT BOX WINDOW 11.

The COMPUTER CALCULATOR 12 was part of the Trading Computer (1) like the COMPUTER TIME CLOCK, and not part of the Charles Schwab Street SmartPro Trading Platform. It displayed Total Profit or Loss for the Investment Pool, updated every 15 minutes & was displayed in the bottom right hand corner, of the 22" flat display screen.

Any of the eleven (11) rectangular windows, populating the flat display screen could be either minimized or enlarged to occupy the entire screen to give a full page display.

The 2nd 22" flat display screen of the Trading Computer was normally set to YAHOO-FINANCE Site. A Trader could study the financial information on companies & stocks being traded or being considered for trading. I also, maintained Sector by Sector Portfolio of Stocks chosen by TTM's Analysts. Each TTM Analyst was assigned an Industry Sector to research & study, and was required to maintain & study at least 25 stocks but no more than 50 Best Performing stocks, on price-performance, on a daily basis. They were required to print these Portfolios & their performance at the end of the day, after the Closing of the US Markets. These eight (8) Portfolios of stocks by Sector, were maintained under the User ID "TTMMASTER" by me, at the YAHOO-FINANCE Site, and at any given time the TTMMASTER contained a minimum of 200 Best Performing stocks of the various Industry Sectors, selected by Analysts, on the basis of Technical Analysis, with criteria & parameters, specified by me from time to time.

Your Honor: If the Historical Communication Data (such as the CSLI data, IP Addresses, the IAS Surveillance Computer Historical data, and the Stored COmmunication content etc.) is collected & investigated by the US Department of Justice, as suggested in my first Motion filed on August 18, 2015, in conjunction with the Supplemental Information & Material mailed on September, 2015, and the new information contained in this 2nd Motion, it will become evident how extensive the cover-up and withholding of information was, how blatantly the witnesses lied & truth has been distorted. As an illustration, I draw the esteemed court's attention to the two (2) specific interviews found under EXHIBITS

A & G of the Sentencing Memorandum filed on 06/14/2013:

The first interview is of Syed Imran Ali conducted by the FBI's Special Agent Brian Schneze on Feb 7, 2012 and recorded on pages:    & of EXHIBIT A:

> "On several occasions ALI arrived at MADAD's house at about 5:30 AM, in time for market opening, and observed MADAD sitting in his study. ALI did not see MADAD's computer screen, but MADAD had computer monitor and gave those present the impression that he was trading the TTM Investment Pool"

The second interview is of Ashvin Domadia, an Ex-employee of TTM, conducted by FBI Special Agent Brian Schneze on Feb 29, 2012 and is recorded on page:    of EXHIBIT G. AUSA Ranee Katzenstein & AUSA Mieke Biesheuvel were also present:

> EXHIBIT G, Page: 244, Paragraph    : 4
>
> "DOMADIA saw MADAD about every hour at TTM"

> EXHIBIT G, Page: 244, Last Paragraph:
>
> "DOMADIA never saw MADAD making actual Investment Trades. At times, MADAD came downstairs and told DOMADIA that he had just invested or made a trade and that he was currently up 2% or 3% for example."

Your Honor: ALI is a highly educated individual, an Anaesthesiologist by prfession who is required to be proficient in the use of a computer & read a computer screen correctly, as a part of his daily work & in accessing the Medical Records, let alone having an ability to recognise a computer screen. To the best of my recollection, Syed Imran Ali came with his brother-in-law Sajid B. Ahmed or just about the same time, on several occasions and sat in location/spot (4), about 3'-5'ft from

my dual — 22" large flat screens of the Trading Computer (1). Please refer to EXHIBIT #4.1, page    :

(i)     If ALI had not been able to see my Trading Computer (1) screens which were not tiny objects & had multi-color digital & graphic display, despite his several visits, he could have asked me or any of the (4) other Investors/Visitors, where is Trading Computer (1) screen?

His brother-in-law Sajid B. Ahmed & Zubaida Noor Khan used the same Charles Schwab Street SmartPro Trading Platform as would be running & displayed on my Trading Computer (1) screen at 5:30 AM.

(ii)    If ALI had become suspicious after visits on several occasions that some chicanery was going on he could have alerted the other four (4) Investors/Visitors & Traders who have been coming for months that there was nothing to gain and no need to come & a fraud scheme was in progress.

(iii)   ALI should have pulled out his account from the Investment Pool immediately.

(iv)    ALI could have also alerted his brother Syed Rizwan Ali, Senior Analyst & Managing Director of Goldman Sacs, New York, who was helping me with the development of legal documents & regulatory compliance matters for TTM, to stay away or not get involved. But, since my dispute with Akbar Omar over the visit of (2) individuals who posed as IRS Agents, intrigues & ploys were in progress in the Ahmed family, with Khalid B Ahmed as the mastermind on one side & Akbar Omar on the other side to control TTM, its assets & intellectual property & the assets of the Investment Pool, I would learn later.

144 of 518

(v)     ALI's own actions & of his relatives the Ahmed's were
        contrary to what he told the Federal Bureau of Investigation.
        His sister Samina Hamidi's account was opened with the
        Investment Pool around that time. I had never met her
        or spoken to her.

(vi)    His brother-in-law Sajid B. Ahmed continued to come
        to my house/office to observe, learn & trade, along
        with three (3) other Investors/Visitors, as before.

(vii)   ALI attended a formation meeting of Hedge Fund, along
        with his wife Aliya Ali, his brother Syed Rizwan Ali
        & his wife Denise Ali in Dec, 2010, and wanted to have
        an ownership interest in the Hedge Fund.

(viii)  ALI's brother Syed Rizwan Ali came & observed me trade
        also, in Dec 2010, from New York.

(ix)    Following Syed Rizwan Ali, Senior Analyst & Managing
        Director, Goldman Sac of New York, visit, he continued
        to assist with the legal & regulatory matters, from
        New York, well into April, 2011, as I recall, with
        ownership interest in the Hedge Fun.

Your Honor: Syed Imran Ali's statement to the FBI's Special Agent Brian
Schneze of Feb 7, 2012 had 24 lies & misrepresentations, and his descriptions
of several visits to observe me trade & learn, is just one instance.

Your Honor: Ashvin Domadia, an ex-employee of TTM, like seven (7) other
Analysts, was sponsored for Training & Development at the Online Trading
Academy of Irvine, California, in late 2010, with all expenses paid
by TTM. He was also provided with homestudy course material & attended
group sessions conducted by Eric Paxman, who was in charge of all TTM
Analysis for all of the listed stocks on NASDAQ & New York Stock Exchange
(NYSE), and the Overseas Markets, for an Investment Advisor. He was
one of the four (4) TTM's who passed FINRA's Series 65 Licensing Examination

in the beginning of 2011 in my efforts to streamline TTM's operation & management of the Investment Pool. Ashvin Domadia had background in Computer Science & he was employed with TTM as an Analyst from Sept, 2008 – Oct 31, 2011 for about 3 years & 2 months.

Your Honor: His statement to the FBI Special Agen Brian Schneze during his interview on Feb 29, 2012, with AUSAs Ranee Katzenstein & Mike Biesheuvel present, that "he saw me about every hour at TTM" and "he never saw me making actual Investment Trades" is the most disingenuous, a blatant lie, in front of two (2) respected & professional members of our federal Department of Justice, a pride of our nation.

Your Honor: I accept responsibility for being negligent & careless, and letting misplaced trust & friendship cloud my judgment & good business decision making:

    (a)    Perhaps Ashvin Domadia was an incompetent & unfit employee for the job he was employed. And perhaps all the training & development provided at TTM, his education in Computer Science was a waste & against his aptitude, or

    (b)    He is a very good liar, a hacker & cyber-pirate, and intentionally placed with TTM by Parveen N. Ahmed.

Your Honor: In this Information & Computer Age, the stock exchanges are computerized, NASDAW is 100% on the Electronic Communication Network also known as ECN. At least, in the United States, the leading & most technologically advanced nation in the world, we do not shout & carry a sign in our hands to make a stock trade, like it is done in Auctions or Flea Market. We do not need to place a stock trade by a telephone call, if you have Computer & Access to Internet. In 2011 alone, there were 17 Million Retail Investors in the US, compared to 13 Million in the rest of the World & so, worldwide 30 Million Investors handled their Investments themselves, via a Computer & Internet Connection. Despite the statement Ashvin Domadia made before the FBI & two (2) AUSAs, he knew that:

(c)   I carried out approx. 20-30 trades, daily, on Charles Schwab Trading Account i.e. approx 500-600 trades/Month and 6,000-7,000 trades per year.

According to Domadia's statement, he saw me about every hour at TTM. Over the period of his employment until the shutdown of TTM on March 28, 2011, I would have carried out approx. 14,000 -17,000 trades, and he "never saw Madad [me] making actual Investment Trades"!!!

(d)   Ashvin Domadia used my Research Computer (2) to help prepare Monthly Reports, that I would send out to the Investors via email. It would require him to work from my Office/Library for 1-3 days & hours at a time, while 3-4 Investors/Visitors i.e. Zubaida Noor Khan, Sajid B. Ahmed, Arif Z. Mansuri & Abdul Rashid Khan would also be present trading. His signatures have been found by the FBI on that computer, is the evidence of his presence. Several hundred trades were executed on days when he was in my Office/Library, preparing Monthly Report, alone.

Your Honor:

(e)   Ashvin Domadia never returned the Desktop Computer assigned to him, as a part of physical evidence, for computer forensic investigation. This computer had software installed on it, to access the SQL Base, TTM's proprietary, stock selection, Trading & Investment Sofware Server.

(f)   His name appears as one of the two (2) Administrators on the Access Directory of the Server, when he was neither the person who was assigned to develop & write the Software Program nor was he assigned to maintain it.

The other person whose name appears as the Licensee
147 of 518

of SQL Software used in the development TTM's proprietary
Salahuddin Khan, nephew of Khalid B. Ahmed & Parveen
N. Ahmed. At the time of Domadia's interview with the
FBI, they were both working for Khalid B. Ahmed.

TTM's proprietary, SQL Base, Software has been pirated.

(g)      Ashvin Domadia was the employee, who I called to help
         me connect to the Internet, when I was having a problem.
         The result was the infamous, false & fabricated UBS
         A/C Statement, that was generated on April 25, 2011,
         and the FBI has determined my computer was connected
         to some Bannana.Com site & the UBS A/C has been missing
         without any trace, since May 4, 2911.

(h)      He was the only employee working from my old residence/office
         between Jan 6 - 9, 2011, preparing the Monthly Report
         for Dec, 2010, when my handwritten notes & papers disappeared
         from my Office/Library & were seen in the custody of
         Akbar Omar's Attorney & part of his documents used during
         his deposition on March 20 & 23, 2012.

         Akbar Omar's document showed many other of my handwritten
         notes to which Domadia had access, as I trusted and
         relied upon him.

Your Honor: Almost all of the witnesses that have given statements
to the FBI or the US Attorney's Office & perhaps the Grand Jury come
from the 23 Conspirators that I have named. They have lied, misrepresented,
distorted the truth, covered-up & withheld information to procure my
indictment.

Ashvin Domadia, Ex-employee of TTM, not only lied, misrepresented,
and covered-up, but degraded the employer he worked for, intentionally
& purposely:

   i)      Avoided mentioning that all Investors/Visitors who came,

148 of 518