sat around my computer screen in their clear view.

ii)    Forgot to mention the name of the 2nd most frequent Visitor of my Office/Library, Zubaida Noor Khan, during his interview with the FBI.

iii)    That we followed a strict criteria of trading no penny stocks.

iv)    No trading of any stock without research and technical analysis.

v)    He knew how trading is done on the stock market, i.e. orders are placed through Computer, via the Internet, & they get executed when there is a price match between an order price & market price.

He was sent in 2010, to Online Trading Academy in Irvine, CA, like other seven (7) employees to learn Trading, Investing & technical analysis.

vi)    He also knew, by working & helping me prepare Monthly Reports, and by reviewing Cybertrader & Charles Schwab Monthly Statement, that I carried out hundreds of trades every month.

vii)    I learned on May 23, 2012, from another employee, that Ashvin Domadio, along with Adil Khan and Rizwan Sheikh, had started to trade secrets, without my approval & knowledge, as early as July, 2008, which points to a conspiracy hatched & already in place, at a very early stage, at TTM to undermine its operation & steal its data & research.

These three (3) employees were hired to carry out stock screening, selection & technical analysis of Industry

Sectors assigned to them, which I needed for the Investment Pool.

I set selection criteria & guidelines based upon the market conditions, trend, and many other factors including what the experts & gurus of the industry were saying. The criteria on stock price alone was revised at least 3-4 times between 2005-2011, as the market was very turbulent & declined more than 50% between late 2007-2009.

The selection criteria & guidelines at the time of the shutdown of TTM on March 28, 2011 were as follows:

| | |
|---|---|
| 1. Stock Price | No less than $15/share. No penny stock trading. |
| 2. Stock Volume | No less than 1.5 Million/day Daily average on 3 Month Basis. |
| 3. Study of Charts | For Technical Analysis - 5 days, 1 month, 3 months, 6 months, 1 year Latest performance took priority over past performance. |
| 4. Comparative Analysis | Analysts to compare performance of 2-stocks, or 3-stocks, but no more than 5-stocks and overlay their charts for the same period for the selection of best performer, at a time. Analysts were required to overlay market indexes, i.e. NASDAQ Composite, NYSE Dow Jones Industrial & S&P500, over these charts to gauge stock's performance relative to the market & to each other. |

150 of 518

| 5. Earning Forecast & Trend | Last criteria to include or exclude a stock selected on the basis of the study of charts and Comparative Analysis. |
|---|---|
| | Drop selected stocks showing a declining earnings or losses in future earning quarters from the Long Position List. The stock may be a candidate for the Short Position List. |

One of the most important part of the Investment Strategy developed for the Investment Pool , in 2006, was LEVERAGED TRADING as opposed to MARGIN TRADING. Risk management & protection of capital should be fundamental to any adopted investment strategy. Experts & Market Strategists had started to warn about a serious market correction much earlier. The decline in the US Market that started in late 2007 (4th Qtr) , proved that conservative investment & trading style was a wise choice. After 1 year of testing, I had already concluded that only 10 - 15 % of capital invested on the basis of LEVERAGED TRADING v/s MARGIN TRADING was less risky, and better capital preservation philosophy than Margin Trading. So, I told Khalid B. Ahmed, who was the reason behind the start of the Investment Pool & was the only one investing the money for one year on 50/50 ownership basis, while I also invested smaller amounts ( $25K - $100K range) continuously, that I will only trade with 10 - 15% of the funds & keep 85 - 90% out of the market. I also decided to avoid staying invested overnight to achieve 100% liquidity of capital, so funds could be withdrawn, at anytime on a short notice as opposed to the Hedge Fund Sector where an investor could withdraw only once a month, on a certain fixed date with some requiring 30 days advance notice.

My 2nd reason of avoiding holding investments overnight , was tobe conservative & avoid losses if market or individual stocks start having big gap downs. As other friends started to join the Investment Pool, the same philosophy/ strategy was communicated to them through the Monthly Reports & my telephone conversations. My telephone conversations should be on Historical Stored Communication Data , and the US Department of Justice should be authorized to access it under



INVESTMENT STRATEGY
OF THE INVESTMENT POOL
DIFFERENCE BETWEEN LEVERAGED TRADING & MARGIN TRADING

LEVERAGED TRADING

100% Leverage

200% Leverage

400% Leverage

10 - 15 % Invested

85 -90% Not Invested (Out of Market)

MARGIN TRADING

100% Margin

200% Margin

400% Margin

100% Invested

151B of 518

the SCA.

Akbar Omar & Zubaida Noor Khan, the investors who visited me most frequently, to learn, observe & trade with me, lied & misrepresented to the Federal Bureau of Investigation & the US Attorney's Office that I carried out MARGIN TRADING, when I did not. My trading philosophy was LEVERAGED TRADING based upon only upto 10 - 15 % of the capital invested in the market & leveraged. But never exposing 100% of the capital to the market, which occurs in MARGIN TRADING. The MARGIN TRADING can expose even more than 100% . The difference between the two strategies is shown pictorially on earlier page: 151B , and also as below:

MARGIN TRADING
_____

      100 % Margin               Exposure or    200%
                               Risk to your
                               Capital

      200 % Margin               Exposure or    300%
                               Risk to your
                               Capital

      400 % Margin               Exposure or    500%
                               Risk to your
                               Capital

TRADING WITHOUT MARGIN
_____

      100 % Invested            Exposure or    100%
                               Risk to your
                               Capital

LEVERAGED TRADING
10 - 15 % MAX
INVESTMENT POOL
_____

      100 % Leveraged          Exposure or    20 - 30%
                               Risk to your
                               Capital

      200 % Leveraged          Exposure or    30 - 45%
                               Risk to your
                               Capital

```
LEVERAGED TRADING
10 - 15 % MAX
INVESTMENT POOL
```

| | | |
|---|---|---|
| 400 % Leveraged | Exposure or Risk to your Capital | 50 - 75% |

ILLUSTRATIVE EXAMPLE : 1      INVESTOR'S LOSSES

If the stock market drops 2 % and your investment portfolio performs as well as the market:

| MARGIN TRADIING | 100% Margin | Your Loss = | 4 | % |
|---|---|---|---|---|
| | 200% Margin | " " = | 6 | % |
| | 400% Margin | " " = | 10 | % |
| TRADING WITHOUT MARGIN | | " " = | 2 | % |
| LEVERAGED TRADING | 100% Leveraged | " " = 0.4-0.6% | | |
| 10 - 15 % | 200% Leveraged | " " = 0.6-0.9% | | |
| INVESTMENT POOL | 400% Leveraged | " " = 1.0-1.5% | | |

My Office/Library had two (2) Personal Computers, located in spots (1) & (2) as shown in the layout on page: 33 and Exhibit # 4.1 page: 201. The 2nd PC in location (2) also had dual 22" flat screens and was connected through Local Area Network (LAN) to a server located in the Green carpeted garage, serving as an office for 5 Analysts. The Server was also connected through hardwired LAN installed by TTM's employees Adil & Salahuddin Khan to the Red Carpeted garage which served as an office for 3 Analysts.

The 2nd PC ran the TTM's Proprietary SQL Base Stock Selection, Trading & Investment Software. One of the screen would display the results of research & analysis,or a report generated by the and the 2nd flat screen displayed upto 12 Intra-Day Charts for stocks being studied or tracked. The SQL Base TTM's Proprietary Software contained a database of over 6,500 stocks listed on NASDAQ and the NYSE. TTM's software was unique for:

o  Its ease of use.
o  More Time Interval Choices, including stock ranking

    time duration based. This tool was particularly useful for

a Professional Trader, a Hedge Fund Manager, or Investment Bankers to create their own Polynomial Equation-based chain for multi-million or multi-billion gradual investment build-up model or a Retail Investor to develop his own investment Strategy on Daily, 2-days, 3-days, weekly, 2-weekly... monthly & so on. The TTM's SQL Base, proprietary software had:

° Ability to identify stocks & market reversal trend.

°Ability to identify price momentum of a stock.

°Ability to identify Sectors reversals trend.

° Ability to create Mosaic Charts.

° It maintained 6-months Historical Data of Selected Stock by Sectors by 8 TTM Analysts covering both NASDAQ and NYSE.

° It maintained 6-months Historical Data of 100-Best Performing Stocks of the Day, for every trading day, for the 6-months period. Once again a very useful tool for a Professional Trader, a Hedge Fund Manager, or an Investment Bank to create their own Investment Portfolio or Model or a Retail Trader managing his own Investments.

This SQL Based, TTM's proprietary software existed & was operating in Oct. 2011. I personally created 20-30 Best Performing Stock Portfolios, for every business day of the market in October to be used by the Hedge Fund but Khalid B. Ahmed & Parveen Nur Ahmed never allowed me to implement them. These 20 Portfolios still exist on Yahoo-Finance site under user ID: TTMMASTER & performance analysis & comparison reports exist on my Computer of these selections & Portfolio to July 2013, as I recall with comparison to Dow Jones Industrial Average & NASDAQ indexes illustrating how superior the model was, and what its results were. This software also had many other features.

End of the Day Portfolio Reports of all 8 Analysts were available through this software program also. In addition, Winnie O. Campo, an analyst was assigned & had the responsibility to produce Summary Trend Reports of stocks in the portfolios of various Analysts. Another analyst was assigned to produce World Major Market Indexes & performance Trend Report. Both these reports were available in the Library (my Office) for use by investors coming to trade with me or learn or conduct research between 6:00 - 6:30 AM every morning. Both of these reports would stay in the Library (my Office) the entire day & then would be filed in the Report Binders kept in the Green Carpeted garage for a period of 6 months.

The 2nd PC in the Library (my Office), running the TTM's Proprietary Software had a number of other capabilities such as a develop & display color market or sector maps, color trend maps for a particular stock month-by-month basis to show up & down trend and days- Green for up days, Red for down days, an Investor?Trader or researcher could generate any type of trend report or analysis by feeding own criteria and parameters and print it.

If an Investor/Trader did not want to mirror my trading on a particular day, he could do so by generating his own stock picks & List and also if an Investor/Trader differed with me on strategy for trading on a particular day or particular stock, for example shorting the market while I was long on the market or going long on the market while I was short. Similarly, an Investor/Trader could also do the same for an individual stock on a particular day i.e. going long on the stock when I was short or short on stock while I was long.

In the Library (my Office, I had a Cable TV on from Pre-market hours to After-market hours on CNBC - Business News channel to listen to business news, commentary & analysis of various experts, running ticker-tape both on NASDAQ and NYSE throughout the day and in the early hours of mornings running foreign markets i.e. London Stock Exchange (LSE), Tokyo Stock Exchange in the evening and could also watch business news on other channels i.e. Bloomberg or Fox Channel. Please refer to EXHIBIT 4.1

Everyone of the eight (8) TTM Analysts were equipped with powerful PCs with dual 22" flat screens to do research and technical analysis on their assigned market sectors. Both the Green Carpeted and Red Carpeted garages, converted into Analysts Offices, were hardwired & also had wireless network capabilities, setup by TTM Analyst Adil Khan and his brother Saluhuddin Khan. Both Adil & Salahuddin, and often Ashvin Domadia did troubleshooting & resolved any network or connectivity problems and I depended upon these three (3) individuals to keep my computers and Network in the Library (my office) problem-free. Adil Khan & Salahuddin Khan also helped all investors/Traders coming to our home to connect to open-access TTM Networks & resolve any issues if they had them.

The converted garages (offices) downstairs of our house, were at street level and had access to the rest of the house via stairs plus a utility elevator. Both the Green Carpeted garage with office space for 5 Analysts and Red Carpeted garage housing 3 Analysts were equipped with Cable TV with large screen in Red Garage and an 86" Projector Screen or 114" Projector Screen on the Green Carpeted garage wall to watch & listen to business news channel CNBC, analysis and commentary to assist with their work. The converted garage/offices had two different ways to connect to the Internet i.e. via Cable Network (Adelphia) or via Verizon DSL Internet Connection, just in case one Internet connection source failed.

The Green Carpeted Garage/Office was also equipped with UPS power supply in case of electrical power failure, so that TTM's Computer Network can still operate and an amplifier to boost wireless signal & connectivity throughout the house. An amplifier was also installed in the Living Room of our house to further boost wireless signal 7 because of my long work hours, convenience & necessity to listen to market news and information, a notebook computer was installed in the family room connected to the large flat screen TV to provide me access & ability to monitor and trade London Stock Exchange (LSE) through the UBS A/C.

I watched & listened to the business & market news on Tokyo Stock Exchange, Hong Kong Stock Exchange & Shanghai Stock Exchange around 5:00 - 6:00 PM Los Angeles times, daily. I would start monitoring &

watching futures markets in Europe & the US & how they were affected by the news & Trading in the Far East, I would turn to the European Markets & watch business news on London, Paris & Frankfurt Stock Exchanges around midnight – 12:30 AM Los Angeles Time and end my trading around 8:00 – 8:30 AM Los Angeles Time on LSE. I would log on to Charles Schwab A/C around 5:00 – 5:30 AM Los Angeles Time. The New York Stock Exchange i.e the US Markets opened at 06:30 AM and Closed at 1:00 PM Los Angeles Time.

3.8.3    Cover-up & Concealment of Visits
         Their Frequency, Duration, and Time Period
         By Investors/ Visitors turned Witnesses
         To my Office / Library

---

The following Investors/ Visitors came to our old house, 2452 Alamo Heights Dr, Diamond Bar, CA 91765 , which also was the location of my Office, in the gated community known as " The Country ". They came to Trade their own accounts , which were separate from the Investment Pool, and/or to learn & observe me Trade, and/or to Conduct Research:

1) Akbar Omar

° Came 2–3 times/ week
  Sep 10, 2007 – May/June, 2008
  ( 72 – 108 visits)

° Came 3–4 times/ week
  May/June, 2008 – Feb 9, 2010
  ( 261 – 348 visits)
  Total = 333 – 456 visits

° Issued a Transponder to visit the gated community anytime, anyday, unrestricted on Feb 19, 2009.

° Son-in-law employed with TTM in Training Oct – Dec, 2009. Fulltime Jan, 2010– Mar, 2011.

2) Zubaida Noor Khan

° Came to trade since 2002/2003 occasionally.
  2006 – 2010 Oct 1 visit/week on average. (200 – 220 visits)

° More regular almost Daily Mar 2010 – Oct 2010 ( 130 visits ) Total = 330 – 350 Visits.

3) Sajid B. Ahmed ° Came to Trade Daily
 Mar – Oct, 2010 ( 130 Visits)

4) Abdul Rashid Khan ° Came to trade Daily
 Mar – Oct, 2010 ( 130 Visits)

5) Arif Z. Mansuri ° Came to Trade Daily
 Mar – Oct, 2010 ( 130 Visits)

6) Abbas Raza ° Came to learn twice from the
 East Coast in 2008 ( 10 Visits)

7) Syed Rizwan Ali ° Managing Director Goldman
 Sachs, New York. (Sr. Analyst)
 Came for 1 week – Dec , 2010
 to observe my trading .
 ( 5 Visits )

8) Syed Imran Ali ° Came on several occasions in
 late 2010 to learn & observe.

9) Michael Maddison ° Several visits with sister
 Leanna Williams in 2009 to
 learn & observe trading & do
 research.

10) Leanna William ° Several visits with brother
 Michael Maddison to learn &
 observe Trading.

11) M. Rashid Chaudhry ° 2 Visits from New York
 to learn & observe in 2009.

12) Sultan Alidina ° In Morroco, 1 Visit Hotel
 Computer Room to observe
 Trading in 2008.

13) Fariba Sabahi ° 1 Visit/ Week
 Mar – Oct, 2010 ( 25 Visits)
 To learn, Observe & do
 Research on SQL Base Software

All of the 13 Investors/ Visitors to my Office/ Library were
proficient in computers; could use a computer & its resources
of Internet & Email , and could read a computer screen.

In addition, I learned in May, 2012 that the following
employees of TTM traded, during the Market Hours, without my
permission or knowledge since July, 2008:

14) Adil Khan ° Nephew of Khalid B. Ahmed

15) Ashvin Domadia    °  Employee referred by Parveen N. Ahmed.

16) Rizwan Sheikh      °  Referred by his father & also a Conspirator Khalid Sheikh

3.8.4    Investors Who Used a Professional Trading Platform/ Software Who Observed My Trading, Traded with Me, and were Present in MY Office/ Library during the Market Hours

---

Atleast 10 of the 13 Investors/ Visitors listed under Sub-Section 3.8.3 had used a Professional Trading Platform & were capable to read & understand a Trading Screen.

Abbas Raza was not familiar with any Professional Trading Software, but he was a Computer Science Graduate from Cornell University. Both Dr. Fariba Sabahi & Leanna Williams used a computer, as a part of their profession, on a daily basis.

The following 5 Investors/ Traders, who used a Professional Trading Platform, were regular visitors of my Office/ Library, were present during the Market Hours, sat around my Trading Computer (1) with my display screen in their clear view, while we all traded together or if they were out of the market, they watched me trading:

1) Akbar Omar          °  Trading        Platforms:Fidelity and TD Ameritrade

                          According to him managed a $ 100 Million Portfolio in years 2000/2001

                          333 - 456 Visits

                          Over   1  year  -  7  Months

2) Zubaida Noor Khan    °  Trading Plaform: Charles Schwab Street SmartPro

                          330 - 350 Visits

                          Over 1 year - 5 Months

3) Sajid B. Ahmed       °  Trading Platform: Charles Schwab Street SmartPro

                          130 Visits - 7 Months Period.

4) Arif Z. Mansuri                °   Trading Platform:
                                      Trade Station-   (130   Visits)

5) Abdul Rashid Khan              °   Trading Platform:
                                      Trade Station - ( 130  Visits)
                                      Over 7 months period

As mentioned previously under Section: 3.8.1 pages: 121 & 122
my Trading Computer (1) screen displayed Schwab's Street
SmartPro Platform starting from 05:00 AM- 05:30AM , and the
UBS Platform ran in the background. So what these regular
visitors to my office would be seeing between 05:00AM- 05:30AM
on my Trading Computer screen UBS A/C Profit or Loss figure
on Computer Calculator Window (12) shown in EXHIBIT # 4.1 ,
page: 202 and page: 34 Legal Brief.

The Trading Computer (1) could not combine the two displays
i.e. the UBS Platform and the Charles Schwab Street SmartPro
Platforms, as they were two (2) separate accounts, requiring
different login & logoff.

If the UBS A/C did not exist, then the only display on my
Trading Computer screen would be the Schwab's Street SmartPro
Platform for the Investment Pool Trading A/C at Schwab.And the
account balances shown on my Trading Computer screen, day after
day & weeks after weeks, and months after months as correcttly
calculated & summarized by the FBI , as Exhibit H attached to
the Declaration of AUSA Ranee A. Katzenstein filed with the
court on 06/14/2013 for my Sentencing Hearing . The Exhibit
H is presented & attached as EXHIBIT # 4.5 in this submission.
As the FBI has analyzed & documented in the tabular form
EXHIBIT # 4.5 , pages: 279 & 280 these numbers were so
different from 10 - 15 % investment level figure or the
balances appearing in the Monthly Reports, that it could not
have gone un-noticed by five (5) different visitors, who came
to my office, regularly, to trade and observe, or my own staff
of eight (8) Analysts who would drop in , during the Market
Hours to see me or some every hour (Ashvin Domadia⊥        his
interview with the FBI  EXHIBIT # 4.3 , page: 242 - 252 ) :

| Year | 2008 | 10 % or less Combined Balances of Bank of America & Schwab A/Cs when compared with Monthly Report figures, except Dec, 2008. |
| Year | 2009 | 7 - 11 % range for 5 months 1 - 5 % range for 7 months Combined Balances of Bank of America & Schwab A/Cs when compared with Monthly Report figures. |
| Year | 2010 | 1 % or less Combined Balances of Bank of America & Schwab A/Cs when compared with Monthly Report figures, except for 2 months. |

From Mid-year 2008, Akbar Omar was coming 3-4 times/ week to my Office/ Library. He was issued a Transponder to come any time, unrestricted on Feb 19, 2009. Zubaida Noor Khan joined the Investment Pool in April, 2009. So from Midyear 2009 she coming too & joining Akbar Omar & me for trading. Both of them have lied & covered-up their visits, what they were seeing & observing on my Trading Computer screen.

If the UBS A/C did not exist or never existed, the vast differences in balances between the Monthly Report & Schwab Trading A/C could not have gone un-noticed, when both of them were familiar with Professional Trading Platforms & Zubaida Noor Khan actually also used the Schwab Street SmartPro Platform also, and knew where to look on my screen to see Account Balances, Money invested in the market, my stock positions & trades, as my screen was right in front of her & Akbar Omar.

Akbar Omar , who had been involved in 137 law suits & legal disputes over financial matters, and in addition had been 3 bankruptcies ( EXHIBITS # 4.16 & 4.15 ) , when most of his legal disputes were for much smaller amounts, and have never allowed anyone to take control of his millions, and not carefully monitor, observe & make sure, everything was genuine and verifiable. He would have had no difficulty in recognizing from mid 2009 that Schwab Trading A/C had less than 5% of the

amount shown as balances in the Monthly Report, that all
investors, including him were receiving on a regular basis.
In particular, Akbar Omar knew from Midyear 2009 as Charles
Schwab Trading Account Balance dipped below his own investment
level in the Pool, that 90% or more funds of the Pool were
in the UBS A/C, and I kept asking him for the documentation
for the two transactions between him & me on behalf of TTM Inc.
for over $ 30.6 Million so that it can be reported on the
Corporate Tax Returns of TTM. He also knew that I was now
following another strategy which took advantage of different
major stock markets i.e LSE, Frankfurt, Shanghai, and Tokoyo
were behaving differently from the US Markets, which had
declined over 50% since year 2008.

Both Akbar Omar & Zubaida Noor Khan also were looking at the
Daily Stocks Trend Report & the World Stock Market Report
prepared by my staff & would be available around 6:00-6:30 AM
every morning in my Office/ Library until the end of the Market

While Akbar Omar stopped coming regularly, after Feb 9, 2010,
because of my dispute with him, which involved my intention
to report the $ 30.6 Million transaction, anyway whether he
provides documentation or not, three (3) other investors
Sajid B. Ahmed, Arif Z. Mansuri, and Abdul Rashid Khan came
daily , to learn, observe & trade their own accounts, from
March , 2010 - October, 2010, and Zubaida Noor Khan joined them
on a regular basis.

Those investors, who had never been to my office, seen me trade
or did not observe my trading screen, or did not see my
operations as to how things were done, could raise a legitimate
argument that they invested on the basis of trust & I misrepresented
to them. I sent my Monthly Report & and more frequent Reports
to everyone alike i.e. those who came & visited me regularly,
sitting around my Trading Computer & looking at the Trading
Screen, whenever, they wished & to those who never came.But
those who came & gave statements to the FBI, the US Attorney's

and the Grand Jury lied, misrepresented, and conspired to cover-up & withhold information and facts , as they told the investigators & prosecutors that I breached their trust, that I misrepresented, or lied, and/or defrauded them, as they were witness to what went on in my Office & what my Trading Computer Screen displayed. They had no obligation to come, day after day, if they had realized some kind of fraud was going on. They could have stopped coming , stopped making investments, and alert other investors as their Email Addresses were listed on my Monthly Reports.

All of my eight (8) staff members could read & understand a Trading Screen. In particular, the following three(3) staff members, about whom I learned in May , 2012 that they had been trading without my knowledge & permission, during the Market Hours:

6) Adil Khan
7) Ashvin Domadia; and
8) Rizwan Sheikh.

The following employees came from the Investment Sector of the Industry & knew how to read & interpret a Trading Screen:

9) Erik Paxman - Worked in the Investment Banking before
                joining TTM.
10)Shaun Khan  - Worked in the Investment Companies.

Also, as a part of my effort to streamline TTM's operation, all staff was sponsored to learn Online Trading & Investment at the Online Trading Academy, Irvine, CA. where they learned Trading the Stock Market on a Professional Trading Platform.

There was conspiracy & coordinated effort, to mislead the FBI and the US Attorney's Office about the theft & piracy that was taking place at TTM, to steal company's intellectual assets, and the largest A/C of the Investment Pool, and five (5)of TTM's staff members were very much part of it. Ashvin  Domadia lied when he told FBI Special Agent Brian Schnese infront of

AUSA Ranee A. Katzenstein & AUSA Mieke Biesheuvel present, that " DOMADIA saw MADAD about every hour at TTM" and that " DOMADIA never saw MADAD making actual investment trades ".

The EXHIBIT # 4.6 ( Exhibit D attached to the Declaration of AUSA Ranee A. Katzenstein, filed on 06/14/2013 , for my Sentencing Hearing ) discloses that from Sept 1, 2009 – Aug 2, 2010, in 11 months period, I made 6,490 trades on the Charles Schwab Trading A/C , alone. Between June 1, 2011 – Oct 31, 2011, he carried out a review of Cybertrader & Charles Schwab Trading A/Cs Statement , alongwith with Arnold Benjamin upon my instructions, which included between 25,000 – 30,000 trades , with atleast 14,000 of them during his employment at TTM.  Ashvin Domadia lied & covered-up, as a part of conspiracy to protect Akbar Omar, Zubaida Noor Khan, and Syed Imran Ali.

The two (2) regular visitors of my Office Sajid B. Ahmed & Abdul Rashid Khan remaining quiet because their family & friends were deeply involved, Arif Z. Mansuri deciding to collaborate, despite knowing what went on in my office, others who had no knowledge i.e Bashir Waraich, and Asif Mahmood Chaudhry but presenting their ignorance & lies heard from others as the truth, even my own employees i.e Ashvin Domadia & Shaun Khan who had the knowledge , his mother Ghazala Khan joining the foray with her lies as authentic statements, lead the FBI, the US Attorney's Office & the Grand Jury to believe that the witnesses were honest & truthful, and nothing was being withheld from them. When to the contrary, they were less than honest & truthful, and TTM & the Investment Pool was actually being robbed.

3.8.5         Tempering with TTM's Computers and Cyberspace Piracy

Five (5) TTM employees i.e. Salahuddin Khan, Adil Khan, Shaun Khan, Ashvin Domadia, and Faraaz Hasemi seemed more concerned about returning PCs assigned to them, when they were not even suspect or subject of an investigation at the time of the shutdown of TTM's operation. They were not involved in the

trading of Charles Schwab or the UBS A/Cs, and the trading was carried out from my personal computers & Sony Notebook. Shaun Khan wanted to retrieve his computer, after having turned in, Salahuddin Khan reluctantly turned in his computer with a crashed Hard Drive, and Ashvin Domadia never turned in his computer, which had evidence on it that would have contradicted his interview with the FBI.

My open door policy, easy access, lack of control & security, and blind trust in staff & Investors who visited to trade, observe and conduct research created the opportunity for mischief as they realized the immense value of TTM's Research & Database and Software it had created, and a large Investment Pool, and Daily Profits that would flash on Computer Calculator Window (12) ( EXHIBIT # 4.1 , page: 202, and Legal Brief page: 34 )& was seen by Visitors & my staff, thoughout the Market Hours. To this day the $ 80 Million UBS A/C remain missing without a trace, the SQL Base TTM's Proprietary Software has been pirated, TTM's Business Plan was acquired by Khalid B. Ahmed by deceit & fraud, and he is also in control of the Hedge Fund that was created to implement the Business Plan.

At the time of shutdown of TTM on March 28, 2011, all employees were instructed to turn in all desktop computers assigned to them, as they were part of the evidence. Three (3) emplyees: Erik Paxman, Ashvin Domadia, and Arnold Benjamin were instructed to prepare 2 Backup Hard Drives of all TTM's Computers ( 8 Employee PCs, 2 of mine, plus my Notebook Computer ) : 1 copy for the attorneys & 1 copy for myself.

Upon the pickup of TTM's Desktop from Faraaz Hashemi, the son-in-law of Akbar Omar, Salahuddin Khan & Adil Khan on March 25, 2011 , deleted files & records from his desktop , without my knowledge, before turning into TTM. This PC had been at his residence in Irvine,CA. since Oct, 2010 , due to renovation work at my old residence. At that time, all staff members were working remotely, out of their homes. I was already in dispute with Akbar Omar, and was quite naive to believe that he would not harm me, or TTM, or Pool's biggest A/C or infact            in

control of the account already. My ignorance & carelessness stemmed from the fact that Akbar Omar was introduced to me by Khalid B. Ahmed at Shahin Igbal's residence in La Palma, California & both of them, their family & circle of friends remained mum about his character & background until I learned from his siblings Haroon Omar & Rafique Omar almost 24 years later in Sept, 2011, that he was a con man & Khalid B. Ahmed was a puppet master.

Erik Paxman left TTM on May 15, 2011, but both Arnold Benjamin & Ashvin Domadia remained on TTM's staff until Oct. 2011.

On June 1, 2011, Mark Werksman's Office was handed over five (5) Employee's PCs, when their representative came for pick up. Both Arnold Benjamin & Ashvin Domadia had informed me before leaving TTM on Oct. 31, 2011 that all Computers were accounted for & stored in the Green Carpeted garage & its cabinets. I was satisfied by the information provided to me by my staff, whom I still trusted very much and even appointed Ashvin Domadia as MKP to speak on my behalf, as I was under 5th Amendment upon the advisement of Mark Werksman's Law Firm. This was despite the fact, Salahuddin Khan & Adil Khan had deleted files & data from Akbar Omar's son-in-law Faraaz Hashemi's computer. I was satisfied that even if Mark Werksman's Law Firm does not have all the computers, they had a copy of the Backup Hard Drive of all TTM's Computers (8 Employee's PCs, 2 of mine Desktop + my Sony Vio Notebook Computer), I was totally unaware that I was already a victim of a conspiracy & fraud & some of the people I was still trusting & depending on were part of it.

Just two (2) weeks after the preparation of 2 copies of Backup Hard Drive of TTM's computers, on June 15, 2011, my copy of Backup Hard Drive was stolen, including records & documents from our Library (my Office) which contained my handwritten notes on Schwab & UBS trading, through break-in, burglary of our residence involving Shazad Omar, son of Akbar Omar, the only three (3) people who knew that I had a copy of Backup Hard Drive & where it was kept, were the two (2) employees Arnold Benjamin & Ashvin Domadia & myself.

Following this incident, I requested Attorney Mark Hathaway to provide

me a copy of the Backup Hard Drive that was in the possession of their
law firm. While waiting, I learned from one of TTM's employees, Winnie
O. Campo, on May 23, 2012, that some of the employees of TTM were trading
during the Market Hours, instead of carrying out their normal work
of Industry Sector Research & Technical Analysis for the area assigned
to them. The employees identified were Adil Khan, the nephew of Khalid
B. Ahmed & Parveen Nur Ahmed, Ashvin Domadia and Rizwan Sheikh. I further
learned that this had been going on since July, 2008, without my knowledge
& Salahuddin Khan would replace computers & parts to keep matters secret.
I felt betrayed & turned over his computer to the Law Firm of Mark
Werksman in May/June 2012 to make sure it looked into & it was
backed up on the Backup Hard Drive that was in their possession.

Attorney Mark Hathawy, from the Law Offices of Mark J. Werksman, was
able to provide me a copy of the Backup Hard Drive, in August, 2012.
As I tried to check & investigate this copy with the help of a friend,
we further discovered that 2 employees desktops, which were stored
in the Green Carpeted garage & Ashvin Domadia & Arnold Benjamin did
not have any hard discs in them, they were both empty shells. I notified
Mark Hathaway of this discovery & handed over the 2 PCs to their law
firm also in late August/early September, 2012. Upon checking of the
copy of the Backup Hard Drive that was received from the Law Offices
of Mark Werksman, it was further discovered that this was not a copy
of the Backup Hard Drive of all TTM's Computers (8 employees' Desktops,
2 of my desktops & my Notebook COmputer) but it was a copy of the Internal
Hard Drive of my old 2002 PC, which was no longer in use. It remains
a mystery to this day, if a copy of the Backup Hard Drives of all of
TTM's computers was ever sent to the Law Offices of Mark Werksman.
If not, there was a deliberate attempt on the part of the employees
to interfere with TTM's Computer and Physical evidence. And someone
had substituted my old 2002 Computer, instead of turning in the PC
assigned to him. Upon receiving the Discovery Material from the US
Attorney's Office between Nov. 2012 and Feb. 2013, I learned that it
was Ashvin Domadia who had not turned in his PC & in his statement
made to the FBI & the US ATtorney's Office on Feb. 28, 2012, he testified
falsely that I had allowed him to keep his Desktop Computer. Ashvin

Domadia's testimony to the FBI & the US Attorney's Office included at least 22 false statements & misrepresentations and at the time he was an Employee of Khalid B. Ahmed & Parveen Nur Ahmed, who were now running the Hedge Fun Pebble & Golden Rock, after having taken over its control from me through trickery & conmanship, and were also in possession the proprietary Business Plan, all intellectual property and a creation of TTM.

These discoveries on TTM's Computers made it obvious that:

- TTM's computers & Network were badly interfered with & it was an inside job.

- These were the employees whom I trusted & were related to the two main conspirators Khalid B. Ahmed & Akbar Omar.

- They did not want the Physical Evidence to be handed over to the Law Firm of Mark Werksman & examined by Forensic Computer Experts Ellum Discovery hired by Mark Hathaway or the FBI Forensic Laboratory.

- They deliberately handed over only five (5) of the eight (8) Desktops to the Law Firm of Mark Werksman, holding back at least three (3) Computers.

- It is not clear, if they properly backed up TTM's computers as per my instruction or if they were selective & some of filed data from certain computers was never backed up, and may have been deleted or erased, instead.

- If a copy of a Backup Hard Drive of all of TTM's Computers was never sent to the Law Firm of Mark J. Werksman, then one of the employees involved in the backing up of the computers was still in possession of them & it was a deliberate act to hurt the company & frame me.

° Five (5) of Eight (8) TTM's Computers were deliberately tampered
with & those were:

- PC assigned & loaned to Faraaz Hashemi, the son-in-
law of Akbar Omar.

- PC assigned & loaned to Salahuddin Khan, who claimed
that the computer had crashed & the hard drive is inaccessible.

- 2 Employees PCs have missing hard drives

- Ashvin Domadia still remains in possession of TTM's
Computer assigned to him. He deliberately substituted
it with an old 2002 PC of mine, no longer in use.

Ashvin Domadia & Arnold Benjamin were also the two (2) employees who
assisted me in relocating the computers (2 PCs) to the Embassy Suites,
Brea, California, so that I could have a secure network & Internet
connection to download UBS A/C Reports & Screen Printouts in April,
2011. I had to call in Ashvin Domadia a number of times, as I was having
difficulty in connecting to the Internet. The UBS A/C reports printed
by me on April 25, 2011, had many spelling errors & were determined
to be fake & fabricated. I believe it was a deliberate attempt on the
part of my employee Ashvin Domadia to frame me & I had no idea to which
site I was redirected & connected to. I believe, I had lost control
over the UBS A/C to Akbar Omar, early on, in December 2007 or some
time in 2008 & my staff was part of this conspiracy: Adil Khan who
had upgraded & installed computers at Akbar Omar's residence in Newport
Coast & his office in West Covina, California & Salahuddin Khan who
deleted & erased files & data from Faraaz Hashemi's Computer on March
25, 2011, before pickup, as it had damaging information on cyberspace
piracy & the theft of UBS A/C & this computer at his residence in Irvine,
California, since Oct. 2010 to March 25, 2011 accessible to Akbar Omar
& Rukhsana Omar, with home I had business dispute going on since Feb.
2010.

Arnold Benjamin, another employee who was involved in the backup of

TTM's Computers & was on TTM's payroll to Oct 31, 2011 turned over TTM's Server in March, 2013, which contained TTM's Proprietary SQL Base Stock Selection & Investment Software. Upon investigation in July/August, 2013, it was discovered that:

- The Server did not have the latest version of the software, which was still operating in Sept/Oct, 2011, and was used to Select 100 Best Performing Stocks, YTD basis from Sept 27, 2011 to Oct 25, 2011, for each Market Trading Day, 20 Portfolios in all, which were saved under TTMMASTER User ID on Yahoo's Business site, for operating, managing & Investments under the Hedge Fund Pebble & Golden Rock. However, Khalid B. Ahmed & Parveen Nur Ahmed never let me Invest & Hold these portfolios, as they had taken over the control in July/August, 2011.

- The Server instead contained an old, inoperable, & underdeveloped version of the Software.

- The Acess Directory of the Proprietary Software listed the highest security & authority levels as follows:

           Administrators:        Arnold Benjamin

                                  Ashvin Domadia


           SQL Software:        Salahuddin Khan Licensee

My name as the owner & CEO of TTM, the company who owned this Proprietary Software & intellectual property was not listed with highest security or authority levels. This most valuable intellectual property had been hijacked on the direction & order of Khalid B. Ahmed & Parveen Nur Ahmed some time between Nov 1, 2011 and March 1, 2012.

All of the Physical Evidence, the eight (8) employees Desktop Computers & the Server are in the custody of Attorneys Mark Werksman & Todd Cleary & would be made available for examination & investigation by the FBI. My two (2) Desktop Computers & Sony Vio Notebook Computer remain in the custody of the FBI, since Oct. 30,

2012. Based upon information & knowledge, it is my belief that the Hard Drives investigated by the FBI forensic Lab were all from TTM's employees PCs. It remains unclear to this date, if my employees who backed up TTM's computers, ever sent a copy of Backup hard drive to the Law firm of Mark Werksman or Ellum Discovery, the computer forensic experts engaged by them. My two Desktop Computers & Sony Notebook , in the custody of FBI do not show record of UBS A/C or trading I carried out from Dec 27, 2007 – Mar 14, 2011.

### 3.8.6  Break-in & Burglary of My Residence, Theft of Records & Papers, Planting of Evidence

The Conspirators & Co-Conspirators went to great lengths to make sure I do not have any evidence in my possession that could establish the two (2) business transaction between Akbar Omar & me on behalf of TTM ever occurred and the UBS A/C did exist. In addition, plant documents, papers, and physical evidence at my house, all financial in nature & belonging to someone else, which I would have difficulty explaining how it got there incase of a police search or an FBI raid.

The Conspirators Ghazala Khan & her son Shaun A. Khan anEx-employee of TTM, who lived in our neighborhood ,went so far as to plant an evidence, in the form of a suitcase. This suitcase was accidently discovered on August 31, 2012. It was full  of documents & records concerning accounts, investments, real estate holdings in the US & Offshore, and a computer, belonging to her deceased husband , all in dispute & subject of a litigation, as I would learn later on.  Based  upon  my information & knowledge the suitcase was planted at our house, I believe between April, 2010 – March , 2011 when Shaun A. Khan was working with TTM , had access to our house, and was found sleeping in walk-in closet during the working hours, or on June 15, 2011, when our home was broken into by Shazad Omar. I was in dispute & now in litigation with Akbar Omar.

The burglary & break-in of our house occurred while no one was home. No personal items were taken, except business records.

belonging to TTM & the Investment Pool. The target appeared to be the Backup Hard drive of TTM's Computers, and Schwab and UBS A/Cs trading records.

The Diamond Bar Community Gate Surveillance Computer Print out indicated Akbar Omar came in himself. Please refer to EXHIBIT # 4.17, page: 435 Entry Attempts captured on Access Device Update/ Delete Notebook window. Akbar Omar was blocked from entering the gated community on 10/06/10 at 15:00Hrs following my request by the Association Office & the staff who made the entry her signatures were clearly displayed in the window as " NANCYE" ( Page: 435), as Akbar Omar had not returned the Transponder # DBLP010327, indicating his intention to use it anyway.

However, upon the examination of the photo snapshot of the Gate Surveillance Video Camera, it was discovered, actually it was another car , a white Porsche "Carara" with black top made the entry attempts. Please refer to EXHIBIT # 4.17, pages: 439 & 440. The Transponder # DBLP 010327 was issued first to Akbar Omar's Red Mercedes ( Pages: 436 & 438 ).On 04/20/2009 he went to the Gated Community Association Office, identified himself as my "brother-in-law " and after the payment of $ 70.00 Transfer Fee, he had the Transponder # DBLP 010327 transferred over to a yellow " Aston Martin Roadster" a new car without license plate. Please refer to EXHIBIT # 4.17, pages: 437 & 443. A copy of Akbar Omar's Sale Contract was for Ashton Martin Roadster was obtained from the Gated Community Association's Office , which identified Akbar Omar as a resident of 186 E Harmon Ave, Las Vegas, Nevada 89109 Clark : County, Creditor- Seller Bauer Jaguar of Santa Ana, California, noted on the Contract " brother-in-law ".

The White Porsche " Carara" was spotted on 10/24/2011 parked at 21671 Gateway Centre Dr, Diamond Bar, CA outside the Offices of APEX Lawyers & A.R. Leasing and linked to Shazad Omar. EXHIBIT # 4.17, pages: 442 & 441 . .

Please refer to EXHIBIT # 4.17 , page: 435   IAS Network Term-
" Member Guest Screen" and Access Device Update/Delete Notebook
printout copy dated 07/05/2011 16:17:21 Hrs, Oper NancyD of
our gated community of Diamond Bar Surveillance Computer:

It indicates that Shazad Omar was very persistent & desperate
to get inside the gated community . When he could not enter
from the 1st gate, he went to the 2nd gate to try again. And
he made a total of 3 attempts:

| | | |
|---|---|---|
| 1st attempt | on 06/15/2011 at 12:39 Hrs | Diamond Bar Gate |
| 2nd attempt | on 06/15/2011 at 18:07 Hrs | Grand Ave Gate 5 Hr, 28 minutes later. |
| 3rd attempt | on 06/15/2011 at 18:13 Hrs | Grand Ave Gate 6 minutes later |

The Photo snapshot of the 1st attempt shows under EXHIBIT #
4.17, page: 439 Shazad Omar's White Porsche "Carara" coming
in toward the gate in the " Residents Lane" at 12:39:17 Hrs
in CCD2. In CCD5 , on page : 435 ,his car is shown stopped at
the gate at 12:39:30 Hrs with the 'white gate bar' down in the
top left hand corner of the photo snapshot CCD5.

The Diamond Bar Gate Security refuses entry & makes
him turnaround and leave. Please refer to photo snapshots
CCD2 & CCD6 , EXHIBIT # 4.17 , page: 440.

Shazad Omar goes to the 2nd gate, and makes a 2nd attempt to
enter the gated community at 18:07 Hrs from the Grand Ave Gate.
He is refused entry again and the Security Officer makes turn
around and leave at 18:10 Hrs .The 2nd Entry Attempt & his
turnaround is recorded by the Sureillance Computer under
EXHIBIT # 4.17 , page: 435.

3 mintes later , Shazad Omar comes back again & makes a 3rd
Entry Attempt at the Grand Ave Gate. This time he is successful
& enters the gated community tailgating a " Resident's Car"
while the gate was still open. He exits through the Diamond

Bar Gate at 18:32 Hrs  i.e 19 minutes later. EXHIBIT # 4.17 page : 435 .

My original request to not to allow Akbar Omar's car enter the gated community using the Transponder # DBLP 010327 is shown under EXHIBIT # 4.17, page: 447 in the Access Device Update/ Delete Notebook Window printout. EXHIBIT # 4.17, page: 435 Access Device Update/ Delete Notebook displays new instructions.

A video clip of the Diamond Bar Gated Community's Surveillance Video of Shazad Omar's Entry Attempts has been in the custody of the Federal Bureau of Investigation since October 30, 2012. This video clip is considered a critical piece of evidence, concerning Akbar Omar's effort to cover-up & lie about the $ 30.6 Million business transactions between him & me on behalf of TTM Inc. & erase and destroy any records in my possession that would have confirmed the existence of UBS A/C.

The Break-in & Burglary of our house , was premeditated, as as Shazad Omar tried to use the Transponder DBLP # 010327 issued & attached to the front of his father's car, a vehicle of different color, model, and make , as mentioned previously. EXHIBIT # 4.17, pages:443, 441,439,437. Shazad Omar came in an unmarked car, without a license plate :

- Akbar Omar must have told his son that he has a Transponder.
- It needed to be phsically removed from one car , to be transported & installed in another car.
- The incident occurred  9 days before Akbar Omar was to be interviewed by the FBI.
- It occurred 2 weeks after TTM's Computers were backed up by employees Ashvin Domadia & Arnold Benjamin., and five employee computers had been handed over to the Law Firm of Mark Werksman for investigation. Shazad Omar must have learned from my staff that I still had a copy of a backup hard drive at home.

There was 5 1/2 hours time gap between his first attempt & the next two; more than enough time to ponder, as an attorney,

172 of 518

whatever he was trying to do, was in violation of the law, interference with the justice system, knowing that their family friend Zubaida Noor Khan had already been in contact with FBI Special Agent Brian Schnese on April 24, 2011 and her son Attorney Adil M. Khan had furnished his Mom ( Zubaida) a copy of the Complaint, filed by his father Akbar Omar in the Los Angeles Superior Court, to pass on to the FBI, and his father was scheduled to be interviewed by the FBI , 9 days later, on June 24, 2011. That it was a serious matter to temper with the evidence, to remove or destroy it, related to a case already pending in court & the FBI an arm of the US Department of Justice was looking into it.

Shazad Omar must have learned from his parents that I was trying to establish contact with his uncles Haroon Omar & Rafique Omar to recover the UBS A/C, and his uncles were privy to family secrets & Hawala method of moving money & assets was common in their Memon Community , worldwide. There was just too much at stake for his family.

Our house & cars must have been under surveillance on June 15, 2011 , throughout the day, to chose times to make entry when both me & my wife were not home, which leads to conclusion that Shazad Omar had an accomplice, as there were 2 gates to monitor.

My wife's pattern of leaving home everyday between 10:30 -11:30 AM for her hospital rounds & returning home between 2:00-3:00 AM the next morning was a set pattern & predictable, and Akbar Omar knew it because of his hundreds of visits to our house. However, my pattern was not predictable & random, as to when I would leave home & when I would return. As evidenced by the Daily Transaction Reports of our cars, obtained from the Diamond Bar Country Estates Association Office, EXHIBIT # 4.17 pages: 445 & 446 for Transponders: DBLP 10305 & 10312,

My wife left home that day:

| | | |
|---|---|---|
| 06/15/2011 | 10:55 Hrs Exit | Diamond Bar Gate & came home: |
| 06/16/2011 | 02:35 Hrs Entry | Diamond Bar Gate, next day. |

I was in & out of the house four (4) times that day:

| | | |
|---|---|---|
| 06/15/2011 | 09:52 Hrs Entry | Diamond Bar Gate |
| | 10:53 Hrs Exit | Diamond Bar Gate |
| | 15:12 Hrs Entry | Diamond Bar Gate |
| | 15:58 Hrs Exit | Diamond Bar Gate |
| | 20:54 Hrs Entry | Diamond Bar Gate |
| | 21:54 Hrs Exit | Diamond Bar Gate |
| | 23:45 Hrs Entry | Diamond Bar Gate |
| 06/16/2011 | 07:24 Hrs Exit | Diamond Bar Gate |

The first opportunity for Attorney Shazad Omar came when I left home at 10:53 Hrs & my wife left at 10:55 Hrs. His 2nd opportunity came at 15:58 Hrs & 3rd at 21:54 Hrs. Shazad Omar availed both the 1st & 2nd opportunities to attempt entries & enter the gated community. Akbar Omar knew the layout of my Office/ Library & where the records were kept because of his visits & they learned the location of my copy of backup hard drive from my staff. While it is upto the Federal Bureau of Investigation & the US Attorney's Office, but I would suggest historical telephone conversation recording for Shazad Omar should be investigated from 8:00 AM – 8:00 PM of 06/15/2011 under the Federal SCA, who his accomplices were.

The information obtained from the Diamond Bar Country Estates Association & the Gate Security revealed that the entry into the gated community from one gate, in this instance the Grand Ave Gate and exit from the 2nd gate i.e. the Diamond Bar Gate required a vehicle to travel on " Alamo Heights Drive " as this was the only route of travel, in 2011.

Our house, 2452 Alamo Heights Drive, Diamond Bar ,CA 91765 was approximately .2 – 2 1/2 miles from the Grand Ave Gate & only

174 of 518

1/2 mile from the Diamond Bar Gate.

A vehicle entering the community from Grand Ave Gate would be in front of our house in 5 1/2 to 6 minutes and would need only 1 - 1 1/2 minute to exit the Diamond Bar Gate. This meant Shazad Omar had 11 1/2 - 12 1/2 minutes to accomplish whatever he came for.

As reported in the Residential Burglary Report, forwarded   to the FBI and AUSA's Office on July 17, 2012, both front door and the rear sliding door locks had been tempered with ( loose screws & mortise cylinder offset 15 degrees on the front ). The records & documents connected with the Civil Case # 457773 LA Superior Court, alongwith paid home bills stubs in the two Shopping Bags next to my Trading Computer & my copy of backup Hard Drive of TTM's Computers , were taken.  Our  CPA  , Anne Tahim's Office was burgularized on July 14, 2011. I believe these two incidents were related.

During the bankruptcies of Akbar Omar in 1986/87 in the States of  California,  Missouri,  &  Arkansas,  his  medical  office building in West Covina, also burned down mysteriously, to his advatage & benefit. Reference  to  my  earlier  suggestion  for looking  into  Historical  communication  data  for  Shazad  Omar, perhaps  it  should  be  expanded  to  conduct  Historical  Cell  Site Location  Information  (CSLI)  search  &  examination  of  stored conversations  under  the  Federal  Stored  Communication  Act  (SCA) for  the  period  May  15,  2011 - July  15,  2011 ,  for  the  following Conspirators & Co-Conspirators's Cellular & landlines:

  1)  Shazad Omar
  2)  Akbar Omar & Rukhsana Omar
  3)  Ashvin Domadia - Ex employee TTM
  4)  Shaun Khan- Ex employee of TTM & resident of the
      gated  for  assisting  Shazad  Omar  inentry  to  the
      community & surveillance of our house & cars
  5)  Ghazala Khan for assisting Shazad Omar in entering
      the gated community;
  6)  Salahuddin Khan- Ex employee of TTM
  7)  Adil Khan - Ex employee of TTM

The FBI should be asked to investigate for more entry attempts
175 of 518

of anyone i.e. Akbar Omar or Shazad Omar or any other member of the
family into the gated community between Oct 6, 2010 and June 15, 2011.

3.8.7    <u>Stealing of Notes & Papers & Handwriting Samples From my Office (Library)</u>

TTM Investment Pool was started, at the urging of Khalid B. Ahmed,
in November, 2005. It was a home-based operation, with 3 open-access
non-protected Internet Access Networks. The Analysts worked out of
the 2 converted garages at the street level. At the time of the shutdown
of the company in March, 2011, all 8 Analysts were working remotely
from their home with a desktop Computer with <u>2 22" Dual-Screen Monitors</u>
provided by the company, as construction & renovation had been going
on at my old residence since Oct 2010.

The garages at the street level provided access to a storage area at
the same level, and access to the rest of the house through a staircase,
and a utility elevator.

My Office, the Library, was an 18' x 20' room furnished with a 3' x 6'
Office desk, 1 swivel desk chair, 2 guest chairs, 2 sofa chairs, 3
slim long desks with drawers for 2 Desktop Computers with 22" dual
flat screen monitors, a printer/scanner/copier & a telephone.

The Library was a repository for all our personal & private information,
Corporate & Business Records, Banking Information, checkbooks, Deposit
Slips, Login Information for various accounts, for email, User IDs,
Passwords, Insurance Papers, Passports, Degrees & Certificates & Licences,
Mortgages & Bank Loans, Credit Card Numbers & Info, Employees' Information,
TTM Investment Pool Investors' Information, Bills & unprocessed Mail,
Tax Returns, FInancial Statements both personal & business, my notes,
diaries & incoming & outgoing correspondence. All these records, documents
& confidential information was kept in Cabinets, unlocked drawers and
over my Office Desktop in In & Out trays.

At times, my Office (Library) was a very crowded place. From <u>March, 2010</u>
<u>to Oct, 2010</u>, I had 3 - 4 Investors trading along with me & up to 5
Investors, Observers & those Conducting Research on the TTM Proprietary

SQL Base Stock Selection & Investment Software. Between SEpt, 2007 & Feb, 2010 Akbar Omar was the most regular Trader/Observer and Researcher, at times alone in the Library with my Computers logged on, as I would step out of the Library to have meetings with staff, or have breakfast around 9:30 to 11:30 AM, or go to the restroom. Zubaida Noor Khan was the longest Trader/Observer visiting me since 2003 to Oct, 2010. The Library was also frequented by staff, who would drop by to see how trading was going, or to fix the computer Network & any Internet Connectivity problems, and Ashvin Domadia helped me with the preparation of the Monthly Report to the Investors, every month, using one of my desktop PCs to enter data & prepare reports.

Anyone coming to trade, observe or conduct research on TTM's Analysts Selected Stock Portfolios, or on the TTM's Proprietary Software in the Library, would be just a few feet away from the cabinets, desk drawers, my office desk where all confidential information, records & documents were kept, and if observing my trading Computer or the 2nd Desktop which was connected to the Server with SQL Proprietary Software, would be just inches away from this sensitive, confidential information, which was among things such as Login info, User IDs, Password & Email A/C Info, etc. At times, when on travel abroad, I allowed my staff to come in & work in my absence i.e. to install & upgrade Computers, resolve Network issues & prepare research & MArket Reports I had asked them for, as I fully trusted my employees & those who worked in my absence were: Salahuddin Khan, Adil Khan, Ashvin Domadia, and Shaun A Khan.

The only Investor & Trader who could visit any time unrestricted was Akbar Omar, who was issued a Transponder on Feb 19, 2009, for the gated Community. I learned from my staff that he would drop by & visit, even when I was travelling abroad. As per my Canadian Passport #JR063876 handed over to the US Attorney's Office on June 11, 2012, I was out of the Country on the following dates & periods, providing opportunity to Akbar Omar or anyone else driving his car to which a transponder was issued (# DBLP 010327) on Feb 19, 2009 to enter the gated community of "The Country" in my absence, and enter our house:

1) April, 2009

2) July, 2009

3) Oct, 2009

4) March, 2010

5) Sept, 2010

6) Nov, 2010

7) Feb, 2011

Akbar Omar's Transponder was active from Feb 19, 2009 - Oct 6, 2010. The Transponder was blocked on Oct 6, 2010. His son Shazad Omar gained entry on June 15, 2011 into the gated community using the blocked transponder. This incident is connected to the break-in burglary and the disappearance of important records & documents, including the copy of the Backup Hard Drives of all of TTM's Computers. It has not been looked into if there were attempts to enter the gated community during the visits abroad of Nov, 2010 and Feb, 2011 or other times between Oct 6, 2010 - June 15, 2011 when the Transponder was blocked or any time between Feb 9, 2010 - Oct 6, 2010 when my dispute with him had started over the IRS Agents' visit to my residence (two individuals posing as agents) on Feb 9, 2010 or when I was overseas in March, 2010 and Oct. 2010, and the transponder was still active.

The only way to know Akbar Omar's activity or that of any of his family members during this period using the Transponder to gain entry into the gated community would be through the US District Court authorizing the US Attorney's Office of Los Angeles, and the FBI for the historical SCLI collection & examination of the Stored Communications Act (SCA) for involvement of other Conspirators in planning & scheming the heist of UBS A/C or records & data from my old residence. I request the court to grant the USA Office & FBI such authority.

All of TTM's staff was put on regular visitors/no call list from Nov, 2055 through March, 2011, almost the entire period. The Analysts could enter the gated community just by identifying themselves at the gate, regardless, whether I was home or not or I was travelling abroad. TTM's Computers & servers remained powered up & connected to the network 24 Hours a day, and throughout the year TTM had a UPS backup

Sytem in the Green Carpeted Garage. In case of power failure. To ensure reliable Internet Access & Connectivity throughout the house, two signal booster-amplifiers were installed in the Green Garage & on 2nd floor in the Living Room area.

Report Binders for every Analyst on the Daily, Weekly & Monthly performance of Industry Sectors assigned to them & their Portfolio of Stock Selection, a Daily, Weekly, and Monthly Trend Report, a Major World Market Daily, Weekly, and Monthly Performance Reports were kept in the Green Carpeted Garage Wall Unit, for the 6 months period covering upto Oct, 2010 of 15,000 - 20,000 pages. Also , a World Major Economies & Market Study carried out by summer students Joshua Mansour & Shawn Mansour was kept in the Green Carpeted Garage. Some of these Binders are in the custody of the FBI, but a majority of data & records had been stolen.

I do not know, for how long, this theft & stealing of records , my notes, and papers have been going on. This despite the fact that I shared all research data , Technical Analysis, Reports, and provided all Investors/ Visitors access to TTMMASTER portfolios of stocks maintained on YAHOO FINANCE, and access to SQL Base Stock Selection, Trading & Investment Software , on the basis of trust, for their personal use. All staff also had access to all these programs & sites.

Atleast 10 - 12 of my papers & hand written notes were found appended in the 870- page B of A document used to depose Akbar Omar on March 20 & 23, 2012. One such document was my hand written notes given to Ashvin Domadia for the preparation of the December, 2010 Monthly Report. These notes were stolen from my office between Jan 6 - 9, 2011, before the filing of the law suit by Akbar Omar, and Ashvin Domadia was the only employee who came to our house to work, as all other employees were working , remotely, out of their homes due to renovation of my house.

3.8.8    Loss of UBS A/C & Its Control
------------------------------------

The UBS Trading A/C of the Investment Pool was opened on Dec 17, 2007. It was funded by the fee payments by Akbar Omar to TTM of $ 30,681,583.08 between Dec 17, 2007 – Oct, 2008. It was treated as a part of the Investment Pool from day one i.e. Dec 27, 2007 first day of trading.

There has been no access to this account since May 4, 2011. The last report of this account printed on April 25, 2011, with the help of my Ex-employee Ashvin Domadia , as my computers were having problem connecting to the Internet, has been determined to be fake & fabricated. The FBI investigation revealed that my computer was connected to a site: www.banana.ch/cms/en/UBS_import and not the official UBS site. EXHIBIT# 4.10, page: 347. The account balance & stock holdings displayed in the fake report appear to be correct & to the best of my recollection they matched my notes & records stolen by Shazad Omar, on 06/15/2011 during the burglary & break-in of my house.EXHIBIT# 4.17, Section: 3.8.6. There exist no record of this A/C or trading of it on any of my computers.

It is suspected that I lost control over this account in the very beginning i.e. between Dec 17, 2007 – Dec 27,2007 to Akbar Omar who was the sole Visitor/ Trader/Observer around that time. It is further believed that it was made part of an Offshore Trust Account for Emerging Markets, for which there was very little oversight by London Stock Exchange (LSE) and trades I placed, were recognised offshore and not monitored by LSE & I was setup as a Third Party having trading privileges only. My efforts to recover this account from Akbar Omar with the assistance of his siblings Haroon Omar & Rafique Omar from Sept, 2011 thru July, 2012 did not go anywhere. In July, 2012 I sent Haider Jawaid, a friend of mine, with delegated authority & paper work prepared by the Law Firm of Mark Werksman, was also un-successful as UBS Zurich or Geneva had no record of this account.

Cover-up by Akbar Omar of his over 300 visits to my Office, and his two business transactions which was the seed money for this account from the FBI & US Attorney's Office, and other Conspirators supporting his version of the story, while having no knowledge of the facts, had lead everyone believe that UBS Account never existed.

If the UBS A/C did not exist, Akbar Omar did not have to wait from November , 2008 - March, 2011 , make more than 300 visits and invest in the Investment Pool over 30 times during this period, when he could have caught in 1 visit only, just one look at my Trading Computer Screen that the Investment Pool neither had the balances, I was claiming in the Monthly Reports and nor it made the Daily Profits I was claiming.

Before joining the Investment Pool, he was given the Monthly Report, which had the balances, the profit figures , and the calculated rate of return, similar to the selected Monthly Report samples included under EXHIBIT# 4.9. ( Attached as Exhibit B to the Declaration of AUSA Ranee  Katzenstein filed on 06/14/2013 for my Sentencing Hearing ). My Trading Computer ran the Schwab Trading Platform from 05:00-05:30 AM- 01:00 PM Los Angeles Time. It displayed the Schwab A/C results on Trading Status Bar - EXHIBIT #4.1, page:202 , and more details of Schwab A/C under Account Display & Execution Bar Window (7) and Investment Pool total in a 3rd window on    the screen Computer Calculator (12).

Including the Order Execution Alert Messages Window (8) , EXHIBIT # 4.1, page:202, my Trading Computer Screen displayed at four (4) different places i.e How much money is being invested in the market, what stocks are being bought or sold, and what are the holdings.

All five (5) Investors/ Visitors knew that , and could verify by looking at my Trading Computer screen.

Akbar Omar & atleast four (4) members of Ahmed family ,and

their close friends, a gang has lied to the FBI, the US Attorney's Office , and before the members of the Grand Jury to cover-up, afraid of what might come out in the open, if they admit what the truth is.

The $ 30.6 Million transaction with TTM, which became the seed money for the UBS A/C is a large sum, by any standard, but not as large as $ 80 Million, or the value of the TTM's SQL Base Proprietary Stock Selection, Trading & Investment Software of $ 360 - $ 1,450 Million value that had been pirated or the Business Development & Execution Plan of $ 500 -$ 4,000 Million range in value that had been acquired , alongwith the Hedge Fund entities by Fraud & deceit.

Omars are a part of the Memon Community, some of them are in Hawala & Hundi where daily, monthly, and annual amounts of money and assets moved are in billions. Ahmeds are connected to Bhuttos & Zardaris of Pakistan, the corrupt politicians who have robbed the country of billions, while in power, and extremism & terrorism flourished in Pakistan. Please refer to EXHIBIT # 4.18, pages: 450-461, EXHIBIT# 4.13, pages:362-393.

The FBI Analysis of TTM's Bank of America & Schwab A/Cs EXHIBIT # 4.5, pages: 277-280 clearly shows that the combined balances of these two accounts were running under 10% most of the year 2008 when Akbar Omar joined & were between 1-5% in the 2nd half of 2009 , when Zubaida Noor Khan had joined & was coming to trade. Akbar Omar did not have to wait until March 2011 to call it a PONZIE Scheme, if the UBS A/C did not exist. Zubaida Noor Khan did not have to continue her visits, after Akbar Omar had stopped coming in Feb, 2010 & I wanted to declare $ 30.6 Million transaction with Akbar Omar as Corporate Income of TTM, after the visit of two individuals posing as the IRS Agents.

EXHIBIT#4.4 is a true & accurate copy of pages taken from the Reporter's Transcript of my Sentencing Hearing of June 24, 2013. Please refer to page 269- Lines 18 thru 25, and page:270 lines 1-5 of Asif Mahmood Chaudhry's statement who appeared as a Victim:

" I was personally approached actually about three years ago when I found out about this case. I personally approached Mr. Madad and Mrs. Madad. I had a two-hour conversation in their house at their dining table having a breakfast, and I begged them. I pleaded them.

I told them, " Whatever you are telling is not right. The best thing is to come out, tell the truth, get it over. All the people you have robbed are our brothers, our sisters, our friends for long time. These are the hard-working people."

They said, "No. We have not done anything, and I heard lost week still his family's saying after his pleading guilty that they have-- are not doing anything wrong."

Your Honor: Asif Mahmood Chaudhry had the audacity to come out and tell a straight lie & cover-up to save his brothers & those who bear loyalty to no one, no country, and no nation. They have ditched their souls & conscience for the money. But before I elaborate on this, a litmus test of his statement for truth and accuracy:

1. Going back about three years in time, would put his learning about the case on or about June 24, 2010.

   I had no case pending against me in year 2010.

2. The only thing he approached me for, personally, in 2010 as I recall, to join the Investment Pool. I had not talked to him or invited him to join. It can be verified by accessing Historical stored & recorded conversations between him & me around that time, under the Federal SCA.

3. Asif Mahmood Chaudry did join the Pool on July 22, 2010.

   Brothers & sisters he might be referring to were:

183 of 518

Tehmina Khan, a member of Jatoi family- a political dynasty & feudal lords of Sindh , Pakistan. I never invited her or asked her to join the Investment Pool. Infact, I did not know her that well . The historical stored & recorded conversation between her & me can be accessed for the year 2010 under Federal SCA. She joined the Pool on March 23, 2010.

If Asif Mahmood Chaudhry was referring to Samina Hamidi, sister of his classmate Syed Imran Ali, I have never met her or spoken to her or invited her to join the Investment Pool. She joined the Investment Pool on Aug 11, 2010.     I agree to accessing my historical stored & recorded conversation with her also, if the Court wishes the FBI to look into, under the Federal SCA.

My dispute with Akbar Omar started on Feb 9, 2010, before anyone of these individual joined the Pool. What Asif Mahmood Chaudhry told the court on June 24, 2013 were nothing but lies & slander.

4. When Asif Mahmmod Chaudhry joined the Investment Pool, the following four (4) Investors/ Visitors were coming to observe & trade with me on a regular basis:

Zubaida Noor Khan
Sajid Bashir Ahmed
Abdul Rashid Khan
Arif Z. Mansuri

They all sat around my Trading Computer (EXHIBIT #4.1, page:201 ) with large 22" flat display screen in their clear view. Three (3) of these four (4) individuals , were present in Court, alongwith Akbar Omar who had visited me over 300 times.

None of the individual had the conscience & decency to tell the truth , as I was about to be sentenced & separated from my family for 151 months at the age of 66 1/2 years.Playing with other peoples life was just a game, for him and his friends sitting there in court. Apprehensive of the fact that those who lied, misrepresented & covered, will do it again, and if once again their statements are believed to be honest & truthful, I will never be a free person, and never be able to enjoy a family life with my beloved daughters & wife again, I decided to change my plea.

And I could not believe, what I had feared & as a result was compelled to change my plea, was actually happening.

5. Now coming back to my comment on page: 183 :

In the first place, my reference was to the situation in my mother country Pakistan & billions of dollars that United States had been spending to fight terrorism & extremism. Please refer to EXHIBIT #4.13, pages: 393B-393E from a book

184 of 518

" THREE CUPS OF TEA" by an American Greg Mortenson, who has built 81 schools in Taliban & Al Qaeda infested regions of Pakistan to educate children, especially girls.

Sitting in Court on June 24, 2013, behind the lectern were mostly "Ahmeds" and "Omars" the cronies of Bhuttos, Zardaris, and Sharifs of Pakistan who had failed that nation.

As Greg Mortenson quotes a World Bank report on page:243 of his book, EXHIBIT# 4.13, page: 393D, 20,000 MADRASSAS and hundreds of mosques with extreme ideology & breeding ground for terrorism sprung up in Pakistan in the years these two families dominated the politics & ran the country starting in 1988. Bhuttos & Zardaris, and their cronies prospered, by robbing that country, creating a national threat to the United States & other peace loving countries of the world.

Present in Court were the following , whom Asif Mahmood Chaudhry branded as " hardworking" and "poor people" before correcting himself:

i)   Majid B. Ahmed- Former partner of Asif A. Zaradari, the husband of 2-time Prime Minister of Pakistan Benazir Bhutto. He now lives in Dubai, UAE and had flown with 2 FERRARIS from Dubai, to participate in a Luxury & Antique Auto Expo at Pebbles Beach, CA.

ii)  Also present in Court & addressed the Court was Tehmina Khan, a member of Jatoi family, another political dynasty & feudal lords of Pakistan.

     Her brother Obaid Jatoi was Advisor to the President of Pakistan Asif A. Zardari. The poor & hardworking Obaid Jatoi could not be in court, because he had to be in Islamabad, Pakistan, with his master.

iii) Absent from court was Suhail Siddiqi, an Advisor & classmate of Pakistani President Asif. A Zardari.

Both of these Advisors shuttled back & forth between Islamabad and California from 2009-2013, while Osama Bin Laden lived comfortably, near the Army Headquarters in Abbotabad, Pakistan. They or Asif Mahmood Chaudhry never alerted any Congressman or US Senators he was inviting to his residence for soliciting support for the corrupt government in Islamabad. Corrupt Pakistani politicians kept lying to the US that they don't know where Osama Bin Laden is.And Rtd. General McChrystal writes in his Memoirs that as early as 1993 Osama Bin Laden was running a Boarding House in Pakistan for would be terrorists to carry out attacks on the United States.

Suhail Siddiqi would fly from Islamabad to attend these gathering at Asif Mahmood Chaudhry's house. Their contact on the religious front : Zubaida Noor Khan , who has been Chair Person of Muslim Public Affairs Council (MPAC) Foundation in 2011, her husband Iftekhar Khan a past-President of a very conservative mosque in Walnut, CA - the Walnut Mosque and her father-in-law a past President of Islamic Society of Orange County (ISOC) -one of the largest Islamic organisation in the US. In addition, Zubaida Noor Khan was also a member Clairemont Muslims Council.

Akbar Omar belongs to Memon Community, and World Memon Organisation (WMO), who control the Hawala & Hundi method of moving money & assets, around the world, which also acts as a pipeline for terrorists & extremists , not just the corrupt politicians, or for corrupt Head of States & their cronies.

That bring me to the 2nd point I was making with my comment on Asif Mahmood Chaudhry's statement on an earlier page: 183:

The 23 Conspirators, who have disguised themselves as Victims, include four (4) regulator Visitors/ Observers & Traders at my Office, sat around my computer & were  witness to  what was on my computer screen, in their clear view & five (5) of my employees all related to them. Of the $ 31,945,064.47

Restitution amount determined by the US Attorney's Office, an estimated $ 20,596,782.54 is their investment capital. EXHIBIT # 4.20, pages: 481-482. What they have lied about, completely covered-up & withheld from the FBI , the US Attorney's Office & the Grand Jury, how much losses &   damage they have caused to TTM & what they have stolen. There is nothing on record in the US District Court or the Los Angeles Superior Court under cases: CR 12-1048 PA and BC 457773. because of conspiracy involved & making everyone believe that the witnesses were honest & truthful & nothing was heldback. And they did not disclose, did not exist.

The losses & damages suffered by TTM, my family, and 35 Investors are detailed under EXHIBIT # 4.20, pages: 474-489. A brief summary of losses & financial harm & injury inflicted to TTM is given below:

| | |
|---|---|
| Piracy of Proprietary Software<br>estimated range<br>$ 360 - $ 1,450 Million<br>( Independent assessment required) | $ 360,000,000.00 |
| Acquisition of Business<br>Development & Execution<br>by Fraud & Deceit<br>estimated range<br>$ 500 - $ 4,000 Million<br>( Independent assessment required) | $ 500,000,000.00 |
| Hijacking of UBS A/C<br>Investment Capital &<br>Profit Losses | $ 133,700,000.18 |
| Total | $ 993,700,000.18 |

As detailed under Sections : 3.8.3 & 3.8.4 pages: 155-162 so many different investors came to learn & observe, and  trade and five (5) became regular visitors, they had their relatives working for TTM , there was a reason for it. The saw the tremendous value & potential in TTM's intellectual properties. Some wanted double the benefit, so they became regular & traded their own A/Cs, mirroring my trades at times.

After un-successful efforts by the Law Firm of Croce & Associates in Geneva, Switzerland , engaged in July, 2011, and also an un-successful trip by my friend Haider Jawaid in July, 2012, to visit UBS Zurich & Geneva, I am convinced that Akbar Omar has dispersed the funds in the UBS A/C through Hawala, his Memon Clan controls worldwide.

He is the person with a long history of fraud, lies, deceit and illicit acts going back to his 3 bankruptcies in the years 1985/86, but has never been caught. His bankruptcy case numbers are:

| | | |
|---|---|---|
| BK. NO # 86-20463 LF | California | |
| BK. NO # 85-40803 M | Arkansas | |
| BK. NO # 85-02532 | Missouri | |

For more information refer to EXHIBIT #4.15 & records at the National Archives.

I obtained some of the relevant documents & records in July and Aug, 2012, based upon tips from his siblings Haroon Omar & Rafique Omar. I had no specific knowledge or knew of details from Khalid B. Ahmed or Shahin Iqbal , the two people who knew him & Rukhsana Omar very well, but never disclosed any details over the 30 years period, I had known them. They were secretive about their own high powered connections in Pakistan, and never talked about Hawala or Hundi.

With so much going on , in the name of religion, in the Middle East & the Muslim World, Akbar Omar is an example of this exploitation. Please refer to EXHIBIT #4.14 for his Declaration submitted to the US Bankruptcy Court in 1987. Again, tips from his siblings helped . This document says it all about the character & conscience of this man. It shows to what length he would go when money & property was involved. He would use religion & even sacrifice relationships that we cherish & are the foundation of families & society.

In his 2nd Bankruptcy in Missouri there was issue of forged documents & signature with Mercantile Bank. In the Bankruptcy filed in California, Rukhsana Omar wore a wig to disguise

herself being recognised, and for 1 year party tried to depose her.

Akbar Omar was not an impartial witness, when he gave interview to the FBI on June 24, 2011. He had vested interest in lying , in holding back the material & substantive information & cover-up. So did the rest of the Conspirators, who have supported his version of story, without any knowledge of the facts & even if they knew completely denying it and the example are witnesses Syed Imran Ali & Ashvin Domadia, and those who spoke at my Sentencing Hearing i.e Zubaida Noor Khan, Asif Mahmood Chaudhry, and Shaun Khan. Conspirators had aided in his heist of UBS A/C.

His involvement in 137 law suits & litigation, since his in California, is a further diagnosis of how his mind works, and his business ethics. EXHIBIT # 4.16, pages: 426-433.

3.8.9     Theft & Piracy of TTM's Proprietary Software

The SQL Base Proprietary Stock Selection, Trading & Investment Software was still operational in October, 2011. 20 Portfolios of 100 Best Performing Stocks for every business day from September 27, 2011 - October 25, 2011 were developed, and they still exist on Yahoo Finance under the User ID TTMMASTER. These portfolios were created especially for use by the Hedge Fund Pebble LLC & Golden Rock, LLP.

This intellectual property of TTM was of tremendous value & immense market potential :

> There were 17 Million Retail Investors in the United United & 30 Million Worldwide in 2011. A large Hedge Fund Market of $ 2 Trillion, and World's largest Stock Market & Investment Banking Sector of the United States of $ 55 Trillion in 2011. In addition, it was a Trading and Investment Tool for the Hedge Fund to earn capital gains.

> An attempt has been made under EXHIBIT # 4.20 , pages 486A & 486B to put a value on this innovative, knowledge & technology based creative work. Just a

meager 1% of the Market Share worldwide would put a Market Value of this intellectual property in the range of :

$ 360 – $1,450 Million

Then there is Hedge Fund & Investment Banking Markets in addition. A 3rd party independent assessment & valuation will be required.

The Software was pirated between November 1, 2011 – March 31, 2012. It was not as clean operation & theft as that of the UBS A/C. Those involved in the piracy of the Software left their footprints in the form an Access Directory on the Server and an inoperable, old version of the Software was left behind.

The Access Directory reads:

| | |
|---|---|
| Administrators | Arnold Benjamin |
| | Ashvin Domadia |
| SQL Software Lincensee | Salahuddin Khan |

Based upon information & knowledge, the piracy was carried out to implement the Business Development & Execution Plan, and day to day operation of the Hedge Fund Pebble LLC & Golden Rock LLP, which were now in the control of Khalid B. Ahmed and all of the above individuals & Adil Khan, Ex- employee of TTM & trained by TTM at the Online Trading Academy in 2010, were now working for Conspirator Khalid B. Ahmed. This software had not been Copyrighted by TTM, yet.

A version of Instruction Manual developed by Arnold Benjamin for this Software, has been in the custody of the FBI since October 30, 2012. Arnold Benjamin turned in Server in February/ March, 2013 and the discovery of the theft of Software was confirmed in July/ August, 2013.

Because of the footprints left behind, the FBI Computer Forensic Lab can easily determine, when the piracy was carried out & who did it i.e . created the Access Directory that now exist. The investigator can also obtain the information from the SQL Software Company who contacted them for the renewal of license & can obtain licensing fee payment information.

As Owner & CEO of TTM my name does not appear either having the highest Security Level or Authority Level , but just as a simpler User. I further discovered that Faraaz Hashemi, son-in-law of Akbar Omar who was terminated from employment on March 25, 2011, had still the Access Priviledges to the Software in July/August, 2013 & so did some other Ex-employees of TTM. Under the impression that Software was still intact I blocked the access to all these individuals through the Directory, only to discover later that the most recent , up-to-date & operating version of the Software does not exist anymore.

The piracy of Software, during the US Department of Justice investigation, indicated that Conspirators & Co-Conspirators were very confident in procuring my indictment 6-8 months prior to it actually happening. In particular, Asif Mahmood Chaudhry had announced publically that " Madad is going down". The Conspirators were co-hooting, coordinating, collaborating & having meetings to make sure everyone speaks with one voice & confirms the testimony given by the others to the FBI &  the US Attorney's Office. The contact number of FBI Agent Brian Schnese was passed around urging others to call & even some of the Conspirators were monitoring to whom FBI wanted to interview next. Conspirators Syed Imran Ali, Bashir Waraich, and Khalid Sheikh even thwarted efforts by other investors " THE REAL VICTIMS" to continue Restitution & return of funds.

3.8.10   Acquisition of Business Development &
         Execution Plan by Scheming & Fraud
         ─────────────────────────────────────

The Proprietary Business Development & Execution Plan including the Organisation Structure, Marketing Plan, Regulatory Approvals, Trading Strategy, Long-range Cashflow Projections & Profitability was developed in Dec, 2010, and finalized in February, 2011. It was a multi-million & billion dollar Plan based upon TTM's Proprietary SQL Base Software .

Like the SQL Base, TTM's Proprietary Software, the Business Development & Execution Plan was a road map and a blue print, how to utilize the benefits of the Software, and once again highly valuable & confidential intellectual asset of TTM. It had many supporting components, along with a core package identified in the earlier paragraph, which were kept in the Green Garage and resided on Server, my PCs , Yahoo Finance Site under User ID TTMMASTER, and distributed over eight (8) other TTM's Computers assigned to employees. The supporting components included thousands of pages Research Reports & Data Library , a hard copy of World Major Economies & Major Stock Markets Study. Ashvin Domadia , in his interview with the FBI with two AUSAs present, downplayed it & avoided any mention or disclosure of it, did not turn in his computer. He was working for Khalid B. Ahmed/ Parveen Nur Ahmed in Feb, 2012, and based upon my information & knowledge was pirating & stealing TTM's intellectual property, my notes & paper , for both Akbar Omar & Khalid B. Ahmed.

Under EXHIBIT #4.20, pages: 487-488 an attempt has been made to assess the market value of this plan & business strategy. Financial Industry & Worldwide opportunities that Plan identified are so large that a Market Share of meager 1/10th of 1% - 1/80th of 1% would put its value:

$ 500 - $ 4,000 Million range.

Assessing a Business Plan & assigning a vlue to it is a very complex challenge, especially when it is a knowledge, technical analysis, research & technology based innovation, backed by another intellectual asset i.e a Software which outperformed the Market as can be confirmed by the 20 Selected Portfolios between September 27, 2011- October 25,2011, and residing on Yahoo Finance under User ID " TTMMASTER". A 3rd Party Expert Valuation will be required.

TTM got its start in 1993, when we funded a Business Plan proposed by 3-executives of Telenetics of Irvine,CA. The

company got caught in between Askey Communication , a Taiwanese manufacturer who had dumped defective & uncertified product in the US Market & TTM's major customer Amquest Corp. of Pennsylvania, who went bankrupt, as a result. I had compensated all the investors, who had lost money, even though I had no obligation to do so, as I had pledged 40% of the funding for 40% ownership & actually ended up contributing 70% .

Creativity & innovation had always been a part of my professional career, during my 25 years in the Oil & Gas Industry i.e designing, managing projects, running & overseeing operations, and directing studies. I learned the value of information base knowledge, and data, and importance of technical analysis & research in managing risk. My graduate studies in Operations Research taught me Mathematical Modelling both Deterministic & Stochastic . And I owe this ability to my teachers & professors who educated me.

TTM had created a large database, research, and technical analysis about the Financial Markets, since 1999, as mentioned earlier. First Parveen Nur Ahmed in 2000/2001, then her brother Khalid Nur in 2001 followed me to the Online Trading Academy, Irvine, CA. to learn Trading & Investing using a Professional Trading Platform, where I traded from the floor of Momentum Securities with 50 plus other Traders. Zubaida Noor Khan, followed them & visited me off & on in 2002/2003 at my Home Office in the gated community " The Country" in Diamond Bar, CA. She, like Parveen Nur Ahmed & her brother Khalid Nur, traded on Charles Schwab Trading Platform, while I traded on CyberTrader Platform.

The wealth of Financial information & research, and body of knowledge & data that I had created, alongwith my open door policy to share all my research & database, sharing of knowledge of charting & technical analysis i.e how to conduct it & how to interpret data, and other trading techniques, while in the Market & Trading right infront of the visitors, sharing

my investment decisions & my display screen showing the result, I believe, convinced the visitors to move some of their investments to the TTM Investment Pool formed in Nov, 2005 from the traditional investment houses , and manage their own A/Cs by trading themselves , alongwith me, while it spawned thoughts of owning & getting hold of what I had created. Khalid B. Ahmed and his wife Parveen Nur Ahmed, Akbar Omar & Rukhsana Omar, Ghazala Khan, and Khalid Sheikh wanted TTM to hire their relatives to learn the trade & gain experience, I blindly complied. Others sent their sons to summer jobs at TTM & learn. In the summer of 2010, as many as 15-16 individuals came to our house daily. While summer students shared Office space with Analysts & Investors/ Visitors sat in my Office/Library around my computer with their Notebook Computers & Laptops, trading together what would be "dubbed" dishonestly & as a flagrant lie by them as a " Ponzie Scheme".

o   Dispute with Akbar Omar started in Feb, 2010 over the visit of 2-individuals who were looking for him & posed themselves as IRS Agents. I would suggest that FBI should look into it, what the truth was ? & if other investors out of 23 Conspirators identified were behind it.

But as a result of the incident, I wanted the $ 30.6 Million transaction with him in Dec,2007 and Oct, 2008 on behalf of TTM declared as Corporate Income on TTM's Tax Returns.

o   Investment Pool had become too large, too fast.
o   I wanted staff trained & went forward with it.
o   I wanted staff to be licensed under FINRA.
o   I wanted legal documents created to cover & protect all investors & their investments which had surpassed $ 75 Million , including profits by the end of Dec, 2010. All Pool money was now literally in the UBS A/C.

o   As the core elements of the Business Plan was developed, my intentions were make TTM a Professional Business Like operation, compliant with State, Federal & SEC Regulation, as applicable & relevant at the time, to the size of the Pool or Create a separate Entity.

o   Bring in qualified CPAs who had experience & know Hedge Fund environment Accounting. Have a CPA firm prepare & send Monthly Reports

o   These plans started to change as Akbar Omar
    filed a law suit, in March, 2011 to disguise
    why he had invested with TTM a large sum ,in
    a short period of time with TTM & done 2 very
    transactions with TTM, when he had professional
    Fund Managers Fidelity & TD Ameritrade, what
    he had been doing & coming for at TTM:

    - He had transponder to come into the gated
      community, any time, un-restricted. Even my
      staff & other friends did not have this
      privilege.

    - He had TTM Staff upgrade his computers.
    - He had TTM research & database downloaded
      into his computers.

    - He had his son-in-law Faraaz Hashemi working
      with TTM; in addition

    - His son Sameer Omar regularly came & spent
      time with TTM's Analysts, logged on to our
      network.

    - He had been making excuses about providing
      information as to the origin & source of funds
      which became seed money for the UBS A/C.

    I would learn later on from his family & confirm
    it that he was the individual involved in 137
    law suits/litigations . EXHIBIT #4.16 ,plus 3
    bankrupcies & had ties with those in his
    community who controlled Hawala & Hundi a banned
    & illicit method of moving money & assets. And
    now, my company TTM, me & my family were his
    targeted victims # 138.

o   My plans changed further as I could not access
    the UBS A/C on May 4, 2011.

o   Now my objective was to, somehow, continue
    investors withdrawals, as they needed money,
    and return their investments, if they wanted,
    if UBS A/C is not found, just as I had done in
    1990s i.e. returned everyone's money back.

    Full compensation for their share of profits
    to be done later, once the UBS A/C is recovered.

o   A detailed 2-years Plan was drawn-up to return
    all investors funds. A copy of this plan has
    been in the custody of FBI since Oct 30, 2010.

o   3 Investors were to assist with the
    implementation of this plan i.e Khalid B. Ahmed,
    my brother Dr. Syed Sikandar Madad, and M.
    Rashid Chaudhry, my classmate from Grade 6.