o    The return to these 3 Investors supporting the modified Business Plan would be restricted to 10 - 12 % per year, for the 2-years period.

o    Returning of funds or Restitution began about 1 week later , of loosing access to the UBS A/C from May 12, 2011.

o    From May 12, 2011 - Sept 30, 2011, I had returned $ 997,669.65 in funds. Please refer to EXHIBIT # 4.20, page:483.

o    It was very painful & emotional period, as I had to borrow money on a very high interest rate against my wife's jewelry, while closest of friends had started to betray & lie straight out, to satisfy Investors withdrawal requests in June/July, 2011.

o    Khalid B. Ahmed, his wife Parveen Nur Ahmed, his family Syed Imran Ali, Majid B. Ahmed, & Suhail Siddiqi had different plans I would learn later. It involved all of the 23 Conspirators in one form or the other.

o    Khalid B. Ahmed had me & my son-in-law resign & sign over the ownership of the newly created entities Pebble LLC & Golen Rock LLP, in July/Aug 2011 under the pretext of saving them from the litigation.

     While the object here, for the first 2-years was to return money to all investors, who wanted out & I had retained a law firm Croce & Associates to recover UBS A/C.

o    Khalid B. Ahmed started to renege on other committments & what was agreed also.

o    I had already trained TTM's staff at Online Trading Academy in Irvine, CA & four (4) staff Members of TTM had passed FINRA's Series 65 Licensing Examination for Investment Advisors by Jan , 2011.

o    The core of Confidential & Proprietary Business Development & Execution Plan was already in his hands, in Feb 2011, as continued to play my best friend.

o    Having acquired the control of the new entities Khalid B. Ahmed & his wife Parveen Nur Ahmed went ahead with acquisition of equipment & office space without my knowledge, with my Ex employees Salahuddin Khan, Adil Khan & Ashvin Domadia, whom I had trained at TTM.

o    Both Khalid B. Ahmed & Parveen Nur Ahmed were now fully exploiting the dispute with Akbar Omar on one hand, and FBI & US Attorney's Office investigation on the other hand.

    As the two investors provided the funding, they wanted complete novices, with no trading experience i.e. Adil Khan & Ashvin Domadia to do trading.

    They wanted Option Trading to be carried out, which I had avoided, being extremely risky. from Nov 2005 - Mar , 2011.

    They were issuing direct orders to the 2 novice traders themslves by phone.

o    Khalid B. Ahmed no longer follow the investment strategy that had been agreed & 20 Selected Best Stock Portfolios were created from Sept,27 2011 - Oct 25, 2011 on Yahoo Finance under the User ID TTMMASTER.

o    Khalid B. Ahmed also no longer wanted to follow through with the Restitution Plan & wanted all all profits generated with 10 -12 % restriction on return to the 2-investors to belong to Pebble LLC, and Golden Rock 'LLP, which were now 100% his ownership, acquired by trickery.

o    On November 23, 2011, Suhail Siddiqi texted all family members , from overseas thru his Blackberry Cell phone , to go & file complaints against the Ponzies meaning me , when he knew it was not true.

    Everyone, including Akbar Omar, his brother-in-law Sajid B. Ahmed, his relative Abdul Rashid Khan, Arif Z. Mansuri, Zubaida Noor Khan, all sat around my computer, looking at its screen for months.

o    On November 28, 2011, Tehmina Khan who brother Obaid Jatoi, was also an Advisor to Pakistan's President Asif A. Zardari at the time & a colleague of Suhail Siddiqi, contacted Brian Schnese SA of Federal Bureau of Investigation as instructed.

o    On December 13, 2011 Khalid B. Ahmed asked me to stop coming to Hedge Fund Office.

o    On December 24, 2011 Syed Imran Ali called a meeting of family & friends, to strategize and speak with one voice with the investigators. Based upon interviews given to the FBI later, disseminate lies, cover-up & withhold information

Section : 3B   INTENTION TO FILE
A LAW SUIT

Hon. Percy Anderson,                                     February 29, 2016

US District Judge,

Western Division,

Office of the Court Clerk,

US Courthouse, Room 215

312 N. Spring Street,

Los Angeles, CA 90012


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| TECHNOLOGY FOR TELECOMMUNICATION & MULTIMEDIA, INC DBA TTM INC. ) ) ) | INTENTION TO FILE A LAW SUIT |
| SYED QAISAR MADAD ) On behalf of the INVESTMENT POOL ) and 42 INVESTORS : ) ) ). | Connected Case: CR 12-1048 PA |
| Sultanali Alidina ) | UNITED STATES OF AMERICA |
| Pashi Ansari ) | Plaintiff |
| Jackson L. Carneiro ) | v |
| Ahmed M. Chaudhry ) | SYED QAISAR MADAD |
| Anam H. Chaudhry ) | |
| M. Rashid Chaudhry ) | Defendant |
| Saeed M. Chaudhry ) | |
| Samina Hamidi ) | |
| Zakia Hanafi ) | |
| Abdul Rashid & Rabia J. Khan ) | |
| Tariq and Atiya B. Khan ) | |
| Ali S. Madad ) | |
| Asma Madad ) | |
| Shirin Madad ) | |
| Syed S. and Saiyeda Sikandar Madad ) | |
| Adeeba Malik ) | |
| Pervaiz Malik ) | |
| Joshua Mansour ) | |
| Khalifa Mansour and Susan Mansour Noor) | |
| Mohammad J. Memon ) | |
| Nigar Mirza ) | |
| Tanvir F. and Sara Mirza ) | |
| Eric F. Paxman ) | |
| Susan Larson Paxman ) | |
| Tanveer and Asma Quddusi ) | |
| Abdul Hai and Nusrat Ba Rajput ) | |
| Azra Raza ) | |
| Sughra Raza ) | |
| Syed Javed Raza ) | |

```
Syed Tasnim Raza                              )
Mujtaba Sabahi                                )
Syed Afzal Tabatabai                          )
Lena Williams                                 )
Farhat Zubair                                 )
Syed Qaisar Madad & Meher F. Tabatabai)
Faisal Rajput and Mahvish Z. Madad            )
Mahrukh Z. Madad                              )
BAAJEES                                       )
Madad Family Trust                            )
Employees Investment Account                  )
Anwar Tabatabai                               )
Shiraz A. Malik                               )
                                              )
                                              )
                  Plaintiffs                  )
                                              )
      v                                       )
                                              )
                                              )
Khalid B. Ahmed & Parveen N. Ahmed            )
Akbar Omar & Rukhsana Omar                    )
Salahuddin Khan                               )
Adil Khan                                     )
Syed Imran Ali & Aliya Ali                    )
Tehmina Khan                                  )
Suhail Siddiqi                                )
Shazad Omar                                   )
Faraaz Hashemi                                )
Ashvin Domadia                                )
Zubaida Noor Khan & Iftekhar Khan             )
Shaun A. Khan                                 )
Bashir Waraich                                )
Ghazala Khan                                  )
Asif Mahmood Chaudhry                         )
Majid B. Ahmed                                )
Sajid B. Ahmed                                )
Khalid Nur                                    )
Obaid Jatoi                                   )
Khalid Sheikh                                 )
Arif Z. Mansuri                               )
Shahin Iqbal & Mehar Iqbal                    )
Gazala Adaya Shauk                            )
                                              ))
                                              )
                  Defendants                  )
                                              )
```

Your Honor:

As a citizen, my company TTM Inc. & I on behalf of the Investment Pool & 42 of its investors intend to file a CRIMINAL COMPLAINT against Khaild B. Ahmed, Akbar Omar & 21 other Defendants for Conspiracy & Fraud and causing harm & financial injury as a result to the Plaintiffs in

the amount of $ 993.7 Million. This Complaint & a Motion to categorize it as a Criminal Complaint, as there was interference with the Grand Jury process, will be filed with the Court separately. The Supporting Document for the Complaint & Exhibits are being submitted at this time, as they contain material & substantive information, relevant to the Motion Under 28 USC 2255 and the Legal Brief.

Also the two (2) main Defendants, their attorneys and others have been following the developments, as this legal matter is connected to the Case# CR 12 – 1048 PA UNITED STATES OF AMERICA v/s SYED QAISAR MADAD, for which this Motion Under 28 USC 2255 & the Legal Brief. The purpose of including " Intention to file a Law Suit " letter is to avoid a lengthy litigation which will certainly tie-up the resources of the Court & the US Department of Justice, when the 23 Defendants/ Conspirators have a clear choice to mitigate the financial harm & damages they have caused, by meeting the following terms & conditions:

1)   Return TTM's Proprietary SQL Base, Stock Selection, Trading & Investment Software and destroy all copies.

2)   Return TTM's Business Development & Execution Plan's Core Package & all Research Reports acquired from its Office , in October, 2011,during the removal of routing, modem , networking equipment for the Hedge Fund's Office.

Return the Hard Drives of all TTM's Computers that were still stored in TTM's Office in October, 2011, and destroy all copies of Business Plan, TTM's Research Reports & Data reproduced.

3)   Return the UBS A/C & the funds in the amount of $ 80 Million in it.

4)   Pay $ 53.7 Million in financial losses & damages caused as a result of shutdown of TTM & the Investment Pool.

5)   Reimburse for all the litigation cost & expenses incurred todate.

6)   Compensate for the pain & suffering of me & my family for the wrongful confinement of 2 1/2 years. ; and

7)   Return the Hedge Fund entities Pebble LLC, & Golden Rock to the ownership of TTM.

A settlement along these lines, with the assistance of a Court Appointed Mediator will help with the Restitution of 42 victims & assist TTM to clear its Corporate Tax Liability of $ 35 Million, and  avoid an unnecessary & lengthy litigation.


Thank you, Your Honor.


Yours truly

SYED QAISAR MADAD

MOTION UNDER 28 USC 2255
LEGAL BRIEF
SUPPORTING DOCUMENT & EXHIBITS
FOR THE MOTION, LEGAL BRIEF, AND FOR THE COMPLAINT

---

VOLUME 3 OF 4

Section : 4 EXHIBITS

DECLARATION OF SYED QAISAR MADAD
EXHIBITS # 4.1 - 4.12
For the Motion, Legal Brief
And For The Complaint

## SUMMARY OF CONTENTS

Motion Under 28 USC 2255
Legal Brief
Supporting Document & Exhibits
For the Motion, Legal Brief, and For the Complaint

### VOLUME 1

Section : 1   Motion Under 28 USC 2255          Page: 1-17
Section : 2   Legal Brief                          "    :18-37

### VOLUME 2

Section : 3   Supporting Document                  "    :38-197
              For the Motion, Legal Brief
              And For the Complaint
              Against the Conspirators
Section : 3B  Intention To File Law Suit           "    :198A-198E

### VOLUME 3 & 4

Section : 4   EXHIBITS                             "    :199-518
              For the Motion, Legal Brief
              And For the Complaint
              Against the Conspirators

# TABLE OF CONTENTS

## VOLUME 1

Section : 1    Motion Under 28 USC 2255          Page: 1-17

               Ground One                        "   : 8
               Ground Two                        "   : 9-10
               Ground Three                      "   :11
               Ground Four                       "   :12-13
               Timeliness of Motion              "   :16

Section : 2    Legal Brief                       "   :18

               Grounds One & Two                 "   :19-26
               Ground Three                      "   :26-31C
               Ground Four                       "   :31C-32
               Office/ Library Layout            "   :33
               Trading Computer Screen Display   "   :34

               Surveillance Video Camera         "   :35-37
               Snapshots of Burglar's Attempts   Also   EXHIBIT   #4.17
               To enter the Gated Community

## VOLUME 2

Section : 3    Supporting Document               "   :38-197
               For the Motion, Legal Brief
               And For the Complaint
               Against the Conspirators

       3.0.1   Overview                          "   :39-47

       3.1     Conspirators                      "   :48-51B
       3.2     Co-Conspirators &                 "   :52-54
               Collaborators

       3.3     Residences & Location of          "   :54-57
               Conspirators

       3.4     Ahmed Family                      "   :58-63
               & their High Level Contacts       Also EXHIBIT# 4.18

               Timeline reference                "   :64
               Rtd. Gen. Stanley McChrystal's
               Memoirs & Greg Mortenson

               Recent Fraud Cases                "   :65
               Against Khalid B. Ahmed           Also EXHIBIT# 4.18

       3.5     Akbar Omar's Clan                 "   :66
               Memon Community
                       (ii)

TABLE OF CONTENTS

VOLUME 2

| Section : 3 | 3.5 | Memon Community<br>World Memon Organization<br>Their Influence &<br>Contributions | Page:66-69<br>EXHIBIT# 4.12 |
| | | Hawala & Hundi | " :66-69<br>EXHIBITS#4.12,    4.13 |
| | | Memon Community of<br>Southern California &<br>Their Contributions | " :69 |
| | 3.5.1 | Akbar Omar & Family<br>His Business Ethics &<br>Character | " :69-84 |
| | | Exploitation of Islam<br>Religion for promoting<br>Extreme Ideology or<br>Business & Financial<br>Interests | " :70-71<br>EXHIBIT#4.14 |
| | | Akbar Omar's Law Suits<br>& litigations | " :71<br>EXHIBIT#4.16 |
| | | Akbar Omar's Bankruptcies | " :72A-74<br>EXHIBIT#4.15 |
| | | Akbar Omar's<br>Business Practices | " : 75-76 |
| | | Cover-up & Withholding of<br>information from the FBI | " :77 |
| | | Akbar Omar had a<br>Transponder for the<br>DBCE which was used to<br>commit burglary & break-in | " :77<br>EXHIBIT#4.17 |
| | | Cover-up by Family friend<br>Zubaida Noor Khan | " :78<br>EXHIBIT#4.4 |
| | | Lies & Cover-up by<br>Family Friend Syed Imran<br>to FBI | " :78-79<br>EXHIBIT#4.2 |
| | | Lies & Cover-up by<br>Ashvin Domadia<br>Ex employee TTM | " :78-79<br>EXHIBIT#4.3 |

TABLE OF CONTENTS

VOLUME 2

Section : 3   3.5.1   Misrepresentations  &         Page:78-79
                      Cover-up by other             EXHIBIT#4.4
                      Conspirators

                      Upgrading of Akbar Omar's     "    :79-80
                      Computers by TTM Staff

                      Akbar Omar's Business         "    :80
                      Transactions with TTM

                      Corporate Tax Liability       "    :81
                      Assessment for TTM

                      UBS A/C Part of the           "    :81-82
                      Investment Pool from
                      the beginning

                      UBS A/C provided Investors    "    :82
                      advantage of market
                      anomalies from 2008-11

                      Access to TTM's Data &        "    :83
                      Intellectual property
                      Its size & scope

                      TTM's Intellectual Property   "    :83-84
                      & Assets were highly          EXHIBIT#4.20
                      Valuable

           3.5.2      Lies & Cover-up by            "    :84-94
                      Akbar Omar & Rukhsana         EXHIBITS#4.2,4.4,4.14
                      Omar & their deceptive        EXHIBITS#4.15,4.16
                      Practices

                      Major World Economies &       "    :84
                      Markets Study

                      IRS Account Analysis          "    :85-86
                                                    EXHIBIT#4.8

                      Modern Banking &              "    :86-87
                      Banking Practices

                      Investors ownership in        "    :87
                      Pool A/Cs & right to
                      a share in profits

(iv)

TABLE OF CONTENTS

VOLUME 2

Section : 3    3.5.2   First Business Transaction      Page:87-88
                       with Akbar Omar

                       Source of Funds                 "    :88-90
                       of first transaction            EXHIBIT#4.16
                       According to siblings
                       of Akbar Omar

                       Akbar Omar's Use of             "    :89-91
                       Hawala

                       Ineffective Discovery           "    :91
                       of Documents by the
                       Law Firm

                       Mismanagement of case           "    :91-92
                       by Mark Werksman's
                       Law Firm

                       Purchase of properties by       "    :92-94
                       Rukhsana Omar during            EXHIBITS#4.15,4.14
                       Akbar Omar's
                       Bankruptcies

            3.5.3      Gazala Adaya Shauk              "    :95-96
                       A contact of Akbar Omar
                       in WMO

            3.5.4      Omar Family's Ties &            "    :96-100

                       Secrecy & guarding of           "    :97-98
                       Business dealing &
                       Political ties abroad
                       by Omars & Ahmeds

                       Rtd. Gen. Stanley               "    :98
                       McChrystal's Memoirs

                       Common Contacts : Bhuttos        "    :98-100
                       Zardaris, Ahmeds & Omars
                       in WMO

                       Ties & Connection with          "    :98-100
                       with corruption, Hawala         EXHIBITS#4.18,4.13
                       benefiting from conflicts       EXHIBITS#4.15,4.16
                       & extremism reflect frame       EXHIBITS:4.17
                       of mind.

TABLE OF CONTENTS

VOLUME 2

Section : 3   3.5.4   Akbar Omar's & Rukhsana          Page:100
                      Omar's devious &
                      deceitful practices
                      revealed by siblings

             3.6   Real Victims of                 "   :101-102F
                   Conspiracy & Fraud              EXHIBIT#4.19

                   Four(4) letters of these        "   :101
                   Victims addressed to
                   Court not included by
                   Law Firm

                   Lying, misrepresentation        "   :101-102C
                   & Cover-up By Asif              EXHIBIT#4.3
                   Mahmood Chaudhry

                   Asif Mahmood Chaudhry            "   :102B-102C
                   represent wrong side of        EXHIBITS#4.18,4.13
                   Political Spectrum for
                   both Pakistan & the US.

                   Real Victims are families       "   :102B-102F
                   with totally different
                   values & background than
                   the Conspirators

             3.7   My Life, Upbringing &           "   :103-117E
                   Family Values

                   My humble beginning             "   :103-106
                   Teachings of my Mother          "   :106-107
                   Values & Principles of          "   :107-109
                   My Father

                   My education & Schooling        "   :109-110
                   Start of My Professional        "   :110
                   Career

                   Coming to America &             "   :110-111
                   my further Education

                   Resumption of Professional      "   :111-113
                   Career & Contribution to
                   the Canadian & US Oil &
                   Gas Industry

(vi)

TABLE OF CONTENTS

VOLUME 2

Section : 3   3.7   Formation of TTM & creation   Page:113
                    & Development of Research,
                    Database & Intellectual
                    Properties

                    Our Charity Work & Community   "   :114-117A
                    Service & giving back to
                    Society of over 30 years.

                    Our efforts to Empower   "   :117A-117C
                    Pakistani-American
                    Community

                    Our Support for US, & Global   "   :115-117C
                    Causes, fighting extremism
                    violence,poverty & diseases
                    through Education & support
                    for Girls Education in
                    Pakistan by building Schools

                    Our reasons to empower our   "   :117C-117E
                    Pakistani-American
                    Community different from
                    the Conspirators.

         3.8   Conspiracy & Fraud   "   :118-189

         3.8.1   Blame the Victim & his Family   "   :119-133
                 And Steal his Assets   EXHIBIT#4.20

                 5 Investors/Visitors   "   :121
                 Who came to my Office   EXHIBIT#4.1
                 regularly, sat around
                 my Trading Computer

                 Attorney Mark Werksman had   "   :122
                 photographs of my Office/
                 Library Layout

                 My Trading Computer Screen   "   :121-122
                 was in Clear View of   EXHIBIT#4.1
                 5 Investors/ Visitors
                 Who visited me regularly

                 My Screen Display was   "   :122
                 saved on my Trading
                 Computer in the custody
                 of FBI.

TABLE OF CONTENTS

VOLUME 2

Section : 3 3.8.1    3 Tempered Employee PCs    Page:122
Handed over to the
Law Firm

1 employee did not turn    EXHIBIT#4.3
in His PC

Zubaida Noor Khan    "  :123
Visiting since
2002/2003

Akbar Omar & Zubaida Noor    "  :123
Covered-up & Withheld    EXHIBITS#4.2,4.4
Information & Facts
from the FBI & the Court

Akbar Omar posed as my    "  :123
Brother-in-Law to DBCE    EXHIBIT#4.17
for Transponder Transfer    (Page: 437)

Akbar Omar submitted    EXHIBIT#4.17
to DBCE required    (Page:437)
Documentation that he
was Nevada State resident

3 Investors/Visitor who    "  :123-124
visited my Office regularly
had remained silent

Historical CSLI,IP Address    "  :124-126
IAS data , & stored
communications records
need to be investigated

Attorney-of-Record Civil    "  :126-127
Case# BC457773 involved    EXHIBIT#4.17
in theft of material
& substantive records

My House & Cars were under    "  :126-127
surveillance by perpetrators    EXHIBIT#4.17
turned Victims on 6/15/2011    ( Pages:435,445,446)
before break-in & theft

There were accomplices    "  :126-127
Historical recorded
conversation data
investigation suggested

(viii)

TABLE OF CONTENTS

_____

VOLUME 2

Section : 3 3.8.1     All 5 Investors/ Visitors who     Page:127-128
visited my Office regularly
had separate A/Cs also which
they traded from my Office

Zubaida Noor Khan lied,     "    :128
misrepresented & held back
material facts from Court
on 06/24/2013 as Victim
to help other Conspirators

All 5 Investors/Visitors     "    :129
did not have to rely upon
my representations when we
were all looking at the same
market data & information

All 5 Investors/Visitors     "    :129
did not have to rely upon
representations of anyone
not present, not watching
my screen, not watching
market data & information

2 Investors/Visitors used     "    :129-130
used the same Trading
Platform as I did.

Both Akbar Omar & Zubaida     "    :130
Noor Khan lied & other
Conspirators aided them

Any Investor/ Visitor     "    :130
staying to the Closing
knew Investment Pool
Profit or Loss figure

All 5 Investors/ Visitors     "    :130-132
came to my Office/Library
& observed me and/or traded
with me over a long period

Zubaida Noor Khan lied     "    :131-132
to Aid & Abet Akbar Omar
to steal the UBS A/C.

There was conspiracy to     "    :132-133
to own & control all TTM
Assets & Pool.

(ix)

TABLE OF CONTENTS

VOLUME 2

Section : 3 3.8.2   Cover-up & Concealment of        Page:133-155
                    Facts What Investors/
                    Visitors turned Witnesses
                    Saw on My Computer Screen
                    & their Purpose of Visits

                    My Office /Library Layout &      "    :133-134
                    Configuration of my              EXHIBIT#4.1
                    Trading Computer Screen          ( Pages:201,202)

                    My Computers in FBI Custody      "    :135-136
                    & CyberTrader Trading
                    Platform Screen

                    Content of my Schwab's           "    :136-142
                    Street SmartPro Trading          EXHIBIT#4.1
                    Platform Screen                  (Page:202)

                    Trading Status Bar               "    : 136
                    Window displayed                 EXHIBIT#4.1
                    Profit/Loss on Schwab            (Page: 202)
                    A/C live.

                    Account Display &                "    : 139
                    Execution Bar Window             EXHIBIT#4.1
                    Displayed holdings &             (Page:202)
                    Gain or Loss live on
                    Schwab A/C

                    Order Execution Alert            "    :139-140
                    Messages Window displayed        EXHIBIT#4.1
                    orders executed,price &          (Page:202)
                    Time of Execution on
                    Schwab A/C

                    Computer Calculator              "    :142
                    Window displayed total           EXHIBIT#4.1
                    Profit or loss of the            (Page:202)
                    Investment Pool

                    TTMMASTER                        "    :142
                    Comprised of Researched
                    & Selected Portfolios

                    Syed Imran Ali &                 "    :142-147
                    Ashvin Domadia grossly           EXHIBITS#4.2,4.3
                    mislead & lied to FBI
                    as a part of Conspiracy

                    Ashivin Domadia did not          "    :147-149
                    turn in his PC.

(x)

TABLE OF CONTENTS
_____

VOLUME 2

Section : 3 3.8.2    Ashvin Domadia Ex —employee          Page:147~148
                     TTM discovered to be listed          EXHIBIT#4.3
                     as Administrator of pirated          EXHIBIT#4.20
                     TTM's Software, an                   ( Pages:486A,486B)
                     Extremely valuable
                     Intellectual Property

                     Ashvin Domadia was the              "    :148
                     employee called to assist
                     & Fake UBS A/C statement
                     print out was the result

                     Ashvin Domadia's Interview         "    :148-151A
                     to FBI has multiple lies,          EXHIBIT#4.3
                     misrepresentations &
                     cover-up

                     An early clue of                   "    :149
                     Conspiracy involving
                     3 TTM's employees

                     Leveraged Trading v/s Margin       "    :151A-151D
                     a misrepresentation &              EXHIBIT#4.2
                     cover-up by Akbar Omar &
                     Zubaida Noor Khan

                     Access to Research Computer        "    :151D-152
                     & Proprietary TTM's SQL
                     Base Software for
                     all Investors/ Visitors

                     Access to TTM's Analysts           "    :152-153
                     Reports for all Investors/
                     Visitors

                     TTM's Computer Facilities          "    :153-155
                     & Trading Hours

          3.8.3      Cover-up & Concealment of          "    :155-157
                     Visits & Their Frequency,
                     Their duration & Time
                     Period by Investors/Visitors
                     turned Witnesses to my
                     Office/ Library

                     Staff who Traded                   "    :156-157

TABLE OF CONTENTS

VOLUME 2

Section : 3 3.8.4   Investors Who Used a          Page:157-162
                    Professional Trading
                    Platfor/Software, Who
                    Observed My Trading, Traded
                    With me, and were present
                    in My Office/Library during
                    the Market Hours

                    If the UBS A/C did not exist   "   :158-159
                    the differences in balances    EXHIBIT#4.5
                    & profits from Monthly         (pages:279,280)
                    Reports could not have gone    EXHIBIT#4.9
                    un-noticed

                    FBI correctly calculated &     "   :159
                    summarized Balances of         EXHIBIT#4.5
                    Bank of America & Schwab A/Cs
                    Investors/Visitors will be
                    seeing only these balances
                    if UBS A/C did not exist

                    Akbar Omar & Zubaida Noor      "   :159-160
                    Khan, Ashvin Domadia and
                    Syed Imran Ali lied to FBI
                    & covered-up from the court
                    what they saw on my
                    Trading Computer Screen

                    Akbar Omar was involved        "   :159-160
                    in 137 litigations over        EXHIBITS#4.16,4.15
                    finances for much smaller
                    amounts. Could not have
                    missed looking at my
                    Trading Computer Screen

                    Investors/Visitors             "   :160-162
                    who were witness to my
                    Trading & saw my Computer
                    Screen lied & covered-up
                    other Conspirators lied
                    to support them.

         3.8.5      Tempering with TTM's           "   :162-169
                    Computers & Cyberspace
                    Piracy

                    A number of TTM's employees    "   :162-163
                    were reluctant to handover
                    their PCs

(xii)

TABLE OF CONTENTS

VOLUME 2

Section : 3  3.8.5   Open door Policy, Easy Access     Page:163
                     & Blind Trust created
                     opportunity for mischief

                     Akbar Omar's Son-in-law's         "   :163-164
                     Faraaz Hashemi Ex employee
                     TTM Computer files deleted
                     before turning in.

                     All staff worked remotely         "   :163
                     from Oct, 2010- Mar,2011

                     Hand Over of Computers            "   :164
                     Evidence to Attorney
                     Mark Werksman

                     Theft of Computer Back Up         "   :164
                     Hard Drive

                     Turn over of Employee             "   :165
                     Salahuddin Khan's PC

                     Discovery about Copy of           "   :165
                     Backup Hard Drive received
                     from Attorney Mark
                     Werksman's Office

                     Turn over of Computers            "   :165
                     found without a Hard Drive

                     Tempering with TTM's PCs          "   :166-167
                     & network an inside job

                     UBS A/C Statement Download        "   :167

                     Piracy of TTM's Proprietary       "   :168
                     SQL Base, Stock Selection,
                     Trading & Investment Software

                     No UBS A/C Trading records        "   :169
                     on my Computers

          3.8.6      Break-in & Burglary of my         "   :169-176
                     Residence, Theft of Records    EXHIBIT#4.17
                     Planting of Evidence

                     Planting of Evidence by Khans     "   :169

(xiii)

TABLE OF CONTENTS
————————————

VOLUME 2

Section: 3   3.8.6   Who was involved in Break-in      Page:170
                     & Burglary of our house &         EXHIBIT#4.17
                     When it occurred

                     Pre-planning by Akbar Omar        "    :170

                     Evidence on Gated Community       "    :170
                     Surveillance Computer             EXHIBIT#4.17
                                                       (Pages:435,445)
                                                       (Page:446      )

                     Number & Time record of           "    :171
                     Entry Attempts                    EXHIBIT#4.17
                                                       (page:435)

                     Burglary & Break-in was           "    :172-174
                     Premeditated

                     Video Clips from                  "    :170-172
                     Video Suveillance Camera          EXHIBIT#4.17
                                                       ( PageS: 439,440)

                     Spotting of Car involved          "    :170
                     & owner identification            EXHIBIT#4.17
                                                       (Pages:438,437)
                                                       (Pages:443,442)
                                                       (Page:441      )

                     Entry Attempt 2nd Gate            "    :171
                     Upon refused Entry 1st Gate       EXHIBIT#4.17
                                                       ( Page:435)

                     Recorded Entry Time               "    :171-172
                     By Surveillance Computer          EXHIBIT#4.17
                                                       (Page:435)

                     Recorded Exit Time                "    :171-172
                     By Surveillance Computer          EXHIBIT#4.17
                                                       (Page:435)

                     Video Clip of Surveillance        "    :172
                     Video Camera in FBI custody       EXHIBIT#4.17
                                                       (Pages:439,440)

                     Surveillance of our house &       "    :173-174
                     Cars and Entry & Exit times       EXHIBIT#4.17
                     of our cars                       (Pages:445,438)
                                                       (Pages:446,444)

(xiv)

TABLE OF CONTENTS
_____

VOLUME 2

| Section: 3 | 3.8.6 | Only one Route of Travel thru the Gated Community | Page:174 EXHIBIT#4.17 |
|---|---|---|---|
| | | Un-accounted for time inside the Gated Community | " :175 EXHIBIT#4.17 (Page:435) |
| | | Evidence of forced Break-in Entry | " :175 |
| | | Items taken after Breaking-into the house | " :175 |
| | | Historical CSLI & stored conversation data under Federal SCA suggested | " :175-176 |
| | 3.8.7 | Stealing of Notes & Papers Hand Writing Samples from my Office (Library) | " :176-179 |
| | | Office/Library was a Repository of Perssonal, Business & private records & information | " :176 |
| | | Investors/Visitors & staff had free access to my personal computers & Office | " :176-177 |
| | | Converted Garages acting as Offices for Analysts had 2-ways to access Office & house | " :176 |
| | | Investors/Visitors alone in Office/Library with my Computers logged on | " :177 |
| | | Staff worked in my Office during my absence | " :177 |
| | | TTM's Network was open-access un-protected | " :176-177 |
| | | Akbar Omar only Investor/ Trader with a Transponder | " :177-178 |
| | | Akbar Omar's Transponder active during dispute.Historical CSLI suggested under SCA | " :177-178 |

(xv)

TABLE OF CONTENTS

VOLUME 2

Section: 3   3.8.7   Historical CSLI data access          Page:178
                     suggestedd under SCA for
                     Akbar Omar Entry attempts
                     during my 7 trips abroad

                     My Computers remained            "   :178-179
                     powered-up & accessible
                     24 hours a day.

                     Database & records stolen        "   :179
                     from Green Garage

                     Data & Research stolen           "   :179
                     despite Free Access to
                     Investors/ Visitors

                     Notes & paper stolen by          "   :179
                     employee

          3.8.8      Loss of UBS A/C & its control    "   :180-189

                     Funding of A/C                   "   :180
                     Suspected time fram when the     "   :180
                     control was lost.

                     Last direct effort to locate     "   :180
                     the A/C with UBS

                     Akbar Omar covered-up his        "   :181
                     visits & transactions

                     If UBS A/C did not exist , it     "   :181
                     would have been easy to catch    EXHIBITS   #4.5,   #4.9
                     from my display screen           EXHIBITS: #4.1
                                                      (   pages:   202,   201)
                     My computer display screen       "   :181
                     displayed in 4 different
                     locations balances &
                     invested funds & stocks.

                     Akbar Omar & 4 members/friends   "   :181-182
                     of Ahmed Family have lied to
                     the FBI

                     Transactions with Akbar Omar     "   :182
                     were large, but not as large
                     when compared with other
                     affected assets of TTM

TABLE OF CONTENTS
_____

VOLUME 2

| Section: 3 | 3.8.8 | Omar & Ahmed families ties & connections | Page:182<br>EXHIBIT# 4.13<br>(pages:  361  -  393E )<br>EXHIBIT# 4.18<br>(page: 450-470 ) and<br>(pages: 96-100, 59 ) |
| | | FBI Abalysis shows Account Balances were v.low & if UBS A/C did not exist,it would have alerted Akbar Omar & Zubaida N. Khan in 2009 | "   :182<br>EXHIBIT# 4.5<br>( pages: 277-280) |
| | | Asif Mahmood Chaudhry lied misrepresented facts & & withheld information from the US District Court | "   :183-184<br>EXHIBIT# 4.4<br>( pages: 269,270) |
| | | 4 Investors/Visitors were coming to my Office regularly when Asif Mahmood joined. | "   :184 |
| | | Asif Mahmood Chaudhry's cover-up a serious matter for the US | "   :184-187<br>EXHIBIT #4.13<br>(pages:389-393E)<br>EXHIBIT #4.18<br>( pages:450-461)<br>EXHIBIT# 4.12 and<br>pages: 59, 96-100 |
| | | Asif Mahmood's friends knew & are cause of a much greater financial injury. He covered up that information from Court | "   :186-187 |
| | | Akbar Omar has a long history of bankruptcies, law suits | "   :188-189<br>EXHIBITS    #4.15,4.16,<br>                #4.14 |
| | 3.8.9 | Theft & Piracy of TTM's Proprietary Software | "   :189-191 |
| | | Software was a highly valuable Intellectual Property | "   :189-190<br>EXHIBIT # 4.20<br>( pages: 486 A&B) |
| | | When was Software pirated<br>Footprints on Server<br>Piracy of Software occurred during Us-DOJ investigation | "   :190<br>"   :190<br>"   :190-191 |

(xvii)

TABLE OF CONTENTS
_____

VOLUME 2

Section: 3  3.8.10  Acquisition of Business Plan       Page:191-197
                    by Scheming & Fraud

                    Business Plan, a very valuable    "   :191-192
                    Intellectual Property             EXHIBIT #4.20
                                                      ( page: 487-488)

                    There many supporting             "   :192
                    Components

                    Return of funds to investors      "   :192-193
                    invested in Telenetics Execs
                    Business Plan

                    3 Conspirators had been           "   :193
                    following my Trading &
                    Investment since 2000

                    I had large Financial Research    "   :193
                    & Technical Analysis database
                    since 1999.

                    TTM's Research , Analysis         "   :193-194
                    database was openly shared.

                    TTM's Research & Database         "   :194-195
                    spawned thoughts of owning it

                    Khalid B. Ahmed & his family      "   :194-197
                    were scheming & making plans
                    , alaways, on TTM Investment
                    Pool funds

                    TTM staff Training & Licensing    "   :194,196
                    Access & Use of TTM's             "   :195
                    Facilities by Akbar Omar

                    Plans to reimburse investors      "   :195-196

                    Khalid B. Ahmed's Acquisition     "   :196
                    of Hedge Fund Control by deceit

                    Khalid B. Ahmed's reneging        "   :196-197
                    of promises & what was agreed

                    Key sequence of events in         "   :197
                    gaining full control by
                    Khalid B. Ahmed & family

(xviii)

TABLE OF CONTENTS

VOLUME 2

| Section: 3B | Intention to file a Law Suit | Pages:198A-198E |

VOLUME 3

| Section: 4 EXHIBIT# 4.1 | Declaration of Syed Qaisar Madad | " | :AA1-AA8 |

| | EXHIBIT# 4.1 | " | :200-202F |

| | Declaration of AUSA Ranee Katzenstein | " | :200B-200G |

| | Office/Library Layout | " | :201 |
| | Trading Computer | " | :202 |
| | Typical Display Screen Format | | |

| | TTM Staff List | " | :202A-202F |

| EXHIBIT# 4.2 | FBI Interview of Akbar Omar | " | :204-211 |

| | FBI Interview of Sughra Raza | " | :212-216 |

| | FBI Interview of Bashir Waraich | " | :217-222 |

| | FBI Interview of Syed Imran Ali | " | :223-229 |

| | FBI Interview of Asma Quddusi | " | :230 |

| | FBI Interview of Ghazala Asmat Khan | " | :231-240 |

| EXHIBIT# 4.3 | FBI Interview of Ashvin Domadia | " | :241-252 |

| EXHIBIT# 4.4 | Select pagesfrom Reporter's Transcript of Sentencing Hearing of 06/24/2013 | " | :253-276 |

| | Statement of Zubaida Noor Khan | " | :255-259 |

| | Statement of Tehmina Khan | " | :259-264 |

| | Statement of Akbar Omar | " | :264-267 |

TABLE OF CONTENTS
_____

VOLUME 3

Section: 4

EXHIBIT# 4.4          Statement of              Pages:267–268
                      Shaun Khan

                      Statement of               "    :268–271
                      Asif Mahmood Chaudhry

                      Statement of               "    :275–276
                      Roxanna Omar

EXHIBIT# 4.5          FBI's Analysis of          "    :277–280
                      TTM's Bank of America,
                      CyberTrader & Schwab A/Cs

EXHIBIT# 4.6          A copy of letter from      "    :281–284
                      Charles Schwab Compliance
                      Department

EXHIBIT# 4.7          Select pages of Monthly    "    :285–288B
                      Statements from Charles Schwab

EXHIBIT# 4.8          Declaration of Geronimo P. "    :289–303
                      Carmona, SA- IRS & computation
                      of Tax Due & Owing

EXHIBIT# 4.9          Select pages of Monthly    "    :304–344
                      Statements of Investment Pool
                      emailed to Investors

EXHIBIT# 4.10         FBI's Findings about the   "    :345–347
                      UBS Bank Account Statement

EXHIBIT# 4.11         Other Records, Documents and "   :348–352
                      Physical Evidence that support
                      Motion Under 28 USC 2255

                      Copy of Letter to Attorney  "    :352C
                      Mark Werksman about Physical
                      Evidence not turned over

                      Copy of letter to Attorney  "    :352E–352L
                      Todd Cleary about Physical
                      Evidence in possession of
                      Mark Werksman's Law Firm

EXHIBIT# 4.12         World Memon Organisation (WMO) "  :353–358
                      Hawala Network Location Map  "    :359

(xx)

TABLE OF CONTENTS
_____

VOLUME 4

Section:4           Declaration of                    Pages:AA1-AA8
EXHIBIT# 4.13       Syed Qaisar Madad

                    The Hawala Alternative          "    :362-388
                    Remittance System & its Role
                    in Money Laundering
                    (US Treasury Department Report)

                    Hundi System may Foil           "    :388B-391
                    Investigators
                    ( USA Today's Report)

                    Hawala Case:Khanani and Kalia   "    :393
                    acquitted                       EXHIBIT#4.12
                    (International Herald Tribune)   (Page: 357)

                    Hawala- Madrassas- and          (Pages:393B-393E)
                    Extremism-Terrorism
                    ( Three Cups of Tea)
                    ( Greg Mortenson )

EXHIBIT# 4.14       Declaration of Akbar Omar       "    :394-410
                    US Bankruptcy Court Archives
                    Case#  BK.No. LA 86-20463 LF

EXHIBIT# 4.15       Fraudulent Bankruptcies         "    :411-415
                    Akbar Omar
                    ( US Bankruptcy Court Archives)

                    Fictitious Creditors            "    : 416-417
                    Khalid B. Ahmed/Parveen N. Ahmed

                    9939 Santa Gertrude Ave         "    :418-419
                    Property Record referenced
                    Akbar Omar Bankruptcy

                    Purchases of Property by        "    :420-425
                    Rukhsana Omar during
                    Akbar Omar's Bankruptcy &
                    claimed financial Stress by
                    Rukhsana Omar

                    East Villa Apts,LLC  closure    "    :425C-425F
                    Successor LLC Easklake Villa
                    Apts, LLC & 2 1/2 years Gap

EXHIBIT# 4.16       137 Law Suits & filings         "    :426-433
                    involving Akbar Omar & family

(xxi)

TABLE OF CONTENTS

VOLUME 4

Section: 4
EXHIBIT# 4.17          Burglary and Break-in of          Pages:434-448
                       of 2452 Alamo Heights Dr.
                       Diamond Bar,CA 91765
                       by Shazad Omar 6/15/2011

                       Entry Attempts captured by       "     :435
                       gated community Surveillance
                       computer

                       DMV Registration Info            "     :436
                       of car/ owner the
                       Transponder # DBLP#010327
                       was issued to.

                       Car/owner information            "     :437
                       Transponder was transferred to

                       Transponder # DBLP 010327 issue  "     :438
                       & Transfer record.

                       Video Surveillance Snap Shot     "     :439
                       of the car, tried to enter
                       the gated community using the
                       Transponder # DBLP 010327 &
                       and the Resident Lane.

                       Video Surveillance Snap Shot     "     :440
                       of the car, driving away from
                       the Security Gate at Diamond Bar
                       Blvd , after refused  entry.

                       The Car which entered the gated  "     :442
                       community, &involved in break-in
                       was spotted parked at 21671 Gateway
                       Center Drive, Diamond Bar,CA.

                       The car involved in break-in     "     :441
                       burglary is linked to Attorney
                       Shazad Omar.

                       The snap shot of the car to      "     :443
                       which Transponder # DBLP 010327
                       was assigned to.

                       DBCE Association Transponder     "     :444
                       Use Agreement for my wife's
                       car # DBLP 10312

                       Daily Transaction Report for     "     :445
                       my car with Transponder #
                       DBLP 10305 showing my car's
                       Entry & Exit times.

(xxii)

TABLE OF CONTENTS

---

VOLUME 4

Section: 4

EXHIBIT #4.17          Daily Transaction Report for      Page:446
                       my wife's car with Transponder
                       DBLP 10312 showing her car's
                       Entry & Exit times.

                       Gated Community Surveillance       "   :447
                       Computer Print Out showing
                       Transponder # DBLP 10327 for
                       Akbar Omar Car was blocked
                       on 10/06/2010.

                       Contact Information for            "   :448
                       IAS Network who installed &
                       operated the DBCE Gate
                       Surveillance Computer &
                       Video Equipment.

EXHIBIT #4.18          Ahmed Family's                     "   :450
                       Political Ties & Connections
                       Abroad.

                       House of Graft: Tracing the        "   :451-458
                       Bhutto Millions- A special
                       Report; Bhutto Clan Leaves
                       Trail of Corruption
                       ( The New York Times )

                       Authorities arrest Zardari's       "   :459
                       Zardari's close confidante
                       Dr Asim Hussan
                       (The Express Tribune )

                       GeoTV Report on                    "   :460-461
                       Asif A. Zardari's right hand
                       man Dr Asim Hussain

                       3 Pending Fraud Cases              "   :462-470
                       involing Khalid B. Ahmed

EXHIBIT #4.19          Real Victim List of                "   :471-473
                       Fraud & Conspiracy

EXHIBIT #4.20          Est. Investment Losses of          "   :475-476
                       35 Investors (Real Victims)

                       Est. Investment Losses of          "   :477
                       Madad Family

                       Est. Lost Profits of               "   :478-479
                       35 Investors (Before Taxes)

(xxiii)

TABLE OF CONTENTS

VOLUME 4

Section: 4

EXHIBIT # 4.20     Est. Lost Profits of     Page:480
Madad Family (before Taxes)

Est. Investment of the     " :481-482
23 Conspirators in the
Investment Pool

Financial Injury to     " :484
35 Investors due to the
shutdown of the
Investment Pool ( Pre-Tax)

Financial Injury of     " :485
Madad Family (Pre-Tax)

Financial Injury sustained     " :486A-486B
by TTM due to the piracy of
its Proprietary Software   -
An Intellectual Property (Est)

Financial Injury sustained     " :487-488
by TTM due to the acquisition
of its Business Plan by
Deceit & Fraud - An
Intellectual Property (Est)

Total Financial Losses "     " :489
& injury suffered by TTM &
& 42 Investors (Pre-Tax- Est)

EXHIBIT #4.21     Select pages of one of the     " :491-492
Document sent directly to
the FBI & AUSAs, on July 17,
2012, as a citizen's right
to bring forth his grievances
& complaint before Govt.as
a Constitutional Right .

EXHIBIT #4.22     Real Estate Properties &     " :493-498
Businesses of 23 Conspirators
against which Financial
Claim for Losses & damages is
being lodged.

EXHIBIT #4.23     A copy of Notice of Appeal     " :500
filed on 07/10/2013

A Copy of Court Order on     " :501-502
Attorney Mark Werksman's
Motion to Withdraw from
the Case.

(xxiv)

TABLE OF CONTENTS
_____

VOLUME 4

Section: 4
EXHIBIT #4.23          A copy of Financial Affidavit      Page:504
                       CJA23 filed on 0724/2013

                       Financial Information filed        "   :505-515
                       with CJA23.

                       Major Forfeiture of               "   :517
                       Assets & property caused by
                       23 Conspirators thru their
                       Lies, misrepresentation
                       & Cover-up in a Grand Jury
                       Process.

                       Initial Financial Impact          "   :518
                       Assessment in July, 2013
                       (Personal -only)

DECLARATION OF SYED QAISAR MADAD

## DECLARATION OF SYED QAISAR MADAD

I, SYED QAISAR MADAD, do hereby declare and state as follows:

1.  I am the Defendant in the Case: United States v. Syed Qaisar
    Madad, No. CR 12-1048-PA. I make this declaration in support of
    my Motion Under 28 USC 2255, the Legal Brief, the Supporting
    Document & the Exhibits. The Supporting Document for the
    Complaint & Exhibits are being filed only as relevant &
    substantive material to the Motion Under 28 USC 2255 & the Legal
    Brief. A separate Complaint will be filed against the 23
    Conspirators, Co-Conspirators, and their Collaborators, in the
    US District Court, later. Unless indicated that a fact is based
    on information and belief, I have personal knowledge of the facts
    stated herein and, if called , could and would testify
    competently thereto.

2.  Attached herewith as EXHIBIT #4.1 are:
    -  A true and correct copy of the Declaration of Ranee A.
       Katzenstein, AUSA, filed with the court on 06/14/2013 for
       my Sentencing Hearing.

    -  A true & correct layout of my Office/Library at my old
       my old residence at 2452 Alamo Heights Drive, Diamond Bar,
       California 91765. It is not to scale.

    -  A true & correct , typical Display Screen Format of my
       Trading Computer, Charles Schwab's Street SmartPro Trading
       Platform used for the Investment Pool Account at Charles
       Schwab. It is not to scale.

    -  A true & correct TTM Staff List from 1993 - 2011.

3.  Attached herewith as EXHIBIT # 4.2 are true and correct copies
    of all Reports of Interviews (Forms 302) that were prepared
    by Federal Bureau of Investigation Special Agent Brian Schnese,
    and filed with the court , on 06/14/2013, by AUSA Ranee A.
    Katzenstein, for my Sentencing Hearing, as Exhibit A.

4.     Attached herewith as EXHIBIT # 4.3 are true and correct copy
       of the Report of Interview (Form 302) of Ashvin Dhirubhai
       Domadia, which was prepared by Federal Bureau of Investigation
       Special Agent Brian Schnese, and filed with the court, on
       06/14/2013 , by AUSA Ranee A. Katzenstein with her Declaration
       for my Sentencing Hearing, as Exhibit G.

5.     Attached herewith as EXHIBIT # 4.4 are true and correct copies
       of pages: 39 – 62 containing statements of individuals who
       appeared as victims, from Reporter's Transcripts of my
       Sentencing Hearing held on 06/24/2013.

6.     Attached herewith as EXHIBIT # 4.5 is true and correct copy
       of a chart comparing account balances in the TTM Bank of
       America Account and Schwab Account with the balances reported
       on the account statements sent to the investors. The chart was
       prepared at AUSA Ranee A. Katzenstein's request by SA Schnese
       and is based on account statements obtained from Bank of
       America and Schwab, and records obtained from my accountant
       Anne Tahim, and was filed with the court, on 06/14/2013 by
       AUSA Ranee A. Katzenstein, for my Sentencing Hearing as
       Exhibit H.

7.     Attached herewith as EXHIBIT # 4.6 is a true and correct copy
       of the letter dated August 3, 2010, which was sent by Charles
       Schwab & Co to TTM Inc. c/o of me and my wife; signed by me
       and my wife on August 20, 2010; and returned to Charles
       Schwab, filed with the court, on 06/14/2013, by AUSA Ranee A.
       Katzenstein, for my Sentencing Hearing as Exhibit D.

8.     Attached herewith as EXHIBIT # 4.7 are true and correct copies
       of a selection of statements for the account maintained by me
       in the name of TTM Inc., at Charles Schwab & Co, Inc. no.XXXX-
       4959. These statements were filed with the court, on 06/14/2013
       by AUSA Ranee A. Katzenstein for my Sentencing Hearing, as
       Exhibit J.

AA3 of 518

9.    Attached herewith as EXHIBIT # 4.8 are true & correct copies
      of my correspondence to Akbar Omar, the Declaration of GERONIMO
      P. CARMONA, Special Agent IRS, and CARMONA EXHIBIT A. This
      document was filed with the court, on 06/14/2013 by AUSA
      Ranee A. Katzenstein for my Sentencing Hearing, as Exhibit V.

10.   Attached herewith as EXHIBIT # 4.9 are the true and correct
      copies of my Monthly Reports or pages from them, which as per
      the Declaration of AUSA Ranee A. Katzenstein investors provided
      to the FBI during the investigation. These documents are
      examples of the many account statements and other account
      that the investors provided to the FBI. This document was filed
      with the court, on 06/14/2013 by AUSA Ranee A. Katzenstein for
      my Sentencing Hearing, as Exhibit B.

11.   Attached herewith as EXHIBIT # 4.10 is a true and correct copy
      of the comparison prepared by SA Schnese of (a) a generic
      example of a UBS Bank Statement found by SA Schnese on the Internet
      at www.banana.ch/cms/en/UBS import and a statement found during
      the forensic review of a computer from defendant's residence,
      which was provided to the government by defence counsel.   This
      document was filed with the court, on 06/14/2013 by AUSA
      Ranee A. Katzenstein for my Sentencing Hearing, as Exhibit Q.

12.   Attached herewith as EXHIBIT # 4.11 is a true and correct copy
      of Other Records, Documents, and Physical Evidence that pertain
      to this case, and are identified in Support of Motion Under
      28 USC 2255 & the Complaint against the Conspirators.

13.   Attached herewith as EXHIBIT # 4.12 are the true and correct
      copies of Home Page of MEMON WORLD on Internet http://memon-
      world.net/social_org1.htm., an organisation chart prepaed based
      on  Home  Page,  and  news  from  Internet  Site
      http://www.khabrain.info about two Vice Presidents of WMO.

14.   Attached herewith as EXHIBIT # 4.13 are the true and correct
      copies of :
      -  A Report prepared by Financial Crime Enforcement Network

(FinCEN) US Department of Treasury, in cooperation with
INTERPOL/FOPAC titled " The Hawala Alternative Remittance
System and its Role in Money Laundering".

- A report prepared by USA Today titled "'Hundi' System
  may foil investigators " on Internet site
  http://www.usatoday.com/news/sept11/2001/10/01/hundi.htm

- News Report on Internet The EXPRESS Tribune site
  http://tribune.com.pk/ on 2 Vice Presidents of WMO.

15.   Attached herewith as EXHIBIT # 4.14 is a true and correct
      copy of Declaration of Akbar Omar, M.D. accessed from the
      US Bankruptcy Court Archives for Bk.No. LA 86-20463-LF
      redefining relationships of Akbar Omar with his wife Rukhsana
      Omar, father-in-law Abdul Hamid Patel, and mother-in-law
      Hameed B.Patel , before the diversion of assets to family
      members, to avoid seizure by the creditors.

16.   Attached herewith as EXHIBIT # 4.15 are the true and correct:

- Bankruptcy case numbers of Akbar Omar's 3-bankruptcies
  and files location at the National Archives & Records
  Administration;

- Copy of Schedule A- Statement of All Liabilities of
  Debtor, Schedule A-1 Creditors having priority, and
  Schedule A-2- Creditors Holding Security, for
  Akbar Omar's bankruptcy Case No: 86-20463 LF

- Copy of Property Information of 9939 Santa Gertrude Ave,
  Whittier, CA 90603-1349, displaying names of all of the
  owners of this property since 09/19/1979 to 03/30/2015
  with Sales History. This property was on Akbar Omar's
  bankruptcy Schedule A-2- Creditor Holding Security for
  Bk.No: 86-20463 LF. The property information was accessed
  from mls.realist.com.

-- Copy of Property Detail Report of 17 Blue Lagoon,
Laguna Beach, CA 92651-4214 with purchase carried out
by Rukhsana Patel (Omar) from brother-in-law Andy Merchant
at a nominal price of $ 1,000, on  07/26/1989  while  Akbar
Omar was still under bankruptcy.

Rukhsana Patel , originally , purchased this property for
$ 220,000 , on 10/07/1980, as married woman.

Rukhsana Patel's brother-in-law bought this property
from David Cantor for $ 67,000 on 09/04/1987 while
Akbar Omar was in bankruptcy.

Details missing from the Property Detail Report, how &
David Cantor bought this property from Rukhsana Patel.

-- Copy of Property Detail Report of 2028 Sarah Ct,West Covina,
CA 91792-2427 , a second purchase carried out by Rukhsana
Patel, on 03/01/1989, as a Single Woman, while Akbar Omar
was under bankruptcy.

-- Copy of Deed of Trust Full Reconveyance for 2028 Sarah Ct,
West Covina, CA 91792-2427, from Los Angeles County Recorder's
Office showing Rukhsana Patel (Omar) as an unmarried woman.
Full Reconveyance issue date April 17, 2006.

17.    Attached herewith as EXHIBIT # 4.16 is a true & correct
compilation of law suits & legal actions, involving Akbar Omar,
his family, and businesses from the court records, to
01/31/2012.

18.    Attached herewith as EXHIBIT # 4.17 are true & correct
copies of records from Diamond Bar Country Estates
Association & Gate Security Surveillance Computer & Video
Camera connected with burglary and break-in and theft of
records involving Shazad Omar Attorney-of-Record Civil Case#
BC 457773 Superior Court of Los Angeles,CA.

19.     Attached herewith as EXHIBIT # 4.18 are true & correct:

- Compilation of high level contacts of Ahmed Family, based
  upon information & belief;

- Copy of a Special Report from the New York Times titled
  " HOUSE OF GRAFT: Tracing the Bhutto Million- A Special
  Report; Bhutto Clan Leaves Trail of Corruption ".    from
  Internet     http://www.nytimes.com/1998/01/09/world/house-
  graft-tracing-bhutto-millions-special-repo..

- Copy of news report from The EXPRESS Tribune on Internet
  titled " Authorities arrest Zardari's close confidante Dr.
  Asim Hussain " at http://tribune.com.pk/

- Copies of selected pages of Complaint Documents of
  3 Fraud Cases pending in Court against Khalid B. Ahmed.

20.     Attached herewith as EXHIBIT # 4.19 is a true & correct names
of REAL VICTIMS of Conspiracy and Fraud, based upon information
and belief.

21.     Attached herewith as EXHIBIT # 4.20 are true & correct
estimates , based on information & belief, of losses &
damages suffered by the REAL VICTIMS, due to the financial
injury caused by the Conspirators & C-Conspirators.

22.     Attached herewith as EXHIBIT # 4.21 are true & correct copies
of some pages from documents sent directly to the US Attorney's
Office and the FBI on July 17, 2012 by me, excercising my
right as a citzen to seek redress of my grievances from the
government, under the Constitution, as my Attorneys failed
to bring matters to the attention of the US Department of
Justice. , and these pages were filed with the court, on
06/14/2013 by AUSA Ranee A. Katzenstein with her Declaration
for my Sentencing Hearing, as Exhibit P.

AA7 of 518

23.     Attached herewith as EXHIBIT # 4.22 are true & correct
        compilation of assets & properties of the Conspirators &
        Co-Conspirators, based on knowledge & information, against
        which the claim for financial injury is filed by the REAL
        VICTIMS.

24.     Attached herewith as EXHIBIT # 4.23 are true & correct:

        -  Copy of Notice of Appeal filed by the Defendant for
           Case No: CR-12-1048 PA  on 07/10/2013.

        -  Copy of ORDER issued by the United States Court of Appeals
           for the Ninth Circuit on Aug 7, 2013.

        -  Copy of Financial Affadavit CJA23 filed by the Defendant
           with the United States Court of Appeals for the Ninth
           Circuit on 07/24/2013  with Notice of Appeal.

        -  Copies of Major Forfeiture & Personal Financial Losses
           suffered by the Defendant, based on information and belief.

EXHIBIT # 4.1

200B of 518

## DECLARATION OF RANEE A. KATZENSTEIN

I, RANEE A. KATZENSTEIN, do hereby declare and state as follows:

1. I am an Assistant United States Attorney ("AUSA") in the Central District of California. In that capacity, I am responsible, together with AUSAs Jennifer M. Resnik and Mieke Biesheuvel for the investigation and prosecution of <u>United States v. Syed Qaisar Madad</u>, No. CR 12-1048-PA. I make this declaration in support of the government's Combined (1) Position re Sentencing; and (2) Response to Defendant's Sentencing Memorandum. Unless indicated that a fact is based on information and belief, I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A are true and correct copies of Reports of Interviews (Forms 302) that were prepared by Federal Bureau of Investigation Special Agent Brian Schnese. SA Schnese was one of the case agents assigned to this case. On or about April 26, 2013, SA Schnese left the FBI in order to take a job in the private sector.

3. Attached hereto as Exhibit B are true and correct copies of documents received by victim-investors in this case, which the victim investors provided to the FBI during the investigation. These documents are examples of the many account statements and other account materials that the victims provided to the FBI.

4. Attached hereto as Exhibit C is a true and correct copy of the translation prepared by Khalid Rashid of the interview of defendant on the television program *Safeer r Pakistan*.

200C of 518

**31**

1     5.    Attached hereto as Exhibit D is a true and correct copy of

2  the letter dated August 3, 2010, which was sent by Charles Schwab &

3  Co. to TTM, Inc., c/o defendant and his wife; signed by defendant

4  and his wife on August 20, 2010; and returned to Charles Schwab.

5     6.    Attached hereto as Exhibit E are excerpts from a true and

6  correct copy of the deposition of Anne Tahim, taken on April 4, 2012

7  in Omar v. Madad et al., Case No. BC457773 (Los Angeles Superior

8  Court) (hereinafter "Civil Case").

9     7.    Attached hereto as Exhibit F are true and correct copies

10  of excerpts of the IRS Forms 1120 for 2008 and 2009, and associated

11  IRS Forms 8879-C (e-filing authorizations), which were exhibits to

12  the Tahim deposition.

13     8.    Attached hereto as Exhibit G is a true and correct copy of

14  the Report of Interview (Form 302) of Ashvin Dhirubhai Domadia,

15  which was prepared by SA Schnese, and exhibit thereto.

16     9.    Attached hereto as Exhibit H is a chart comparing the

17  account balances in the TTM Bank of America Account and Schwab

18  account with the balances reported on the account statements sent to

19  the TTM investors.  This chart was prepared at my request by SA

20  Schnese and is based on account statements obtained from Bank of

21  America and Schwab, and records obtained from defendant's accountant

22  Anne Tahim.

23     10.  Exhibit I is a chart of the deposits from investors into

24  the TTM Bank of America account.  This chart was prepared by SA

25  Schnese and is based on account statements obtained from Bank of

26  America.  Because the chart contains personal information about the

27  victims in this case, the chart is included in a separate under seal

28  filing.