| | | |
|---|---|---|
| Recording Date : **03/01/1989** | | Deed Type : **Grant Deed** |
| Settle Date : **01/00/1989** | | Owner Name : **Patel Rukhsana** |
| Sale Price : **$200,000** | | Seller : **Pritchard Charles L** |
| Document No : <u>320409</u> | | |

**Sales History:**

| | | |
|---|---|---|
| Recording Date : | **03/01/1989** | **06/30/1986** | **03/04/1983** |
| Sale Price : | **$200,000** | **$118,000** | **$108,000** |
| Buyer Name : | **Patel Rukhsana** | **Pritchard Charles L & Menia R** | **Yuson Adjutor C** |
| Seller Name : | **Pritchard Charles L** | **Yuson Adjustor C** | **Jimenez Joseph F** |
| Document No : | <u>320409</u> | <u>814570</u> | <u>246976</u> |
| Document Type : | **Grant Deed** | **Grant Deed** | **Deed (Reg)** |
| Sale Type : | **Full** | **Full** | **Full** |

**Mortgage History:**

| | | |
|---|---|---|
| Mortgage Date : | **03/01/1989** | **06/30/1986** | **03/04/1983** |
| Mortgage Amt : | **$153,000** | **$94,400** | **$86,400** |
| Mortgage Lender : | **World S&L** | | |
| Mortgage Type : | **Conventional** | **Private Party Lender** | **Private Party Lender** |

The data within this report is compiled by CoreLogic from public and private sources. If desired, the accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

10/19/2011 5:5




**This page is part of your document - DO NOT DISCARD**

## 06 0901081

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

8:01 AM   APR 25 2006

TITLE(S) :





L E A D   S H E E T

FEE                                                                  D.T.T.

| FEE $7 | R |
|--------|---|
| DAF $2 |   |

CODE
20

CODE
19

CODE
9

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.          Number of AIN's Shown


**THIS FORM IS NOT TO BE DUPLICATED**



06 0901081

Recording Requested By·
GOLDEN WEST TRUSTEE FOR WORLD SAVINGS

When Recorded Return To
Current Trustor
RUKHSANA PATEL
222 N SUNSET AVE STE A
WEST COVINA, CA  91790

**FULL RECONVEYANCE**

Golden West Savings Association Service Co # 6711345 "PATEL"  Lender ID·602029  Los Angeles, California PIF  04/05/2006
Prepared By.   Leticia Aguilar,  GOLDEN WEST SAVINGS 4101 WISEMAN BLVD, T6F1, SAN ANTONIO, TX  78251
800-642-0257 X31805

GOLDEN WEST FINANCIAL CORPORATION, A DELAWARE CORPORATION as present Trustee for the Deed of
Trust executed by RUKHSANA PATEL, AN UNMARRIED WOMAN as Trustor(s), Dated  02/16/1989 Recorded:
03/01/1989 as Instrument No  89 320410 of official Records in the office of the County Recorder of  Los Angeles,
California having been requested in writing, by the holder of the obligations secured by said Deed of Trust, to
reconvey the estate granted to trustee under said Deed of Trust, does hereby reconvey to the person or persons
legally entitled thereto, without warranty, all the estate, title and interest acquired by Trustee under said Deed of
Trust

IN WITNESS WHEREOF, GOLDEN WEST FINANCIAL CORPORATION, A DELAWARE CORPORATION as the
Trustee has caused its corporate name to be affixed by a duly authorized officer on the date shown in the
acknowledgment certificate below

On April 17th, 2006
By. GOLDEN WEST FINANCIAL CORPORATION, A DELAWARE CORPORATION as Trustee

DORIS CORMIER , ASST SECRETARY

STATE OF Texas
COUNTY OF Bexar

On April 17th, 2006 before me, GERALYN J. JURKOWSKI, Notary Public, personally appeared DORIS CORMIER,
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the
entity upon behalf of which the person(s) acted, executed the instrument

WITNESS my hand and official seal

GERALYN J JURKOWSKI
Notary Expires  10/23/2009

GERALYN J. JURKOWSKI
MY COMMISSION EXPIRES
October 23, 2009

(This area for notarial seal)

"JGO"JGOGOLD"04/17/2006 10 08 16 AM" GOLD01GOI D00000000000000000353556" CALOS A" 6711345 CASTATE  TRUST  REL "LAG"LAGGOLD"



# State of California
## Secretary of State

### LIMITED LIABILITY COMPANY
### CERTIFICATE OF CANCELLATION

NOTE: Filing this Certificate of Cancellation (Form LLC-4/7) cancels the limited liability company's Articles of Organization or Application for Registration. However, to complete the cancellation the limited liability company must obtain a Tax Clearance Certificate from the California Franchise Tax Board.

There is no fee for filing a Certificate of Cancellation.

**IMPORTANT – Read Instructions before completing this form.**

FILED
In the office of the Secretary of State
of the State of California

DEC 2 9 2005

This Space For Filing Use Only

**FILE NUMBER**

**ENTITY NAME** (Enter the exact name of the limited liability company.)

1. Secretary of State File Number

199625510005

2. Name of Limited Liability Company

**EAST VILLA APARTMENTS, LLC**

**TAX LIABILITY** (The following statement is required by statute and may not be altered.)

3. The tax liability will be satisfied on a taxes paid basis or a person, limited liability company, or other business entity assumes the tax liability, if any, of the dissolving limited liability company as security for the issuance of a Tax Clearance Certificate from the Franchise Tax Board and is responsible for additional taxes or fees, if any, that are assessed under the Revenue and Taxation Code and become due after the date of the assumption of tax liability.

**DISSOLUTION** (Domestic limited liability companies ONLY. Check the "YES" or "NO" box as applicable. Note: If the "NO" box is checked, a Certificate of Dissolution (Form LLC-3) must be filed prior to or together with this Certificate of Cancellation.)

4. The dissolution was made by a vote of all the members.  ☑ YES  ☐ NO

**ADDITIONAL INFORMATION** (Enter any other information the managers or members filing the Certificate of Cancellation determine to include. Attach additional pages, if necessary. Additional information set forth on attached pages, if any, is incorporated herein by this reference and made part of this certificate. If no other information is to be included, leave item 5 blank and proceed to item 6.)

5.

**EXECUTION**

6. I declare I am the person who executed this instrument, which execution is my act and deed.

X _____Cushman_____   12/28/05   **Akbar Omar, Member**
Signature of Authorized Person       Date       Type or Print Name and Title of Authorized Person

_____   _____   _____
Signature of Authorized Person       Date       Type or Print Name and Title of Authorized Person

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

7. NAME     ⌈Sheiry Meyerhoff Hanson & Crance LLP                    ⌉
   FIRM      610 Newport Center Drive, Suite 1200
   ADDRESS   Newport Beach, CA 92660
   CITY/STATE/ZIP ⌊Attn: Andrew P. Hanson, Esq.                      ⌋

LLC-4/7 (REV 03/2005)                                    APPROVED BY SECRETARY OF STATE

425C of 518
( † )

# State of California
## Secretary of State

### CERTIFICATE OF STATUS

**ENTITY NAME:**   EASTLAKE VILLA APARTMENTS A, LLC

**FILE NUMBER:**          200824110121
**FORMATION DATE:**       08/27/2008
**TYPE:**                 DOMESTIC LIMITED LIABILITY COMPANY
**JURISDICTION:**         CALIFORNIA
**STATUS:**               ACTIVE (GOOD STANDING)

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

The records of this office indicate the entity is authorized to exercise all of its powers, rights and privileges in the State of California.

No information is available from this office regarding the financial condition, business activities or practices of the entity.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of January 13, 2012.

**DEBRA BOWEN**
Secretary of State

PAM

NP-25 (REV 1/2007)                                                    OSP 09 93731

(8') 425D of 518

FRANCHISE TAX BOARD
3321 POWER INN RD STE 250
SACRAMENTO, CA 95828-3893

## Entity Status Letter

According to our records, the following entity information is true and accurate as of the date of this letter. It does not necessarily reflect the entity's status with any other agency.

Entity ID :        200824110121

Entity Name . :    EASTLAKE VILLA APARTMENTS A, LLC

☑ 1. The entity is in good standing with the Franchise Tax Board.

☐ 2. The entity is currently exempt from tax under Revenue and Taxation Code Section 23701 _.

☐ 3. The entity is not incorporated, qualified, organized, or registered through Secretary of State to transact

☐ 4. The entity incorporated, qualified, organized, or registered through the Secretary of State on _____

☐ 5. The entity has an unpaid liability of _____ for account period(s) ending _____. _____

☑ 6. The entity did not file returns for account period(s) ending _____. 12/2008 12/2009 12/2010 _____

☐ 7. The entity was _____ effective _____

☐ 8. We do not have current information about the entity.

Franchise Tax Board Representative: _____

### Internet and Telephone Assistance

Website   :  ftb.ca.gov
Telephone : 800.852.5711 from within the United States
          : 916.845.6500 from outside the United States
TTY/TDD  : 800.822.6268 for persons with hearing or speech impairments

FTB 4263A (REV 12-2010)

RECORDING REQUESTED BY:
North American Title Company

AND WHEN RECORDED MAIL TO:

Mr and Mrs Akbar Omar
222 N. Sunset Ave. Suite C
West Covina, CA 91790

09/15/08

20081656822

THIS SPACE FOR RECORDER'S USE ONLY.

Escrow No.- 60658GS

Title Order No.: 1591653-57

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
**DOCUMENTARY TRANSFER TAX is $NONE**
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale
[X] Unincorporated area   [ ] City of  AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**East Villa Apartments, LLC, a California limited liability company**

hereby GRANT(s) to

**Eastlake Villa Apartments A, LLC, a California limited liability company**

the real property in the County of Los Angeles, State of California, described as
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF
Also Known As   2005-2019 La Cueva Drive, 2030-2056 Batson Avenue, 2002-2017 Vivero Drive, 2005-2016
Duenas Drive; 2004 & 2016 Alberca Drive, Rowland Heights, CA -
AP# 8253-011-001, 8253-011-002, 8253-011-003, 8253-011-004, 8253-011-005, 8253-011-006, 8253-011-007,
8253-011-008, 8253-011-009, 8253-011-010, 8253-011-011, 8253-010-046, 8253-010-047, 8253-010-048, 8253-
010-004, 8253-010-005, 8253-010-006, 8253-010-007, 8253-010-008, 8253-010-009, 8253-010-010
"The grantors and the grantees in this conveyance are comprised of the same parties who continue to hold the
same proportionate interest in the property, R & T 11923 (d) "

DATED August 11, 2008
STATE OF CALIFORNIA
COUNTY OF Los Angeles
On December 4th 2008
before me: Ryan Michael Baird
A Notary Public in and for said State personally appeared
Akbar Omar and Rukhsana Omar
who proved to me on the basis of satisfactory evidence to be
the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies),
and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument
I certify under PENALTY OF PERJURY under the laws of the State
of California that the foregoing paragraph is true and correct
WITNESS my hand and official seal

Signature _____

East Villa Apartments, LLC, a California limited liability
company

By: Akbar Omar, Member

By: Rukhsana Omar, Member

RYAN MICHAEL BAIRD
Commission # 1521498
Notary Public - California
Los Angeles County
My Comm. Expires Oct 24, 2008

(Seal)
MAIL TAX STATEMENTS TO PARTY SHOWN BELOW, IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE:

EXHIBIT # 4.16

## LAW SUITS
## SUMMARY
## AKBAR OMAR AND FAMILY

| Number of Law Suits | Entity /Persons Involved |
|---|---|
| 28 | Akbar Omar |
| 14 | Rukhsana Omar (Wife) |
| 5 | Shahzad Omar (Son) |
| | |
| 1 | Sunset Medical Plaza |
| 14 | Sunset Surgical Center |
| 6 | Norvelle Harris |
| 8 | AR Leasing Investment Inc |
| 1 | Evergreen Medical Services |
| 3 | Sunset Cancer Diagnostics |
| 2 | Wescove Home Health Services |
| 50 | East Villa Apts, LLC |
| 5 | Akbar Omar MD, Inc |
| 137 | |

Personal        = 47            Business/ Corporate        = 90



**LAW SUITS**
**AKBAR OMAR AND FAMILY**

# AKBAR  OMAR

| Number | Case / File Number | Date of Filing   AND/OR Date of Ruling |
|--------|--------------------|-----------------------------------------|
| 1. | 11-2002-133223 | Public Reprimand / Disciplinary Order Medical Board of California March 01, 2006 |
| 2. | 44693UL | 10/28/2004 |
| 3. | 11J01261 | 07/20/2011 |
| 4. | 08J02548 | 09/04/2008 |
| 5. | 08J01272 | 05/07/2008 |
| 6. | 08J01270 | 05/07/2008 |
| 7. | 08J01269 | 05/07/2008 |
| 8. | 07U01710 | 11/27/2007 |
| 9. | KC050771 | 06/12/2007 |
| 10. | 99C00480 | 02/10/1999 |
| 11. | KC027522 | 03/09/1998 |
| 12. | 97C00900 | 03/24/1997 |
| 13. | 97C00643 | 02/28/1997 |
| 14. | 97J00917 | 02/13/1997 |
| 15. | KC024195 | 11/14/1996 |
| 16. | 96S2814 | 08/21/1996 |
| 17. | 96J03247 | 05/28/1996 |
| 18. | 96B00393 | 05/08/1996 |
| 19. | 95C03518 | 11/17/1995 |
| 20. | 95C03308 | 10/31/1995 |
| 21. | 95C01808 | 06/16/1995 |
| 22. | BC126504 | 04/25/1995 |
| 23. | 94J03877 | 07/12/1994 |
| 24. | KC013406 | 05/14/1993 |
| 25. | BC076331 | 03/05/1993 |
| 26. | 91K34515 | 07/17/1991 |
| 27. | B044941 | 11/14/1990 |
| 28. | B038600 | 02/27/1990 |



**LAW SUITS**
**AKBAR OMAR AND FAMILY**

# RUKHSANA  OMAR

| Number | Case /<br>File Number | Date of Filing  AND/OR<br>Date of Ruling |
|---|---|---|
| 29. | 11S00107 | 01/24/2011 |
| 30. | BC411758 | 04/14/2009 |
| 31. | 08U01691 | 09/05/2008 |
| 32. | 08J02000 | 07/09/2008 |
| 33. | 07U01710 | 11/27/2007 |
| 34. | 06J01910 | 07/19/2006 |
| 35. | 05C01897 | 06/06/2005 |
| 36. | 97S02320 | 10/06/1997 |
| 37. | 97C00643 | 02/28/1997 |
| 38. | 97J00917 | 02/13/1997 |
| 39. | 95U03041 | 10/20/1995 |
| 40. | 95U01708 | 06/16/1995 |
| 41. | 95J01775 | 03/22/1995 |
| 42. | 94U03512 | 09/26/1994 |

# SHAHZAD OMAR

| | | |
|---|---|---|
| 43. | T339849 | 08/05/2005 |
| 44. | NBL32529 | 03/08/2003 |
| 45. | L25797 | 07/15/2002 |
| 46. | CMX049866 | 02/03/2003 |
| 47. | BC411758 | 04/14/2009 |

# SUNSET MEDICAL PLAZA

| | | |
|---|---|---|
| 48. | 95C03518 | 11/17/1995 |



**LAW SUITS**
**AKBAR OMAR AND FAMILY**

# SUNSET SURGICAL CENTER

| Number | Case /<br>File Number | Date of Filing   AND/OR<br>Date of Ruling |
|---|---|---|
| 49. | KC061289 | 05/24/2011 |
| 50. | KC060431 | 01/26/2011 |
| 51. | 08B06213 | 11/06/2008 |
| 52. | 08J01274 | 05/08/2008 |
| 53. | 08J01276 | 05/07/2008 |
| 54. | 08J01271 | 05/07/2008 |
| 55. | 08J01273 | 05/07/2008 |
| 56. | 08J01275 | 05/07/2008 |
| 57. | 08J00521 | 02/25/2008 |
| 58. | 08J00522 | 02/25/2008 |
| 59. | 08J00523 | 02/25/2008 |
| 60. | BC346690 | 01/31/2006 |
| 61. | KC045646 | 02/16/2005 |
| 62. | 03C00081 | 01/10/2003 |

## NORVELLE HARRIS

| | | |
|---|---|---|
| 63. | KC041951 | 06/02/2003 |
| 64. | 01U00513 | 12/24/2001 |
| 65. | BC262055 | 11/19/2001 |
| 66. | 99K00688 | 01/13/1999 |
| 67. | SC032503 | 08/30/1994 |
| 68. | 93C00570 | 04/29/1993 |

## AR LEASING INVESTMENT INC

| | | |
|---|---|---|
| 69. | 11U00702 | 06/03/2011 |
| 70. | 11U00414 | 03/29/2011 |
| 71. | 09U01238 | 08/21/2009 |
| 72. | 09U00598 | 04/21/2009 |
| 73. | BC411758 | 04/14/2009 |
| 74. | KC052784 | 04/21/2008 |
| 75. | 96S00393 | 02/13/1996 |
| 76. | B044941 | 11/14/1990 |



430 of 518



**LAW SUITS**
**AKBAR OMAR AND FAMILY**

# EVERGREEN MEDICAL SERVICES, Inc.

| Number | Case / File Number | Date of Filing AND/OR Date of Ruling |
|--------|--------------------|--------------------------------------|
| 77. | 99J03641 | 09/24/1999 |

# SUNSET CANCER DIAGNOSTIC

| | | |
|-----|----------|------------|
| 78. | KC050771 | 06/12/2007 |
| 79. | 99J01563 | 04/14/1999 |
| 80. | 97J02359 | 04/16/1997 |

# WESCOVE HOME HEALTH SERVICES, Inc.

| | | |
|-----|-----------|------------|
| 81. | 99C000480 | 02/10/1999 |
| 82. | KC027522 | 03/09/1998 |

## East Villa Apartments LLC

### L.A. County Superior Civil Court Filings – Prior to 12-29-2005 Cancellation

| | |
|---|---|
| 96U03500 | 99U01449 |
| 96U03501 | 99U02532 |
| 97U00088 | 99U02828 |
| 97J01716 | 99U02829 |
| 98U02287 | 99U02830 |
| 98U02603 | 00U00969 |
| 98U02604 | 00U01113 |
| 98U02615 | 00U02132 |
| 98U02616 | 01U00175 |
| 98U03078 | 01U00724 |
| 98U03079 | 01U00920 |
| 98U03138 | 01U01342 |
| 98U03199 | 01U01502 |
| 98U03200 | 01U01986 |
| 99C03206 | 02U00020 |
| 99U00019 | 02J00741 |
| 99U00541 | 03U01688 |
| 99U00724 | 03U01736 |
| 99U00993 | 04U00191 |
| 99U01033 | 04U00966 |

**LAW SUITS**
**AKBAR OMAR AND FAMILY**

---

# EAST VILLA APARTMENTS LLC

| Number | Case / File Number | Date of Filing   AND/OR Date of Ruling |
|---|---|---|

## LA COUNTY SUPERIOR COURT CIVIL FILINGS – After 12-29-2005 Cancellation

| Number | Case / File Number | Date |
|---|---|---|
| 123. | 09U01386 | 07/31/2009 |
| 124. | 09U00465 | 03/10/2009 |
| 125. | 09U00374 | 02/25/2009 |
| 126. | 08U02598 | 12/31/2008 |
| 127. | 08U02158 | 11/05/2008 |
| 128. | 08U02082 | 10/23/2008 |
| 129. | 08U00875 | 05/28/2008 |
| 130. | 07U00621 | 05/15/2007 |
| 131. | 06U01432 | 10/27/2006 |
| 132. | 06U01117 | 08/31/2006 |

## AKBAR OMAR MD INC

| Number | Case / File Number | Date |
|---|---|---|
| 133. | 09B04877 | 08/21/2009 |
| 134. | 07J02174 | 08/30/2007 |
| 135. | KC050771 | 06/12/2007 |
| 136. | BC346690 | 01/31/2006 |
| 137. | KC039504 | 08/22/2002 |

433 of 518

EXHIBIT # 4.17





Attachment
1.3

Dealer Number _____ Contract Number _____ CONTROL # 1001404 Stock Number _____

Salesperson: GARY BRIGGS

| Buyer (and Co-Buyer) Name and Address (Including County and Zip Code) | Creditor - Seller (Name and Address) |
|---|---|
| AKBAR OMAR<br><br>155 E. HARMON AVE<br>LAS VEGAS, NV 89109 County: CLARK | BAUER JAGUAR<br>1455 S AUTO MALL DR.<br>SANTA ANA, CA 92705 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2008 | ASTON MARTIN V8 ROADSTER | 92 | SCFBF04B28GD08507 | ☒ personal, family or household<br>☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| | The dollar | The amount of | The amount you | The tota |



Baur-Inlaw

Attachment
1.4

437 of 518



# Diamond Bar Country Estates Association Transponder Agreement
## [Non-Country Residents]

Attachment
1.2

**Property Owners name:**

Last: Madad _____ First: Syed _____

Renter: _____ _____

Address: 2452 Alamo Heights _____ Lot/Track: _____

**Phone #;** Home: _____ Work: _____ Cell: _____

**Transponder/ Vehicle Information:**

1) Trans # 10305 Date activated 12/8/08 Deactivated: ___/___/___
   Paid: 2721 switched for plate
   Year: 2001 Make: Merz Model: S550
   Color: Gry License Plate #: MFTSQM (VIN): WDDNG71X67A1009?

2) Trans # 10327 Date activated 2/19/09 Deactivated: 4/20/09
   Paid: $10.00 switched to other car
   Year: 301999 Make: Merz Model: S500
   Color: Red License Plate #: 6JWH484 (VIN): WDBFA68XF1741?

3) Trans # 10327 Date activated: 4/20/09 Deactivated: ___/___/___
   Paid: _____
   Year: 2008 Make: Aston Martin Model: Roadster
   Color: Yellow New License Plate #: _____ (VIN): SCFBF04B28G?

4) Trans # _____ Date activated: ___/___/___ Deactivated: ___/___/___
   Paid: _____
   Year: _____ Make: _____ Model: _____
   Color: _____ License Plate #: _____ (VIN): _____

5) Trans # _____ Date activated: ___/___/___ Deactivated: ___/___/___
   Paid: _____
   Year: _____ Make: _____ Model: _____
   Color: _____ License Plate #: _____ (VIN): _____

**AS LEGAL OWNER OF THE PROPERTY,** I certify that the above listed vehicle is driven legally licensed drivers and that person is immediate family members, relatives, friends, tradesmen, gardeners or domestic help, etc. who reside at "the residence" listed and/or "No Call" listed for admittance.

Signature: _____ Date: 12/8/08











Attachment
2-5





441 of 518

Attachment
8.3

10-24-11 - Grangl @ 31671 Gateway Center Drive
- where Shazad Omor works
Apex Lawyers
A.B. Leelong





442 of 518

Attachment
3.1



Attachment

1 - 5



**Diamond Bar Country Estates Association**
**Transponder Use Agreement**

*Attachment 2.3*

**Property Owners name:** Modad    Syed

Last: ~~Modad Khan~~ First: Mahmood

*Das*

Renter: _____    _____

Address: 2452 Alamo Height Lot/Track: _____

**Phone #;** Home: _____ Work: _____ Cell: _____

**onder/ Vehicle Information:**

s # 2385 Date activated 3/31/8 Deactivated: __/__/__
        Paid: 2798
Year: 2006 Make: Toyota Model: Tacoma

Color: BlK License Plate #: 8CQ7717 (VIN): _____

s # 2721 Date activated 4/28/8 Deactivated: 12/8/08
        Paid: 265
Year: 2007 Make: Merz Model: S550

Color: Gry License Plate #: MFTBQM (VIN): _____

s # 468 Date activated: 2/11/8 Deactivated: __/__/__
        Paid: 277
Year: 2005 Make: Merz Model: CLK350

Color: Gry License Plate #: 5SHC45 (VIN): _____

4) Trans # 2318 Date activated: 3/29/8 Deactivated: __/__/__
        Paid: 2264
Year: 2005 Make: Volvo Model: _____

Color: BlK License Plate #: 5MKK59 (VIN): _____

5) ~~Trans~~ PBLP # 10312 Date activated: 12/8/08 Deactivated: __/__/__
        Paid: 1226
Year: 2007 Make: Merz Model: S600

Color: BlK License Plate #: MFTMD (VIN): WDDNG76X27A088963

**AS LEGAL OWNER OF THE PROPERTY,** I certify that the above listed vehicle is driven legally
licensed drivers and that person is immediate family members, relatives, friends, tradesmen, gardeners or
domestic help, etc. who reside at "the residence" listed and/or "No Call" listed for admittance.

Signature: _Humaira Khan_    Date: _____

444 of 518

Case 2:11-cv-01043 Document 147-02 Filed 07/11/16 Page 28 of 50   Page ID #:2374

| ENTRY TIME | EXIT TIME | AxD | NAME | CATEGORY | ENTRY LANE | ENTRY STATUS | EXIT LANE | EXIT STA |
|---|---|---|---|---|---|---|---|---|
| 06/15/11 0952 | 06/15/11 1053 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/15/11 1512 | 06/15/11 1558 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/15/11 2054 | 06/15/11 2154 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/15/11 2345 | 06/16/11 0724 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/16/11 0947 | 06/16/11 1133 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/16/11 1426 | 06/16/11 1538 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/16/11 2017 | 06/17/11 0505 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/17/11 0939 | 06/17/11 1209 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/17/11 2111 | 06/17/11 2138 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/18/11 0246 | 06/18/11 1558 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/18/11 1754 | 06/20/11 1314 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/20/11 1617 | 06/23/11 1555 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/23/11 1700 | 06/23/11 2035 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 06/23/11 2111 | 06/25/11 1152 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | GRAND EXIT FAR | Exit |
| NO ENTRY READ | 06/25/11 1152 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER |  | Entry | GRAND EXIT NEA | Exit |
| 06/25/11 1243 | 06/27/11 1517 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/27/11 1757 | 06/28/11 1831 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/28/11 1910 | 06/29/11 1526 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/29/11 1813 | 06/30/11 1605 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/30/11 1705 | 06/30/11 1823 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/30/11 2209 | 07/01/11 0454 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 07/03/11 1652 | 07/05/11 1627 | DBLP010305 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |

End of Report

Attachment
2.1

445 of 518

| ENTRY TIME | EXIT TIME | AxD | NAME | CATEGORY | ENTRY LANE | ENTRY STATUS | EXIT LANE | EXIT S' |
|---|---|---|---|---|---|---|---|---|
| 05/09/11 1840 | 05/10/11 1158 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/10/11 1636 | 05/11/11 0713 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 05/11/11 1050 | 05/11/11 1129 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/12/11 0310 | 05/12/11 1126 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/13/11 0239 | 05/13/11 1119 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/13/11 1339 | 05/13/11 1415 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/13/11 1843 | 05/13/11 1905 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/13/11 2347 | 05/14/11 1250 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/14/11 1905 | 05/15/11 1947 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/16/11 0120 | 05/16/11 0705 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 05/16/11 1135 | 05/16/11 1222 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/17/11 0119 | 05/17/11 1025 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/17/11 1327 | 05/17/11 1450 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/18/11 0244 | 05/18/11 0714 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/18/11 1721 | 05/18/11 1726 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/18/11 2357 | 05/19/11 1028 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/20/11 0129 | 05/20/11 0707 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/20/11 2105 | 05/21/11 1808 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/21/11 2211 | 05/23/11 1050 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 05/24/11 0211 | 05/24/11 1006 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| NO ENTRY READ | 05/25/11 1004 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | | Entry | DBAR EXIT NEAR | Exit |
| 05/26/11 0057 | 05/26/11 1038 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 05/26/11 1400 | 05/26/11 1500 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/27/11 0103 | 05/27/11 1015 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/27/11 2027 | 05/28/11 1146 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/29/11 0220 | 05/29/11 1020 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/29/11 1537 | 05/30/11 1640 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 05/31/11 0140 | 05/31/11 1120 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 05/31/11 2210 | 06/01/11 0154 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 06/01/11 0241 | 06/01/11 1005 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit ' |
| 06/02/11 0257 | 06/02/11 1102 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 06/03/11 0013 | 06/03/11 1054 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 06/04/11 0006 | 06/04/11 1152 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 06/05/11 0125 | 06/06/11 1122 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 06/07/11 0308 | 06/07/11 1030 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 06/08/11 0251 | 06/08/11 1151 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 06/09/11 0211 | 06/09/11 1131 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 06/10/11 0012 | 06/10/11 0658 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 06/10/11 2242 | 06/11/11 1315 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/11/11 2127 | 06/13/11 1112 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | GRAND EXIT FAR | Exit |
| NO ENTRY READ | 06/13/11 1112 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | | Entry | GRAND EXIT NEA | Exit |
| 06/13/11 1747 | 06/13/11 1835 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT FAR | Exit |
| 06/14/11 0317 | 06/14/11 1055 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/15/11 0230 | 06/15/11 1055 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/16/11 0235 | 06/16/11 1134 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/17/11 0329 | 06/17/11 1051 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/18/11 0207 | 06/18/11 1149 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/18/11 1806 | 06/18/11 1904 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/19/11 0227 | 06/19/11 1218 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/19/11 1736 | 06/20/11 1000 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/20/11 2307 | 06/21/11 1243 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/22/11 0331 | 06/22/11 1207 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |
| 06/22/11 1556 | 06/22/11 1654 | DBLP010312 | Madad/ Tabataba, Sye | MEMBER | DBAR ENTRY | Entry | DBAR EXIT NEAR | Exit |

Attachment
2-2

Attachment 2.1

Diamond Bar Country Estates Association Office

Tel: (909) 861-41...
Fax: (909) 861-2...

Captain Vid:   Cell (909) 480-9174

# IAS Network Term... - Member Guest Screen

Screens  Database  HistoryMnr  Reports  SetupMenu  Cmd/StatusMenu  Operator  Dispatch  Activities  Help

## Madad/ Tabatabai, Syed Qaisar Spouse Meher F.

Greeting Name: Syed & Meher
Addr 2452 Alamo Heights
Member # 2760646   Lot # 11930578  Category MEMBER
SECURITY CODE   2452      Security Code Hint

Primary Address: Local
Phone 1 (909)860-0646    2 909-896-4412

**GUEST INFORMATION**  **AXDS and DECALS ASSIGNED**  **UTILATIONS**  **CITATIONS**  **INCIDENTS**

**ADD GUEST PASS**
**UPDATE SECURITY CODE**

Access Devices and Decals Linked to this Member

| CATEGORY/ | ADDRESS/ | | | MEMBE |
|-----------|----------|---|---|---|
| PHONE | CITY ST ZIP | | | CONT |
| GUEST | 2452 ALAMO HEIGHTS | | | 2760 |
| 860-2765 | DIAMOND BAR | CA 91765 | | 2760 |
| GUEST | 2452 ALAMO HEIGHTS | | | 2760 |
| 860-2765 | DIAMOND BAR | CA 91765 | | |
| MEMBER | 2452 Alamo Heights | | | 2760 |
| (909)860-0646 | Diamond Bar | CA 91765 | | |
| MEMBER | 2452 Alamo Heights | | | 2760 |
| (909)860-0646 | Diamond Bar | CA 91765 | | |
| MEMBER | 2452 Alamo Heights | | | 2760 |
| (909)860-0646 | Diamond Bar | CA 91765 | | |
| MEMBER | 2452 Alamo Heights | | | 2760 |
| (909)860-0646 | Diamond Bar | CA 91765 | | |
| MEMBER | 2452 Alamo Heights | | | 2760 |
| (909)860-0646 | Diamond Bar | CA 91765 | | |
| MEMBER | 2452 Alamo Heights | | | MEMBE |
| (909)860-0646 | Diamond Bar | CA 91765 | | LOT |
| PHONE | CITY ST ZIP | | | |

No Decals Found for this Member!

---

Page 1 | Page 2

AxDID/DCLP  #|010327  Status Expired

Update Batch  None      AxD Type  Expired

Name Last |OMAR          First |AKBAR        MI

Address |2452 Alamo Heights        City |Diamond Bar        St |CA Zip|91765

Phone |(909)860-0646          Company Name

Vehicle Make|ASTON RDSTR YEL  Yr|08  License |58902      St      Decal#

Member#|2760646   Lot#|11930578   Contractor#      □ Prim.Cont.AxD  □ Billed

Start Date   4/20/2009    Expiration Date  10/ 6/2010    Auto Insurance
                                            Expiration Date   1/ 1/1970

Find Mem(Cont  Search for AxD           Next AxD

ADD AxD    Update AxD    Delete AxD    Previous AxD    Record Audio

447 of  518                            Audio Rec#

Close         Help

Category |MEMBER

Long Range  Home Type Undefined 0

Over NancyD  07/05/2011 16:12:04

Command successful

Attachment 9.1

Inter Access Systems
77-521 Country Club Dr.
Bermuda Dunes
Ca. 92201-1249

760-345-0478

448 of 518

EXHIBIT # 4.18

AHMED FAMILY
THEIR POLITICAL TIES & CONNECTIONS ABROAD

1 . Benazir Bhutto                                    1988 - 1990
      Ex- Prime Minister of Pakistan


2 . Benazir Bhutto - 2nd Term                         1993 - 1996
      Ex- Prime Minister of Pakistan.

During her 2-terms as Prime Minister, Majid B. Ahmed partnered
with Bhutto's husband Asif A. Zardari and handled Military
Contracts, Electrification & Power Generation Projects, and
Crude Oil Imports & Oil & Gas Equipment. Majid B. Ahmed
established Bristol Engineering of Dubai,UAE during this time
period.

3 . M. Jatoi
      Ex- Prime Minister of Pakistan
4 . Shaukat Aziz                                      1999 - 2008
      Ex- Prime Minister of Pakistan

Conspirators Obaid Jatoi & Tehmina Khan related to M. Jatoi.
Conspirator Suhail Siddiqi related to Shaukat Aziz.

5 . Asif A. Zardari                                   2009 - 2013
      Ex-President of Pakistan

Suhail Siddiqi, brother-in-law of Khalid B. Ahmed is a
classmate of Asif A. Zardari. During his 5-year term as President
of Pakistan, both Suhail Siddiqi & Obaid Jatoi were Advisors
to the President.

450B of 518

The New York Times  **World**

Search All NYTimes.com



ADS BY GOOGLE

# HOUSE OF GRAFT: Tracing the Bhutto Millions -- A special report.; Bhutto Clan Leaves Trail of Corruption

By JOHN F. BURNS
Published January 09 1998

**Correction Appended**

A decade after she led this impoverished nation from military rule to democracy, Benazir Bhutto is at the heart of a widening corruption inquiry that Pakistani investigators say has traced more than $100 million to foreign bank accounts and properties controlled by Ms. Bhutto's family.

Starting from a cache of Bhutto family documents bought for $1 million from a shadowy intermediary, the investigators have detailed a pattern of secret payments by foreign companies that sought favors during Ms. Bhutto's two terms as Prime Minister.

The documents leave uncertain the degree of involvement by Ms. Bhutto, a Harvard graduate whose rise to power in 1988 made her the first woman to lead a Muslim country. But they trace the pervasive role of her husband, Asif Ali Zardari, who turned his marriage to Ms. Bhutto into a source of virtually unchallengeable power.

In 1995, a leading French military contractor, Dassault Aviation, agreed to pay Mr. Zardari and a Pakistani partner $200 million for a $4 billion jet fighter deal that fell apart only when Ms. Bhutto's Government was dismissed. In another deal, a leading Swiss company hired to curb customs fraud in Pakistan paid millions of dollars between 1994 and 1996 to offshore companies controlled by Mr. Zardari and Ms. Bhutto's widowed mother, Nusrat.

ADS BY GOOGLE

Read Next Official Site
Calm Your Legs & Sleep Peacefully with Restulex® Restful Leg Formula.

Urgent Must Read Report Never Before Seen Information




Advertisement

In the largest single payment investigators have discovered, a gold bullion dealer in the Middle East was shown to have deposited at least $10 million into an account controlled by Mr. Zardari after the Bhutto Government gave him a monopoly on gold imports that sustained Pakistan's jewelry industry. The money was deposited into a Citibank account in the United Arab Emirate of Dubai, one of several Citibank accounts for companies owned by Mr. Zardari.

Together, the documents provided an extraordinarily detailed look at high-level corruption in Pakistan, a nation so poor that perhaps 70 percent of its 130 million people are illiterate, and millions have no proper shelter, no schools, no hospitals, not even safe drinking water. During Ms. Bhutto's five years in power, the economy became so enfeebled that she spent much of her time negotiating new foreign loans to stave off default on $62 billion in public debt.

A worldwide search for properties secretly bought by the Bhutto family is still in its early stages. But the inquiry has already found that Mr. Zardari went on a shopping spree in the mid-1990's, purchasing among other things a $4 million, 355-acre estate south of London. In 1994 and 1995, he used a Swiss bank account and an American Express card to buy jewelry worth $660,000 -- including $246,000 at Cartier Inc. and Bulgari Corp. in Beverly Hills, Calif., in barely a month.

451 of 518

In separate interviews in Karachi, Ms. Bhutto, 44, and Mr. Zardari, 42, declined to address specific questions about the Pakistani inquiry, which they dismissed as a political vendetta by Ms. Bhutto's successor as Prime Minister, Nawaz Sharif. In Karachi Central Prison, where he has been held for 14 months on charges of murdering Ms. Bhutto's brother, Mr. Zardari described the corruption allegations as part of a "meaningless game." But he offered no challenge to the authenticity of the documents tracing some of his most lucrative deals.

Ms. Bhutto originally kindled wild enthusiasms in Pakistan with her populist politics, then suffered a heavy loss of support as the corruption allegations gained credence. In an interview at her fortresslike home set back from Karachi's Arabian Sea beachfront, she was by turns tearful and defiant. "Most of those documents are fabricated," she said, "and the stories that have been spun around them are absolutely wrong."

But she refused to discuss any of the specific deals outlined in the documents, and did not explain how her husband had paid for his property and jewelry. Lamenting what she described as "the irreparable damage done to my standing in the world" by the corruption inquiry, she said her family had inherited wealth, although not on the scale implied by tales of huge bank deposits and luxury properties overseas.

"I mean, what is poor and what is rich?" Ms. Bhutto asked. "If you mean, am I rich by European standards, do I have a billion dollars, or even a hundred million dollars, even half that, no, I do not. But if you mean that I'm ordinary rich, yes, my father had three children studying at Harvard as undergraduates at the same time. But this wealth never meant anything to my brothers or me."

The Student

Privileged Learning, Populist Platitudes

Ms. Bhutto, a student at Harvard and Oxford for six years in the 1970's, has always presented herself as a tribune of the dispossessed. In a Harvard commencement speech in 1989, she said that "avaricious politicans" had looted developing countries and left them without the means to tackle their social problems. Since she was ousted as Prime Minister during her second term, on Nov. 5, 1996, on charges that included gross corruption, she has been the leader of Pakistan's main opposition group, the Pakistan People's Party.

Some details of the allegations against Ms. Bhutto and Mr. Zardari appeared in European and American newspapers last fall, after Pakistani investigators began releasing some of the Bhutto family documents. But a much fuller picture emerged when several thick binders full of documents were made available to The New York Times over a period of several days in October. The Times's own investigation, lasting three months, extended from Pakistan to the Middle East, Europe and the United States, and included interviews with many of the central figures named by the Pakistani investigators.

Officials leading the inquiry in Pakistan say that the $100 million they have identified so far is only a small part of a windfall from corrupt activities. They maintain that an inquiry begun in Islamabad just after Ms. Bhutto's dismissal in 1996 found evidence that her family and associates generated more than $1.5 billion in illicit profits through kickbacks in virtually every sphere of government activity -- from rice deals, to the sell-off of state land, even rake-offs from state welfare schemes.

The Pakistani officials say their key break came last summer, when an informer offered to sell documents that appeared to have been taken from the Geneva office of Jens Schlegelmilch, whom Ms. Bhutto described as the family's attorney in Europe for more than 20 years, and as a close personal friend. Pakistani investigators have confirmed that the original asking price for the documents was $10 million. Eventually the seller traveled to London and concluded the deal for $1 million in cash.

The identity of the seller remains a mystery. Mr. Schlegelmilch, 55, developed his relationship with the Bhutto family through links between his Iranian-born wife and Ms. Bhutto's mother, who was also born in Iran. In a series of telephone interviews, he declined to say anything about Mr. Zardari and Ms. Bhutto, other than that he had not sold the documents. "It wouldn't be worth selling out for $1 million," he said.

The documents included: statements for several accounts in Switzerland, including the Citibank accounts in Dubai and Geneva; letters from executives promising payoffs, with details of the

percentage payments to be made; memorandums detailing meetings at which these "commissions" and "remunerations" were agreed on, and certificates incorporating the offshore companies used as fronts in the deals, many registered in the British Virgin Islands.

The documents also revealed the crucial role played by Western institutions. Apart from the companies that made payoffs, and the network of banks that handled the money -- which included Barclay's Bank and Union Bank of Switzerland as well as Citibank -- the arrangements made by the Bhutto family for their wealth relied on Western property companies, Western lawyers and a network of Western friends.

As striking as some of the payoff deals was the clinical way in which top Western executives concluded them. The documents showed painstaking negotiations over the payoffs, followed by secret contracts. In one case, involving Dassault, the contract specified elaborate arrangements intended to hide the proposed payoff for the fighter plane deal, and to prevent it from triggering French corruption laws.

Because Pakistan's efforts to uncover the deals have been handled in recent months by close aides of Prime Minister Sharif, who has alternated with Ms. Bhutto at the head of four civilian Governments in Pakistan since the end of military rule 10 years ago, the investigation has been deeply politicized. Last week, the Sharif aides forwarded 12 corruption cases cases against Ms. Bhutto, Mr. Zardari and Nusrat Bhutto, 68, to the country's "accountability commission," headed by a retired judge, who has the power to approve formal indictments.

Apart from bolstering Mr. Sharif's power by exposing Ms. Bhutto, Mr. Sharif's aides hope to protect him against the possibility that she will one day return to office and turn the tables on him. Mr. Sharif, who is 48, battled for years during Ms. Bhutto's tenure to stay out of jail on a range of corruption charges, including allegations that he took millions of dollars in unsecured loans from state-owned banks for his family's steel empire, then defaulted.

The Heritage

Landowning Class Accustomed to Rule

The Bhuttos are among a few hundred so-called feudal families, mostly large landowners, that have dominated politics and business in Pakistan since its creation in 1947.

Ms. Bhutto's father was an Oxford-educated landowner who became Pakistan's Prime Minister in the 1970's, only to be ousted and jailed in 1977 when his military chief, Gen. Mohammed Zia ul-Haq, mounted a coup. Mr. Bhutto was hanged two years later, after he refused General Zia's offer of clemency for a murder conviction that many Pakistanis regarded as politically tainted.

Benazir Bhutto, the eldest of four children, spent the next decade under house arrest, in jail or in self-imposed exile, campaigning against General Zia's military regime.

In 1987 she married Mr. Zardari, little known then for anything but a passion for polo. It was an arranged union, with Ms. Bhutto's mother picking the groom. Many Pakistanis were startled by the social and financial differences. By the Bhuttos' standards, Mr. Zardari's family was of modest means, with limited holdings and a rundown movie theater in Karachi. Mr. Zardari's only experience of higher education was a stint at a commercial college in London.

In part the match was intended to protect Ms. Bhutto's political career by countering conservative Muslims' grumbling about her unmarried status. Barely eight months later, in 1988, General Zia was killed in a mysterious plane crash, which opened the way for Ms. Bhutto to win a narrow election victory.

Years later, many Pakistanis still speak of the mesmeric effect she had at that moment, as the daughter who had avenged her father and the politician who had restored democracy. But euphoria faded fast. Within months, newspapers were headlining allegations of dubious deals. In the bazaars, traders soon dubbed Mr. Zardari "Mr. 10 Percent."

Twenty months after she took office, Ms. Bhutto was dismissed by Pakistan's President on grounds of corruption and misrule. But the Sharif Government that succeeded Ms. Bhutto was unable to secure any convictions against her or her husband before Mr. Sharif, in turn, was ousted from office, also for corruption and misrule.

Mostly, Pakistanis gave Ms. Bhutto the benefit of the doubt after her first term, saying she might not have known what Mr. Zardari was doing. She was further aided by public suspicion of Mr.

Home   Times logos   Member

Sharif's motives. A taciturn man who got his start in politics as a protege of General Zia, Mr. Sharif has left little doubt of his chagrin at having been overshadowed by Ms. Bhutto.

Part of his discomfort stemmed from her success in fostering a favorable image for herself in the United States, as a staunch foe of Muslim fundamentalism, a relentless campaigner for the rights of the poor and -- a point she stressed in her Harvard speech in 1989 -- an opponent of leaders who use their power for personal gain, then "leave the cupboard bare."

When she took office as Prime Minister again, after a victory in 1993, Ms. Bhutto struck many of her friends as a changed person, obsessed with her dismissal in 1990, high-handed to the point of arrogance, and contemptuous of the liberal principles she had placed at the center of her politics in the 1980's. "She no longer made the distinction between the Bhuttos and Pakistan," said Hussain Haqqani, Ms. Bhutto's former press secretary. "In her mind, she was Pakistan, so she could do as she pleased."

Ms. Bhutto's twin posts, as Prime Minister and Finance Minister, gave her virtually free rein. Mr. Zardari became her alter ego, riding roughshod over the bureaucracy although he had no formal economic powers until Ms. Bhutto appointed him Investment Minister, reporting only to herself, in July 1996. They maintained an imperial lifestyle in the new Prime Minister's residence in Islamabad, a $50 million mansion set on 110 acres on an Islamabad hilltop.

Within weeks of moving in, Mr. Zardari ordered 11.5 acres of protected woodland on an adjoining hilltop to be bulldozed for a polo field, an exercise track, stabling for 40 polo ponies, quarters for grooms and a parking lot for spectators. When a senior Government official, Mohammed Mehdi, objected to paying for the project with $1.3 million diverted from a budget for parks and other public amenities, Mr. Zardari "categorically told me that he does not appreciate his orders to be examined and questioned by any authority," according to an affidavit filed with the Pakistani investigators by Mr. Mehdi. A few months later, with the work in progress, Mr. Zardari had Mr. Mehdi dismissed.

The investigators say that Mr. Zardari and associates he brought into the Government, some of them old school friends, began reviewing state programs for opportunities to make money. It was these broader activities, the investigators assert, more than the relatively small number of foreign deals revealed in the documents taken from the Swiss lawyer, that netted the largest sums for the Bhutto family.

Among the transactions Mr. Zardari exploited, according to these officials: defense contracts; power plant projects; the privatization of state-owned industries; the awarding of broadcast licenses; the granting of an export monopoly for the country's huge rice harvest; the purchase of planes for Pakistan International Airlines; the assignment of textile export quotas; the granting of oil and gas permits; authorizations to build sugar mills, and the sale of government lands.

The officials have said that Ms. Bhutto and Mr. Zardari took pains to avoid creating a documentary record of their role in hundreds of deals. How this was done was explained by Najam Sethi, a former Bhutto loyalist who became the editor of Pakistan's most popular weekly, Friday Times, then was drafted to help oversee a corruption inquiry undertaken by the caretaker Government that ruled for three months after Ms. Bhutto's dismissal in 1996.

Mr. Sethi said Ms. Bhutto and Mr. Zardari adopted a system under which they assigned favors by writing orders on yellow Post-It notes and attaching them to official files. After the deals were completed, Mr. Sethi said, the notes were removed, destroying all trace of involvement.

When Mr. Sharif won a landslide election victory earlier this year, the corruption inquiry appeared, again, to fizzle. But a few days before the election, the caretakers hired Jules Kroll Associates, a New York investigative agency, to look for evidence of corruption abroad. The Kroll investigators put out feelers in Europe; Mr. Sharif's aides said it was one of these that produced the offer to sell the Bhutto family documents, and that they took over from Kroll Associates and completed the deal.

The Negotiations

Flight and Crash Of a Dassault Deal

Potentially the most lucrative deal uncovered by the documents involved the effort by Dassault Aviation, the French military contractor, to sell Pakistan 32 Mirage 2000-5 fighter planes. These were to replace two squadrons of American-made F-16's whose purchase was blocked when the

Bush Administration determined in 1990 that Pakistan was covertly developing nuclear weapons.

In April 1995, Dassault found itself in arm's-length negotiations with Mr. Zardari and Amer Lodhi, a Paris-based lawyer and banker who had lived for years in the United States, working among other things as an executive of the now-defunct Bank of Commerce and Credit International. Mr. Lodhi's sister, Maleeha, a former Pakistan newspaper editor, became Ms. Bhutto's Ambassador to the United States in 1994.

Mr. Schlegelmilch, the Geneva lawyer, wrote a memo for his files describing his talks at Dassault's headquarters on the Champs-Elysees in Paris. According to the memo, the company's executives offered a "remuneration" of 5 percent to Marleton Business S.A., an offshore company controlled by Mr. Zardari. The memo indicated that in addition to Dassault, the payoff would be made by two companies involved in the manufacture of the Mirages: Snecma, an engine manufacturer, and Thomson-CSF, a maker of aviation electronics.

The documents offered intriguing insights into the anxieties that the deal aroused. In a letter faxed to Geneva, the Dassault executives — Jean-Claude Carrayrou, Dassault's director of legal affairs, and Pierre Chouzenoux, the international sales manager — wrote that "for reasons of confidentiality," there would be only one copy of the contract guaranteeing the payoff. It would be kept at Dassault's Paris office, available to Mr. Schlegelmilch only during working hours.

The deal reached with Mr. Schlegelmilch reflected concerns about French corruption laws, which forbid bribery of French officials but permit payoffs to foreign officials, and even make the payoffs tax-deductible in France. The Swiss and the French have resisted American pressures to sign a worldwide treaty that would hold all businesses to the ethical standards of American law, which sets criminal penalties for bribing foreign officials.

"It is agreed that no part of the above-mentioned remuneration will be transferred to a French citizen, or to any company directly or indirectly controlled by French individuals or companies, or to any beneficiary of a resident or nonresident bank account in France," one of the Dassault documents reads.

Negotiations on the Mirage contract were within weeks of completion when Ms. Bhutto was dismissed by another Pakistani President in 1996. They have bogged down since, partly because Pakistan has run out of money to buy the planes, and partly because the Pakistan Army, still politically powerful a decade after the end of military rule, waited until Ms. Bhutto was removed to weigh in against the purchase.

A Dassault spokesman, Jean-Pierre Robillard, said Mr. Carrayrou, the legal affairs director, had retired. Two weeks after he was sent a summary of the documents, Mr. Robillard said that the company had decided to make no comment.

The Profits

Scams at Both Ends Of Customs System

One deal that appears to have made a handsome profit for Mr. Zardari involved Pakistan's effort to increase its customs revenues. Since fewer than one in every 100 Pakistanis pays income tax, customs revenues represent the state's largest revenue source. But for decades the system has been corrupted, with businesses underinvoicing imports, or paying bribes, to escape duties.

In the 1980's Pakistan came under pressure from the International Monetary Fund to increase government revenues and to cut a runaway budget deficit. During Ms. Bhutto's first term, Pakistan entrusted preshipment "verification" of all major imports to two Swiss companies with blue-ribbon reputations, Societe Generale de Surveillance S.A. and a subsidiary, Cotecna Inspection S.A. But the documents suggest that this stab at improving Pakistan's fiscal soundness was quickly turned to generating profits for the Bhutto family's accounts.

In 1994, executives of the two Swiss companies wrote promising to pay "commissions" totaling 9 percent to three offshore companies controlled by Mr. Zardari and Nusrat Bhutto. A Cotecna letter in June 1994 was direct: "Should we receive, within six months of today, a contract for inspection and price verification of goods imported into Pakistan," it read, "we will pay you 6 percent of the total amount invoiced and paid to the Government of Pakistan for such a contract and during the whole duration of that contract and its renewal."

Similar letters, dated March and June 1994, were sent by Societe Generale de Surveillance

promising "consultancy fees" of 6 percent and 3 percent to two other offshore companies controlled by the Bhutto family. According to Pakistani investigators, the two Swiss companies inspected more than $15.4 billion in imports into Pakistan from January 1995 to March 1997, making more than $131 million. The investigators estimated that the Bhutto family companies made $11.8 million from the deals, at least a third of which showed up in banking documents taken from the Swiss lawyer.

For Societe Generale de Surveillance, with 35,000 employees and more than $2 billion a year in earnings, the relationship with the Bhutto family has been painful. In addition to doing customs inspections, the company awards certificates of technical quality. In effect, its business is integrity.

In an interview in Geneva, Elisabeth Salina Amorini, president of Societe Generale, said the Pakistan contracts had been the subject of an internal company inquiry. But Ms. Salina Amorini, a 42-year-old lawyer, said the company had reorganized its government contracts division under a new executive and had sold Cotecna, acquired in 1994, back to the family that had previously owned it. The internal inquiry, she told reporters in Geneva last month, had shown "a number of inadequacies which enabled certain irregularities to take place."

Ms. Salina Amorini said in the interview that a study of Societe Generale's dealings with Pakistan had uncovered a $650 million shortfall in customs revenues that the Bhutto Government was supposed to have collected over a 21-month period in 1995 and 1996. She said the company had reported the shortfall to Washington-based officials of the monetary fund and the World Bank, which monitor customs revenues to check Pakistan's compliance with conditions set for emergency loans. The conditions are meant to help the country avoid default on its foreign debt.

Officials at the two financial institutions are investigating the Swiss company's report to determine whether the customs system was corrupted at both ends — from commissions paid to Bhutto family companies on the preshipment inspection contracts and, later, in illicit payments by Pakistani importers seeking to avoid the customs duties that the Swiss companies had determined they owed.

## The Gold Connection

### Granting a License, Reaping a Profit

Pakistan's Arabian Sea coast, stretching from Karachi to the border with Iran, has long been a gold smugglers' haven. Until the beginning of Ms. Bhutto's second term, the trade, running into hundreds of millions of dollars a year, was unregulated, with slivers of gold called biscuits, and larger weights in bullion, carried on planes and boats that travel between the Persian Gulf and the largely unguarded Pakistani coast.

Shortly after Ms. Bhutto returned as Prime Minister in 1993, a Pakistani bullion trader in Dubai, Abdul Razzak Yaqub, proposed a deal: in return for a license to import gold, Mr. Razzak would help the Government regularize the trade.

In January 1994, weeks after Ms. Bhutto began her second term, Mr. Schlegelmilch established a British Virgin Island company known as Capricorn Trading, S.A., with Mr. Zardari as its principal owner. Nine months later, on Oct. 5, 1994, an account was opened at the Dubai offices of Citibank in the name of Capricorn Trading. The same day, a Citibank deposit slip for the account shows a deposit of $5 million by Mr. Razzak's company, ARY Traders. Two weeks later, another Citibank deposit slip showed that ARY had paid a further $5 million.

In November 1994, Pakistan's Commerce Ministry wrote to Mr. Razzak informing him that he had been granted a license that made him, for at least the next two years, Pakistan's sole authorized gold importer. In an interview in his office in Dubai, Mr. Razzak acknowledged that he had used the license to import more than $500 million in gold into Pakistan, and that he had traveled to Islamabad several times to meet with Ms. Bhutto and Mr. Zardari. But he denied that there had been any secret deal. "I have not paid a single cent to Zardari," he said.

Mr. Razzak offered an unusual explanation for the Citibank documents that showed his company paying the $10 million to Mr. Zardari, suggesting that someone in Pakistan who wished to destroy his reputation had contrived to have his company wrongly identified as the depositor of the money. "Somebody in the bank has cooperated with my enemies to make false documents," he said.

The Documentation

Erasing the Proofs Of Secret Power

The Pakistani investigation of Ms. Bhutto's two terms in office has tied a range of overseas properties to her husband and other family members. Among these are Rockwood, a 355-acre estate south of London, and a $2.5 million country manor in Normandy. The listed owners of the manor, which is known as the House of the White Queen, are Hakim and Zarrin Zardari.

Other properties that Pakistani investigators have linked to members of the Bhutto family include a string of luxury apartments in London. Pakistan has asked the United States Justice Department to investigate still more bank accounts and properties, including a country club and a polo ranch in Palm Beach County, Florida, said to be worth about $4 million, that were bought by associates of Mr. Zardari in the mid-1990's.

The Pakistani request to Washington, made in December, also sought help in checking allegations that some of Mr. Zardari's wealth may have come from Pakistan drug traffickers paying for protection. In the past decade, Pakistan and its neighbor Afghanistan have become the world's largest source of heroin, shipping 250 tons of it every year to Europe and the United States.

The purchase of overseas properties by well-connected members of the elite in a developing country is hardly a new phenomenon. But the disclosures about Ms. Bhutto's family have underscored a trend that international financial officials have long found troubling: the willingness of the monetary fund and the World Bank to prop up economies like Pakistan's that have been bled dry by corruption.

A former high-ranking official of the World Bank in Islamabad who requested anonymity acknowledged that both institutions were all too willing to make additional loans on the vague promise that corruption would be reined in. "We made a mantra out of the phrase 'good governance,' " the official said, "as though we intended to try and stamp the corruption out. But the truth is that we turned a blind eye."

In the years Ms. Bhutto was in office, Pakistan received billions of dollars in new loans, mostly to enable it to pay interest on its debt. By 1996, interest on the accumulated public debt, including $32 billion in foreign loans, was absorbing nearly 70 percent of state revenues. With Pakistan's defense costs absorbing the remaining 30 percent, scarcely anything was left for the social programs that Ms. Bhutto had promised.

While the Times inquiry confirmed some of the allegations made by the Pakistani investigators, other matters remained unresolved. For example, none of the documents for the foreign bank accounts or offshore companies uncovered thus far bear Ms. Bhutto's name, nor do any of the letters promising payoffs make any mention of her.

The only document that refers to Ms. Bhutto is a handwritten ledger for an account at the Union Bank of Switzerland in Geneva. In Mr. Schlegelmilch's handwriting, the ledger contains the notation "50% AAZ 50 % BB." This account showed deposits of $1.8 million for one 90-day period in 1994 and received at least $860,000 in payments by the two Swiss customs-inspection companies.

Some of Ms. Bhutto's friends say she cannot fairly be held accountable for her husband's questionable deals, since she was too busy as Prime Minister to know of them. Others say Ms. Bhutto, having lost her father and both of her brothers in tragic circumstances, became overdependent emotionally on Mr. Zardari.

Her younger brother, Shahnawaz, died of poisoning in Cannes, France, in 1985 after a dispute that Murtaza Bhutto, her older brother, linked to arguments over family assets stashed in Switzerland. Murtaza Bhutto was killed in September 1986 after a long-running power struggle with his sister and her husband. Mr. Zardari has been charged with masterminding the second murder, but he and Ms. Bhutto say he was framed.

Officials say Mr. Zardari made no attempt to disguise his activities from his wife, holding meetings on some of his deals in the Prime Minister's residence, and invoking his wife's authority when ordering officials to override regulations meant to prevent graft in the assignment of contracts.

Furthermore, several senior officials in Ms. Bhutto's Governments said they had met with

repeated rebuffs when they tried to warn her about Mr. Zardari. One senior minister said that when he had raised the issue, "She said, 'How dare you talk to me like that?' and stalked out."

Nor has Ms. Bhutto made any effort to distance herself from Mr. Zardari. In the Karachi interview, she said her husband's deals had been made only for Pakistan's benefit. "He's a very generous person," she said. "His weakness, and his strength, is that he's always trying to help people."

The tax returns filed by Ms. Bhutto and her husband in her years in office give no hint of the wealth uncovered by the Pakistani inquiry. Ms. Bhutto, Mr. Zardari and Nusrat Bhutto declared assets totaling $1.2 million in 1996 and never told authorities of any foreign accounts or properties, as required by law. Mr. Zardari declared no net assets at all in 1990, the year Ms. Bhutto's first term ended, and only $402,000 in 1996.

The family's income tax declarations were similarly modest. The highest income Ms. Bhutto declared was $42,200 in 1996, with $5,110 in tax. In two of her years as Prime Minister, 1993 and 1994, she paid no income tax at all. Mr. Zardari's highest declared income was $13,100, also in 1996, when interest on bank deposits he controlled in Switzerland exceeded that much every week.

Pakistan's inquiry is in its early phases, but it has already prompted international action. Swiss officials have frozen 17 bank accounts belonging to the Bhutto family, and authorities in Britain and France are searching for other accounts and properties.

Ms. Bhutto described the investigation as a persecution. At one point she attacked the Clinton Administration, saying it had ignored her plight while deploring the treatment of Daw Aung San Suu Kyi, the Burmese opposition leader and Nobel laureate.

"This is the most horrendous human rights record, what is happening to me, the former Prime Minister of Pakistan," Ms. Bhutto said. "It is shocking to see that the Clinton Administration talks so much about Burma, when this is happening to a woman who leads the opposition here." Tears welling in her eyes, she added, "The Bhuttos have suffered so much for Pakistan."

*Jeff Gerth in Washington and Elizabeth G. Olson in Geneva contributed reporting for these articles.*

ADS BY GOOGLE

*Correction: January 10, 1998, Saturday An article yesterday about corruption in Pakistan misstated the year that the brother of former Prime Minister Benazir Bhutto was killed. It was 1996, not 1986. Because of an editing error, the article also referred incompletely to Hakim and Zarrin Zardari, the owners of a manor house in Normandy. They are the parents of Mrs. Bhutto's husband, Asif Ali Zardari, who is the focus of a corruption inquiry. Correction: January 23, 1998, Friday An article on Jan. 9 about the financial dealings of the family of former Prime Minister Benazir Bhutto of Pakistan referred incorrectly to the holder of a 1990 contract to provide preshipment verification of major imports for the Pakistani Government. The contract signed by Ms. Bhutto's Government was with Cotecna, a Swiss concern, which later became an affiliate of Societe Generale de Surveillance, another Swiss company; S.G.S. was not the holder of the 1990 contract.*

Copyright 2012 The New York Times Company   Privacy Policy   Help   Contact Us   Work for Us   Site Map   Index by Keyword



# Authorities arrest Zardari's close confidante Dr Asim Hussain

**PPP condemns arrest as politically motivated; first detention of a major PPP figure in ongoing Karachi operation**

By Reuters

Published: August 26, 2015

23,681 SHARES

Share Tweet Email

**KARACHI: Authorities arrested a prominent opposition politician close to the former president, his party said on Wednesday, the first detention of a major Pakistan People's Party figure in an ongoing military-driven crackdown in the port city of Karachi.**

The party condemned the arrest of Dr Asim Hussain — a petroleum minister in the past PPP-led government and close friend of former President Asif Ali Zardari — as politically motivated.

A senior security official in Karachi confirmed that Hussain was being held but would not say under what charges. He spoke on condition of anonymity because he was not authorised to release the information.

Most of the hundreds of people targeted by paramilitary forces in recent months on accusations of political corruption and violence have belonged to the Muttahida Qaumi Movement (MQM), which dominates Karachi politics but plays a smaller role on the national stage.

Read: Dual nationality: Dr Asim Hussain resigns from Senate

The first high-profile arrest of a PPP figure raised new accusations that Pakistan's powerful military is seeking to strengthen its grip on the country's largest and wealthiest city and weaken civilian parties. "These policies will lead to chaos," said PPP lawmaker Khursheed Shah.

The paramilitary Sindh Rangers have in the past said the Karachi crackdown is necessary to break the cycle of violence and corruption in the teeming metropolis of 20 million people.

Karachi accounts for half of Pakistan's national revenues and hosts the stock exchange, central bank and two ports. It is also a hub of violence, often linked to political rivalry.

## "Authorities arrest Zardari's close confidante Dr

Share Tweet



COTIZACIÓN GRATIS DE SEGURO DE AUTO COMERCIAL ¡AHORA MISMO! (800) 634-9268

INFINITY.
Auto | Casa | Vida | Negocio

BREAKING ▶   ANI/GEO RESPONSE TO ALLEGATIONS

HEADLINES ▶   Germany friendly match called off over bomb threat

You Are Here: Home  »  PAKISTAN  »  Story detail

## PAKISTAN


COMMERCIAL AUTO INSURANCE
Free No-Hassle Quotes

**Geo.tv**

Last updated
6 hours ago

12°

HOME  |  LATEST  |  PAKISTAN  |  WORLD  |  BUSINESS  |  SPORT  |  ENTERTAINMENT  |  HEALTH



**RESULTS**

SOCIAL COUNTERS

 309720 FANS

 FOLLOWERS

 134,036 SUBSCRIBERS


"Mere paas maa hai."
BE REELISTIC. GEOFILMS.TV
STAY TUNED TO

**DUBAI: In its first official and detailed report on the high-profile interrogation of Asif Ali Zardari's right hand man Dr Asim Hussain since his arrest on August 26, the Sindh Rangers have come up with astonishing figures of corruption with hundreds of billions pocketed by Dr Asim and his bosses.**

The 12-page report, officially sent to the National Accountability Bureau (NAB) for further investigation and action, lists details of how the PPP leader took kickbacks from whom and in what amounts.

Officials said on Wednesday the NAB had already formed a Joint Investigation Team with Rangers to further probe these specific charges and the NAB Chairman Chaudhry Qamar Zaman had already received briefings from both the Rangers chief and the corps [com]mander Karachi to proceed further in the case.

[A copy] of the Rangers confidential report, available with The News, confirms almost all the [details] of astronomical loot and plunder that was so far heard only on the media and was [not con]firmed by any official investigating agency.

[The coveri]ng letter of the Rangers report, sent to the NAB on September 9, describes Dr [Asim Hu]ssain as "prima donna at the national level" who accrued "mighty illegal benefits [that m]agnified his financial stature and social standing equating him to be [untouch]able."

[Oth]er officials of the Sui Gas companies and Petroleum Ministry, who were also [arrested] and interrogated, gave explicit details of how Dr Asim had collected billions upon [billions in] kickbacks from companies, even those which were known friends of Asif Ali

[The pers]ons who were interrogated include Zuhair Siddiqui (ex-Managing Director SSGC), [ ] Varsi (Deputy MD SSGC), Amin Rajput (Chief Financial Officer SSGC), Fayyaz [Hussai]n (Sr GM SSGC) and Kamran Ehsan Nagi (GM SSGC).


Where will the residents of Moon Gardens Go?


Lahore Double Decker Tour Bus



LATEST EDITION
Latest Issue



Polio Campaign in Karachi

states: "Dr Asim has been found involved in various acts of corruption, corrupt and misuse of authority as public office holder... He is responsible for inflicting the tune of billions of rupees on the national exchequer...Huge amounts so ...ed were provided to his political masters, which were subsequently used in terror ...g and funding target killers."

The following are the specific cases mentioned in the Rangers report:

--- Dr Asim gave favours and illegal gas connections to KESC, which was owned by Abraaj Group with links to Asif Zardari and Faryal Talpur to the tune of Rs100 billion.

--- Zuhair Siddiqui admitted that he had paid Rs6-7 billion to Dr Asim collected after illegal gas connections were given to companies including KESC which was allowed to keep Rs62 billion in unpaid gas receivables.

--- He revealed, as per Page-10, para 3 of the Rangers report, that "Dr Asim directed him as MD SSGC to grant liberty to Omni Group of Anwar Majeed, a friend of Asif Zardari, to allow enhanced loads of gas to captive power plants and sugar mills of Asif Zardari through Omni Group, thereby causing loss of billions to the national exchequer."

--- Dr Asim allowed uninterrupted gas supply to selected textile mills of APTMA and captive power plants and collected Rs150 to 200 million per day as kickbacks.

-- Zuhair Siddiqui revealed that a Turkish global company paid US$40 to 50 million to Dr Asim for prequalification as an exporter of LNG gas. Siddiqui himself got $0.25 million as kickback.

--- Para 8 on Page 10 of the report reveals that Dr Asim received daily kickback of Rs2 billion from PSO, through Shah, a Deputy MD PSO, and Jaffery, a GM, whose brother is a close friend of Asif Zardari.

--- Dr Asim received Rs1 billion as kickback from Abbas and Khalid Steel Mills.

Dozens of similar details of what amounts were taken in land deals with Manzur Kaka, the building authority official who has escaped from Pakistan, PMDC issues and oil kickbacks, have also been revealed in the report.

These specific charges will now be investigated in detail by the JIT of Rangers and NAB and references will then be sent to the court.

The Rangers report also reveals that all banks in the country were ordered to submit the entire financial data of Dr Asim and other arrested persons while all of them were to be placed on the ECL so that they could not leave the country.

On September 11, 2015, two days after the Rangers report was received by the NAB, a letter was issued to form the JIT which has now been set up and has started its work.

The astounding figures quoted in the report over a period of 4 to 5 years would amount to hundreds of billions of rupees collected by Dr Asim and his associates for his bosses.

There is no mention in the report how these huge amounts were transferred overseas or whether this money was still in the Pakistani banks but all accounts have been seized.

This story first appeared in The News.

**Print this story**



17    48

Tweet   Like   Share

‹ Previous                                          Next ›

The New Age
Pos System

Not Your Average Point of
Sale Learn How Manhattan
Can Help Today!

FROM THE WEB          Sponsored Links

Top 15 Most Luxurious Yacht Clubs in
the World
YOLO Style

Islam: What's the Difference Between
Sunni and Shia?
Patheos

by Taboola

461 of 518

461B of 518

1   HUESTON HENNIGAN LLP
    John C. Hueston (164921; jhueston@hueston.com)
2   Alison Plessman (250631; aplessman@hueston.com)
    Jeff Wilkerson (284044; jwilkerson@hueston.com)
3   620 Newport Center Drive, Suite 1300
    Newport Beach, California 92660-6324
4   Telephone:   (949) 229-8640
    Facsimile:   (949) 775-0898
5
    STATE COMPENSATION INSURANCE FUND
6   Linda S. Platisha (195281; lsplatisha@scif.com)
    1750 E. Fourth St., 5th Floor
7   Santa Ana, CA 92705
    Telephone:   (714) 347-6130
8   Fax:         (714) 347-6145

9
    Attorneys for Plaintiff STATE COMPENSATION
10  INSURANCE FUND, a Public Enterprise Fund
    and Independent Agency of the State of California
11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                   SOUTHERN DIVISION

| | |
|---|---|
| 15  STATE COMPENSATION INSURANCE FUND, | Case No. 13-00956 AG (CWx) |
| 16  Plaintiff, | **THIRD AMENDED** |
| 17       v. | **COMPLAINT OF PLAINTIFF STATE COMPENSATION INSURANCE FUND FOR:** |
| 18  MICHAEL D. DROBOT, SR., an individual; MICHAEL R. DROBOT, JR., an individual; | |
| 19  FAUSTINO BERNADETT, an individual; HEALTHSMART PACIFIC INC., a | **(1)   18 U.S.C. § 1962(c) (CIVIL RICO);** |
| 20  California corporation; HEALTHSMART PACIFIC INC. d/b/a PACIFIC HOSPITAL | |
| 21  OF LONG BEACH, a California corporation; LONG BEACH PAIN CENTER MEDICAL | **(2)   18 U.S.C. § 1962(d) (CIVIL RICO CONSPIRACY);** |
| 22  CLINIC, INC., a California corporation; INTERNATIONAL IMPLANTS, LLC, a | **(3)   FRAUD; AND** |
| 23  California limited liability company; PACIFIC SPECIALTY PHYSICIAN | |
| 24  MANAGEMENT, INC., a California corporation; INDUSTRIAL PHARMACY | **(4)   UNFAIR COMPETITION (Bus. & Prof. Code § 17200)** |
| 25  MANAGEMENT LLC, a California limited liability company; CALIFORNIA | |
| 26  PHARMACY MANAGEMENT LLC, a California limited liability company; | |
| 27  COASTAL EXPRESS PHARMACY, INC., a California corporation; LONG BEACH | **[JURY TRIAL DEMANDED]** |
| 28  PRESCRIPTION PHARMACY, a California corporation; MEDS MANAGEMENT GROUP, LLC, a California limited liability | |

1   company; DANIEL CAPEN, and individual;
    SOUTHWESTERN ORTHOPEDIC
2   MEDICAL CORP. D/B/A/ DOWNEY
    ORTHOPEDIC MEDICAL GROUP, a
3   California corporation; SOUTHWESTERN
    ORTHOPEDIC MEDICAL CORP, D/B/A
4   CHANNEL ISLANDS ORTHOPEDIC, a
    California corporation; DANIEL CAPEN
5   MD, A PROFESSIONAL CORPORATION,
    a California corporation; WESTLAKE
6   SURGICAL MEDICAL ASSOCIATES,
    INC., a California Corporation; JOHN
7   LARSEN, an individual; JOHN LARSEN,
    MD, A PROFESSIONAL CORPORATION,
8   a California Corporation; ANDREW
    JARMINSKI, an individual; INLAND
9   INCARE MEDICAL ASSOCIATES, INC., a
    California corporation; INLAND INCARE
10  OF SAN BERNARDINO MEDICAL
    GROUP, INC., a California corporation; ARJ
11  MEDICAL, INC., a California corporation;
    JEFFREY CATANZARITE, an individual;
12  CENTER FOR BETTER HEALTH, A
    MEDICAL GROUP, INC., D/B/A
13  SOUTHLAND SPINE AND
    REHABILITATION, a California
14  corporation; KHALID B. AHMED, an
    individual; KHALID BASHIR AHMED,
15  M.D., A PROFESSIONAL CORPORATION,
    a California corporation; AHMED POMONA
16  MEDICAL GROUP, INC., a California
    corporation; JACK H. AKMAKJIAN, an
17  individual; JACK H. AKMAKJIAN, M.D.
    INC., a California corporation; GERALD
18  ALEXANDER, an individual; GERALD J.
    ALEXANDER, ORTHOPAEDIC
19  SURGERY, INC., A MEDICAL
    CORPORATION, a California corporation;
20  NEWPORT COAST SPINE, INC., a
    California corporation; IAN ARMSTRONG,
21  an individual; IAN I.T. ARMSTRONG,
    M.D., INC., a California corporation;
22  MICHAEL E. BARRI, an individual;
    JOJASO MANAGEMENT, INC. a California
23  corporation; TRISTAR MEDICAL GROUP,
    PROFESSIONAL CORP., a California
24  corporation; MITCHELL G. COHEN, an
    individual; MITCHELL G. COHEN, M.D.,
25  INC., a California corporation; THOMAS
    HAIDER, an individual; HAIDER SPINE
26  CENTER MEDICAL GROUP, INC., a
    California corporation; SALMA JASON
27  MONICA, LP, a California limited
    partnership; CATALINO DUREZA, an
28  individual; CATALINO D. DUREZA, M.D.,
    INC.. a California corporation:

463 of 518

- 1 -

1  CALIFORNIA NEUROSURGICAL AND
   SPINE ASSOCIATES, A MEDICAL
2  CORPORATION, a California corporation;
   MAXIMUS MEDICAL GROUP, A
3  MEDICAL CORPORATION, a California
   corporation; TIMOTHY HUNT, an
4  individual; ALLIED MEDICAL GROUP,
   INC., a California corporation; ALAN C.
5  IVAR, an individual; GRIFFIN MEDICAL
   GROUP, INC., a California corporation;
6  SOUTH COAST REHABILITATION
   CENTER, INC., a California corporation;
7  EDWARD KOMBERG, an individual; TRI-
   COUNTY MEDICAL GROUP, INC., a
8  California corporation; TRI-CITY HEALTH
   GROUP, INC., a California corporation;
9  PHILIP A. SOBOL, an individual; SOBOL
   ORTHOPEDIC MEDICAL GROUP, INC., a
10 California corporation; RICHARD
   MULVANIA, an individual; RICHARD L.
11 MULVANIA, MD, INC., a California
   corporation; SERGE OBUKHOFF, an
12 individual; SERGE OBUKHOFF, MD,
   PROFESSIONAL CORPORATION, a
13 California corporation; DAVID PAYNE, an
   individual; DAVID H. PAYNE, M.D., INC.,
14 a California corporation; HAMID RAHMAN,
   an individual; RANDY ROSEN, an
15 individual; MOSAIC MEDICAL
   MANAGEMENT, a California corporation;
16 ISMAEL SILVA, an individual; STARBASE,
   INC., a California corporation;
17 HEALTHPOINTE MEDICAL GROUP,
   INC., a California corporation; ISRAEL
18 CHAMBI, an individual; RUSSELL
   NELSON, an individual; NELSON SPINE
19 INSTITUTE, INC., a California corporation
   LOKESH S. TANTUWAYA, an individual;
20 DR. LOKESH S. TANTUWAYA, M.D.,
   INC., a California corporation; JACOB
21 TAUBER, an individual; JACOB E.
   TAUBER, M.D., A PROFESSIONAL
22 CORPORATION, a California corporation;
   ASSAD MICHAEL MOHEIMANI, an
23 individual; COAST SPINE AND SPORTS
   MEDICAL CORPORATION, a California
24 corporation; JASON BERNARD, an
   individual; PROGRESSIVE ORTHOPEDIC
25 SOLUTIONS, LLC, a California corporation;

26          Defendants.

27

28
                        464 of 518

                         - 2 -
             Third Amended Complaint, Case No. 13-00956 AG (CWx)