1  Thomas E. Fraysse – SBN 104436
   Eric J. Danowitz – SBN 259334
2  Richard A. DiCorrado – SBN 119056
   Nathan D. Clark – SBN 256472
3  **KNOX RICKSEN LLP**
   One Kaiser Plaza, Suite 1101
4  Oakland, CA  94612-3601
   Telephone:     (510) 285-2500
5  Facsimile:     (510) 285-2505

6  Joseph W. Cotchett – SBN 36324
   Frank M. Pitre – SBN 100077
7  Ara Jabagchourian – SBN 205777
   **COTCHETT, PITRE & McCARTHY, LLP**
8  San Francisco Airport Office Center
   840 Malcolm Road
9  Burlingame, CA  94010
   Telephone:     (650) 697-6000
10 Facsimile:     (650) 692-3606

11

12 *Attorneys for Plaintiffs*

13        IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

14            IN AND FOR THE COUNTY OF LOS ANGELES

15

16 PEOPLE OF THE STATE OF CALIFORNIA,          Case No.       **BC 5 7 2 0 6 2**
   *ex rel.,*
17 LIBERTY MUTUAL INSURANCE
   CORPORATION;                                 **COMPLAINT FOR VIOLATION OF**
18 FIRST LIBERTY INSURANCE                       **CALIFORNIA INSURANCE FRAUDS**
   CORPORATION;                                 **PREVENTION ACT, VIOLATION OF**
19 WAUSAU UNDERWRITERS INSURANCE                 **THE CALIFORNIA UNFAIR**
   COMPANY;                                     **COMPETITION ACT; DEMAND FOR**
20 WAUSAU BUSINESS INSURANCE                     **JURY TRIAL**
   COMPANY;
21 LIBERTY MUTUAL FIRE INSURANCE
   COMPANY;                                     *FILED IN CAMERA AND UNDER SEAL*
22 EMPLOYERS INSURANCE OF WAUSAU;               *PURSUANT TO CAL. INS. CODE*
   LIBERTY NORTHWEST INSURANCE                  *§1871.7(e)(2)*
23 COPORATION;
   HELMSMAN MANAGEMENT SERVICES,
24 INC.;
   AMERICAN STATES INSURANCE
25 COMPANY OF TEXAS;
   FIRST NATIONAL INSURANCE
26 COMPANY OF AMERICA;
   SAFECO INSURANCE COMPANY OF
27 AMERICA;
   SAFECO INSURNCE COMPANY OF
28 ILLINOIS;

                              465 of 518
                                 - 1 -

CONFORMED COPY
ORIGINAL FILED
Superior Court Of California
County Of Los Angeles

FEB 0 9 2015

Sherri R. Carter, Executive Officer/Clerk
By: Judi Lara, Deputy

1  AMERICAN ECONOMY INSURANCE COMPANY;
2  PEERLESS INSURANCE COMPANY; PEERLESS INDEMNITY INSURANCE;
3  GENERAL INSURANCE COMPANY AMERICA;
4  HAWKEYE SECURITY INSURANCE; INDIANA INSURANCE COMPANY;
5  LIBERTY INSURANCE CORPORATION; LIBERTY MUTUAL INSURANCE COMPANY - CASUALTY;
6  MIDWESTERN INDEMNITY COMPANY;
7  THE NETHERLANDS INSURANCE COMPANY;
8  TOWER INSURANCE COMPANY; WAUSAU GENERAL INSURANCE COMPANY;
9  EVEREST NATIONAL INSURANCE COMPANY;
10  ZURICH AMERICAN INSURANCE COMPANY;
11  AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY;
12  AMERICAN ZURICH INSURANCE COMPANY;
13  ASSURANCE COMPANY OF AMERICA; NORTHERN INSURANCE COMPANY OF
14  NEW YORK;
15  UNIVERSAL UNDERWRITERS INSURANCE COMPANY;
16  ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS;
17  EMPLOYERS INSURANCE OF WAUSAU; AMERICAN STATES INSURANCE
18  COMPANY OF TEXAS; ECONCOMY INSURANCE COMPANY;
19  AMERICAN STATES INSURANCE COMPANY;
20  COLORADO CASUALTY INSURANCE COMPANY;
21  CONSOLIDATED INSURANCE COMPANY;
22  EXCELSIOR INSURANCE COMPANY; FARMERS INSURANCE EXCHANGE;
23  MID-CENTURY INSURANCE COMPANY; TRUCK INSURANCE EXCHANGE;
24  NEIGHBORHOOD SPIRIT PROPERTY & CASUALTY COMPANY;
25  CIVIC PROPERTY & CASUALTY COMPANY;
26  INSURANCE COMPANY OF THE WEST; EXPLORER INSURANCE COMPANY;
27  ALLSTATE INSURANCE COMPANY; ALLSTATE COUNTY MUTUAL INSURANCE COMPANY;
28  ALLSTATE FIRE AND CASUALTY

COMPLAINT FOR VIOLATION OF CALIFORNIA INSURANCE FRAUDS PREVENTION ACT, VIOLATION OF THE
CALIFORNIA UNFAIR COMPETITION ACT; DEMAND FOR JURY TRIAL

KNOX RICKSEN LLP
ATTORNEYS AT LAW
ONE KAISER PLAZA, SUITE 1150
OAKLAND, CA 94612-3031

1   INSURANCE COMPANY;
    ALLSTATE INDEMNITY COMPANY;
2   ALLSTATE PROPERTY AND CASUALTY
    INSURANCE COMPANY;
3   ENCOMPASS INSURANCE COMPANY;
    INTERINSURANCE EXCHANGE OF THE
4   AUTOMBILE CLUB OF SOUTHERN
    CALIFORNIA;
5   CALIFORNIA CONTRACTORS
    NETWORK;
6   CALIFORNIA RESTAURANT MUTUAL
    BENEFIT CORPORATION;
7   MERCURY INSURANCE COMPANY;
    MERCURY CASUALTY COMPANY;
8   CALIFORNIA AUTOMOBILE INSURANCE
    COMPANY,

9

10          Plaintiffs,

11  vs.

12  CPH HOSPITAL MANAGEMENT, LLC,
    doing business as Coast Plaza Hospital and/or
13  "Coast Plaza Hospital";
    OLYMPIA HEALTH CARE, LLC, doing
14  business as "Olympia Medical Center";        Michael Smith/Sam Bakshian/Mark Ganjianpour
    PARKVIEW COMMUNITY HOPSITAL
15  MEDICAL CENTER;
    HEALTHSMART PACIFIC , INC., doing
16  business as "Pacific Hospital of Long Beach";
    KND DEVELOPMENT 55, LLC, doing
17  business as "Rancho Specialty Hospital";
    RIVERSIDE HEALTHCARE SYSTEM, L.P.,
18  doing business as "Riverside Community
    Hospital";
19  HCA HOLDINGS, INC;        Hospital Corp of America - Michael Schneier???
    GARDENS REGIONAL HOSPITAL
20  MEDICAL CENTER, INC., doing business as
    "Tri-City Regional Medical Center";
21  ST. BERNADINE MEDICAL CENTER;
    VALLEY HEALTH SYSTEM, LLC, doing
22  business as "Centennial Hills Hospital Medical
    Center";
23  SUNRISE HOSPITAL AND MEDICAL
    CENTER, LLC, doing business as "Sunrise
24  Hospital and Medical Center";
    DIGNITY HEALTH, doing business as "St.
25  Rose Dominican Hospital -- San Martin
    Campus";
26  UMC OF SOUTHERN NEVADA;
    ABILENE REGIONAL MEDICAL CENTER;
27  HENDRICK MEDICAL CENTER;
    WHEATON FRANCISCAN HEALTHCARE
28  doing business as "St. Francis Hospital";

                    467 of 518
                      - 3 -

KNOX RICKSEN LLP
ATTORNEYS AT LAW
ONE PARKER PLAZA, SUITE 1325
OAKLAND, CA 94612-3565

| | |
|---|---|
| 1 | AURORA ST. LUKE'S MEDICAL CENTER; UNIVERSITY OF MARYLAND |
| 2 | BALTIMORE WASHINGTON MEDICAL CENTER; |
| 3 | KHALID AHMED, M.D.;   Compound Pharmacy Indictment JACK AKMAKJIAN, M.D.;   Southland Spine |
| 4 | DARREN BERGEY, M.D.; MITCHELL COHEN, M.D.; |
| 5 | RANDY DAVIS, M.D.; JASWINDER GROVER, M.D.; |
| 6 | EDWARD C. KOLPIN, M.D.; PAUL McDONOUGH, M.D.; |
| 7 | PATRICK McNULTY, M.D.; JUSTIN PAQUETTE, M.D.;  Marshak |
| 8 | DAVID A. PROBST, D.O.; JOHN JOSEPH REGAN, M.D.;   D.I.S.C. or Anaheim Memorial Hospital |
| 9 | ROGER W. SHORTZ, M.D.; GURVINDER "SUNNY" UPPAL, M.D.;   Riverside |
| 10 | CULLY R. WHITE, M.D.; SPINAL SOLUTIONS, LLC; |
| 11 | ORTHOPEDIC ALLIANCE, LLC; INTERNATIONAL IMPLANTS, LLC; |
| 12 | COMPREHENSIVE INTRA-OPERATIVE SERVICES, INC.; |
| 13 | LASER TECH; BLOSS, INC.; |
| 14 | CROWDER MACHINE & TOOL SHOP; MICHAEL D. DROBOT; |
| 15 | RANDOLPH TAYLOR; PAUL RANDALL;  Pacific Hospital |
| 16 | CHRISTINE HERNANDEZ; ROGER WILLIAMS; |
| 17 | MARY WILLIAMS; MICHAEL "MIC" McGRATH; |
| 18 | WILLIAM CROWDER; RYAN ZAVILENSKI; |
| 19 | TOM BOYLE; BEAU GREEN; |
| 20 | CHRIS HEID; RON O'NEAL; |
| 21 | DAVID TYSON; DOES 1-500 inclusive, |
| 22 | Defendants. |

- 4 -

COMPLAINT FOR VIOLATION OF CALIFORNIA INSURANCE FRAUDS PREVENTION ACT; VIOLATION OF THE CALIFORNIA UNFAIR COMPETITION ACT; DEMAND FOR JURY TRIAL

FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
ALEXANDRA A. HAMILTON (SBN 280834)
ahamilton@cpmlegal.com
ROBERT B. HUTCHINSON (SBN 45367)
rhutchinson@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

THOMAS E. FRAYSSE (SBN 104436)
tef@knoxricksen.com
ERIC J. DANOWITZ (SBN259334)
ejd@knoxricksen.com
MAISIE C. SOKOLOVE (SBN 239665)
mcs@knoxricksen.com
KNOX RICKSEN LLP
One Kaiser Plaza, Suite 1101
Oakland, CA 94612
Telephone: (510) 285-2500
Facsimile: (510) 285-2505

BRIAN S. KABATECK (SBN 152054)
bsk@kbklawyers.com
JOSEPH M. BARRETT (SBN 143974)
jmb@kbklawyers.com
LINA MELIDONIAN (SBN 245283)
lm@kbklawyers.com
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

*Attorneys for Plaintiff*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California

JUL 17 2014

Sherri R. Carter, Executive Officer/Clerk
By: Judi Lara, Deputy

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

MARY CAVALIERI, an individual,

Plaintiff,

vs.

HEALTHSMART PACIFIC, INC. d/b/a
PACIFIC HOSPITAL OF LONG
BEACH;
MICHAEL D. DROBOT;
GARDENS REGIONAL HOSPITAL
AND MEDICAL CENTER INC. d/b/a
TRI-CITY REGIONAL MEDICAL
CENTER;
RIVERSIDE COMMUNITY
HOSPITAL;
PARKVIEW COMMUNITY HOSPITAL
MEDICAL CENTER, INC.;
ST. BERNARDINE MEDICAL
CENTER;
SPINAL SOLUTIONS, LLC;
ORTHOPEDIC ALLIANCE, LLC;
ROGER WILLIAMS;
JEFFREY FIELDS;
MARY SISLER WILLIAMS;

Case No.: **BC 551813**

COMPLAINT FOR:

1.  Battery
2.  Fraud - Concealment
3.  Fraud – Intentional Misrepresentation
4.  Breach of Fiduciary Duty
5.  Strict Products Liability
6.  Breach of Express Warranty
7.  Breach of Implied Warranty
8.  Medical Monitoring
9.  Constructive Trust
10. Unjust Enrichment
11. Intentional Infliction of Emotional Distress
12. Negligent Infliction of Emotional Distress
13. Negligence

DEMAND FOR JURY TRIAL

COMPLAINT

1
COMPREHENSIVE INTRA-
OPERATIVE SYSTEMS, INC.;
2
MICHAEL "MIC" McGRATH,
individually and d/b/a
3
COMPREHENSIVE INTRA-
OPERATIVE SYSTEMS, INC.;
4
DAVID TYSON;
INTERNATIONAL IMPLANTS, LLC;
5
WILLIAM CROWDER, individually and
d/b/a CROWDER MACHINE & TOOL
6
SHOP;
CROWDER MACHINE & TOOL SHOP;
7
PAUL RANDALL;
JACK AKMAKJIAN, M.D., individually
8
and d/b/a AKMAKJIAN SPINE AND
GENERAL ORTHOPEDICS CENTER,
9
INC.;
G. SUNNY UPPAL, M.D.;
10
KHALID AHMED, M.D.; and
DOES 1 through 200,
11

12                    Defendants.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

EXHIBIT # 4.19

REAL VICTIMS OF
CONSPIRACY & FRAUD

1 .     Technology For Telecommunication & Multimedia , Inc.
        DBA TTM Inc.

2 .     SYED QAISAR MADAD , CEO & Owner of TTM Inc.


INVESTORS
_____

3 .     Sultanali Alidina
4 .     Pashi Ansari
5 .     Jackson L. Carneiro
6 .     Ahmed M. Chaudhry
7 .     Anam H. Chaudhry
8 .     M. Rashid Chaudhry
9 .     Saeed M. Chaudhry
10 .    Samina Hamidi
11 .    Zakia Hanafi
12 .    Abdul Rashid and Rabia J. Khan
13 .    Tariq and Atiya B. Khan
14 .    Ali S. Madad
15 .    Asma Madad
16 .    Shirin Madad
17 .    Syed S. and Saiyeda Sikandar Madad
18 .    Adeeba Malik
19 .    Pervaiz Malik
20 .    Shiraz A. Malik
21 .    Joshua Mansour
22 .    Khalifa Mansour and Susan Mansour Noor
23 .    Mohammad J. Memon
24 .    Nigar Mirza
25 .    Tanvir F. and Sara Mirza
26 .    Eric F. Paxman
27 .    Susan Larson Paxman
28 .    Tanveer and Asma Quddusi
29 .    Abdul Hai and Nusrat Ba Rajput
30 .    Azra Raza

## REAL VICTIMS OF
## CONSPIRACY & FRAUD

31 .        Sughra Raza

32 .        Syed Javed Raza

33 .        Syed Tasnim Raza

34 .        Mujtaba Sabahi

35 .        Syed Afzal Tabatabai

36 .        Lena Williams

37 .        Farhat Zubair


INVESTORS        ( Madad Family Accounts )

38 .        Syed Qaisar Madad & Meher F. Tabatabai

39 .        Faisal Rajput and Mahvish Z. Madad

40 .        Mahrukh Z. Madad

41 .        BAAJEES

42 .        Madad Family Trust

43 .        Employee Investment Account

44 .        Anwar Tabatabai

EXHIBIT # 4.20

INVESTMENT LOSSES
INVESTORS

| | | | | |
|---|---|---|---|---|
| 1. | ALDNA | Sultanali Alidina | $ | 1,500,000.00 |
| | SAB/ALDNA | Sab Alidina | $ | 50,000.00 |
| | SAL/ALDNA | Sal Alidina | $ | 50,000.00 |
| 2. | PA | Pashi Ansari | $ | 40,000.00 |
| 3. | LBC | Jackson L. Carneiro | $ | 25,000.00 |
| 4. | AMC/MRC | Ahmed M. Chaudhry | $ | 200,000.00 |
| 5. | AHC/MRC | Anam H. Chaudhry | $ | 150,000.00 |
| 6. | MRC/IHC | M. Rashid Chaudhry | $ | 600,000.00 |
| 7. | MSC | Saeed M. Chaudhry | $ | 78,000.00 |
| 8. | SH | Samina Hamidi | $ | 288,853.75 |
| 9. | Z.BAJJO | Zakia Hanafi | $ | 33,500.00 |
| 10. | ARK/RR | Abdul Rashid Khan/ Rabia J. Khan | $ | 105,000.00 |
| 11. | AK/TK | Tariq & Atiya B. Khan | $ | 959,326.64 |
| 12. | SAM | Ali S. Madad | $ | 400,000.00 |
| 13. | AZM | Asma Madad | $ | 250,000.00 |
| 14. | SZM | Shirin Madad | $ | 200,000.00 |
| 15. | SSM | Syed S. and Saiyeda Sikandar M. | $ | 300,000.00 |
| 16. | IM/PM | Adeeba S. Malik | $ | 50,000.00 |
| 17. | AM/PM | Pervaiz A . Malik | $ | 50,000.00 |
| 18. | SM/PM | Shiraz A. Malik | $ | 100,000.00 |
| 19. | J MNSR | Joshua Mansour | $ | 44,500.00 |
| 20. | KM/SM | Khalifa Mansour/ Susan Mansour | $ | 1,695,000.00 |
| 21. | MMN | Mohammd J. Memon | $ | 400,000.00 |
| 22. | NGRM | Nigar Mirza | $ | 50,000.00 |
| 23. | SARM/TM | Tanvir F. and Sara Mirza | $ | 50,000.00 |
| 24. | EFP | Erik Paxman | $ | 51,950.00 |
| 25. | SBF | Susan Larson Paxman | $ | 85,000.00 |
| 26. | TQ/AQ | Tanweer and Asma Quddusi | $ | 875,000.00 |
| 27. | AHR/NR | Abdul Hai & Nusrat Rajput | $ | 35,000.00 |
| 28. | AR | Azra Raza | $ | 1,715,250.00 |
| 29. | SR | Sughra Raza | $ | 943,345.00 |
| 30. | SJR | Syed Javed Raza | $ | 239,000.00 |
| 31. | TR | Syed Tasnim Raza | $ | 75,000.00 |
| 32. | FS/MS | Mojtaba Sabahi | $ | 190,000.00 |

INVESTMENT LOSSES
INVESTORS

| 33 . | AFT/GT | Syed Afzal Tabatabai | $ | 179,556.54 |
|------|--------|----------------------|----|-----------|
| 34 . | MIM | Leanna Williams | $ | 65,000.00 |
| 35 . | FZ | Farhat Zubair | $ | 100,000.00 |

|  |  | Sub-total | $ 12,223,281.93 |
|--|--|-----------|------------------|
|  |  | Adj. Sub-total   (Page:483) | $ 11,348,281.93 |

## INVESTMENT LOSSES
### INVESTORS – MADAD FAMILY

| | | | | |
|---|---|---|---|---|
| 38 . | SQM/MFT | Syed Qaisar Madad/ Meher F Tabatabai | $ | 2,173,996.15 |
| 39 . | FR/MZM | Faisal Rajput/ Mahvish Z. Madad | $ | 500,000.00 |
| 40 . | MZM | Mahrukh Z. Madad | $ | 1,050,000.00 |
| 41 . | EIA | Employees Investment Account | $ | 120,000.00 |
| 42 . | BAAJEES | MFT Nieces | $ | 40,000.00 |
| 43 . | MFTRST | Madad Family Trust | $ | 48,000.00 |
| 44 . | AT | Anwar Tabatabai | $ | 40,000.00 |
| | | Sub-total | $ | 3,991,996.15 |

## LOST PROFITS
## INVESTORS

| # | | Code | Name | | Amount |
|---|---|------|------|---|--------|
| 1 | . | ALDNA | Sultanali Alidina | $ | 525,110.87 |
| | | SAB/ALDNA | Sab Alidina | $ | 5,181.58 |
| | | SAL/ALDNA | Sal Alidina | $ | 5,181.58 |
| 2 | . | PA | Pashi Ansari | $ | 35,510.32 |
| 3 | . | LBC | Jackson L. Carneiro | $ | 1,445.86 |
| 4 | . | AMC/MRC | Ahmed M. Chaudhry | $ | 46,175.13 |
| 5 | . | AHC/MRC | Anam H. Chaudhry | $ | 35,706.29 |
| 6 | . | MRC/IHC | M. Rashid Chaudhry | $ | 107,228.02 |
| 7 | . | MSC | Saeed M. Chaudhry | $ | 10,842.61 |
| 8 | . | SH | Samina Hamidi | $ | 33,484.14 |
| 9 | . | Z.BAJJO | Zakia Hanafi | $ | 44,456.00 |
| 10 | . | ARK/RR | Abdul Rashid Khan/ Rabia J. Khan | $ | 99,695.39 |
| 11 | . | AK/TK | Tariq & Atiya Khan | $ | 733,607.23 |
| 12 | . | SAM | Ali S. Madad | $ | 724,856.92 |
| 13 | . | AZM | Asma Madad | $ | 449,806.61 |
| 14 | . | SZM | Shirin Madad | $ | 419,299.33 |
| 15 | . | SSM | Syed S. and Saiyeda Sikandar M. | $ | 120,094.03 |
| 16 | . | IM/PM | Adeeba S. Malik | $ | 13,112.37 |
| 17 | . | AM/PM | Pervaiz A. Malik | $ | 5,388.52 |
| 18 | . | SM/PM | Shiraz A. Malik | $ | 12,002.34 |
| 19 | . | J MNSR | Joshua Mansour | $ | 49,286.81 |
| 20 | . | KM/SM | Khalifa Mansour/ Susan Mansour | $ | 2,607,735.54 |
| 21 | . | MMN | Mohammad J. Memon | $ | 206,535.34 |
| 22 | . | NGRM | Nigar Mirza | $ | 8,440.90 |
| 23 | . | SARM/TM | Tanvir F. and Sara Mirza | $ | 3,163.34 |
| 24 | . | EFP | Erik Paxman | $ | 7,107.48 |
| 25 | . | SBF | Susan Larson Paxman | $ | 10,548.49 |
| 26 | . | TQ/AQ | Tanweer and Asma Quddusi | $ | 331,469.99 |
| 27 | . | AHR/NR | Abdul Hai & Nusrat Rajput | $ | 186,975.90 |
| 28 | . | AR | Azra Raza | $ | 5,403,793.26 |
| 29 | . | SR | Sughra Raza | $ | 834,591.07 |
| 30 | . | SJR | Syed Javed Raza | $ | 112,688.41 |
| 31 | . | TR | Syed Tasnim Raza | $ | 1,214,948.18 |
| 32 | . | FS/MS | Mojtaba Sabahi | $ | 37,393.37 |

LOST PROFITS
INVESTORS

| | | | | |
|---|---|---|---|---|
| 33 . | AFT/GT | Syed Afzal Tabatabai | $ | 12,125.72 |
| 34 . | MIM | Leanna Williams | $ | 20,570.28 |
| 35 . | FZ | Farhat Zubair | $ | 46,143.40 |
| | | Sub-total | $ | 14,521,802.62 |

LOST PROFITS

INVESTORS - MADAD FAMILY

| | | | | |
|---|---|---|---|---|
| 38 . | SQM/MFT | Syed Qaisar Madad/ Meher F Tabatabai | $ | 6,080,045.25 |
| 39 . | FR/MZM | Faisal Rajput/ Mahvish Z. Madad | $ | 567,120.19 |
| 40 . | MZM | Mahrukh Z. Madad | $ | 1,049,598.05 |
| 41 . | EIA | Employees Investment Account | $ | 107,981.43 |
| 42 . | BAAJEES | MFT Nieces | $ | 59,984.68 |
| 43 . | MFTRST | Madad Family Trust | $ | 63,326.99 |
| 44 . | AT | Anwar Tabatabai | $ | 12,562.63 |

Sub-total $ 7,940,622.22

INVESTMENTS BY

CONSPIRATORS, CO-CONSPIRATORS
AND COLLABORATORS

| | | | | |
|---|---|---|---|---|
| 1 | . | KBA/PBA | Khalid B. Ahmed/ Parveen N Ahmed | $ 4,855,300.00 |
| | | OBA | Osman B. Ahmed | $ 115,000.00 |
| | | SBA | Safan B. Ahmed | $ 131,500.00 |
| 2 | . | AO/RO | Akbar Omar & Rukhsana Omar included Shazad Omar | $ 9,125,435.90 |
| 3 | . | | Salahuddin Khan | None |
| 4 | . | ADL | Adil Khan | $ 23,700.00 |
| 5 | . | AD | Ashvin Domadia | $ 100,000.00 |
| 6 | . | SAK | Shaun A. Khan | $ 80,000.00 |
| 7 | . | | Faraaz Hashemi | None |
| 8 | . | NZK/IAK | Zubaida Noor Khan/ Iftekhar Khan | $ 600,000.00 |
| | | AMK#1 | Amir Khan | $ 15,000.00 |
| | | AMK#2 | Amir Khan | $ 5,000.00 |
| | | NZK/AMR | Adil Khan | $ 45,000.00 |
| 9 | . | IA/AA | Syed Imran Ali/Aliya Ali | $ 485,000.00 |
| 10 | . | BW/SW | Bashir Waraich | $ 290,000.00 |
| | | SLMW | Saleema Waraich | $ 100,000.00 |
| | | SRWW | Sarwat Waraich | $ 100,000.00 |
| 11 | . | GK | Ghazala Khan | $ 100,000.00 |
| 12 | . | TAK | Tehmina Khan | $ 250,000.00 |
| 13 | . | ASFM | Asif Mahmood Chaudhry | $ 100,000.00 |
| 14 | . | | Sohail Siddiqi | None |
| 15 | . | MBA/ABA | Majid B Ahmed/Ambreen Ahmed | $ 7,036,630.00 |
| 16 | . | SBA1/SKA | Sajid B Ahmed | $ 50,000.00 |
| 17 | . | KN/JK | Khalid Nur/ Jemma Ko | $ 17,600.63 |
| | | SIMA/N | Sima Nur | $ 0.00 |
| | | SDIA/N | Sadia Nur | $ 89,705.39 |
| | | FRIA/N | Far*a Nur | $ 63,500.00 |
| | | ASHA/N | Aisha Nur | $ 56,000.00 |
| 18 | . | | Obaid Jatoi | None |
| 19 | . | KS/ES | Khalid Sheikh | $ 90,000.00 |
| 20 | . | HNTMN | Arif Z. Mansuri | $ 275,000.00 |
| 21 | . | | Shahin Iqbal/ Mehar Iqbal | None |
| | | MNI | Moni Iqbal | $ 50,000.00 |
| | | SI/SI | Sam Iqbal | $ 80,000.00 |

INVESTMENT BY
CONSPIRATORS , CO-CONSPIRATORS
AND COLLABORATORS

| | | | |
|---|---|---|---|
| 22 . | Gazala Adaya | None | |
| COMO | COMO Investments | $ | 50,000.00 |
| RYD | Riad Adaya | $ | 50,000.00 |
| SOPS,LLA,ZAN | Laila, Zain, Sophia | $ | 90,000.00 |

Total                      $ 24,519,371.92
( From Monthly Report )

Total Restitution Amount    =  $ 31,945,064.47

Less Investments belonging  = ($ 11,348,281.93)
35 other investors

Estimated Correct           =  $ 20,596,782,54
figure for
Conspirators

482 of 518

RESTITUTION CARRIED OUT **
( From May 12, 2011 - Sept 30, 2011 )

| | | | | | |
|---|---|---|---|---|---|
| 1. | KS/ES | Khalid Sheikh | $ 40,000.00 | From May 12, 2011 to Sept 30, 2011. |
| 2. | NZK/IAK NZK/AMR | Zubaida N. Khan/ Iftekhar Khan | $ 30,000.00 | 08/15/2011 |
| 3. | KM/SM | Khalifa Mansour/ Susan Mansour | $ 750,000.00 | 07/22/2011 |
| 4. | AR | Azra Raza | $ 80,000.00 | From May 12, 2011 to Sept 30, 2011. |
| 5. | ARK/RR | Abdul Rashid Khan/ Rabia J. Khan | $ 25,000.00 | 07/25/2011 |
| 6. | PSONG | Peter Song | $ 2,669.65 | Before 05/12/2011 |
| 7. | MIM | Leanna Willams | $ 20,000.00 | From May 12, 2011 to Sept 30, 2011. |
| 8. | COMO | Gazala Adaya | $ 50,000.00 | From May 12, 2011 to Sept 30, 2011 |
| | | Total | $ 997,669.65 | |

**  No access to needed records to prepare an accurate figure.
This tabulation has been put together from notes & to the best
of my recollection.

Actual voluntary Restitution carried out Approx. $ 1.1 Million.

A 2- Years Restitution Plan to return all Investors Funds ,
is on my personal computers & records in the custody of the
Federal Bureau of Investigation since 10/30/2012. This plan
was to be implemented, if $ 80 Million UBS A/C not found. This
account is believed to be in the custody of one of the main
conspirator Akbar Omar, the most frequent visitor to my Office/
Library from Sept, 2007 - Feb, 2010.

The 2- Year Restitution Plan was abandoned in December, 2011 as
2nd main conspirator Khalid B. Ahmed, whom I always considered
my best friend, valued his advice, trusted & consulted him on all
business matters, stategy & operation/management of the Investment
Pool first had me sign over my share of the ownership of the
Hedge Fund Pebble LLC & Golden Rock,LLP in July/Aug, 2011 and took
complete control on Dec 13, 2011. 20 Stock Portfolio picked in
Oct, 2011 still exist under User ID: TTMMASTER ,on my PCs.
as a part of the Plan.

FINANCIAL INJURY TO INVESTORS
CAUSED BY THE CONSPIRATORS
DUE TO THE SHUTDOWN OF THE INVESTMENT POOL

( LOST PROFIT OPPORTUNITY COST )

1 .   Investment Pool shutdown since March 28, 2011.

2 .   Major Market indexes i.e. DOW JONES AVG., NASDAQ COMPOSITE
and S&P 500 have increased about or over 100 % since then.

3 .   20 Portfolios of Stocks selected from Sept 27, 2011 –
Oct 25, 2011, which are saved under USER ID: TTMMASTER
on my PCs under YAHOO-FINANCE had doubled or more
(increased 100 % or more ) by Sept, 2013 , prior
to my self surrender on Sept 16, 2013 to start serving my
sentence , outperforming all major market indexes.

These Portfolio of 100 Best Performing Stocks each, were
selected using the pirated TTM's SQL Base, proprietary
stock screening & selection, trading ,and investment
Software.

My two (2) PCs & SONY Notebook Computers are in the
custody of Federal Bureau of Investigation since
Oct 30, 2012. This information can be verified from
the stored & preserved evidence on computers.

| | |
|---|---|
| Investment Losses of 35 Investors estimated based upon Judgement & Probation Committment order issued on 09/10/2013 by the US District Court of Central District of California ( Refer to pages :        ) | $ 11,348,281.93 |
| Lost Profits of 35 Investors based upon the March 31, 2011 Monthly Report ( If UBS A/C did not exist then      ) ( investors Akbar Omar, Zubaida N. Khan) ( Arif Mansuri, Sajjid B Ahmed & Abdul ) ( Rashid Khan would have never invested) ( & stopped coming to observe & trade ) ( as my trading computer screen was in ) ( their clear view during Market Hours) | $ 14,521,802.62 |
| Total | $ 25,870,084.55 |
| LOST PROFIT OPPORTUNITY @ 127% | $ 32,855,006.00 |

FINANCIAL INJURY TO MADAD FAMILY
CAUSED BY THE CONSPIRATORS
DUE TO THE SHUTDOWN OF THE INVESTMENT POOL
_____

( LOST PROFIT OPPORTUNITY COST )

1 .  Investment Pool shutdown since March 28, 2011.

2 .  Major Market Indexes i.e. DOW JONES AVG., NASDAQ COMPOSITE
     and S&P 500 have increased about or over 100 % since then.

3 .  20 Portfolios of Stocks selected from Sept 27, 2011 -
     Oct 25, 2011, which are saved under USER ID: TTMMASTER
     on my PCs under YAHOO-FINANCE had doubled or more
     (increased 100 % or more ) by Sept, 2013, prior
     to my self surrender on Sept 16, 2013 to start serving my
     sentence, outperforming all major market indexes.

     These Portfolios of 100 Best Performing Stocks each, were
     selected using the TTM's SQL Base, proprietary , stock
     screening & selection, trading, and investment Software,
     which has been pirated.

     My two (2) PCs & SONY Notebook Computers are in the
     custody of Federal Bureau of Investigation since
     Oct 30, 2012. This information can be verified from
     the stored & preserved evidence on computers.

     Invest Losses of Madad Family based          $  3,991,996.15
     upon the March 31, 2011 Monthly Report
     including transactions with Khalid B.
     Ahmed which were covered-up & withheld
     from disclosureby Conspirators.
     ( Refer to pages :        )

     Lost Profits of Madad Family based           $  7,940,622.22
     upon the March 31, 2011 Monthly Report
     including transactions with Akbar Omar &
     Khalid B. Ahmed which were covered-up
     & withheld from disclosure by Conspirators.
     ( If UBS A/C did not exist then     )
     ( investors Akbar Omar, Zubaida N. Khan )
     ( Arif Mansuri, Sajjid B Ahmed & Abdul )
     ( Rashid Khan would have never invested )
     ( & stopped coming to observe & trade )
     ( as my trading computer screen was in )
     ( their clear view during Market Hours.)

                         Total          $ 11,932,618.37

LOST PROFIT OPPORTUNITY @ 127%        $ 15,154,424.00

                      485 of 518

FINANCIAL INJURY SUSTAINED DUE TO PIRACY OF ITS INTELLECTUAL PROPERTY
ESTIMATED MARKET VALUE OF SQL BASE
TTM'S PROPRIETARY SOFTWARE

THIS SOFTWARE HAD WIDE APPLICATION FOR THE ENTIRE
FINANCIAL INDUSTRY I.E. INVESTMENT BANKING, HEDGE
FUNDS, AND RETAIL INVESTORS WORLDWIDE – AN OVER
$ 100 TRILLION MARKET. IT WAS ADOPTABLE TO
POLYNOMIAL EQUATION BASED CHAIN & MATHEMATICAL
PROGRAMMING I.E. STOACHASTIC OR DETERMINISTIC
MODELS FOR CREATING MULTI-MILLION OR MULTI-
BILLION INVESTMENT PORTFOLIOS.

FOR THE PURPOSE OF THIS SUBMISSION ,A VALUATION
BASED UPON 2011 MARKET & INDUSTRY STATISTICS FOR
THE RETAIL INVESTORS SEGMENT OF THE INDUSTRY
ONLY, HAS BEEN USED BASED UPON 10 YEARS ,
DISCOUNTED CASHFLOW METHOD (DCF). HOWEVER, IT IS
RECOGNISED, THAT AN INDEPENDENT EXPERT VALUATION
WILL HAVE TO BE CARRIED OUT TO ESTABLISH ITS
MARKET VALUE & POTENTIAL , AND FINANCIAL LOSS
SUFFERED BY TTM INC DUE TO PIRACY & DESTRUCTION
OF THIS INTELLECTUAL PROPERTY.

Retail Investors in the US     = 17 Million
Retail Investors  Worldwide    = 30 Million

Size of the US Hedge Fund Industry = $ 2 Trillion
US Stock Market Capitalization     = $55 Trillion

Charles Schwab Trade Fee for   = $ 6.95/Buy or Sell
Active Traders                 = $ 13.90/ Buy & Sell

For Retail Traders             = $ 29.90/Buy & Sell

1 % Market Share of just the Retail Investors at 2%,
5 %, and 10 % Discount Factors & $ 25.00/Month Flat
Fee would value the Software as follows:

5 Years, 2 % DCF Method        = $ 425 Million
10 Years,2 % DCF Method        = $ 800 Million
15 Years,2 % DCF Method        = $ 1,150 Million
20 Years,2 % DCF Method        = $ 1,450 Million

5 Years ,5 % DCF Method        = $ 405 Million
10 Years,5 % DCF Method        = $ 700 Million
15 Years,5 % DCF Method        = $ 875 Million
20 Years,5 % DCF Method        = $ 925 Million

5 Years ,10% DCF Method        = $ 360 Million
10 Years,10% DCF Method        = $ 495 Million
15 Years,10% DCF Method        = $ 495 Million
20 Years,10% DCF Method        = $ 495 Million

FINANCIAL INJURY SUSTAINED DUE TO PIRACY OF ITS INTELLECTUAL PROPERTY
ESTIMATED MARKET VALUE OF ITS SQL BASE
TTM'S PROPRIETARY SOFTWARE

% DCF represents loss of value of money over time due to inflation. The US annual inflation rate runs below 5% generally. A lower rate of inflation, and DCF calculated over a longer period of time will further raise the valuation . The TTM's Business Development & Execution Plan was developed for longrange i.e over 20 years plus period. The above valuation puts the value of TTM's SQL Base, Stock Selection & Screening, Trading & Investment Software value between $ 360 ~ $ 1,450 Million range.

For this submission the lowest value of $ 360 Million has been used.

FINANCIAL INJURY SUSTAINED BY TTM
DUE TO LOSS, THEFT, PIRACY
AND ACQUISITION OF ITS
SECRET AND CONFIDENTIAL
BUSINESS DEVELOPMENT & EXECUTION PLAN BY DECEIT & FRAUD

TTM'S BUSINESS DEVELOPMENT & EXECUTION PLAN COMPRISED OF SEVERAL
THOUSAND PAGES & SEVERAL HUNDRED MEGA-BYTES OF DATA, RECORDS
REPORTS & STUDIES ON ITS SERVER AND HARD COPY REPORTS & ANALYSIS
MAINTAINED ON A 3' x 5' BOOKSHELF/ WALL UNIT IN STAFF WORK AREA/
GREEN GARAGE.

AFTER THE SHUTDOWN OF TTM INC ON MARCH 28, 2011, THE FOLLOWING
STAFF MEMBERS STILL HAD ACCESS TO MY OFFICE/LIBRARY AND OTHER
WORK AREAS, RECORDS & EQUIPMENT:

1 . Ashvin Domadia
2 . Arnold Benjamin
3 . Salahuddin Khan , and
4 . Adil Khan

SOME OF THE KEY ELEMENTS OF THE BUSINESS DEVELOPMENT & EXECUTION
PLAN IN HARD COPY FORM WERE:

a ) A 100+ PAGE REPORT ON MAJOR WORLD STOCK MARKETS & ECONOMIES
    STUDY BY SUMMER STUDENTS   Joshua Mansour & Shaun Mansour
    employed by TTM.

b ) A GUIDE : HOW TO USE & ACCESS TTM'S PROPRIETARY SQL BASE
    STOCK SELECTION, TRADING & INVESTMENT SOFTWARE PREPARED BY
    Arnold Benjamin.

c ) SECTOR BY SECTOR, REPORTS, TECHNICAL ANALYSIS & STUDIES
    BY TTM ANALYSTS TO OCTOBER, 2010.

d ) A FINAL BLUE PRINT/ ROAD MAP HOW THE BUSINESS PLAN WILL BE
    IMPLEMENTED, INCLUDING STRATEGY,PLANS, 20- YEARS CASHFLOW
    & GROWTH PROJECTIONS, ORGANISATION STRUCTURE, STAFF
    CERTIFICATION & REGULATORY COMPLIANCE ETC.,

    KHALID B. AHMED , WHO HAD KEEN INTEREST IN THE START-UP OF
    & OWNING OF A HEDGE FUND ACQUIRED A COPY OF THE FINAL PLAN
    ON OR ABOUT FEBRUARY 16, 2011 . WITH INTRIGUES & PLOYS
    INVOLVING HIS FAMILY MEMBERS, MANUEVERED TO GAIN 100 %
    OWNERSHIP & CONTROL OF THE HEDGE FUND BETWEEN JULY- 2011
    TO DECEMBER - 2011, WITH ALL OF THE 4 ABOVE MENTIONED
    EX-TTM EMPLOYEES WORKING FOR HIM.

2011 MARKET & INDUSTRY STATISTICS VALUED THE US HEDGE FUND SECTOR
MARKET CAPITALLIZATION                = $ 2 TRILLION
US STOCK MARKET CAPITALLIZATION       = $ 55 TRILLION

FINANCIAL INJURY SUSTAINED BY TTM
DUE TO LOSS, THEFT, PIRACY
AND ACQUISITION OF ITS
SECRET AND CONFIDENTIAL
BUSINESS DEVELOPMENT & EXECUTION PLAN BY DECEIPT & FRAUD

WITH MAJOR EUROPEAN ECONOMIES OF GERMANY, FRANCE,UK, AND ITALY
STRUGGLING FROM 2011- 2015 BECAUSE OF FINANCIAL CRISIS OF GREECE
SPAIN, PORTUGAL,ITALY, AND IRELAND, 2ND & 3RD LARGEST ECONOMIES
OF THE WORLD CHINA & JAPAN SLOWED DOWN OR SLUGGISH, THE US ECONOMY
AND ITS MAJOR STOCK MARKETS HAS GROWN STEADILY. THE DOW JONES
INDUSTRIAL AVERAGE HAS TOPPED OVER 18,000 FIGURE AFTER SINKING
AS LOW AS 6,900 IN 2008. BOTH THE NASDAQ & S&P 500 INDEXES
ARE IN ALL TIME RECORD TERRITORIES.

HEDGE FUND MARKET CAPITALLIZATION HAS MORE THAN DOUBLED
TO                                        ÷        $ 4 TRILLION
US STOCK MARKET CAPITALLIZATION ALSO DOUBLED TO
OVER                                      =        $ 100 TRILLION

THE FINANCIAL SETBACK & INJURY SUFFERED BY TTM BY NOT BEING ABLE
TO PURSUE ITS BUSINESS DEVELOPMENT & EXECUTION PLAN , AND LOSS,
THEFT, PIRACY AND ACQUISITION OF ITS SECRET & CONFIDENTIAL PLAN
AMOUNTS TO HUNDREDS OF MILLIONS & BILLIONS DOLLARS IN BUSINESS
AND PROFIT OPPORTUNITY AS DEMONSTRATED BELOW.

TTM'S BUSINESS PLAN WAS BACKED BY ITS SQL BASE, STOCK SELECTION,
TRADING & INVESTMENT SOFTWARE WHICH OUTPERFORMED ALL MAJOR
MARKET INDEXES FROM BY A WIDE MARGIN TO AUG, 2013 UNTIL I COULD
NOT TRACK ITS PERFORMANCE DUE TO MY INCARCERATION. ON THE PERFORMANCE
BASIS ITS 20 SELECTED PORTFOLIOS SEPT-OCT, 2011 WOULD RANK
AMONG TOP 5% BEST PERFORMING HEDGE FUNDS. THESE PORTFOLIOS EXIST
ON TTM'S PCs UNDER USER ID: TTMMASTER , UNDER YAHOO- BUSINESS
MY 2 PCs & SONY NOTEBOOK COMPUTER IS IN CUSTODY OF THE FBI
SINCE OCTOBER 30, 2012:

           1 % of HEDGE FUND SECTOR MARKET SHARE      = $ 40 BILLION
           1/2 % OF HEDGE FUND SECTOR MARKET SHARE    = $ 20 BILLION
           1/4 % OF HEDGE FUND SECTOR MARKET SHARE    = $ 10 BILLION

           1/10th OF HEDGE FUND SECTOR MARKET SHARE   = $ 4  BILLION
           1/20th OF HEDGE FUND SECTOR MARKET SHARE   = $ 2  BILLION

           1/80th % OF HEDGE FUND SECTOR MARKET SHARE = $ 500 MILLION

IT IS RECOGNISED THAT AN EXPERT EVALUATION WILL BE REQUIRED
TO DETERMINE A FINANCIAL LOSS SUFFERED BY TTM. FOR THIS SUBMISSION
THE LOWEST FIGURE OF $ 500 MILLION IS USED.

SUMMARY
## INVESTMENTS BY CONSPIRATORS & CO-CONSPIRATORS AND LOSSES & FINANCIAL INJURY CAUSED BY THEM ON TTM INC, INVESTORS & MADAD FAMILY

INVESTMENTS BY Conspirators &
Co-Conspirators & Collaborators          $ 20,596,785.54


PIRACY of TTM's Proprietary              $360,000,000.00
SQL Base Stock Selection ,
Trading, & Investment Software

( Independent, 3rd party evaluation)
( required. estimated range        )
( $ 360 - $ 700 Million )
( @ 5 & 10% DCF - 10 Years Period  )

( $ 360 - $ 1,450 Million )
( @ 2 - 10% DCF - 20 Years Period )


Business Development & Execution         $500,000,000.00
Plan Acquisition by Deceit & Fraud

( Independent, 3rd party evaluation)
( required. estimated range        )
( $ 500 Million - $ 4 Billion      )
( 1/80th of 1% - 1/10th of 1%      )


Madad Family Losses                      $ 11,932,618.37
Lost Profit Opportunity                  $ 15,154,424.00

Losses - 35 Investors                    $ 25,870,084.55
Lost Profit Opportunity                  $ 32,855,006.00

TTM's Capital Losses                     $ 21,088,502.26
Lost Profit Opportunity                  $ 26,799,365.00


Losses & Financial Injury to TTM,        $993,700,000.18
Madad Family &  35 Investors

EXHIBIT # 4.21

( This is Exhibit P of Declaration of AUSA Ranee Katzenstein )
( filed on 06/14/2013 for Sentencing Hearing.                )
( These pages were part of the Records & Documents sent       )
( directly to the US Attorney's Office & the FBI on           )
( July 17, 2012 , excercising my right as a citizen to seek   )
( redress of my grievance from the government under the       )
( Constitution as my property & assets were being forfeited   )
( based upon lies, misrepresentation, cover-up & withholding  )
( of material facts & information by 23 Conspirators &        )
( Grand Jury investigation was in progress , and my Attorneys )
( Mark Werksman's Law firm was failing to bring matters to    )
( the attention US Department of Justice & financial ability  )
( to defend myself had been seriously compromised. I was not  )
( indicted at the time & but still the forfeiture of my assets)
( had commenced & their was one family was behind the         )
( disinformation compaign , assisted by 22 other conspirators)
( who had even stolen records & documents on 06/15/2011       )
( burglary/ break-in of my house, to deprive me of evidence   )
( to defend myself.                                           )

490 of 518

# EXHIBIT P

10. Tips from family members/siblings of the Plaintiff/Suspect reveal that they have offshore account with UBS, where recent transactions have occurred with the Bank of the West, and that could be the monies from the missing investment pool.

11. Real estate transactions are being done with contract/sale price manipulations that involve the Plaintiff's family members.

12. That the Plaintiff, Plaintiff's wife Rukhsana Omar and son Shazad Omar each have more than one Social Security Number.
The Plaintiff and his wife each possess multiple aliases/names/identities.

13. That the Plaintiff has avoided seizure of his assets after filing for Bankruptcy in the past by transferring money or assets overseas or to friends.

14. That the Plaintiff has forged signatures of his brother in law, Andy Merchant, on some documents.

15. While the Plaintiff has represented to the court that he has no problems with IRS/taxes, the documents obtained on East LakeVilla Apt., LLC, reveal that this business has not filed tax returns for years 2008 through 2010.

15. While the Plaintiff has testified under oath that he has been married since 1979 to Rukhsana Omar, his wife Rukhsana Omar has indicated on 2 separate county records that she is an unmarried woman.

Since the beginning of litigation, the victim has learned that UBS would have sent by mail, at the time of opening the account in Dec. 2007, an access card with card-reader for the purposes of making transfers in the UBS account (which had never been necessary to the Defendant/Victim until May, 2011). The UBS account can be accessed online, but no transfers or movement of money could occur without the access card and card reader. The Defendant/Victim was never aware that he was to receive such a package and never had any such card or card reader in his possession. The Defendant/Victim strongly suspects that the package may have been stolen from his possession if it ever arrived. Another possibility is that the Plaintiff/Suspect stole the Defendant/Victim's identity by obtaining the Defendant/Victim's identifying information/SSN through the bank application and signature card which were never submitted to Bank of the West, and used the Defendant/Victim's identity to re-route/re-direct mail to a different address.

Direct communication with the UBS and through our Attorney Manuela Robutti Croce in Geneva has not produced any results. On April 25, 2011 the Victim/Defendant printed a statement from the UBS Account website for positive proof of identity to request records from UBS in Geneva. The answer from UBS is that the statement does not appear to be authentic. If that is the case, whatever happened to the UBS accounts & who is controlling them? If not the actual UBS website, what site was the Defendant/Victim being redirected to when under the impression that he was trading the UBS account?

The Defendant/Victim believes that he may have been a victim of Internet crimes/identity theft such as Phishing or Pharming, and became an easy target due to the easy access to online log-

491 of 518

ins/passwords in unlocked drawers in the home office which he regularly left unattended (and where the Plaintiff/Suspect would frequently sit when the Defendant/Victim was not at home). The Defendant/Victim experienced multiple breaches of his personal e-mail accounts throughout 2005, and in 2007 witnessed his computer being remotely accessed and controlled after stepping away from the monitor for a few moments.

Coupled with the personal identifying information given on the completed bank application/signature card that the Defendant/Victim passed on to the Plaintiff/Suspect, the Plaintiff/Suspect had all of the identifying credentials he would have needed to gain control of the UBS Account and essentially lock the Defendant/Victim out.

Additionally, since the litigation began, there has been a break-in at the Defendant/Victim's residence, which is on-file with the local Diamond Bar Police Department. No valuable household items were taken, but financial records/computer hard drives are missing. The Defendant/Victim called a locksmith to assess the situation, and the locksmith produced a report indicating that the locks on both the front and back doors to the house, in addition to the motion detector above the master bedroom, had been tampered with. Hand-written notes that were only kept at the Defendant/Victim's personal desk have been produced by the Plaintiff in case documents – the Plaintiff could not have obtained these documents without either taking them himself or having an insider (i.e. TTM employee) take them for him.

Furthermore, the Defendant/Victim has obtained gate records for their community, The Country Estates, which indicate that the son and attorney (on the case) of the Plaintiff/Suspect, Shazad Omar, made attempts to illegally enter the Defendant/Victim's gated community as a "resident" on June 15, 2011 in a Porsche car without plates, as seen in still-images taken from the surveillance cameras at the gate.

In March, 2012, police in the City of Anaheim contacted the Defendant/Victim to apprise him of the apprehension of an individual who had in their possession a USB drive which contained the Defendant/Victim's personal identifying information as well as financial information. This matter is being looked into further, as it may or may not be related to a separate break-in incident at the offices of the Victim/Defendant's CPA Anne Tahim in 2011, in which hard drives were taken.

And as the Investment Pool was being looked into, it is also becoming apparent that at least 4-5 other investors/families have also brought in offshore/undeclared funds into TTM, whose names have been revealed in this document under Item # 8.2. It appears that the open/trusting nature of the TTM operation in general may have acted as a magnet for such individuals (the Plaintiff/Suspect included) to park and launder their dirty money, and attracted illicit activity, unbeknownst to the Defendant/Victim, who had trusted these people as friends.

## CONCLUSIONS:

There is no question that lack of security at TTM and its unprotected computers/internet access & unprotected circuits combined with lack of due diligence on incoming investors appears to be where the problem started from. With such a large amount of money involved (and now missing), the Defendant/Victim should have been more strict with monies being deposited into TTM's accounts. TTM should have made the Networks secure & internet access or use of its computers password-protected & computers should have never been left unattended while logged on to the accounts. Also, a breach on

00043306

197C

EXHIBIT # 4.22

# CALIFORNIA CORPORATIONS

## Active Corporations

1. Sunset Medical Plaza, Inc. / C1704410 / 3-18-1992
2. Laser & Laprascopic Institute of Covina, LTD. / C1752465 / 10-18-1994
3. Sunset Surgical Center, A Medical Corporation / C2103568 / 3-5-1999
4. Norvelle Harris M.D. (A Medical Corporation) / C2161752 / 4-29-1999
5. Ayesha Omar Khadbai Foundation / C2205271 / 12-20-1999
6. AR Leasing Investment Inc. / C2517687 / 6-13-2003
7. Euro Pacific, LLC / 200506110156 / 2-24-2005
8. Bi City Rental Group, Inc. / C2976633 / 3-5-2007
9. Eastlake Villa Apartments A, LLC / 200824110121 / 8-27-2008
10. Apex Lawyers Inc. / C3354163 / 1-25-2011
11. Paragon Partners Investment Inc. / C3367734 / 1-31-2011

## Canceled / Suspended Corporations

12. Akbar Omar M.D., Inc. / C0942692 / 10-12-1979 to 3-1-1988
13. A.R. Leasing & Investment, Inc. / C1612848 / 5-5-1988 to 8-1-1990
14. Ashaia Inc. / C1685978 / 5-6-1991
15. Laser & Laparascopic Institute of West Covina, Inc. / C1707012 / 5-20-1992 to 3-1-1995
16. Evergreen Medical Services, Inc. / C1717273 / 12-28-1992 to 10-1-2001
17. Sunset Cancer Diagnostic Medical Group, Inc. / C1752065 / 10-11-1994
18. Wescove Home Health Services Inc. / C1952536 / 11-6-1995 to 5-1-2001
19. East Villa Apartments, LLC. / 199625510005 / 9-11-1996 to 12-29-2005
20. Sunset Garvey Medical Corporation / C2236382 / 5-30-2000 to 6-1-2004
21. Garvey Vincent Medical Corporation / C2304786 / 2-5-2001 to 9-1-2004
22. Best International Inc. / C2292687 / 12-5-2002 to 1-3-2005
23. Wescove Lab / C2520668 / 7-23-2003
24. Akbar Omar M.D., Inc. / C2805365 / 9-23-2005
25. Wescove Laboratory and Medical Group, Inc. / C3056364 / 11-16-2007
26. Ashaia Incorporated / C3158886 / 8-8-2008
27. Sunset Surgical Medical Center, Inc. / C3229320 / 9-1-2009

# NEVADA CORPORATIONS

## Active Corporations

N/A

## Canceled / Suspended Corporations

28. Nova Zoom Enterprises, Inc. / C8487-1984 / 2-4-2003
29. AR Leasing Investment Inc. / C2597-2003 / 12-19-1984

BUSINESS , CORPORATIONS
AND REAL PROPERTIES

---

30 .   2216 E. Merced Ave, West Covina, CA.

31 .   410 E Merced Ave, West Covina, CA.

32 .   199 Units – Apartment Complex, managed by Eastlake
       Villa Apartments, LLC , Rowland Heights,CA.

33 .   45 Pelican Way, Newport Coast, CA.

34 .   135 E. Harmon Ave, Las Vegas, Nevada 89109

35 .   21671 Gateway Center Drive, Diamond Bar, CA.

36 .   2028 Sarah Ct, West Covina, CA.

37 .   17 Blue Lagoon, Laguna Beach, CA.

38 .   Bristol Engineering of Dubai, UAE

39 .   9939 Santa Gertrude Ave, Whittier, CA.

40 .   Pebble, LLC

41 .   Golden Rock, LLP

42 .   Medical Office Building, Temecula, CA by
       Khalid B. Ahmed MD, Inc.

43 .   8101 Coventry Circle, Whittier, CA.

44 .   Medical Office Building, Downtown Whittier, CA.
       Co–owned by Syed Imran Ali, Sajid B. Ahmed &
       Suhail Siddiqi

All Business, Personal & Financial Assets & Bank Accounts of the
23 Conspirators, Co-Conspirators, and Collaborators, in the United
States & Offshore, identified under Sections: 3.1 & 3.2 and listed
below , for the recovery of Losses & Damages suffered by TTM Inc. by
the piracy of its Intellectual Properties & Business Plans, the Theft
& piracy of the major A/C of the Investment Pool, Losses suffered by
35 Investors & Madad Family , to the extent of $ 993.7 Million or the
amounts determined by 3rd party independent assessment:

45 .   Khalid B. Ahmed & Parveen N. Ahmed

46 .   Salahuddin Khan– Ex Employee of TTM Inc.

47 .   Adil Khan – Ex Employee of TTM Inc.

48 .   Syed Imran Ali & Aliya Ali

49 .   Tehima Khan

50 .   Suhail Siddiqi

51 .   Akbar Omar & Rukhsana Omar

52 .   Shazad Omar

BUSINESSES, CORPORATIONS
AND REAL PROPERTIES

---

Continued from Page: 496

53.  Faraaz Hashemi- Ex Employee of TTM Inc.

54.  Ashvin Domadia - Ex Employee of TTM Inc.

55.  Zubaida Noor Khan & Iftekhar Khan

56.  Shaun A. Khan - Ex Employee of TTM Inc.

57.  Bashir Waraich

58.  Ghazala Khan

59.  Asif Mahmood Chaudhry

60.  Majid B. Ahmed

61.  Sajid B. Ahmed

62.  Khalid Nur

63.  Obaid Jatoi

64.  Khalid Sheikh

65.  Arif Z. Mansuri

66.  Shahin Iqbal & Mehar Iqbal

67.  Gazala Adaya


Charges to be pressed with the US Department of Justice against those Conspirators, Co-Conspirators & their Collaborators who lied, gave false statements or testimony under oath, or submitted false Declaration under the penalty of perjury:

Statements or entries generally
Under 18 USC 1001

False declaration before Grand Jury or Court
Under 18 USC 1623

Unsworn declaration under penalty of perjury
Under 28 USC 1746

Damages to be sought against the Conspirators for:
the deprivation of rights, privileges, or immunities secured by the US Constitution :

Under the Civil Rights Act 42 USC 1983

BLANK

EXHIBIT # 4.23

Name **Syed Qaisar Madad**
Address **831 Canyon View Court**
City, State, Zip **Diamond Bar, CA 91765**
Phone **909-524-1742**
Fax **909-860-4071**
E-Mail **qmadad@gmail.com**

☐ FPD   ☐ Appointed   ☐ CJA   ☒ Pro Per   ☐ Retained

**2013 JUL 10 PM 2:01**

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CASE NUMBER:** |
| PLAINTIFF(S), | CR-12-1048 PA |
| v. | |
| SYED QAISAR MADAD | **NOTICE OF APPEAL** |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____ **SYED QAISAR MADAD** _____ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☒ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☒ Sentence imposed:
   151 months

☒ Bail status:
   Self-surrender to BOP

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____ **June 24, 2013** _____. Entered on the docket in this action on **June 27, 2013**

A copy of said judgment or order is attached hereto.

**July 10, 2013** _____
Date                Signature
                    ☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                **NOTICE OF APPEAL**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 07 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>SYED QAISAR MADAD,<br><br>Defendant - Appellant. | No. 13-50311<br><br>D.C. No. 2:12-cr-01048-PA<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of retained counsel Mark J. Werksman, Esq., to withdraw as counsel of record is granted.

Appellant's submission of a completed Form CJA 23 is construed as a motion to proceed in forma pauperis and for appointment of counsel. So construed, the motion is granted. Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the Central District of California, who will locate appointed counsel. The appointing authority shall send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

501 of 518

New counsel shall designate the reporter's transcripts by September 16, 2013. The transcript is due November 15, 2013. Appellant's opening brief and excerpts of record are due December 26, 2013; appellee's answering brief is due January 27, 2014; and the optional reply brief is due within 14 days after service of the answering brief.

The Clerk shall serve a Form CJA 24 on the appointing authority, who shall provide it to newly appointed counsel. *See* 28 U.S.C. § 753(f).

If appellant seeks transcripts of proceedings requiring special authorization, that authorization should be obtained from the district court. *See* 6 Guide to Judiciary Policy § 550.40.

Upon filing of the transcripts, the court reporter shall submit the Form CJA 24 to this court for payment.

The Clerk shall amend this court's docket to reflect that appellant is now proceeding in forma pauperis.

The Clerk shall serve this order on former counsel.

The Clerk shall also serve this order on appellant individually at 831 Canyon View Court, Diamond Bar, California 91765.

502 of 518

# FINANCIAL AFFIDAVIT

CJA 23
(Rev. 11/11)

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

| IN THE UNITED STATES | ☐ DISTRICT COURT | ☑ COURT OF APPEALS | ☐ OTHER *(Specify below)* | LOCATION NUMBER |
|---|---|---|---|---|

IN THE CASE OF

Syed Qaisar Madad  v.  United States of Ameri

FOR

AT

| LOCATION NUMBER |
|---|

**PERSON REPRESENTED** *(Show your full name)*
Syed Qaisar Madad

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☑ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)*

**DOCKET NUMBERS**
Magistrate Judge

District Court
2:12-CR-01048-PA

Court of Appeals
13-50311

**CHARGE/OFFENSE** *(describe if applicable & check box→)*   ☑ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOY-MENT**

Are you now employed?   ☐ Yes   ☑ No   ☐ Self-Employed

Name and address of employer: _____

**IF YES, how much do you earn per month?** $ _____

IF NO, give month and year of last employment? 10/2012
How much did you earn per month? $ 15,000.00

If married, is your spouse employed?   ☑ Yes   ☐ No

**IF YES, how much does your spouse earn per month?** $ 30,000.00

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☑ No

| | RECEIVED | SOURCES |
|---|---|---|
| **IF YES, give the amount received and identify the sources** | $ _____ | _____ |
| | $ _____ | _____ |
| | $ _____ | _____ |

**CASH**

Do you have any cash on hand or money in savings or checking accounts?   ☑ Yes   ☐ No   IF YES, total amount? $ 3,194.42

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☑ No

| | VALUE | DESCRIPTION |
|---|---|---|
| **IF YES, give value and description for each** | $ _____ | Refer to Attachment Pages 1thru 10 |
| | $ _____ | Assets & Liabilities |
| | $ _____ | _____ |
| | $ _____ | _____ |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ Single
☑ Married
☐ Widowed
☐ Separated or Divorced

Total No. of Dependents  1

List persons you actually support and your relationship to them
Mahrukh Z Madad - Daughter

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Refer to Attachment -Business & Household Income & Expenses. | $ _____ | $ _____ |
| Refer to Attachment Pages 1 thru 10 | $ _____ | $ _____ |
| Assets & Liabilities | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT
*(OR PERSON REPRESENTED)*

07/24/2013
Date

# BUSINESS & HOUSEHOLD
# INCOME & EXPENSES
## SOURCE :MEDICAL PRACTICE
### MEHER F TABATABAI MD ,INC                          Rev:3

### PRESENT SITUATION

2 ½ Years of litigation (28 months )has cost over $ 2.44 Million in legal fees of which Approx $ 188 K is still unpaid. Legal expenses have averaged  approx $ 87 K/Month creating over $85K /month cash deficit.

| | | |
|---|---|---|
| Avg, Monthly Cash Inflow | = $ 78,000.00 | |
| Avg. Monthly Office Expense | =( $ 34,000.00 ) | Staff of (3) Plus 2 PAs- Behind |
| | $ 44,000.00 | |
| Payroll  Taxes | ( $ 14,000.00 ) | Behind. |
| Equipment Leases | ( $  4,300.00 ) | Behind  4 years remaining |
| Car Lease | ( $  2,200.00 ) | |
| Business Debt | ( $  5,200.00 ) | Behind. |
| Car Ins | ( $  1,000.00 ) | |
| Funds Available for withdrawl | | |
| As Net Income | $ 17,300.00 | per month |
| | | (Gross $ 30K /Month ) |

## HOUSEHOLD INCOME & EXPENSES

| | |
|---|---|
| Income | $ 17,300.00 / Month |
| Rent | $ 4,050.00 /Month |
| Electricity | $   600.00/ Month |
| Gas | $   100.00/ Month |
| Water | $   100.00/Month |
| Trash | $    70.00/Month |
| Telephones | $   450.00/Month |
| Cable/Internet | $   350.00/Month |
| Gasoline | $   700.00/Month |
| Housekeeper | $ 2,800.00/Month |
| Laundry/Drycleaning | $   100.00/Month |
| Clothing | $ 1,000.00/Month |
| Groceries | $ 1,200.00/Month |
| 2nd Car Ins. | $   500.00/Month |
| Pets | $   200.00/Month |
| Fountain Ser. | $   100.00/Month |
| Expeses Total | $ 12,320.00/ Month |

### DEBT SERVICING

| | | | |
|---|---|---|---|
| Credit Cards | ( $ 246K ) | $  4,700.00/Month | Behind |
| Back Taxes | ( $ 473 K ) | $  4,000.00/Month | Payment Plan |
| Total | | $ 21,020.00/ Month | |
| Savings  (Deficit ) | | ( $   3,720.00/Month ) | |

# SUMMARY
## ASSETS & LIABILITIES
### SYED QAISAR MADAD / MEHER F TABATABAI

Rev:0
07/23/2013
Page : 1 of 10

**ASSETS**

**PERSONAL** ( Pages : 2 & 3 )                    $   3,194.42
( Forfeiture : $ 6,473,500.00 )

**CORPORATE – (TTM INC )**                        $   0
( Page : 4 )
( Forfeiture : $ 747,009.68 )

**CORPORATE – (MEHER F TABATABAI MD INC )**
( Pages : 4 & 5 )                                 $   189,391.00

**TOTAL ASSETS**                                  $   192,585.42

**LIABILITIES**

**PERSONAL**  ( Pages : 6 – 8 )                   $ 38,244,608.24
( Excl Liability reduction due to forfeiture of $ 3,309,706.11 )

**CORPORATE – (TTM INC )**                        $     78,000.00
( Page : 9 )

**CORPORATE – (MEHER F TABATABAI MD INC )**
( Pages : 9-10 )                                  $   782,099.79

**TOTAL LIABILITIES**                             $ 39,104,707.96

**NETWORTH**                                      $ 38,912,122.54

# ASSETS & LIABILITIES
## SYED QAISAR MADAD / MEHER F TABATABAI   Rev:0

07/23/2013
Page: 2 of 10

## ASSETS - PERSONAL

### BANK ACCOUNTS

### BANK OF AMERICA

| | | |
|---|---|---|
| A/C : 02076 -02168 | Checking | $ 112.19 |
| A/C : 02076-01956 | CMX | $ 34.07 |
| A/C : 02077-08020 | UTMA | $ 199.35 |
| A/C : 02073-02607 | UTMA | $ 88.88 |

### CHARLES SCHWAB

| | | |
|---|---|---|
| A/C : 1103-2367 | Investment A/C | $ 1,043.28 |

### US BANK

| | | |
|---|---|---|
| A/C : 1534-5823-0262 | Checking | $ 879.73 |
| A/C : 2654-0002-5838 | Savings | $ 828.36 |

### HABIB AMERICAN BANK
A/C :401206499 · Checking · $ 8.56

### MERRILL LYNCH
| | | |
|---|---|---|
| Mahvish Z Madad | UTMA | Inactive over 10 yrs |
| Mahrukh Z Madad | UTMA | Inactive over 10 yrs |

| | | |
|---|---|---|
| Faisal Rajput ( Son-in-law ) | $ 293,000.00 | $ 0 Forfeiture |

### CANADIAN IMPERIAL BANK OF COMMERCE
( Checking account dormant over 30 years )   $ 0

Subtotal ( Excl. Forfeiture of $ 293,000 )   $ 3,194.42

## REAL ESTATE

| | | |
|---|---|---|
| House- 2452 Alamo Heights Dr Diamond Bar , CA 91765 | $ 3,100,000.00 | $ 0 Forfeiture |
| Land – 2488 Alamo Heights Dr Diamond Bar, CA 91765 | $ 750,000.00 | $ 0 Forfeiture |

Subtotal ( Excl. Forfeiture of $ 3,850,000.00 )   $ 0

# ASSETS & LIABILITIES
## SYED QAISAR MADAD / MEHER F TABATABAI    Rev:0

### ASSETS - PERSONAL

07/23/2013
Page : 3 of 10

### AUTOMOBILES

| | | |
|---|---|---|
| Mercedes Benz C-63 2008 | $    33,000.00 | $ 0<br>Forfeiture |

### JEWELRY/HOUSEHOLD VALUABLES

| | | |
|---|---|---|
| Jewelry – Nicole Stanton<br>Beverly Hills/Hollywood | $ 1,678,500.00<br>By Vendor | $ 0<br>Forfeiture |
| Jewelry – Haroon Omar/<br>Rafique Omar/ Missouri | $   591,000.00 | $ 0<br>Forfeiture |
| Imported Silk Rugs | $    28,000.00 | $ 0<br>Forfeiture |

Subtotal ( Excl. Forfeiture : $ 2,330,500.00 )    $ 0

**ASSETS – PERSONAL  - Grand Total**    **$ 3,194.42**
( Excl . Forfeiture of $ 6,473,500.00  )

# ASSETS & LIABILITIES
## SYED QAISAR MADAD / MEHER F TABATABAI   Rev:0

07/23/2013
Page: 4 of 10

## ASSETS – CORPORATE ( TTM INC )

### BANK ACCOUNTS

**BANK OF AMERICA**
A/C : 07605- 03204                $ 685,935.68              $ 0
                                                Forfeiture - Attached

**CHARLES SCHWAB**
A/C : 2152-4959                   $ 61,074.00               $ 0
                                                Forfeiture - Attached

**MERRIL LYNCH**
Pension Accounts for the B/O Josephina Espinoza            $ 0
( Inactive over 10 yrs )
                                                         ──────────

Subtotal ( Excl: Forfeiture/Attachment of  $ 747,009.68 )  $ 0

### OTHER ASSETS

Computers & Accessories                                   $ 0
                                                Seized
                                                         ──────────

## ASSETS – CORPORATE ( TTM INC )
**Grand Total** ( Excl Forfeiture- Attached of $ 747,009.68 ) $ 0


## ASSETS – CORPORATE ( MEHER F TABATABAI MD, INC )

### BANK ACCOUNTS

**US BANK**
A/C : 1534-9214-6854                              $ 11,063.18

**CITIBANK , N.A.**
A/C : 2006-77789                                  $    340.74
                                                 ──────────
              Subtotal                           $ 11,403.92

509 of 518

# ASSETS & LIABILITIES
## SYED QAISAR MADAD / MEHER F TABATABAI   Rev:0

07/23/2013
Page: 5 of 10

## ASSETS – CORPORATE ( MEHER F TABATABAI MD, INC )

### PENSION PLANS/KEOGH

### CHARLES SCHWAB

| | | |
|---|---|---|
| A/C: 8092-1952  (FBO: MFT) | IRRA | $ 10,88068 |
| A/C: 1110-6738  (FBO: MFT) | MPPP | $    972.87 |
| A/C: 4116-4001  (FBO:MFT ) | PSP | $    955.31 |
| A/C: 2049-5471  (FBO:SQM) | MPPP | $  1,040.54 |
| A/C: 2050-7410  (FBO:SQM) | PSP | $    715.95 |
| A/C: 5115-8632  (FBO:Tess) | MPPP | $    639.43 |
| A/C: 6066-5984  (FBO:Tess) | PSP | $    610.88 |

Subtotal                          $ 15,815.66

### OTHER ASSETS

| | |
|---|---|
| Account Receivable ( $ 175,000 factor 0.40 ) | $ 70,000.00 |
| Automobile | Leased |
| Computers Equipment – Key Leasing | $ 24,000.00 |
|                              - Sterling Bank | $ 50,000.00 |
| Office Furniture Etc | $ 14,977.00 |

Subtotal                          $158,977.00

## ASSETS – CORPORATE ( MEHER F TABATABAI MD, INC )
## Grand Total                    $ 186,196.58

## Grand Total – All Assets        $ 189,391.00
(Excl Forfeiture/Attached of $ 7,220,509.68 )

# ASSETS & LIABILITIES
## SYED QAISAR MADAD / MEHER F TABATABAI   Rev:0

07/23/2013
Page: 6 of 10

## PERSONAL - LIABILITIES

### CREDIT CARDS

| | Amount Owed | Payments Behind | |
|---|---|---|---|
| 1 .Gold Master Card  2690<br>A/C: 5329-0315-5854-2690<br>Bank of America<br>( Syed Q Madad : Primary Card holder , Others :  Meher & Mahrukh ) | $ 43,594.04 | $ 7,144.00 | Credit Line cancelled<br><br>8 months overdue<br>Last update 06/23/2013 |
| 2 .Platinum MC       7213<br>A/C: 5466-3203-6489-7213<br>Bank of America<br>( Meher F Tabatabai : Primary Card holder , Others :  Syed ) | $ 49,523.47 | $ 7,785.00 | Credit Line cancelled<br><br>9 months overdue<br>Last update 04/15/2013 |
| 3 .Platinum Plus Visa   5040<br>A/C: 4888-9300-6567-5040<br>Bank of America<br>( Joint Account ) | $ 18,411.08 | $ 1,836.00 | Credit Line cancelled<br><br>6 months overdue<br>Last update 04/15/2013 |
| 4 .Gold Master Card  2245<br>A/C: 4313-0260-1420-2245<br>Bank of America<br>( Meher F Tabatabai  : Primary Card holder ) | $ 28,490.39 | $ 6,832.00 | Credit Line cancelled<br><br>11months overdue<br>Last update 04/15/2013 |
| 5 .United Milage Plus 0102<br>A/C: 4388-5760-3863-0102<br>Chase Bank<br>( Syed Q Madad : Primary Card holder  ) | $ 24,651.16 | $ 6,666.16 | Credit Line cancelled<br><br>9 moths overdue<br>Last update 06/23/2013 |
| 6 .Master Card       9988<br>A/C: 5149-2207-5012-9988 )<br>Chase Bank<br>( Syed Q Madad : Primary Card holder  , Others :  Meher ) | $  3483.38 | $  723.00 | Credit Line cancelled<br><br>7 months overdue<br>Last update 06/23/2013 |
| 7 .Union Bank         0015<br><br>( Joint Account ) | $ 20,244.40 | $ 2,990.00 | Credit Line cancelled<br>In Collection<br>Last update 06/23/2013 |
| 8 . American Exp      1004<br>A/C: 3713-855762-01004<br>( Syed Q Madad : Primary Card holder  , Others :  Meher & Mahrukh ) | $ 44,000.00 | | Under Litigation<br><br>Last update 06/23/2013 |
| 9 .CIBC              8012<br>A/C: 4504-4528-7457-8012<br>( Syed Q Madad : Primary Card holder  ) | $ 13,266.28 | $  821.00 | In Collection<br><br>Last update 06/23/2013 |
| | $ 245,664.20 | $ 34,797.16 | |

# ASSETS & LIABILITIES
## SYED QAISAR MADAD / MEHER F TABATABAI   Rev:0

07/23/2013
Page: 7 of 10

## PERSONAL - LIABILITIES

### MORTGAGES / RE LOANS

| | | |
|---|---|---|
| 10. Chase – Ist Mortgage | $ 1,402,029.81 | $ 0.00 |
| | Behind 12 months | Forfeiture |
| 11. Chase- 2nd Mortgage | $ 90,676.30 | $ 0.00 |
| | Behind 12 months | Forfeiture |
| 12. Land Loan | $ 350,000.00 | $ 0.00 |
| | Behind 12months | Forfeiture |

Subtotal ( Excl  Liability reduction of  $ 1,842,706.11 due to forfeiture )        $ 0.00

### TAXES

| | | |
|---|---|---|
| 13. Unpaid Taxes Year 2010 | $ 17,946.04 | $ 17,946.04 |

$ 17,946.04

## OTHER  DEBT – FAMILY/ FRIENDS & OTHERS

| | | | |
|---|---|---|---|
| 1. | Nicole – Stanton<br>Beverly Hills - Hollywood | $ 600,000.00<br>Borrowed against Jewelry<br>100 % of funds used for Restitution. | $ 0<br>Forfeiture |
| 2. | Dr Syed S Madad<br>52 Shaun Ridge.<br>Rosslyn Harbor ,NY 11576 | For Legal Expenses | $ 470,000.00 |
| 3. | Dr Rashid Chaudhry<br>New York | For Restitution & Legal Expenses | $ 400,000.00 |
| 4. | Jamal Hamdani<br>Santa Barbabara. CA | For Legal expenses | $ 237,000.00 |
| 5. | Dr Samia Khwaja<br>Newport Beach. CA | For Lgal Expenses | $ 50,000.00 |
| 6. | Mrs Tanvir Mirza<br>Chatsworth . CA | For legal expenses | $ 39,000.00 |
| 7. | Maria Decena<br>Long Beach . CA | For Legal Expenses | $ 40,000.00 |
| 8. | Mrs Nyyar Jehan<br>Santa Monica. CA | For Legal Expenses | $ 25,000.00 |
| 9. | Mahvish Z Madad<br>Arlington. VA | For Legal Expenses | $ 100,000.00 |
| 10. | J Lee Gregg<br>Verdugo City. CA | $ 350,000.00<br>For legal Expenses | $ 0<br>Forfeiture |
| 11. | S Haider Naqvi<br>Schnectady. NY | For Legal Expenses | $ 10,000.00 |
| 12. | Dr Khalid B Ahmed | $ 252,000.00<br>Borrowed against Jewelry<br>For  Restitution & Taxes | $ 0 |
| 13. | Abdul H Rajput- San Diego | | $ 10,000.00 |
| 14. | Meher F Tabatabai MD.INC | $ 265.000 Pension withdrawal<br>For Legal Exp & Taxes | $ 100,000.00<br>Taxes due |
| 15. | Robert Feldhake | Account Payable – Legal fees | $ 188,000.00 |

Subtotal (  Excl  reduction due to forfeiture etc of  $ 1,467,000 )        $ 1,669,000.00

# ASSETS & LIABILITIES
## SYED QAISAR MADAD / MEHER F TABATABAI  Rev:0

07/23/2013
Page: 8 of 10

## PERSONAL - LIABILITIES

### US DISTRICT COURT

| | | | |
|---|---|---|---|
| 1 . Restitution | | Addendum to PSR Filed 06/18/2013 | $ 31,300,000.00 |
| 2 . Taxes Due | | Addendum to PSR Filed 06/18/2013 | $ 5,011,998.00 |
| | | Subtotal | $ 36,311,998.00 |

## PERSONAL – LIABILITIES
**Grand Total**  (Excl Liability reduction due to forfeitures of $ 3,309,706.11 )     **$ 38,244,608.24**

# ASSETS & LIABILITIES
## SYED QAISAR MADAD / MEHER F TABATABAI   Rev:0

07/23/2013
Page: 9 of 10

## CORPORATE – LIABILITIES (TTM INC )

### PAYROLL TAXES

1 . Years 2010 & 2011          $ 78.000.00

## CORPORATE – LIABILITIES ( MEHER F TABATABAI MD ,INC )

### BUSINESS LINES/ EQUIPMENT LOANS

| | | | |
|---|---|---|---|
| 1 .Business MC      0674<br>A/C: 4024-4250-0024-0674<br>Bank of America | $ 14,995.90 | $ 2,224.95 | Credit Line cancelled<br>In Collection |
| 2 .Platinum MC      1426<br>A/C: 5474-6433-5300-1426<br>Wells Fargo Bank | $ 39,847.84 | $ 2,196.00 | Credit Line cancelled<br>In Collection |
| 3 .Master Card      4513<br>A/C: 5474-6488-0170-4513<br>Wells Fargo Bank | $ 8,197.42 | $ 472.00 | Credit Line cancelled<br>In Collection |
| 4 . Citibank      8329<br>A/C : 7000338329 | $ 110,459.38 | $19,358.33 | Credit Line cancelled<br>In Collection |
| 5 .Sterling Bank      3001<br>Equip. Lense      3002<br>A/C : 005-0132163-001 & 002 | $ 61,160.00<br>$ 66,720.00 | $ 7,600.00<br>$ 7,600.00 | 46 Months Remaining<br>48 Months Remaining<br>In Collection |
| 6 . Key Bank      8001<br>A/C: 581019528001 | $ 71,732.64 | $ 1,494.43 | 48 Months Remaining<br>Current |
| | $ 373,113.18 | $ 31,305.71 | |

### TAXES

| | | | | |
|---|---|---|---|---|
| 7 .Payroll Tax  - Q1/2012 | $ 51,052.55 | $ 51,052.55 | | Federal |
| 8 .Payroll Tax  - Q2/2012 | $ 46,060.51 | $ 46,060.51 | | Federal |
| 9 .Payroll Tax – Q3/2012 | $ 51,000.00 | $ 51,000.00 | | Federal  -In Progress |
| 10. Payroll Tax – Q4/2012 | $ 51,000.00 | $ 51,000.00 | | Federal – In Progress |
| 11. Payroll Tax – Q1/2013 | $ 51,000.00 | $ 51,000.00 | | Federal – In Progress |
| 12. Payroll Tax – Q2/2013 | $ 51,000.00 | $ 51,000.00 | | Federal – In Progress |
| 13.State – EDD  to Q2/2012 | $ 25,373.55 | $ 25,373.55 | | Tax Lein |
| 14. State – EDD – Q3/2012 | $ 12,500.00 | $ 12,500.00 | | Under Prep |
| 15. State – EDD – Q4/2012 | $ 12,500.00 | $ 12,500.00 | | Under Prep |
| 16. State – EDD – Q1/2013 | $ 12,500.00 | $ 12,500.00 | | Under Prep |
| 17. State – EDD – Q2/2013 | $ 12,500.00 | $ 12,500.00 | | Under Prep |
| 18. Worker's Comp | $ 6,900.00 | $ 4,900.00 | | Litigation - Settled |
| | $ 383,386.61 | $ 381,386.61 | | |

# ASSETS & LIABILITIES
## SYED QAISAR MADAD / MEHER F TABATABAI   Rev:0

07/23/2013
Page: 10 of 10

## CORPORATE – LIABILITIES ( MEHER F TABATABAI MD ,INC )

### MEDICAL INSURANCE

| | | | | | |
|---|---|---|---|---|---|
| 19. AETNA | 3048 | $ 25,600.00 | $  23,600.00 | | Litigation Settled<br>Payments in progress |
| Subtotal<br>MEHER F TABATABAI MD,INC . | | $ 782,099.79 | $ 459,892.32 | | |

## CORPORATE – LIABILITIES
**Grand Total**                                           $ 860,099.72

## LIABILITIES – PERSONAL & CORPORATE            $ 39,104,707.96

## MAJOR FORFEITURES**
## BY THE AUSA / FBI
## AND LOS ANGELES – SUPERIOR COURT

|  | ITEM | Value | Net worth |
|---|---|---|---|
| 1 . | House<br>2452 Alamo Heights Dr,<br>Diamond Bar , CA 91765 | $ 3,100,000.00 | $ 1,600,000.00 |
| 2 . | Land<br>2488 Alamo Heights Dr,<br>Diamond Bar ,CA 91765 | $   750,000.00 | $   400,000.00 |
| 3 . | Jewelry<br>Nicole-Stanton<br>Beverly Hills/ West Hollywood | $ 1,678,500.00 | $ 1,078,500.00 |
| 4 . | Jewelry<br>Rafique/ Haroon Omar | $   591,000.00 | $   516,000.00 |
| 5 . | Faisal Rajput/ Mahvish Madad<br>Schwab Account | $   293,000.00 | $   293,000.00 |
| 6 . | Auto – Mahrukh Madad | $     33,000.00 | $     33,000.00 |

**LOS ANGELES – SUPERIOR COURT**

|  | ITEM | Value | Net worth |
|---|---|---|---|
| 7 . | TTM Account<br>Bank of America | $ 685,935.68 | $ 685,935.68 |
| 8 . | TTM Account<br>Charles Schwab | $   61,074.00 | $   61,074.00 |
|  | Total | $ 7,192,509.68 | $ 4,667,509.68 |

** Property seized on 10/30/2012 not included

517 of 518

# FINANCIAL IMPACT
# OF TTM DEBACLE

| | | |
|---|---|---|
| 1. | Forfeiture by the AUSA/ FBI<br>Real Estate /Jewelry/ Other<br>( Reference : Major Forfeitures List ) | $ 4,667,509.68 |
| 2. | Debt incurred over the last 2 years<br>( Reference : Other Debt Schedule ) | $ 3,225,000.00 |
| | Less reduction in obligation due to forfeitures<br>$ 600K , $ 350K, and $ 252 K | ( $ 1,202,000.00 ) |
| 3. | Credit Card Debt – Personal<br>( Reference : Financial Situation )<br>( Personal & Corporate – 06/23/2013 ) | $ 245,664.20 |
| 4. | Credit Card Debt – Corporate<br>( Reference : Financial Situation )<br>( Personal & Corporate – 06/23/2013 ) | $ 398,113.18 |
| 5. | Tax Liability<br>( Reference : Financial Situation )<br>( Personal & Corporate – 07/18/2013 ) | $ 472,432.65 |
| | | $ 7,806,119.71 |

## ADDITIONAL LOSSES

| | | |
|---|---|---|
| 6. | Equity in the UBS Account | $ 11,932,000.00 |
| 7. | Jewelry underpricing ( purchased at retail & priced at wholesale or less | $ 1,678,000.00 |
| 8. | Silk Carpets & Decos | $ 810,000.00 |
| | Total Losses | $ 22,226,119.71 |

## ASSESSMENTS BY US DISTRICT COURT

| | | |
|---|---|---|
| 9. | Restitution | $ 31,300,000.00 |
| 10. | Taxes Due | $ 5,011,998.00 |
| | Grand Total | $ 58,538,117.71 |



FROM: SYED QAISAR MADAD
Name
Federal Correctional Institution
P.O. Box 7000
Box or Street Address

Texarkana, TX 75505-7000
City, State and ZIP Code

Postage Stamps
Here

TO: Hon. Percy Anderson,
US District Judge,
WESTERN DIVISION,
Office of the Court Clerk,
US courthouse, Room 215
312 N. Springstreet, Los Angeles CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT

APR - 5 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

