Case 2:12-cr-01048-PA   Document 210   Filed 03/12/24   Page 1 of 1   Page ID #:5262

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Central District of California

United States of America
v.
Syed Qaisar Madad

Case No: CR 12-1048 PA
USM No: 63886-112

Date of Original Judgment:
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Jonathan K. Ogata, DFPD
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 09/13/2013 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/12/2024

*Judge's signature*

Effective Date: 03/12/2024
*(if different from order date)*

Percy Anderson, United States District Judge
*Printed name and title*